FILED 5|4|2020
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Sensa Verogna, individual | ) | **COMPLAINT AND** |
| Plaintiff, | ) | **MOTION TO PROCEED** |
| | ) | **ANONYMOUSLY** |
| | ) | |
| | ) | Case #: _____ |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| Twitter Inc., | ) | |
| Defendant. | ) | |

Plaintiff, pro se, belonging to and a member of the white or non-Hispanic race ("white") and proceeding anonymously as Sensa Verogna, ("Sensa") for his Complaint against Defendant, Twitter, Inc., ("Twitter"), alleges as follows:

### I. PRELIMINARY STATEMENT

1.      Twitter promulgated its policies for the specific reason of removing whites' tweets and accounts and severed services within its ongoing User Agreement ("contract") with Sensa and suspended for life most, if not all, of Sensa's @BastaLies account services and access into its public accommodation for life (collectively referred to as ("banned"), because Sensa is white and

24  tweeted, posted, communicated, acted, displayed, behaved and portrayed himself to be a white

25  person. Additionally, in a role traditionally left exclusively to local governments and under the

26  color and authority of 47 U.S.C. §230. ("§230"), Twitter violated Sensa's Free Speech Rights by

27  censoring and regulating Sensa's tweets and behaviors and then in retaliation for the tweet, violated

28  Sensa's Rights of Assembly when it banned him from a Public Forum and other Designated Public

29  Forums, ("DPF(s)"). All in violation of Sensa's rights under the US Constitution and the New

30  Hampshire Constitution.

31                                     **II. PARTIES**

32          2.      Sensa is, and at all times material herein, a natural white person, years over the age

33  of 18, residing and working in Hillsborough County, New Hampshire and is a member of the white

34  or non-Hispanic, "white" race.

35          3.      Sensa works, resides, accessed Twitter's services and signed the Twitter contract,

36  in Hillsborough County, New Hampshire, as do many other New Hampshire residents and

37  businesses residing and working in New Hampshire such as Sen. Maggie Hassan @SenatorHassan,

38  Chris Sununu @GovChrisSununu, NHDOT @NewHampshireDOT, New Hampshire PBS

39  @NHPublicTV, Sen. Jeanne Shaheen@SenatorShaheen and thousands of others who actively

40  contract with Twitter through its contract.

41          4.      Twitter, Inc. is headquartered in San Francisco County, CA and, has sufficient

42  contacts and is regularly, continuously and systematically engaged in the pursuit of general

43  business activities in Hillsborough County, New Hampshire, where the injuries to Sensa occurred.

44          5.      Twitter, through its CEO, Jack Dorsey, "Dorsey", officers, directors, managers,

45  agents, employee's or other partners, journalists, contractors, subcontractors or actors, (herein,

46  collectively known as "Twitter" or collectively as (Twitters' "Workforce")) is, and at all times

2

47   material herein, was a corporation duly organized under the laws of the State of Delaware with its

48   principal place of business, owned, leased or operated at 1355 Market St #900, in San Francisco,

49   California. Additional facilities owned, leased or operated by Twitter are located in Washington,

50   DC, New York, NY, Atlanta, Georgia, Los Angeles, California and in various other cities

51   throughout the US. Twitter conducts regular, sustained business activity at all these facilities and

52   also conducts daily contract and advertising business within Hillsborough County, New

53   Hampshire through its online public forum. At all times mentioned herein, Dorsey and Twitters

54   Workforce, were actual or apparent agents of Twitter were fully aware of Twitters un-written

55   discriminatory policies and policing actions or activities against Sensa and generally to whites

56   belonging to the white race.

57         6.      Twitter generates most all of its revenues by selling advertising on its public forum.

58   In the year ended December 31, 2017, Twitter's total revenue was $2.44 Billion Dollars. Of that

59   sum, $2.11 Billion Dollars consisted of revenue received from advertising. (See Exhibit A- Mindi

60   for Congress Advertising Receipts.)

61         7.      Non-Party, Bon Appétit Management Company (hereinafter, ("@Bon Appétit") is

62   a Palo Alto, California-based on-site food services company, which, at all times material herein,

63   operates on-site, and within Twitter's San Francisco facility. Additionally, @Bonnepetweet, a

64   private bakery and sandwich shop which affects commerce within the meaning of 42 U.S.C. §

65   2000a(b)4 , (c)(4) and NH Rev Stat § 155:39-a II, and is located within Twitters facility in San

66   Francisco, is open to the public and is principally engaged in selling food for consumption on the

67   premises. (See Exhibit C- Bon Appetite Business Registration and Exhibits  P-5 and P-6.)

68                            **III. JURISDICTION AND VENUE**

3

69    8.    Sensa re-alleges and incorporates by reference each and every paragraph, tweet,

70 article, exhibit or attachment included in this document as though set forth fully herein.

71    9.    This Court has federal question jurisdiction over the claims asserted under 28

72 U.S.C. §1331 and 42 U.S. Code § 2000a–6  as these claims arise under the United States

73 Constitution and laws of the United States and under 28 U.S.C. § 1332, § 1332(a)(1) because it is

74 an action between citizens of different states and the amount in controversy in excess of $75,000.

75 Jurisdiction to grant injunctive relief, restitution, disgorgement, civil penalties or other equitable

76 relief is conferred through 42 U.S.C. §1981, 42 U.S. Code § 2000a and NH Rev Stat § 354-B:3

77 (2016). This Court also has supplemental jurisdiction through 28 U.S.C. § 1367 regarding State

78 law and State Constitutional claims.

79    10.    Venue is proper in this Court under 28 U.S.C. § 1391 because all of the events, acts,

80 and/or omissions giving rise to Sensa's claims transacted over a computer network via a web-site

81 accessed by a computer in the State of New Hampshire and that Twitter is regularly, continuously

82 and systematically engaged in pursuit of general business activities and has purposefully avail[ed]

83 itself of the privilege of conducting activities within the forum State with sufficient contacts and

84 active contracts in Hillsborough County, New Hampshire, thus invoking the benefits and

85 protections of its laws.

86    11.    Sensa has provided written notice to the appropriate State Authority by registered

87 mail, has waited the duration of the 30 days prescribed, and is entitled to remedies available in

88 42 U.S. Code § 2000a–3. (See Exhibit C- Notice to Attorney General and Receipt.)

89                                    **IV. CONTRACT**

90    12.    On or about March 2019, Sensa signed a Contract or a Twitter User Agreement

91 otherwise commonly referred to as an "Adhesion" Contract. (See Exhibit D-1, Twitter User

4

92   Agreement), for online public forum services with Twitter through its website Twitter.com. A

93   contract similar to similarly situated users of Sensa. Pertinent parts of the contract state;

94   **3. Content on the Services**
95   **Twitter Terms of Service. Your Rights and Grant of Rights in the**
96   **Content. You retain your rights to any Content you submit, post or**
97   **display on or through the Services. What's yours is yours — you own**
98   **your Content (and   your incorporated audio, photos and videos are**
99   **considered part of the Content).**
100
101   **6. General**
102   **We may revise these Terms from time to time. The changes will not**
103   **be retroactive, and the most current version of the Terms, which will**
104   **always be at twitter.com/tos, will govern our relationship with you.**
105   **We will try to notify you of material revisions, for example via a**
106   **service notification or an email to the email associated with your**
107   **account. By continuing to access or use the Services after those**
108   **revisions become effective, you agree to be bound by the revised**
109   **Terms.**
110   **The laws of the State of California, excluding its choice of law**
111   **provisions, will govern these Terms and any dispute that arises**
112   **between you and Twitter. All disputes related to these Terms or the**
113   **Services will be brought solely in the federal or state courts located in**
114   **San Francisco County, California, United States, and you consent to**
115   **personal jurisdiction and waive any objection as to inconvenient**
116   **forum."**
117
118   13.   Twitter's Contract Venue Forum Clause. "VFC" is invalid as it acts as an

119   impermissible prospective waiver of federal and state statutory and Constitutional rights which left

120   Sensa with no ability to negotiate and would be against public policy in this case because Twitter

121   has the ability to change the terms of the VFC and Sensa's contract at any time, and at its sole

122   discretion, and with such unilateral power to change the VFC, makes the VFC "illusory"--and thus

123   unenforceable. This VFC seeks to interfere, obstruct or pervert 28 U.S. Code § 1391 in the

124   administration of justice of discriminatory injury claims to residents of New Hampshire by stating

125   in the contract that "all disputes" be settled in a particular, out of state, forum and was designed

126   to discourage parties like Sensa, who have zero bargaining, zero lack of choice, power or the

5

127  mental capacity to understand the Federal and State Constitutional rights he may have been giving

128  up at the time, or within the time, he sign the contract, from filing any lawsuit against Twitter. To

129  allow the VFC in this case would be procedural unconscionability and promote this type of breach

130  of the discrimination laws and of the policies behind these laws and would also allow Twitter to

131  insulate themselves from their own negligence and/or wrongful discriminatory behavior and also

132  reward Twitter by having lawsuits where it's power is most influential and would also tend to harm

133  or severely damage the Citizens of New Hampshire and Sensa and  would be unreasonable,

134  fundamentally unjust, immoral and unfair to expect any plaintiff to bring discrimination claims

135  3,000 miles away from where the discriminatory acts and Constitutional violations took place.

136          14.    As of December 5, 2019, Twitter banned Sensa from using many of the services

137  offered at Twitter.com.  Sensa has a substantive right to obtain effective access to Twitter's public

138  accommodation and forum, to make purchases, sign additional contracts, learn about products, and

139  enjoy the other goods, services, accommodations, and privileges Twitter's facilities and public

140  forum provide  to the general public without discrimination due to his race.

141          15.    Twitter has stated publicly, "The cost per follower on Twitter is set by a second

142  price auction among other advertisers. A bid of $2.50 - $3.50 is recommended based on historical

143  averages." Twitter also recognizes that "accounts are assets owned solely by their owners, which

144  account owners may sell or assign to others." Twitter's users are thus actual and potential buyers

145  and customers through its contract with Twitter.com.

146          16.    Currently, Sensa can still log into this account but the cover photo depicting a

147  "MAGA 2.0" graphic is blocked out, all of his materials, pictures, memes, dates, contacts, posts,

148  replies, direct messages and the approximately 5,001 accounts followed and the approximately

149  3,800 accounts that followed Sensa are both zeroed out and completely missing resulting in a

150   skeleton like timeline and a followers' loss to Sensa in the amount of $9,500 to $13,300. Sensa

151   has also learned that his account does not exist to anyone but Twitter. (See Complaint at ¶ 15 and

152   Exhibit E- Sensa's Twitter Profile Page)

153         17.    Because Twitter has banned Sensa's contract, he is no longer able to use Twitter's

154   services or to perform even the simplest functions such as tweeting, re-tweeting or replying using

155   words, pictures, mems, gif's, charts, emojis, follow others, follow Politian's and State and Federal

156   Representatives and gain any new followers replying using words, pictures, gif's, charts, emojis,

157   follow others and gain any new followers and utilize Twitter live feed, receiving or sending

158   messages, profile editor, analytics, promote mode, or analytics services, including the purchase of

159   any advertising or run ads to reach a larger audience or the use of various marketing, business,

160   software & advertising products & services to help build and grow "his" brand.

161         18.    Twitter took disciplinary actions pertaining to Sensa's contract on 2 occasions;

162         a.    On November 7, 2019 Twitter locked Sensa's Twitter account for allegedly

163   violating Twitter rules stating, in part;

164       **"You may not promote violence against, threaten, or harass**
165       **other people on the basis of race, ethnicity, national origin,**
166       **sexual orientation, gender, gender identity, religious**
167       **affiliation, age, disability, or serious disease."** (See Exhibit
168       F-1, Sensa's Suspensions.)
169

170       for posting a Tweet that stated;

171       **"If I had special powers I would reach through that video and**
172       **Bitch slap that commie Bitch who is yelling like a 3-year old!!!"**
173       (See Exhibit F-1, Sensa's Suspensions.)
174

175         b.    And on December 5, 2019, Twitter banned Sensa's Twitter account for

176   allegedly violating Twitter rules and states, in part;

7

177         **You may not engage in the targeted harassment of someone, or**
178         **incite other people to do so. This includes wishing or hoping**
179         **that someone experiences physical harm. AND "if you attempt**
180         **to evade a permanent suspension by creating new accounts, we**
181         **will suspend your new accounts."** (See Exhibit F-2, Sensa's
182         Suspensions. See Exhibit F-3 for context.)

183

184      for posting a Tweet that stated;

185         **Ya, let's all get all cutesy with a fkcn #Traitor who should be**
186         **hung if found guilty!!** (See Exhibit F-2, Sensa's Suspensions. See
187         Exhibit F-3 for context.)

188

189     19.     Initially, Sensa sought to enforce his contract for services with Twitter on 2

190 occasions:

191         a.     On November 7, 2019, Sensa appealed to Twitter to "un-lock" his account

192 (contract) stating, inter alia, "that other users (being Non-White) have posted similar tweets and

193 that no actions were taken on their accounts."

194         b.     And on December 7, 2019, Sensa appealed to Twitter to "un-suspend" his

195 account (contract) stating, inter alia, that he did not believe his tweet had not violated Twitter rules

196 for simply reciting US Code and that "A traitor who is found guilty would or could be hung if

197 found guilty." (See Exhibit G, Sensa's Appeal to Twitter.)

198     20.     Twitter denied both appeals;

199         a.     On November 7, 2019, Twitter denied Sensa's appeal and locked

200 Sensa's Twitter account for a period of exactly 7 days.

201         b.     On December 5, 2019, Twitter acknowledged Sensa's appeal, (See Exhibit

202 H- Sensa's Appeal Received and Denied), and on December 7, 2019, Twitter banned services to

203 Sensa stating, in part;

204         **"Your account has been suspended and will not be restored**
205         **because it was found to be violating the Twitter Terms of**

> **Service, specifically the Twitter Rules against participating in targeted abuse."**
>
> **"In order to ensure that people feel safe expressing diverse opinions and beliefs on our platform, we do not tolerate abusive behavior. This includes inciting other people to engage in the targeted harassment of someone."**

### V. 42 U.S.C. §1981

21.   Sensa's two "actioned" tweets were not in violation of Twitter's:

    a.   Hateful conduct policy as these tweets were not based on race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age or disability. Additionally, the slang word "Bitch" does not always denote gender or gender identity. (See Exhibit D-2, Twitters Hateful Conduct Policy.)

    b.   Abusive behavior policy as neither tweet was an attempt to harass, intimidate, or silence some else's voice as the second Tweet invokes the word "Should" meant to soften a direct statement that eg. "Traitors should be hung found to be guilty of treason". When viewed in the context of a larger political conversation of the death penalty, this tweet is not threatening. Additionally, Sensa was not engaging in primarily abusive behavior through his account to justify a permanent suspension of Twitter's services; (See Exhibit D-3, Twitters abusive behavior policy.)

    c.   the tweets certainly weren't glorifying, celebrating, praising or condoning violent crimes or violent events in violation of Twitters policies. See Exhibit D-4, Twitter's glorification of violence policy. (Collectively Exhibits D-1 through D-4, "Health Policy")

22.   There is no reasonable justification for Twitter to delete the two actioned tweets or to ban Sensa's contract under its Health Policy as neither of the two actioned tweets were egregious in plain sight or in a wider view or context to justify its most severe enforcement action which

9

233 banned Sensa's contract and removes him from global view in a public forum and without access

234 or use of a political designated public spaces. Sensa will also not be allowed to create new accounts

235 or contracts.

236     23.    The Republican Party is generally associated with social conservative policies.

237 Republican and Republican-leaning voters continue to be overwhelmingly white: 83% of

238 Republican registered voters are white non-Hispanics with conservative beliefs, similar to Sensa's.

239 (See *Pew Research Center study at https://www.people-press.org/2016/09/13/1-the-changing-*

240 *composition-of-the-political-parties/* )

241     24.    Twitter is aggressively taking action by limiting, locking or suspending users'

242 contracts for reasons such as abuse, hate and white nationalism.

243     a.    The Jan-June 2018 Report from Twitter showed 6,229,323 unique accounts

244 were reported for possible violations of the Twitter Rules where actions were taken against

245 605,794 accounts during this reporting period. (See Exhibit I-1, Twitter's Rules enforcement,

246 Jan-June 2018.)

247     b.    The July-Dec 2018 report from Twitter showed 11,000,257 unique accounts

248 were reported for possible violations of the Twitter Rules where actions were taken against

249 612,563 accounts during this reporting period. (See Exhibit I-2, Twitter's Rules enforcement, July

250 to December 2018.)

251     c.    The Jan-June 2019 report from Twitter showed 15,638,349 unique accounts

252 were reported for possible violations of the Twitter Rules where actions were taken against

253 1,254,226 accounts during this reporting period. An increase of 105% over last reporting period.

254 (See Exhibit I-3, Twitter's Rules Enforcement, January to June 2019.)

10

255      25.    Twitter's Health Policies have shown to have a strong bias against and have
256  displayed a racially discriminatory animus toward Republicans or Conservatives. who are. like
257  Sensa. generally white. More recent illustrations of these facts are the banning for life. the contracts
258  of other similarly situated white users of Twitter such as those displayed in Exhibit J- Twitter
259  Discriminatory Animus Towards Whites.

260      26.    Public perception is that Twitter shows bias against Republicans. Conservatives
261  and mainly whites such as those displayed in Exhibit K- Public Perception.

262      27.    Attorney General Jeff Sessions was even considering a formal investigation to
263  determine whether or not tech giants are indeed suppressing conservative viewpoints. (See
264  *https: www.vox.com 2018 9 14 17857622 twitter-liberal-employees-conservative-trump-*
265  *politics*)

266      28.    Twitter's Workforce has been lying to the public and to its shareholders  about
267  shadow banning users for quite some time and has given users the "fraudulent" impression that
268  their tweets are still publicly visible when they were not. Twitter hides behind the terms "ranking
269  or "downranking" which is synonymous with and the same exact act as shadow banning.  At other
270  times Twitters' Workforce. including it Attorney Council. lied or made  false  statements
271  intentionally in an attempt to deceive or falsify Twitters true intentions. Twitter intentionally
272  deceived to hide its discriminatory behaviors or acts and to possibly to elevate their brand or to
273  mask their shortcomings.

274      29.    January 11. 2018. YouTube Video James O'Keefe posted a video in which Conrado
275  Miranda. "MIRANDA" former engineer. Twitter was recorded as stating:

276          **PV JOURNALIST: "I've heard talk that it's a good thing because**
277          **they'll use it to ban, like, Trump supporters or Conservatives, so I**
278          **didn't know it, like that's just a rumor or if that's true."**
279          **MIRANDA: " That's a thing."**

| 280 | **PV JOURNALIST: "That's a thing?"** |
| 281 | **MIRANDA: " That's a thing. Yeah".** |
| 282 | |
| 283 | 30.    January 11. 2018, YouTube Video James O'Keefe posted a video in which Pranay |
| 284 | Singh "SINGH", direct messaging engineer for Twitter was recorded as stating; |

| 285 | **PV JOURNALIST: "Is a majority of the algorithms against** |
| 286 | **Conservatives or Liberals?"** |
| 287 | **SINGH: "I would say majority of it are for Republicans, because** |
| 288 | **they're all from Russia and they wanted Trump to win, so..."** |
| 289 | **PV JOURNALIST: "So you would mostly just get rid of** |
| 290 | **Conservatives?"** |
| 291 | **SINGH: "Yeah."** |
| 292 | **PV JOURNALIST: "What's like an algorithm that you write where** |
| 293 | **like you can, like, look for things? So, if there's like, American guns,** |
| 294 | **can you write an algorithm to just take all those people out?"** |
| 295 | **SINGH: "Uhh, yeah. It's actually how we do it, yeah"** |
| 296 | **PV JOURNALIST: "So like, so can you just write them against, like,** |
| 297 | **so like say someone has Trump in the name or like, Conservative, or** |
| 298 | **like.." "America first"** |
| 299 | **PV JOURNALIST: "Yeah. Can you just, like, write algorithms for** |
| 300 | **that?"** |
| 301 | **SINGH: "That's exactly how you do it."** |
| 302 | |

| 303 | 31.    January 11. 2018, YouTube Video James O'Keefe posted a video in which Abhinav |
| 304 | Vadrevu, "VADREVU". a former software engineer for Twitter was recorded as stating; |

| 305 | **VADREVU: "One strategy is to shadow ban so that you have ultimate** |
| 306 | **control. The idea of a shadow ban is that you ban someone, but they** |
| 307 | **don't know they've been banned, because they keep posting, but no** |
| 308 | **one sees their content." "You just sort of turn off all the features for** |
| 309 | **them. So, like, they still see everything, it's all there. You can like it,** |
| 310 | **you can favorite it, or you can, like, retweet or whatever." "The idea** |
| 311 | **of a shadow ban is that you ban someone, but they don't know they've** |
| 312 | **been banned, because they keep posting but no one sees their content."** |
| 313 | **" So, they just think that no one is engaging with their content, when** |
| 314 | **in reality, no one is seeing it." "But at the end of the day, no one else** |
| 315 | **interacts... No one else sees what you're doing. So, all that data is just** |
| 316 | **thrown away. It's risky though."** |
| 317 | **PV JOURNALIST: "Why is it risky?"** |
| 318 | **VADREVU: "Because people will figure that shit out and be** |
| 319 | **like...You know, it's a lot of bad press if, like, people figure out that** |
| 320 | **you're like shadow banning them. It's like, unethical in some way.** |

321  You know? So, I don't know." "In the past people have been really,
322  really pissed off about that. And even people who haven't been
323  shadow banned have called it, like, a really terrible thing to do. So,
324  yeah, it's a risky strategy."
325  PV JOURNALIST: "And so you go ahead and keep on tweeting...."
326  VADREVU: "Yeah."
327  PV JOURNALIST "...and you've been banned and don't even know
328  it."
329  VADREVU: "Yeah, yeah. I definitely know Reddit does this, but I
330  don't know if Twitter does this anymore."
331
332  32.  Wikipedia states:

333  "Shadow banning (also called stealth banning, ghost banning or
334  comment ghosting) is the act of blocking a user or their content from
335  an online community such that it will not be readily apparent to the
336  user that they have been banned. By making a user's contributions
337  invisible or less prominent to other members of the service, the hope
338  may be that in the absence of reactions to their comments, the
339  problematic or otherwise out-of-favor user will become bored or
340  frustrated and leave the site."
341

342  33.  On or about July 2018, Twitter posted "Setting the record straight on shadow
343  banning" by Vijaya Gadde. "Gadde" who serves as the global lead for legal, policy, and trust and
344  safety at Twitter and Kayvon Beykpour a Twitter Product Lead both stating that "Twitter does not
345  shadow ban." (See *https://blog.twitter.com/en_us/topics/company/2018/Setting-the-record-*
346  *straight-on-shadow-banning.html* )

347  34.  On September 5, 2018, Dorsey, CEO of Twitter, testified in written form to the
348  United States House Committee on Energy and Commerce, and stated, in part;

349  Mr. Dorsey: "We do not shadowban anyone based on political
350  ideology."
351

352  35.  On September 5, 2018, Jack Dorsey, CEO of Twitter, testified verbally to the
353  United States House Committee on Energy and Commerce, and stated, in part;

13

| 354 | 922 | Mr. Doyle: "Twitter is shadow banning prominent |
| 355 |     | Republicans. That's bad. "Is that true?" |
| 356 | 924 | Mr. Dorsey: "No." |

| 358 | 946 | Mr. Doyle: "You shadow banned 600,000 people across your |
| 359 |     | entire platform across the globe who had people following |
| 360 |     | them that had certain behaviors that caused you to downgrade |
| 361 |     | them coming up. Is that correct?" |
| 362 | 950 | Mr. Dorsey: "Correct." |

| 364 | 957 | Mr. Doyle: "So just for the record, since you have been singled |
| 365 |     | out as a social media platform before this committee, Twitter |
| 366 |     | undertook no behavior to selectively censor conservative |
| 367 |     | Republicans or conservative voices on your platform. Is that |
| 368 |     | correct?" |
| 369 | 962 | Mr. Dorsey; "Correct." |

36.     On November 2019 Donald Trump Jr. a white man. stated that; "he is the victim of 'shadow banning' by social media networks who are part of a conspiracy to censor conservative voices. 'With every day that goes by, Twitter and Instagram are removing more and more of my posts from people's timeline.' Don Jr writes in his new book. Triggered: How the Left Thrives on Hate and Wants to Silence Us. 'People who have liked or shared my posts have been reporting sudden problems with their accounts or temporary lockouts from their devices.' "If they do it to me — someone who's pretty vocal, with millions of followers — who [else are] they doing it to?".

37.     Twitter denies Don Jr's November 2019 claims that he is the victim of 'shadow banning. "We enforce our rules dispassionately and do not engage in so-called shadow banning. (See      *https://nypost.com/2019/11/02/donald-trump-jr-says-instagram-twitter-are-shadow-banning-him-in-new-book/* )

38.     On December 3, 2019. Twitter acknowledged that it had "shadow banned" Sean Davis. a white man and co-founder of a conservative magazine The Federalist.

14

384    39.    Effective January 1. 2020 Twitter changed its contract to allow Twitter to shadow
385    ban users.

386    **Effective 1/1/2020 "We may also remove or refuse to distribute any**
387    **Content on the Services, limit distribution or visibility, of any Content**
388    **on the service, suspend or terminate users, and reclaim usernames**
389    **without liability to you," the new terms state (emphasis added).**

390    40.    In a substantial deviation from its Health Policies. Twitter continues to make its
391    services available to and has not removed offensive tweets. locked or banned the user contracts of
392    Blue Verified User Badge Users. ("Blue Check'ers"). whom Twitter has  determined are "News
393    Worthy" and who throughout the years have posted racist divisive words such as "I hate white
394    people" and other derogatory and discriminatory speech to their combined 50 million followers.
395    which is hateful and promotes hate against the race of white people. and in violation of Twitters
396    rules. such as those displayed in Exhibit L- White Hate by Blue Check'ers.

397    41.    In a substantial deviation from its Health Policies. Twitter continues to make its
398    services available to and has not banned the contracts or the benefits of a contract of similarly
399    situated non-white users. who are outside Sensa's protected class. and continues to allow non-
400    whites to post racist divisive hashtags such as #KillWhites and #Whitegenocide and to promote
401    hate against the race of white people in its public forum such as those displayed in Exhibit M-
402    White Hate on Twitter.

403    42.    It's plausible to infer that Twitters Health Policy was built to find whites and not
404    non-whites and was not designed to target non-whites which allows left leaning or liberal stuff to
405    go through unchecked or disregarded as ok and let go. It's plausible to infer that Twitter allows
406    non-white users and Blue Check'ers to post racist and anti-white propaganda because they
407    [Twitter] themselves are anti-white and hate white people.

15

408    43.    The "similarly situated" non-white user to Sensa had the same basic contract and

409    have posted tweets or replies the same or similar conduct to Sensa's two actioned tweeds. yet non-

410    white users were not disciplined to the severity of Sensa which demonstrates Twitters motivation

411    for suspending Sensa's contract and its desire to remove whites from their public forum.

412    44.    Twitter still makes its services available to and has not banned the contracts of

413    similarly situated users outside Sensa's protected classes from posting violative  tweets using the

414    word "Bitch Slap" on Twittter.com. Twitter continues to allow other non-white similarly situated

415    users who do not share Sensa's race to enjoy and use their contract and services to post tweets with

416    the phrase "Bitch Slap" with impunity which demonstrates enormous procedural irregularities in

417    not taking down or removing tweets similar or worse than the tweets that caused Sensa's contract

418    to be banned. and allowing non-whites to post tweets. without censorship or the banning of their

419    contracts such as those displayed in Exhibit N. Twitters Favoritism Towards Non Whites.

420    45.    Twitter still makes its services available to and has not banned the contracts of

421    similarly situated users outside Sensa's protected classes from posting violative  tweets using the

422    words "Hanging or hanged" on Twittter.com. Twitter continues to allow other non-white similarly

423    situated users who do not share Sensa's race to post tweets with the phrase "Hanging or Hanged"

424    with impunity which demonstrates enormous procedural irregularities in not taking down or

425    removing tweets similar or worse than the tweets that caused Sensa's contract to be banned. and

426    allowing non-whites to post tweets. without censorship or the banning of their contracts such as

427    those displayed in Exhibit O. Hanging.

428    46.    To the best of Sensa's knowledge. Twitter has not disciplined the above similarly

429    situated non-white users for posting similar or worse tweets than Sensa as the tweets and accounts

430    are still live. but it immediately terminated Sensa's contract. Additionally. other similarly situated

16

431 non-whites using the same services and posting similar words as Sensa, who were non-white, were
432 not permanently banned from using Twitters' services. Additionally, others outside the protected
433 class of whites are given a chance to fix a problem or there is a systematic maladministration of
434 the rules that are ignored on their behalf by Twitter.

435     47.     Twitters new Health Policy yields an unavoidable inference that Sensa's race
436 impacted the discipline determination and was pertinent to the discipline decisions made because
437 Twitter itself interjected race as one of the main reasons for updating and changing its Health
438 Policy specifically to track and discipline white socialists, white separatists and white nationalists,
439 with being white being the common denominator, and thus, race had something to do with the
440 decision-making process. (See, *e.g., Williams v. Lindenwood Univ.,* 288 *F.3d 349,356 (8th Cir.*
441 *2002))* ("*[I]njecting racial language at all into the decision-making process created the inference*
442 *that race at something to do with the decision-making process.*").

443     48.     On November 3, 2017, Twitter stated: "Keeping Twitter safe is a top priority for
444 us," and "These rules apply to everyone using our service – regardless of the account involved."

445     49.     January 11, 2018, YouTube Video James O'Keefe posted a video in which Steven
446 Pierre, "PIERRE", a software engineer for Twitter was recorded as stating:

447     **PV JOURNALIST: "So is it going to, like, ban… essentially ban**
448     **certain mindsets and/or people who could be negative?"**
449     **PIERRE: "It's not going to ban the mindset, it's going to ban, like, a**
450     **way of talking."**
451
452     50.     January 11, 2018, YouTube Video James O'Keefe posted a video in which Mo
453 Norai, "NORAI", a former content review agent of Twitter was recorded as stating:

454     **NORAI: "Let's say if it was a pro-Trump thing and I'm anti-Trump,**
455     **I was like, I banned his whole account. It goes to you, and then it's at**
456     **your discretion. And if you're anti-Trump, you're like, oh you know**
457     **what, Mo was right, F\*\*k it, let it go." "On stuff like that it was more**

17

458  discretion on your viewpoint, I guess how you felt about a particular
459  matter..."
460  PV JOURNALIST: 'Oh, so it wasn't automated. It was..."
461  NORAI: "No, no..."
462  PV JOURNALIST: "..a user end services person would deem it pro-
463  Trump and take it down?
464  NORAI: "Yeah, if they said this is pro-Trump, I don't want it because
465  it offends me, this, that. And I say I banned this whole thing, and it
466  goes over here and you're like, Oh you know what? I don't like it too.
467  You know what? Mo's right, let it go."
468  NORAI: "That's it. You're like, Mo was right, let's carry on. What's
469  next? Keep it coming."
470  PV JOURNALIST "Yeah, bring me another one to take down."
471  NORAI: "Yeah."
472  PV JOURNALIST : So, I flag something it's going to go by you."
473  NORAI: "Correct, and then, you know, you're looking at it and
474  you're like, oh hey, this is pro-Trump.. I don't like it."
475  PV JOURNALIST "So on the reverse of that, they would just let a lot
476  of the, I guess, left leaning or liberal stuff to go through unchecked?"
477  NORAI: "It would come through checked and then I would be like,
478  oh you know what? This is okay. Let it go."
479
480  PV JOURNALIST "You made the comment that, you know, Twitter
481  maybe wouldn't, you know, verbally say some things that they, you
482  know, wanted to put in their company policy but they were kind of
483  unwritten rules as far as the content that they would, allow or
484  disallow."
485  NORAI: "Very. A lot of unwritten rules, and being that we're in San
486  Francisco, we're in California, very liberal, a very blue state. You had
487  to be..
488  NORAI: "I mean as a company you can't really say it because it would
489  make  you look bad, but behind closed doors are lots of rules. Like,
490  hey, you do this this way. Or something like that. It was never written;
491  it was more said."
492  NORAI: "Twitter was probably about 90% anti-Trump, maybe 99%
493  anti-Trump."
494
495      51.    In  March  2018,  Dorsey  tweeted  **"that Twitter  is  building  a  "systemic**

496  **framework"** to help encourage more healthy debate, conversations, and critical thinking."

497      52.    On Jul 25, 2018 , Kayvon Beykpour, a product lead at Twitter stated; **"To be clear,**

498  **our behavioral ranking doesn't make judgements based on political views or the substance**

18

499    **of tweets."** Beykpour explained it was these behavior signals that led to the decrease in search

500    visibility, not a political agenda.

501         53.     On July 26, 2018, Nick Pickles, a senior strategist in Twitter's public policy

502    department stated; **"Let me make clear to the committee today that these claims [of banning**

503    **conservative voices] are unfounded and false," "In fact, we have deliberately taken this**

504    **approach as a robust defense against bias, as it requires us to define and act upon bad**

505    **conduct, not a specific type of speech."**

506         54.     On September 5, 2018, Dorsey, CEO of Twitter, testified in written form to the

507    United States House Committee on Energy and Commerce, and stated, in part;

508
509
510    **Mr. Dorsey: "In fact, from a simple business perspective and to serve the public conversation, Twitter is incentivized to keep all voices on the platform."**

511

512         55.     On September 5, 2018, Jack Dorsey, CEO of Twitter, testified verbally to the

513    United States House Committee on Energy and Commerce, and stated, in part;

514
515
516
517
518    **281**    **Mr. Dorsey: "For our part, machine-learning teams at Twitter are experimenting with these techniques in developing roadmaps to ensure present and future machine-learning models uphold a high standard when it comes to algorithmic fairness."**

519

520
521    **292**    **Mr. Dorsey: "we have a responsibility to make sure they [followers]can see your tweets."**

522

523
524
525    **399**    **Mr. Dorsey: "This is a matter of scale. So today, in order to remove tweets or to remove accounts, we do require a report of the violating and that report is reviewed by an individual."**

526

527
528    **440**    **Mr. Pallone: "So let me just ask you, how many human content moderators does Twitter employ in the U.S.?"**

529
530
531    **442**    **Mr. Dorsey: "We -- so we want to think about this problem not in terms of the number of people but how we make decisions to invest in building new technologies versus hiring folks."**

532

| | | |
|---|---|---|
| 488 | Mr. Pallone: "Will you commit to working with an independent third-party institution to conduct a civil rights audit of Twitter? Yes or no." |
| 491 | Mr. Dorsey; "We will." |
| 564 | Mr. Dorsey: "I believe if you were to go to our rules today and sit down with a cup of coffee, you would not be able to understand it." |
| 656 | Mr. Dorsey: "Today, our system does work on reports, especially when it has to take content down." |
| 723 | Mr. Dorsey: "the verified badge also is a signal that is used in some of our algorithms to rank higher." |
| 868 | Mr. Burgess: "just for the record, have you apologized to the McCain family? |
| 870 | Mr. Dorsey: "I haven't personally but I will." |
| 983 | Mr. Dorsey: "First and foremost, we -- our singular objective as a company right now is to increase the health of public conversation and we realize that that will come at short-term cost." |
| 1565 | Mr. Dorsey: "our current model works in terms of removing content based on reports that we receive." |
| 1710 | Mr. Dorsey: "We do have teams who are focused on creating roadmap so that we can fully understand best practices for training, data sets, and also measuring impartiality of outcomes." |
| 1727 | Mr. Harper: "And those [impartial] teams that you're talking about, those are individuals, correct?" |
| 1731 | Mr. Dorsey. "Yes. Yes --." |
| 1745 | Mr. Dorsey: [teams] "They're looking for fairness... impartiality". |
| 2046 | Mr. Dorsey: "Most of our decisions are made internally and we definitely take input from external folks and we look at what's happening in more of the secular trends of what's going on. But we don't take direction from anything external." |
| 2471 | Mr. Dorsey: "Yes. Our model currently depends upon reports to remove content or to remove accounts." |

| | 3047 | Mr. Johnson: Do you do any peer reviews of your algorithms before you – before you send them to production?" |
| | 3056 | Mr. Dorsey: "We do do those internally, yes." |
| | 3331 | Ms. Schakowsky: "So, you actually said that you are incentivized -- it says Twitter is incentivized to keep all voices on the platform. Is that correct?" |
| | 3334 | Mr. Dorsey: "No." |
| | 3383 | Mr. Dorsey: "we'd love to be more open as a company including our algorithms and how they work." |
| | 3850 | Mr. Dorsey: "And we do believe that increasing the health of the public conversation on Twitter is a growth vector for us but only in the long term and we -- you know, over the -- over the past few months we've taken a lot of actions to remove accounts en masse." |
| | 4088 | Mr. Duncan: "There were only suggested political figures of a very liberal persuasion that were suggested for her to follow. Nobody else. That shows bias, sir." |
| | 4091 | Mr. Dorsey: "Well, yes." |

56.     On March 5, 2019, Joe Rogan and guest Tim Pool spoke with Jack Dorsey, and Gadde, and both voiced these comments regarding Twitter policies:

**Gadde:**      "it's a big thing to kick someone off the platform"

"it's about a pattern and practice of violating rules and we don't want to kick someone off for one thing but if there's a pattern in practice".. "we are gonna have to take action"

"in the United States... you can't discriminate against white men."

"we focus on targeted harassment which is behavior that is targeted against an individual who belongs to [that] class"

"I think we agree philosophically that permanent bans are an extreme case scenario and it shouldn't be one of our you know regularly used tools in our tool chest."

**Tim Pool:**     "the concern is that this is always leaning towards the left"

**Gadde Replies:**       "I can understand why you feel that way"

**Dorsey:** **"I agree that we should have an [government] agency that can help us protect the individual and level the playing field."**

**"we're gonna make some mistakes along the way and we're going to admit to them we didn't admit to them in the past.**

**"were purely looking at the content but a lot of this agent work is based on the behaviors"**

**"I definitely understand the mistrust that people have in our company, in myself."**

**"I don't believe a permanent ban promotes health"**

57.    April 16, 2019, Dorsey stated:  "We want to have a situation where algorithms are constantly scouring every single tweet and bringing the most interesting ones to the top so that humans can bring their judgment to whether we should take action or not, based on our terms of service."

58.    April 16, 2019, an interviewer asked, "how hard is it to get rid of Nazis [referring to white nationalists] from Twitter,?"  and Dorcey replied:

> **"We have policies around violent and extremist groups." And "the majority of our work and our terms of service works on conduct, not content. So, we're actually looking for conduct."**

> **"We're in a situation right now where that term is used fairly loosely, and we just cannot take any one mention of that word accusing someone else as a factual indication that they should be removed from the platform."**

59.    April 16, 2019, Dorsey stated:  **"About 38 percent of abusive tweets are now proactively identified by machine learning algorithms so that people don't actually have to report them. But those that are identified are still reviewed by humans, so we do not take down content or accounts without a human actually reviewing it."**

657
658
659

60.    April 24, 2019 Twitter's reported monthly average users (MAU) in the US: Q1 2018 69 million , Q2 2018 68 million, Q3 2018 67 million, Q4 2018 66 million, Q1 2019 68 million.

660
661
662
663
664
665

61.    July 27, 2019 **"This, as noted, is how Twitter's working to change the narrative around its performance - while most social media platforms have traditionally provided charts of MAU growth, Twitter has not only stopped reporting MAU entirely, in favor of its newly created 'mDAU' stat, but it's also looking to re-frame growth around overall percentages, not the less impressive actual figure".** (See *https: www.socialmediatoday.com news twitter-q2-increased-users-and-revenue-but-questions-remain-between-the-l 559660* )

666
667
668

62.    October 24, 2019, Twitter stated that "more than 50% of Tweets we take action on for abuse are now being surfaced using technology." (See *https: s22.q4cdn.com 826641620 files - doc_financials 2019 q3 Q3-2019-Shareholder-Letter.pdf* )

669
670
671
672
673

63.    On October 31, 2019 Twitter states that since it's last report ending on June 30, 2019, Twitter had a "105% increase in accounts actioned by Twitter locked or banned for violating the Twitter Rules". Translated that would mean that Twitter has banned over 2 million users in those past 10 months alone for either abuse, hate or violent tweets under their Health Policies. (See Exhibit I-4, Twitter's 15th Transparency Report, October 31, 2019.)

674
675
676
677
678

64.    Twitter devised this new Health Policy not only to remove abusers, but to target white users for removal. Ban their contracts because they are white and have a white way of talking or behaving. To say that race is not a determining factor in banning user contracts, like Sensa's, is a lie, as policing within Twitters Health Policy is asymmetrical [lopsided]. Race motivated and motivated to treat Sensa unfavorably, as it did.

23

65.    Twitter's hateful conduct policy. shows that the company has explicitly codified political views into its policies. For example. the social media publisher states that it will ban users if they accurately refer to the biological sex of "transgendered" individuals who believe without evidence that biological men can become biological women. and vice versa. (See *https: thefederalist.com 2018 11 2⁷ top-house-committee-investigating-twitter-ceo-jack-dorsey-for-lying-to-congress* )

66.    On January 11. 2018. YouTube Video James O'Keefe posted a video in which Olinda Hassan. a policy manager of Twitter trust and safety stated:

> **"Safety "Yeah, that's something we're working on"…."we're trying to get the shitty people to not show up. It's a product thing we're working on."**

67.    April 11. 2018. Dorsey has been described as "an ardent leftist who has campaigned with radicals like DeRay Mckesson." And he recently raised a stir after tweeting a link to an article published in Medium. which basically calls for an end to the Republican party and a California-style one-party state nationwide. "America finally needs to take the Republican Party down for a generation or two." the authors write. Dorsey said of the article. "Great read.". (See *https: www.investors.com politics editorials facebook-twitter-youtube-bias-against conservatives* )

68. Twitter and Dorsey. actively use Twitters public forum to endorse and promote the many agendas of the Democratic Party. (See Exhibit P- Twitter Facilities.)

69.    In a Sep 14. 2018 Vox article quotes Dorsey as admitting that:

> **" the people who build Twitter are biased"**
> **"Twitter has a lot more left-leaning employees than right-leaners."**
> **" Twitter is so liberal, in fact, that conservative employees "don't feel safe to express their opinions" within the company.**

**"We have a lot of conservative-leaning folks in the company as well, and to be honest, they don't feel safe to express their opinions at the company,"**

**"They [the minority] do feel silenced by just the general swirl of what they perceive to be the broader percentage of leanings within the company, and I don't think that's fair or right."**

70.     Twitter's "Workforce" has a strong bias and strong negative views about white people in general. this biased produced anti-white prejudice. which. upon information and belief. turned into actions of mass suspensions of hundreds of thousands of user contracts similar to that of Sensa's. as they all. were white. Sensa's suspension was the result of Twitters workforce(s) racial animus toward whites and is bolstered further by evidence that Twitter. during the fall and winter of 2019. and at the time Sensa was locked out of his account and then Banned. had an incentive to suspend white users. but not non-white users. who then engaged in racially discriminatory conduct.

71.     A reasonably jury could infer that Twitter felt inclined to emphatically prove to the public and it's non-white users that Twitter. Dorcey and his staff were committed to removing whites who they hate and don't share their views with. Twitter's workforce. whose aggregate demographics is believed to be non-white or anti-white. banned Sensa. thereby insuring that whites like Sensa who communicated and behaved like white people won't be sharing their views in Twitter's public forum and thereby squashing the political beliefs of white people. because their views aren't acceptable to Twitters non-white. anti-white Workforce.

72.     Dorcey and Twitter spokespersons have lied in the past concerning shadow banning Republicans and Conservatives. On January 23. 2019 Dorcey stated:

> **"I agree, we have been bad at communication, we haven't been as forthright as we need to, we certainly haven't been as transparent. We do care deeply. But we need to do it in scalable ways. This work doesn't happen overnight."**

25

73. Twitter has stated that "[it] recognizes that accounts are **"assets owned solely by their owners"** but then removes the banned user's content as soon as the user's contract is banned and then completely removes their inactive accounts shortly thereafter so that others, upon information and belief, like Twitters Workforce, can obtain the works or creations made by others.

74. On September 5, 2018, Jack Dorsey, CEO of Twitter, testified verbally to the United States House Committee on Energy and Commerce, and stated, in part:

> 3299 **Mr. Dorsey: "So we are doing a few things. First, we are opening portals that allow partners and journalists to report anything suspicious that they see so that we can take much faster action."**

75. In 2014, an Indiana University survey found that only 7 percent of journalists identified as Republicans while 28 percent identified as Democrats. In 2002, the same study found that 18 percent of journalists identified as Republicans and 36 percent said that they were Democrats. In just more than a decade, a two to one Democratic Party advantage had grown into a four to one discrepancy.

76. A study conducted by the Center for Public Integrity during the 2016 election revealed that more than 96 percent of political donations from journalists went to the Hillary Clinton campaign.

77. On January 23, 2019 Dorcey responded to a question stating:

> **JOURNALIST; I can confirm that there are Nazis on Twitter.**
> **DORCEY; "We need to be more proactive, but a lot of it has to do with the friction of everything relying on it being reported in the first place.**

78. Twitter openly discussed its efforts to as to how they were going to deal with the problem of White Nationalists so they wouldn't be able to speak in their public forum. Twitter first

26

761  gave an arbitrary number of Twitter users the power to actively squelch minority views by using

762  reports and from these reports. Twitter formed a hit list for suspensions and disciplinary actions.

763          79.      On March 20, 2019 White nationalist "groups" surged nearly 50 percent, growing

764  from 100 chapters in 2017 to 148 in 2018. **"So, while the number of white nationalists could**

765  **have remained steady, the threat they pose may be increasing"**, John D. Cohen, a former

766  counterterrorism coordinator and acting under secretary for intelligence and analysis of the U.S.

767  Department of Homeland Security said. (See *https: www.factcheck.org 2019 03 the-facts-on-*

768  *white-nationalism*

769          80.      The Southern Poverty Law Center hasn't counted the members of the so-called "alt-

770  right." A press representative tells The Daily Beast that they're not aware of any nationwide

771  surveys designed to count them. Now, the KKK is near its nadir and they estimate that the KKK

772  counts between 5,000 and 8,000 members nationwide. That would make them less than 0.003

773  percent of the population, even on the higher end of the SPLC's estimate. 327 million Americans

774  and 981,000. (See *https: www.thedailybeast.com how-many-nazis-are-there-in-america-really*)

775          81.      On March 22, 2019 at a Twitter all-hands meeting on an employee asked a blunt

776  question:

777          **"Twitter has largely eradicated Islamic State propaganda off its**
778          **platform. Why can't it do the same for white supremacist content?"**
779
780  A [Twitter] executive responded by explaining that:

781          **"Twitter follows the law, and a technical employee who works on**
782          **machine learning and artificial intelligence issues went up to the mic**
783          **to add some context." (As Motherboard has previously reported,**
784          **algorithms are the next great hope for platforms trying to moderate**
785          **the posts of their hundreds of millions, or billions, of users.)**
786
787          82.      On Apr 9, 2019, the House Judiciary held a Hearing on hate crimes and the rise of

788  white nationalism. The hearing examined hate crimes, the impact white nationalist groups have on

27

789  American communities and the spread of white identity ideology. The hearing addressed some of

790  what social media companies can do to stem white nationalist propaganda and hate speech online

791  and what the public forums are doing to police their public forums.

792      83.     April 27, 2019 Another researcher, JM Berger, pointed out to Vice that since so

793  many white nationalists are supporters of President Trump, removing those accounts could lead

794  conservatives to accuse the platform of anti-Republican bias. (See *https://forward.com/fast-*

795  *forward/423238/twitter-white-nationalists-republicans/* )

796      84.     April 27, 2019, Jack Dorsey while speaking of white nationalists, told Rolling Stone

797  that people constantly tweet at him asking him to "get the Nazis off Twitter," but that "the reason

798  so many remain is that others fail to report them for violating the site's terms of service." (See

799  *https://forward.com/fast-forward/423238/twitter-white-nationalists-republicans/* )

800      85.     On or about, April 25, 2019 a Twitter employee who works on machine learning

801  told Motherboard that he believes that a proactive, algorithmic solution to white supremacy would

802  also catch Republican politicians.

803  **91 percent of the company's terrorism-related suspensions in a 6-**
804  **month period in 2018 were thanks to internal, automated tools.**
805  **Twitter currently has no good way of suspending specific white**
806  **supremacists without human intervention, and so it continues to use**
807  **human moderators to evaluate tweets. In an email from Twitter, a**
808  **company spokesperson told Motherboard that "different content and**
809  **behaviors require different approaches." "For terrorist-related**
810  **content we've had a lot of success with proprietary technology**
811  **but for other types of content that violate our policies—which can**
812  **often [be] much more contextual—we see the best benefits by using**
813  **"With ISIS, the group's obsessive branding, tight social networks and**
814  **small numbers made it easier to avoid collateral damage when the**
815  **companies cracked down (although there was some)," he said. "White**
816  **nationalists, in contrast, have inconsistent branding, diffuse social**
817  **networks and a large body of sympathetic people in the population, so**
818  **the risk of collateral damage might be perceived as being higher, but**
819  **it really depends on where the company draws its lines around**
820  **content. Twitter hasn't taken the same aggressive approach to white**

**supremacist content because the collateral accounts that are impacted can, in some instances, be Republican politicians." The employee argued that, "on a technical level, content from Republican politicians could get swept up by algorithms aggressively removing white supremacist material." And that "Banning politicians wouldn't be accepted by society as a trade-off for flagging all of the white supremacist propaganda", he argued.**

86.   On May 15, 2019 in a House Civil Rights and Civil Liberties Subcommittee held a public hearing  discussing in part the impact on the communities most victimized and targeted by white supremacists.

87.   On June 4, 2019, the House Judiciary held a Hearing "Confronting White Supremacy" and the "Adequacy of the Federal Response"

88.   On August 12, 2019- When Will Twitter Ban White Nationalists? Civil Rights Leaders Urge the Site to Take Action (See *https: fortune.com 2019 08 12 twitter-ban-white-nationalists*  )

89.   On September 20, 2019 House Oversight Joint Subcommittee Hearing on Confronting White Supremacy Mr. Raskin stated, in part:

**"We are here today to determine if existing counter terrorist tools can be mobilized to address the problem of white supremacy. And if so what civil liberty protections will limit the protections for any overreach."**

90.   On November 19, 2019, calls to boot white supremacists from the platform have intensified this year in the wake of mass shootings in El Paso, Texas, and Christchurch, New Zealand. In March, Facebook said it was banning white nationalist and white separatist content from its platform, putting pressure on Twitter to do the same. (See *https: www.cnet.com news twitter-under-more-pressure-to-ban-white-supremacists*  )

91.   Twitters' Workforce, through its Health Policy, knowingly focused its efforts, wrote and trained its algorithms, set its agenda's, formulated and implemented policies to track,

850   police and regulate on the basis of going after and removing white supremacists, white separatists

851   and white nationalists knowing that it would effect or regulate white Republicans, Conservatives

852   and whites voices and white political views which, in fact, was demonstrated when Twitter

853   regulated and shadow banned a majority of 600,000 Republicans and Conservatives who are

854   mostly white, by Twitters' Workforce, who are, upon information and belief, mostly non-white or

855   anti-white.

856        92.    Twitter, facing pressure from Congress, shareholders, its anti-white Workforce, its

857   anti-white users and advocacy groups to remove white nationalists off its public forum procured

858   and devised a Health Policy in which to pursue white nationalists, which contained biased

859   algorithms which would then sift and rise to the top white users tweets or accounts so that biased

860   journalists through specially set up portals or content moderators or "user end closers" who are

861   mostly predisposed to not liking white people, could then use these Health Polices meant for whites

862   to then suspend whites, like Sensa, from its public forum.

863        93.    Twitter failed and refused to provided responses to questions from Congressional

864   members' of the House Energy and Commerce Committee, questions for the record despite an

865   October 15th, 2018 deadline , which Dorsey stated under oath he would provide. A reasonable

866   inference can be made that Twitter is hiding something.

867        94.    An inference may be made that Dorcey was acting in an evasive way whenever he

868   was asked **how many "Human Content" people does Twitter employ?",** or to that effect. Was

869   he avoiding telling truths concerning journalists true roles through their newly formed portals or

870   to conceal other truths by not directly answering these questions?

871        95.    System flaws in Twitter's Health Policy present high-risk opportunities for the

872   misinterpretation of tweets or replies as they lack voice tone, inflection and emotional nuances of

873  vocal tones. It is well-documented among psychologists that when people lack information, they
874  tend to rely on stereotypes to fill in the gaps. Without the benefit of paralinguistic cues such as
875  gesture, emphasis, and intonation, it can be difficult to convey emotion and tone in a tweet, reply
876  or direct message, let alone interpret a user's behavior from those just mentioned. Because Tweet
877  communicators "hear" a statement differently depending on whether they intend to be, say,
878  sarcastic or funny, it can be difficult to decipher and therefore may be under appreciated by their
879  audience or Twitter's Workforce. Studies have also shown racial stereotypes and bogus
880  expectancies influence people's impressions of a target more strongly over e-mail, which are
881  similar to tweets, than voice interactions. When someone such as a content manager or ender users
882  manager receives a tweet from someone they don't know, they often will revert to personality
883  stereotypes, and in doing so raise the chances of emotional misinterpretation and the chances
884  of the message getting lost through the medium because tweets cannot accurately convey tone,
885  emotion, facial expressions, gestures, body language, eye contact, oral speech, or face-to-face
886  conversation and will most likely be misinterpreted or misunderstood.

887  96.  Twitter states that it is not going after Republicans or Conservatives and it can be
888  reasonably inferred that Twitter suspends Republicans and Conservatives not for their political
889  view or associations, but because they are white.

890  97.  It can be inferred that Twitter discontinued its reporting of MAU in favor of DAU
891  simply because it anticipated that it would be removing whites' accounts and did not want these
892  numbers revealed in any upcoming stock reports or within the press as it would reflect negative
893  upon the company and may effect stock prices.

894  **VI. 42 U.S.C. § 2000a AND N.H.R.S.A 354-A:17**

31

895    98.    Besides offering services anywhere in the world through its public forum, Twitter
896  hosts many events open to the public such as public speaking, workshops, musicals, awards shows
897  at its many facilities located throughout the US. At the majority of these events, Twitter supplies
898  food and beverages for its guests and even houses an on-site bakery and sandwich shop at its San
899  Francisco facility within the meaning of 42 U.S.C. § 2000a(b) & N.H. Rev Stat § 155:39-a.

900    99.    Twitter is a place of public accommodation within the meaning of 42 U.S.C.
901  §2000a(b) and (c), (2), (3) and (4) and NH Rev Stat § 155:39-a, as its operation of cafeteria's,
902  lunchrooms, lunch counters, soda fountains, motion picture houses, theaters, concert halls or other
903  places of exhibition or entertainment within its many facilities or establishments affect commerce
904  as a substantial portion of the food which it serves or other products which it sells, has moved in
905  commerce within the meaning of 42 U.S.C. § 2000a(b) 2 and (c)2 and NH Rev Stat § 155:39-a, II.
906  Additionally, Twitter customarily presents performances, exhibitions or other sources of
907  entertainment which move in commerce through its live feed of events inside it's many facilities
908  throughout the US within the meaning of 42 U.S.C. § 2000a(b)(3), (c)(3) and NH Rev Stat §
909  155:39-a III and additionally under  42 U.S.C. § 2000a(b) 4 and (c)(4), as any establishment that
910  contains a covered establishment, and which holds itself out as serving patrons of that covered
911  establishment.

912    100.    Inside the Twitter San Francisco Headquarters facility and at its other facilities
913  throughout the US, Twitter hosts many public events within the meaning of 42 U.S.C. §2000a(b)
914  and NH Rev Stat § 155:39-a, such as those described and display throughout Exhibit Q :

915    101.    Places of public accommodation" need not be physical structures, and
916  discrimination may occur when the goods or services of a place of public accommodation are
917  enjoyed by customers who never visit a physical location.

918    102.    The facts stated in CLAIM 1 and throughout, demonstrate that Sensa is a member

919 and belongs to a protected white group and that Twitters banning of Sensa's contract was

920 discriminatory and based on his race and was significantly harsher in comparison with other

921 similarly situated non-whites or non-white members of non-white races. Twitter, as a public

922 accommodation under the law, owed a duty to Sensa not to discriminate against him because of

923 his race and his membership in a protected race. Putting aside the psychological effects of Twitters'

924 racial discrimination of Sensa and thousands and thousands of other white users are the harmful

925 effects that may stifle future online commerce with other companies. Twitters' discriminatory

926 actions of deleting tweets or suspending contracts like Sensa's restrains and has a substantial effect

927 on commerce in New Hampshire and throughout the United States as there are less users

928 purchasing or selling advertising, and also less "goods" for Twitter to sell its customers. This

929 would also include all of the auxiliary businesses that go along with the advertising business, such

930 as accountants, attorneys, marketers, actors or producers, video producers and news agencies.

931 Other industries such as persons or companies selling products will never get to meet millions of

932 potential white people who will no longer learn about or purchase their products because of

933 Twitter's discriminatory acts. Driving once-loyal customers away in droves which a reasonable

934 person would think are contrary to normal business procedures or policies.


935    103.    Twitter formed opinions about and then treated Sensa not based on his individual

936 merits, but rather on his skin color and membership or perceived membership in groups with

937 assumed behavioral characteristics of being white and failed to offer full and equal services to

938 Sensa at a covered establishment in violation of 42 U.S.C. §2000a and NH Rev Stat § 354-A.


939                        **VII. 47 U.S. Code § 230**

33

940    104.    On September 5. 2018, Jack Dorsey. CEO of Twitter. testified verbally to the

941    United States House Committee on Energy and Commerce. and stated. in part:

942    **3845    Mr. Dorsey: "It's an excellent question, and something that we**
943    **have balanced in terms of, number one, our singular objective**
944    **is to increase the health of this public square and this public**
945    **space, and we realize that in the short term that will mean**
946    **removing accounts." (See Exhibit Q-2)**
947

948    105.    Twitters' public areas on its computer network are able to accommodate large

949    numbers of the public at one time. They often include display areas for entertainers. exhibitors and

950    others to perform for the public at large. It is an appealing place for the public to converse and

951    socialize as well as to browse and shop in and about with store ads and accesses placed throughout

952    with members of the general public coming and going as they please.

953    106.    Twitter's computer network is a public forum open to the public for the purpose of

954    speaking in public and for the purpose of encouraging the patronizing of its advertisers. **Although**

955    **Twitter is privately organized. its computer network exhibits all the features of a public forum**

956    **conducive to the public communication of views on issues of political and social significance and**

957    **indeed has assumed law enforcement responsibilities normally reserved for State Actors through**

958    **§230. By exercising public functions. this nominally private entity assumed the constitutional**

959    **obligations of local government. specifically including the duty to permit exercise of expressive**

960    **rights within the boundaries of its forum which serves as the functional equivalent of a business**

961    **block open to the general public and** does not violate Twitter's property rights under the Fifth and

962    Fourteenth Amendments.

963    107.    Twitter has intentionally transformed its computer network into a public forum.

964    square or market. a public gathering place. a downtown business district or community.   They

965    cannot now deny their own implied invitation to use the space as it was clearly intended. a public

34

966 forum for public speech, whose nature, purpose and primary use is public and not private speech,
967 which is open to the public.

968     108.    Twitter has become a critical public forum for the expression of protected speech
969 and the federal courts of appeals has held that the government can create public forums within
970 Twitter's public forum computer network such the accounts Sensa interacted with such as the
971 @realDonaldTrump account and other government officials' accounts who use their Twitter
972 accounts for official business and where the protections for viewpoint discrimination of the First
973 Amendment apply in such designated DPF's.

974     109.    Sensa's tweet stated;

975             **Ya, let's all get all cutesy with a fkcn #Traitor who should be**
976             **hung if found guilty!!** See Exhibit F-2, Sensa's Suspensions. See
977             Exhibit F-3 for context.
978
979     110.    Sensa's cognitive core political speech or speech concerning public affairs is more
980 than self-expression, it is the essence of self-government and occupies the highest rung of the
981 hierarchy of First Amendment values and is entitled to special protection because of it's purely
982 expressive nature and its importance to a functional republic.

983     111.    Sensa's free speech in his tweet was not commercial, hate, obscenity, stalking or
984 harassment speech. Sensa's cognitive speech is not violative under New Hampshire RSA 644:2 in
985 a "Public Place", or violative under any other New Hampshire Criminal law or under §230 for that
986 matter. Nor was his speech expressive conduct such as burning a flag.

987     112.    On September 5, 2018, Chairman Walden, Twitters boss by proxy, lead off a
988 meeting of United States House Committee on Energy and Commerce Committee by stating:

989             **"So, Mr. Dorsey, I am going to get straight to the heart of why we are**
990             **here today. We have a lot of questions about Twitter's business**
991             **practices including questions about your algorithms content**
992             **management practices, and how Section §230's safe harbors protect**
993             **Twitter." (See Exhibit Q-2)**

994
995      113.    On September 5, 2018, Jack Dorsey, CEO of Twitter, testified verbally to the
996 United States House Committee on Energy and Commerce that Twitter relies on governmental
997 guidance and benefits it receives through §230, and stated, in part:

998            **2396**    **Mr. Dorcey; "Well, we do defend Section 230 because it is the**
999                        **thing that enables us to increase the health in the first place.**
1000                        **It enables us to look at the content and look for abuse and**
1001                        **take enforcement actions against them accordingly."**
1002            **2601**    **Mr. Dorcey; "We have made our singular objective to -- as a**
1003                        **company to help improve the health of the content that we see**
1004                        **on the service, and for us that means that people are not**
1005                        **using content to silence others or to harass others or to bully**
1006                        **each other so that they don't even feel safe to participate in**
1007                        **the first place and that is what CDA §230 protects us to do is**
1008                        **to actually enforce these actions -- make them clear to people**
1009                        **in our terms of service but also to enforce them so that we can**
1010                        **take actions." (See Exhibit Q-2)**
1011

1012      114.    Rather than regulating the internet like most all other industries, Congress instead
1013 has chosen to entwine themselves with companies like Twitter, essentially relegating it's duties to
1014 protect, police and regulate free speech. Twitter deleted Sensa's tweets and banned Sensa's
1015 contract under the presumed protections of §230 or through its Health Policies created, in part, to
1016 satisfy §230 and the government and its duties to police and regulate the internet industry. Quite
1017 arguably, this saves the government and Twitter millions of dollars each year while trampling state
1018 and personal interests in Free Speech, Freedom to Assemble and Freedom of Expression.

1019      115.    §230 deputizes computer networks such as Twitter "to ensure vigorous
1020 enforcement of Federal and State criminal laws to deter and punish trafficking in obscenity,
1021 stalking, and harassment by means of computer in return for legal protections for third-party
1022 content and for Twitters filtering decisions. Twitter's invocation and claims of authority under
1023 §230 is likely to unlock the door and circumvent the independent Constitutional protections of

1024    New Hampshire residents as users are unaware of their rights within the convoluted context of

1025    §230. Eg. Congress the boss and Twitter the Executive with policing powers.

1026        116.    28 U.S. Code § 2671 of the Federal Law Enforcement Officers' Good Samaritan

1027    Act of 1998 defines a "Federal agency" .. to include… corporations.

1028        117.    Twitter, primarily acting as instrumentalities or agencies of the United States and

1029    local New Hampshire law enforcement agencies, chooses to be a Good Samaritan in carrying out

1030    the wishes of Section §230 and converts a private entity like Twitter into a state actor or is

1031    equivalent to state action—because the private entity [Twitter] is voluntarily performing a

1032    traditional, exclusive public functions such as regulating criminal and non-criminal speech and

1033    behaviors at a local and State level.

1034        118.    And although Twitter is not "performing traditional governmental functions" by

1035    storing, caching, or providing access to content, it does "police" it's public forum at the direction

1036    of the Federal Government and Congress which enables it to take enforcement actions against

1037    those that Congress believes to be law breakers of obscenity, disturbing the peace, fighting words,

1038    or in Twitters case in which it "police(s)" "behaviors", which are all policing powers traditionally

1039    performed by local police, departments or municipalities which are generally considered State

1040    actions. This, in effect, turns Twitters operation into a governmental function that serves public

1041    interest and to which they receive "benefits" of Executive status in the form of legal immunity and

1042    in the savings of legal fees in return for policing it's designated public forum under the government

1043    created §230. Twitter also benefits from §230 as they use it as a authoritive bully whip upon its

1044    users without any retribution or due process rights afforded to users like Sensa. Twitter also

1045    leverages and benefits in the use of §230 as it is instrumental in producing and enforcing its own

1046    Health Policies and even brazened them to promulgate a new Health Policy that now polices

37

1047  "behaviors" that are routinely protected by the States through their prospective Constitutions or
1048  local criminal laws.

1049      119.   Twitter's mere invocation of federal power through §230 will normally render futile
1050  any attempt by users to resist this suppression of speech and the utilization of local police or Courts.

1051      120.   Sensa's Constitutional deprivations such as his tweets being taken down and the
1052  resulting banning of his contract resulted from Twitters close 'nexus' to, or 'entanglement' and its
1053  exercise of §230 and in its performance of such acts which are traditionally local governmental
1054  functions.

1055      121.   Twitter is a state actor who, for its own economic benefit of legal protection, acted
1056  on behalf of Congress and through §230 to knowingly deny Sensa's both his State and US
1057  Constitutional rights and is therefore subject to regulation under the United States Bill of Rights,
1058  including the First, Fifth, and Fourteenth Amendments, which prohibit Federal and State
1059  governments from violating certain rights and freedoms.

1060      122.   Although Twitter is managed by a group of executives and directors, because of
1061  their relationship with §230, the government is virtually in the board room assisting or in some
1062  cases interfering with the essential operations of Twitter.

1063      123.   Twitter should not be granted or be able to claim unconditional §230 immunity as
1064  they were out of their limits, overbroad in their role of "good Samaritan" and in "bad faith", used
1065  vague singular or plural forms of content-based or behavior-based speech suppression through its
1066  Health Policy, or tools thereof, in targeting and deleting Sensa's tweet and thereby controlling a
1067  white colored Sensa's third-party political speech on its website and thereby undeservedly
1068  defeating the Constitutional claims of an injured Sensa. Political speech that is constitutionally
1069  protected under the First Amendment and Article 22 of the New Hampshire State Constitution.

1070        124.    Twitter, a Quasi-government corporation chartered through an act of Congress,
1071    goes beyond merely private blocking or screening of offensive materials under a Section §230,
1072    and actively punishes and restricts "the right of an individual to speak freely [and] to advocate
1073    ideas," and to assemble peacefully in a designated public forum, as it did to Sensa. Twitter
1074    administered §230 in an Unconstitutional manner when it removed Sensa's free speech on a
1075    discriminatory content-based or subject matter viewpoint basis when it removed his tweet and
1076    banned his account in a public forum and not within the parameters of Section §230.

1077    **§230 Unconstitutional under the Commerce Act**

1078        125.    Congress, unlawfully, unreasonably and contrary to law, exceeded its constitutional
1079    bounds granted by Articles [I] or [XIV] of the Constitution, Part I, Article 22 of the New
1080    Hampshire Constitution and lacks authority under Article I, Section 8 of the Constitution,
1081    specifically under the Commerce Clause, to regulate and/or police and Americans speech
1082    specifically through §230 as it is not a valid exercise of Congress' commerce powers as public
1083    speech or the criminal nature of speech are entirely noneconomic. Similarly, true threats or
1084    inciteful crimes of speech are not, economic activity and are more aptly to be governed by State
1085    or local Criminal laws. The economic necessities outlined in §230 should not provide cover for
1086    government-supported infringements of speech as exchanging ideas is free and no money is
1087    exchanged.

1088        126.    Congress, under any Commerce act or regulation, lacks the authority to regulate
1089    and/or suppress noneconomic speech or criminal conduct under §230 based solely on that
1090    conduct's aggregate effect on interstate commerce as police powers lie within the States and not
1091    with the Federal Government. When applied, §230 creates a substantial expansion of federal
1092    authority to regulate persons not otherwise subject to such regulation.

1093    127.    Congress has exceeded its constitutional bounds in passing §230 as in our federal
1094    system, the National Government possesses only limited powers where the States and the people
1095    retain the remainder. Police power, such as punishing street crime, regulating speech or behavior
1096    is possessed by the States and not by the Federal Government.

1097    128.    Because the police power is controlled by 50 different States instead of one national
1098    sovereign, the facets of governing that touch on citizens' daily lives are normally administered by
1099    smaller governments closer to the governed. The Framers thus ensured that powers which "in the
1100    ordinary course of affairs, concern the lives, liberties, and properties of the people" were held by
1101    governments more local and more accountable than a distant federal bureaucracy.

1102    129.    §230 prohibits the freedom of speech under the U.S. Constitution Article [I]
1103    Freedom of expression and the Due Process and Equal Protections clauses within Articles [IV]
1104    and [XIV] and allows these freedoms to be regulated in a discriminatory manner.

1105    130.    §230 restricts the right of individuals to speak freely in public forums and violates
1106    freedom of speech rights under Part I, Article 22 of the New Hampshire Constitution which are
1107    inviolably preserved for New Hampshire Citizens and should not be subject to encroachment by
1108    any new regulations.

1109    131.    In passing §230, the legislature  subbed out the Executive's policing duties and
1110    therefore usurped the Judicial remedies available to Citizens for violations of  Federal or State
1111    Constitutions.

1112    132.    In passing §230, the legislature overrode the entrenchment clause under Part I,
1113    Article 22 of the New Hampshire Constitution and the due process rights that accompany it without
1114    any type of strict scrutiny which would have examined restrictions or regulations with regard to
1115    content of speech prior to it passing into law. (See *Congressional Records*) Part I, Article 22 of

40

1116   the New Hampshire Constitution protects Sensa's free and political speech, which was reasonably

1117   exercised, in public forums even when the forums are privately owned.

1118          133.    In  any  forum,  §230  is  unconstitutionally  vague,  overbroad  and  viewpoint

1119   discriminatory on its face under Part I, Article 22 of the New Hampshire Constitution and the First

1120   Amendment  of  the  United  States  Constitution  as  it  authorizes  and  encourages  arbitrary  and

1121   discriminatory  enforcement,  enabling  State  Actors  to  administer  a  policy  on  the  basis  of

1122   impermissible factors. As a prior restraint that regulates speech based on its content, §230 is

1123   presumptively unconstitutional. §230 is also unconstitutionally vague and overbroad because no

1124   one can decipher its meaning, it permits and encourages arbitrary and discriminatory enforcement,

1125   and it lacks any plainly legitimate sweep.

1126          134.    §230 is also facially overbroad because a substantial number of its applications such

1127   as  removing  speech  "taken  in  good  faith"  and  speech  "otherwise  objectionable"  are

1128   unconstitutional and viewpoint discriminatory on their face because it fails to provide people of

1129   ordinary  intelligence  a  reasonable  opportunity  to  understand  what  conduct  it  prohibits  and  it

1130   authorizes or even encourages arbitrary and discriminatory enforcement.

1131          135.    Even assuming §230 has a plainly legitimate sweep that targets obscene, lewd,

1132   lascivious,  filthy,  excessively  violent,  harassing,  the  regulation  can  be  used  to  censor  any

1133   expression or word that is critical, negative, or controversial or is capable of a critical, negative, or

1134   controversial interpretation regardless of whether it constitutes an accusation of moral turpitude or

1135   whether the speech is "constitutionally protected or not".

1136          136.    Accordingly, §230 is unconstitutionally overbroad because a substantial number of

1137   its applications are unconstitutional when judged in relation to a purported legitimate sweep that

41

1138  reaches accusations of moral turpitude and laws must provide explicit standards for those who

1139  apply them.

### CLAIM I
### (For Violations of U.S.C. §1981)

1143  137.    Sensa incorporates by reference each and every paragraph, tweet, article, exhibit or

1144  attachment included in this document as though set forth fully herein.

1145  138.    42 U.S.C. §1981, regulates private conduct as well as governmental action and

1146  prohibits race discrimination in the enforcing of contracts against or in favor of, any race.

1147  139.    Sensa is a white person and a member of the white race. At all times mentioned

1148  herein, Sensa tweeted, posted, communicated, acted, represented, displayed, behaved and

1149  portrayed himself to be a white person and a member of the white race who followed, replied and

1150  conversed directly, relaying his many political views to many politicians, members of Congress,

1151  newspapers, other MAGA followers, including the @realDonaldTrump and other DPF's on

1152  Twitters public forum, Twitter.com. Through this Twitter account, Sensa was a daily active user

1153  looking to learn, promote and drive traffic to a potential  blog site, converse in political speech,

1154  among other things, using Twitter's services and public forum. (See Exhibit E, Sensa's Twitter

1155  Profile.)

1156  140.    By a preponderance of the facts recorded herein, a reasonable factfinder could

1157  rationally conclude that significant circumstances contribute to the inference of discrimination of

1158  at least thousands of whites, including Sensa, silenced or otherwise oppressed  by Twitter locking

1159  or banning their contracts,  and that these facts demonstrate Twitter's and that of its Workforce,

1160  state of mind(s) and that race made a difference in Twitter's decisions and raises an inference that

1161  Twitters legitimate reasons such as Health Policies were not it's true reasons for locking and

1162  banning the contracts of a white Sensa and other white users, but were a devised pretext for mass

1163 discrimination as a result of the anti-white racial animus held by Twitters', CEO, officers, directors

1164 and/or managers, employees and/or agents and that these facts demonstrate the prima facie

1165 elements of discrimination which include acts to deprive Sensa and other similarly situated white

1166 users of equal protection of, and equal privileges and immunities under the laws, in which Sensa,

1167 and the others were treated less favorably than others who are non-white and that this treatment

1168 was because Sensa and other whites, are or were perceived to be white or behaving white, and was

1169 not accidental. Additionally, Twitters' CEO, officers, directors and/or managers knowingly and

1170 maliciously devised, participated in and condoned the discriminatory conduct as they used their

1171 new Health Policy initiative as a pretext to discriminately remove or ban for life the contracts, of

1172 perceived or actual white owned accounts like Sensa's. These accounts did not need to be

1173 oppressively ban as Twitter already had a processes in place that would remove any violative

1174 tweets not within their policies. Thus, Twitter needlessly and maliciously locked then banned

1175 Sensa's tweets and contract when it should have known, that [it] had already demonstrated that it

1176 could, among other things, simply delete the violative tweet and not ban his contract.

1177     141.    Great discrepancies in the punishments received by Sensa and by whites in these

1178 exhibits mentioned above, in contrast to Sensa's non-white peers, yields a reasonable inference

1179 that, in the fall and early winter of 2019, Twitter intentionally discriminated against Sensa because

1180 he was white, while simultaneously, similarly situated non-whites were treated differently even

1181 though they have committed similar or worse acts, which gives the appearance of racial disparity

1182 in the issuing of discipline for virtually the same or less infraction and invokes the notion of

1183 treating two persons differently on the basis of a certain characteristic that only one possesses.

1184     142.    When Twitter purposely and discriminately locked and then banned Sensa's

1185 contract and services, Twitter impaired the 'contractual relationship' under which Sensa had

43

1186   rights." Twitter denied Sensa the right to these services, the right to make and expand the contract
1187   to include these and other services and to the benefits or privileges of their contractual relationship.
1188   And while Twitter purposely deprived Sensa of services, similarly situated users outside Sensa's
1189   protected class, who had signed identical contracts similar to Sensa, were not denied the same
1190   services. Twitter allowed non-Whites to speak their minds and behave as non-whites, while
1191   denying whites like Sensa this advantage.

1192         143.   Twitter had a duty to Sensa and their other white customers not to discriminate
1193   against whites while promulgating or enforcing its rules or contracts and failed to provide Sensa
1194   the full benefits of his contract when it banned his account and contract because he was white
1195   and/or behaving white. Twitter knew Sensa used Twitters services on a daily basis and it was
1196   Twitters intent to prevent Sensa from doing so on any meaningful basis because he was white
1197   and/or behaving white. But for Sensa being white, he would not have been harmed or injured and
1198   would not have suffered the loss of legally protected rights, and that if he were non-white, he
1199   would be enjoying the benefits of his contract with Twitter.

1200         144.   Sensa fully intended to continue with the contract as an active user but was, unless
1201   enjoined, prohibited from doing so because Twitter imposed additional conditions on Sensa to
1202   behave unlike his own race. These additional conditions, such as walking talking, acting,
1203   displaying, behaving or portraying himself to be a non-white, were placed on Sensa and denied
1204   Sensa his right to contract and to enjoy all benefits, privileges, terms and conditions of the existing
1205   contractual relationship Sensa shared with Twitter.

1206         145.   As long as Sensa remains banned, or is enjoined, Sensa cannot use, engage or
1207   directly converse with the President or any other Official Representatives' tweets. Sensa has only
1208   a "limited" ability to observe @realDonaldTrump tweets and replies, and he cannot use or reply

44

1209  to tweets or replies to tweets or participate in political discourse or speech with anyone in the
1210  Twitter public forum, including the President. And as long as Sensa remains banned from Twitters
1211  public forum, his ability to communicate using the Twitter public forum platform will continue to
1212  be so limited and absent some unforeseen change to his banned status, he will continue to
1213  experience that harm or a cognizable injury-in-fact, in a personal and individual way, so long as
1214  he is banned. Sensa's only redress to prevent further and continued injuries, is through a favorable
1215  declaratory or injunctive relief.

1216       146.    Upon information and belief, "the officers, directors, or managers of Twitter" had
1217  to have participated in or condoned the discriminatory conduct carried out by its agents,
1218  employee's or other contractors or actors. These agents, employee's or other contractors or actors,
1219  knew or should have known that their discriminatory actions could likely result in injury, damage,
1220  or other harm to Sensa and to other whites.

1221       147.    Twitter's discriminatory acts of locking and then banning Sensa's contract because
1222  he was white, was willful and done purposely and deliberately in violation of the law as Twitters
1223  acts were done knowingly, with the set purpose of removing whites from its public forum, and
1224  failed to yield to reason, and unless enjoined this will continue to happen to other whites in Twitters
1225  public forum.

1226       148.    Twitter did not have to ban Sensa forever. It could have used its workforce,
1227  algorithms or journalists to delete tweets or it could have let anyone who might be offended to
1228  block Sensa from their view and demonstrates Twitter's reckless indifference to the rights of
1229  whites and those of Sensa.

1230       149.  The above-described conduct violates 42 U.S.C. § 1981, which prohibits interference
1231  with the right to make and enforce contracts on account of race.

45

1232     150.  As a result of the above-described discrimination, Sensa suffered equitable losses
1233 when he lost his followers, important contacts, news contacts and materials posted; compensatory
1234 damages in equipment, apps or software purchased and designed to enhance his Twitter public
1235 forum platform in order to drive traffic to his proposed blog, with expectation damages of lost
1236 profits to be determined at trial.

1237     151.   As a direct and proximate result of Twitter's discriminatory acts, Sensa suffered
1238 damages in the amount of $250,000,000, and continues to suffer, including, but not limited to,
1239 insult, pain, embarrassment, humiliation, emotional distress, mental suffering, and injury to his
1240 personal and professional reputations, including general or special damages, costs, and other out-
1241 of-pocket expenses.

1242     152.  Sensa is entitled to injunctive and declaratory relief, along with costs, reasonable
1243 attorney fees and expert witness fees pursuant to 42 U.S.C. § 1988.

1244     153.  Twitter is and at all times mentioned herein has been a place of public accommodation
1245 within the meaning of 42 U.S.C. § 1981 and owed a duty not to discriminate against Sensa.   The
1246 "but for" cause and the motivation for the above-described conduct by defendant Twitter' CEO,
1247 officers, directors, managers, employee's or other contractors or actors, was because Sensa is white
1248 and a member of the white race.

1249                                    **<u>CLAIM II</u>**
1250          **(For Violations of 42 U.S.C. § 2000a AND N.H.R.S.A 354-A:17)**
1251
1252     154.  Sensa re-alleges and incorporates by reference each and every paragraph, tweet,
1253 article, exhibit or attachment included in this document as though set forth fully herein.

1254     155.  Sensa is a white person and a member of the white race. At all times mentioned
1255 herein, Sensa tweeted, posted, communicated, acted, represented, displayed, behaved and

46

1256 portrayed himself to be a white person and a member of the white race when using Twitter's

1257 services at Twitter.com.

1258     156.  Twitter is and at all times mentioned herein has been a place of public accommodation

1259 within the meaning of 42 U.S.C. § 2000a and NH R.S.A. 155:39-a and owed a duty not to

1260 discriminate against Sensa in its public accommodation due to his race.  The "but for" cause and

1261 all of the motivation for the above-described conduct by defendant Twitter' CEO, officers,

1262 directors, managers, employee's or other contractors or actors, was because Sensa is white and a

1263 member of the white race.

1264     157.  The above-described conduct violates 42 U.S.C. § 2000a and N.H.R.S.A 354-A:17

1265 which prohibits discrimination in places of public accommodation on account of race.

1266     158.  By a preponderance of the facts recorded herein, a reasonable factfinder could

1267 rationally conclude that significant circumstances contribute to the inference of discrimination of

1268 at least thousands, including Sensa's, silenced or otherwise oppressed by Twitter in its public

1269 accommodation and that these facts demonstrate Twitters state of mind and that race made a

1270 difference in Twitters decision in denying Sensa's entry into its public accommodation and raises

1271 an inference that Twitters legitimate reasons such as "Health" were not it's true reasons for not

1272 allowing a white Sensa and other white users into its public accommodation by locking or banning

1273 their contracts, but were merely a pretext for mass discrimination as a result of racial animus held

1274 by Twitters, CEO, officers, directors and/or managers, employees and/or agents and that these

1275 facts demonstrate the prima facie elements of discrimination which include acts to deprive Sensa

1276 and other similarly situated white users of equal protection of, and equal privileges and immunities

1277 under the laws, in which Sensa, and other whites were treated less favorably than others who are

1278 non-white and that this treatment was because Sensa and other whites, are and were perceived to

be white or acting white, and was not accidental. Additionally, Twitters' CEO, officers, directors and/or managers knowingly participated in and condoned the discriminatory conduct as they maliciously used their new Health Policy initiative as a pretext to discriminately remove or ban for life, actual white persons from its public facilities. Users like Sensa, that did not need to be oppressively banned as Twitter already had a processes in place that would remove violative tweets not within their policies. Thus, Twitter needlessly and maliciously locked then banned Sensa's tweets and contract when it should have known that [it] had already demonstrated that it could silence or otherwise oppress any persons views by simply, among other things, deleting the violative tweet and not by banning his contract or entry into its public accommodation.

159.    As long as Sensa remains banned, or is enjoined, Sensa cannot use, engage or directly reply to the Presidents or any other Official Representatives' tweets. Sensa has only a "limited" ability to observe @realDonaldTrump tweets and replies, and he cannot use or reply to tweets or replies to tweets or participate in political discourse or speech with anyone in Twitters public accommodation. And as long as Sensa remains banned from Twitters public accomodation, his ability to communicate using the Twitter public forum platform will continue to be so limited and absent some unforeseen change to his banned status, he will continue to experience that harm or a cognizable injury-in-fact, in a personal and individual way, so long as he is banned. Sensa's only redress to prevent further and continued injuries, is through a favorable declaratory or injunctive relief.

160.    As a result of the above-described discrimination, Sensa suffered equitable losses when he lost his followers, important contacts, news contacts and materials posted; compensatory damages in equipment, apps or software purchased and designed to enhance his Twitter public

48

1301 forum platform in order to drive traffic to his proposed blog; and expectation damages of lost

1302 profits to be determined at trial.

1303 161.   As a direct and proximate result of Twitter's discriminatory acts, Sensa suffered

1304 damages in the amount of $250,000,000, and continues to suffer, including, but not limited to,

1305 insult, pain, insult, embarrassment, humiliation, emotional distress, mental suffering, and injury to

1306 his personal and professional reputations, including general or special damages, costs, and other

1307 out-of-pocket expenses, equitable losses when he lost his followers, important contacts, news

1308 contacts and materials posted; compensatory damages in equipment, apps or software purchased

1309 and designed to enhance his Twitter public forum platform in order to drive traffic to his proposed

1310 blog; and expectation damages of lost profits to be determined at trial.

1311 162.   Twitter's discriminatory acts of banning Sensa from its public accommodation was

1312 because he was white, was willful and done purposely and deliberately in violation of the law as

1313 Twitters acts were done knowingly, with the set purpose of removing whites from its platform,

1314 and failed to yield to reason, and unless enjoined he will continue to suffer damages and this will

1315 continue to happen to other whites in Twitters public forum.

1316 163.   Sensa is entitled to injunctive and declaratory  relief, along with costs, reasonable

1317 attorney fees pursuant to 42 U.S.C. § 2000a. and expert witness fees pursuant to 42 U.S.C. § 1988.

1318 ### CLAIM III
1319 **(For Violations of Constitutional Rights)**
1320
1321 164.   Sensa  re-alleges and incorporates by reference each and every paragraph, tweet,

1322 article, exhibit or attachment included in this document as though set forth fully herein.

1323 165.  Sensa, at all times mentioned herein was a US Citizen and a New Hampshire resident

1324 was entitled to Free Speech, Freedom to Assemble and Freedom of Expression under Part I,

1325 Articles 22 and 32 of the New Hampshire Constitution and the U.S. Constitution Article [I]

49

1326  Freedom of expression and the Due Process and Equal Protections clauses within Articles [IV]
1327  and [XIV] when in a public forum or DPF at Twitter.com.

1328      166.  Twitter, at all times mentioned herein, acting under the color of State and acting as
1329  State Actor and operating a public forum and fulfilling functions ordinarily reserved to the State
1330  in a public forum, violated Sensa's free speech rights protected by Article 22 of the New
1331  Hampshire Constitution and the U.S. Constitution Article [I] Due Process and Equal Protections
1332  clauses within Articles [IV] and [XIV] when it regulated, imposed a viewpoint or behavior based
1333  restriction to delete his tweet and then violated Sensa's freedom to assemble protected by the U.S.
1334  Constitution Article [I] and Article 32 of the New Hampshire Constitution and the Due Process
1335  and Equal Protections clauses within Articles [IV] and [XIV] when it banned Sensa's from
1336  entering its public forum, including DSF's within that public forum which are, to this day,
1337  preventing him from interacting directly with the President and other US Official Representatives.

1338      167. Twitter, as a State Actor, owed a duty to Sensa under Part I, Articles 22 and 32 of the
1339  New Hampshire Constitution and the U.S. Constitution Article [I] Freedom of expression not to
1340  discriminate against Sensa based on a viewpoint or behavior-based restrictions in a public forum.
1341  The "but for" cause and all of the motivation for the above-described conduct by defendant
1342  Twitter' CEO, officers, directors, managers, employee's or other contractors or actors, was
1343  because Sensa is white and a member of the white race who possesses white viewpoints.

1344      168. Twitter deprived Sensa of free speech or freedom of expression on a content or
1345  behavior-based viewpoint in a public forum without abiding by Part I, Article 22 and 32 of the
1346  New Hampshire Constitution and the U.S. Constitution Article [I].

1347      169.  By a preponderance of the facts recorded herein, a reasonable factfinder could
1348  rationally conclude that significant circumstances contribute to the inference of discrimination of

50

1349  at least thousands of whites, including Sensa, silenced or otherwise oppressed  by Twitter's
1350  policing actions and that these facts demonstrate Twitters state of mind and that race made a
1351  difference in Twitters decisions and raises an inference that Twitters legitimate reasons such as
1352  "Health" were not it's true reasons for banning tweets and the contracts of a white Sensa and other
1353  white users, but were a pretext for mass discrimination as a result of racial animus held by Twitters,
1354  CEO, officers, directors and or managers, employees and/or agents not liking whites' viewpoints
1355  or behaviors and that these facts demonstrate the prima facie elements of discrimination which
1356  include acts to deprive Sensa and other similarly situated users of equal protection of, and equal
1357  privileges and immunities under, the laws, in which Sensa, and others were treated less favorably
1358  than others who are non-white and that this treatment was because Sensa is and or was perceived
1359  to be white and had white viewpoints, and was not accidental. Additionally, Twitters' CEO,
1360  officers, directors and or managers knowingly and maliciously participated in and condoned the
1361  discriminatory conduct as they used their new "Health" initiative as a pretext to discriminately
1362  remove tweets or replies based on Twitters viewpoint or ban for life the contracts, of perceived or
1363  actual white owned accounts like Sensa's. Sensa did not need to be oppressively banned as Twitter
1364  already had a processes in place that would remove violative tweets not within their "supposed"
1365  health policies. Thus, Twitter needlessly and maliciously banned Sensa's contract when it should
1366  have known that [it] had already demonstrated that it could silence or otherwise oppress Sensa's
1367  views by simply, among other things, deleting the violative  tweet and not by terminating Sensa's
1368  contract.

1369      170.    As long as Sensa remains banned, or is enjoined, Sensa cannot use, engage or
1370  directly reply to the Presidents or any other Official Representatives' tweets. Sensa has only a
1371  "limited" ability to observe @ realDonaldTrump tweets and replies, and he cannot use or reply to

51

tweets or replies to tweets or participate in political discourse or speech with anyone in the Twitter public forum. And as long as Sensa remains banned from Twitters public forum, his ability to communicate using the Twitter public forum platform will continue to be so limited and absent some unforeseen change to his banned status, he will continue to experience that harm or a cognizable injury-in-fact, in a personal and individual way, so long as he is banned. Sensa's only redress to prevent further and continued injuries, is through a favorable declaratory or injunctive relief.

171.    "The injury caused" by Twitter to Sensa and others —the deprivation of free speech rights for posting political views and freedom to assemble thereafter through banning, is most certainly aggravated in a unique way as Twitters' boardroom is led by executives who seek guidance and directives from Congress, content–policy teams led by employees, content moderators, independent contractors, others, in and a part of "Twitter's Workforce" who draft respective public forum' content rules, review complaints about content, and speech and behavior infractions all under the guidance and authority of §230. Even if [its] rules were produced by private consulting firms, it's not unusual for the government to hire private consulting firms and regardless, they have or would have been guided by the municipal or federal powers within the principles of §230 in the formation and the application of those rules used towards U.S. Citizens. Twitters Workforce was in fact working under the direction of Congress to aid in the policing and enforcement of §230.

172.    Sensa's right to free speech and his rights to assemble under the U. S. Constitution and the New Hampshire Constitution in a DPF and public forum heavily outweigh the protected private-property rights Twitter may have in its public forum as it was acting on behalf of and for the Federal Government and State Governments to regulate speech and because it is an interactive

1395 space within DPF's such as the @realDonaldTrump account, many other members of Congress,
1396 elsewhere and where people congregate within that interactive space or DPF to discuss politics
1397 and other matters of public concern. Twitter's DPF's in many respects have replaced stumped
1398 political speeches and also acts as a typical downtown area of public gatherings and activities.

1399     173.   As a direct and proximate result of Twitters viewpoint-based and discriminatory
1400 actions, Sensa has suffered irreparable harm, including the loss of his constitutional rights, entitling
1401 him to declaratory and injunctive relief and at a minimum, nominal damages.

1402     174.   As a direct and proximate result of Twitter's viewpoint-based discriminatory acts,
1403 Sensa suffered damages in the amount of $250,000,000, and unless enjoined, will continue to
1404 suffer, including, but not limited to, insult, pain, insult, embarrassment, humiliation, emotional
1405 distress, mental suffering, and injury to his personal and professional reputations, including general
1406 or special damages, costs, and other out-of-pocket expenses, equitable losses when he lost his
1407 followers, important contacts, news contacts and materials posted; compensatory damages in
1408 equipment, apps or software purchased and designed to enhance his Twitter public forum platform
1409 in order to drive traffic to his proposed blog and expectation damages of lost profits to be
1410 determined at trial.

1411     175.   Sensa is entitled to exemplary and/or enhanced compensatory damages, costs and
1412 reasonable attorney fees pursuant to NH R.S.A 354-A:21-a, as Twitters' acts were willful,
1413 intentional, wanton, oppressive and made with reckless disregard to Sensa and his rights under the
1414 law.

1415     **VIII. MOTION TO PROCEED ANONYMOUSLY**

1416     176.   Sensa re-alleges and incorporates by reference each and every paragraph, tweet,
1417 article, exhibit or attachment included in this document as though set forth fully herein.

1418  177.  Sensa motions to proceed in this action under a pseudonym name and for the Court
1419  to enter a protective order restricting the disclosure of his identity.

1420  178.  Courts have allowed plaintiffs to proceed anonymously in cases involving real danger
1421  of physical harm which may occur as a result of the disclosure of Sensa's identity.

1422  179.  Sensa has young children and worries that disclosure of his real name may cause
1423  them harm, given their ages and vulnerability and inability to protect themselves. (See *Doe v. Blue*
1424  *Cross and Blue Shield of Rhode Island, 794 F.Supp. 72, 74 (D.R.I. 1992), citing Doe v. Rostker,*
1425  *89 F.R.D. 158, 161 (N.D.Col. 1981)).* Sensa's older children are just as vulnerable as they are out
1426  and about in public spaces.

1427  180.  Antifa group chants outside, vandalizes Fox commentator Tucker Carlson's home.
1428  (See              *https://www.nbcnews.com/news/all/antifa-group-chants-outside-vandalizes-fox-*
1429  *commentator-tucker-carlson-s-n934131*)

1430  181.  **"Hate against Donald Trump's supporters sometimes gets swept under the rug."**
1431  (See *https://www.usatoday.com/story/opinion/2019/03/12/recent-hate-against-trump-supporters-*
1432  *goes-unnoticed-talker/3139501002/* )

1433  182.  "Liberals are now willing to target any Trump supporter for ruination." The message
1434  to anyone who dares not march in lockstep with liberalism." **"You don't matter, and we will**
1435  **target you for ruination whenever we feel like it."** (See *https://nypost.com/2019/08/08/liberals-*
1436  *are-now-willing-to-target-any-trump-supporter-for-ruination/* )

1437  183.  Maxine Waters mocks: **"I threaten Trump supporters 'all the time'"**. (See
1438  *https://thehill.com/homenews/house/405877-maxine-waters-i-threaten-trump-supporters-all-the-*
1439  *time* ).

54

184.   Rap Sheet: ***639*** Acts of Media-Approved Violence and Harassment Against Trump Supporters. (See *https: www.breitbart.com the-media 2018 0⁻ 05 rap-sheet-acts-of-media-approved-violence-and-harassment-against-trump-supporters* )

185. Members of the US Congress are 'Outing" donors to Donald Trump inviting abuse from the public.



**Joaquin Castro**

Sad to see so many San Antonians as 2019 maximum donors to Donald Trump — the owner of            , owner of the
realtor Phylis Browning, etc.

Their contributions are fueling a campaign of hate that labels Hispanic immigrants as 'invaders'

(See *https: twitter.com Castro4Congress status 11585⁻66S01S2⁻18464 photo 1* )

186.   MN State Rep Was Among Antifa Mob Harassing Trump Supporters After Rally. Before the rally. a middle-aged woman. her husband. and her 75-year-old mother were harassed by the vicious mob as they made their way into the venue. the Minneapolis Star-Tribune reported. (See        *https: www.lucianne.com 2019 10 12 mn_state_rep_was_among_antifa_mob_brharassing_trump_supporters_after_rally_1⁻593.htm*l )

187.   Defendants have Sensa's name and would not be prejudiced in Sensa proceeding anonymously but would run the risk of physical and/or mental harm to Sensa or his family.

188. The interests of Twitter and/or public will not be harmed at this early stage of the case if Sensa's name is not revealed. Sensa is prepared to address measures to protect the confidentiality of his identity should the Court require disclosure to the public at a later stage in the proceedings.

189.   For these reasons and such other reasons as may appear just to the Court. Sensa requests that he be allowed to proceed anonymously and that the Court issue a protective order or gag order to keep his family safe from even the slightest bit of harm.

55

**PRAYER FOR RELIEF**

WHEREFORE, as there is a substantial likelihood that Sensa will succeed on the merits of his claims, Sensa seeks the following relief in this action;

I.      ORDER preliminary injunction preventing disclosure of Sensa's true identity from public disclosure.

II.      Under Counts I and II, DECLARE (a) Twitter's "VFC" invalid in this case; (b) Twitters discriminatory acts towards Sensa Unconstitutional; and (c) Twitter, Inc. a "Place of Accommodation": ORDER a preliminary injunction; (a) requiring Twitter to reinstate and un-ban Sensa's Twitter account and contract to its original December 5, 2019 form, as Sensa has no adequate remedy at law; and (b) prohibiting Twitter from banning white users due to their race: ORDER a permanent injunction requiring Twitter to; (a) re-instate any account banned due to Twitters discriminatory actions and/or business practices or activities; (b) undergo an independent third-party civil rights audit and report back to the Court its findings, to ensure that [it] is free from bias and discrimination within all its business activities and commerce activities; and (c) Retain a post judgement enforcement mechanism to ensure no future commerce violations occur: ORDER civil penalties; (a) of $5,000 for each violation found by independent third-party audit; (b) Disgorge all or part of the profits Twitter made through advertising sales while conducting the above stated violations of commerce. ENTER Judgment in favor of Sensa and against Twitter.

III.      Under Count III, Declare (a) Twitters computer network a "Public Forum" under law; (b) 42. U.S.C. Section §230 unconstitutional, unconstitutionally vague, overbroad and viewpoint discriminatory on its face under Part I, Article 22 of the New Hampshire Constitution and the First Amendment of the United States Constitution under the Commerce Act; and (c) Twitter a State Actor as applied to this case; (d) Twitters view-point based discriminatory acts

1486 unconstitutional: Order a preliminary injunction suspending Section §230: ENTER Judgment in

1487 favor of Sensa and against Twitter.

1488       IV.    As to all Counts; (a) for reasonable attorney and fees pursuant to 42 U.S.C. § 1981,

1489 § 1988 and NH R.S.A 354-A:21, and for costs and disbursements necessarily incurred herein; (b)

1490 for prejudgment interest on all Counts on the principal sum awarded by the Jury from May 4, 2020

1491 to the date of Judgment at a rate pursuant to NH Rev Stat § 336:1; and (c) such other relief,

1492 including nominal, punitive or other damages, costs, as is just and equitable.

1493       V.    Sensa reserves his right to amend this Complaint upon discovery of additional

1494 instances of Twitters' wrongdoing.

1495 **<u>JURY DEMAND</u>**

1496     Sensa hereby respectfully demands a trial by jury on all issues so triable and  pursuant to

1497 Federal Rule of Civil Procedure 38.

1498 Dated: May 4, 2020.

1499                     /s/ Sensa Verogna

1500                     Plaintiff, proceeding anonymously as;

1501                     Sensa Verogna

1502                     sensaverogna@gmail.com

1503

1504 I, *Sensa Verogna* _____, a New Hampshire Resident over the age of 18,

1505 filing anonymously as Sensa Verogna, verify under penalty of perjury that I have read the above

1506 complaint and its contents. I also verify that, to the best of my knowledge and recollection, the

1507 matters stated in the complaint are true and correct.

1508 Executed the 4 day of May, 2020

1509                     *Sensa Verogna*

1510                     Anonymously as, Sensa Verogna