# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa
V.
Twitter                                    Case #

**OFFERED BY: Sensa**

## EXHIBITS

| | | |
|---|---|---|
| Exhibit A- | Mindi for Congress Advertising Receipts | 6 pages |
| Exhibit B- | Bon Appetite Business Registration | 1 page |
| Exhibit C- | Notice to Attorney General and Receipt | 3 pages |
| Exhibit D-1 | Twitter User Agreement | 40 pages |
| Exhibit D-2- | Twitter hateful conduct policy | 4 pages |
| Exhibit D-3- | Twitter abusive behavior policy | 3 pages |
| Exhibit D-4- | Twitter Glorification of violence policy | 3 pages |
| Exhibit D-5- | Twitter's range of enforcement options | 4 pages |
| Exhibit E- | Sensa's Twitter Profile Page | 1 page |
| Exhibit F- | Sensa's Suspensions | 3 pages |
| Exhibit G- | Sensa's Appeal to Twitter | 1 page |
| Exhibit H- | Sensa Appeal Received and Denied | 2 pages |
| Exhibit I- | Twitter Rules Enforcement | 50 pages |
| Exhibit J- | Twitter's Discriminatory Animus Towards "Whites" | 7 pages |
| Exhibit K | Public Perception | 2 pages |
| Exhibit L- | White Hate by Blue Check'ers | 15 pages |
| Exhibit M- | White Hate on Twitter | 13 pages |
| Exhibit N- | Twitter's Favoritism Towards Non-Whites | 14 pages |
| Exhibit O- | Hanging | 5 pages |
| Exhibit P- | Twitter Facilities | 22 pages |
| Exhibit Q- | Dorsey Testimony to Congress | 213 pages |