# EXHIBIT A

Home › Campaign finance data › Browse data › Disbursements

# Disbursements

Viewing **248** filtered results for:  <u>Clear all filters</u>

Data type: processed     MINDI FOR CONGRESS (C00660431)     2017–2018

[ Open original image ]

Show all

## Recipient information

**Recipient name**                    TWITTER

**Recipient city and state**          SAN FRANCISCO, CA, 94016

## Transaction information

**Amount**                            $1.59

**Disbursement date**                 September 4, 2018

**Report year**                       2018

**Filing date**

**Description**                        AD BOOST

**Purpose category**                  OTHER

**Memo**

**Memo code**                          false

**Reported on**                        Form 3 on line 17

## Committee information

EXHIBIT A-1

| Name | MINDI FOR CONGRESS |
| Designation | Principal campaign committee |
| Treasurer | MESSMER, JUSTIN |
| Committee city and state | PORTSMOUTH, NH, 03802 |

Results per page:  100

Showing 1 to 100 of 248 entries

EXHIBIT A-1

Browse Disbursements | FEC

Home › Campaign finance data › Browse data › Disbursements

# Disbursements

Viewing **248** filtered results for: <u>Clear all filters</u>

Data type: processed     MINDI FOR CONGRESS (C00660431)     2017–2018

Open original image

Show all

## Recipient information

| | |
|---|---|
| **Recipient name** | TWITTER |
| **Recipient city and state** | SAN FRANCISCO, CA, 94016 |

## Transaction information

| | |
|---|---|
| **Amount** | $50.00 |
| **Disbursement date** | August 13, 2018 |
| **Report year** | 2018 |
| **Filing date** | |
| **Description** | |
| **Purpose category** | OTHER |
| **Memo** | |
| **Memo code** | false |
| **Reported on** | Form 3 on line 17 |

## Committee information

EXHIBIT A-2

Case 1:20-cv-00536-SE    Document 1-3    Filed 05/04/20    Page 5 of 130

| | |
|---|---|
| **Name** | MINDI FOR CONGRESS |
| **Designation** | Principal campaign committee |
| **Treasurer** | MESSMER, JUSTIN |
| **Committee city and state** | PORTSMOUTH, NH, 03802 |

Results per page:   100

Showing 1 to 100 of 248 entries

EXHIBIT A-2

Home › Campaign finance data › Browse data › Disbursements

# Disbursements

Viewing 248 filtered results for: Clear all filters

Data type: processed    MINDI FOR CONGRESS (C00660431)    2017-2018

Open original image

Show all

## Recipient information

| | |
|---|---|
| **Recipient name** | TWITTER |
| **Recipient city and state** | SAN FRANCISCO, CA, 941031337 |

## Transaction information

| | |
|---|---|
| **Amount** | $100.11 |
| **Disbursement date** | April 5, 2018 |
| **Report year** | 2018 |
| **Filing date** | |
| **Description** | ADVERTISING |
| **Purpose category** | OTHER |
| **Memo** | |
| **Memo code** | false |
| **Reported on** | Form 3 on line 17 |

## Committee information

EXHIBIT A-3

| Name | MINDI FOR CONGRESS |
|---|---|
| Designation | Principal campaign committee |
| Treasurer | MESSMER, JUSTIN |
| Committee city and state | PORTSMOUTH, NH, 03802 |

Results per page:   100

Showing 101 to 200 of 248 entries

**EXHIBIT A-3**

# EXHIBIT B

# State of California
## Secretary of State

| S |
|---|

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G595613**

# FILED

**In the office of the Secretary of State of the State of California**

**APR-23 2019**

1. **CORPORATE NAME**
BON APPETIT MANAGEMENT CO.

2. **CALIFORNIA CORPORATE NUMBER**
C1196975

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | STE 400 100 HAMILTON AVENUE, PALO ALTO, CA 94301 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | STE 400 100 HAMILTON AVENUE, PALO ALTO, CA 94301 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | TAX DEPT   2400 YORKMONT ROAD, CHARLOTTE, NC 28217 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ FEDELE BAUCCIO | STE 400, 100 HAMILTON AVENUE, PALO ALTO, CA 94391 | | | |
| 8. SECRETARY JENNIFER MCCONNELL | 2400 YORKMONT ROAD, CHARLOTTE, NC 28217 | | | |
| 9. CHIEF FINANCIAL OFFICER/ ELIZABETH BALDWIN | STE 400 100 HAMILTON AVENUE, PALO ALTO, CA 94391 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME C PALMER BROWN | 2400 YORKMONT ROAD, CHARLOTTE, NC 28217 | | | |
| 11. NAME ADRIAN MEREDITH | 2400 YORKMONT ROAD, CHARLOTTE, NC 28217 | | | |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY. 0

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
FOOD SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 04/23/2019 | PATTY CARPENTER | INCOME TAX ACCOUNTANT | **EXHIBIT B** |

SI-200 (REV 01/2013)        **Page 1 of 1**        APPROVED BY SECRETARY OF STATE

# EXHIBIT C

## NOTICE OF DISCRIMINATION IN A PUBLIC ACCOMODATION

Plaintiff:
Sensa Verogna @Basta  Lies
SensaVerogna@gmail.com

NH Department of Justice
Gordon J. MacDonald, Attorney General
Concord, New Hampshire, 03301


Effective Date: February 20, 2020

**RE: Notice of Discrimination with Intent to File Lawsuit**

Attorney General,

    1.     During the times relevant to these claims, Plaintiff was and still is a New Hampshire resident.

    2.     As stipulated in 42 U.S. Code § 2000a–3, Plaintiff hereby gives notice the he intends on filing legal claims under the pseudonym name stated above, against Defendants Defendant(s) Twitter, Inc. of San Francisco and others unknown at this time. These claims arise out of violations of 42 U.S. Code SUBCHAPTER II, PUBLIC ACCOMMODATIONS, and Section 1981 of the Civil Rights Act of 1866.

    3.     Plaintiff intends to commence a lawsuit on behalf of himself, against Twitter, Inc. due to, in part, the following:

    A.  Legal claims arising out of defendants' unlawful & oppressive discrimination of services to the plaintiff in a public accommodation because he is Caucasian and is a Christian, with reckless disregard of the plaintiff's rights on December 5, 2019 in banning his account on Twitter.com because he was white and/or of Christian faith.

    B.  Legal claims for lost equity for the approximately 3800 "followers" accounts deleted in the amount up to or exceeding $13,300.

**EXHIBIT C**

C. Legal claims for lost earnings.

D. Legal claims of rights to make and enforce contracts.

E. Legal claims to injunctive relief and enhanced compensatory damages.

4.  The foregoing is not intended to be a complete recitation of all applicable law and/or Facts as this is only a notice and not a complaint under administrative rules, and shall not be deemed to constitute a waiver or relinquishment of any of the Plaintiff's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved, including Plaintiff's right to all available remedies against Twitter, Inc. or others unknown at this time, including but not limited to the recovery of costs and attorneys' fees.

Sincerely,

N.H. Resident under the pseudonym name "Sensa Verogna".

EXHIBIT C

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CONCORD, NH 03301 ~~OFFICIAL USE~~

| | |
|---|---|
| Certified Mail Fee | $3.55 |

0111
19

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ ~~$0.00~~
☐ Return Receipt (electronic)   $ ~~$0.00~~
☐ Certified Mail Restricted Delivery   $ ~~$0.00~~
☐ Adult Signature Required   $ ~~$0.00~~
☐ Adult Signature Restricted Delivery $ ~~$0.00~~

Postmark
Here

Postage
$0.55

Total Postage and Fees
$4.10

02/20/2020

Sent To *N.H. DEPT OF JUSTICE*
Street and Apt. No., or PO Box No. *33 CAPITAL ST.*
City, State, ZIP+4® *Concord NH 03301*

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7019 1640 0000 7725 8294

EXHIBIT C

# EXHIBIT D

# Twitter
# User Agreement

EXHIBIT D-1



**If you live outside the European Union or European Economic Area including the United States**, the Twitter User Agreement comprises these Terms of Service, our Privacy Policy, the Twitter Rules and Policies, and all incorporated policies

**If you live in the European Union or European Economic Area**, the Twitter User Agreement comprises these Terms of Service, our Privacy Policy, the Twitter Rules and Policies, and all incorporated policies.

EXHIBIT D-1



# Twitter Terms of Service

## If you live outside the European Union or European Economic Area including the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://support.twitter.com/articles/20172501-twitter-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

# 1 Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

EXHIBIT D-1



# 2 Privacy

Our Privacy Policy (https://www.twitter.com/privacy) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

# 3 Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#specific-violations and https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts).



If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.twitter.com/forms/dmca) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca
Email: copyright@twitter.com
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca
Email: copyright@pscp.tv
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, Retweet, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

EXHIBIT D-1



Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4 Using the Services

Please review the Twitter Rules and Policies (and, for Periscope, the Periscope Community Guidelines at https://www.pscp.tv/content), which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping

EXHIBIT D-1



the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

If you use developer features of the Services, including but not limited to Twitter for Websites (https://dev.twitter.com/web/overview), Twitter Cards (https://dev.twitter.com/cards/overview), Public API (https://dev.twitter.com/streaming/public), or Sign in with Twitter (https://dev.twitter.com/web/sign-in), you agree to our Developer Agreement (https://dev.twitter.com/overview/terms/agreement) and Developer Policy (https://dev.twitter.com/overview/terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com. If you are a security researcher, you are required to comply with the rules of the Twitter Vulnerability Reporting Program (https://hackerone.com/twitter). The requirements set out in the preceding paragraph may not apply to those participating in Twitter's Vulnerability Reporting Program.

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (https://ads.twitter.com/terms).

If you use Super Hearts, Coins, or Stars on Periscope, you must agree to our Super Hearts Terms (https://legal.twitter.com/en/periscope/super/terms.html).

EXHIBIT D-1



# Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account (and for Periscope, https://help.pscp.tv/customer/portal/articles/2460220) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

EXHIBIT D-1



We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules and Policies or Periscope Community Guidelines, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.twitter.com/forms. general?subtopic=suspended). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5 Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "Twitter Entities" refers to Twitter, its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE TWITTER ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The Twitter Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the Twitter Entities or through the Services, will create any warranty or representation not expressly made herein.

EXHIBIT D-1

# Limitation of Liability



TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TWITTER ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE TWITTER ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID TWITTER, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE TWITTER ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

# 6 General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of California, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and Twitter. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco County, California, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum.

EXHIBIT D-1



If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. If you have any questions about these Terms, please contact us.

Effective: January 1ª 2020

**EXHIBIT D-1**



# Twitter Terms of Service

## If you live in the European Union or European Economic Area

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (............................................................................................) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

# 1 Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

EXHIBIT D-1



# 2 Privacy

Our Privacy Policy (https://twitter.com/en/privacy) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

# 3 Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.twitter.com/en/rules-and-policies#twitter-rules and https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts).

EXHIBIT D-1



If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.twitter.com/forms/dmca) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca
Email: copyright@twitter.com
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.periscope.tv/en/report/dmca
Email: copyright@periscope.tv
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, Retweet, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

**EXHIBIT D-1**



Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4 Using the Services

Please review the Twitter Rules and Policies (and, for Periscope, the Periscope Community Guidelines at periscope.tv/content), which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any

EXHIBIT D-1



means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

If you use developer features of the Services, including but not limited to Twitter for Websites (https://dev.twitter.com/web/overview), Twitter Cards (https://dev.twitter.com/cards/overview), Public API (https://dev.twitter.com/streaming/public), or Sign in with Twitter (https://dev.twitter.com/web/sign-in), you agree to our Developer Agreement (https://dev.twitter.com/overview/terms/agreement) and Developer Policy (https://dev.twitter.com/overview/terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com. If you are a security researcher, you are required to comply with the rules of the Twitter Vulnerability Reporting Program (https://hackerone.com/twitter). The requirements set out in the preceding paragraph may not apply to those participating in Twitter's Vulnerability Reporting Program.

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (https://ads.twitter.com/terms).

If you use Super Hearts, Coins, or Stars on Periscope, you agree to our Super Hearts Terms (https://legal.twitter.com/en/periscope/super/terms.html).

EXHIBIT D-1



# Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.twitter.com/managing-your-account/how-to-deactivate-twitter-account (and for Periscope, https://help.pscp.tv/customer/portal/articles/2300232) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

EXHIBIT D-1



We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules and Policies or Periscope Community Guidelines, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.twitter.com/forms/general?subtopic=suspended). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5 Limitation of Liability

By using the Services you agree that Twitter, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

# 6 General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

EXHIBIT D-1



In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter International Company, an Irish company with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. If you have any questions about these Terms, please contact us.

Effective: January 1st 2020

**EXHIBIT D-1**



# Twitter Privacy Policy

**We believe you should always know what data we collect from you and how we use it, and that you should have meaningful control over both. We want to empower you to make the best decisions about the information that you share with us.**

**That's the basic purpose of this Privacy Policy.**

EXHIBIT D-1



# You should read this policy in full, but here are a few key things we hope you take away from it:

- Twitter is public and Tweets are immediately viewable and searchable by anyone around the world. We give you non-public ways to communicate on Twitter too, through protected Tweets and Direct Messages. You can also use Twitter under a pseudonym if you prefer not to use your name.

- When you use Twitter, even if you're just looking at Tweets, we receive some personal information from you like the type of device you're using and your IP address. You can choose to share additional information with us like your email address, phone number, address book contacts, and a public profile. We use this information for things like keeping your account secure and showing you more relevant Tweets, people to follow, events, and ads.

- We give you control through your settings to limit the data we collect from you and how we use it, and to control things like account security, marketing preferences, apps that can access your account, and address book contacts you've uploaded to Twitter. You can also download information you have shared on Twitter.

- In addition to information you share with us, we use your Tweets, content you've read, Liked, or Retweeted, and other information to determine what topics you're interested in, your age, the languages you speak, and other signals to show you more relevant content. We give you transparency into that information, and you can modify or correct it at any time.

- If you have questions about this policy, how we collect or process your personal data, or anything else related to our privacy practices, we want to hear from you. You can contact us at any time.

EXHIBIT D-1



# 1 Information You Share With Us

**We require certain information to provide our services to you. For example, you must have an account in order to upload or share content on Twitter. When you choose to share the information below with us, we collect and use it to operate our services.**

## 1.1 Basic Account Information

You don't have to create an account to use some of our service features, such as searching and viewing public Twitter profiles or watching a broadcast on Periscope's website. If you do choose to create an account, you must provide us with some personal data so that we can provide our services to you. On Twitter this includes a display name (for example, "Twitter Moments"), a username (for example, @TwitterMoments), a password, and an email address or phone number. Your display name and username are always public, but you can use either your real name or a pseudonym. You can also create and manage multiple Twitter accounts[1], for example to express different parts of your identity.

---

[1] **The many sides of you.** Let your identity run free. Explore your interests with a number of different identities.

EXHIBIT D-1



# 1.2 Public Information

Most activity on Twitter is public, including your profile information[2], your time zone and language, when you created your account, and your Tweets and certain information about your Tweets like the date, time, and application and version of Twitter you Tweeted from. You also may choose to publish your location in your Tweets or your Twitter profile. The lists you create, people you follow and who follow you, and Tweets you Like or Retweet are also public. If you like, Retweet, reply, or otherwise publicly engage with an ad on our services, that advertiser might thereby learn information about you associated with the ad with which you engaged such as characteristics of the audience the ad was intended to reach. Periscope broadcasts you create, click on, or otherwise engage with, either on Periscope or on Twitter, are public along with when you took those actions. So are your hearts, comments, the number of hearts you've received, which accounts you are a Superfan of, and whether you watched a broadcast live or on replay. Any hearts, comments, or other content you contribute to another account's broadcast will remain part of that broadcast for as long as it remains on Periscope. Information posted about you by other people who use our services may also be public. For example, other people may tag you in a photo[3] (if your settings allow) or mention you in a Tweet.

You are responsible for your Tweets and other information you provide through our services, and you should think carefully about what you make public, especially if it is sensitive information. If you update your public information on Twitter, such as by deleting a Tweet or deactivating your account, we will reflect your updated content on Twitter.com, Twitter for iOS, and Twitter for Android.

By publicly posting content when you Tweet, you are directing us to disclose that information as broadly as possible, including through our APIs, and directing those accessing the information through our APIs to do the same. To facilitate the fast global dissemination of Tweets to people around the world, we use technology like application programming interfaces (APIs) and embeds to make that information available to websites, apps, and others for their use - for example, displaying Tweets on a news website or analyzing what people say on Twitter. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms that govern how this data can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with Twitter, and their offerings may not reflect updates you make on Twitter. For more information about how we make public data on Twitter available to the world, visit https://developer.twitter.com.

---

[2] **Hello, World!** Your profile information is displayed under your photo and username on your profile page.

[3] **Keep a low profile.** Friend want to tag you in a photo? Lucky you. If you're not into that sort of thing, you can always change your settings.

EXHIBIT D-1



# 1.3 Contact Information and Address Books

We use your contact information, such as your email address or phone number, to authenticate your account and keep it - and our services - secure, and to help prevent spam, fraud, and abuse. We also use contact information to enable certain account features (for example, for login verification or Twitter via SMS), and to send you information about our services, and to personalize our services, including ads. If you provide us with your phone number, you agree to receive text messages from Twitter to that number as your country's laws allow. Twitter also uses your contact information to market to you as your country's laws allow, and to help others find your account if your settings permit, including through third-party services and client applications. You can use your settings for email and mobile notifications to control notifications you receive from Twitter. You can also unsubscribe from a notification by following the instructions contained within the notification or here.

You can choose to upload and sync your address book on Twitter so that we can help you find and connect with people you know and help others find and connect with you. We also use this information to better recommend content to you and others.

You can sign up for Periscope with an account from another service like Twitter, Google, or Facebook, or connect your Periscope account to these other services. If you do, we will use information from that service, including your email address, friends, or contacts list, to recommend other accounts or content to you or to recommend your account or content to others. You can control whether your Periscope account is discoverable by email through your Periscope settings.

If you email us, we will keep the content of your message, your email address, and your contact information to respond to your request.

# 1.4 Direct Messages and Non-Public Communications

We provide certain features that let you communicate more privately or control who sees your content. For example, you can use Direct Messages to have non-public conversations on Twitter, protect your Tweets, or host private broadcasts on Periscope. When you communicate with others by sending or receiving Direct Messages, we will store and process your communications and information related to them. This includes link scanning for malicious content, link shortening to http://t.co URLs, detection of spam[1], abuse and prohibited images, and use of reported issues. We also use information about whom you have communicated with and when (but not the content of those communications) to better understand the use of our services, to protect the safety and integrity of our platform, and to

---

[1] **Spam stinks.** We scan your Direct Messages to try and prevent spam for you and our service.

EXHIBIT D-1



show more relevant content. We share the content of your Direct Messages with the people you've sent them to; we do not use them to serve you ads. Note that if you interact in a way that would ordinarily be public with Twitter content shared with you via Direct Message, for instance by liking a Tweet, those interactions will be public. When you use features like Direct Messages to communicate, remember that recipients have their own copy[5] of your communications on Twitter - even if you delete your copy of those messages from your account - which they may duplicate, store, or re-share.

# 1.5 Payment Information

You may provide us with payment information[6], including your credit or debit card number, card expiration date, CVV code, and billing address, in order to purchase advertising or other offerings provided as part of our services.

# 1.6 How You Control the Information You Share with Us

Your Privacy and safety settings let you decide:

* Whether your Tweets are publicly available on Twitter

* Whether others can tag you in a photo

* Whether you will be able to receive Direct Messages from anyone on Twitter or just your followers

* Whether others can find you based on your email or phone number

* Whether you upload your address book to Twitter for storage and use

* When and where you may see sensitive content on Twitter

* Whether you want to block or mute other Twitter accounts

---

[5] **Just like email.** Only send Direct Messages to people you trust. Remember, even though someone can't Retweet your Direct Messages, they still have a copy of your message.

[6] **Approved by you.** We use your payment information to process transactions you've approved and for fraud detection.

EXHIBIT D-1



# 2 Additional Information We Receive About You

**We receive certain information when you use our services or other websites or mobile applications that include our content, and from third parties including advertisers. Like the information you share with us, we use the data below to operate our services.**

## 2.1 Location Information

We require information about your signup and current location, which we get from signals such as your IP address or device settings, to securely and reliably set up and maintain your account and to provide our services to you.

Subject to your settings, we may collect, use, and store additional information about your location - such as your current precise position or places where you've previously used Twitter - to operate or personalize our services including with more relevant content like local trends, stories, ads, and suggestions for people to follow. Learn more about Twitter's use of location here, and how to set your Twitter location preferences here. Learn more about how to share your location in Periscope broadcasts here.

EXHIBIT D-1



## 2.2 Links

In order to operate our services, we keep track of how you interact with links across our services. This includes links in emails we send you and links in Tweets that appear on other websites or mobile applications.

If you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from Twitter or Periscope, along with other information associated with the ad you clicked such as characteristics of the audience it was intended to reach. They may also collect other personal data from you, such as cookie identifiers or your IP address.

## 2.3 Cookies

A cookie is a small piece of data that is stored on your computer or mobile device. Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our services such as searching and looking at public profiles. Although most web browsers automatically accept cookies, many browsers' settings can be set to decline cookies or alert you when a website is attempting to place a cookie on your computer[*]. However, some of our services may not function properly if you disable cookies. When your browser or device allows it, we use both session cookies and persistent cookies to better understand how you interact with our services, to monitor aggregate usage patterns, and to personalize and otherwise operate our services such as by providing account security, personalizing the content we show you including ads, and remembering your language preferences. We do not support the Do Not Track browser option. You can learn more about how we use cookies and similar technologies here.

## 2.4 Log Data

We receive information when you view content on or otherwise interact with our services, which we refer to as "Log Data," even if you have not created an account. For example, when you visit our websites, sign into our services, interact with our email notifications, use your account to authenticate to a third-party service, or visit a third-party service that includes Twitter content, we may receive information about you. This Log Data includes information such as your IP address, browser type, operating system, the referring web page, pages visited, location, your mobile carrier, device information (including device and application IDs), search terms (including those not submitted as queries), and cookie information. We also receive Log Data when you click on, view, or interact with links on our services, including when you install another application through Twitter. We use Log Data to operate our services and ensure their secure, reliable, and robust performance. For example, we use Log Data to protect the security of accounts and to determine what content is popular on our services. We also use this data to improve the content we show you, including ads and to improve the effectiveness of our own marketing.

---

[*] **Not hungry?** You can change your cookie settings in your web browser

EXHIBIT D-1



We use information you provide to us and data we receive, including Log Data and data from third parties, to make inferences like what topics you may be interested in, how old you are, and what languages you speak. This helps us better promote and design our services for you and personalize the content we show you, including ads.

## 2.5 Twitter for Web Data

When you view our content on third-party websites that integrate Twitter content such as embedded timelines or Tweet buttons, we may receive Log Data that includes the web page you visited. We use this information to better understand the use of our services, to protect the safety and integrity of our platform, and to show more relevant content, including ads. We do not associate this web browsing history with your name, email address, phone number, or username, and we delete, obfuscate, or aggregate it after no longer than 30 days. We do not collect this data from browsers that we believe to be located in the European Union or EFTA States.

## 2.6 Advertisers and Other Ad Partners

Advertising revenue allows us to support and improve our services. We use the information described in this Privacy Policy to help make our advertising more relevant to you, to measure its effectiveness, and to help recognize your devices to serve you ads on and off of Twitter. Our ad partners and affiliates share information with us such as browser cookie IDs, mobile device IDs, hashed email addresses, demographic or interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by Twitter from the websites and apps of ad partners and affiliates may be combined with the other information you share with Twitter and that Twitter receives about you described elsewhere in our Privacy Policy.

Twitter adheres to the Digital Advertising Alliance Self-Regulatory Principles for Online Behavioral Advertising (also referred to as "interest-based advertising") and respects the DAA's consumer choice tool for you to opt out of interest-based advertising at https://optout.aboutads.info. In addition, our ads policies prohibit advertisers from targeting ads based on categories that we consider sensitive or are prohibited by law, such as race, religion, politics, sex life, or health. Learn more about your privacy options for interest-based ads here and about how ads work on our services here.

If you are an advertiser or a prospective advertiser, we process your personal data to help offer and provide our advertising services. You can update your data in your Twitter Ads dashboard or by contacting us directly as described in this Privacy Policy.

EXHIBIT D-1



# 2.7 Developers

If you access our APIs or developer portal, we process your personal data to help provide our services. You can update your data by contacting us directly as described in this Privacy Policy.

# 2.8 Other Third Parties and Affiliates

We may receive information about you from third parties who are not our ad partners, such as others on Twitter, partners who help us evaluate the safety and quality of content on our platform, our corporate affiliates, and other services you link to your Twitter account.

You may choose to connect your Twitter account to accounts on another service, and that other service may send us information about your account on that service. We use the information we receive to provide you features like cross-posting or cross-service authentication, and to operate our services. For integrations that Twitter formally supports, you may revoke this permission at any time from your application settings; for other integrations, please visit the other service you have connected to Twitter.

# 2.9 Personalizing Based On Your Inferred Identity

When you log into Twitter on a browser or device, we will associate that browser or device with your account for purposes such as authentication, security, and personalization. Subject to your settings, we may also associate your account with browsers or devices other than those you use to log into Twitter (or associate your logged-out device or browser with other browsers or devices). When you provide other information to Twitter, including an email address, we associate that information with your Twitter account. Subject to your settings, we may also use this information in order to infer other information about your identity, for example by associating your account with hashes of email addresses that share common components with the email address you have provided to Twitter. We do this to operate and personalize our services. For example, if you visit websites with sports content on your laptop, we may show you sports-related ads on Twitter for Android and, if the email address associated with your account shares components with another email address, such as shared first name, last name, or initials, we may later match advertisements to you from advertisers that were trying to reach email addresses containing those components.

EXHIBIT D-1



# 2.10 How You Control Additional Information We Receive

Your Twitter ............................................ let you decide:

* ..........................................................................
* How we personalize ...............................................
* Whether we collect and use your ......................
* Whether we personalize your experience based on where you've been
* ..........................................................................

You can use ..............................................

* Advertisers who have included you in tailored audiences to serve you ads
* Demographic and interest data about your account from our ads partners
* Information that Twitter has inferred about you such as your age range, gender, languages, and interests

We also provide a version of these tools on Twitter if you don't have a Twitter account, or if you're logged out of your account. This lets you see the data and settings for the logged out browser or device you are using, separate from any Twitter account that uses that browser or device. On Periscope, you can control whether we personalize your experience based on your watch history through your ...........

Please see ....... for more details of how we collect and use your data.

EXHIBIT D-1



# 3 Information We Share and Disclose

**As noted above, Twitter is designed to broadly and instantly disseminate information you share publicly through our services. In the limited circumstances where we disclose your private personal data, we do so subject to your control, because it's necessary to operate our services, or because it's required by law.**

## 3.1 Sharing You Control

We share or disclose your personal data with your consent or at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. If you've shared information like Direct Messages or protected Tweets with someone else who accesses Twitter through a third-party service, keep in mind that the information may be shared with the third-party service.

Subject to your settings, we also provide certain third parties with personal data to help us offer or operate our services. For example, we share with advertisers the identifiers of devices that saw their ads, to enable them to measure the effectiveness of our advertising business. You can learn more about these partnerships in our Help Center, and you can control whether Twitter shares your personal data in this way by using the "Share your data with Twitter's business partners" option in your Personalization and Data settings. (This setting does not control sharing described elsewhere in our Privacy Policy, such as when we share data with our service providers.) The information we share with these partners does not include your name, email address, phone number, or Twitter username, but some of these partnerships allow the information we share to be linked to other personal information if the partner gets your consent first.

EXHIBIT D-1



# 3.2 Service Providers

We engage service providers to perform functions and provide services to us in the United States, Ireland, and other countries. For example, we use a variety of third-party services to help operate our services, such as hosting our various blogs and wikis, and to help us understand the use of our services, such as Google Analytics. We may share your private personal data with such service providers subject to obligations consistent with this Privacy Policy and any other appropriate confidentiality and security measures, and on the condition that the third parties use your private personal data only on our behalf and pursuant to our instructions (service providers may use other non-personal data for their own benefit). We share your payment information with payment services providers to process payments; prevent, detect, and investigate fraud or other prohibited activities; facilitate dispute resolution such as chargebacks or refunds; and for other purposes associated with the acceptance of credit and debit cards.

# 3.3 Law, Harm, and the Public Interest

Notwithstanding anything to the contrary in this Privacy Policy or controls we may otherwise offer to you, we may preserve, use, or disclose your personal data or other safety data if we believe that it is reasonably necessary to comply with a law, regulation, legal process, or governmental request, to protect the safety of any person; to protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services, or to explain why we have removed content or accounts from our services[3]; to address fraud, security, or technical issues; or to protect our rights or property or the rights or property of those who use our services. However, nothing in this Privacy Policy is intended to limit any legal defenses or objections that you may have to a third party's, including a government's, request to disclose your personal data.

# 3.4 Affiliates and Change of Ownership

In the event that we are involved in a bankruptcy, merger, acquisition, reorganization, or sale of assets, your personal data may be sold or transferred as part of that transaction. This Privacy Policy will apply to your personal data as transferred to the new entity. We may also disclose personal data about you to our corporate affiliates in order to help operate our services and our affiliates' services, including the delivery of ads.

# 3.5 Non-Personal Information

We share or disclose non-personal data, such as aggregated information like the total number of times people engaged with a Tweet, demographics, the number of people who clicked on a particular link or voted on a poll in a Tweet (even if only one did), the topics that people are Tweeting about in a particular location, some inferred interests, or reports to advertisers about how many people saw or clicked on their ads.

---

**Transparency matters.** We remove content from our services when it violates our rules, like if it glorifies violence. When that content is gone, we want you to know.

EXHIBIT D-1



# 4 Managing Your Personal Information With Us

You control the personal data you share with us. You can access or rectify this data at any time. You can also deactivate your account. We also provide you tools to object, restrict, or withdraw consent where applicable for the use of data you have provided to Twitter. And we make the data you shared through our services portable and provide easy ways for you to contact us. Please note, to help protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with deletion, portability, or other related requests.

EXHIBIT D-1



# 4.1 Accessing or Rectifying Your Personal Data

If you have registered an account on Twitter, we provide you with tools and account settings to access, correct, delete, or modify the personal data you provided to us and associated with your account. You can download certain account information, including your Tweets, by following the instructions     . On Periscope, you can request correction, deletion, or modification of your personal data, and download your account information, by following the instructions     . You can learn more about the interests we have inferred about you in               and request access to additional information      . To submit a request related to access, modification or deletion of your information, you may also contact us as specified in the How To Contact Us section of our Privacy Policy (                                              ).

# 4.2 Deletion

We keep Log Data for a maximum of 18 months. If you follow the instructions     (or for Periscope        ), your account will be deactivated. When deactivated, your Twitter account, including your display name, username, and public profile, will no longer be viewable on Twitter.com, Twitter for iOS, and Twitter for Android. For up to 30 days after deactivation it is still possible to restore your Twitter account if it was accidentally or wrongfully deactivated.

Keep in mind that search engines and other third parties may still retain copies of your public information, like your profile information and public Tweets, even after you have deleted the information from our services or deactivated your account. Learn more      .

# 4.3 Object, Restrict, or Withdraw Consent

When you are logged into your Twitter account, you can manage your privacy settings and other account features     at any time. It may take a short amount of time for privacy settings to be fully reflected throughout our systems.

EXHIBIT D-1



# 4.4 Portability

Twitter provides you a means to download the information you have shared through our services by following the steps ____. Periscope provides you a means to download the information you have shared through our services by following the steps ____.

# 4.5 Additional Information or Assistance

Thoughts or questions about this Privacy Policy? Please let us know by contacting us ____ or writing to us at the appropriate address below.

If you live in the United States or any other country outside of the European Union or the European Economic Area, the data controller responsible for your personal data is Twitter, Inc. with an address of:

Twitter, Inc.
Attn: Privacy Policy Inquiry
1355 Market Street, Suite 900
San Francisco, CA 94103

If you live in the European Union or European Economic Area, the data controller is Twitter International Company, with an address of:

Twitter International Company
Attn: Data Protection Officer
One Cumberland Place, Fenian Street
Dublin 2, D02 AX07 IRELAND

You can confidentially contact Twitter's Data Protection Officer ____. If you wish to raise a concern about ____ (and without prejudice to any other rights you may have), you have the right to do so with your local supervisory authority or Twitter International Company's lead supervisory authority, the Irish Data Protection Commission. You can find their contact details ____.



# 5 Children and Our Services

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). You must be at least 16 years of age to use Periscope.

# 6 Our Global Operations and Privacy Shield

To bring you our services, we operate globally. Where the laws of your country allow you to do so, you authorize us to transfer, store, and use your data in the United States, Ireland, and any other country where we operate. In some of the countries to which we transfer personal data, the privacy and data protection laws and rules regarding when government authorities may access data may vary from those of your country. Learn more about our global operations and data transfer here.

When we transfer personal data outside of the European Union or EFTA States, we ensure an adequate level of protection for the rights of data subjects based on the adequacy of the receiving country's data protection laws, contractual obligations placed on the recipient of the data (model clauses may be requested by inquiry as described below), or EU-US and Swiss-US Privacy Shield principles.

Twitter, Inc. complies with the EU-US and Swiss-US Privacy Shield principles (the "Principles") regarding the collection, use, sharing, and retention of personal data from the European Union and Switzerland, as described in our EU-US Privacy Shield certification and Swiss-US Privacy Shield certification.

EXHIBIT D-1



If you have a Privacy Shield-related complaint, please contact us ____. As part of our participation in Privacy Shield, if you have a dispute with us about our adherence to the Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the independent dispute resolution body ____, and under certain conditions, through the ____.

Privacy Shield participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU or Switzerland to third parties outside the EU and Switzerland. Learn more about the EU-US Privacy Shield and Swiss-US Privacy Shield ____.

# 7 Changes to This Privacy Policy

We may revise this Privacy Policy from time to time. The most current version of the policy will govern our processing of your personal data and will always be at ____. If we make a change to this policy that, in our sole discretion, is material, we will notify you via an ____ update or email to the email address associated with your account. By continuing to access or use the Services after those changes become effective, you agree[9] to be bound by the revised Privacy Policy.

Effective: January 1, 2020

EXHIBIT D-1



# The Twitter Rules

## Twitter's purpose is to serve the public conversation. Violence, harassment and other similar types of behavior discourage people from expressing themselves, and ultimately diminish the value of global public conversation. Our rules are to ensure all people can participate in the public conversation freely and safely.

## Safety

Violence: You may not threaten violence against an individual or a group of people. We also prohibit the glorification of violence. Learn more about our violent threat and glorification of violence policies.

Terrorism/violent extremism: You may not threaten or promote terrorism or violent extremism. Learn more.

Child sexual exploitation: We have zero tolerance for child sexual exploitation on Twitter. Learn more.

Abuse/harassment: You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm. Learn more.

EXHIBIT D-1



**Hateful conduct:** You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. Learn more.

**Suicide or self-harm:** You may not promote or encourage suicide or self-harm. Learn more.

**Sensitive media, including graphic violence and adult content:** You may not post media that is excessively gory or share violent or adult content within live video or in profile or header images. Media depicting sexual violence and/or assault is also not permitted. Learn more.

**Illegal or certain regulated goods or services:** You may not use our service for any unlawful purpose or in furtherance of illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services. Learn more.

# Privacy

**Private information:** You may not publish or post other people's private information (such as home phone number and address) without their express authorization and permission. We also prohibit threatening to expose private information or incentivizing others to do so. Learn more.

**Non-consensual nudity:** You may not post or share intimate photos or videos of someone that were produced or distributed without their consent. Learn more.

# Authenticity

**Platform manipulation and spam:** You may not use Twitter's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupts people's experience on Twitter. Learn more.

**Election integrity:** You may not use Twitter's services for the purpose of manipulating or interfering in elections. This includes posting or sharing content that may suppress voter turnout or mislead people about when, where, or how to vote. Learn more.

**Impersonation:** You may not impersonate individuals, groups, or organizations in a manner that is intended to or does mislead, confuse, or deceive others. Learn more.

**EXHIBIT D-1**



<u>Copyright and trademark:</u> You may not violate others' intellectual property rights, including copyright and trademark. Learn more about our trademark policy and copyright policy.

# Enforcement and Appeals

Learn more about our enforcement options, including potential consequences for violating these rules or attempting to circumvent enforcement, as well as how to appeal.

# Third-party advertising in video content

You may not submit, post, or display any video content on or through our services that includes third-party advertising, such as pre-roll video ads or sponsorship graphics, without our prior consent.

<u>Note</u>: we may need to change these rules from time to time in order to support our goal of promoting a healthy public conversation. The most current version is always available at twitter.com/rules.

EXHIBIT D-1

 **Help Center**

# Hateful conduct policy

**Hateful conduct: (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct)**
(https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct) You may not promote violence against or directly attack or threaten other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. We also do not allow accounts whose primary purpose is inciting harm towards others on the basis of these categories.

**Hateful imagery and display names:** You may not use hateful images or symbols in your profile image or profile header. You also may not use your username, display name, or profile bio to engage in abusive behavior, such as targeted harassment or expressing hate towards a person, group, or protected category.

## Rationale

Twitter's mission is to give everyone the power to create and share ideas and information, and to express their opinions and beliefs without barriers. Free expression is a human right – we believe that everyone has a voice, and the right to use it. Our role is to serve the public conversation, which requires representation of a diverse range of perspectives.

We recognise that if people experience abuse on Twitter, it can jeopardize their ability to express themselves. Research has shown that some groups of people are disproportionately targeted with abuse online. This includes; women, people of color, lesbian, gay, bisexual, transgender, queer, intersex, asexual individuals, marginalized and historically underrepresented communities. For those who identity with multiple underrepresented groups, abuse may be more common, more severe in nature and have a higher impact on those targeted.

We are committed to combating abuse motivated by hatred, prejudice or intolerance, particularly abuse that seeks to silence the voices of those who have been historically marginalized. For this reason, we prohibit behavior that targets individuals with abuse based on protected category.

EXHIBIT D-2

If you see something on Twitter that you believe violates our hateful conduct policy, please report it to us (https://help.twitter.comhttps://help.twitter.com/forms/abusiveuser).

# When this applies

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior, whether within Tweets or Direct Messages.

### Violent threats
We prohibit content that makes violent threats against an identifiable target. Violent threats are declarative statements of intent to inflict injuries that would result in serious and lasting bodily harm, where an individual could die or be significantly injured, e.g., "I will kill you".

**Note:** we have a zero tolerance policy against violent threats. Those deemed to be sharing violent threats will face immediate and permanent suspension of their account.

### Wishing, hoping or calling for serious harm on a person or group of people
We prohibit content that wishes, hopes, promotes, or expresses a desire for death, serious and lasting bodily harm, or serious disease against an entire protected category and/or individuals who may be members of that category. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease, e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident, e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserve serious physical injury, e.g., "If this group of protesters don't shut up, they deserve to be shot."

### References to mass murder, violent events, or specific means of violence where protected groups have been the primary targets or victims
We prohibit targeting individuals with content that references forms of violence or violent events where a protected category was the primary target or victims, where the intent is to harass. This includes, but is not limited to sending someone:

- media that depicts victims of the Holocaust;

- media that depicts lynchings.

### Inciting fear about a protected category
We prohibit targeting individuals with content intended to incite fear or spread fearful stereotypes about a protected category, including asserting that members of a protected

**EXHIBIT D-2**

category are more likely to take part in dangerous or illegal activities, e g , "all [religious group] are terrorists"

**Repeated and/or non consensual slurs, epithets, racist and sexist tropes, or other content that degrades someone**
We prohibit targeting individuals with repeated slurs, tropes or other content that intends to dehumanize, degrade or reinforce negative or harmful stereotypes about a protected category This includes targeted misgendering or deadnaming of transgender individuals

We also prohibit the dehumanization of a group of people based on their religion

**Hateful imagery**
We consider hateful imagery to be logos, symbols, or images whose purpose is to promote hostility and malice against others based on their race, religion, disability, sexual orientation, gender identity or ethnicity/national origin Some examples of hateful imagery include, but are not limited to

- symbols historically associated with hate groups, e g , the Nazi swastika;

- images depicting others as less than human, or altered to include hateful symbols, e g , altering images of individuals to include animalistic features; or

- images altered to include hateful symbols or references to a mass murder that targeted a protected category, e.g., manipulating images of individuals to include yellow Star of David badges, in reference to the Holocaust.

Media depicting hateful imagery is not permitted within live video, account bio, profile or header images. All other instances must be marked as sensitive media. Additionally, sending an individual unsolicited hateful imagery is a violation of our abusive behavior policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-behavior).

# Do I need to be the target of this content for it to be a violation of the Twitter Rules?

Some Tweets may appear to be hateful when viewed in isolation, but may not be when viewed in the context of a larger conversation. For example, members of a protected category may refer to each other using terms that are typically considered as slurs. When used consensually, the intent behind these terms is not abusive, but a means to reclaim terms that were historically used to demean individuals.

When we review this type of content, it may not be clear whether the intention is to abuse an individual on the basis of their protected status, or if it is part of a consensual conversation. To help our teams understand the context, we sometimes need to hear

EXHIBIT D-2

directly from the person being targeted to ensure that we have the information needed prior to taking any enforcement action.

**Note:** individuals do not need to be a member of a specific protected category for us to take action. We will never ask people to prove or disprove membership in any protected category and we will not investigate this information.

# Consequences

Under this policy, we take action against behavior that targets individuals or an entire protected category with hateful conduct, as described above. Targeting can happen in a number of ways, for example, mentions, including a photo of an individual, referring to someone by their full name, etc.

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to the severity of the violation and an individual's previous record of rule violations. For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Tweet again. Subsequent violations will lead to longer read-only periods and may eventually result in permanent account suspension. If an account is engaging primarily in abusive behavior, or is deemed to have shared a violent threat, we will permanently suspend the account upon initial review.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

If someone believes their account was suspended in error, they can submit an appeal (https://help.twitter.comhttps://help.twitter.com/forms/general?subtopic=suspended).

EXHIBIT D-2

 **Help Center**

# Abusive behavior

Twitter Rules (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct): You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.

## Rationale

On Twitter, you should feel safe expressing your unique point of view. We believe in freedom of expression and open dialogue, but that means little as an underlying philosophy if voices are silenced because people are afraid to speak up.

In order to facilitate healthy dialogue on the platform, and empower individuals to express diverse opinions and beliefs, we prohibit behavior that harasses or intimidates, or is otherwise intended to shame or degrade others. In addition to posing risks to people's safety, abusive behavior may also lead to physical and emotional hardship for those affected.

Learn more about our approach to policy development and our enforcement philosophy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy).

## When this applies

Some Tweets may seem to be abusive when viewed in isolation, but may not be when viewed in the context of a larger conversation. When we review this type of content, it may not be clear whether it is intended to harass an individual, or if it is part of a consensual conversation. To help our teams understand the context of a conversation, we may need to hear directly from the person being targeted, to ensure that we have the information needed prior to taking any enforcement action.

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior within Tweets or Direct Messages. For accounts engaging in abusive behavior on their profile, please refer to our abusive profile policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-profile).

EXHIBIT D-3

For behavior targeting people based on their race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease, this may be in violation of our hateful conduct policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/hateful-conduct-policy).

### Wishing or hoping serious harm on a person or group of people

We do not tolerate content that wishes, hopes or expresses a desire for death, serious bodily harm or fatal disease against an individual or group of people. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserves serious physical injury e.g., "If this group of protesters don't shut up, they deserve to be shot."

### Unwanted sexual advances

While some consensual nudity and adult content is permitted (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/media-policy) on Twitter, we prohibit unwanted sexual advances and content that sexually objectifies an individual without their consent. This includes, but is not limited to:

- sending someone unsolicited and/or unwanted adult media, including images, videos, and GIFs;

- unwanted sexual discussion of someone's body;

- solicitation of sexual acts; and

- any other content that otherwise sexualizes an individual without their consent.

### Using aggressive insults with the purpose of harassing or intimidating others

We take action against excessively aggressive insults that target an individual, including content that contains slurs or similar language. Please also note that while some individuals may find certain terms to be offensive, we will not action against every instance where insulting terms are used.

### Encouraging or calling for others to harass an individual or group of people

EXHIBIT D-3

We prohibit behavior that encourages others to harass or target specific individuals or groups with abusive behavior This includes, but is not limited to; calls to target people with abuse or harassment online and behavior that urges offline action such as physical harassment

### Do I need to be the target of this content for it to be reviewed for violating the Twitter Rules?

No, we review both first person and bystander reports of such content

### Consequences

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to, the severity of the violation and an individual's previous record of rule violations

For example, we may ask someone to remove the violating content and serve a period of time in read only mode before they can Tweet again Subsequent violations will lead to longer read only periods and may eventually result in permanent suspension If an account is engaging primarily in abusive behavior, we may permanently suspend the account upon initial review

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

EXHIBIT D-3

Glorification of violence policy

 **Help Center**

# Glorification of violence policy

## Overview

**March 2019**

**You may not threaten violence against an individual or a group of people. We also prohibit the glorification of violence.**

Glorifying violent acts could inspire others to take part in similar acts of violence Additionally, glorifying violent events where people were targeted on the basis of their protected characteristics (including race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease) could incite or lead to further violence motivated by hatred and intolerance For these reasons, we have a policy against content that glorifies acts of violence in a way that may inspire others to replicate those violent acts and cause real offline harm, or events where members of a protected group were the primary targets or victims

## What is in violation of this policy?

Under this policy, you can't glorify, celebrate, praise or condone violent crimes, violent events where people were targeted because of their membership in a protected group, or the perpetrators of such acts We define glorification to include praising, celebrating, or condoning statements, such as "I'm glad this happened", "This person is my hero", "I wish more people did things like this", or "I hope this inspires others to act"

Violations of this policy include, but are not limited to, glorifying, praising, condoning, or celebrating

- violent acts committed by civilians that resulted in death or serious physical injury, e g , murders, mass shootings;

- attacks carried out by terrorist organizations or violent extremist groups (as defined by our terrorism and violent extremism policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/violent-groups)); and

EXHIBIT D-4

- violent events that targeted protected groups, e.g., the Holocaust, Rwandan genocide.

# What is not a violation of this policy?

Our focus is on preventing the glorification of violence that could inspire others to replicate violent acts, as well as violent events where protected groups were the primary targets or victims. Exceptions may be made for violent acts by state actors, where violence was not primarily targeting protected groups.

# Who can report violations of this policy?

Anyone can report potential violations of this policy, whether they have a Twitter account or not.

# How can I report violations of this policy?

### In-app

You can report this content for review in-app as follows:

1. Select **Report Tweet** from the ⌄ icon.

2. Select **It's abusive or harmful**.

3. Select **Threatening violence or physical harm**.

4. Select the relevant option depending on who you are reporting on behalf of.

5. Select up to 5 Tweets to report for review.

6. Submit your report.

### Desktop

You can report this content for review via desktop as follows:

1. Select **Report Tweet** from the ⌄ icon.

2. Select **It's abusive or harmful**.

3. Select **Threatening violence or physical harm**.

4. Select the relevant option depending on who you are reporting on behalf of.

5  Select up to 5 Tweets to report for review

6  Submit your report

**Report form**

You can also report this content for review via our abusive behavior reporting form (https://help.twitter.comhttps://help.twitter.com/forms/abusiveuser), by selecting the **Harassment** option.

# What happens if you violate this policy?

The consequences for violating our glorification of violence policy depends on the severity of the violation and the account's previous history of violations.

The first time you violate this policy, we will require you to remove this content. We will also temporarily lock you out of your account before you can Tweet again. If you continue to violate this policy after receiving a warning, your account will be permanently suspended. If you believe that your account was suspended in error, you can submit an appeal (https://help.twitter.comhttps://help.twitter.com/forms/general?subtopic=suspended).

# Additional resources

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options) and our approach to policy development and enforcement (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy).

To learn about the link between glorifying violent acts and offline harm, you can refer to the research of Susan Benesch: *Countering Dangerous Speech: New Ideas for Genocide Prevention* (https://help.twitter.comhttps://dangerousspeech.org/countering-dangerous-speech-new-ideas-for-genocide-prevention/) and the Dangerous Speech Project (https://help.twitter.comhttps://dangerousspeech.org/).

**EXHIBIT D-4**

 **Help Center**

# Our range of enforcement options

When we take enforcement actions, we may do so either on a specific piece of content (e.g., an individual Tweet or Direct Message) or on an account. We may employ a combination of these options. In some instances, this is because the behavior violates the Twitter Rules (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules). Other times, it may be in response to a valid and properly scoped request from an authorized entity in a given country. Below are some of the enforcement actions that we may take.

## Tweet-level enforcement

We take action at the Tweet level to ensure that we are not being overly harsh with an otherwise healthy account that made a mistake and violated our rules. A few of the ways in which we might take action at the Tweet level include:

Limiting Tweet visibility: This makes content less visible on Twitter, in search results, replies, and on timelines. Limiting Tweet visibility depends on a number of signals about the nature of the interaction and the quality of the content.

Requiring Tweet removal: When we determine that a Tweet violated the Twitter Rules, we require the violator to remove it before they can Tweet again. We send an email notification to the violator identifying the Tweet(s) in violation and which policies have been violated. They will then need to go through the process of removing the violating Tweet or appealing our review if they believe we made an error.

Hiding a violating Tweet while awaiting its removal: In the interim period between when Twitter takes enforcement action and the person removes the Tweet, we hide that Tweet from public view and will replace the original content with a notice stating that the Tweet is no longer available because it violated our Rules. Additionally, this notice will be available for 14 days after Tweet removed.

Where this notice **is** available:

- The details page of the Tweet in violation on Twitter for iOS and Android, and twitter.com.

EXHIBIT D-5

Our range of enforcement options

- The profile page of the account in violation on Twitter for iOS and Android, and twitter.com.

Where this notice **is not** available:

- Areas outside of profiles and Tweet details pages, such as Home timeline, notifications, and search of any Twitter client.

Notice of public interest exception: In rare cases, we may determine that it is in the public interest for a Tweet that would otherwise be in violation of our rules to remain accessible on our service. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/public-interest) about the public interest exception.

When we make such an exception, we'll place the Tweet behind a notice explaining the exception and giving you the option to view the Tweet if you wish.

When applying the notice, we'll also take the following actions to reduce the Tweet's visibility on our service:

- We'll turn off engagements like replies, Retweets, and likes. If you want to talk about it, you can still Retweet with comment.

- We won't show any engagement counts on the Tweet (e.g. number of likes, replies), but any prior engagements can be undone (e.g. unliked, Retweets undone).

- Any previous replies will not be viewable within the Tweet details.

Additionally, in order to minimize potential harm, Tweets that are placed behind the notice will not be available in the following areas of Twitter:

- Tweets in the "Top Tweets" Home timeline

- Safe search

- Recommendations via push and Notifications tab

- Email and text recommendations

- Live event timeline

- Explore tab

# Direct Message-level enforcement

EXHIBIT D-5

Our range of enforcement options

<u>Stopping conversations between a reported violator and the reporter's account:</u> In a private Direct Message conversation, when a participant reports the other person, we will stop the violator from sending messages to the person who reported them. The conversation will also be removed from the reporter's inbox. However, if the reporter decides to continue to send Direct Messages to the violator, the conversation will resume.

<u>Placing a Direct Message behind a notice:</u> In a group Direct Message conversation, the violating Direct Message may be placed behind a notice to ensure no one else in the group can see it again.

# Account-level enforcement

We take action at the account level if we determine that a person has violated the Twitter Rules in a particularly egregious way, or has repeatedly violated them even after receiving notifications from us.

<u>Requiring media or profile edits:</u> If an account's profile or media content is not compliant with our policies, we may make it temporarily unavailable and require that the violator edit the media or information in their profile to come into compliance. We also explain which policy their profile or media content has violated.

<u>Placing an account in read-only mode:</u> If it seems like an otherwise healthy account is in the middle of an abusive episode, we might temporarily make their account read-only, limiting their ability to Tweet, Retweet, or Like content until calmer heads prevail. The person can read their timelines and will only be able to send Direct Messages to their followers.

When an account is in read-only mode, others will still be able to see and engage with the account. The duration of this enforcement action can range from 12 hours to 7 days, depending on the nature of the violation.

<u>Verifying account ownership:</u> To ensure that violators do not abuse the anonymity we offer and harass others on the platform, we may require the account owner to verify ownership with a phone number or email address. This also helps us identify violators who are operating multiple accounts for abusive purposes and take action on such accounts. Note that when an account has been locked pending completion of a challenge (such as being required to provide a phone number), it is removed from follower counts, Retweets, and likes until it provides a phone number.

<u>Permanent suspension:</u> This is our most severe enforcement action. Permanently suspending an account will remove it from global view, and the violator will not be allowed to create new accounts. When we permanently suspend an account, we notify people that they have been suspended for abuse violations, and explain which policy or policies they have violated and which content was in violation.

EXHIBIT D-5

Case 1:20-cv-00536-SE   Document 1-2   Filed 05/04/20   Page 68 of 130

Violators can appeal permanent suspensions if they believe we made an error. They can do this through the platform interface or by filing a report (https://help.twitter.comhttps://help.twitter.com/forms/general?subtopic=suspended). Upon appeal, if we find that a suspension is valid, we respond to the appeal with information on the policy that the account has violated.

## Actions we may take against non-violating content

Placing a Tweet behind a notice: We may place some forms of sensitive media (https://help.twitter.com/en/rules-and-policies/media-policy) like adult content or graphic violence behind an interstitial advising viewers to be aware that they will see sensitive media if they click through. This allows us to identify potentially sensitive content that some people may not wish to see. Learn more about how to control whether you see sensitive media (https://help.twitter.com/en/safety-and-security/sensitive-media#settings).

Withholding a Tweet or account in a country: We may withhold access to certain content in a particular country if we receive a valid and properly scoped request from an authorized entity in that country. We also clearly indicate within the product when content has been withheld. Read more about country withheld content (https://help.twitter.com/en/rules-and-policies/tweet-withheld-by-country).

EXHIBIT D-5

# EXHIBIT E



← **Senza Vergogna**
5,733 Tweets

Edit profile

**Senza Vergogna**
@Basta_Lies

Deliberate Manipulation
Incredible Crimes of the Century
The goal of socialism is to change reality, not to represent it.
#MAGA #MAGA2020 #CryBabiesGoHome

⊙ United States   🕛 Born January 28, 1966   🗓 Joined February 2019

**0** Following   **0** Followers

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|



**Senza Vergogna** @Basta_Lies · Dec 5, 2019                              ⌄
GOP where are you???

**Senza Vergogna** @Basta_Lies · Dec 4, 2019
Replying to @seanhannity and @ManzanaresBye
Why isn't anyone asking these witnesses if @JoeBiden s actions were
impeachable?? @RepMattGaetz

  ♡    ⟲    ♡ 1    ⬆    ᵢₗᵢ

Your account is suspended and is not permitted to perform this action. **Learn more**

EXHIBIT E

# EXHIBIT F

**From:** Twitter
**To:** Senza Vergogna
**Subject:** Your Twitter account has been locked
**Date:** Thursday, November 7, 2019 4:40:30 PM



# Hi Senza Vergogna,
# Your account, @Basta_Lies has been locked for violating the Twitter Rules.

Specifically for:

**Violating our rules against** hateful conduct.
You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease.

 **Senza Vergogna**
@Basta_Lies

@AshleyW838 @Bonacker69 If I had special powers I would reach through that video and Bitch slap that commie Bitch who is yelling like a 3-year-old!!!

Please note that repeated violations may lead to a permanent suspension of your account. Proceed to Twitter now to fix the issue with your account.



Need some help?

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

**EXHIBIT F-1**

**From:** Twitter <notify@twitter.com>
**Sent:** Thursday, December 5, 2019 9:54 AM
**To:** Senza Vergogna
**Subject:** Your Twitter account has been suspended



Hello Senza Vergogna,

Your account, Basta_Lies has been suspended for violating the Twitter Rules.

Specifically, for:

## Violating our rules against abuse and harassment.

You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm.

 **Senza Vergogna**
@Basta_Lies

@washingtonpost Ya, let's all get all cutesy with a fkcn #Traitor who should be hung if found guilty!! https://[...]

Note that if you attempt to evade a permanent suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

1

**EXHIBIT F-2**

**The Washington Post** ✔ @washingtonpost · Dec 2
Analysis: Lisa Page is a uniquely convenient target for Trump's standard practice of belittling women



Analysis | Lisa Page is a uniquely convenient target for Trump's stan...
That she had an affair has dominated how he's talked about this former FBI laywer
🔗 washingtonpost.com

♡ 160          ⟲ 126          ♡ 378          ⬆

**Senza Vergogna**
@Basta_Lies

Replying to @washingtonpost

Ya, let's all get all cutesy with a fkcn #Traitor who should be hung if found guilty!!

EXHIBIT F-3

# EXHIBIT G

# Appeal an account suspension or locked account



Where are you experiencing this issue?  My desktop web browser

Description of problem  I do not believe my account violated Twitter Rules

Describe the nature of your appeal (for example: why you do not believe your account violated the Twitter Rules, or if you are having difficulties unsuspending or unlocking your account, or if you cannot provide a phone number).

Your information

Full name  ▓▓▓▓▓▓

Twitter username  ▓▓▓▓▓▓

Your email  ▓▓▓▓▓▓

This is the email we'll use to contact you. Enter your current address

Phone number (optional)  ▓▓▓▓▓▓

Are you human?  You must pass a Google reCAPTCHA challenge to proceed. When you tap Continue, Google may collect and use information about you, your device, and browser.

View Google's Privacy Policy

[ Continue ]

# account



Where are you experiencing this issue?  My desktop web browser

Description of problem  My Tweet, "@washingtonpost Ya, let's all get all cutesy with a fkcn #Traitor who should be hung if found guilty!!"

Simply recites 18 U.S. Code § 2381. for Treason
Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

Capital punishment is a legal penalty in the United States, currently used by 29 states, the federal government, and the military. Its existence can be traced to the beginning of the American colonies. The United States is the only developed Western nation that applies the death penalty regularly.

A traitor who is found guilty of Treason would or could be hung if found guilty

Describe the nature of your appeal (for example: why you do not believe your account violated the Twitter Rules, or if you are having difficulties unsuspending or unlocking your account, or if you cannot provide a phone number).

Your information

Full name  ▓▓▓▓▓▓

Twitter username  ▓▓▓▓▓▓

**EXHIBIT G**

# EXHIBIT H

| From: | Twitter Support |
| --- | --- |
| To: | jenves@comcast.net |
| Subject: | About your Twitter account 0134249287 [ref:00DA0000000K0A8.5004A00001pg9tO:ref] |
| Date: | Thursday, December 5, 2019 12:16:46 PM |

Hello,

We're reviewing your appeal.

We'll respond as soon as possible, and we appreciate your patience while we review your account.

Thanks,

Twitter

**EXHIBIT H-1**

| | |
|---|---|
| **From:** | support@twitter.com |
| **To:** | jenves@comcast.net |
| **Subject:** | Case# 0134249287: Appealing an account suspension - @Basta_Lies [ ref:_00DA0K0A8._5004A1pg9tO:ref ] |
| **Date:** | Saturday, December 7, 2019 4:56:08 PM |

Hello,

Your account has been suspended and will not be restored because it was found to be violating the Twitter Terms of Service, specifically the Twitter Rules against participating in targeted abuse.

In order to ensure that people feel safe expressing diverse opinions and beliefs on our platform, we do not tolerate abusive behavior. This includes inciting other people to engage in the targeted harassment of someone.

You can learn more about our rules against abusive behavior.

Thanks,

Twitter

Help     Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1pg9tO:ref

EXHIBIT H-2

# EXHIBIT I

# Twitter Rules enforcement

Twitter Rules enforcement -
January to June 2018                V

# Twitter Rules enforcement provides an overview of how and when we enforce our content policies.

On Twitter, you should feel safe expressing your unique point of view. While we welcome everyone to express themselves on our service, the Twitter Rules outline specific content policies that cover what types of behaviors are prohibited, and we strive to enforce these Rules consistently.

EXHIBIT I-1        1/15

The Twitter Rules (along with all incorporated policies), Privacy Policy, and Terms of Service (TOS) collectively make up the "Twitter User Agreement" that governs a user's access to and use of Twitter's services.

All individuals accessing or using Twitter's services must adhere to the policies set forth in the Twitter Rules. Failure to do so may result in Twitter taking one or more of the following enforcement actions:

> requiring you to remove prohibited content before you can again create new posts and interact with other Twitter users;

> temporarily limiting your ability to create posts or interact with other Twitter users;

> asking you to verify account ownership with a phone number or email address; or

> permanently suspending your account(s).

Newly introduced for this transparency reporting period (January - June 2018), the Twitter Rules enforcment section includes information about the enforcement of the following Twitter Rules categories: abuse, child sexual exploitation (CSE), hateful conduct, private information, sensitive media, and violent threats.

Previously, we have included high-level details about global government TOS reports. Since then, we have updated our approach to reporting on Twitter Rules enforcement. Instead of disaggregating this data in a separate page for a subset of reporters, the data below is inclusive of global government TOS reports.

EXHIBIT I-1

Twitter Rules enforcement

Across the six Twitter Rules policy categories included in this report, 6,229,323 unique accounts were reported for possible violations of the Twitter Rules. 5,461 of those accounts were reported by known government entities.

During our review process, we may consider whether reported content violates aspects of the Twitter Rules beyond what was initially reported. If the content is determined to violate any Twitter Rules, it is then actioned accordingly. Not all reported accounts are found to violate the Twitter Rules, and reported accounts may be found to violate a different Rule than was initially reported.

During this reporting period, action was taken on 605,794 unique accounts for violation of these six Twitter Rules categories. 1,750 of those unique reported accounts found to be in violation of the Twitter Rules were reported by known government entities. More specific details about Twitter Rules enforcement is detailed below.

# Unique Accounts Reported

EXHIBIT I-1    



NOTE: The data in these reports is as
accurate and comprehensive as possible.

# About the numbers

Content on Twitter is generally flagged for
review for possible Twitter Rules violations
through our Help Center or in-app
reporting, and we have a global team that
manages enforcement of our Rules with
24/7 coverage in every supported
language on Twitter. Our goal is to apply
the Twitter Rules objectively and
consistently.

Our current reporting process requires
people to choose a specific reason they're
reporting a Tweet or an account as being in
violation of our Rules. Tweets or accounts
may be reported for multiple violations. We

**EXHIBIT I-1**

will take action on any identified violation of the Twitter Rules regardless of what reason was originally provided for the report. For example, content that was reported for abuse could ultimately be actioned under our violent threats policy. We may also determine that reported content does not violate the Rules at all.

As a result, the Unique Accounts Reported per policy categories above do not necessarily fall within the Unique Accounts Actioned dataset below.

# Unique Accounts Actioned



NOTE: The data in these reports is as accurate and comprehensive as possible.

# About the numbers

We use the term 'action' to refer to our range of enforcement actions, which include possible account suspension. This new Unique Accounts Actioned section focuses on the actions we've taken based on these six categories of the Twitter Rules: abuse, child sexual exploitation (CSE), hateful conduct, private information, sensitive media, and violent threats. Out of these six categories, we actioned 285,393 accounts under hateful conduct policies, 248,649 accounts under abuse policies, 42,951 under violent threat policies, 28,900 under sensitive media policies, 21,878 under CSE policies, and 12,140 under private information policies.

We will take action on any identified violation of the Twitter Rules regardless of what reason was originally provided for the report. For example, content that was reported for abuse could ultimately be actioned under our violent threats policy. We may also determine that reported content does not violate the Rules at all.

As a result, the unique accounts actioned do not necessarily fall within the Unique Accounts Reported dataset above.

More information on our approach to policy development and enforcement can be found here, and more details on the

EXHIBIT I-1

specific subsets of our Rules can be found
below.

# Abuse policies enforcement

We consider abusive behavior an attempt
to harass, intimidate or silence someone
else's voice. Some examples of abusive
behavior include wishing or hoping serious
harm on a person or group of people,
threats to expose private information or
intimate media, unwanted sexual
advances, and aggressive insults or non-
consensual slurs.

Context matters when evaluating reports of
abusive behavior and determining
appropriate enforcement actions. Some
Tweets may seem to be abusive when
viewed in isolation, but may not be when
viewed in the context of a larger
conversation. Sometimes it's unclear if
content is intended to harass an individual
or if it is part of a consensual conversation.
Examples of factors we consider include,
but are not limited to, whether:

  the behavior is targeted at an individual
  or a group of people;

  the report has been filed by the target of
  the abuse or by a bystander; and

  the behavior is newsworthy and in the
  legitimate public interest.

EXHIBIT I-1

# Child sexual exploitation (CSE) policy enforcement

We do not tolerate child sexual exploitation on Twitter. When we are made aware of links to images of or content promoting child sexual exploitation they will be removed from the site without further notice and reported to The National Center for Missing & Exploited Children ("NCMEC").  Users may report content that appears to violate the Twitter Rules regarding Child Sexual Exploitation via our web form or through in-app reporting.

During this reporting period, we suspended a total of 487,363 unique accounts for violations related to child sexual exploitation. Of those unique accounts suspended, 97% were flagged by a combination of technology (including PhotoDNA and internal, proprietary tools).

# Hateful conduct policies enforcement

Under our hateful conduct policy, you may not promote violence against or directly attack or threaten other people on the basis of their inclusion in a protected group (i.e. race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease). The Twitter Rules also

EXHIBIT I-1

prohibit accounts with the primary purpose of inciting harm towards others on the basis of these categories.

Examples of hateful conduct may also include:

> Targeting others with reference to mass murder or violent events where the protected groups are the primary targets or victims;

> Targeting someone with content that incites fear about others based on their inclusion in a protected group; and

> Sending someone unsolicited hateful imagery.

# Private information policies enforcement

We prohibit the posting of other people's private information without their express authorization and permission.

Examples of private information include:

> private contact or financial information, such as credit card information, social security or other national identity numbers;

> private residences or other locations that are considered private; and

EXHIBIT I-1

non-public personal phone numbers and email addresses.

Context matters, and not all postings of such information may be a violation of this policy. We consider the nature and public availability of the information posted, local privacy laws, and other case-specific facts. For example, if information was previously posted or displayed elsewhere on the Internet (e.g., someone lists their personal phone number on their public blog), reposting this information on Twitter may not be a violation of this policy.

# Sensitive media policies enforcements

This section of our report reflects accounts actioned for violations of the Twitter Media Policy. Examples of content covered under this policy include:

Graphic violence (e.g., media that depicts death or serious injury);

Adult content (e.g., media that is pornographic or intended to cause sexual arousal);

Intimate media (e.g., intimate photos or videos of someone distributed without their consent); and

EXHIBIT I-1

Hateful imagery (e.g., logos, symbols, or images whose purpose is to promote hostility and malice against others based on protected category).

While we want people to feel empowered to share media that reflects their creativity or individuality, or to show what's happening in the world, we have heard feedback that users don't want to be exposed to sensitive media inadvertently. Additionally, we continue to be concerned that repeated exposure to violent content online may negatively impact an individual's wellbeing. For these reasons, we allow some media containing graphic violence, adult content, or hateful imagery on Twitter so long as it is flagged as sensitive media (and therefore appears behind an interstitial warning message). However, the Twitter Rules prohibit including sensitive media in live video, or in profile or header images.

Twitter also prohibits the posting of intimate photos or videos of someone that were produced or distributed without their consent.

# Violent threats policies enforcement

The Twitter Rules prohibit violent threats. Specifically, we do not allow users to make specific threats of violence or wish for the

EXHIBIT I-1

serious physical harm, death, or disease of an individual or group of people. Examples of content covered under this policy include:

Promoting terrorism;

Soliciting bounties for serious violence; and

Affiliating with organizations that use or promote violence against civilians to further their causes.

During this reporting period, Twitter suspended 205,156 unique accounts for violations related to promotion of terrorism. We surfaced for review 91% of the unique accounts suspended using our internal, proprietary tools. While this total number of unique accounts suspended during the reporting period has decreased 25% since the previous reporting period, we believe this reflects the effectiveness of our proprietary technology in proactively identifying and challenging accounts at scale.

# Footnotes

Each report may identify multiple pieces of content to for potential Twitter Rules enforcement.

For example, a single report may ask us to review individual Tweets or an

**EXHIBIT I-1**

entire user account.

Reported content may be actioned for the reported reason, for other Rules violations, or if it is determined not to violate our Rules, no action will be taken.

"Unique Accounts Reported" reflects the volume of accounts which users reported as potentially violating the Twitter Rules.

> To provide meaningful metrics, we de-duplicate accounts which were reported multiple times (whether multiple users reported an account for the same potential violation, or whether multiple users reported the same account for different potential violations). For the purposes of these metrics, we similarly de-duplicate reports of specific Tweets. This means that even if we received reports about multiple Tweets by a single user, we only counted these reports towards the "Unique Accounts Reported" metric once.

"Unique Accounts Actioned" reflects the volume of accounts that Twitter took some enforcement action on during this reporting period.

> We use the term "action" to refer to our range of enforcement actions, which include possible account suspension.

**EXHIBIT I-1**

To provide meaningful metrics, we de-duplicate accounts which were actioned multiple times for the same policy violation. This means that if we took action on a Tweet or account under multiple policies, the account would be counted separately under each policy. However, if we took action on a Tweet or account multiple times under the same policy (for example, we may have placed an account in read-only mode temporarily and then later also required media or profile edits on the basis of the same violation), the account would be counted once under the relevant policy.

**EXHIBIT I-1**

# Twitter Rules enforcement

Twitter Rules enforcement - July
to December 2018                    V

# Twitter Rules enforcement provides an overview of how and when we enforce our content policies.

On Twitter, you should feel safe expressing your unique point of view. While we welcome everyone to express themselves on our service, the Twitter Rules outline specific policies that explain what types of content and behaviors are prohibited, and we strive to enforce these Rules consistently.

EXHIBIT I-2

The Twitter Rules (along with all incorporated policies), Privacy Policy, and Terms of Service (TOS) collectively make up the "Twitter User Agreement" that governs a user's access to and use of Twitter's services.

All individuals accessing or using Twitter's services must adhere to the policies set forth in the Twitter Rules. Failure to do so may result in Twitter taking one or more enforcement actions, such as:

> temporarily limiting your ability to create posts or interact with other Twitter users;

> requiring you to remove prohibited content before you can again create new posts and interact with other Twitter users;

> asking you to verify account ownership with a phone number or email address; or

> permanently suspending your account(s).

The Twitter Rules enforcement section includes information about the enforcement of the following Twitter Rules categories: abuse, child sexual exploitation (CSE), hateful conduct, private information, sensitive media, and violent threats. We support the spirit of the Santa Clara Principles on Transparency and Accountability in Content Moderation, and are committed to sharing more detailed information about how we enforce the Twitter Rules in future reports.

# Unique Accounts

EXHIBIT I-2

# Reported



NOTE: The data in these reports is as
accurate and comprehensive as possible.

# About the numbers

Content on Twitter is generally flagged for
review for possible Twitter Rules violations
through our Help Center or in-app
reporting. We have a global team that
manages enforcement of our Rules with
24/7 coverage in every supported
language on Twitter. Our goal is to apply
the Twitter Rules objectively and
consistently.

Across the six Twitter Rules policy
categories included in this report,
11,000,257 unique accounts were reported

**EXHIBIT I-2**    3/15

for possible violations of those Twitter Rules, amounting to a 19% increase compared to the prior reporting period. 6,388 of those accounts were reported by known government entities compared to 5,461 reported during the last reported period, an increase of 17%.

During our review process, we may consider whether reported content violates aspects of the Twitter Rules beyond what was initially reported. For example, content reported as a violation of our private information policy may also be a violation of our policies for hateful conduct. If the content is determined to violate any Twitter Rules, it is actioned accordingly. Not all reported accounts are found to violate the Twitter Rules, and reported accounts may be found to violate a different Rule than was initially reported.

We may also determine that reported content does not violate the Rules at all. As a result, the Unique Accounts Reported per policy categories above do not necessarily fall within the Unique Accounts Actioned dataset below.

# Unique Accounts Actioned

EXHIBIT I-2



NOTE: The data in these reports is as
accurate and comprehensive as possible.

# About the numbers

We use the term 'action' to refer to our range of enforcement actions, **which** include possible account suspension. The Unique Accounts Actioned section focuses on the actions we've taken based on these six categories of the Twitter Rules: abuse, child sexual exploitation (CSE), hateful conduct, private information, sensitive media, and violent threats. Out of these six categories, we actioned 250,806 accounts under hateful conduct policies, 235,455 accounts under abuse policies, 56,577 under violent threat policies, 30,907 under sensitive media policies, 29,824 under CSE

**EXHIBIT I-2**

policies, and 8,994 under private information policies.

We will take action on any identified violation of the Twitter Rules regardless of what reason was originally provided for the report. For example, content that was reported for abuse could ultimately be actioned under our violent threats policy. We may also determine that reported content does not violate the Rules at all. As a result, the Unique Accounts Actioned do not necessarily fall within the Unique Accounts Reported dataset above.

During this reporting period, we actioned 612,563 unique accounts for violation of these six Twitter Rules categories, amounting to a 4% decrease since the last reporting period. 1,601 of those unique reported accounts found to be in violation of the Twitter Rules were reported by known government entities compared to 1,750 reported during the last reporting period, an 8% decrease.

More information on our approach to policy development and enforcement can be found here, and information about enforcement of each of these Twitter Rules categories is detailed below.

# Abuse policies enforcement

We consider abusive behavior an attempt to harass, intimidate or silence someone

**EXHIBIT I-2**

Twitter Rules enforcement

else's voice. Some examples of abusive behavior include wishing or hoping serious harm on a person or group of people, threats to expose private information or intimate media, unwanted sexual advances, and aggressive insults or non-consensual slurs.

Context matters when evaluating reports of abusive behavior and determining appropriate enforcement actions. Some Tweets may seem to be abusive when viewed in isolation, but may not be when viewed in the context of a larger conversation. Sometimes it's unclear if content is intended to harass an individual or if it is part of a consensual conversation. When evaluating reported content in context, we consider factors such as whether:

    the behavior is targeted at an individual or a group of people;

    the report has been filed by the target of the abuse or by a bystander; and

    the behavior is newsworthy and in the legitimate public interest.

# Child sexual exploitation (CSE) policy enforcement

We do not tolerate child sexual exploitation on Twitter. When we are made aware of child sexual exploitation media, including

EXHIBIT I-2

links to images of or content promoting child exploitation, the material will be removed from the site without further notice and reported to The National Center for Missing & Exploited Children ("NCMEC"). Users may report content that appears to violate the Twitter Rules regarding Child Sexual Exploitation via our web form or through in-app reporting.

During this reporting period, we suspended a total of 456,989 unique accounts for violations related to child sexual exploitation. Of those unique accounts suspended, 96% were flagged by a combination of technology (including PhotoDNA and internal, proprietary tools).

# Hateful conduct policies enforcement

Under our hateful conduct policy, you may not promote violence against or directly attack or threaten other people on the basis of their inclusion in a protected group (i.e., race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease). The Twitter Rules also prohibit accounts with the primary purpose of inciting harm towards others on the basis of these categories. Examples of hateful conduct may also include:

EXHIBIT I-2

Targeting someone with reference to mass murder or violent events where the protected groups are the primary targets or victims;

Targeting someone with content that incites fear about others based on their inclusion in a protected group; and

Sending someone unsolicited hateful imagery.

# Private information policies enforcement

We prohibit the posting of other people's private information without their express authorization and permission. Examples of private information include:

Private identifiers or financial information, such as credit card information, social security or other national identity numbers;

Locations of private residences or other places that are considered private; and

Non-public personal contact information, such as phone numbers and email addresses.

Context matters, and not all postings of such information may be a violation of this policy. We consider the nature and public availability of the information posted, local

EXHIBIT I-2

privacy laws, and other case-specific facts. For example, if information was previously posted or displayed elsewhere on the Internet (e.g., someone lists their personal phone number on their public blog), reposting this information on Twitter may not be a violation of this policy.

During this period, we saw a 41% increase in accounts reported for potential violations of our Private Information policies. This increase could be attributed to the launch of improvements to our reporting flow that make it easier to report private information.

# Sensitive media policies enforcements

This section of our report reflects accounts actioned for violations of the Twitter Media Policy. Examples of content covered under this policy include:

Graphic violence (e.g., media that depicts death or serious injury);

Adult content (e.g., media that is pornographic or intended to cause sexual arousal);

Intimate media (e.g., intimate photos or videos of someone distributed without their consent); and

EXHIBIT I-2

Hateful imagery (e.g., logos, symbols, or images whose purpose is to promote hostility and malice against others based on protected category).

While we want people to feel empowered to share media that reflects their creativity or individuality, or to show what's happening in the world, we have heard feedback that users don't want to be exposed to sensitive media inadvertently. Additionally, we continue to be concerned that repeated exposure to violent content online may negatively impact an individual's wellbeing. For these reasons, we allow some media containing graphic violence, adult content, or hateful imagery on Twitter so long as it is flagged as sensitive media (and therefore appears behind an interstitial warning message). However, the Twitter Rules prohibit including sensitive media in live video, or in profile or header images.

Twitter also prohibits the posting of intimate photos or videos of someone that were produced or distributed without their consent.

# Violent threats policies enforcement

The Twitter Rules prohibit violent threats. Specifically, we do not allow users to make specific threats of violence or wish for the

EXHIBIT I-2    11/15

Twitter Rules enforcement

serious physical harm, death, or disease of an individual or group of people. Examples of content covered under this policy include:

Promoting terrorism;

Soliciting bounties for serious violence; and

Affiliating with and promoting organizations that use or promote violence against civilians to further their causes.

During this reporting period, Twitter suspended 166,513 unique accounts for violations related to promotion of terrorism. We surfaced for review 91% of the unique accounts suspended using our internal, proprietary tools. While this total number of unique accounts suspended during the reporting period has decreased 19% since the previous reporting period, we believe this reflects the effectiveness of our proprietary technology in proactively identifying and challenging accounts at scale.

# Footnotes

Each report may identify multiple pieces of content for Twitter to review.

For example, a single report may ask us to review individual Tweets or an

EXHIBIT I-2

entire user account.

Reported content may be actioned for the reported reason or for other Rules violations.f If we determine the reported content does not violate our Rules, no action will be taken.

"Unique Accounts Reported" reflects the total number of accounts which users reported as potentially violating the Twitter Rules.

To provide meaningful metrics, we deduplicate accounts which were reported multiple times (whether multiple users reported an account for the same potential violation, or whether multiple users reported the same account for different potential violations). For the purposes of these metrics, we similarly de-duplicate reports of specific Tweets. This means that even if we received reports about multiple Tweets by a single user, we only counted these reports towards the "Unique Accounts Reported" metric once.

"Unique Accounts Actioned" reflects the total number of accounts that Twitter took some enforcement action on during this reporting period.

We use the term "action" to refer to our range of enforcement actions, which include possible account suspension.

EXHIBIT I-2

To provide meaningful metrics, we de-duplicate accounts which were actioned multiple times for the same policy violation. This means that if we took action on a Tweet or account under multiple policies, the account would be counted separately under each policy. However, if we took action on a Tweet or account multiple times under the same policy (for example, we may have placed an account in read-only mode temporarily and then later also required media or profile edits on the basis of the same violation), the account would be counted once under the relevant policy.

**EXHIBIT I-2**

# Twitter Rules enforcement

Twitter Rules enforcement - January to June 2019    V

## Twitter Rules enforcement provides an overview of how and when we enforce our content policies.

Twitter's purpose is to serve the public conversation. We welcome everyone to share their unique point of view on Twitter, but there are some behaviors that discourage others from expressing themselves or place people at risk of offline harm. The Twitter Rules exist to help ensure that all people can participate in the public conversation freely and safely, and include specific policies that explain the types of content and

EXHIBIT I-3

behavior that are prohibited. We are deeply committed to improving the health of the public conversation and strive to enforce our Rules consistently.

The Twitter Rules (along with all incorporated policies), Privacy Policy, and Terms of Service (TOS) collectively make up the "Twitter User Agreement" that governs a user's access to and use of Twitter's services.

All individuals accessing or using Twitter's services must adhere to the policies set forth in the Twitter Rules. Failure to do so may result in Twitter taking one or more enforcement actions, such as:

> temporarily limiting your ability to create posts or interact with other Twitter accounts;

> requiring you to remove prohibited content before you can create new posts and interact with other Twitter accounts;

> asking you to verify account ownership by providing a phone number or email address; or

> permanently suspending your account(s).

The Twitter Rules enforcement section includes information about the enforcement of the following Twitter Rules categories: abuse, child sexual exploitation (CSE), hateful conduct, private information, sensitive media, violent threats, and impersonation. This is the first time that information about our impersonation policy enforcement has been included in the report.

EXHIBIT I-3

We support the spirit of the Santa Clara Principles on Transparency and Accountability in Content Moderation, and are committed to sharing more detailed information about how we enforce the Twitter Rules in future reports.

# Unique Accounts Reported



NOTE: The data in these reports is as accurate and comprehensive as possible.

# About the numbers

EXHIBIT I-3

Content on Twitter is generally flagged for
review for possible Twitter Rules violations
through our Help Center or in-app
reporting. We have a global team that
manages enforcement of our Rules with
24/7 coverage in every supported
language on Twitter. Our goal is to apply
the Twitter Rules objectively and
consistently.

Across the seven Twitter Rules policy
categories included in this report,
**15,638,349** unique accounts were reported
for possible violations of the Twitter Rules,
amounting to a **42%** increase compared to
the prior reporting period. **7,760** of these
accounts were reported by known
government entities compared to **6,388**
reported during the last reported period,
an increase of **21%**.

During our review process, we may
consider whether reported content violates
aspects of the Twitter Rules beyond what
was initially reported. For example, content
reported as a violation of our private
information policy may be in violation of our
policies on hateful conduct. If reported
content is determined to violate any Twitter
Rule during the review process, it is
actioned accordingly.

We may also determine that reported
content does not violate the Rules at all.
As a result, the Unique Accounts Reported
per policy categories above do not

EXHIBIT I-3

necessarily fall within the Unique Accounts
Actioned dataset below.

# Unique Accounts Actioned



NOTE: The data in these reports is as
accurate and comprehensive as possible.

# About the numbers

We use the term 'action' to refer to our
range of enforcement actions, which
includes possible account suspension.
During this reporting period, we actioned
**1,254,226** unique accounts for violation of

EXHIBIT I-3

Twitter Rules enforcement

the included Twitter Rules categories, amounting to an **105%** increase since the last reporting period. This increase may be attributable to a number of factors, including our increased focus on proactively surfacing potentially violating content for human review, the **42%** increase in the number of reports received, and the inclusion of impersonation data for the first time.

**1,791** of the unique reported accounts found to be in violation of the Twitter Rules were reported by known government entities, compared to **1,601** reported and actioned during the last reporting period, an **11%** increase.

Across the seven Twitter Rules categories included in this report, we actioned **395,917** accounts under abuse policies, **584,429** accounts under hateful conduct policies, **43,536** under sensitive media policies, **30,107** under CSE policies, **124,339** under impersonation policies, **19,679** under private information policies, and **56,219** under violent threats policies.

During the review process, we will take action on any identified violation of the Twitter Rules, regardless of the original reporting reason. For example, content that was reported for abuse could ultimately be actioned under our violent threats policy. We may also determine that reported content does not violate the Rules at all. As a result, the Unique Accounts Actioned

**EXHIBIT I-3**

do not necessarily fall within the Unique Accounts Reported dataset above.

More information on our approach to policy development and enforcement can be found here, and information about enforcement of each of these Twitter Rules categories is detailed below.

# Abuse policies enforcement

We define abusive behavior as an attempt to harass, intimidate or silence someone else's voice. Some examples of abusive behavior include wishing or hoping serious harm on a person or group of people, encouraging someone to engage in self-harm, threats to expose someone's private information or intimate media, unwanted sexual advances, and aggressive insults or non-consensual slurs.

Context matters when evaluating reports of abusive behavior and determining appropriate enforcement actions. Some Tweets may seem to be abusive when viewed in isolation, but when viewed in the context of a larger conversation do not have the same meaning. Sometimes it's unclear if content is intended to harass an individual or if it is part of a consensual conversation. When evaluating reported content in context, we consider factors such as whether:

EXHIBIT I-3

the behavior is targeted at an individual or a group of people;

the report has been filed by the target of the abuse or by a bystander; and

the behavior is newsworthy and in the public interest.

During this reporting period, we saw a **22%** increase in accounts reported for potential violations of our abuse policies and actioned against **395,917** unique accounts for abuse violations.

# Hateful conduct policies enforcement

Under our hateful conduct policy, you may not promote violence against or directly attack or threaten other people on the basis of their perceived inclusion in a protected category  (i.e., race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease). The Twitter Rules also prohibit accounts with the primary purpose of inciting harm against others on the basis of these categories. Examples of hateful conduct may also include:

targeting someone with references to types of violence or violent events where people were targeted on the basis of

EXHIBIT I-3

their membership in a protected category;

targeting someone with content that incites fear about others based on their membership in a protected category; and

sending someone unsolicited hateful imagery.

During this reporting period, we saw a **48%** increase in accounts reported for potential violations of our hateful conduct policies and actioned against **584,429** unique accounts for hateful conduct violations.

# Sensitive media policies enforcement

This section of our report reflects accounts actioned for violations of the sensitive media policy. People use Twitter to show what's happening in the world, often sharing images and videos as part of the conversation. Sometimes, this media can depict sensitive topics. We recognize that some people may not want to be exposed to sensitive content, which is why we balance allowing people to share this type of media with helping people who want to avoid it to do so. For this reason, you can't include violent, hateful, or adult content within areas that are highly visible on

EXHIBIT I-3

Twitter, including live video, and profile or header images. If you share this content within Tweets, you need to mark your account as sensitive (which places your images and videos behind an interstitial or warning message). Under this policy, we don't allow any media related to violent sexual conduct or gratuitous gore, because they have the potential to normalize violence and cause distress to those who view them.

Examples of content covered under these policies include:

graphic violence (e.g., media that depicts death or serious injury);

adult content (e.g., media that is pornographic or intended to cause sexual arousal);

violent sexual conduct (e.g., media that depicts violence, whether real or simulated, in association with sexual acts);

gratuitous gore (e.g., media that depicts excessively graphic or gruesome content related to death, violence or severe physical harm, or violent content that is shared for sadistic purposes); and

hateful imagery (e.g., logos, symbols, or images whose purpose is to promote hostility and malice against others on the basis of protected category).

EXHIBIT I-3

Twitter Rules enforcement

During this reporting period, we saw a **37%** increase in accounts reported for potential violations of our sensitive media policies and actioned **43,536** unique accounts for sensitive media violations.

# Child sexual exploitation (CSE) policy enforcement

We do not tolerate child sexual exploitation on Twitter. When we are made aware of child sexual exploitation media, including links to images of or content promoting child exploitation, the material will be removed from the site without further notice and reported to The National Center for Missing & Exploited Children ("NCMEC"). People can report content that appears to violate the Twitter Rules regarding Child Sexual Exploitation via our web form or through in-app reporting.

During this reporting period, we suspended a total of **244,188** unique accounts for violations related to child sexual exploitation. Of those unique accounts suspended, **91%** were flagged by a combination of technology (including PhotoDNA and internal, proprietary tools).

# Impersonation policies enforcement

EXHIBIT I-3

For the first time, we're reporting metrics pertaining to our impersonation policy. impersonation occurs when an account poses as another person, brand, or organization in a confusing or deceptive manner and is prohibited by the Twitter Rules. During this reporting period, we actioned **124,339** accounts for violating our impersonation policy.

# Private information policies enforcement

This section provides information about accounts actioned under our private information and non-consensual nudity policies. Under these policies, you cannot share people's private information or their intimate photos or videos without their express authorization and permission. Examples of content covered by these policies include:

  private identifiers or financial information, such as credit card information, social security or other national identity numbers;

  locations of private residences or other places that are considered private;

  non-public personal contact information, such as phone numbers and email addresses; and

EXHIBIT I-3

non-consensual nudity (e.g., explicit sexual images or videos of someone produced or distributed without their consent).

Context matters, and not all postings of such information may be a violation of this policy. We consider the nature and public availability of the information posted, local privacy laws, and other case-specific facts. For example, if the information was previously posted or shared elsewhere on the internet (e.g., someone lists their personal phone number on their public blog), reposting it on Twitter may not be a violation of this policy.

During this period, we saw a **48%** increase in accounts reported for potential violations of our private information policies and actioned **19,679** unique accounts for private information violations. This increase is likely related to updates to our private information reporting flow and internal enforcement processes, which now permit bystanders to report more potential private information violations for review.

# Violent threats policies enforcement

The Twitter Rules prohibit violent threats and the promotion of terrorism and violent extremism. Specifically, we do not allow users to make specific threats of violence

EXHIBIT I-3

against an individual or group of people, or threaten or promote violent extremism or terrorism. Examples of content covered under this policy include:

explicit statements of intent to inflict violence on a specific person or group of people;

promoting terrorism;

soliciting or offering bounties in exchange for committing serious acts of violence; and

affiliating with and promoting organizations that use or promote violence against civilians to further their causes.

During this reporting period, we saw a **17%** increase in accounts reported for potential violations of our violence & extremism policies and actioned **56,219** unique accounts for policy violations.

Twitter suspended **115,861** unique accounts for violations related to promotion of terrorism. We surfaced for review **87%** of the unique accounts suspended using our internal, proprietary tools. While this total number of unique accounts suspended during the reporting period has decreased **30%** since the previous reporting period, this likely reflects the changing behaviour patterns and is generally consistent with an overall

EXHIBIT I-3

downward trend we have been noticing over the past several years.

# Footnotes

Each report may identify multiple pieces of content for Twitter to review. For example, a single report may ask us to review individual Tweets or an entire user account.

Reported content may be actioned for the reported reason or for other Rules violations. If we determine the reported content does not violate our Rules, no action will be taken.

"Unique Accounts Reported" reflects the total number of accounts which users reported as potentially violating the Twitter Rules.

To provide meaningful metrics, we deduplicate accounts which were reported multiple times (whether multiple users reported an account for the same potential violation, or whether multiple users reported the same account for different potential violations). For the purposes of these metrics, we similarly de-duplicate reports of specific Tweets. This means that even if we received reports about multiple Tweets by a single user, we only counted these reports towards

the "Unique Accounts Reported"
metric once.

"Unique Accounts Actioned" reflects the
total number of accounts that Twitter
took some enforcement action on during
this reporting period.

We use the term "action" to refer to
our range of enforcement actions,
which includes possible account
suspension.

To provide meaningful metrics, we de-
duplicate accounts which were
actioned multiple times for the same
policy violation. This means that if we
took action on a Tweet or account
under multiple policies, the account
would be counted separately under
each policy. However, if we took
action on a Tweet or account multiple
times under the same policy (for
example, we may have placed an
account in read-only mode
temporarily and then later also
required media or profile edits on the
basis of the same violation), the
account would be counted once
under the relevant policy.

If a reported account is determined to
be dedicated to violating the Twitter
Rules i.e., the vast majority of content
and account activity is in violation of
the Rules, we may permanently
suspend the account under our
"majority abuse" policy. This data is

EXHIBIT I-3

reflected under the abuse section of
Unique Accounts Actioned within this
report.

View other reports

Tweet

**EXHIBIT I-3**

15th Transparency Report: Increase in proactive enforcement on accounts

 Blog

## Company

# 15th Transparency Report: Increase in proactive enforcement on accounts

By Twitter Inc.

Thursday, 31 October 2019

We're continually striving to be more proactive and open in the work we do to serve the public conversation on Twitter. Part of that effort is our biannual Twitter Transparency Report (https://transparency.twitter.com/en.html), which we've produced since July 2012 to share global trends across a number of areas of our enforcement on Twitter, including the Twitter Rules and legal requests we receive.

The report is ever-evolving. For the first time, we're incorporating data and insights regarding impersonation (https://help.twitter.com/en/rules-and-policies/twitter-impersonation-policy) policy enforcement, as well as state-backed information operations (https://transparency.twitter.com/en/information-operations.html) datasets that were previously released to the public to empower research and awareness of these campaigns.

Since the last Twitter Transparency Report, we've continued to further invest in proactive technology to positively and directly impact people's conversations on the service.

Here are key highlights from that work, which relate to the latest reporting period **(January 1 to June 30, 2019)\***:

Case 1:20-cv-00536-SE Document 1-3 Filed 05/04/20 Page 127 of 130

- More than <u>50% of Tweets we take action on for abuse</u>
  <u>(https://s22.q4cdn.com/826641620/files/doc_financials/2019/q3/Q3-2019-Shareholder-Letter.pdf)</u>
  are now proactively surfaced using technology, rather than relying on reports to
  Twitter;
- 105% increase in accounts actioned by Twitter (locked or suspended for violating
  the Twitter Rules);
- Continuing a year-on-year trend, a 30% decrease in accounts suspended for the
  promotion of terrorism; and
- 67% more global legal demands, originating from 49 different countries.

***All figures compared to the last reporting period.***

**Twitter Rules enforcement**

Our continued investment in proprietary technology is steadily reducing the burden on
people to report to us. For example, more than <u>50% of Tweets we take action on for</u>
<u>abuse</u> <u>(https://s22.q4cdn.com/826641620/files/doc_financials/2019/q3/Q3-2019-Shareholder-Letter.pdf)</u>
are now being surfaced using technology. This compares to just 20% a year ago.

Additionally, due to a combination of <u>our increased focus on proactively surfacing</u>
<u>potentially violative content for human review</u>
<u>(https://twitter.com/TwitterSafety/status/1118184170591674368)</u> and the inclusion of
impersonation data for the first time, we saw a 105% increase in accounts locked or
suspended for violating the Twitter Rules.

**Specific policy content areas**:

**EXHIBIT I-4**

- Private information (https://help.twitter.com/en/rules-and-policies/personal-information): We saw a 48% increase in accounts reported for potential violations of our private information policies. We suspended 119% more accounts than the previous reporting period. This increase may be attributed to the launch of improvements to our reporting flow that make it easier to report private information, as well as changes to our internal enforcement processes which permit bystanders to report potential private information violations for review.
- Sensitive media (https://help.twitter.com/en/rules-and-policies/media-policy): We saw a 37% increase in accounts reported for potential violations of our sensitive media policies. We actioned 41% more accounts.
- Hateful conduct (https://help.twitter.com/en/rules-and-policies/hateful-conduct-policy): There was a 48% increase in accounts reported for potential violations of our hateful conduct policies. We actioned 133% more accounts compared to the last reporting period.
- Abuse (https://help.twitter.com/en/rules-and-policies/abusive-profile): We saw a 22% increase in accounts reported for potential violations of our abuse policies. We took action on 68% more accounts compared to the last reporting period.
- Impersonation (https://help.twitter.com/en/rules-and-policies/twitter-impersonation-policy): Impersonation is when an account poses as another person, brand, or organization in a confusing or deceptive manner and is prohibited by the Twitter Rules. During this reporting period, we took enforcement action on 124,339 accounts for violating our impersonation policy.

## Platform manipulation

We also continue to focus on deterring potentially spammy accounts at the time of account creation; often before their first Tweet. However, our enforcement actions tend to fluctuate for a variety of reasons, often due to the type of spam.

This reporting period, our anti-spam challenges — where we ask people to provide a phone number or email address or fill in a ReCAPTCHA code to verify there is a human behind an account — fell by nearly 50%.

## Removal of terrorist content

A total of 115,861 accounts were suspended for violations related to the promotion of terrorism this reporting period, down 30% from the previous reporting period. This continues a year-on-year decrease in the number of accounts promoting terrorist content on Twitter as we take more comprehensive enforcement action using our technology and strengthen partnerships with our peers. Of those suspensions, 87% consisted of accounts we proactively flagged using internal, proprietary removal tools.

**EXHIBIT I-4**

## Removal of child sexual exploitation content

During this reporting period, we suspended a total of 244,188 accounts for violations related to child sexual exploitation. Of the unique accounts suspended, 91% were surfaced by a combination of technology solutions (including PhotoDNA and internal, proprietary tools).

## Legal requests

In addition to enforcing the Twitter Rules, we also may take action in response to legal requests.

- **Copyright violations:**

We received a 101% increase in DMCA takedown notices (https://transparency.twitter.com/en/copyright-notices.html) since our last report. However, many were incomplete or not actionable. We continue to see a high volume of fraudulent DMCA reports from Turkey and Japan, while fraudulent reports from Brazil also continue to increase.

- **Trademark notices:**

We saw a 39% increase in the total number of trademark notices (https://transparency.twitter.com/en/trademark-notices.html) received since our last report. The increase is likely due to an influx of reports that failed to provide sufficient information to take any action on our part.

- **Information requests (legal requests for account information):**

Information requests (https://transparency.twitter.com/en/information-requests.html) from the United States continue to make up the highest percentage of legal requests for account information. During this reporting period, 29% of all global requests for account information originated within the United States.

- **National security requests:**

At this time we are only able to share information about the number of National Security Letters (NSLs) received which are no longer subject to non-disclosure orders. We believe it is much more meaningful to publish these actual numbers than reporting in the bands authorized per the USA Freedom Act (https://www.congress.gov/bill/114th-congress/house-bill/2048/text?overview=closed). Our litigation in the case Twitter v. Barr (https://blog.twitter.com/official/en_us/a/2014/taking-the-fight-for-transparency-to-court.html) continues.

**EXHIBIT I-4**

Case 1:20-cv-00536   Filed 05/04/20   Page 130 of 130

During this reporting period, we notified people affected by three additional NSLs after the gag orders were lifted. As reflected in the report, non-disclosure orders for 17 total NSLs have been lifted to date. Twitter is committed to continuing to use the legal mechanism available to us to request a judicial review of these gag orders.

- **Removal requests (legal requests for content removal)\*:**

Compared to the previous reporting period, we received roughly <u>67% more legal requests</u> (https://transparency.twitter.com/en/removal-requests.html) to remove content, originating from 49 different countries. Of the requests received, 80% of the volume originated from Japan, Russia, and Turkey. We withheld content in a country 2,457 times, at either an account or Tweet level.

*\*We continue to publish these legal requests when we take action directly to the <u>Lumen Database</u> (https://www.lumendatabase.org/), a partnership with Harvard's Berkman Klein Center for Internet & Society.*

We remain deeply committed to transparency at Twitter — it continues to be one of our key guiding principles. This commitment is reflected in the evolution and expansion of the report in recent years: It now includes dedicated sections on platform manipulation and spam, our Twitter Rules enforcement, and state-backed information operations we've previously removed from the service.

This report reflects not only the evolution of the public conversation on our service but the work we do every day to protect and support the people who use Twitter. Follow <u>@Policy</u> (https://twitter.com/policy) and <u>@TwitterSafety</u> (https://twitter.com/TwitterSafety) for relevant updates, initiatives or announcements regarding our efforts.



(https://www.twitter.com/Twitter)
Twitter Inc.

**EXHIBIT I-4**