# EXHIBIT J

# Exhibit J- Twitter's Discriminatory Animus Towards "Whites"



**[((( Elect Nobody )))**
@Elect Nobody

@karenlytle711 @justinamash It's not #misogyny. I hate Bill just as much as I hate Hillary. They are both warmongering criminals who should be hung, drawn, and quartered.

Nobody's tweet that resulted in a perma-ban.

**Exh. J-1. Tagged 12/26/19**

https://freekeene.com/2019/10/20/twitter-permanently-bans-candidate-for-nh-governor-nobody-for-hyperbolic-clinton-comment/

**Danielle Stella**
4 hrs · ⚙

"Omar Challenger Says She Should be Hanged for Treason if Reports of Qatari Recruitment True"

```
___
| |
| o
| /|\
| |
| / \
_|_
| |_____
| |
|_____|
```

https://therundownnews.com/.../omar-challenger-says-she-shou.../

**Exh. J-2. Article 11/30/19**

https://www.vox.com/policy-and-politics/2019/11/30/20989348/twitter-ban-danielle-stella-ilhan-tweeting-treason-hanged

**EXHIBIT J**

# Twitter CEO Jack Dorsey's Account Briefly Suspended

Only the company can suspend accounts

By *Deepa Seetharaman*
Updated Nov 22, 2016 11:04 pm ET

🖶 PRINT  𝖠𝖠 TEXT                                              ▢

The Twitter account of co-founder and CEO Jack Dorsey was briefly suspended Tuesday night before being reinstated.

It is unclear why Mr. Dorsey's account was suspended for about a half hour. When his account was reinstated around 9:15 p.m. EST, it initially had fewer than 200 followers.

**Exh. J-3. Article 11/22/16**

https://www.wsj.com/articles/twitter-ceo-jack-dorseys-account-briefly-suspended-1479871858?mod=e2twd



**Dianne** 🦋🌱🦋
@DianneCovfefe

Please report Kathy Griffin's account. She hasn't been suspended but the guy on the left had his account suspended for this pic.

**The answer to offensive speech is more speech.**

♡ 6   6:29 PM · May 30, 2017                              ⓘ

See Dianne 🦋🌱🦋's other Tweets                             ›

**Grizzled**
@GrizzledOldGoat

👺 I am suspended by Twitter for calling out Kathy Griffin apologists. Kathy Griffin? Not suspended.

🖂 🐦 💬 ▷                            📶📶 8:27 PM

🐦                                    ⋮

**Exh. J-4. Tweet 05/11/17**

https://ijr.com/kathy-griffins-twitter-account-still-going-strong-heres-cracking/

**EXHIBIT J**

# Twitter permanently bans Alex Jones and Infowars accounts

PUBLISHED THU, SEP 6 2018·4:45 PM EDT | UPDATED FRI, SEP 7 2018·12:00 PM EDT

 Sara Salinas
@SARAACSALINAS

SHARE  f  𝕏

**Exh. J-5. Article 10/07/18**

https://www.cnbc.com/2018/09/06/twitter-permanently-bans-alex-jones-and-infowars-accounts.html



**Laura Loomer banned from Twitter after criticizing Ilhan Omar**

The far-right activist had more than 260,000 followers on the platform before her suspension.

**Exh. J-6. Article 11/22/18**

https://www.nbcnews.com/tech/security/laura-loomer-banned-twitter-after-criticizing-ilhan-omar-n939256

**EXHIBIT J**



**Exh. J-7. Article 04/30/19**

https://www.dailywire.com/news/james-woods-twitter-jail-heres-tweet-got-him-amanda-prestigiacomo

EXHIBIT J



**Exh. J-8. Article 05/07/19**

https://www.breitbart.com/tech/2019/05/07/david-horowitz-suspended-from-twitter/

# Twitter stands by suspending Fox's Hegseth for posting Pensacola terrorist's manifesto

by Mike Brest | December 09, 2019 10:14 AM



**Exh. J-9. Article 12/09/19**

https://www.washingtonexaminer.com/news/twitter-stands-by-temporarily-suspending-foxs-hegseth-for-posting-pensacola-terrorists-manifesto

**"Self-described feminist banned from Twitter says platform is setting 'dangerous' precedent"**

**Exh. J-10. Article 12/06/18**

https://thehill.com/hilltv/rising/420033-self-described-feminist-banned-from-twitter-says-platform-is-setting-a

EXHIBIT J

"Arizona Senate candidate Craig Brittain received the ultimate punishment today from his favorite social network. Twitter suspended Brittain for the second time, effectively banning him from the platform."

**Exh. J-11. Article 06/30/18**

https://www.phoenixnewtimes.com/news/twitter-suspends-arizona-senate-candidate-craig-brittain-10284184

"Twitter suspends American far-right activists' accounts"

**Exh. J-12. Article 11/16/16**

https://www.theguardian.com/technology/2016/nov/16/twitter-suspends-american-far-right-activists-accounts

"Twitter recently has suspended more than a half a million accounts for ISIS and other terrorist material, World Net Daily for reporting on the Seth Rich murder, numerous so-called "alt right" individuals".

**Exh. J-13. Article 05/30/17**

https://ijr.com/kathy-griffins-twitter-account-still-going-strong-heres-cracking/

## Matt Gaetz Files FEC Complaint Against Twitter Over Shadowban



Rep. Matt Gaetz (R-FL) filed a Federal Election Commission (FEC) complaint against Twitter following revelations the social networking giant shadowed his account.

**Exh. J-14. Article 07/28/18**

# EXHIBIT J

https://www.newscats.org/?p=16336

*Published on February 12, 2019*

# It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals

written by **Richard Hanania**



**Exh. J-15. Article 02/12/19**

https://quillette.com/2019/02/12/it-isnt-your-imagination-twitter-treats-conservatives-more-harshly-than-liberals/

**EXHIBIT J**

# EXHIBIT K

## EXHIBIT K- Public Perception

## This typeform is now closed

SOCIAL MEDIA PLATFORMS should advance FREEDOM OF SPEECH.
Yet too many Americans have seen their accounts suspended, banned, or fraudulently reported
for unclear "violations" of user policies.

On May 15, President Trump asked Americans to share their stories of suspected political bias.
The White House received thousands of responses — thank you for lending your voice!

**Exh. K-1. Tagged 12/26/19**

https://whitehouse.typeform.com/to/Jti9QH

**"Texas Senator Ted Cruz and FCC Chairman Ajit Pai have repeatedly blasted Big Tech over this supposed anti-conservative bias."**

**"When it comes to an open Internet, Twitter is part of the problem," he said. "The company has a viewpoint and uses that viewpoint to discriminate." (FCC Chairman Ajit Pai)**

**Exh. K-2. Article 06/13/19**

https://www.mediapost.com/publications/article/336990/twitter-defeats-lawsuit-by-journalist-banned-for.html

**"Twitter CEO Jack Dorsey: I 'fully admit' our bias is 'more left-leaning'"**

**Twitter CEO Jack Dorsey said on Saturday that he "fully admit[s]" Twitter employees share a largely left-leaning bias after facing accusations that conservatives are discriminated against on the social media platform.**

**Exh. K-3. Article 08/18/18**

# EXHIBIT K

https://thehill.com/policy/technology/402495-twitter-ceo-jack-dorsey-i-fully-admit-our-bias-is-more-left-leaning



**Twitter "SHADOW BANNING" prominent Republicans. Not good. We will look into this discriminatory and illegal practice at once! Many complaints.**

**Exh. K-4. Tweet 07/26/18**

https://www.rt.com/usa/434682-twitter-shadowbanning-conservatives/

**"June 2018 Pew poll found that 72% of Americans believe that social media companies censor views they don't like".**

**Exh. K-5. Article 02/12/19**

https://quillette.com/2019/02/12/it-isnt-your-imagination-twitter-treats-conservatives-more-harshly-than-liberals/

**EXHIBIT K**

# EXHIBIT L

# Exhibit L- "White" Hate by Blue Check'ers

**Chris Burney** ✔
@SoupBowlerChris

I hate white people.

♡ 9    12:07 AM · Jul 26, 2009                    ⓘ

18.1K followers

## Exhibit. L-1

**Kevin Hart** ✔
@KevinHart4real

It's black history month twitches, which means that we are allowed 2 punch white people in the BACK OF THE HEAD without any consequences

♡ 62    2:08 PM · Feb 6, 2010                    ⓘ

36.2 million followers

## Exhibit. L-2

**Jim Jamitis**
@JimJamitis

Don't know about you, but I hate white people. Every last iota of a cracker.

♡ 9    6:10 PM · Jul 7, 2010                    ⓘ

7,971 followers

## Exhibit. L-3

**Stretch Armstrong** ✔
@StretchArmy

Replying to @jaxbchgirl521

@jaxbchgirl521 yes, I hate white people. You clown.

♡ 3    10:51 PM · Oct 28, 2010                    ⓘ

35.9K followers

## Exhibit. L-4

**jen grea** ✔
@JeanGreasy

Especially the ones named SUSIE...blecccccch. RT @susienorgaard @JeanGreasy ughhh white people are the WORST.

♡ 1    12:05 AM · Jan 30, 2011                    ⓘ

130.6K followers

## Exhibit. L-5

# EXHIBIT L

I'm not even hungover, I'm just tired and I hate white people.

— THE BLACK MADONNA (@blackmadonnachi) March 12, 2011

35K followers

**Exhibit. L-6**

Pigeon John ✔
@dothepigeon

FUCK WHITE PEOPLE

6   10:45 PM · Apr 21, 2011   Roubaix, France   ⓘ

9,347 followers

**Exhibit. L-7**

Teddy Greenstein ✔
@TeddyGreenstein

Watching The Help. Man, I hate white people.

12:30 AM · Dec 22, 2011   ⓘ

25.5K Followers

**Exhibit. L-8**

Nick No War Mamatas ✔
@NMamatas

I sure wish I could get a job as Ron Paul's ghostwriter, but my problem is that I hate white people, not black people.

1   9:51 PM · Dec 23, 2011   ⓘ

7,791 followers

**Exhibit. L-9**

your god ✔
@NovaRockafeller

White people are dumb when it comes to racism.

1   6:14 PM · Sep 14, 2011   ⓘ

13.4k followers

**Exhibit. L-10**

**EXHIBIT L**



I Hate White People That Don't Seem Scared Of Niggaz...Nigga U Betta Fear Me..lol.Sike Na-YoungMarley
— Fool Boy Oh Boy (@FoolBoyMarley) January 10, 2012

2,060 followers- Blue Check

**Exhibit. L-11**

**Hartley Sawyer** ✓
@HartleySawyer

I hate white people

46   1:52 PM - Jun 22, 2012

42.7K followers

**Exhibit. L-12**

**Samore** @ash_more · Jul 15, 2012
I had 3 white guys ask if they can slap my ass last night ...when I said no 2 said ur a party pooper and the other said u can't blame me lol

**Kristina Kage** ✓
@KristinaOnAir

@ash_more I hate white people

3   1:49 PM - Jul 15, 2012

3,899 followers

**Exhibit. L-13**

**Rear Admiral** ✓ @RearAdBsBlog · Jul 15, 2012
Replying to @jerrythornton1
@jerrythornton1 @MovieQuoter "I already am sorry"

**Jerry Thornton** ✓
@jerrythornton1

@RearAdBsBlog @MovieQuoter "I HATE white people  Especially rednecks.  I am your worst nightmare..."

3:50 PM - Jul 15, 2012

87K followers

**Exhibit. L-14**

**Organik - KOTDTV.com** ✓
@OrganikHipHop

Fuck White People

16   3:42 AM - Aug 11, 2012

61.9K followers

**Exhibit. L-15**

# EXHIBIT L

I hate white people. Your white faces... freckles like satanic glitter on a pale glow in the dark demon... You can see the blue blood ew.

— Ouija Macc (@ouijv) November 11, 2012

7,892 followers- Blue Check

**Exhibit. L-16**

**Dana DeArmond ✦ Incorporated ✦** ✔
@danadearmond

It's official, I hate white people.

♡ 19   6 40 PM · Dec 23, 2012                    ⓘ

259.5K followers

**Exhibit. L-17**

**Jameson Draper** ✔
@iamdraper

@FreeBigMacs I HATE WHITE PEOPLE

♡ 1   9 11 PM · Dec 29, 2012                    ⓘ

1,889 followers

**Exhibit. L-18**

**Christian** @IAmChrisWagner  Jan 31, 2013
Replying to @htlnick
@htlnick It's more awkward when I say it at a white person...

**GOITERLVR69** ✔
@htlnick

@gbchristian eww, i hate white people

♡ 19   6 28 PM · Jan 31, 2013                    ⓘ

12K followers

**Exhibit. L-19**

**Zachary Roth** ✔
@zackroth

Replying to @joeymaxlewis
@joeymaxlewis @lynrouse1  WHITE MEN are the WORST!

♡ 2   2 38 PM · Feb 26, 2013                    ⓘ

5,306 followers

**Exhibit. L-20**

EXHIBIT L



**Japers' Rink** ✓ @Japers Rink · Mar 5, 2013
Looking forward to all the racist things B's fans will tweet about Eric
Fehr now, you guys!

**Cornelius Hardenbergh** 🐾 ✓
@HBAdventure

@JapersRink I... hate white people? Yes. Yes I do.

♡ 1   10:44 PM · Mar 5, 2013   ⓘ

2,173 followers

**Exhibit. L-21**

**Andrew Lowe** ✓
@andrewlowe

it literally smells like eggs and vinegar when i walk outside i hate
white people

♡ 37   6:22 PM · Mar 31, 2013   ⓘ

437.9K followers

**Exhibit. L-22**

**Damon B** ✓
@DrKarma

STUPID ASS WHITE PIECE OF SHIT

♡ 2   6:37 AM · Feb 27, 2013   ⓘ

645.8K followers

**Exhibit. L-23**

**Steve Howey** ✓
@stevehowey

Old white men are the worst. Old black women are the best.

♡ 50   2:24 PM · Jun 2, 2013   ⓘ

336.2K followers

**Exhibit. L-24**

**Benedict Garrett-Djebali** ✓
@BenedictGarrett

@trayce420 Yes.  I hate white people.

♡ 2   5:53 PM · Jun 13, 2013   ⓘ

24.2K followers

**Exhibit. L-25**

@GeraldoRivera yeah. White people are stupid.

— Ben (@BenHowe) June 28, 2013

335.2K followers

**Exhibit. L-26**

**EXHIBIT L**



**Bunni '❀' ✓**
@ActaBunniFooFoo

I'm going to drop some knowledge that will help you get through life...
Fuck white people.

♡ 1   4:54 PM · Nov 21, 2013

53.5K followers

**Exhibit. L-27**

**Andy Richter ✓** @AndyRichter · Feb 4, 2014
If at car wash you walk around & point out 6 places that the poor
guy "missed", at least get off your fucking phone while u do it,
whitey

**Louis Peitzman ✓**
@LouisPeitzman

@AndyRichter I hate white people.

♡ 18   4:33 PM · Feb 4, 2014

65K followers

**Exhibit. L-28**

**Lunar C ✓**
@LunarCFT

Fuck white people

♡ 27   10:42 AM · Mar 30, 2014

63.3K followers

**Exhibit. L-29**

**Old Yeller Teas ✓**
@yosoymichael

I hate white people. youtu.be/yvaNAiAw5jE

♡ 5   4:38 PM · Apr 4, 2014

11.5K followers

**Exhibit. L-30**

**♥__♥ ✓**
@sydneythememe

I hate white people. Reverse racism is real!

♡ 36   4:35 AM · Jun 20, 2014

76.5K followers

**Exhibit. L-31**

**EXHIBIT L**

**Lara Parker** ✔
@laraeparker

Straight white men are the worst, tbh

♡ 7 · 12:53 AM · Jul 14, 2014   ⓘ

25K followers

**Exhibit. L-32**

**Shivam Bhatt** @elektrotal · Aug 3, 2014
Replying to @boymonster
@boymonster how is that even possible? she positively radiates half asian

**Cam Banks** ✔
@boymonster

@elektrotal White people are stupid

♡ · 9:53 PM · Aug 3, 2014   ⓘ

👤 See Cam Banks's other Tweets   ›

8,778 followers

**Exhibit. L-33**

**matt morgan** ✔ @mattmorgn · Oct 14, 2014
smashhhhhhh youtube.com/watch?v=BcPzEE

**GOITERLVR69** ✔
@htlnrck

@mattDBF 6/10 - but then again, I fucking hate white people

♡ 1 · 3:09 PM · Oct 14, 2014   ⓘ

12K followers

**Exhibit. L-34**

**Thomas 'TomSka' Ridgewell** 🆙 ✔ @thetomska · Oct 14, 2014
Replying to @benjamin_cook
@benjamin_cook careful Ben, every time we tweet at each other it ends up screenshotted and posted on Tumblr by outgoing people with lives.

**Benjamin Cook** ✔
@benjamin_cook

@thetomska I hate white people.

♡ 85 · 3:34 AM · Oct 14, 2014   ⓘ

80.8K followers

**Exhibit. L-35**

**Hosp.** 🔪 ✔
@Hospey

I hate darkness, I hate racists, I hate white people

♡ 15 · 4:15 PM · Oct 16, 2014   ⓘ

3,512 followers

**Exhibit. L-36**

**EXHIBIT L**



**skullsinthestars** @drskyskull · Apr 18, 2015
Replying to @GaryLegum
@GaryLegum It's true! I'm White Genociding myself all the time by eating foods high in saturated fat!

**Gary Legum** ✓
@GaryLegum

@drskyskull Good, that will save the Left the trouble of putting you against the wall when we commence the plan to genocide white people.

♡  9 48 PM · Apr 18, 2015    ⓘ

12.2K followers

**Exhibit. L-37**

**Iain Stirling** ✓
@IainDoesJokes

Early in the morning in this airport and a couple are rubbing their chins together and mouthing "I love you". I fucking hate white people.

♡ 102   2 18 AM · Jul 4, 2015    ⓘ

269.2K followers

**Exhibit. L-38**

**DADITO CALDERONE** ✓
@TAXSTONE

Fuck white people

♡ 20   4 52 PM · Jul 23, 2015    ⓘ

74.5K followers

**Exhibit. L-39**

⚡ **Jeff Madsen** ✓
@JeffMadsenobv

fuck white people

♡ 6   5 31 PM · Oct 6, 2015    ⓘ

19.9K followers

**Exhibit. L-40**

™**fenwick** ✓
@tomdefeat

white people are the worst

♡ 3   10 57 PM · Nov 8, 2016    ⓘ

1,279  followers

**Exhibit. L-41**

**EXHIBIT L**



**Christina Warren** ✓
@film_girl

Fuck white people

♡ 229 · 12:56 AM · Nov 9, 2016 · Brooklyn, NY

91.7K followers

**Exhibit. L-42**

**Andy Cohen** ✓
@Andy

Replying to @I_ARMAne8
yes I am racist! I hate white people!

♡ 128 · 4:41 PM · Dec 14, 2016

2.3 Million followers

**Exhibit. L-43**

**RIP SAMSON RULEZ** ✓
@SamsonRulez

Fuck whites

♡ 11 · 1:12 AM · Sep 19, 2017

133.1K followers

**Exhibit. L-44**

**Give Your Money To Black Women** ✓
@LeslieMac

All white people are racist    twitter.com/faithfortune99

♡ 47 · 9:22 AM · Oct 19, 2017

41.3K followers

**Exhibit. L-45**

**Rosa Sparks @ Dainty Thug Podcast** ✓
@MzYummyDread

Replying to @black:films
This is what we mean by saying all white people are racist

♡ · 9:36 AM · Mar 6, 2018

4,508 followers

**Exhibit. L-46**

EXHIBIT L



**Arthur Chu** ✔
@arthur_affect

I just want to make this crystal clear to everyone who follows or is considering following me.

The difference between pedophilia jokes and attacking white people is that pedophilia jokes are bad, while attacking white people is good

♡ 381   12 43 PM - Aug 2, 2018                              ⓘ

40.1K followers

**Exhibit. L-47**

**Ferrari Elite Sheppard** ✔
@stopbeingfamous

White people, you gotta stop calling the police because you're racist. Have you not noticed, we will ruin your life?

♡ 43   6 58 PM - Aug 2, 2018                               ⓘ

57.6K followers

**Exhibit. L-48**

**Sophie Weiner** ✔
@sophcw

everyone should talk about how much white people suck as often as possible, thanks

♡ 47   6 28 PM - Aug 2, 2018                               ⓘ

6,742K followers

**Exhibit. L-49**

**Tressie McMillan Cottom** ✔
@tressiemcphd

Anyway Sarah is very good and you cannot be racist against white people and that is official science.

♡ 317   12 25 AM - Aug 3, 2018                             ⓘ

109.3K followers

**Exhibit. L-50**

**Dusty Baker** ✔ @OgSwaggerdick · Mar 5
Yo fuck these racist ass **white people** in Boston
   ○ 3          ⫘ 12          ♡ 76                       ⫚

19.7K followers

**Exhibit. L-51**

**EXHIBIT L**



**Jeffrey Wright** ✓ @jfreewright  11h
On-point read. 3yrs ago!
If u wanted the most dangerous useless panicky bitch during Ebola
to lead the US thru coronavirus, @realDonaldTrump is it. Big
platform. Loud. Relentlessly ignorant. Wrong on EVERYTHING
Ebola. NONE of his 'ideas' undertaken. No Americans died. See us
now. twitter.com/motherjones/st

**Mother Jones** ✓ @MotherJones
How the Ebola crisis helped launch Donald Trump's political
career mojo.ly/2oAU81V





**Jeffrey Wright** ✓
@jfreewright

Sad to think @realDonaldTrump's obvious limp weakness during
Ebola could be perceived as strength by the Great White Dope
crowd. No good for them now. No good for anyone. Pathetic.

♡ 189   7:50 AM · Mar 11, 2020                    ⓘ

246.7K followers

**Exhibit. L-52**

   coah 🐸 ...

# can someone please stab Trump in the neck already

http://archive.fo/6Qs4t

26K followers

**Exhibit. L-53**

EXHIBIT L



53.5K followers

**Exhibit. L-54**



Jordan Valinsky ⊙

# abolish white people

4,047 followers

**Exhibit. L-55**



Prema P. Lal, Esq. ⊙

Only white people like Trump should be allowed to die for their shitty country

http://archive.fo/Sduaa



9,482 followers

**Exhibit. L-56**



Moshe Kashor ⊙
I HATE WHITE PEOPLE

**Exhibit. L-57**



Justin Ling ⊙

White people God I hate them so much

60.5K followers

**Exhibit. L-58**



Lindsay Ellis ⊙

Sorry, I just... I get really excited about white genocide. It s gonna be the best genocide ever. I made a pinterest board for it.

231.9K followers

**Exhibit. L-59**

EXHIBIT L

 **Brooke Binkowski** ⊘

@LetYourLifeBe

## Well how else could we keep the white genocide going? http://archive.to/xuMsc

48.4K followers

**Exhibit. L-60**

 **Elon James White** ⊘

archive.is/1DY0L

Lactose intolerant? More like CAACKA intolerant MT @TheKitchsAgo: I'm so anti-white, that the Dr says I can't drink milk

72.5K followers

**Exhibit. L-61**

 **Caryn Rose** ⊘

## fuck white men
## fuck the white women who voted for Trump

8,088 followers

**Exhibit. L-62**

 **Pete Dominick** ⊘

Replying to @rainafortini  http://archive.to/g2t0Y

## @rainafortini fuck white people

40.2 followers

**Exhibit. L-63**

 **Bob The Drag Queen** ⊘ @thatonequeen
http://archive.is/Au8r1

Replying to @thatonequeen

## Fucking white people!

366.3K followers

**Exhibit. L-64**

EXHIBIT L

 **SYDNEY CASTILLO** ⊘

**Why can't nobody sucker punch Trump? Priorities all messed up.**

http://archive.fo/lg6ss

11.7K followers

**Exhibit. L-65**

---

 **locke screene** ⊘

someone from the crowd at snl please just run up and punch trump in the face

http://archive.fo/a6t7s

30K followers

**Exhibit. L-66**

 **Heap the Plug** ◀ ⊘

**I hate darkness, I hate racists, I hate white people**

http://archive.is/4kgv8

3,514 followers

**Exhibit. L-67**

 **Caise Hawkins** ⊘

#NewYearsResolution Fuck white people, you ain't shit. I'm done with you. 2014, you going down. Black Powwow!!!

9,690 followers

**Exhibit. L-68**

 **mothersister.** ⊘

**I have a deep seeded hate towards white folks. y'all gon' lynch me now?!**

http://archive.is/Qjsqf

1,778 followers

**Exhibit. L-69**

**Abdulaziz Alhamdan** ⊘
@tanuraae? Absolutely fuck white people. the only good white person is one hidden with gun over colonisation and slavery

http://archive.fo/j329h

**EXHIBIT L**

**Exhibit. L-70**



38.2K followers

**Exhibit. L-71**

5,146 followers

**Exhibit. L-72**

24.4K followers

**Exhibit. L-73**

69.8K followers

**Exhibit. L-74**

EXHIBIT L

# EXHIBIT M

# **Exhibit J- White Hate on Twitter**



**Osman Faruqi** ✓

Mediocre white people: they should be in the bin but instead they own everything and are every fucking where.

**Exh. M-1. Tagged 12/25/19**

https://twitter.com/angrynationalis/status/1193269679965401088/photo/1

**alex cranz** ✓
@alexhcranz

From elementary school through college I went to school with sheltered upper middle class white boys who could DEVASTATE with a smirk. A facial guesture that weaponized their privilege. Infuriatingly you can't fight that fucking smirk with a punch or words.

3:11 PM · Jan 19, 2019 · Twitter for iPhone

**153** Retweets  **527** Likes

**Exh. M-2. Tagged 12/25/19**

https://twitter.com/alexhcranz/status/1086717790558609408?ref_src=twsrc%5Etfw%7Ctwca
mp%5Etweetembed%7Ctwterm%5E1086717790558609408&ref_url=https%3A%2F%2Ffreebea
con.com%2Fblog%2Fmaybe-reexamine-your-life-if-you-want-to-punch-a-kid-in-the-face%2F

**Lana** @LanaLokteff · Nov 18, 2017
Verified & approved by Twitter



**Rae Sanni** ✓ @raesanni · 23 Sep
Yes. I'm a racist. I hate white people most of all you. You happy now?

This quoted Tweet is unavailable.

💬 90    🔁 67    ♡ 67    ✉

**Exh. M-3. Tagged 12/25/19**

# EXHIBIT M

https://twitter.com/AngeloJohnGage/status/932301218633920513



**Divan M.** @NxxxxAstar · Mar 26, 2015
I'm so anti-white that I moved to the US solely to commit #WhiteGenocide & declare it a brown nation. Woo. #HowAntiWhiteAreYou

**Exh. M-4. Tagged 01/05/20**

https://twitter.com/NxxxxAstar/status/581232603581190144



**Kayla** @demonbees_ · 14h
On behalf of **white people**, I am sorry. **Kill** us now

**greggnog** @popLUCkEdropit · Dec 24
White people truly have to be stopped

**Exh. M-5. Tagged 12/25/19**

https://twitter.com/search?q=KILL%20WHITE%20PEOPLE&src=typed_query

EXHIBIT M



**Ositadinma B. Akaeme** @OsydPharmD · Dec 21
😂😂😂😂 This will not fly today Bro... Eddie Murphy is a comical genius... "**Kill The White People**" this is so wrong. I'm happy he is doing SNL one more time

142 views                                    0:56 / 1:00

🗨                    ⇄ 3                    ♡ 5                    ⬆

**Exh. M-6. Tagged 12/25/19**

https://twitter.com/search?q=KILL%20WHITE%20PEOPLE&src=typed_query



**Ivan** ☃ ☃ @ivann_ooze · Dec 22
If we pushed a "**kill** pieces of shit" button most **white people** would be dead. And I don't mean that with hate, from the beginning of history all **white people** have done is **kill** and lie to get what they want and that shit don't fly.

🗨                    ⇄                    ♡ 1                    ⬆

**Exh. M-7. Tagged 12/25/19**

https://twitter.com/search?q=KILL%20WHITE%20PEOPLE&src=typed_query

**_Author of Quixote** @p_m_aq · Dec 17
Replying to @duns_sc0tus
Broke: Race is genetic
Woke: Race is cultural
Bespoke: Racism is genetic, **kill** all **white people**

🗨                    ⇄                    ♡                    ⬆

**Exh. M-8. Tagged 12/25/19**

https://twitter.com/p_m_aq/status/1207037959620431873

**EXHIBIT M**

 **Helgard Müller** @MullerHelgard · Dec 16
BLACK woman wants to KILL all white babies.

Do their evil spirits know that they (the tares) are the ones that will be
harvested first? Matthew 13:30



♡ 320          ↻ 384          ♡ 468          ⬆

**Exh. M-9. Tagged 12/25/19**

https://twitter.com/MullerHelgard/status/1206542588204978176

 **HAMAS PALESTINE**
@b4ng_yus

Lets kill jews and kill them for fun

#killjews

7/20/14, 8:05 AM                    **Exh. M-10. Tagged 12/25/19**

http://theconversation.com/hate-speech-is-still-easy-to-find-on-social-media-106020

# EXHIBIT M

 Trib
@Trbunls

playing with my Hebrew niggas be like



3:06 PM · Dec 19, 2019 · Twitter for iPhone

2 Retweets   7 Likes

**Exh. M-11. Tagged 12/26/19**

https://twitter.com/Trbunls/status/1207754150970310656

 Blerdy Qse
@Bo1t_Da1daDawg

Replying to @bdchasbfightin



10:00 AM · Jun 5, 2019 · Twitter for Android

33 Likes

**Exh. M-12. Tagged 12/26/19**

https://twitter.com/Bo1t_Da1daDawg/status/1136271980557213703

EXHIBIT M



**Serene Queen**
@Zenlion_

Replying to @bitchesbfightin



11:27 AM · Jun 6 2019 · Twitter for iPhone

1 Retweet   7 Likes

**Exh. M-13. Tagged 12/26/19**

https://twitter.com/Zenlion_/status/1136655818567376896



Kaitoroto
@MaxaVeLLi

Replying to @bitchesbfightin

11:14 AM · Jun 5 2019 · Twitter for iPhone

6 Likes

**Exh. M-14. Tagged 12/26/19**

https://twitter.com/MaxaVeLLi/status/1136290207832129536

EXHIBIT M



**Exh. M-15. Tagged 12/26/19**

https://twitter.com/i/status/1207906511923507201





**Exh. M-16. Tagged 12/26/19**

https://twitter.com/i/status/1207068500969349121

# EXHIBIT M

 arturo & ⊃
/@6footvato

Usman whooping Covington's ass #UFC245



1:50 AM · Dec 15, 2019 · Twitter for iPhone

**158** Retweets   **370** Likes

**Exh. M-17. Tagged 12/26/19**

https://twitter.com/6footvato/status/1206104316366319616/photo/1

# EXHIBIT M



**Helgard Müller**
@MullerHelgard

They hate you not just because you are WHITE, but because that you have the LIVING SOUL within you and they DON'T.



10:06 AM · Dec 11, 2019 · Twitter for Android

74 Retweets    86 Likes

**Exh. M-18. Tagged 12/26/19**

https://twitter.com/i/status/1204779395224932353



**Philly girl**
@janise62794570

Replying to @IcyAnnRad and @LindseyGrahamSC

#LeningradLindsey is a straight up peckerwood.

6:39 PM · Dec 15 2019 · Twitter Web App

1 Like

**Exh. M-19. Tagged 12/26/19**

https://twitter.com/janise62794570/status/1206358087382249473

**EXHIBIT M**

**yeah?+**
@oh_whytho

Replying to @Khamanat @ChristinaHoinz and 3 others

There's literally a # called #killwhites how is that not
racist?? And tweets like this



**Yusra**

Plz Allah give me strength to not
cuss/kill these men and white folks
out here today. Plz plz plz.

Toronto, Ontario

5

7:11 PM · Oct 17, 2019 · Twitter for iPhone

**Exh. M-20. Tagged 12/26/19**

https://twitter.com/oh_whytho/status/1184970166632886272

**EXHIBIT M**


Botixe
@LongLossBoi

@HillaryClinton I cannot believe this man was allowed to be president, absolutely disgusting.. We must find a way to impeach him.
#NotMyPresident #Dumbassincharge #KillWhites



5:20 PM · Nov 24, 2017 · Twitter Web Client

1 Like

**Exh. M-21. Tagged 12/26/19**

https://twitter.com/LongLossBoi/status/934185037544742912/photo/1


leroy jenkins III
@racistleroy

What the fuck is up ppl #killwhites

9:21 AM · Jun 9, 2011 · Twitter for Windows Phone

**Exh. M-22. Tagged 12/26/19**

https://twitter.com/racistleroy/status/78813930365005824

**EXHIBIT M**



**Waking Up**
@USAWakingUpNow

#KillWhites #TakeUsDown we are the problem - simply
exterminate yourself and take your #ConfederateFlag with
you

#TakeUsDown: The next step in white male self-loathing!
(LANGUAGE and CONTENT WARNING) Gavin McInnes' brother
Mike wants to band the Confederate flag - the US and Canada
- youtube.com

4:01 PM · Jul 3 2015 · Twitter Web Client

**Exh. M-23. Tagged 12/26/19**

https://twitter.com/USAWakingUpNow/status/617060713731854336

**Kathy Griffin** @
@kathygriffin

Ps. The reply from the school was pathetic and
impotent. Name these kids. I want NAMES. Shame them.
If you think these fuckers wouldn't dox you in a
heartbeat, think again.

 **Kathy Griffin** @ @kathygriffin · Jan 19



They are out only here. So proud of the

DEFUND PLANNED PARENTHOOD

I AM THE PRO-LIFE GENERATION

**ThinkProgress** @

eo shows 'March For Life' students in
.GA apparel mocking Native American
eran thinkprogress org/march-for-life

5:05 AM · Jan 20, 2019 · Twitter for iPad

**5.6K** Retweets   **26.8K** Likes

**Exh. M-24. Tweet 01/20/19**

https://twitter.com/kathygriffin/status/1086927762634399744

**EXHIBIT M**

 **Racial Consciousness** @Nature_and_Race · Feb 19

Once again, non-whites slamming a White person into the concrete and stomping on his unconscious body.

Once again, this isn't a fight. This is attempted murder.

**White people**, wake the **fuck** up. Don't venture out alone. And start DEFENDING YOURSELVES.



From **Lord Sweek Hamilton**

○ 310          ⇄ 1.3K          ♡ 2.2K          ⬆

**Exh. M-25. Tweet 02/19/20**

# EXHIBIT M

# EXHIBIT N

# Exhibit M- Twitter's Favoritism Towards Non-Whites



**Nihal Nijjar** @RoccoDonte · Dec 17
I have this weird obsession with wanting to **bitch slap** every contestant on AGT 😩

**Exh. N-1. Tagged 12/26/19**

https://twitter.com/RoccoDonte/status/1207082220592287745



**barmello xanthony** @xanmichaelv · Dec 17
Just saw a tweet saying "I don't want to have to explain to my child why two women are kissing on a hallmark channel commercial" have u ever wanted to **bitchslap** someone thru Twitter

**Exh. N-2. Tagged 12/26/19**

https://twitter.com/xanmichaelv/status/1207004627301998594



★·´¯`·.★ **ℒizzie** ★.·´¯`·.★ @elizzle_0213 · Dec 8
I would **bitch slap** his ass into the next year holy shit

> 🌀 **Akeem** @AkeemSharyzal · Dec 3
> Bayangkan kau kena camtu ngan husband kau.

**Exh. N-3.Tagged 12/26/19**

https://twitter.com/elizzle_0213/status/1203568265529831424

**EXHIBIT N**

**Wally** @WallyNate · Dec 1

I jst hope you realize your career is at stake

Thts a **bitch slap doe** 🤳



🐾 **TSWANA MAN WITH SOME POWER** @George_Mogw... · Nov 30
#Flame assaults fan•• 🦍😂

**Exh. N-4. Tagged 12/26/19**

https://twitter.com/WallyNate/status/1201025654407520256



'**lord huening kai ; txt au** 📌 @KAIPREMACIST  Nov 27
Replying to @SOOMP1
HOW DO I **BITCH SLAP** SOMEONE FROM THE INTERNET·

**Exh. N-5. Tagged 12/26/19**

https://twitter.com/KAIPREMACIST/status/1199587292257501184

**EXHIBIT N**



Aalisa Monique
@annnnique

Ma boys did theirs



12:29 AM · Nov 22, 2019 · Twitter for iPhone

28 Retweets   204 Likes

**Exh. N-6. Tagged 12/26/19**



https://twitter.com/annnnique/status/1197749012687773699

JULLY IS SEEING ATEEZ
@namjoons_kink

WHO TF SAID JUNGKOOKs TATTOOS R UG*Y YALL
BETTER STFU BEFORE I BITCH SLAP U TO MARS



From Little Black Boy

9:15 AM · Nov 23, 2019 · Twitter for iPhone

3 Retweets   16 Likes

**Exh. N-7. Tagged 12/26/19**

https://twitter.com/namjoons_kink/status/1198243792853307392

EXHIBIT N



**sexi lexi** @salaslexie · Nov 15
Everyone irritates the fuck outta me I wish I could **bitch slap** everyone

♡ 1          ⟲ 26          ♡ 44          ⬆

**Exh. N-8. Tagged 12/26/19**

https://twitter.com/salaslexie/status/1195493996329459712


**zoey dollaz** ✓
@ZoeyDollaz

Whoever this is gotta get smoked 😵



9:33 PM · Dec 18, 2019 · Twitter for iPhone

11.6K Retweets   27.6K Likes

**Exh. N-9. Tagged 12/26/19**

https://twitter.com/ZoeyDollaz/status/1207489151815299080

https://twitter.com/i/status/1207489151815299080

**EXHIBIT N**



bbcwrestled
@1intimacy0

Replying to @ZoeyDollaz

Me walking into the court room knowing I've killed
everyone who participated in that violation!



1:33 AM · Dec 19, 2019 · Twitter for iPhone

1.2K Retweets   8.7K Likes

**Exh. N-10. Tagged 12/26/19**

https://twitter.com/1intimacy0/status/1207549554909995009



YOB KCUF
@KydEmmy

Replying to @ZoeyDollaz

Me shooting at her whole family



11:11 PM · Dec 18, 2019 · Twitter for iPhone

727 Retweets   4.2K Likes

**Exh. N-11. Tagged 12/26/19**

https://twitter.com/KydEmmy/status/1207513838419099648

**EXHIBIT N**

 Fockry Advocate 🔪⚔️❌
@joell30n

Mi a floor him blc tuh😭 wait till mi reach home u beat mi. Brite!



11:42 AM · Sep 7, 2019 · Twitter for Android

186 Retweets   558 Likes

**Exh. N-12. Tagged 12/26/19**

https://twitter.com/i/status/1170361677734469636

**EXHIBIT N**



**HotBoy414**
@GoonMusic414

Introducing to u Thee "Glock-Glock Slide" 🔫🔫💃



8:48 PM · Aug 27, 2019 · Twitter for iPhone

54.7K Retweets   125.3K Likes

**Exh. N-13. Tagged 12/26/19**

https://twitter.com/GoonMusic414/status/1166512839357542400



**Benson**
@NeoDinero

A Brazilian studying Brexit midfielders. Shameful.
Ronaldinho needs to bitch slap this ingrate.

> **ManUnitedZone** @ManUnitedZone_ · Dec 19
> Pereira: "I'm studying videos of him [Carrick], I'm studying videos of Scholesy - all the players from United who played in the middle, but especially him because he was an expert at breaking lines and breaking teams, especially when they cramp in their own area." #MUFC

10:35 AM · Dec 19 2019 from Sandton, South Africa · Twitter for Android

27 Retweets   13 Likes

**Exh. N-14. Tagged 12/26/19**

https://twitter.com/NeoDinero/status/1207685930942902274

**EXHIBIT N**

 John Garule
@JohnGurule4

Meghan should just go down the table and bitch slap all of them bitches. Whoopi is annoying AF!! #TheView



12:20 PM  Dec 16 2019  Twitter Web App

1 Retweet   2 Likes

**Exh. N-15. Tagged 12/26/19**

https://twitter.com/JohnGurule4/status/1206625083176833026



Omaro 🏴
@jrmohashi

Replying to @AhmedGurey01

I really want to bitch slap some sense in him, faro gorgor style



9:05 AM · Dec 13, 2019 · Twitter for iPhone

**2** Likes



**Exh. N-16. Tagged 12/26/19**

https://twitter.com/jrmohashi/status/1205488896685072387

EXHIBIT N



**• FUCK CHRISTMAS •**
@slayyytersbitch

this video is old af we don't need people to start quoting it with "don't bitch slap ur sub with their mouth open" again. we know and we are tired of being reminded



From **darius**

11:50 AM · Nov 30, 2019 · Twitter for iPhone

**5** Retweets   **34** Likes

**Exh. N-17. Tagged 12/26/19**

https://twitter.com/slayyytersbitch/status/1200819446891327489

**EXHIBIT N**

**• FUCK CHRISTMAS •**
@slayyytersbitch



2:25 PM · Dec 10, 2019 · Twitter for iPhone

**7** Retweets   **10** Likes

**Exh. N-18. Tagged 12/26/19**

https://twitter.com/slayyytersbitch/status/1204482337137922049

**EXHIBIT N**

 **Perc connoisseur**
@yachtyfelloff

Replying to @B1ockaye

Niggas pulling up wit a B23R wyd??



**Exh. N-19. Tagged 12/26/19**

**Childs face blocked out by Plaintiff.**

https://twitter.com/yachtyfelloff/status/1207867570616983563

**EXHIBIT N**



**Timoteo**
@TityKonnoisseur

Hear me out, just assassinate the nigga 🤠



**Exh. N-20. Tagged 12/26/19**

https://twitter.com/TityKonnoisseur/status/1207504108053319682

**EXHIBIT N**

 **Reza Aslan** ✓
@rezaaslan

Honest question. Have you ever seen a more punchable face than this kid's?



9:04 PM · Jan 19, 2019 · Twitter for iPhone

**3.9K** Retweets   **22.9K** Likes

**Exh. N-21. Tagged 12/26/19**

https://twitter.com/rezaaslan/status/1086806539552284672?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1086806539552284672&ref_url=https%3A%2F%2Ffreebeacon.com%2Fblog%2Fmaybe-reexamine-your-life-if-you-want-to-punch-a-kid-in-the-face%2F

EXHIBIT N

**Rap All-Stars** 
@RapAllStars

Snoop Dogg wants all the smoke with Gayle King 🤬



0:21  245.5K views

8:02 AM · Feb 6, 2020 · Twitter for iPhone

**4.3K** Retweets   **11.2K** Likes

**Exh. N-22. 2/6/2020**

"Gayle King, out of pocket for that shit, way out of pocket," Snoop Dogg can be heard saying in a video posted to Twitter on Thursday. "What do you gain from that? I swear to God, we the worst. We the fucking worst."

"We expect more from you, Gayle," added the *Bitch Please* rapper. "Don't you hang out with Oprah? Why are y'all attacking us? We your people. You ain't coming after fucking Harvey Weinstein asking them dumb ass questions. I get sick of y'all."

"I wanna call you one," said Snoop Dogg. "Is it okay if I call her one? Funky dog-head bitch. How dare you try to tarnish my mother fucking homeboy's reputation? Punk mother fucker. Respect the family and back off, bitch, before we come get you."

**EXHIBIT N**

# EXHIBIT O

# **Exhibit O- Hanging**



**Winnie Ateaze**
@WAteaze

#SwitchOffKPLC this monopoly is swindling Kenyans there hard earned cash,this time round Kenyans should be given a waiver,we should pay half of what we've been paying.Arrest these individuals and let them be hanged. KPLC is owned by cartels!!!!!!!!
@DCI_Kenya

5:33 AM · Dec 24, 2019 · Twitter for Android

6 Retweets   11 Likes

**Exh. O-1. Tagged 12/26/19**

https://twitter.com/WAteaze/status/1209421822325854209



**Ali Hamza Rizvi**
@AliHamzaReal

Today, if the government of Pakistan claims that it will make Pakistan the state of Medina, then Junaid Hafeez should be hanged as soon as possible.
#گساچ_جند حعظ_کومھاسںی_دو
#TLP

12:01 PM · Dec 22, 2019 · Twitter for Android

12 Retweets   16 Likes

**Exh. O-2. Tagged 12/26/19**

https://twitter.com/AliHamzaReal/status/1208794662842118144

# EXHIBIT O



**Usman Ali**
@usmanal33277131

Multan court verdict is on the eyes..
The Maloon should be hanged as soon as possible...
There is still a 295C law in Pakistan so that the Dutch
pig's eyes can be opened.
#گساخ_حد_حفظ_کچھوسی_دو



10:13 AM  Dec 22 2019  Twitter for Android

44 Retweets   58 Likes

**Exh. O-3. Tagged 12/26/19**

https://twitter.com/usmanal33277131/status/1208767539423186945



**Troll Bakths**
@trollanghi

Modi & amithshah should be hanged to save india

#IndiaHatesModi



12:58 PM  Dec 21 2019  Twitter for Android

20 Retweets   29 Likes

**Exh. O-4. Tagged 12/26/19**

**EXHIBIT O**

https://twitter.com/trollsanghis/status/1208446582057771009



**These judges needs to be hanged in front of everyone.**
**#WeStandWithPakArmy**

9:55 AM  Dec 19, 2019  Twitter for Android

23 Retweets   21 Likes

**Exh. O-5. Tagged 12/26/19**

https://twitter.com/DadaGangRocks_/status/1207675934834384897



**This man should be hanged as soon as possible, he is the biggest traiter of Pakistan.**
**#اس_کو_بھی_لٹکاو**



9:33 AM  Dec 20, 2019  Twitter for Android

9 Retweets   9 Likes

**Exh. O-6. Tagged 12/26/19**

https://twitter.com/EngrMianAyub/status/1208032660884480002

**EXHIBIT O**



**H.K.**
@meharikiran

life sentence isn't enough he should be HANGED to death.our judiciary had decided 25 lakh rupees for the agony and pain that victim's family had undergone till today. he should atleast pay them 1 crore (sounds funny but he should pay that money)
#KuldeepSengar #UnnaoCase



Ex-BJP MLA Kuldeep Sengar jailed for life for raping minor girl in 2017

**Exh. O-7. Tagged 12/26/19**

https://twitter.com/meharikiran/status/1207949760222523393



**Exh. O-8. Tagged 12/26/19**

https://twitter.com/GhazalaQureshi5/status/1210143488949587969

EXHIBIT O



**Exh. O-9. Tagged 12/26/19**

https://twitter.com/areebahassan_/status/1210185675888365568



**Exh. O-10. Tagged 12/26/19**

https://twitter.com/yasinshahz/status/1210137580609712129

**EXHIBIT O**

# EXHIBIT P

# EXHIBIT P- Twitter Facilities

## TWITTER SAN FRANCISCO

# 10th Annual Inspiration Awards - SOLD OUT

BRIDGEGOOD
Tuesday, November 12, 2019 from 5:15 PM to 8:45 PM (PST)
San Francisco, CA

### Ticket Information

| TICKET TYPE | REMAINING | SALES END | PRICE | FEE | QUANTITY |
|---|---|---|---|---|---|
| **SOLD OUT - VIP Dinner Table Ticket** <br><br> For Champions of BRIDGEGOOD's work in our community: Seating at VIP table (prime stage view); Table shout-out from MC Buffet Dinner (priority); Access to student showcase; Access to awards ceremony; Access to entertainment | Sold Out | Ended | $300.00 | $6.99 | Sold Out |
| **SOLD OUT - Dinner Table Ticket** <br><br> For Supporters of BRIDGEGOOD's work in our community: Table seating with sponsor; Buffet Dinner; Access to student showcase; Access to awards ceremony; Access to entertainment | Sold Out | Ended | $150.00 | $3.99 | Sold Out |
| **SOLD OUT - Community Ticket (non-seated)** <br><br> (NON-SEATED) For Small Businesses, Nonprofits, or Social Good Organizations: Standing at tall boy or community seating; Buffet Dinner (after tables finish); Access to student showcase; Standing room access to awards ceremony | Sold Out | Ended | $50.00 | $1.99 | Sold Out |
| **SOLD OUT - Student Ticket (non-seated)** | Sold Out | Ended | $30.00 | $1.59 | Sold Out |

**Exh. P-1. Event 11/12/19**

https://www.eventbrite.com/e/10th-annual-inspiration-awards-sold-out-tickets-68545985889#

# EXHIBIT P



**Oakland Digital** ✅
@OaklandDigital

BREAKING NEWS: Inspiration Awards 2019 is taking
place at Twitter San Francisco on November 12!
Honoring community leaders from #Adobe
#KaiserPermanente #Twitter & #WellsFargo - benefiting
#BRIDGEGOOD. Limited seating and sponsorships at
inspiration-awards.com



Oakland Digital and 9 others

6:04 PM · Sep 13, 2019 · Twitter Web App

**9** Retweets   **5** Likes

**Exh. P-2. Event 10/13/19**

https://twitter.com/OaklandDigital/status/1172632283150307328

EXHIBIT P

 **Twitter Women** ✓
@TwitterWomen

Thanks, @ChelseaClinton for stopping by @TwitterSF last week! #ShePersistedAroundTheWorld



👤 Chelsea Clinton

2:56 PM · Feb 19, 2019 · Twitter Web Client

**14** Retweets   **96** Likes

**Exh. P-3. Event 02/19/19**

https://twitter.com/TwitterWomen/status/1097948156594016256

**EXHIBIT P**


**Twitter San Francisco** ✔
@TwitterSF

Thanks to @EmBKoch and @JimHogan220 for performing a bit of @WaitressMusical for us! 🎉

Can't wait to see the full show @shnsf! #WaitressSF



4:06 PM · Nov 1, 2018 · Twitter Web Client

**6** Retweets  **32** Likes

**Exh. P-4. Event 11/01/18**

https://twitter.com/TwitterSF/status/1058087999739617280


**bonappetweet**
@bonappetweet

Having fun. Come join us at the Commons on the 9th floor Market st.



12:07 PM · May 18, 2018 · Twitter for iPhone

**11** Likes

**Exh. P-5. Tweet 05/18/18**

https://twitter.com/bonappetweet/status/997509013351747586/photo/1

**EXHIBIT P**



← **bonappetweet**
11K Tweets



(•••) (✉) ( **Follow** )

**bonappetweet**
@bonappetweet

Bon Appétit Management Co., on site @Twitter HQ -cooking up delicious, 🍴 sustainable food 🍽 from scratch ✂ to keep you tweeting all day. 🐦

⊙ 9th & Market Street  ⟋ cafebonappetit.com/twitter  🗓 Joined July 2011

**3,789** Following   **14.4K** Followers

Not followed by anyone you're following

**Exh. P-6. Tagged 12/26/19**



https://twitter.com/bonappetweet

**Twitter San Francisco** ✅
@TwitterSF

Thank you to the @BwayColorPurple for visiting us at @TwitterSF today, and for treating us to a special performance! 🎵🎵



👤 The Color Purple

5:45 PM · May 10, 2018 · Twitter Web Client

**6** Retweets   **26** Likes

**Exh. P-7. Event 05/10/18**

# EXHIBIT P

https://twitter.com/TwitterSF/status/994695033969405953/photo/1



TwitterU Recruiting @
@TwitterU

Thank you to all the students from University of Tokyo
who visited us today @TwitterSF!

8:23 PM · Sep 14, 2016 · Twitter for iPhone

9 Retweets   31 Likes

**Exh. P-8. Event 10/04/16**

https://twitter.com/TwitterU/status/776214900884512769/photo/1



Omid Kordestani @ @omidkordestani · Sep 13, 2016
International STEM Women at Twitter @TechWomen

◯ 8        ⇄ 82        ♡ 299        ⬆

**Exh. P-9. Event 10/14/16**

https://twitter.com/omidkordestani/status/775880662301630464

**EXHIBIT P**



···                      📌 Save

kenamp.com

# Twitter Office In San Francisco

Twitter Office In San Francisco Looks Twitter Offices Cafeteria Called The
Pinterest Twitters New Headquarters In San Francisco Wacky Workplaces      **Exh. P-10.Tagged 12/26/19**

https://www.pinterest.com/pin/843650942681722462/

EXHIBIT P

## TWITTER WASHINGTON DC

Monday, September 30, 2019
8:30 AM - 10:00 AM EST
Category: ADWKDC

**ADWKDC 2019 Event Hosted by Twitter, D.C.**
## Win Big with Launches

*Breakfast Lecture*

**WHERE**
Twitter, D.C. // 800 Connecticut Ave. NW, Washington, DC

**WHEN**
Monday, September 30, 2019 // 8:30-10 a.m.

Whether it's a new brand, product, feature, message, or promotion, the way you enter the market matters and has a ripple effect on future success. Successful launching now requires a new mentality from marketers. You must have the confidence to go big on your launch, or risk long-term failure. This session will unveil new research, discuss the elements every brand needs for a successful launch, and explore how launch best practices vary by brand and category.

Please RSVP by Monday, September 23. (Please note: You must RSVP to in order to attend.)

### Exh. P-11. Event 10/30/19

https://www.aafdc.org/index.php?option=com_jevents&task=icalrepeat.detail&evid=23&Itemid=115&year=2019&month=09&day=30&title=adwkdc-2019-hosted-event-twitter-dc--win-big-with-launches&uid=f890195e82428f33eccc48dc94969b54

# EXHIBIT P



**Danya Centeno**
@DanyaCenteno

Today we got together with the @TwitterDC team and
packaged 10,000 meals for @Rise2030 and it was
awesome! #TwitterForGood #2030ispossible



12:08 PM · Nov 14, 2019 · Twitter for iPhone

1 Retweet   25 Likes

**Exh. P-12. Event 11/14/19**

https://twitter.com/DanyaCenteno/status/1195025849017344006

**EXHIBIT P**

 **Twitter DC** ✓
@TwitterDC

That's a wrap! 10,584 meals are assembled and en route.

Thank you, @Rise2030.

#TwitterForGood #2030IsPossible



👤 Rise Against Hunger

11:23 AM · Nov 14 2019 · Twitter for iPhone

**5** Retweets   **21** Likes

**Exh. P-13. Event 11/14/19**

https://twitter.com/TwitterDC/status/1195014400526168065

**EXHIBIT P**

 **Twitter DC** ✓
@TwitterDC

**Well hello Madam Secretary**♡



  Madeleine Albright and Colin Crowell

6:14 PM · Nov 12, 2019 · Twitter Web App

**11** Retweets  **82** Likes

**Exh. P-14. Event 11/12/19**

https://twitter.com/TwitterDC/status/1194393066007908352

**EXHIBIT P**



**Twitter DC** @
@TwitterDC

A conversation with Congresswoman
@TulsiGabbard. **Watch and Tweet with #VetsRising.**



Twitter DC @ @TwitterDC
TwitterDC was LIVE
pscp.tv

4:05 PM · Jun 25, 2018 · Twitter Web Client

**67** Retweets   **120** Likes

**Exh. P-15. Event 06/25/18**

https://twitter.com/TwitterDC/status/1011339500461723650

**EXHIBIT P**

 **Twitter DC** ✓
@TwitterDC

Not all heroes wear capes. 

Thank you for sending your best to restore the cold brew, @CommonwealthJoe!



1:07 PM · Oct 29, 2019 · Twitter for iPhone

**Exh. P-16. Tagged 12/26/19**

https://twitter.com/TwitterDC/status/1189227148629958656



← **Commonwealth Joe**
3,969 Tweets

**Commonwealth Joe**
@CommonwealthJoe

CWJ is the leading tech-enabled specialty coffee company offering full-service, kegged beverage programs with Nitro Cold Brew and other craft beverages on tap.

📍 520 12th St. S. Arlington, VA   ⚲ KegVending.com
📅 Joined November 2012

**2,042** Following   **1,881** Followers

Not followed by anyone you're following

**Exh. P-17. Tagged 12/26/19**

**EXHIBIT P**

https://twitter.com/CommonwealthJoe



Exh. P-18. Event 06/11/19

https://twitter.com/anne_steinhardt/status/1138602172185174016



Exh. P-19. Event 10/11/19

https://twitter.com/Candi/status/1050503549350752256

EXHIBIT P

## TWITTER NEW YORK

**Any Twitter employee can grab their beverage of choice for $2.50 down here.**



**Exh. P-20. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#whenever-i-need-a-caffeine-boost-i-stroll-down-to-the-caf-and-ask-the-barista-to-make-the-tj-special-tj-adeshola-twitters-head-of-us-sports-league-partnerships-told-us-after-the-tour-in-fairness-im-pretty-sure-the-tj-special-is-just-a-regular-latte-but-the-barista-plays-along-every-time-it-makes-me-feel-special-7

**Coffee isn't the only drink available in this office. There's also beer on tap.**



**Exh. P-21. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#coffee-isnt-the-only-drink-available-in-this-office-theres-also-beer-on-tap-10

# EXHIBIT P

Patrons can listen to some of the classic records we
found over by the straws and sugar packets ...



**Exh. P-22. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#coffee-isnt-the-only-drink-available-in-this-office-theres-also-beer-on-tap-10

## TWITTER ATLANTA



**Twitter Atlanta** ⊗
@TwitterATL

Thank you @StudioUmbrosia for your amazing work
greeting us and our visitors every day!



12:54 PM · Jun 5, 2019 from Atlanta, GA · Twitter for iPhone

**3** Retweets   **13** Likes

**Exh. P-23. Tweet 06/05/19**

https://twitter.com/TwitterATL/status/1136315399044313088

# EXHIBIT P


**Twitter Atlanta** ✓
@TwitterATL

Amazing event @TwitterDC yesterday!

🔵 **Twitter DC** ✓ @TwitterDC · Feb 27, 2018
Happening now: We're LIVE @TwitterDC celebrating #BlackHistoryMonth 👀
with @RepJohnLewis and @CapitolHillCBA. pscp.tv/w/bWSYojFtTUVQ...



11:50 AM · Feb 28, 2018 · Twitter Web Client

**2** Likes

**Exh. P-24. Event 02/28/18**

https://twitter.com/TwitterATL/status/968891172969242624

**EXHIBIT P**

 **Robin Wheeler**
@robinw

Happy to host so many generous volunteers for
@48in48org @TwitterATL Come again soon!



👤 Mark Shields and 3 others

9:12 AM · Oct 23, 2016 · Twitter for iPhone

**6** Retweets   **16** Likes

**Exh. P-25. Event 10/23/16**

https://twitter.com/robinw/status/790179112648318980

 **Twitter Atlanta** ✔
@TwitterATL

Hosted a group of women from @EmoryGoizueta today.
Thanks for the smart questions ladies! Come back
anytime.



👤 Robin Wheeler and 4 others

4:31 PM · Nov 13, 2015 · Twitter for iPhone

**2** Retweets   **12** Likes

**Exh. P-26. Event 11/13/15**

https://twitter.com/TwitterATL/status/665280873353379840

**EXHIBIT P**


**Twitter Atlanta** ✓
@TwitterATL

Supporting our local clients with our in office #VideoNOW
live stream. Cc @TwitterNYC



4:24 PM  Oct 8, 2015  Twitter for iPhone

9 Likes

**Exh. P-27. Event 10/08/15**

https://twitter.com/TwitterATL/status/652218100889296896/photo/1


**Twitter Atlanta** ✓
@TwitterATL

We were proud to support the awesome work of
@48in48org by hosting breakfast for the volunteers.
@twitterforgood



Adam J Walker and 3 others

9:39 AM  Oct 5, 2015  Twitter for iPhone

2 Retweets   12 Likes

**Exh. P-28. Event 10/05/15**

https://twitter.com/TwitterATL/status/651028997787230208

**EXHIBIT P**

## TWITTER LOS ANGELES

 **Twitter Los Angeles** @
@TwitterLA

Thank you @TXT_bighit for stopping by! #AskTXT



🔒 TXT OFFICIAL

7:59 PM · May 30, 2019 · Twitter for iPhone

**7.9K** Retweets    **30.7K** Likes

**Exh. P-29. Event 05/10/19**

https://twitter.com/TwitterLA/status/1134248101881892869

# EXHIBIT P



**Teen Vogue** ✓
@TeenVogue

they let me in can u believe #teenvoguesummit



1:37 PM · Nov 1, 2019 from Twitter LA · Twitter for iPhone

7 Retweets   44 Likes

**Exh. P-30. Event 05/10/19**

https://twitter.com/TeenVogue/status/1190322093256105984



**Twitter Los Angeles** ✓
@TwitterLA

Twitter LA was honored to welcome the #JESIE students from @UCLA to our office today to discuss #DigitalMarketing



👤 Twitter Los Angeles and 4 others

9:13 PM · Aug 8, 2019 · Twitter for iPhone

6 Retweets   28 Likes

**Exh. P-31. Event 05/10/19**

https://twitter.com/TwitterLA/status/1159633746833788928

**EXHIBIT P**

**Twitter Los Angeles** ✓
@TwitterLA

We accept this 🖤 @AlabamaHannah!



👤 Hannah Brown

6:53 PM · May 21, 2019 · Twitter for iPhone

6 Retweets   41 Likes

**Exh. P-32. Event 05/10/19**

https://twitter.com/TwitterLA/status/1130969771221037057

**Dwight Caines** ✓
@DwightCaines

Thanks @blackbirds @clintgraham @TheSharkAnthony @ged for hosting me at Twitter HQ in SM. Missed you @jenp see you next time! #BlackHistoryMonth 😍

👤 **Anthony Brown** @TheSharkAnthony · Feb 28
@DwightCaines we APPRECIATE your candid words during @TwitterLA fireside chat to close out #BlackHistoryMonth…I can say we all left with a clearer understanding of the work twitter has to create a "combustible" (side joke) moments @Blackbirds



2:20 PM · Feb 28, 2019 · Twitter for iPhone

7 Retweets   33 Likes

**Exh. P-33. Event 05/10/19**

https://twitter.com/DwightCaines/status/1101200524555116544

**EXHIBIT P**