# EXHIBIT Q

**United States House Committee on Energy and Commerce**

**Testimony of Jack Dorsey**
**Chief Executive Officer**
**Twitter, Inc.**

**September 5, 2018**

Chairman Walden, Ranking Member Pallone, and Members of the Committee:

Thank you for the opportunity to appear before the Committee today so I may speak to you and the American people.

Twitter's purpose is to serve the public conversation. We are an American company that serves our global audience by focusing on the people who use our service, and we put them first in every step we take. Twitter is used as a global town square, where people from around the world come together in an open and free exchange of ideas. We must be a trusted and healthy place that supports free and open discussion.

Twitter has publicly committed to improving the collective health, openness, and civility of public conversation on our platform. Twitter's health is measured by how we help encourage more healthy debate, conversations, and critical thinking. Conversely, abuse, malicious automation, and manipulation detracts from the health of our platform. We are committed to hold ourselves publicly accountable towards progress of our health initiative.

Today, I hope my testimony before the Committee will demonstrate the challenges that we are tackling as a global platform. Twitter is approaching these challenges with a simple question: How do we earn more trust from the people using our service? We know the way earn more trust around how we make decisions on our platform is to be as transparent as possible. We want to communicate how our platform works in a clear and straightforward way.

There are other guiding objectives we consider to be core to our company. We must ensure that all voices can be heard. We must continue to make improvements to our service so that everyone feels safe participating in the public conversation – whether they are speaking or simply listening. And we must ensure that people can trust in the credibility of the conversation and its participants.

Let me be clear about one important and foundational fact: Twitter does not use political ideology to make any decisions, whether related to ranking content on our service or how we enforce our rules. We believe strongly in being impartial, and we strive to enforce our rules impartially. We do not shadowban anyone based on political ideology. In fact, from a simple business perspective and to serve the public conversation, Twitter is incentivized to keep all voices on the platform.

**EXHIBIT Q-1**

Twitter plays an important role in our democracy and governments around the world. In the United States, all 100 Senators, 50 governors, and nearly every member of the House of Representatives currently reach their constituents through Twitter accounts. Our service has enabled millions of people around the globe to engage in local, national, and global conversations on a wide range of issues of civic importance. We also partner with news organizations on a regular basis to live-stream congressional hearings and political events, providing the public access to important developments in our democracy. The notion that we would silence any political perspective is antithetical to our commitment to free expression.

My testimony today will provide important information about our service: (1) an explanation of our commitment to improve the health on Twitter; (2) the algorithms that shape the experience of individuals who use Twitter; (3) an update on Twitter's work on Russian interference in the 2016 elections; and (4) information on recent malicious activity Twitter saw on the platform.

## I.   TWITTER'S COMMITMENT TO HEALTH

Twitter is committed to help increase the collective health, openness, and civility of public conversation, and to hold ourselves publicly accountable towards progress. At Twitter, health refers to our overall efforts to reduce malicious activity on the service, including malicious automation, spam, and fake accounts. Twitter has focused on measuring health by evaluating how to encourage more healthy debate, and critical thinking.

The platform provides instant, public, global messaging and conversation, however, we understand the real-world negative consequences that arise in certain circumstances. Twitter is determined to find holistic and fair solutions. We acknowledge that abuse, harassment, troll armies, manipulation through bots and human-coordination, misinformation campaigns, and increasingly divisive echo chambers occur.

We have learned from situations where people have taken advantage of our service and our past inability to address it fast enough. Historically, Twitter focused most of our efforts on removing content against our rules. Today, we have a more comprehensive framework that will help encourage more healthy debate, conversations, and critical thinking.

We believe an important component of improving the health on Twitter is to measure the health of conversation that occurs on the platform. This is because in order to improve something, one must be able to measure it. By measuring our contribution to the overall health of the public conversation, we believe we can more holistically approach our impact on the world for years to come.

Earlier this year, Twitter began collaborating with the non-profit research center Cortico and the Massachusetts Institute of Technology Media Lab on exploring how to measure aspects of the health of the public sphere. As a starting point, Cortico proposed an initial set of health indicators for the United States (with the potential to expand to other nations), which are aligned with four principles of a healthy public sphere. Those include:

**EXHIBIT Q-1**

- Shared Attention: Is there overlap in what we are talking about?

- Shared Reality: Are we using the same facts?

- Variety: Are we exposed to different opinions grounded in shared reality?

- Receptivity: Are we open, civil, and listening to different opinions?

Twitter strongly agrees that there must be a commitment to a rigorous and independently vetted set of metrics to measure the health of public conversation on Twitter. And in order to develop those health metrics for Twitter, we issued a request for proposal to outside experts for their submissions on proposed health metrics, and methods for capturing, measuring, evaluating and reporting on such metrics. Our expectation is that successful projects will produce peer-reviewed, publicly available, open-access research articles and open source software whenever possible.

As a result of our request for proposal, we are partnering with experts at the University of Oxford and Leiden University and other academic institutions to better measure the health of Twitter, focusing on informational echo chambers and unhealthy discourse on Twitter. This collaboration will also enable us to study how exposure to a variety of perspectives and opinions serves to reduce overall prejudice and discrimination. While looking at political discussions, these projects do not focus on any particular ideological group and the outcomes will be published in full in due course for further discussion.

## II.    ALGORITHMS SHAPING THE TWITTER EXPERIENCE

We want Twitter to provide a useful, relevant experience to all people using our service. With hundreds of millions of Tweets per day on Twitter, we ha have invested heavily in building systems that organize content on Twitter to show individuals using the platform the most relevant information for that individual first. We want to do the work for our customers to make it a positive and informative experience. With 335 million people using Twitter every month in dozens of languages and countless cultural contexts, we rely upon machine learning algorithms to help us organize content by relevance.

To preserve the integrity of our platform and to safeguard our democracy, Twitter has also employed technology to be more aggressive in detecting and minimizing the visibility of certain types of abusive and manipulative behaviors on our platform. The algorithms we use to do this work are tuned to prevent the circulation of Tweets that violate our Terms of Service, including the malicious behavior we saw in the 2016 election, whether by nation states seeking to manipulate the election or by other groups who seek to artificially amplify their Tweets.

3

EXHIBIT Q-1

### A.    Timeline Ranking and Filtering

For nearly a decade, the Twitter home timeline displayed Tweets from accounts an individual follows in reverse chronological order. As the volume of content on Twitter continually increased, individuals using the platform told us they were not always seeing useful or relevant information, or were missing important Tweets, and that their home timeline sometimes felt noisy. Based on this feedback, in 2016 we introduced a new ranking feature to the home timeline. This feature creates a better experience for people using Twitter by showing people the Tweets they might find most interesting first. Individuals on Twitter can disable this feature in their settings and return to a reverse chronological timeline at any time. When the feature is disabled, our content suggestions are relatively minimal.

Depending on the number of accounts an individual follows, not all content from all followed accounts may appear in the home timeline. Many people using Twitter follow hundreds or even thousands of Twitter accounts. While Twitter strives to create a positive experience with the ranked timeline, people opening Twitter may still feel as if they have missed important Tweets. If that happens, people can always opt to return to a reverse chronological timeline or view content from people they follow by visiting their profiles directly. We also continue to invest in improving our machine learning systems to predict which Tweets are the most relevant for people on our platform.

In addition to the home timeline, Twitter has a notification timeline that enables people to see who has liked, Retweeted and replied to their Tweets, as well as who mentioned or followed them. We give individuals on Twitter additional controls over the content that appears in the notifications timeline, since notifications may contain content an individual on Twitter has not chosen to receive, such as mentions or replies from someone the individual does not follow. By default, we filter notifications for quality, and exclude notifications about duplicate or potentially spammy Tweets. We also give individuals on the platform granular controls over specific types of accounts they might not want to receive notifications from, including new accounts, accounts the individual does not follow, and accounts without a confirmed phone or email address.

### B.    Conversations

Conversations are happening all the time on Twitter. The replies to any given Tweet are referred to as a "conversation." Twitter strives to show content to people that we think they will be most interested in and that contributes meaningfully to the conversation. For this reason, the replies, grouped by sub-conversations, may not be in chronological order. For example, when ranking a reply higher, we consider factors such as if the original Tweet author has replied, or if a reply is from someone the individual follows.

**EXHIBIT Q-1**

### C.    Safe Search

Twitter's search tools allow individuals on Twitter to search every public Tweet on Twitter, going back to my very first Tweet in 2006. There are many ways to use search on Twitter. An individual can find Tweets from friends, local businesses, and everyone from well-known entertainers to global political leaders. By searching for topic keywords or hashtags, an individual can follow ongoing conversations about breaking news or personal interests. To help people understand and organize search results and find the most relevant information quickly, we offer several different versions of search.

By default, searches on Twitter return results in "Top mode." Top Tweets are the most relevant Tweets for a search. We determine relevance based on the popularity of a Tweet (*e.g.*, when a lot of people are interacting with or sharing via Retweets and replies), the keywords it contains, and many other factors. In addition, "Latest mode" returns real-time, reverse-chronological results for a search query.

We give people control over what they see in search results through a "Safe Search" option. This option excludes potentially sensitive content from search results, such as spam, adult content, and the accounts an individual has muted or blocked. Individual accounts may mark their own posts as sensitive as well. Twitter's safe search mode excludes potentially sensitive content, along with accounts an individual may have muted or blocked, from search results in both Top and Latest. Safe Search is enabled by default, and people have the option to turn safe search off, or back on, at any time.

### D.    Behavioral Signals and Safeguards

Twitter also uses a range of behavioral signals to determine how Tweets are organized and presented in the home timeline, conversations, and search based on relevance. Twitter relies on behavioral signals—such as how accounts behave and react to one another—to identify content that detracts from a healthy public conversation, such as spam and abuse. Unless we have determined that a Tweet violates Twitter policies, it will remain on the platform, and is available in our product. Where we have identified a Tweet as potentially detracting from healthy conversation (*e.g.*, as potentially abusive), it will only be available to view if you click on "Show more replies" or choose to see everything in your search setting.

Some examples of behavioral signals we use, in combination with each other and a range of other signals, to help identify this type of content include: an account with no confirmed email address, simultaneous registration for multiple accounts, accounts that repeatedly Tweet and mention accounts that do not follow them, or behavior that might indicate a coordinated attack. Twitter is also examining how accounts are connected to those that violate our rules and how they interact with each other. The accuracy of the algorithms developed from these behavioral signals will continue to improve over time.

EXHIBIT Q-1

These behavioral signals are an important factor in how Twitter organizes and presents content in communal areas like conversation and search. Our primary goal is to ensure that relevant content and Tweets contributing to healthy conversation will appear first in conversations and search. Because our service operates in dozens of languages and hundreds of cultural contexts around the globe, we have found that behavior is a strong signal that helps us identify bad faith actors on our platform. The behavioral ranking that Twitter utilizes does not consider in any way political views or ideology. It focuses solely on the behavior of all accounts. Twitter is always working to improve our behavior-based ranking models such that their breadth and accuracy will improve over time. We use thousands of behavioral signals in our behavior-based ranking models—this ensures that no one signal drives the ranking outcomes and protects against malicious attempts to manipulate our ranking systems.

Through early testing in markets around the world, Twitter has already seen a recent update to this approach have a positive impact, resulting in a 4 percent drop in abuse reports from search and 8 percent fewer abuse reports from conversations. That metric provided us with strong evidence that fewer people are seeing Tweets that disrupt their experience on Twitter.

Despite the success we are seeing with our use of algorithms to combat abuse, manipulation, and bad faith actors, we recognize that even a model created without deliberate bias may nevertheless result in biased outcomes. Bias can happen inadvertently due to many factors, such as the quality of the data used to train our models. In addition to ensuring that we are not deliberately biasing the algorithms, it is our responsibility to understand, measure, and reduce these accidental biases. This is an extremely complex challenge in our industry, and algorithmic fairness and fair machine learning are active and substantial research topics in the machine learning community. The machine learning teams at Twitter are learning about these techniques and developing a roadmap to ensure our present and future machine learning models uphold a high standard when it comes to algorithmic fairness. We believe this is an important step in ensuring fairness in how we operate and we also know that it's critical that we be more transparent about our efforts in this space.

### E.    Additional Context to High-Profile Incidents

Conservative voices have a strong presence on Twitter. For example, in 2017, there were 59.5 million Tweets about Make America Great Again or MAGA. According to the Pew Research Center, people on Twitter used #MAGA an average of 205,238 times per day from Election Day 2016 through May 1, 2018. It was the third most Tweeted hashtag in 2017. Another top hashtag on Twitter is #tcot, or Top Conservatives on Twitter, with 8.4 million Tweets in 2017. During the annual Conservation Political Action Committee (CPAC) conference in February 2018, #CPAC and #CPAC2018 were tweeted 1.2 million times in a four day period. And Twitter's political sales team works with hundreds of active conservative advertisers.

Twitter enabled the White House and media broadcasters to have a dynamic experience on Twitter, publishing and promoting live video event pages to millions of people on Twitter during President Trump's State of the Union address in 2017. In total, more than 39 media broadcasters including ABC, Bloomberg, CBS, FoxNews, PBS NewsHour, Reuters, Univision,

EXHIBIT Q-1

and USA Today participated. Additionally, the White House and Senate GOP both published the entire live video on Twitter reaching over 3.4 million viewers.

In July 2018, we acknowledged that some accounts (including those of Republicans and Democrats) were not being auto-suggested even when people were searching for their specific name. Our usage of the behavioral signals within search was causing this to happen. To be clear, this only impacted our search auto-suggestions. The accounts, their Tweets, and surrounding conversation about those accounts were still showing up in search results. Once identified, this issue was promptly resolved within 24 hours. This impacted 600,000 accounts across the globe and across the political spectrum. And most accounts affected had nothing to do with politics at all. In addition to fixing the search auto-suggestion function, Twitter is continuing to improve our systems so they can better detect these issues and correct for them.

An analysis of accounts for Members of Congress that were affected by this search issue demonstrate there was no negative effect on the growth of their follower counts. To the contrary, follower counts of those Members of Congress spiked. Twitter can make the results of this internal analysis available to the Committee upon request.

Twitter recently made a change to how one of our behavior based algorithms works in search results. When people used search, our algorithms were filtering out those that had a higher likelihood of being abusive from the "Lastest" tab by default. Those search results were visible in "Latest" if someone turned off the quality filter in search, and they were also in Top search and elsewhere throughout the product. Twitter decided that a higher level of precision is needed when filtering to ensure these accounts are included in "Latest" by default. Twitter therefore turned off the algorithm. As always, we will continue to refine our approach and will be transparent about why we make the decisions that we do.

Some critics have raised concerns regarding the impact that mass block lists can have on our algorithms. Our behavioral signals take into account only blocks and mutes that are the result of direct interactions among people on Twitter. That means that, while blocks that result from interactions with others on Twitter are factored into the discoverability of content, blocks that derive from mass block lists have minimal effect on the platform beyond those who have blocked particular other individuals on the platform.

In preparation for this hearing and to better inform the members of the Committee, our data scientists analyzed Tweets sent by all members of the House and Senate that have Twitter accounts for a 30 day period spanning July 23, 2018 until August 13, 2018. We learned that, during that period, Democratic members sent 10,272 Tweets and Republican members sent 7,981. Democrats on average have more followers per account and have more active followers. As a result, Democratic members in the aggregate receive more impressions or views than Republicans.

Despite this greater number of impressions, after controlling for various factors such as the number of Tweets and the number of followers, and normalizing the followers' activity, we observed that there is no statistically significant difference between the number of times a Tweet

7

EXHIBIT Q-1

by a Democrat is viewed versus a Tweet by a Republican. In the aggregate, controlling for the same number of followers, a single Tweet by a Republican will be viewed as many times as a single Tweet by a Democrat, even after all filtering and algorithms have been applied by Twitter. Our quality filtering and ranking algorithm does not result in Tweets by Democrats or Tweets by Republicans being viewed any differently. Their performance is the same because the Twitter platform itself does not take sides.

## III.   TWITTER'S WORK ON RUSSIAN INTERFERENCE IN THE 2016 ELECTION

Twitter continues to engage in intensive efforts to identify and combat state-sponsored hostile attempts to abuse social media for manipulative and divisive purposes. We now possess a deeper understanding of both the scope and tactics used by malicious actors to manipulate our platform and sow division across Twitter more broadly. Our efforts enable Twitter to fight this threat while maintaining the integrity of peoples' experience on the service and supporting the health of conversations on our platform. Our work on this issue is not done, nor will it ever be. The threat we face requires extensive partnership and collaboration with our government partners and industry peers. We each possess information the other does not have, and the combined information is more powerful in combating these threats.

### A.   Retrospective Review

Last fall, we conducted a comprehensive retrospective review of platform activity related to the 2016 election. To better understand the nature of the threat and ways to address future attempts at manipulation, we examined activity on the platform during a 10-week period preceding and immediately following the 2016 election (September 1, 2016 to November 15, 2016). We focused on identifying accounts that were automated, linked to Russia, and Tweeting election-related content, and we compared activity by those accounts to the overall activity on the platform. We reported the results of that analysis in November 2017, and we updated the Committee in January 2018 about the findings from our ongoing review. Additional information on the accounts associated with the Internet Research Agency is included below.

We identified 50,258 automated accounts that were Russian-linked and Tweeting election-related content, representing less than two one-hundredths of a percent (0.016%) of the total accounts on Twitter at the time. Of all election-related Tweets that occurred on Twitter during that period, these malicious accounts constituted approximately one percent (1.00%), totaling 2.12 million Tweets. Additionally, in the aggregate, automated, Russian-linked, election-related Tweets from these malicious accounts generated significantly fewer impressions (i.e., views by others on Twitter) relative to their volume on the platform.

Twitter is committed to ensuring that promoted accounts and paid advertisements are free from hostile foreign influence. In connection with the work we did in the fall, we conducted a comprehensive analysis of accounts that promoted election-related Tweets on the platform throughout 2016 in the form of paid ads. We reviewed nearly 6,500 accounts and our findings showed that approximately one-tenth of one-percent—only nine of the total number of accounts —were Tweeting election-related content and linked to Russia. The two most active accounts out

of those nine were affiliated with Russia Today ("RT"), which Twitter subsequently barred from advertising on Twitter. And Twitter is donating the $1.9 million that RT spent globally on advertising to academic research into election and civic engagement.

Although the volume of malicious election-related activity that we could link to Russia was relatively small, we strongly believe that any such activity on Twitter is unacceptable. We remain vigilant about identifying and eliminating abuse on the platform perpetrated by hostile foreign actors, and we will continue to invest in resources and leverage our technological capabilities to do so. Twitter's main focus is promoting healthy public discourse through protection of the democratic process. Tied to this is our commitment to providing tools for journalism to flourish by creating and maintaining a platform that helps to provides people with high-quality, authentic information in a healthy and safe environment.

We also recognize that, as a private company, there are threats that we cannot understand and address alone. We must continue to work together with our elected officials, government partners, industry peers, outside experts, and other stakeholders so that the American people and the global community can understand the full context in which these threats arise.

### B.      Combating Malicious Automation

In the last year, Twitter developed and launched more than 30 policy and product changes designed to foster information integrity and protect the people who use our service from abuse and malicious automation. Many of these product changes are designed to combat spam and malicious automation.

Twitter has refined its detection systems. Twitter prioritizes identifying suspicious account activity, such as exceptionally high-volume Tweeting with the same hashtag or mentioning the same @handle without a reply from the account being addressed, and then requiring confirmation that a human is controlling the account. Twitter has also increased its use of challenges intended to catch automated accounts, such as reCAPTCHAs, that require users to identify portions of an image or type in words displayed on screen, and password reset requests that protect potentially compromised accounts. Twitter is also in the process of implementing mandatory email or cell phone verification for all new accounts.

Our efforts have been effective. Due to technology and process improvements, we are now removing 214 percent more accounts year-over-year for violating our our platform manipulation policies. For example, over the course of the last several months, our systems identified and challenged between 8.5 million and 10 million accounts each week suspected of misusing automation or producing spam. Spam can be generally described as unsolicited, repeated actions that negatively impact other people. This includes many forms of automated account interactions and behaviors as well as attempts to mislead or deceive people. This constitutes more than three times the 3.2 million we were catching in September 2017. We thwart 530,000 suspicious logins a day, approximately double the amount of logins that we detected a year ago.

9

**EXHIBIT Q-1**

These technological improvements have brought about a corresponding reduction in the number of spam reports from people on Twitter, a result that demonstrates our systems' ability to automatically detect more malicious accounts and potential bad faith actors than they did in the past. We received approximately 25,000 such reports per day in March of this year; that number decreased to 17,000 in August.

Finally, this summer, we made an important step to increase confidence in follower counts by removing locked accounts from follower counts across profiles globally, to ensure these figures are more reliable. Accounts are locked when our systems detect unusual activity and force a password change or other challenge. If the challenge has not been met or the password has not been changed within a month, the account is locked, barring it from sending Tweets, Retweets or liking posts from others. As a result, the number of followers displayed on many profiles went down. We were transparent about these changes which impacted many people who use Twitter across the political spectrum and are a key part of our information quality efforts.

## IV.    RECENT ACTIVITY ON THE PLATFORM

Twitter continues to see bad faith actors attempt to manipulate and divide people on Twitter. Two such examples include recent activity related to new malicious activity by the Russian Internet Research Agency and malicious accounts located in Iran.

### A.    Malicious Accounts Affiliated with the Russian Internet Research Agency

Twitter has seen recent activity on the platform affiliated with the Russian Internet Research Agency. We continue to identify accounts that we believe may be linked to the Internet Research Agency ("IRA"). As of today, we have suspended a total of 3,843 accounts we believe are linked to the IRA. And we continue to build on our contextual understanding of these accounts to improve our ability to find and suspend this activity as quickly as possible in the future, particularly as groups such as the IRA evolve their practices in response to suspension efforts across the industry.

As an example of Twitter's ongoing efforts, Twitter identified 18 accounts in March 2018 we believe to be linked to the Internet Research Agency uncovered by our ongoing additional reviews. These accounts were created and registered after the 2016 election. These accounts used false identifies purporting to be Americans, and created personas focused on divisive social and political issues. The accounts represented both sides of the political spectrum. We continue to work with our law enforcement partners on this investigation.

### B.    Malicious Accounts Located in Iran

In August 2018, we were notified by an industry peer about possible malicious activity on their platform. After receiving information from them, we began an investigation on our platform to build out our understanding of these networks. We immediately notified law enforcement on this matter as soon as we discovered malicious activity.

**EXHIBIT Q-1**

We initially identified accounts based on indicators such as phone numbers and email addresses; we then identified additional problematic accounts by matching other behavioral signals. Some of these accounts appeared to pretend to be people in the U.S. and discuss U.S. social commentary. In most cases, the accounts that appeared to suggest a U.S. affiliation or target U.S. audiences were created after the 2016 election. These accounts were in violation of our platform manipulation policies, and were engaged in coordinated activity intended to propagate messages artificially across accounts.

These accounts appear to be located in Iran. This is indicated by, for example, accounts related by an Iranian mobile carrier or phone number or Iranian email address on the account. Although Twitter is blocked in Iran, we may see people engage via virtual private network.

We suspended 770 accounts for violating Twitter policies. Fewer than 100 of the 770 suspended accounts claimed to be located in the U.S. and many of these were sharing divisive social commentary. On average, these 100 accounts Tweeted 867 times, were followed by 1,268 accounts, and were less than a year old. One advertiser ran $30 in ads in 2017. Those ads did not target the U.S. and the billing address was located outside of Iran. We will remain engaged with law enforcement and our peer companies on this issue.

Twitter has been in close contact with our industry peers about the malicious accounts located within Iran—we have received detailed information from them that has assisted us in our investigation, and we have shared our own details and work with other companies. We expect this process will continue and that the industry can continue to build on this effort and assist with this ongoing investigation.

\* \* \*

The purpose of Twitter is to serve the public conversation, and we do not make value judgments on personal beliefs. We are focused on making our platform—and the technology it relies upon—better and smarter over time and sharing our work and progress with this Committee and the American people. We think increased transparency is critical to promoting healthy public conversation on Twitter and earning trust.

Thank you, and I look forward to your questions.

**EXHIBIT Q-1**

1    NEAL R. GROSS & CO., INC.

2    RPTS SAM WOJACK

3    HIF248000

4

5

6    TWITTER: TRANSPARENCY AND ACCOUNTABILITY

7    WEDNESDAY, SEPTEMBER 5, 2018

8    House of Representatives

9    Committee on Energy and Commerce

10   Washington, D.C.

11

12

13

14        The committee met, pursuant to call, at 1:30 p.m., in Room

15   2123 Rayburn House Office Building, Hon. Greg Walden [chairman

16   of the committee] presiding.

17        Members present: Representatives Walden, Barton, Upton,

18   Shimkus, Burgess, Scalise, Latta, McMorris Rodgers, Harper,

19   Lance, Guthrie, Olson, McKinley, Kinzinger, Griffith, Bilirakis,

20   Johnson, Long, Bucshon, Flores, Brooks, Mullin, Hudson, Collins,

21   Cramer, Walberg, Walters, Costello, Carter, Duncan, Pallone,

22   Rush, Engel, Green, DeGette, Doyle, Schakowsky, Butterfield,

**EXHIBIT Q-2**

23      Matsui, Castor, Sarbanes, McNerney, Welch, Lujan, Tonko, Clarke,

24      Loebsack, Schrader, Kennedy, Cardenas, Ruiz, Peters, and Dingell.

25

26          Staff present: Jon Adame, Policy Coordinator,

27      Communications & Technology; Jennifer Barblan, Chief Counsel,

28      Oversight & Investigations; Mike Bloomquist, Deputy Staff

29      Director; Karen Christian, General Counsel; Robin Colwell, Chief

30      Counsel, Communications & Technology; Jordan Davis, Director of

31      Policy and External Affairs; Melissa Froelich, Chief Counsel,

32      Digital Commerce and Consumer Protection; Adam Fromm, Director

33      of Outreach and Coalitions; Ali Fulling, Legislative Clerk,

34      Oversight & Investigations, Digital Commerce and Consumer

35      Protection; Elena Hernandez, Press Secretary; Zach Hunter,

36      Director of Communications; Paul Jackson, Professional Staff,

37      Digital Commerce and Consumer Protection; Peter Kielty, Deputy

38      General Counsel; Bijan Koohmaraie, Counsel, Digital Commerce and

39      Consumer Protection; Tim Kurth, Senior Professional Staff,

40      Communications & Technology; Milly Lothian, Press Assistant and

41      Digital Coordinator; Mark Ratner, Policy Coordinator; Austin

42      Stonebraker, Press Assistant; Madeline Vey, Policy Coordinator,

43      Digital Commerce and Consumer Protection; Jessica Wilkerson,

44      Professional Staff, Oversight & Investigations; Greg Zerzan,

**EXHIBIT Q-2**

45      Counsel, Digital Commerce and Consumer Protection; Michelle Ash,

46      Minority Chief Counsel, Digital Commerce and Consumer Protection;

47      Jeff Carroll, Minority Staff Director; Jennifer Epperson,

48      Minority FCC Detailee; Evan Gilbert, Minority Press Assistant;

49      Lisa Goldman, Minority Counsel; Tiffany Guarascio, Minority

50      Deputy Staff Director and Chief Health Advisor; Carolyn Hann,

51      Minority FTC Detailee; Alex Hoehn-Saric, Minority Chief Counsel,

52      Communications and Technology; Jerry Leverich, Minority Counsel;

53      Jourdan Lewis, Minority Staff Assistant; Dan Miller, Minority

54      Policy Analyst; Caroline Paris-Behr, Minority Policy Analyst;

55      Kaitlyn Peel, Minority Digital Director; Andrew Souvall, Minority

56      Director of Communications, Outreach and Member Services; and

57      C.J. Young, Minority Press Secretary.

EXHIBIT Q-2

58      The Chairman.   The Committee on Energy and Commerce will

59  now come to order. The chair now recognizes himself for five

60  minutes for purposes of an opening statement.

61      Good afternoon, and thank you, Mr. Dorsey, for being before

62  the Energy and Commerce Committee today.

63      The company you and your co-creators founded 12 years ago

64  has become one of the most recognizable businesses in the world.

65

66      Twitter has reached that rarified place where using the

67  service has become a verb, instantly recognized around the globe.

68   Just as people can Google a question or Gram a photo, everyone

69  knows what it means to tweet one's thoughts or ideas.

70      The list of superlatives to describe Twitter certainly

71  exceeds 280 characters.   It is one of the most downloaded apps

72  in the world, one of the most visited websites.

73      It is one of the world's premier sources for breaking news.

74   Its power and reach are so great that society-changing events

75  like the Arab Spring have been dubbed the Twitter Revolution.

76      The service allows anyone with access to the internet the

77  power to broadcast his or her views to the world.   It's truly

78  revolutionary in the way that the Gutenberg press was

79  revolutionary.

**EXHIBIT Q-2**

80          It helps set information free.  It allows ideas to propagate

81     and challenge established ways of thinking.  Twitter's success

82     and growth rate has been extraordinary but it is not without

83     controversy.

84          The service has been banned at various times and in various

85     countries, such as China and Iran.  Here in the United States

86     the company itself has come under criticism for impeding the

87     ability of some users to post information, remove tweets, and

88     other content moderation practices.

89          For instance, in July it was reported that some politically

90     prominent users were no longer appearing as auto-populated

91     options in certain search results.

92          This led to concerns that the service might be, quote,

93     unquote, "shadow banning" some users in an attempt to limit their

94     visibility on the site.

95          Now, this was hardly the first instance of a social media

96     service taking actions which appeared to minimize or de-emphasize

97     certain viewpoints, and in the most recent case, Twitter has

98     stated that the action were not intentional but, rather, the

99     result of algorithms designed to maintain a more civil tone on

100    the site.

101         Twitter is also -- Twitter has also direction the issue of

**EXHIBIT Q-2**

102    "bots," or automated accounts, not controlled by one person.

103    Even the removal of these bots from the service raise questions

104    about how the bots were identified because the number of followers

105    someone has on Twitter has real economic value in our economy.

106        We recognize the complexity of trying to manage your service,

107    which posts over half a million tweets a day.  I believe you were

108    once temporarily suspended from Twitter due to an internal error

109    yourself.

110        We do not want to lose sight of a few fundamental facts.

111     Humans are building the algorithms, humans are making decisions

112    about how to implement Twitter's terms of service, and humans

113    are recommending changes to Twitter's policies.

114        Humans can make mistakes.  Now, Twitter manages those

115    circumstances as critically important in an environment where

116    algorithms to decide what we see in our home feed, ads, and search

117    suggestions on.

118        It is critical that users are confident that you're living

119    up to your own promises.  According to Twitter rules, the company

120    believes that everyone should have the power to create and share

121    ideas and information instantly without barriers.

122        Well, that's a noble mission and one that as a private company

123    you certainly do not have to take on.  The fact that you have

EXHIBIT Q-2

124    done so as enriched the world, changed societies, and given an

125    outlet to voices that might otherwise never be heard.

126         We, and the American people, want to be reassured that you're

127    continuing to live up to that mission.  We hope you can help us

128    better understand how Twitter decides when to suspend a user or

129    ban them from the service and what you do to ensure that such

130    decisions are made without undue bias.

131         We hope you can help us better understand what role automated

132    algorithms have in this process and how those algorithms are

133    designed to ensure consistent outcomes and a fair process.

134         The company that you and your co-founders created plays an

135    instrumental role in sharing news and information across the

136    globe.  We appreciate your willingness to appear before us to

137    today and to answer our questions.

138         With that, I yield back the balance of my time and recognize

139    Mr. Pallone from New Jersey for an opening statement.

140         Mr. Pallone.  Thank you, Mr. Chairman.

141         Over the past few weeks, President Trump and many Republicans

142    have peddled conspiracy theories about Twitter and other social

143    media platforms to with up their base and fund raise.

144         I fear the Republicans are using this hearing for those

145    purposes instead of addressing the serious issues raised by social

EXHIBIT Q-2

146    media platforms that affect Americans' everyday lives.

147         Twitter is a valuable platform for disseminating news,

148    information, and viewpoints.   It can be a tool for bringing people

149    together and allows one to reach many.

150         In places like Iran and Ukraine, Twitter was used to organize

151    and give voice to the concerns of otherwise voiceless individuals.

152         Closer to home, Twitter and hashtags like #StayWoke, #MeToo,

153    and #NetNeutrality have fostered important conversations and

154    supported larger social movements that are changing our society.

155         But Twitter has a darker side.   Far too many Twitter users

156    still face bullying and trolling attacks.   Tweets designed to

157    threaten, belittle, demean, and silence individuals can have a

158    devastating effect, sometimes even driving people to suicide,

159    and while Twitter has taken some steps to protect users and enable

160    reporting, more needs to be done.

161         Bad actors have co-opted Twitter and other social media

162    platforms to spread disinformation and sow divisions in our

163    society.

164         For example, Alex Jones used Twitter to amplify harmful and

165    dangerous lies such as those regarding the Sandy Hook Elementary

166    School shooting.

167         Other have used the platform to deny the existence of the

**EXHIBIT Q-2**

168   Holocaust, disseminate racial supremacy theories, and spread

169   false information about terrorism, natural disasters, and more.

170        When questioned about this disinformation, Twitter's CEO,

171   Jack Dorsey, said the truth will win out in the end.  But there

172   is reason to doubt that, in my opinion.

173        According to a recent study published by the MIT Media Lab,

174   false rumors on Twitter traveled, and I quote, "farther, faster,

175   deeper, and more broadly than the truth, with true claims taking

176   about six times as long to reach the same number of people," and

177   that's dangerous.

178        And countries like Russia and Iran are taking advantage of

179   this to broadly disseminate propaganda and false information.

180        Beyond influencing elections, foreign agents are actively

181   trying to turn groups of Americans against each other and these

182   countries are encouraging conflict to sow division and hatred

183   by targeting topics that generate intense feelings such as race,

184   religion, and politics.

185        Unfortunately, the actions of President Trump have made the

186   situation worse.  Repeatedly, the president uses Twitter to bully

187   and belittle people, calling them names like dog, clown, spoiled

188   brat, son of a bitch, enemies, and loser.

189        He routinely tweets false statements designed to mislead

EXHIBIT Q-2

190    Americans and foster discord, and the president's actions coarsen

191    the public debate and feed distrust within our society.

192         President Trump has demonstrated that the politics of

193    division are good for fund raising and rousing his base and, sadly,

194    Republicans are now following his lead instead of criticizing

195    the president for behavior that would not be tolerated even from

196    a child.

197         As reported in the news, the Trump campaign and the

198    Republican majority leader have used the supposed

199    anti-conservative bias online to fund raise.

200         This hearing appears to be just one more mechanism to raise

201    money and generate outrage, and it appears Republicans are

202    desperately trying to rally the base by fabricating a problem

203    that simply does not exist.

204         Regardless of the Republicans' intentions for this hearing,

205    Twitter and other social media platforms must do more to regain

206    and maintain the public trust.  Bullying, the spread of

207    disinformation and malicious foreign influence continue.

208         Twitter policies have been inconsistent and confusing.  The

209    company's enforcement seems to chase the latest headline as

210    opposed to addressing systematic problems.

211         Though Twitter and other social media platforms must

EXHIBIT Q-2

212        establish clear policies to address the problems discussed today,

213        provide tools to users and then swiftly and fairly enforce those

214        policies, and those policies should apply equally to the

215        president, politicians, administration officials, celebrities,

216        and the teenager down the street.

217             It's long past time for Twitter and other social media

218        companies to stop allowing their platforms to be tools of discord

219        of spreading false information and of foreign government

220        manipulation.

221             So I thank you for having the hearing, Mr. Chairman, and

222        I yield back.

223             The Chairman.   I thank the gentleman.

224             The chair now recognizes Mr. Dorsey for purposes of an

225        opening statement.   We appreciate your being here and feel free

226        to go ahead.

**EXHIBIT Q-2**

227    STATEMENT OF JACK DORSEY, CEO, TWITTER, INC.

228

229        Mr. Dorsey.  Thank you.

230        Thank you, Chairman Walden, Ranking Member Pallone, and the

231    committee for the opportunity to speak on behalf of Twitter to

232    the American people.

233        I look forward to our conversation about our commitment to

234    impartiality, to transparency, and to accountability.

235        If it's okay with all of you, I'd like to read you something

236    I personally wrote as I thought about these issues.  I am also

237    going to tweet it out right now.

238        I want to start by making something very clear.  We don't

239    consider political viewpoints, perspectives, or party

240    affiliation in any of our policies or enforcement decisions,

241    period.

242        Impartiality is our guiding principle.  Let me explain why.

243     We believe many people use Twitter as a digital public square.

244

245        They gather from all around the world to see what's happening

246    and have a conversation about what they see.  Twitter cannot

247    rightly serve as public square if it's constructed around the

248    personal opinions of its makers.

**EXHIBIT Q-2**

249     We believe a key driver of a thriving public square is the
250 fundamental human right of freedom of opinion and expression.

251     Our early and strong defense of open and free exchange has
252 enabled Twitter to be the platform for activists, marginalized
253 communities, whistle blowers, journalists, governments, and the
254 most influential people around the world.  Twitter will always
255 default to open and free exchange.

256     A default to free expression left unchecked can generate
257 risks and dangers for people.  It's important Twitter
258 distinguishes between people's opinions and their behaviors and
259 disarms behavior intending to silence another person or adversely
260 interfere with their universal human rights.

261     We build our policies and rules with the principle of
262 impartiality, objective criteria rather than on the basis of bias,
263 prejudice, or preferring the benefit to one person over another
264 for improper reasons.

265     If we learn we failed to create impartial outcomes, we
266 immediately work to fix.  In the spirit of accountability and
267 transparency, recently we failed our intended impartiality.

268     Our algorithms were unfairly filtering 600,000 accounts,
269 including some members of Congress, from our search auto complete
270 and latest results.  We fixed it, but how did it happen?

EXHIBIT Q-2

271       Our technology was using a decision-making criteria that

272    considers the behavior of people following these accounts.  We

273    decided that wasn't fair and we corrected it.

274       We will always improve our technology and algorithms to drive

275    healthier usage and measure the impartiality of those outcomes.

276       Bias in algorithms is an important topic.  Our

277    responsibility is to understand, measure, and reduce accidental

278    bias due to factors such as the quality of the data used to train

279    our algorithms.  This is an extremely complex challenge facing

280    everyone applying artificial intelligence.

281       For our part, machine-learning teams at Twitter are

282    experimenting with these techniques in developing roadmaps to

283    ensure present and future machine-learning models uphold a high

284    standard when it comes to algorithmic fairness.

285       It's an important step towards ensuring impartiality.

286    Looking at the data, we analyzed tweets sent by all members of

287    the House and Senate and found no statistically significant

288    difference between the number of times a tweet by a Democrat is

289    viewed versus a Republican, even after all of our ranking and

290    filtering of tweets has been applied.

291       Also, there is a distinction we need to make clear.  When

292    people follow you, you've earned that audience and we have a

**EXHIBIT Q-2**

293   responsibility to make sure they can see your tweets.  We do not

294   have a responsibility nor you a right to amplify your tweets to

295   an audience that doesn't follow you.

296        What our algorithms decide to show in shared spaces like

297   search results is based on thousands of signals that constant

298   learn and evolve over time.

299        Some of those signals are engagement.  Some are the number

300   of abuse reports.  We balance all of these to prevent gaming our

301   system.

302        We acknowledge the growing concern people have of the power

303   held by companies like Twitter.  We believe it's dangerous to

304   ask Twitter to regulate opinions or be the arbiter of truth.

305        We'd rather be judged by the impartiality of outcomes and

306   criticized when we fail this principle.

307        In closing, when I think of our work, I think of my mom and

308   dad in St. Louis, a Democrat and a Republican.  We had lots of

309   frustrating and -- frustrating and heated debates.  But looking

310   back, I appreciate I was able to hear and challenge different

311   perspectives and I also appreciate I felt safe to do so.

312        We believe Twitter helps people connect to something bigger

313   than themselves, show all the amazing things that are happening

314   in the world, and all the things we need to acknowledge and

EXHIBIT Q-2

315    address.

316        We are constantly learning how to make it freer and healthier

317    for all to participate.

318        Thank you, all.

319        [The prepared statement of Mr. Dorsey follows:]

320    **********INSERT 1**********

**EXHIBIT Q-2**

321          The Chairman.   Thank you, Mr. Dorsey.

322          We'll now begin the opportunity to have questions and I will

323     lead off.

324          So, Mr. Dorsey, I am going to get straight to the heart of

325     why we are here today.   We have a lot of questions about Twitter's

326     business practices including questions about your algorithms,

327     content management practices, and how Section 230's safe harbors

328     protect Twitter.

329          In many ways, for some of us, it seems a little bit like

330     the Wizard of Oz -- we want to know what's going on behind the

331     curtain.

332          This summer, reports surfaced that profiles of prominent

333     Republican Twitter users were not appearing in automatically

334     populated drop-down search results.   I think you mentioned that

335     in your own testimony.

336          This was after a member of this committee had her tweets

337     and ads taken off the service because of a basic conservative

338     message, and then there are other examples that have been sent

339     our way.

340          Twitter's public response is, and I quote, "We do not shadow

341     ban."   You're always able to see the tweets from accounts you

342     follow, although you may have to, quote, "do more work to find

EXHIBIT Q-2

343    them like go directly to their profile," closed quote.

344         But to most people, they might think of that as shadow

345    banning.  It doesn't matter what your definition of shadow

346    banning is when the expectation you are given to your users who

347    choose to follow certain accounts is different from what they

348    see on their time line and in their searches.

349         In one example of many, certain prominent conservative users

350    including some of our colleagues who have come to us --

351    Representatives Meadows, Jordan, Gaetz -- were not shown in the

352    automatically populated drop-down searches on Twitter, correct?

353         Out of the more than 300 million active Twitter users, why

354    did this only happen to certain accounts?  In other words, what

355    did the algorithm take into account that led to prominent

356    conservatives, including members of the U.S. House of

357    Representatives, not being included in auto search suggestions?

358     What caused that?

359         Mr. Dorsey.  Thank you for the question.

360         So we use signals, usually hundreds of signals, to determine

361    and to decide what to show, what to down rank, or, potentially,

362    what to filter.

363         In this particular case, as I mentioned in my opening, we

364    were using a signal of the behavior of the people following

**EXHIBIT Q-2**

365    accounts and we didn't believe, upon further consideration and
366    also seeing the impact, which was about 600,000 accounts -- a
367    pretty broad base -- that that was ultimately fair and we decided
368    to correct it.

369          We also decided that it was not fair to use a signal for
370    filtering in general and we decided to correct that within search
371    as well.

372          And it is important for us to, one, be able to experiment
373    freely with the signals and to have the -- to have the freedom
374    to be able to inject them and also to remove them because that's
375    the only way we are going to learn.

376          We will make mistakes along the way and the way we want to
377    be judged is making sure that we recognize those and that we
378    correct them, and what we are looking in terms -- for in terms
379    of whether we made a mistake or not is this principle of
380    impartiality and, specifically, impartial outcomes, and we
381    realized that in this particular case and within search that we
382    weren't driving that and we could have done a better job there.

383          The Chairman.  Let me ask you another question.  Could bots
384    game the system or work to block or silence certain voices,
385    political or otherwise?

386          Mr. Dorsey.  We are always looking for patterns of behavior

EXHIBIT Q-2

387    intending to amplify information artificially and that
388    information could include actions like blocking.
389         So that's why it's important that we don't just use one signal
390    but we use hundreds of signals and that we balance them
391    accordingly.
392         There is a perception that a simple report of a term -- of
393    a violation of the terms of service will result in action or down
394    ranking.  That is not true.  It is one signal that we use and
395    weigh according to other signals that we see across.
396         The Chairman.  I have one final question.  I asked followers
397    of Twitter -- Twitter followers I have and one from Oregon asked
398    why Twitter relies exclusively on users to report violations.
399         Mr. Dorsey.  This is a matter of scale.  So today, in order
400    to remove tweets or to remove accounts, we do require a report
401    of the violating and that report is reviewed by an individual.
402         Those reports are prioritized based on the severity of the
403    report.  So death threats have a higher prioritization of all
404    others and we take action on them much faster.
405         We do have algorithms that are constantly proactively
406    searching the network and, specifically, the behaviors on the
407    network and filtering and down ranking accordingly.
408         And what that means in terms of filtering is it might filter

EXHIBIT Q-2

409    behind an interstitial.  An interstitial is a graphic or element

410    within our app or service that one can tap to see more tweets

411    or show more replies.

412        So in some cases, we are proactively, based on these

413    algorithms, hiding some of the content, causing a little bit more

414    friction to actually see it and, again, those are models that

415    we constantly learn from and evolve as well.

416        The Chairman.  My time has expired.

417        I now recognize the gentleman from New Jersey, Mr. Pallone.

418        Mr. Pallone.  Thank you, Mr. Chairman.

419        Twitter's effect on American society raise genuine and

420    serious issues.  But that's not why the Republican majority has

421    called you here today, Mr. Dorsey.

422        I think it's the height of hypocrisy that President Trump

423    and congressional Republicans criticize Twitter for supposed

424    liberal bias when President Trump uses the platform every day

425    for his juvenile tweets and spreading lies and misinformation

426    to the whole country and to the world.

427        In my opinion, you have an obligation to ensure your

428    platform, at a minimum, does no harm to our country or democracy

429    and the American public.

430        And as I noted in my opening, one persistent critique of

EXHIBIT Q-2

431    Twitter by civil rights advocates and victims of abuse and others
432    is that your policies are unevenly enforced.

433         The rich and powerful get special treatment.  Others get
434    little recourse when Twitter fails to protect them unless the
435    company gets some bad press.

436         Now, you have admitted that Twitter needs to do a better
437    job explaining how decisions are made, especially those by human
438    content moderators who handle the most difficult and sensitive
439    questions.

440         So let me just ask you, how many human content moderators
441    does Twitter employ in the U.S. and how much do they get paid?

442         Mr. Dorsey.  We -- so we want to think about this problem
443    not in terms of the number of people but how we make decisions
444    to invest in building new technologies versus hiring folks.

445         Mr. Pallone.  Well, let me ask you these three questions
446    on this point and then if you can't answer it I would appreciate
447    it if you can't -- through the chairman if you could get back
448    to us.

449         The first one was how many human content moderators does
450    Twitter employ in the U.S. and how much do they get paid, second,
451    how many hours of training is given to them to ensure consistency
452    in their decisions, and last, are they given specific instructions

EXHIBIT Q-2

453     to ensure that celebrities and politicians are treated the same

454     as everyone else.

455         If you can answer -- otherwise, I am going to ask you to

456     get back to us in writing because I --

457         Mr. Dorsey.  We'll follow up with you on specific numbers.

458      But on the last point, this is a very important distinction.

459      I do believe that we need to do more around protecting private

460     individuals than public figures.

461         I don't know yet exactly how that will manifest.  But I do

462     believe it's important that we extend the protection of our rules

463     more to private individuals necessarily than public figures.

464         Mr. Pallone.  Well, I appreciate that, because I think

465     everyone should be treated the same and you seem to be saying

466     that.  But we have to make sure that the enforcement mechanism

467     is there so that's true.

468         Let me -- let me ask, if you could report back to the committee

469     within one month of what steps Twitter is taking to improve the

470     consistency of its enforcement and the metrics that demonstrate

471     improvement, if you could, within a month.  Is that okay?

472         Mr. Dorsey.  Absolutely.

473         Mr. Pallone.  All right.

474         Now, let me turn to another issue.  I only have a minute.

EXHIBIT Q-2

475     Other technology companies like Airbnb and Facebook have
476     committed to conducting civil rights audits amid concerns raised
477     by members of the Congressional Black Caucus and others including
478     Representatives Rush to my left, Butterfield, and Clarke on our
479     committee, and these audits seek to uncover how platforms and
480     their policies have been used to stoke racial and religious
481     resentment or violence, and given the sometimes dangerous use
482     of your platform and the haphazard approach of Twitter towards
483     developing and enforcing its policies, I think your company should
484     take similar action.
485         So let me ask these three questions and, again, if you can
486     answer them.  If not, please get back to us within the month.
487
488         Will you commit to working with an independent third-party
489     institution to conduct a civil rights audit of Twitter?  Yes or
490     no.
491         Mr. Dorsey.  We will, and we do do that on a regular basis
492     with what's called our Trust and Safety Council, which --
493         Mr. Pallone.  All right.  But I mean, I would like -- asking
494     for an independent third party institution to conduct it.
495         Mr. Dorsey.  Yes.  Let us follow up with you on that.
496         Mr. Pallone.  All right.

**EXHIBIT Q-2**

497          Second, will you commit -- let me ask these two together
498     -- will you commit to making the results of all such audits
499     available to the public including all recommendations and
500     findings?
501          Mr. Dorsey.  Yes.  We do believe we need a lot more
502     transparency around our actions and our decisions --
503          Mr. Pallone.  All right.
504          Then the third one, Mr. Chairman, with your permission, will
505     you commit, based on the findings of all such audits to change
506     Twitter's policies, programs and processes to address these areas
507     of concern?  Yes or no.
508          Mr. Dorsey.  We are always looking to evolve our policies
509     based on what we find, so yes.
510          Mr. Pallone.  All right.
511          And again, Mr. Chairman, through you, if we could get a report
512     back to the committee within one month of the steps that Mr. Dorsey
513     is taking, I would appreciate it.
514          Mr. Dorsey.  Thank you.
515          The Chairman.  All right.  Thank you.
516          I now turn to Mr. Upton, former chairman of the committee,
517     for questions.
518          Mr. Upton.  Thank you, Mr. Chairman.

**EXHIBIT Q-2**

519    So, Mr. Dorsey, I think it's fair to say that even looking
520    at my Twitter feed that there are some fairly ugly things on
521    Twitter that come every now and then, and my name is Fred Upton
522    and I got a bet that my initials are probably used more than just
523    about any other.
524    [Laughter.]
525    Might even think that it's bipartisan on both sides of the
526    aisle.   But I would like to see civility brought back into the
527    public discourse.   In a July post, Twitter acknowledged that
528    tweets from bad faith actors who intend to manipulate or divide
529    the conversations should be ranked lower.
530    So the question is how do you determine whether a user is
531    tweeting to manipulate or divide the conversation?
532    Mr. Dorsey.   This is a great question and one that we have
533    -- we've struggled with in the past.   We recently determined that
534    we needed something much more tangible and cohesive in order to
535    think about this work and we've come across health as a concept.
536    And we've all had experiences where we felt we've been in
537    a conversation that's a little bit more toxic and we wanted to
538    walk away from it.
539    We've all been in conversations that felt really empowering
540    and something that we are learning from and we want to stay in

EXHIBIT Q-2

541    them.

542         So right now, we are trying to determine what the indicators

543    of conversational health are and we are starting with four

544    indicators.

545         One is what is the amount of shared attention that a

546    conversation has.  What percentage of the conversation is focused

547    on the same things?

548         What is a percentage of shared facts that the conversation

549    is having -- not whether the facts are true or false, but are

550    we sharing the same facts.  What percentage of the conversation

551    is receptive?

552         And finally, is there a variety of perspective within the

553    conversation or is it a filter bubble or echo chamber of the same

554    sort of ideas?

555         So we are currently trying to figure out what those

556    indicators of health are and to measure them and we intend not

557    only to share what those indicators are that we've found but also

558    to measure ourselves against it and make that public so we can

559    show progress, because we don't believe we can really fix anything

560    unless we can -- we can measure it and we are working with external

561    parties to help us do that because we know we can't do this alone.

562         Mr. Upton.  So do you believe that Twitter's rules are clear

EXHIBIT Q-2

563   on what's allowed and what's not allowed on the platform?

564        Mr. Dorsey.  I believe if you were to go to our rules today

565   and sit down with a cup of coffee, you would not be able to

566   understand it.  I believe we need to do a much better job not

567   only with those rules but with our terms of service.  We need

568   to make them a whole lot more approachable.

569        We would love to lead in this area and we are working on

570   this.  But I think there's a lot of -- I think there's a lot of

571   confusion around our rules and also our enforcement and we intend

572   to fix it.

573        Mr. Upton.  The last question is can a Twitter user's friend

574   or someone that they follow grant permission to access to that

575   user's personal information to a third party?

576        Mr. Dorsey.  No.  We -- if you are sharing your password

577   of your account with another, then they have the rights that you

578   would have to take on with that account.

579        Mr. Upton.  Yield back.

580        The Chairman.  The chair now recognizes the gentleman from

581   New York, Mr. Tonko.

582        Ms. DeGette is next.  Okay.  The chair now recognizes the

583   gentlelady from Colorado, Ms. DeGette.  We are going by the order

584   we were given.

EXHIBIT Q-2

585          Ms. DeGette.  Thank you very much, Mr. Chairman.

586          Mr. Dorsey, thank you so much for joining us here today

587     because these are important issues, and even though the Democrats

588     have highlighted that, really, some of the reasons why you came

589     are -- we think are political and wrong, nonetheless, there are

590     some real issues with Twitter that I think we can discuss today.

591

592          And as you said, Twitter really has become a tool for

593     engagement across society and, recently, we saw some of its

594     positive social change with the role it's played in the #Metoo

595     movement.

596          But nonetheless, Twitter has also experienced its own sexual

597     harassment problem to confront and I just wanted to ask you some

598     questions about how Twitter is dealing with these issues.

599          I don't know if you're aware, Mr. Dorsey, of the Amnesty

600     International report called "Toxic Twitter: A Toxic Place for

601     Women."  Are you aware of that?

602          Mr. Dorsey.  I am aware of it.

603          Ms. DeGette.  Mr. Chairman, I would like to ask unanimous

604     consent to put that in the record.

605          The Chairman.  Without objection.

606          [The information follows:]

EXHIBIT Q-2

607

608      **********COMMITTEE INSERT 2**********

609          Ms. DeGette.  Now, in that report, it described the issues

610     women face on Twitter and how Twitter could change to be more

611     friendly to women.  I assume you have talked to Amnesty

612     International about this report and about some of their

613     recommendations?

614          Mr. Dorsey.  I am not sure if -- I haven't personally but

615     I imagine that the folks on our team have.  But we can follow

616     up with you.

617          Ms. DeGette.  Thank you.

618          The report goes into great and, frankly, graphic detail of

619     the types of abuses that have been used -- experienced on Twitter

620     including threats of rape, bodily harm, and death.

621          Now, some were found -- have found to violate Twitter's

622     guidelines but others were not, and I think probably you and your

623     staff agree that Twitter needs to do a better job of addressing

624     instances where some of the users are using the platform to harass

625     and threaten others.

626          And so I am wondering if you can tell me does Twitter

627     currently have data on reports of abuse of conduct including on

628     the basis of race, religion, gender, or orientation, targeted

629     harassment, or threats of violence?  And separately, does Twitter

630     have data on the actions that it has taken to address these

EXHIBIT Q-2

631    complaints?

632         Mr. Dorsey.  So a few things here.  First and foremost, we

633    don't believe that we can create a digital public square for people

634    if they don't feel safe to participate in the first place, and

635    that is our number one and singular objective as a company is

636    to increase the health of this public space.

637         We do have data on all violations that we have seen across

638    the platform and the context of those violations, and we do intend

639    -- and this will be an initiative this year -- to create a

640    transparency report that will make that data more public so that

641    all can learn from it and we can also be held publicly accountable

642    to it.

643         Ms. DeGette.  That's good news, and you say you will have

644    that this year yet, by the end of --

645         Mr. Dorsey.  We are working on it as an initiative this year.

646     We have a lot of work to do to aggregate all the data and to

647    report that will be meaningful --

648         Ms. DeGette.  And is Twitter also taking actions to address

649    some of the deficiencies that have been identified in this report

650    and in other places?

651         Mr. Dorsey.  We are.  We definitely -- we are focussing --

652    one other point I wanted to make is that we don't feel it's fair

**EXHIBIT Q-2**

653    that the victims of abuse and harassment have to do the work to

654    report it.

655         Ms. DeGette.  Yes.

656         Mr. Dorsey.  Today, our system does work on reports,

657    especially when it has to take content down.  So abuse reports

658    is a metric that we would look at, not as something that we want

659    to go up because it's easier to report things but as something

660    we want to go down not only because we think that we can -- we

661    can reduce the amount of abuse but we can actually create

662    technology to recognize it before people have to do the reporting

663    themselves.

664         Ms. DeGette.  Recognize it and take it down before a report

665    has to be made?

666         Mr. Dorsey.  Yes.  Any series of enforcement actions all

667    the way to the -- to the extreme of it, which is removing content.

668         Ms. DeGette.  Thank you.

669         Mr. Chairman, I just want to say for the record I don't think

670    these issues are unique to Twitter.  Unlike so many of the

671    invented borderline conspiracy theories, I believe this is a real

672    threat and I appreciate you, Mr. Dorsey, taking this seriously

673    and your entire organization so that we can really reduce these

674    threats online.

EXHIBIT Q-2

675          Thank you, and I yield back.

676          Mr. Dorsey.  Thank you.

677          The Chairman.  The gentlelady yields back.

678          The chair recognizes the gentleman from Illinois, Mr.

679     Shimkus, for questions.

680          Mr. Shimkus.  Thank you, Mr. Chairman.

681          Mr. Dorsey, first of all, go Cards.  I am from the St. Louis

682     metropolitan area and be careful of Colin behind you, who has

683     been known to be in this committee room a couple times.  So we

684     are glad to have him back.

685          The -- while -- and I want to go to my questions and then

686     hopefully have time for a little summation.  While listening to

687     users is important, how can anyone be sure that standards about

688     what quote, unquote, "distracts" or "distorts" are being handled

689     fairly and consistently?  And the follow-up is doesn't this give

690     power to the loudest mob and, ultimately, fail to protect

691     controversial speech?

692          Mr. Dorsey.  So this goes back to that framework I was

693     discussing around health and, again, I don't -- I don't know if

694     those are the right indicators yet.  That's why we are looking

695     for outside help to make sure that we are doing the right work.

696          But we should have an understanding and a measurement --

**EXHIBIT Q-2**

697    a tangible measurement -- of our effects on our system and,

698    specifically, in these cases we are looking for behaviors that

699    try to artificially amplify information and game our systems in

700    some ways that might happen --

701        Mr. Shimkus.  Would you consider -- I am sorry to interrupt

702    -- but a bot would be -- you would consider that as manipulating

703    the system, right?

704        Mr. Dorsey.  If a bot is used for manipulating the

705    conversation and the way we --

706        Mr. Shimkus.  What about -- what about if the users band

707    together?  Would that be a -- you would consider manipulation?

708        Mr. Dorsey.  The same -- and that's why it makes this issue

709    complicated is because sometimes we see bots.  Sometimes we see

710    human coordinations in order to manipulate.

711        Mr. Shimkus.  Thank you.  The -- Twitter has a verification

712    program where users can be verified by Twitter as legitimate and

713    verified users have a blue checkmark next to their name on their

714    page.  How does the review process for designating verified users

715    align with your community guidelines or standards?

716        Mr. Dorsey.  Well, to be very frank, our verification

717    program right now is not where we'd like it to be and we do believe

718    it is in serious need of a reboot and a reworking.

**EXHIBIT Q-2**

719        And it has a long history.  It started as a way to verify

720    that the CDC account was the actual CDC account during the swine

721    flu and we brought into -- without as many principles -- strong

722    principles -- as we needed and then we opened the door to everyone,

723    and, unfortunately, that has caused some issues because the

724    verified badge also is a signal that is used in some of our

725    algorithms to rank higher or to inject within shared areas of

726    the --

727        Mr. Shimkus.  That was my next question.  You do prioritize

728    content shared by verified users currently?

729        Mr. Dorsey.  We do have signals that do that.  We are

730    identifying those and asking ourselves whether that is still true

731    and it's still correct today.

732        Mr. Shimkus.  And then I am just going to end with my final

733    minute to talk about industry standards.  I think my colleague,

734    Diana DeGette, hit on the issue because this is across the

735    technological space.

736        You're not the only one that's trying to address these type

737    of concerns.  Many industries have banded together to have

738    industry standards by which they can comply and also can help

739    self-police and self-correct.

740        I would encourage the tech sector to start looking at that

**EXHIBIT Q-2**

741     model and there's a lot of them out there.  I was fortunate to

742     get this book, "The Future Computed," in one of my visits to Tech

743     World, and, you know, they just mention fairness, reliability,

744     privacy, inclusion, transparency, and accountability as kind of

745     baseloads of standards that should go across the platform, and

746     we need to get there for the use of the platforms and the trust.

747         And with that, thank you, Mr. Chairman.  Yield back.

748         The Chairman.  The gentleman yields back.

749         The chair recognizes the gentleman from Texas, Mr. Green,

750     for questions.

751         Mr. Green.  Thank you, Mr. Chairman.

752         Mr. Dorsey, thank you for being here today and I am pleased

753     that Twitter started taking steps to improve users' experience

754     on its platform.

755         However, Twitter's current policies still leave the

756     consumers in danger of the spread of misinformation and

757     harassment.

758         Twitter needs to strengthen its policies to ensure that users

759     are protected from fake accounts, misinformation, and harassment,

760     and I know that's an issue you all are trying to address.

761         I would like to start off by addressing privacy.  Twitter

762     has changed its policy in regards to the general data protection

**EXHIBIT Q-2**

763     regulation that went into effect by the European Union this

764     summer.

765          The GDPR makes it clear that consumers need to be in control

766     of their own data and understands how their data is being given

767     to others.

768          Mr. Dorsey, as it now stands, the United States does not

769     mandate these settings are enforced.  However, I think they are

770     important for an integral part of consumers.

771          My question is will Twitter commit to allowing users in the

772     United States have the option of opting out of tracking, despite

773     the fact that there's no current regulation mandating this for

774     protection for consumers?

775          Mr. Dorsey.  Thank you for the question.

776          We -- even before GDPR was enacted and we complied with that

777     regulation, a year prior we were actively making sure that our

778     -- the people that we serve have the controls necessary to opt

779     out of tracking across the web, to understand all the data that

780     we have inferred on their usage, and to individually turn that

781     off and on.

782          So we took some major steps pre-GDPR and made sure that we

783     complied with GDPR as well.  We are very different from our peers

784     in that the majority of what is on Twitter is public.

EXHIBIT Q-2

785     People are approaching Twitter with a mind-set of when I

786     tweet this the whole world can see it.  So we have -- we have

787     a different approach and different needs.

788         But we do believe that privacy is a fundamental human right

789     and we will work to protect it and continue to look for ways to

790     give people more control and more transparency around what we

791     have on them.

792         Mr. Green.   Thank you.

793         One of the steps Twitter has taken to protect consumers has

794     been to come together with other social media platforms to create

795     the Global Internet Forum to Counter Terrorism.

796         However, there is no forum to counter fake bot accounts on

797     social media platforms.   What steps is Twitter taking to work

798     together with social media platforms to combat these fake bots

799     accounts like the 770 accounts Twitter and other social media

800     platforms recently deleted that were linked to Russian and Iranian

801     disinformation campaigns?

802         Mr. Dorsey.   Yes.   So this one is definitely a complicated

803     issue that we are addressing head on.   There's a few things we

804     -- we would love to just generally be able to identify bots across

805     the platform and we can do that by recognizing when people come

806     in through our API.

**EXHIBIT Q-2**

807        There are other vectors of attack where people script our

808     website or our app to make it look as if they were humans and

809     they're not coming through our API.

810        So it's not a simple answer.  But having said that, we have

811     gotten a lot better in terms of identifying and also challenging

812     accounts.

813        We identify 8 to 10 million accounts every single week and

814     challenge them to determine if they're human or not and we've

815     also thwarted over half a million accounts every single day from

816     even logging in to Twitter because of what we detected to be

817     suspicious activity.

818        So there's a lot more that we need to do but I think we do

819     have a good start.  We always want to side with more automated

820     technology that recognize behavior and patterns instead of going

821     down to the surface area of names or profile images or what not.

822

823        So we are looking for behaviors and the intention of the

824     action, which is oftentimes to artificially amplify information

825     and manipulate others.

826        Mr. Green.  Okay.

827        Thank you, Mr. Chairman.  I know I am out of my time, and

828     thank you for being here today.

EXHIBIT Q-2

829          The Chairman.  Mr. Green.

830          Mr. Dorsey.  Thank you so much.

831          The Chairman.  The chair will now recognize the gentleman

832     from Texas, the chairman of our Health Subcommittee, Dr. Burgess,

833     for four minutes for questions.

834          Mr. Burgess.  Thank you, Mr. Chairman.

835          Thank you, Mr. Dorsey, for being here.  I will just say that,

836     you know, Twitter is -- in addition to everything else, it's a

837     news source.

838          I mean, it's how I learned of the death of Osama bin Laden

839     many, many years ago when Seal Team 6 provided that information

840     and it happened in real time, late, a Sunday night.  The news

841     shows were all over, and Twitter provided the information.

842          This morning, sitting in conference, not able to get to a

843     television, one of my local television stations was attacked and

844     Twitter provided the real-time information and updates.  So it's

845     extremely useful and for that as a tool I thank you.

846          Sometimes, though -- well, Meghan McCain's husband

847     complained a lot on Twitter over the weekend because of a doctored

848     image of Meghan McCain that was put up on Twitter and then it

849     seemed like it took forever for that to come down.

850          Is there not some way that people can -- I understand there

**EXHIBIT Q-2**

851   are algorithms.  I understand that, you know, you have to have

852   checks and balances.  But, really, it shouldn't take hours for

853   something that's that egregious to be addressed.

854        Mr. Dorsey.  Absolutely, and that was unacceptable and we

855   don't want to use our scale as an excuse here.  We do need to

856   -- we need to do two things.

857        Number one, we can't place the burden on the victims and

858   that means we need to build technology so that we are not waiting

859   for reports -- that we are actively looking for instances.

860        While we do have reports and while we do -- while we are

861   making those changes and building that technology, we need to

862   do a better job at prioritizing, especially any sort of violent

863   or threatening information.

864        In this particular case, this was an image and we just didn't

865   apply the image filter to recognize what was going on in real

866   time.  So we did take way too many hours to act and we are using

867   that as a lesson to -- in order to help improve our systems.

868        Mr. Burgess.  And I am sure you have.  But just for the

869   record, have you apologized to the McCain family?

870        Mr. Dorsey.  I haven't personally but I will.

871        Mr. Burgess.  I think you just did.

872        But along the same lines, but maybe a little bit different

**EXHIBIT Q-2**

873     -- I mean, the chairman referenced several members of Congress

874     who had been affected by what was described as shadow banning.

875

876         So does someone have to report?  Is it only fixed if someone

877     complains about it?  And if no one complained, would it have been

878     fixed?  So with Mr. Jordan, Mr. Meadows, Mr. Gaetz, and their

879     accounts being diminished, is it only because they complained

880     that that got fixed?

881         Mr. Dorsey.  It's a completely fair point and, you know,

882     we are regularly looking at the outcomes of our algorithms.  It

883     wasn't just the voices of members of Congress.

884         We saw, as we rolled this system out, a general conversation

885     about it and sometimes we need to roll these out and see what

886     happens because we are not going to be able to test every single

887     outcome in the right way.

888         So we did get a lot of feedback and a lot of conversations

889     about it and that is what prompted more digging and an

890     understanding of what we were actually doing and whether it was

891     the right approach.

892         Mr. Burgess.  And as a committee, can we expect any sort

893     of follow-up as to your own internal investigation -- your own

894     investigations digging that you described?  Is that something

EXHIBIT Q-2

895   that you can share with us as you get more information?

896        Mr. Dorsey.  We would -- we would love to.  I mean, we want

897   to put a premium on transparency and also how we can give you

898   information that is, clearly, accountable to changes.

899        That is why we are putting the majority of our focus on this

900   particular topic into our transparency report that we would love

901   to -- we'd love to release.  It's going to require a bunch of

902   work --

903        Mr. Burgess.  Sure.

904        Mr. Dorsey.   -- and some time to do that.  But we would

905   love to share it.

906        Mr. Burgess.  And we appreciate your attention to that.

907        Mr. Chairman, I will yield back.  Thank you.

908        The Chairman.  The gentleman yields back.

909        The chair recognizes the gentleman from Pennsylvania, Mr.

910   Doyle, for four minutes.

911        Mr. Doyle.  Thank you, Mr. Chairman.

912        Mr. Dorsey, welcome.  Thanks for being here.  I want to read

913   a few quotes about Twitter's practices and I just want you to

914   tell me if they're true or not.

915        "Social media is being rigged to censor conservatives."

916   Is that true of Twitter?

EXHIBIT Q-2

917          Mr. Dorsey.  No.

918          Mr. Doyle.  "I don't know what Twitter is up to.  It sure

919     looks like to me that they're censoring people and they ought

920     to stop it."  Are you censoring people?

921          Mr. Dorsey.  No.

922          Mr. Doyle.  "Twitter is shadow banning prominent

923     Republicans.  That's bad."  Is that true?

924          Mr. Dorsey.  No.

925          Mr. Doyle.  So these were statements made by Kevin McCarthy,

926     the House majority leader, on Twitter, Devin Nunes on Fox News,

927     and President Trump on Twitter, and I want to place those

928     statements into the record, Mr. Chairman.

929          The Chairman.  Without objection.

930          [The information follows:]

931

932     **********COMMITTEE INSERT 3**********

EXHIBIT Q-2

933          Mr. Doyle.  I think it's important for people to understand
934     -- you know, the premise of this whole hearing and the reason
935     that Twitter somehow, with all the other social media platforms
936     out there, got the singular honor to sit in front of this committee
937     is because there is some implication that your site is trying
938     to censor conservative voices on your platform.
939          Now, when you tried to explain the shadow banning, as I
940     understand it you had a system where if people who were following
941     people had some behaviors, that was the trigger that allowed --
942     that caused you to do the shadow banning.
943          So you were really like an equal opportunity shadow banner,
944     right?  You didn't just shadow ban four conservative Republicans.
945
946          You shadow banned 600,000 people across your entire platform
947     across the globe who had people following them that had certain
948     behaviors that caused you to downgrade them coming up.  Is that
949     correct?
950          Mr. Dorsey.  Correct.
951          Mr. Doyle.  So this was never targeted at conservative
952     Republicans.  This was targeted to a group of 600,000 people
953     because of the people who followed them, and then you determined
954     that wasn't fair and you corrected that practice.  Is that

**EXHIBIT Q-2**

955      correct?

956          Mr. Dorsey.  Correct.

957          Mr. Doyle.  So just for the record, since you have been

958      singled out as a social media platform before this committee,

959      Twitter undertook no behavior to selectively censor conservative

960      Republicans or conservative voices on your platform.  Is that

961      correct?

962          Mr. Dorsey.  Correct.

963          Mr. Doyle.  Good.  So let the record reflect that because

964      that's the whole reason supposedly we are here, because House

965      Leader Kevin McCarthy wrote our chairman a letter and said, hey,

966      this is going on and we think your committee should investigate

967      it, and it's a load of crap.

968          Now, let me ask you a couple other things while I still have

969      some time.  What are you doing to address the real concerns many

970      of us have about Twitter -- people that use Twitter to bully,

971      troll, or threaten other people?

972          We know that this has led to many prominent users,

973      particularly women, who have been targeted with sexual threats

974      leaving Twitter because of this toxic environment.

975          Now, I understand that you're working to address these issues

976      and that you want to to use machine learning and AI.  But I am

EXHIBIT Q-2

977     concerned that these solutions will take too long to deploy and

978     that they can't cure the ills that Twitter is currently suffering

979     from.

980          So my question is how can we be assured that you and your

981     company have the proper incentives to address the toxicity and

982     abusive behavior on your platform, given Twitter's current state?

983          Mr. Dorsey.  First and foremost, we -- our singular

984     objective as a company right now is to increase the health of

985     public conversation and we realize that that will come at

986     short-term cost.

987          We realize that we will be removing accounts.  We realize

988     that it doesn't necessarily go into a formula where -- I think

989     there's a perception that we are not going to act because we want

990     as much activity as possible.  That is --

991          Mr. Doyle.  Right.  There's like an economic disincentive

992     to act because it takes people from your platform.

993          Mr. Dorsey.  That is not true.  So we see increasing health

994     of public conversation as a growth vector for us.

995          Mr. Doyle.  Good.

996          Mr. Dorsey.  It's not a short-term growth vector.  It is

997     a long-term growth vector and we are willing to take the hard

998     -- to take the hard path and the decisions in order to do so and

**EXHIBIT Q-2**

999     we communicated a lot of these during our last earnings call and

1000    the reaction by Wall Street was not as positive.

1001        But we believe it was important for us to continue to increase

1002    the health of this public square.  Otherwise, no one's going to

1003    use it in the first place.

1004        Mr. Doyle.  Thank you for being here today.

1005        I yield back.

1006        The Chairman.  The gentleman yields back.

1007        The chair recognizes the gentleman from Texas, former

1008    chairman of the committee, Mr. Barton, for four minutes.

1009        Mr. Barton.  Thank you, Mr. Chairman, and I want to thank

1010    you, sir, for appearing voluntarily without subpoena and standing

1011    or sitting there all by yourself.  That's refreshing.

1012        I don't know what a Twitter CEO should look like but you

1013    don't look like a CEO of Twitter should look like with that beard.

1014        Mr. Dorsey.  My mom would agree with you.

1015        [Laughter.]

1016        Mr. Barton.  I am going to kind of reverse the questions

1017    that my good friend, Mr. Doyle, just asked so that we kind of

1018    get both sides of the question.

1019        In the -- in a July blog post, your company, Twitter,

1020    indicated some Democrat politicians were not properly showing

EXHIBIT Q-2

1021     up within search auto suggestions.   In other words, your company

1022     said that your algorithm were somewhat discriminatory against

1023     Democrats.

1024          Can you identify which Democrat representatives and accounts

1025     weren't properly showing up?

1026          Mr. Dorsey.  We typically don't identify those as a matter

1027     of protecting their privacy and they haven't communicated that.

1028      But we can certainly follow up with your staff.

1029          Mr. Barton.  All right.  Can you identify how many without

1030     naming names?

1031          Mr. Dorsey.  I can -- we'll follow up with your staff on

1032     that.

1033          Mr. Barton.  Can you personally vouch that that statement

1034     is a true statement --

1035          Mr. Dorsey.  Yes.

1036          Mr. Barton.   -- that there are Democrat politicians who,

1037     when you did the auto search, they didn't show up?

1038          Mr. Dorsey.  Yes.  It was -- it was over 600,000 accounts.

1039          Mr. Barton.  No.  No.  There were 600,000 accounts affected

1040     but how many Democrat versus Republican accounts?

1041          Mr. Dorsey.  Yes, I --

1042          Mr. Barton.  The allegation that we made, the Republicans,

**EXHIBIT Q-2**

1043     is that you're discriminatory against us -- against the

1044     Republicans.  Your post says, well, there were some Democrat

1045     politicians, too.

1046          So out of 600,000 if there were a thousand Republicans and

1047     10 Democrats, it still seems somewhat biased.  If it's 50/50,

1048     then that's a whole different ball game.

1049          Mr. Dorsey.  Well, we agree that the result was not impartial

1050     and that is why we corrected it and we fixed it.

1051          Mr. Barton.  So you do agree that there were more Republicans

1052     than Democrats?

1053          Mr. Dorsey.  I didn't say that.  But I do -- I do --

1054          Mr. Barton.  Well, you can't have it both ways, sir.

1055          [Laughter.]

1056          It's either 50/50 or one side is disproportionately affected

1057     and the allegation is that more Republicans were affected.

1058          Mr. Dorsey.  Well, we don't always have the best methods

1059     to determine who is a Republican and who is a Democrat.  We have

1060     to refer --

1061          Mr. Barton.  Well, usually it's known because we run as

1062     Republicans or Democrats.  That's not hard to identify.

1063          Mr. Dorsey.  Yes.  When it is self-identified it's easier.

1064     But we -- you know, we are happy to follow up with you.

**EXHIBIT Q-2**

1065    Mr. Barton.  Well, do you want to -- my chairman keeps

1066  whispering in my ear.  I am glad to have a staffer who's the

1067  chairman of the committee.

1068    Do you discriminate more on philosophy like

1069  anti-conservative versus pro-liberal?

1070    Mr. Dorsey.  No.  Our policies and our algorithms don't take

1071  into consideration any affiliation philosophy or viewpoint.

1072    Mr. Barton.  That's hard to stomach.  I am not -- I just

1073  -- we wouldn't be having this discussion if there wasn't a general

1074  agreement that your company has discriminated against

1075  conservatives, most of whom happen to be Republican.

1076    Mr. Dorsey.  I believe that we have found impartial outcomes

1077  and those are what we intend to fix and continue to measure.

1078    Mr. Barton.  All right.  Well, my time is about to expire.

1079   You said you would provide my staff those answers with some more

1080  specificity and I hope you mean that.

1081    But, again, thank you for voluntarily appearing.  I yield

1082  back.

1083    Mr. Dorsey.  Thank you.  We'll follow up with you.

1084    The Chairman.  The gentleman yields back.

1085    The chair recognizes the gentlelady from California, Ms.

1086  Matsui, for four minutes for questions.

EXHIBIT Q-2

1087          Ms. Matsui.  Thank you very much, Mr. Chairman.

1088          Mr. Dorsey, thank you for being here.  I know it's becoming

1089     a long day for you.

1090          I want to talk to you about anonymization.  It's been noted

1091     that advertising is less concerned with identifying the

1092     individual per se than with the activity of users to predict and

1093     infer consumer behavior.

1094          But I wonder if that is quickly becoming a distinction

1095     without a difference.  Even when user content isn't associated

1096     with that user's name, precise information can and is gathered

1097     through metadata associated with messages or tweets.

1098          For instance, Twitter offers geospatial metadata that

1099     requires parsing the tweet for location and names of interest

1100     including nicknames.  The metadata could then be associated with

1101     other publicly available social media data to re-identify

1102     individuals, and researchers have demonstrated this ability.

1103          So even though advertising itself may not be considered with

1104     identifying the individual, how is Twitter working to ensure its

1105     data is not being used by others to do so?

1106          Mr. Dorsey.  Well, we -- first and foremost, the data on

1107     Twitter is very different than our peer companies, given that

1108     the majority of our data is public by default, and where we do

1109 infer information around people's interests or their behaviors

1110 on the network we enable them, first and foremost, to see what

1111 we've collected and, second, turn it off.

1112  And in terms of our data business, our data business is

1113 actually focussed on packaging up and making real time the public

1114 data, and we send everyone who wants to consume that real-time

1115 stream of the public data through a know-your-customer process,

1116 which we audit every year as well to make sure that the intent

1117 is still good and proper and also consistent with how they signed

1118 up.

1119  Ms. Matsui.  Okay.  As I previously announced in this

1120 committee, I am soon introducing legislation to direct the

1121 Department of Commerce to convene a working group of stakeholders

1122 to develop a consensus-based definition of block chain.

1123  Distributed ledger technologies such as block chain have

1124 particularly interesting potential applications in the

1125 communications space ranging from identity verification to IOT

1126 deployments and spectrum sharing.

1127  But there currently is no common definition of block chain,

1128 which could hinder in its deployment.  You had previously

1129 expressed interest in the broad applications of block chain

1130 technology including potentially any effort to verify identity

EXHIBIT Q-2

1131      to fight misinformation and scams.

1132           What potential applications do you see for block chain?

1133           Mr. Dorsey.  You know, first and foremost, we need to start

1134      with problems that we are trying to solve and the problems we

1135      are solving for our customers and then look at all available

1136      technology in order to understand if it can help us or accelerate

1137      or make those outcomes much better.

1138           So block chain is one that I think has a lot of untapped

1139      potential, specifically around distributed trust and distributed

1140      enforcement, potentially.

1141           We haven't gone as deep as we'd like just yet in understanding

1142      how we might apply this technology to the problems we are facing

1143      at Twitter but we do have people within the company thinking about

1144      it today.

1145           Ms. Matsui.  Okay.  Advertising-supported models like

1146      Twitter generate revenue through user-provided data.  In your

1147      terms of service, you maintain that what's yours is yours -- you

1148      own your content.

1149           I appreciate that, but I want to understand more about that.

1150       To me, it means users ought to have some say about if, how, and

1151      when it's used.

1152           But you say that Twitter has an evolving set of rules for

EXHIBIT Q-2

1153    how partners can interact with user content and that Twitter may

1154    modify or adapt this content as it's distributed.

1155        The hearings this committee has held demonstrated that the

1156    real crux of the issue is how content is used and modified to

1157    develop assumptions and inferences about users to better target

1158    ads to the individual.

1159        Do you believe that consumers own their data, even when that

1160    data has modified, used to develop inferences, supplemented by

1161    additional data, or otherwise?

1162        Mr. Dorsey.  Sorry.  What was the question?  Do I --

1163        Ms. Matsui.  Do you believe that consumers own their data?

1164        Mr. Dorsey.  Yes.

1165        Ms. Matsui.  Even when that data has modified, used to

1166    develop inferences, supplemented by additional data, or

1167    otherwise?

1168        Mr. Dorsey.  Yes.  Generally, we would want to understand

1169    all the ramifications of that.  But yes, we believe that people

1170    own their data and should have ultimate control over it.

1171        Ms. Matsui.  Okay.  Thank you.

1172        I yield back.

1173        The Chairman.  The gentlelady yields back.

1174        The chair now recognizes the whip of the House, Mr. Scalise,

EXHIBIT Q-2

1175      for four minutes.

1176          Mr. Scalise.  Thank you, Mr. Chairman.

1177          And Mr. Dorsey, appreciate you coming, and as others have

1178      said, we are welcoming your testimony and your willingness to

1179      answer some of these questions, and I think there are serious

1180      concerns more than anything about how Twitter has been used and

1181      will continue to be used and, clearly, there is many examples

1182      of things that Twitter has done and you can just look at the Arab

1183      Spring.

1184          Many people would suggest that a lot of the real ability

1185      for the Arab Spring to take off started with platforms like

1186      Twitter, and in 2009 you were banned in Iran and we've seen other

1187      countries -- China and North Korea have banned Twitter.

1188          And I would imagine when Twitter was banned, it wasn't a

1189      good feeling.  But what we are concerned about is how Twitter

1190      has, in some ways, it looks like selectively adversely affected

1191      conservatives.

1192          I want to go through a couple of examples, and I would imagine

1193      you're familiar with these but our colleague, Marsha Blackburn,

1194      when she announced her campaign for the Senate, Twitter quickly

1195      banned her announcement advertisement because it had a pro-life

1196      message.

**EXHIBIT Q-2**

1197          She, at the time, was the chair of the Special Select

1198     Committee that a number of my colleagues, both Republican and

1199     Democrat, here were on it that were looking into the sale of body

1200     parts, and Twitter banned her because they said this statement

1201     was deemed an inflammatory statement that is likely to evoke a

1202     strong negative reaction.

1203          Are you familiar with this?

1204          Mr. Dorsey.  Yes.

1205          Mr. Scalise.  Why was she banned for just stating a fact

1206     that Congress was actually investigating because of the deep

1207     concern nationally when this scandal took place?

1208          Mr. Dorsey.  Well, first, we -- this was a mistake and we

1209     do apologize --

1210          Mr. Scalise.  This was a mistake by Twitter?

1211          Mr. Dorsey.  It was a mistake by Twitter.  It was a mistake

1212     by us, which we corrected.

1213          Mr. Scalise.  So was anybody held accountable for that

1214     mistake?

1215          Mr. Dorsey.  What do you mean by that?

1216          Mr. Scalise.  Well, somebody -- I mean, there was a

1217     spokesperson that said we deem it inflammatory -- Twitter deems

1218     it inflammatory and at the same time the organization that was

**EXHIBIT Q-2**

1219     selling the body parts was not banned by Twitter but our colleague,

1220     who just exposed the fact that the sale of body parts was going

1221     on, was banned by Twitter, and your -- one of your own

1222     spokespersons said that it was inflammatory.

1223          Was that person held accountable for making those kind of

1224     statements?

1225          Mr. Dorsey.  We use the -- you know, these events and these

1226     opportunities to improve our process and look for ways --

1227          Mr. Scalise.  And we've talked about that and, obviously,

1228     I appreciate the fact that you have acknowledged that there have

1229     been some mistakes made in algorithms and we've talked about this

1230     with other companies.

1231          Facebook was in here talking about similar concerns that

1232     we had with their algorithm and how we felt that might have biased

1233     against conservatives.

1234          A liberal website, Vice, did a study of all members of

1235     Congress -- all 535 -- and they identified only three that they

1236     felt were targeted in the shadow banning and that was Reps.

1237     Meadows, Jordan, and Gaetz.

1238          And I know while, I think, Mr. Barton was trying to get into

1239     this in more detail, if there were 600,000, ultimately they did

1240     a study and found only three members of Congress were biased

**EXHIBIT Q-2**

1241        against and all three happened to be conservatives.

1242            And so can you at least see that that is a concern that a

1243        lot of us have if there is a real bias in the algorithm as it

1244        was developed?

1245            And look, I've written algorithms before.  So if somebody

1246        wrote an algorithm with a bias against conservatives, I would

1247        hope you are trying to find out who those people are and if they're

1248        using their own personal viewpoints to discriminate against

1249        certain people.

1250            Because if it's your stated intention that you don't want

1251        that discrimination to take place, I would hope that you would

1252        want to know if there are people working for Twitter that did

1253        have that kind of discriminatory viewpoint against conservatives

1254        that you would at least hold them accountable so that it doesn't

1255        happen again.

1256            Mr. Dorsey.  I would want to know that, and I assure you

1257        that the algorithm was not written with that intention.  The

1258        signal that we were using caught people up in it and it was a

1259        signal that we determined was not relevant and also not fair in

1260        this particular case.

1261            And there will be times -- and this is where we need to

1262        experiment, as you know, in writing algorithms in the past --

EXHIBIT Q-2

1263    that you need to test things and see if they work at scale and

1264    pull them back correctly if they don't and that is -- that is

1265    our intention.

1266         Mr. Scalise.  But also you shouldn't inject your own

1267    personal viewpoint into that unless that's the intention of the

1268    company. But you're saying it's not the intention of the company.

1269         Mr. Dorsey.  That is not the intention and they should never

1270    be ejecting people.

1271         Mr. Scalise.  And I know I am out of time.  But I appreciate

1272    at least your answering these questions.  Hopefully, we can get

1273    some more answers to these examples and there are others like

1274    this that we'd surely like to have addressed.

1275         Thank you.  Yield back.

1276         The Chairman.  The chair now recognizes the --

1277         [Disturbance in hearing room.]

1278         The Chairman.  Order.  We'll have order in the hearing room

1279    or you will be asked to leave.  You -- ma'am, if you will please

1280    take a seat or we'll have to have you -- then you will need to

1281    relieve --

1282         [Disturbance in hearing room.]

1283         Mr. Long.  Huh?  What's she saying?  I can't understand

1284    her.  What?  What's she --

EXHIBIT Q-2

1285          The Chairman.   Officer, will you escort this young lady out,

1286     please?

1287          Somehow I think our auctioneer in residence is going to get

1288     tweeted about today.   Yeah.

1289          I would remind members of the audience you're here to

1290     observed, not participate, and I appreciate that.

1291          We'll now turn to the gentleman from New York, Mr. Engel,

1292     for four minutes.

1293          Mr. Engel.   That's a hard act to follow, Mr. Chairman.

1294     That's a hard act to follow.   Maybe I will get Mr. Long to help

1295     me along a little bit as well.

1296          Thank you, Mr. Chairman and Mr. Pallone.

1297          Mr. Dorsey, welcome.   Our country is facing a direct threat

1298     to our democratic institutions.   We need to find ways to stop

1299     foreign adversaries like Russia and Iran from using American

1300     technology against us.

1301          Earlier this year, Special Counsel Robert Mueller, filed

1302     an indictment against a Russian internet research agency,

1303     charging that they created fake social media accounts, sometimes

1304     using American stolen identities, to sow discord and interfere

1305     with our 2016 elections.   I have a copy of that indictment here,

1306     and Mr. Chairman, I would like to introduce it for the record.

EXHIBIT Q-2

1307          The Chairman.  Without objection.

1308          [The information follows:]

1309

1310      **********COMMITTEE INSERT 4**********

EXHIBIT Q-2

1311        Mr. Engel.  Mr. Dorsey, Twitter recently took down a number

1312    of Russian- and Iranian-linked accounts after it was tipped off

1313    by a cybersecurity firm.

1314        I am glad to see that Twitter is taking action to protect

1315    us.  But do you think we should be concerned that an outside

1316    cybersecurity firm detected fraudulent activity before you did?

1317        Mr. Dorsey.  Well, I think it's really important that we

1318    have outsiders and we have an open channel to them because they're

1319    always going to approach the data and the work in a way that we

1320    may not see, and we are going to do our best to capture everything

1321    that we can and to be as proactive as we can.

1322        But we want to leave room for others to bring a different

1323    perspective that might look at what's happening on the platform

1324    in a different way that we do.

1325        Mr. Engel.  So how confident are you that Twitter can

1326    identify and remove all of the fake and automated accounts linked

1327    to a foreign adversary on your platform?

1328        Mr. Dorsey.  We are getting more and more confident.  But

1329    I do want to state that this is not something that has an end

1330    point that reaches perfection.

1331        We are always going to have to stay 10 steps ahead of the

1332    newest ways of attacking and newer vectors and we are getting

**EXHIBIT Q-2**

1333   more agile and better at identifying those and that's showing

1334   in some of our results, which I talked about earlier in the terms

1335   of being able to identify 8 to 10 million suspicious accounts

1336   every single week and then also challenging them to see if they're

1337   humans or bots or some sort of malicious automation.

1338       Mr. Engel.  I understand that Twitter is now requiring some

1339   suspicious accounts to respond to recapture to prove that they're

1340   human accounts and not bots.

1341       I was surprised to learn that you're not requiring users

1342   to do the same thing when they first sign up to Twitter.  New

1343   accounts are authenticated using only an email address.  Could

1344   you tell me why that is?

1345       Mr. Dorsey.  We actually do send accounts through a variety

1346   of authentication including sometimes reCAPTCHA.  It really

1347   depends on the context and the information that we have.  We have

1348   thwarted over a half a million accounts from even logging in in

1349   the first place because of that.

1350       Mr. Engel.  I understand that dealing with foreign

1351   adversaries can be difficult.  Twitter may respond to one

1352   practice only to find new tactics being used to sow discord.

1353   Can you commit to us with any level of certainty that the 2018

1354   mid-term elections in the United States will not be subject to

EXHIBIT Q-2

1355    interference by foreign adversaries using bots or other fake

1356    accounts on your platform?

1357        Mr. Dorsey.  We are committing to making it our number-one

1358    priority to help protect the integrity of the 2018 mid-terms and

1359    especially the conversation around it.

1360        Mr. Engel.  Let me ask you this, finally.  Are you aware

1361    of foreign adversaries using any different tactics on your

1362    platform to interfere in our 2018 mid-term elections?

1363        Mr. Dorsey.  None that we haven't communicated to the Senate

1364    Intelligence Committee and any that we do find we will be

1365    communicating and sharing with them.

1366        Mr. Engel.  Okay.  Thank you very much.  Thank you, Mr.

1367    Chairman.

1368        Mr. Dorsey.  Thank you.

1369        The Chairman.  I thank the gentleman.

1370        We now go to the gentleman from Ohio, Mr. Latta, for four

1371    minutes.

1372        Mr. Latta.  Thank you, Mr. Chairman.

1373        And Mr. Dorsey, thanks very much for being here with us today.

1374     I would like to ask my first question on how you're protecting

1375    that -- users' data.  Do you collect any data from other third

1376    parties about Twitter users?

EXHIBIT Q-2

1377        Mr. Dorsey.  We don't collect data from third parties about

1378    Twitter folks.  We do have embeds of tweets around the web and

1379    when people do go visit those sites we note that and we can

1380    integrate it when they do login to Twitter.  But people can turn

1381    that off as well.

1382        Mr. Latta.  How does Twitter use that data?

1383        Mr. Dorsey.  We use the data to personalize the experience

1384    specifically around -- it might -- it might infer a particular

1385    interest so that we can show them specific topics or make our

1386    advertising targeting better.

1387        Mr. Latta.  Is that sold or offered in some other forum then

1388    for the advertisers?

1389        Mr. Dorsey.  I am sorry?

1390        Mr. Latta.  Is it sold to the advertisers?

1391        Mr. Dorsey.  Is it sold to the advertisers?  No.

1392        Mr. Latta.  Okay.

1393        Let me back up to where Mr. Shimkus was when we were talking

1394    about the verification of the blue checkmark.  How easy is it

1395    for someone to obtain a verified Twitter handle and what does

1396    Twitter take to ensure it is not highlighting one political

1397    viewpoint over another through the use of that verification on

1398    the platform?

**EXHIBIT Q-2**

1399        Mr. Dorsey.  Well, right now it's extremely challenging

1400    because we've paused the verification program because we've found

1401    so many faults in it that we knew we needed a restart.

1402        We do make exceptions for any representatives of government,

1403    particular brands, or public figures of interest.  But we

1404    generally have paused that work.

1405        Before that pause, we did allow anyone to submit an

1406    application to be verified and it uses very -- it used various

1407    criteria in order to determine if the verification was necessary.

1408        Mr. Latta.  With that verification for that has said -- you

1409    all have said that it can be removed for the activity on the on/off

1410    platform.  What off platform is the basis for someone using that

1411    blue verified checkmark?

1412        Mr. Dorsey.  We look at specifically any violent extremist

1413    groups and off platform behavior for violent extremist groups,

1414    when we consider not just verification but also holding an account

1415    in the first place.

1416        Mr. Latta.  Okay.  In your statement, it said in the last

1417    year Twitter developed and launched more than 30 policy and

1418    product changes designed to "foster information, integrity, and

1419    protect the people who use our service from abuse and malicious

1420    automation."

**EXHIBIT Q-2**

1421     Can you share with the committee what those 30-plus policy
1422     and product changes are or highlight some and then give us the
1423     others in written?
1424     Mr. Dorsey.  Yes, and we can -- we can certainly follow up
1425     with all of you on exactly the details.  But we established new
1426     models, for instance, to detect where people are gaming our
1427     systems.  These are algorithms with an intent to artificially
1428     amplify.
1429     We have new reporting flows that enable people to report
1430     tweets or accounts.  We have changed policies reflective of
1431     current circumstances and what we are seeing and we have certainly
1432     done a bunch of work around GDPR, which has affected our work
1433     in general.  But we will follow up with you with enumeration.
1434     Mr. Latta.  If we could get those 30 points that would be
1435     great and submit those to the committee.
1436     You also indicated in your written statement that the company
1437     conducted an internal analysis of members of Congress affected
1438     by the auto suggest search issue and that you'd make that
1439     information available to the committee if requested.
1440     Will you commit to us on the committee that you will present
1441     all of Twitter's analysis as soon as that is possible after this
1442     hearing?

EXHIBIT Q-2

1443        Mr. Dorsey.  Yes, and we also hope to include this in our

1444    long-standing initiative of a transparency report around our

1445    actions.

1446        Mr. Latta.  Thank you.

1447        Mr. Chair, my time has expired.

1448        The Chairman.  I thank the gentleman from Ohio.

1449        The chair recognizes the gentlelady from Florida, Ms.

1450    Castor, for four minutes.

1451        Ms. Castor.  Thank you, Mr. Chairman.

1452        Good afternoon.  Mr. Dorsey, do you feel like you're being

1453    manipulated yourself -- you're part of a manipulation campaign

1454    because, I mean, when you see the majority leader of the Congress

1455    is running ads on Facebook to fundraise around allegations of

1456    anti-conservative bias on social media platforms and then you

1457    see the Trump campaign use President Trump's tweets where he

1458    claims anti-conservative bias at Google, Facebook, and Twitter,

1459    and then you -- we saw this outburst today.

1460        The woman jumped up, of course, with her phone so that she

1461    can get that and that's probably trying to spread on the web.

1462     And now, the Justice Department even says boy, this is so serious

1463    we have to investigate.

1464        Does this feel like a manipulation campaign itself to you?

**EXHIBIT Q-2**

1465   Mr. Dorsey.  Look, as I noted in my opening, I do believe

1466 that there's growing concern around the power that companies like

1467 ours hold and the reason why is people do see us as a digital

1468 public square and that comes with certain expectations and we

1469 --

1470   Ms. Castor.  That's a very diplomatic answer, I have to say,

1471 because there are very serious questions.  I mean, the Russian

1472 trolls created thousands of bots to influence our democracy --

1473 our elections.  They're doing it in other countries across the

1474 world.

1475   Do you -- do you feel like you have a handle on these bots?

1476 You said earlier in your testimony you ID 8 to 10 million accounts

1477 per month.  Is that right?

1478   Mr. Dorsey.  Per week.

1479   Ms. Castor.  Per week?

1480   Mr. Dorsey.  And to thwart over half a million accounts from

1481 logging in every single day.

1482   Ms. Castor.  Can Twitter keep up?

1483   Mr. Dorsey.  We intend to keep up.  So --

1484   Ms. Castor.  I mean, if they -- if they are using automated

1485 accounts, isn't -- don't we reach a point where they're -- they

1486 have the ability to overwhelm content on Twitter and affect your

**EXHIBIT Q-2**

1487    algorithms?

1488        Mr. Dorsey.  Maybe.  I mean, it is definitely -- others have

1489    described this as an arms race.  But I believe it's very much

1490    like security.  There's no perfect end point.

1491        When you build a lock, someone else will figure out how to

1492    break it, and therefore, you can't try to design and optimize

1493    for the perfect lock.  You always have to build those into the

1494    system.

1495        Ms. Castor.  Can't you -- can't you identify the bots at

1496    least as they sign up in some way so that folks understand okay,

1497    that's a fake automated account?

1498        Mr. Dorsey.  In certain cases, we can -- and it's a great

1499    point -- especially through our API.  There are more

1500    sophisticated ways of automation that actually script our site

1501    and our app that are much harder to detect because they're

1502    intending to look like human behavior with the slowness of human

1503    behavior rather than the speed of through an API.

1504        So it's a little bit more complicated.  It's not a challenge

1505    we are not intending to face.  We are taking it head on.

1506        Ms. Castor.  You have some creative minds.  I would think

1507    you can put all of those creative minds, all of your expertise,

1508    to work to do that.

EXHIBIT Q-2

1509        I want to ask you a little bit about privacy.  Twitter and

1510    other companies collect information on users and nonusers

1511    oftentimes without their knowledge.

1512        Twitter's business model is based on advertising and you

1513    serve targeted advertising to users based on vast amounts of data

1514    that you collect, which raises consumer privacy concerns.

1515        You -- up until last year, you -- the privacy policy included

1516    a promise to support do not track.  But then you changed your

1517    mind.

1518        Why?  Why shouldn't it be up to consumers?  Why shouldn't

1519    it be the consumer's choice on tracking?

1520        Mr. Dorsey.  Well, we do allow consumers within the app to

1521    turn off tracking across the web.

1522        Ms. Castor.  But they cannot -- you're still able to build

1523    the -- a profile on each and every user.  Isn't that correct?

1524        Mr. Dorsey.  If they log into the account then yes, and we

1525    allow them to turn that off.

1526        Ms. Castor.  But I understand that even when they go and

1527    they change the -- they opt out that you're still collecting data

1528    on them.  You're still tracking them.

1529        Mr. Dorsey.  I don't believe that's the case.  But happy

1530    to follow up with you with our team.

EXHIBIT Q-2

1531      Ms. Castor.  Okay, and let's do that because I am out of
1532  time.  Thank you.

1533      The Chairman.  The chair now recognizes the chairman of the
1534  Republican Conference, the gentlelady from Washington State,
1535  Cathy McMorris Rodgers, for four minutes.

1536      Mrs. McMorris Rodgers.  Thank you, Mr. Chairman, and thank
1537  you, Mr. Dorsey, for joining us today.  I want to start off by
1538  saying that I think Twitter is a valuable tool in modern
1539  communication and it's why, back in 2011, I was spearheading an
1540  effort to get our members signed up and using this tool.

1541      I think it's a great way to interact with the people that
1542  we represent and since then it's been amazing to see the growth
1543  of Twitter and the Twitter users all across America and the world.

1544      It's why I think this hearing is so timely.  There's a lot
1545  of serious questions that Americans have regarding tech platforms
1546  and the ones that they're using every day and the issues like
1547  data privacy, community standards, and censorship.

1548      Today, I want to focus on Twitter's procedures for taking
1549  down offensive and inappropriate content.  And as you know,
1550  there's been examples that were already shared today.

1551      I was going to highlight the one with Meghan McCain with
1552  the altered image of a gun pointed at her when she was mourning

EXHIBIT Q-2

1553    her father's loss, and the tweet image said, "America, this one's

1554    for you."

1555         Obviously, this offensive tweet was reported by other users,

1556    even to you, I understood.   Yet, it took nearly 16 hours for there

1557    to be action to take it down.

1558         So I just wanted to ask, first, do you think that this is

1559    a violation of Twitter's content policies and rules against

1560    violence and physical harm and that I would also like to understand

1561    how much of this is driven by the algorithm versus human content

1562    managers?

1563         Mr. Dorsey.  So it definitely is a violation and we were

1564    slow to act.  The tweet was actually up for five hours, but five

1565    hours way too long, and we build -- our current model works in

1566    terms of removing content based on reports that we receive and

1567    we don't believe that that is fair, ultimately.  We don't believe

1568    that we should put the burden of reporting abuse or harassment

1569    on the victim of it.

1570         We need to build algorithms to Proactively look for when

1571    these things are occurring and take action.  So the number of

1572    abuse reports that we get is a number that we would like to see

1573    go down not only because there's less abuse on the platform but

1574    because our algorithms are recognizing these things before

EXHIBIT Q-2

1575   someone has to report them and that is our goal, and it will take
1576   some time.  And meanwhile, while we --
1577       Mrs. McMorris Rodgers.  Can you talk to me then just about
1578   what are your current policies?  What are the current policies
1579   for prioritizing timely take downs and enforcement?
1580       Mr. Dorsey.  Yes.  So any sort of violent threat or image
1581   is at the top of our priority list in order to review and enforce,
1582   and we do have a prioritization mechanism for tweets as we get
1583   the reports.
1584       But, obviously, this one was too slow and is not as precise
1585   as it needs to be.  In this particular case, the reason why was
1586   because it was captured within an image rather than the tweet
1587   text itself.
1588       Mrs. McMorris Rodgers.  So I think much of the concern
1589   surrounding this incident and some others has been how long it
1590   takes to remove the content when there's a clear violation, and
1591   the issue only seemed to be resolve after people publicly tweeted
1592   about it, providing a larger platform for this type of content
1593   than it ever should have had.
1594       So I did want to hear what steps the company is going to
1595   be taking to speed up its response time to future ones to ensure
1596   these kind of incidences don't continue.

EXHIBIT Q-2

1597          Mr. Dorsey.   In the short term, we need to do a better job

1598     at prioritizing around the reports we receive, and this is

1599     independent of what people see or report to us on the platform.

1600          And in the longer term, we need to take the burden away from

1601     the victim from having to report it in the first place.

1602          Mrs. McMorris Rodgers.   Okay.   Well, clearly, you hold a

1603     large amount of power in the public discourse.   Allowing speech

1604     that incites violence could have devastating consequences and

1605     this is one way where I believe it's very important that Twitter

1606     take action to help restore trust with the people and your

1607     platform.

1608          So and with that, I will yield back my time.

1609          The Chairman.   The gentlelady yields back.

1610          The chair recognizes the gentleman from Maryland, Mr.

1611     Sarbanes, for four minutes.

1612          Mr. Sarbanes.   Thank you, Mr. Chairman.

1613          Mr. Dorsey, thank you for coming.   There are a number of

1614     important topics that we could be discussing with you today but,

1615     unfortunately, the Republican majority has decided to pursue the

1616     trumped-up notion that there is a special conservative bias at

1617     work in the way Twitter operates, and that's a shame.

1618          What worries me is this is all part of a campaign by the

EXHIBIT Q-2

1619    GOP and the right wing to work the refs -- complaining of

1620    non-existent bias to force and over correction, which then can

1621    result in some actual bias going in the other direction, and we

1622    saw this actually with Facebook.

1623        Conservatives cried bias because Facebook was seeking to

1624    make information available using reputable news sources instead

1625    of far right-wing outlets or conspiracy platforms.  So Facebook

1626    got pushed into this correction and it got rid of its human editors

1627    and the result was immediately it was overrun with hoaxes that

1628    were posing as news.

1629        I actually have questions about the subject of the hearing

1630    but I am going to submit those for the record and ask for written

1631    responses because I don't really have confidence that this hearing

1632    was convened for a serious purpose, to be candid.

1633        Like I said, I think it's just a chance to work the ref to

1634    push platforms like yours away from the serious task of empowering

1635    people with good and reliable information.

1636        But what is really frustrating to me about today's inquiry

1637    is that my Republican colleagues know there are plenty of other

1638    kinds of investigations that we should be undertaking in this

1639    Congress but they don't have any interest in pursuing them.

1640        And that's not just conjecture.  There's actually a list

EXHIBIT Q-2

1641    that's been circulating that Republicans put together of all the

1642    investigations that they've been blocking, sweeping under the

1643    rug because they want to hide the truth from the American people.

1644        And this spreadsheet which is going around is pretty telling.

1645    It's circulating in Republican circles.  So what are these

1646    things that they know could and should be investigated but they

1647    are determined to dismiss or bury or ignore altogether?

1648        According to their own secret cover-up list, Republicans

1649    don't want the public to see President Trump's tax returns.  They

1650    don't want the public to know about Trump's business dealings

1651    with Russia.

1652        They're determined not to investigate Secretary of Treasury

1653    Steven Mnuchin's business dealings.  They're blocking public

1654    inquiry into the personal email use of White House staff.

1655        They're wilfully ignoring how taxpayer money has been wasted

1656    by corrupt cabinet secretaries for first class travel, private

1657    jets, large security details, office expenses, and other misused

1658    perks.

1659        They're giving the president a pass on investigation into

1660    the motives behind his travel ban and his family separation

1661    policy.

1662        They definitely don't want the public to see how poorly the

**EXHIBIT Q-2**

1663    Trump White House responded to Hurricane Maria in Puerto Rico
1664    and, finally, they don't want the public to see how the
1665    administration is failing to protect our elections and guard
1666    against hacking attempts.
1667        These are all things that deserve attention and inquiry of
1668    this Congress.  But the Republicans are not going to let it
1669    happen.
1670        Let me just go back in the last 40 seconds and talk about
1671    election security because we are 60 days away from the mid-term
1672    election.  We know there are ongoing efforts to disrupt our
1673    democracy.  We know these same actors, these foreign and hostile
1674    actors, are using this very platform -- Twitter and others --
1675    to sow discord.
1676        We know the public is desperate that their representatives
1677    -- that's us -- will act to protect their democracy and we know,
1678    thanks to this list, that the Republicans know they should be
1679    investigating our nation's election security and hacking attempts
1680    by hostile actors.
1681        Instead, here we are, using our precious resources to feed
1682    Deep State conspiracy theories preferred by the president and
1683    his allies in Congress.  It's a shame that this committee,
1684    frankly, has been drawn into such a charade.

EXHIBIT Q-2

1685          I yield back my time.

1686          The Chairman.   The gentleman's time has expired.

1687          The chair now recognizes the gentleman from Mississippi,

1688     chair of the Oversight Subcommittee, Mr. Harper, for four minutes.

1689          Mr. Harper.   Thank you, Mr. Chairman, and thank you, Mr.

1690     Dorsey, for taking this time to be here.   It's a very important

1691     topic.

1692          We all utilize Twitter.   You have a very daunting task to

1693     try to work through this.   It's a lot, and we've talked a lot

1694     today about algorithms and, of course, those are really only as

1695     good as the people who create them, edit them, and guide them,

1696     and algorithms have to be trained, which means, as you know --

1697     the feeding them a lot of data.

1698          My understanding is that oversight of machine learning

1699     algorithms involves examining the data sets or the search results

1700     to look for that bias.   If bias is spotted, then the algorithm

1701     can be adjusted and retrained.

1702          So I want to understand the oversight that Twitter does of

1703     its own algorithms.   The algorithms that support Twitter's

1704     algorithmic time line are adjusted, if not daily, almost daily.

1705          Why is that and what are some reasons why the algorithms

1706     would need to be adjusted daily?

EXHIBIT Q-2

1707        Mr. Dorsey.  So we -- you know, bias in algorithms is a rather

1708   new field of research within broader artificial intelligence and

1709   it's something that is certainly new to us as a company as well.

1710        We do have teams who are focused on creating roadmap so that

1711   we can fully understand best practices for training, data sets,

1712   and also measuring impartiality of outcomes.

1713        But I will say that we are pretty early in that work.  We

1714   intend to get better much faster but we are very, very early.

1715    We are learning as quickly as possible, as is the industry, on

1716   how best to do this work and also how best to measure whether

1717   we are doing the right thing or not.

1718        In terms of why we need to change the signals all the time

1719   is because we -- when we release some of these models we release

1720   them in smaller tests and then as they go out to the broader Twitter

1721   at scale, we discover some unexpected things and those unexpected

1722   things will lead to questions, which then cause us to look deeper

1723   at the particular signals that we are using and as we recognize

1724   that there are any sort of impartiality within the outcome, we

1725   work to fix.  And it is somewhat dependent upon people giving

1726   us feedback.

1727        Mr. Harper.  And those teams that you're talking about,

1728   those are individuals, correct?

**EXHIBIT Q-2**

1729          Mr. Dorsey.  They're --

1730          Mr. Harper.  That are -- that are employees of Twitter?

1731          Mr. Dorsey.  Yes.  Yes --

1732          Mr. Harper.  And how do you take into account what their

1733     leanings or their, you know, bias or life story?  Does that have

1734     an input into what they determine is important or what to look

1735     for, or how do you factor that in?

1736          Mr. Dorsey.  It doesn't -- it doesn't have an input that

1737     we use.  The way we judge ourselves ultimately is are the

1738     algorithms making objective decisions -- our engineers using

1739     engineering rigor, which is free of bias and free of any action

1740     that might be aligned with one particular perspective or not.

1741     So --

1742          Mr. Harper.  Okay.  If I can ask this, because we only have

1743     a few moments.  What are they looking for?  What do they look

1744     for when they're deciding whether or not to make a change?

1745          Mr. Dorsey.  They're looking for fairness.  They're looking

1746     for impartiality.  They're looking for whether --

1747          Mr. Harper.  If I can interrupt must for a moment.  Who

1748     defines fairness?  What is that fairness that's determined there

1749     and -- because your fairness may be different than my definition

1750     of fairness, depending on what the issue or the interpretation

EXHIBIT Q-2

1751    of it is.

1752        Mr. Dorsey.  Yes.  This goes back to those health indicators

1753    that we are trying to search for.  So are we showing, for instance,

1754    a variety of perspectives or are we creating more echo chambers

1755    and filter bubbles.

1756        Mr. Harper.  And as you looked at the 600,000 users and then

1757    specifically you were asked earlier about that you -- you said

1758    you would follow up on the number of Democrats or Republicans

1759    in the House --

1760        Mr. Dorsey.  Where we can determine that.

1761        Mr. Harper.   -- so my question is, you know, that's a pretty

1762    limited, you know, pool.  We are talking about 435 members of

1763    the House.

1764        Do you -- do you have that info and just don't want to discuss

1765    it or do you have to find that info on how many House members

1766    there were that were affected?

1767        Mr. Dorsey.  We do have the info and we will share it.

1768        Mr. Harper.  Can you share it now?

1769        Mr. Dorsey.  Yes, we'll share it with you.

1770        Mr. Harper.  Can you share it now in your testimony?

1771        Mr. Dorsey.  I don't -- I don't have it front of me.

1772        Mr. Harper.  Okay.  But you will provide it?

1773           The Chairman.  The gentleman's time --

1774           Mr. Harper.  Thank you.  With that, I yield back my time.

1775           The Chairman.  The gentleman's time has expired.

1776           The chair now recognizes the gentleman from California, Mr.

1777  McNerney, or four minutes.

1778           Mr. McNerney.  I thank the chairman, and I thank you, Mr.

1779  Dorsey, for the frankness you have been showing on answering our

1780  questions.

1781           But this hearing is really a desperate effort to rally the

1782  Republican base before the November election and to please

1783  President Trump.

1784           However, there are some real serious issues that we should

1785  be examining -- for example, targeting.  Some social media

1786  networks have been accused of facilitating discriminatory

1787  advertising such as housing and employment ads.

1788           So when targeting ads, are advertisers able to exclude

1789  certain categories of users on Twitter, which would be

1790  discriminatory?

1791           Mr. Dorsey.  I am sorry.  Can you -- can you -- for political

1792  ads or issues ads?

1793           Mr. McNerney.  No, for non-political ads.  Are advertisers

1794  able to exclude groups or categories of users?

EXHIBIT Q-2

1795          Mr. Dorsey.  Advertisers are able to build criteria that

1796     include and exclude folks.

1797          Mr. McNerney.  So that could be -- end up being

1798     discriminatory?

1799          Mr. Dorsey.  Perhaps, yes.

1800          Mr. McNerney.  Apart from reviewing how ads are targeted,

1801     does Twitter review how its ads are ultimately delivered and if

1802     any discriminatory effects occur as a result of its own

1803     optimization process?

1804          Mr. Dorsey.  Yes, we do do regular audits of how our ads

1805     are targeted and how they're delivered and we work to make sure

1806     that we have fairness within them.

1807          Mr. McNerney.  Sure.  Could you briefly describe the

1808     process that Twitter uses for making changes to algorithms?

1809          Mr. Dorsey.  In terms of making changes to ads algorithms,

1810     we are looking first and foremost at the data test sets.

1811          We run through tests to make sure that we are -- that they're

1812     performing in the way that we expect with those outcomes and then

1813     we bring them out to production, which is at scale on the live

1814     system, and then also we are doing checks to make sure that they

1815     are consistent with constraints and boundaries that we expect.

1816          Mr. McNerney.  Has Twitter ever taken down an ad because

**EXHIBIT Q-2**

1817        of potential discriminatory effects -- non-political?

1818             Mr. Dorsey.  I will have to follow up with you on that to

1819        get that information.

1820             Mr. McNerney.  Well, it's difficult to know if Twitter's

1821        platforms are having discriminatory effects because there's no

1822        real way for watchdog groups to examine what's happening for

1823        potential biases.

1824             Twitter announced now that it's making political ads

1825        searchable.  How about non-political ads?  Is there a way for

1826        watchdog groups to examine how non-political ads are being

1827        targeted?

1828             Mr. Dorsey.  Yes.  Our ads transparency center is

1829        comprehensive of all ads.

1830             Mr. McNerney.  Thank you.  Okay, moving on to privacy --

1831        Twitter's privacy policy states that we believe you should always

1832        know where your data -- what data we collect from you and how

1833        we use it and what you should -- and you should have meaning control

1834        over both.

1835             But most Americans really don't know what's happening with

1836        their data.  There's a saying that if you aren't paying for a

1837        product that you are their product.  Do you agree with that?

1838             Mr. Dorsey.  I don't necessarily agree with that.  I mean,

EXHIBIT Q-2

1839    I do believe that we need to make more clear the exchange -- what

1840    people are trading to get a free service.

1841        I don't think we've done a great job at that, certainly within

1842    the service, and I do believe that that is important work and

1843    we should clarify it more.

1844        Mr. McNerney.  Is Twitter running educational campaigns to

1845    inform users about how data is being used?

1846        Mr. Dorsey.  Not at the moment, but we should be looking

1847    at that and also the incentives that we are providing people on

1848    the platform.

1849        Mr. McNerney.  I am going to follow up on some prior

1850    questions here.  If users disable the track mechanism, then does

1851    Twitter previously -- does Twitter still store previously

1852    collected data or does it erase it when they ask to be excluded

1853    when they opt out?

1854        Mr. Dorsey.  I believe it's erased.  But we'll have to

1855    follow up with the details.

1856        Mr. McNerney.  Okay.  And so you will commit to -- can you

1857    commit to erasing data when people opt out?

1858        Mr. Dorsey.  Yes, but let me just make sure I understand

1859    and we understand the constraints and the ramifications of that.

1860        Mr. McNerney.  Okay.  Thank you.

**EXHIBIT Q-2**

1861            Mr. Chairman, I yield back.

1862            Mr. Harper.  [Presiding.]  The gentleman yields back.

1863            We will now take a five-minute recess and reconvene in five

1864       minutes.

1865            [Recess.]

1866            The Chairman.  [Presiding.]  Our guests will take their

1867       seats.

1868            If our guests will take their seats and our members, we will

1869       resume the hearing now, and I recognize the gentleman from New

1870       Jersey, Mr. Lance, for four minutes for questions.

1871            Mr. Lance.  Thank you, Mr. Chairman.

1872            Mr. Dorsey, I have three areas of questioning.  Number one,

1873       in the Meghan McCain matter, in your opinion would the photo have

1874       been taken down if those close to the victim, including her

1875       husband, had not complained to Twitter?

1876            Mr. Dorsey.  If it would have been taken down if they had

1877       not complained?

1878            Mr. Lance.  Correct.

1879            Mr. Dorsey.  We would have taken it down because we -- I

1880       imagine we would have received other reports.  Our system does

1881       work today based on reports for take down.

1882            Mr. Lance.  Let me say that I think it's the unanimous view

EXHIBIT Q-2

1883    of this committee that five hours is intolerable and it was

1884    horribly violent and we are all opposed to this type of violence

1885    on Twitter, regardless of when it occurs, and certainly we hope

1886    that you do better in the future.

1887    Number two, you state in your testimony on Page 6, "Bias

1888    can happen inadvertently due to many factors such as the quality

1889    of the data used to train our models.

1890    In addition to ensuring that we are not deliberately biasing

1891    the algorithms, it is our responsibility to understand, measure,

1892    and reduce these accidental bias.

1893    The machine learning teams at Twitter at learning about these

1894    techniques and developing a roadmap to ensure our present and

1895    future machine learning models uphold a high standard when it

1896    comes to algorithmic fairness."

1897    Can you give the committee a time frame as to when we might

1898    expect that that would receive results that are fair to the

1899    American people, conservatives and perhaps liberals as well?

1900    Mr. Dorsey.  I can't predict a very precise time frame at

1901    the moment.  This is something that is a high priority for us

1902    in terms of as we roll out algorithms understanding that they

1903    are fair and that we are driving impartial outcomes.

1904    But it's hard to predict a particular time frame because

**EXHIBIT Q-2**

1905    this is not just a Twitter issue.  This is the entire industry

1906    and a field of research within artificial intelligence.

1907        Mr. Lance.  I was asked on air in New York over the weekend

1908    whether this will require regulation by the federal government.

1909     After all, we are a committee of jurisdiction in this regard.

1910

1911        I certainly hope not, but I am sure you can understand, Mr.

1912    Dorsey, that we would like this to occur as quickly as possible

1913    because of the great concern of the American people that there

1914    not be bias, intentional or unintentional.

1915        Mr. Dorsey.  I do believe you're asking the important

1916    questions, especially as we move more of our decisions not just

1917    as a company but also as individuals to artificial intelligence

1918    and we need to understand as we use this artificial intelligence

1919    for more and more of the things that we do that, number one, that

1920    there are unbiased outcomes and, number two, that they can explain

1921    why they made the decision in the first place.

1922        Mr. Lance.  Thank you, Mr. Dorsey.

1923        And then my third area of questioning, prior to 2016 did

1924    Twitter have any policies in place to address the use of the

1925    Twitter platform by foreign governments or entities for the

1926    purpose of influencing an election in the United States?

EXHIBIT Q-2

1927        I am certainly as concerned as any member of this committee,

1928    regardless of political party, about what happened regarding

1929    Russia in 2016.  And so prior to 2016, did you have any policies

1930    in place?

1931        Mr. Dorsey.  We can follow up with you.  I don't have that

1932    data right now in terms of what policies against foreign actors

1933    that we had before 2016.  But we did learn a lot within the 2016

1934    elections that impacted both our technology and also the policies

1935    going forward.

1936        Mr. Lance.  Let me state that I do not believe this is a

1937    partisan matter.  This is a bipartisan matter.  It is intolerable

1938    that there was any interference and, of course, we hope that it

1939    never occurs again.

1940        Thank you, Mr. Chairman.  I yield back.

1941        The Chairman.  The gentleman yields back.

1942        The chair recognizes the gentleman from Vermont, Mr. Welch,

1943    for four minutes.

1944        Mr. Welch.  Thank you very much, Mr. Chairman.

1945        There's really two hearings going on.  One is about that

1946    man in the White House who has been accusing, as you have been

1947    sitting here, the social media giants of interfering in the

1948    election and making this claim even as you were testifying and,

**EXHIBIT Q-2**

1949     in fact, recently said that the media giants were all in favor

1950     of Hillary Clinton in the election.

1951          I will just give you a chance to ask whether the company

1952     Twitter had a -- had a policy of the company for either candidate

1953     in the presidential election.

1954          Mr. Dorsey.  No, we did not.

1955          Mr. Welch.  Absolutely not, I expect, right?

1956          The second is a job that we are not doing.  We are having

1957     Mr. Dorsey here and it's a good opportunity, given his experience

1958     in his company.  But these social media platforms are being abused

1959     in some cases and there's efforts that are being made at Twitter

1960     -- we had Mr. Zuckerberg here some time ago -- efforts being made

1961     at Facebook to deal with false accounts, to deal with hate speech,

1962     which you're trying to deal with, to deal with flat-out false

1963     information, which is not the kind of thing you want on the digital

1964     town square, right?

1965          But the fundamental question that this committee refuses

1966     to ask itself is whether there's a role for publicly-elected

1967     officials to make some of these decisions about how you protect

1968     people from hate speech, how you protect people from flat-out

1969     false information.

1970          Now, you mentioned, Mr. Dorsey, that your company is

**EXHIBIT Q-2**

1971    investigating this.  You have got your team working on it, and

1972    that's a good thing.

1973        But bottom line, do you believe that this should be something

1974    that's decided company by company or should we have rules of the

1975    road and a process that is monitored by elected officials in a

1976    regulatory agency.  That's the question we are coming to.

1977        As Mr. Harper earlier, I thought, asked a very good question

1978    -- what you determine to be fair or I determine to be fair, we

1979    may disagree.  So who's going to be the decider of that?

1980        Do you believe that ultimately it should be a decision on

1981    these important questions of privacy, on these important

1982    questions of hate speech, on these important matters you're trying

1983    to contend with about the abuse of your platform should be decided

1984    on a company by company basis or should that be a public discussion

1985    and a public decision made by elected representatives?

1986        Mr. Dorsey.  First, we want to make it a public discussion.

1987    We -- this health and increasing health in the public space is

1988    not something we want to compete on.  We don't want to have the

1989    only healthy public square.

1990        We want to contribute to all healthy public conversation.

1991    Independent of what the government believes it should do, we

1992    are going to continue to make this our singular objective --

EXHIBIT Q-2

1993          Mr. Welch.  Right.

1994          Mr. Dorsey.   -- because we believe it's right and we are

1995     going to continue to share our approach and our work so that others

1996     can learn from it and we are going to learn from others.

1997          So I do believe that we have worked a lot more closely with

1998     our peers in order to solve some of these common issues that we

1999     are seeing and we'll come up with common solutions, as long as

2000     we all have a mind set of this is not an area for us to compete.

2001          Mr. Welch.  It's not an area to compete but it's also

2002     ultimately as responsible and you and other companies want to

2003     be, which I grant you you do.

2004          Ultimately, there will be a debate between the president

2005     and his vision of what is fair and perhaps my vision of what is

2006     fair, and in the past, what we've had, we now have the FCC, the

2007     FTC, that basically were designed to address problems when we

2008     used dial-up telephones, and this committee has not done anything

2009     to address the jurisdictional issues and public policy questions

2010     and I do not believe that we should just be leaving it to the

2011     responsibility of private companies.  But I appreciate the

2012     efforts the private companies are making.

2013          And I yield back.  Thank you, Mr. Chairman.  Thank you, Mr.

2014     Dorsey.

EXHIBIT Q-2

2015          The Chairman.   Gentlemen.   The chair now recognizes the

2016    gentleman from Texas, Mr. Olson, for four minutes.

2017          Mr. Olson.   I thank the chair and welcome Mr. Dorsey.

2018          You mentioned in your opening statement the group called

2019    the Trust and Safety Council within Twitter.

2020          On Twitter's BOG, it relies on the Trust and Safety Council

2021    for guidance in evaluating and developing its own community

2022    guidelines, to use your words from your statement, to create that

2023    public square for a free exchange of ideas.

2024          And you have been pretty honest about your personal biases

2025    and the biases of people within Twitter.   How pervasive are the

2026    biases on the Trust and Safety Council?

2027          Mr. Dorsey.   Well, just for some context, our Trust and

2028    Safety Council is a external organization of about 40

2029    organizations that are global and are focused on particular issues

2030    such as online harassment or bullying or misinformation.

2031          So these are entities that help us give feedback on our

2032    policies and also our solutions that we are coming up with but

2033    we take no direction from.

2034          Mr. Olson.   Are these entities either Republican, Democrat,

2035    Tea Party, Green Party?   Any identity with their affiliation

2036    politically that comes into Twitter's world?

**EXHIBIT Q-2**

2037        Mr. Dorsey.  We do have some conservative-leaning

2038    organizations but we don't -- we don't add to the council based

2039    on ideology.  It's on the issues.

2040        Mr. Olson.  And I am sure this council in Twitter does not

2041    operate in this Twitter vote of secrecy a vacuum.  What other

2042    groups outside of this group help Twitter influence your

2043    developing and shaping your community guidelines?  Anybody else

2044    out there besides this Trust and Safety Council you rely upon?

2045        Mr. Dorsey.  Well, the Trust and Safety Council is advisory.

2046     It makes no decisions for us.  Most of our decisions are made

2047    internally and we definitely take input from external folks and

2048    we look at what's happening in more of the secular trends of what's

2049    going on.  But we don't take direction from anything external.

2050        Mr. Olson.  Could we list those members of that council --

2051    the Trust and Advisory Council, those 40 entities that are your

2052    members -- Safety Council -- sorry, Trust and Safety Council?

2053        Mr. Dorsey.  They are listed on our web page.

2054        Mr. Olson.  Okay.

2055        Mr. Dorsey.  So we have an accurate list of those and we

2056    can send you --

2057        Mr. Olson.  I apologize.  I will look that up.  I also want

2058    to turn to back home, and as you probably heard, a little more

**EXHIBIT Q-2**

2059    than a year ago southeast Texas was fighting four feet of water

2060    from floods from Hurricane Harvey.

2061        A recent report from my alma mater, Rice University,

2062    highlights how platforms like Twitter played an important role

2063    in natural disasters and recovery.

2064        The report showed the increased use of mobile devices

2065    combined with social media platforms have empowered everyday

2066    citizens to report dangerous situations and lifesaving

2067    operations.  They can see people in trouble and report that very

2068    quickly.

2069        How does Twitter prioritize emergency services information

2070    during disasters?  Like, for example, if Harvey comes up and hits

2071    us -- another Harvey within a month or so, because it's hurricane

2072    season?

2073        Mr. Dorsey.  We do prioritize community outreach and

2074    emergency services on the platform.  We actually do have some

2075    really good evidence of this specifically with Harvey.  So we

2076    saw about 27 million tweets regarding Hurricane Harvey.

2077        In Texas, 911 systems failed and people did use Twitter to

2078    issue SOS calls and we saw as many as 10,000 people rescued from

2079    this.

2080        So this is something that we do prioritize and want to make

**EXHIBIT Q-2**

2081   sure that we are working with local agencies to make sure that

2082   we have a lot strength there.

2083        Mr. Olson.  Thank you, and close by recognizing that as a

2084   fan of the St. Louis Cardinals and a high-tech leader, I will

2085   forgive you for your Cardinals hacking into my Astros accounts.

2086    They hacked into my Astros accounts.  We won the World Series.

2087   Thank you, St. Louis Cardinals.

2088        I yield back.

2089        Mr. Dorsey.  Thank you.  Go Cards.

2090        The Chairman.  The gentleman yields back.

2091        The chair now recognizes the gentleman from New Mexico for

2092   four minutes -- Mr. Lujan.

2093        Mr. Lujan.  Thank you, Mr. Chairman.

2094        Mr. Dorsey, thank you for being here today as well.

2095        Mr. Dorsey, yes or no -- is it correct that President Trump

2096   lost followers because your platform decided to eliminate bots

2097   and fake accounts?

2098        Mr. Dorsey.  Yes.

2099        Mr. Lujan.  During the initial purge of bots, who lost more

2100   followers, President Trump or former President Obama?

2101        Mr. Dorsey.  I am not sure of those details.  But there was

2102   a broad based action across all of Twitter.

EXHIBIT Q-2

2103        Mr. Lujan.  Subject to confirmation, do these numbers sound

2104    familiar -- President Obama lost 2.3 million followers, President

2105    Trump lost, roughly, 320,000 followers?

2106        Mr. Dorsey.  I would need to confirm that.

2107        Mr. Lujan.  That's what's been reported.

2108        So, Mr. Dorsey, based on that, is it correct that Twitter

2109    is engaged in a conspiracy against former President Barack Obama?

2110        Mr. Dorsey.  I don't believe we have any conspiracies

2111    against the former president.

2112        Mr. Lujan.  I don't either.  I don't think you have them

2113    against this president.  I want to commend you on your work with

2114    what was done associated with the evaluation following the 2016

2115    election, which led to some of this work.

2116        In your testimony, you note that Twitter conducted a

2117    comprehensive review of platform activity related to the 2016

2118    election.

2119        I assume that after your preview, you felt that Twitter had

2120    a responsibility to make changes to the way your platform operates

2121    to address future attempts at election manipulation.  Is that

2122    correct?

2123        Mr. Dorsey.  Yes.  We are working and this is our number-one

2124    priority to help protect the integrity of 2018 elections.

EXHIBIT Q-2

2125          Mr. Lujan.   Further, Mr. Dorsey -- and Mr. Chairman, I would

2126     ask unanimous consent to submit three articles into the record

2127     -- one from January 19th, recode.net, cnbc.com, April 5th, 2018,

2128     and from techcrunch.com, August 21st, 2018.

2129          The Chairman.   Without objection.

2130          [The information follows:]

2131

2132     **********COMMITTEE INSERT 5**********

EXHIBIT Q-2

2133   Mr. Lujan.  The first article, Mr. Dorsey, says that Twitter

2134 admits that there were more Russian trolls on its site during

2135 the 2016 U.S. presidential election as reported by recode.net,

2136 January 1, 2018.

2137   Is that correct?  Was this a revelation that Twitter shared?

2138   Mr. Dorsey.  Yes.

2139   Mr. Lujan.  Did that lead to some -- was that an outcome

2140 of the -- some of the research?

2141   Mr. Dorsey.  That was an outcome of the continued work as

2142 we dug deeper into the numbers in 2016.

2143   Mr. Lujan.  Mr. Dorsey, is it also correct as was reported

2144 by CNBC on April 5th, 2018, that Twitter has suspended more than

2145 1.2 million terrorism-related accounts since late 2015?

2146   Mr. Dorsey.  Correct.  Yes.

2147   Mr. Lujan.  How did that work come about?

2148   Mr. Dorsey.  We have -- we have been working for years to

2149 automatically identify terrorist accounts and terrorist-like

2150 activity from violent extremist groups and automatically shutting

2151 that down, and that has been ongoing work for years.

2152   Mr. Lujan.  I would hope that this committee would commend

2153 your work in closing those accounts.

2154   Lastly, Mr. Dorsey, Facebook and Twitter removed hundreds

EXHIBIT Q-2

2155    of accounts linked to Iranian and Russian political meddling.

2156     This was reported August 21st, 2018.  Is that correct?

2157        Mr. Dorsey.  Yes.

2158        Mr. Lujan.  So, Mr. Dorsey, are you aware of any significant

2159    legislation that Congress has passed to protect our democracy

2160    and our elections?

2161        Mr. Dorsey.  I am not aware.

2162        Mr. Lujan.  The reason you're not aware is because none of

2163    it is -- it's not happened.  We've not done anything in this

2164    Congress.

2165        Mr. Dorsey, after it was revealed that 87 million Facebook

2166    users' data was improperly shared with Cambridge Analytica, this

2167    committee heard testimony from Facebook CEO Mark Zuckerberg.

2168    This was in April of this year.  It's now September.

2169        Are you aware of any significant privacy legislation that

2170    passed this committee since Mr. Zuckerberg's testimony?

2171        Mr. Dorsey.  No.

2172        Mr. Lujan.  Again, nothing has happened.

2173        Mr. Chairman, we've not done anything as well for the 148

2174    million people that were impacted by Equifax.  I think we should

2175    use this committee's time to make a difference in the lives of

2176    the American people and live up to the commitments that this

EXHIBIT Q-2

2177    committee has made to provide protections for our consumers.

2178        I yield back.

2179        The Chairman.  The gentleman's time has expired.

2180        The chair now recognizes the gentleman from West Virginia,

2181    Mr. McKinley, for four minutes.

2182        Mr. McKinley.  Thank you, Mr. Chairman, and thank you, Mr.

2183    Dorsey, for coming today.

2184        Earlier this year, and we just referred to it in testimony,

2185    the FDA commissioner, Scott Gottlieb, reported that there were,

2186    quote, "offers to sell illegal drugs all over social media,

2187    including Twitter, and the easy availability in online purchases

2188    of these products from illegal drug peddlers is rampant and fuels

2189    the opioid crisis," closed quote.

2190        Now, Mr. Dorsey, do you believe that your -- Twitter's

2191    platform and your controls has contributed to fuelling the opioid

2192    crisis?

2193        Mr. Dorsey.  Well, first and foremost, we do have strong

2194    terms of service that prevent this activity and we are taking

2195    enforcement actions when we see it.

2196        Mr. McKinley.  Okay.  Well, there was a recent study just

2197    published by the American Journal of Public Health that analysed

2198    over a five-month period of time the Twitter accounts and went

EXHIBIT Q-2

2199     through several thousands -- hundreds of thousands of those and

2200     found that there were still 2,000 illegal drug sites being sold

2201     on your -- on your account.

2202          Do you think that -- so my curiosity now from -- now that

2203     we have this report in our hand about the 2,000 -- do you think

2204     that -- your website states that this is prohibited.

2205          It's against your standards and you just said that.  Can

2206     you tell me how many of these sites are still up?

2207          Mr. Dorsey.  I can't -- I can't tell you.  I would have to

2208     follow up with you on the exact data.

2209          Mr. McKinley.  But they shouldn't be up, right?

2210          Mr. Dorsey.  They shouldn't be.  It is prohibited activity.

2211          Mr. McKinley.  If I could, just within the last hour -- Mr.

2212     Dorsey, within the last hour here's an ad for cocaine on Twitter.

2213     It's still up, and it goes on and it says that, you know, not

2214     only from that -- on that site they can buy cocaine, heroin, meth,

2215     Ecstasy, Percocet.  I would be ashamed if I were you, and you

2216     say this is against your public policy and you have got ways of

2217     being able to filter that out and it's still getting on there.

2218     So I am astounded that that information is still there.

2219          And then we have the next commercial.  This is on -- this

2220     is one on cocaine.  Here's the next one, that here you can get

EXHIBIT Q-2

2221    -- contact us for any medicine you want.

2222        That doesn't say you have to have a prescription.   Contact

2223    these people, and it's on your site and you said you have got

2224    ways of checking that.   Just within the last hour it's still up

2225    there.

2226        We ran into the same problem with Facebook and Zuckerberg

2227    came back to me within two hours later and it had all come down.

2228     They took them off.   They weren't aware.   They had missed it.

2229     Their algorithm had missed it.

2230        I am hoping that in the hours after this hearing you will

2231    get back to us and tell us that these are down as well -- that

2232    you're serious about this opioid epidemic.

2233        I just happen to come from a state that's very hard hit with

2234    this.   We don't need to have our social media promoting the use

2235    of illegal drugs in our children and our families.

2236        So I hope I hear from you that you will be taking them down.

2237     Is that a fair statement?

2238        Mr. Dorsey.   Yes.   I agree with you this is unacceptable

2239    and we will -- we will act.

2240        Mr. McKinley.   I would also hope that you would move the

2241    same resources that have complicated so much of what this hearing

2242    has been about today so that you can focus on this to make sure

EXHIBIT Q-2

2243    that this doesn't happen again -- that we wouldn't have to

2244    reprimand you to follow the guidelines that you have published

2245    and you're so proud about that you have the ways of stopping opioid

2246    sales.  But it's not happening.

2247         So please take a good hard look at it and be serious about

2248    this this next time.

2249         Thank you very much.  I yield back.

2250         Mr. Dorsey.  Thank you.

2251         The Chairman.  The gentleman yields back.

2252         The chair now recognizes the gentleman from Iowa, Mr.

2253    Loebsack, for four minutes for questions.

2254         Mr. Loebsack.  I thank the chairman and ranking member for

2255    having this oversight hearing today and I thank you, Mr. Dorsey,

2256    for being here.  You have exhibited a lot of patience, you have

2257    been very diplomatic and I commend you for that.

2258         And there have been a lot of great issues brought up, you

2259    know, with what our most recent colleague here from West Virginia

2260    mentioned.  I think that's a very, very important issue.

2261         It's something that's affecting rural America as well as

2262    urban America as well, where I am from, and I think it -- I think

2263    this discussion today has really has demonstrated how important

2264    Twitter is to our national conversation -- the good, the bad,

**EXHIBIT Q-2**

2265    the ugly, all of it -- and for our democracy and I am glad we

2266    are shining a light on many issues of concern of Americans across

2267    the country with regard to Twitter and the role it plays in our

2268    society today and will continue to play into the future,

2269    obviously.

2270    And many of my colleagues have raised legitimate concerns

2271    about data privacy, the influence of hostile actors in our

2272    elections and the spread of misinformation that can distort and

2273    harm our very democracy.

2274    I think these are all important issues, but I want to for

2275    a second on the issue of online harassment and the use of Twitter

2276    by teenagers -- by young people.

2277    Social media use among the under 18 population continues

2278    to increase, as you know, and while reaching online communities

2279    may allow young people to find friendship and community in ways

2280    we cannot have imagined growing up -- I certainly wouldn't have

2281    imagined -- Twitter may also be creating unimaginable crises for

2282    many kids, as I am sure you're aware.

2283    Social media in general and Twitter specifically has been

2284    used frequently for abusive purposes like harassment and cyber

2285    bullying, and Twitter has too often been too slow to respond when

2286    victims report abuse and harassment.

EXHIBIT Q-2

2287          These interactions which adults might view as merely

2288     stressful and hurtful when we look at our Twitter account or things

2289     that are said that might hurt our feelings, whatever the case

2290     may be, for young people these can be devastating, as we know,

2291     because they're still developing and often place large importance

2292     on their reputations with their peers.

2293          We've seen too many tragic stories of what can happen when

2294     individuals move -- feel moved to harm themselves in response

2295     to online harassment and it should be a goal of all of us to stop

2296     that kind of bullying.

2297          So, Mr. Dorsey, my first question is, as part of the

2298     healthiness of conversations on Twitter, are you making any

2299     specific changes to the experience of your youngest users?

2300          Mr. Dorsey.  Yes.  We agree with all your points and this

2301     is one of our areas of focus is around harassment in particular

2302     and how it is used and weaponized as a tool to silence others,

2303     and the most important thing for us is that we need to be able

2304     to measure our progress around it and understand if we are actually

2305     making any progress whatsoever.  So --

2306          Mr. Loebsack.  There is a minimum age of 13.  Is that correct

2307     that you're --

2308          Mr. Dorsey.  Yes.

**EXHIBIT Q-2**

2309        Mr. Loebsack.   -- now trying to enforce?

2310        Mr. Dorsey.  Yes.

2311        Mr. Loebsack.  Does Twitter put any safety checks on the

2312  accounts of teenage users?

2313        Mr. Dorsey.  We do have -- we do have various safety checks

2314  and we can follow up with your team on that.

2315        Mr. Loebsack.  That would be good.  Does Twitter do anything

2316  to look for indications of harmful or dangerous interactions,

2317  specifically?

2318        Mr. Dorsey.  Yes.  Yes.

2319        Mr. Loebsack.  It'd be good to know that.  I appreciate that

2320  -- what those are specifically.  Has Twitter conducted any

2321  research with outside independent organizations to determine how

2322  it can best combat online harassment, bullying, or other harmful

2323  interactions either for children or teenagers or for other groups

2324  of people?

2325        Mr. Dorsey.  We do this through our Trust and Safety Council.

2326   So we do have an organization that represents youth on digital

2327  platforms.

2328        Mr. Loebsack.  And will you commit to publishing a discreet

2329  review with outside organizations to help evaluate what more

2330  Twitter can be doing to protect our kids?

EXHIBIT Q-2

2331        Mr. Dorsey.  We haven't yet, but we will certainly work with

2332    our partners to consider this.

2333        Mr. Loebsack.  Because I think your three principles --

2334    impartiality, transparency, and accountability -- I think we can

2335    put those into effect and operationalize those when it comes to

2336    these particular questions that I've asked you.

2337        And so I really do appreciate your time and we can -- we

2338    can expect such a review to be provided to the public then in

2339    the future?

2340        Mr. Dorsey.  Yes.

2341        Mr. Loebsack.  Okay.  Thank you very much for your time,

2342    and I yield back, Mr. Chair.

2343        Mr. Dorsey.  Thank you.

2344        The Chairman.  I thank the gentleman from Iowa.

2345        I recognize the gentleman from Kentucky, Mr. Guthrie, for

2346    four minutes.

2347        Mr. Guthrie.  Thank you very much.  I am here.  Thank you

2348    for being here today.  I appreciate it.

2349        I've had to manage the floor debates.  I've been over in

2350    the Capitol Building most of the afternoon.  I apologize.  It

2351    was a conflict of scheduling.

2352        But glad to be here, and I know that I missed some of your

EXHIBIT Q-2

2353   answers and some of the -- what we've talked about previously.

2354    But I want to further go down the path of -- on a couple of things.

2355

2356        But many of my constituents who use Twitter perceive it to

2357   be an open market of ideas that you have referred to in your

2358   testimony, and we are obviously here today because some questions

2359   have been raised about the rules for posting content and whether

2360   some viewpoints are restricted in practice -- specifically,

2361   political conservatives.

2362        So I will come to a question of editorial judgment, but one

2363   major issue for my constituents start with transparency and how

2364   their data is being collected and used by Twitter.

2365        I understand you have spoken about data a few times already

2366   this afternoon.  So to build on those previous questions asked

2367   by my colleagues, what specific data points are collected on

2368   Twitter users and with whom do you share them?

2369        Mr. Dorsey.  So we infer interest around usage.  So when

2370   people follow particular accounts that represent interests in

2371   basketball or politics, for instance, we can utilize that

2372   information to introduce them to new tweets that might be similar

2373   or accounts that might be similar as well.

2374        So a lot of our inference of that data is interest.  This

EXHIBIT Q-2

2375   is all viewable within the settings of the app so you can see

2376   all the interests that we've inferred about you within the

2377   settings and you can also turn them off or delete them.

2378        Mr. Guthrie.  Is that shared with outside parties?

2379        Mr. Dorsey.  It's not.

2380        Mr. Guthrie.  It's not shared?  So it's only used by

2381   Twitter?

2382        Mr. Dorsey.  Yeah.

2383        Mr. Guthrie.  And how do you obtain consent from users if

2384   -- so you don't share with any third parties so you don't have

2385   to go through the consent then?  Okay.

2386        When it comes to questions of editorial judgment, and I am

2387   not an expert on Section 230 but I would like to ask you about

2388   your thoughts on publisher liability.

2389        Could you comment on what some have said -- that there is

2390   a certain amount of inherent editorial judgment being carried

2391   out when Twitter uses artificial intelligence-driven algorithms

2392   or promotes content through Twitter Moments and the questions

2393   would be so where should we draw the line on how much editorial

2394   judgement can be exercised by the owner of a neutral platform

2395   like Twitter before the platform is considered a publisher?

2396        Mr. Dorsey.  Well, we do defend Section 230 because it is

**EXHIBIT Q-2**

2397    the thing that enables us to increase the health in the first

2398    place.  It enables us to look at the content and look for abuse

2399    and take enforcement actions against them accordingly.

2400        We do have a section of the service called Moments where

2401    we do have curators who are looking through all of the relevant

2402    tweets for a particular event or a topic and arranging them and

2403    they use a internal guideline to make sure that we are

2404    representative of as many perspectives as possible, going back

2405    to that concept of variety of perspective.

2406        We want to see a balanced view of what people think about

2407    a particular issue.  Not all of them will be as balanced as others

2408    but that's how they measure themselves against.  But it is one

2409    area that people can choose to use or ignore altogether.

2410        Mr. Guthrie.  Okay.  Thanks.  And then finally, I have 52

2411    seconds left -- some people say and I've heard some people say

2412    that Twitter could be classified as a media outlet due to certain

2413    content agreements you may have now or consider in the future.

2414     Do you have any comment on that?

2415        Mr. Dorsey.  I don't think the -- you know, the broader

2416    categories are necessarily useful.  We do see our role as serving

2417    conversation.  Like, we do see our product as a conversational

2418    product, a communication product, and we do see a lot of people

EXHIBIT Q-2

2419    use Twitter to get the news because we believe that news is a

2420    by-product of public conversation and allows to see a much broader

2421    view of what's currently happening and what's going on.

2422        So that's what we are focussing on is how do people use us

2423    rather than these categories.  We do have partnerships where we

2424    stream events like this one -- this one is live on Twitter right

2425    now -- where people can have a conversation about and everyone

2426    can benefit and engage in that conversation accordingly.

2427        Mr. Guthrie.  Okay.  Thank you.  And my time has expired

2428    and I yield back.

2429        The Chairman.  The chair recognizes the gentleman from

2430    Massachusetts, Mr. Kennedy, for four minutes.

2431        Mr. Kennedy.  Thank you, Mr. Chairman.

2432        Mr. Dorsey, thanks so much for being here.  Thank you for

2433    your -- over here -- thank you for your patience.  I know you

2434    were over on the Senate side earlier today.  So thank you for

2435    enduring all these long hours of questioning.

2436        I wanted to kind of just make sure we were clear on a couple

2437    things.  One, you have talked at length -- I will get into a little

2438    bit more detail -- about the mechanisms that you use to look at

2439    different aspects of content on the site.

2440        But you have also talked about how you're algorithms have

**EXHIBIT Q-2**

2441    -- are a bit imperfect -- how they have impacted some members

2442    of this body, Democrats and Republicans.  Is that true?

2443         Mr. Dorsey.  Yes.

2444         Mr. Kennedy.  And you have also indicated that there are

2445    others that get caught up in that, liberal activists that use

2446    perhaps profane language in response to political leaders.  Is

2447    that true?

2448         Mr. Dorsey.  That may or may not be a signal that we use

2449    in terms of the content.  We tend to favor more of the behavior

2450    that we are seeing and that's what I was describing in terms of

2451    the signal was the behavior of the people following these

2452    accounts.

2453         Mr. Kennedy.  Fair enough.  You yourself were actually

2454    suspended at a time.  Was that not true?

2455         Mr. Dorsey.  I was.

2456         Mr. Kennedy.  So fair to say that sometimes that --

2457         Mr. Dorsey.  There are errors.  There are errors.

2458         Mr. Kennedy.  Yes, there are, unless you engage in that

2459    destructive behavior of your own site, which you did not, right?

2460         Mr. Dorsey.  I am sorry?

2461         Mr. Kennedy.  Unless you engaged in that own destructive

2462    behavior that you were talking about, which I don't think you

EXHIBIT Q-2

2463    did.

2464         Mr. Dorsey.   Correct.

2465         Mr. Kennedy.   Right.   So you have talked about essentially

2466    depending on those automated tools and then individual users to

2467    report tweets, behavior, one of these horrifying instances with

2468    Ms. McCain.

2469         But that's basically that the self-regulation mechanisms

2470    that you all use, right?

2471         Mr. Dorsey.   Yes.   Our model currently depends upon reports

2472    to remove content or to remove accounts.

2473         Mr. Kennedy.   And why is it that you depend on those reports

2474    rather than having a more robust network within your company to

2475    do that?   Why is it you -- that you basically outsource that to

2476    users?

2477         Mr. Dorsey.   Well, we don't feel great about this.   We don't

2478    believe that the burden should be on the victim in the first place.

2479     So this is something we'd like to change.   We have to build that

2480    technology and --

2481         Mr. Kennedy.   But if you change that, right, if you -- I

2482    understand you don't feel good about putting that on the victims

2483    or the observers, but you also expressed a reticence for your

2484    company to be the arbiter as to what is decent, fair, truth.

**EXHIBIT Q-2**

2485        You mentioned the term false fact earlier in your testimony.

2486    I have no idea what a false fact is.  But putting that aside

2487    for a second, how -- it seems like you're trying to basically

2488    meld this world of outside kind of crowd sourcing what works versus

2489    internalizing some of it.

2490        I want to try to push you on that in a minute and a half,

2491    which is not exactly fair.  But how -- as you say you're trying

2492    to fix it, what are you trying to do?  What does that look like?

2493        Mr. Dorsey.  We are trying to build proactive systems that

2494    are recognizing behaviors that are against our terms of service

2495    and take action much faster so that people don't have to report

2496    them.

2497        Mr. Kennedy.  And is that -- one of my Republican colleagues

2498    asked earlier, I believe, how many folks you have working on that.

2499    You said the issue wasn't so much how many people but you

2500    deflected that a bit, understanding that, I am certain, technology

2501    can advance here.

2502        But is that two people?  Is it 20 people?  Is it 200 people?

2503    Do you expect to be hiring more here?  That's got to be some

2504    sort of reflection of an area of focus, right?

2505        Mr. Dorsey.  Yes.  We have hundreds of people working on

2506    it.  But the reason I don't want to focus on that number is because

**EXHIBIT Q-2**

2507    we need to have the flexibility to make decision between investing

2508    to build more new technology or hiring people, and in my experience

2509    companies naturally just want to grow and that isn't always the

2510    right answer because it doesn't allow for a lot of scalability.

2511        Mr. Kennedy.  All right, sir.  Thank you.  I yield back.

2512        Mr. Dorsey.  Thank you.

2513        The Chairman.  The gentleman -- now we recognize the

2514    gentleman from Illinois, Mr. Kinzinger, for four minutes.

2515        Mr. Kinzinger.  Thank you, Mr. Chair, and Mr. Dorsey, thank

2516    you again for coming in here.  Recognizing that there's multiple

2517    swords to free speech -- there's good and bad that comes with

2518    it.

2519        I think it's important to also mention that Twitter as well

2520    as other social media platforms has been key in liberating

2521    oppressed people and allowing oppressed people to communicate.

2522        If you look in Syria, although that situation is not good

2523    over there, people have been able to get their message out.  When

2524    chemical weapons attacks happen, we know about that very quickly

2525    because government-censored media, which would never report a

2526    chemical weapons attack, is usurped by Twitter use and Facebook

2527    and some of these others.

2528        So part of a very big concern with that too is also foreign

**EXHIBIT Q-2**

2529   interference in our democracy.  We are very concerned -- I am
2530   very concerned about the role that the Russians played in
2531   attempting to undermine democracy.

2532       I don't think Russia elected President Trump, but I think
2533   it's obvious they're trying to sow instability in democracy.
2534   And so I think the more we can get a grip on this and a grasp
2535   and make people aware of just the fact of what's happening we
2536   can begin to inoculate ourselves.

2537       I would like to ask you, though, about Twitter's practices
2538   with respect to information sharing with foreign governments.

2539

2540       It's a topic I addressed in the Facebook hearing with Mr.
2541   Zuckerberg and in which I think Senator Rubio broached with you
2542   a little earlier today.

2543       On September 1st, 2015, Russian Federal Law Number 242-FZ,
2544   known by many as the data localization law, went into effect.

2545

2546       It requires social media companies offering service to
2547   Russian citizens to collect and maintain all personal information
2548   of those citizens on databases physically located in their
2549   country.  Is Twitter in compliance with this law?
2550       Mr. Dorsey.  I need to follow up with you on that.

EXHIBIT Q-2

2551          Mr. Kinzinger.  You don't know if you're in compliance with

2552     that law right now?

2553          Mr. Dorsey.  Which law again?

2554          Mr. Kinzinger.  It's the Russian Federal Law 242-FZ, which

2555     requires -- the data localization requires storage of information

2556     to be kept in Russia.  This has been in the news for a couple

2557     years now so I would hope you would know.

2558          Mr. Dorsey.  I don't.  I need my team follow up with you

2559     on that.

2560          Mr. Kinzinger.  You got a bunch of people back there.  You

2561     can ask them if I --

2562          Mr. Dorsey.  We don't have servers in Russia.

2563          Mr. Kinzinger.  You don't -- you do not have them?

2564          Mr. Dorsey.  No.

2565          Mr. Kinzinger.  Okay.  So you're not technically in

2566     compliance, which I think is good.  So that might answer my second

2567     question -- if you store user data, because there would be concern

2568     about breaches and everything else in dealing with Russia.

2569          And besides -- and legitimate and well-defined requests for

2570     data that may aid in the investigation of a crime, does Twitter

2571     make any user data available to Russian state entities including

2572     intelligence and security agencies?

**EXHIBIT Q-2**

2573        Mr. Dorsey.  No.

2574        Mr. Kinzinger.  Okay.  Let me ask you then -- we've touched

2575    on this a few times -- with the minute I have left -- parents,

2576    young adults, teenagers using Twitter.

2577        I think our laws haven't caught up with the new reality,

2578    the 21st century that we are in.  We have to address how technology

2579    can be used to hurt innocent people.

2580        In Illinois, there's laws to prevent people from

2581    distributing photos with malicious intent.  A fake account can

2582    be created in a matter of minutes to slander someone and do damage

2583    and circulate photos.

2584        Mr. Zuckerberg testified before this committee that he --

2585    that Facebook is responsible for the content on Facebook, which

2586    I think you can appreciate how newsworthy that was, given the

2587    longstanding interpretations of Section 230.

2588        Your user agreement clearly states that all content is the

2589    sole responsibility of the person who originated such content.

2590     You may not monitor or control the content posted via services

2591    and we cannot take responsibility for the content.

2592        Your corrective actions and the statements you have made

2593    a little bit seem to be somewhat in conflict with the language.

2594     Can you just take a little bit of time with what we have left

EXHIBIT Q-2

2595      to clarify your stance on content?

2596           Mr. Dorsey.  In what regard?

2597           Mr. Kinzinger.  Just, I mean, are users responsible?  Is

2598      Twitter?  Is it mixed?  What area does Twitter have a

2599      responsibility or when you step in, why?

2600           Mr. Dorsey.  So people are responsible for their content.

2601       We have made our singular objective to -- as a company to help

2602      improve the health of the content that we see on the service,

2603      and for us that means that people are not using content to silence

2604      others or to harass others or to bully each other so that they

2605      don't even feel safe to participate in the first place and that

2606      is what CDA 230 protects us to do is to actually enforce these

2607      actions -- make them clear to people in our terms of service but

2608      also to enforce them so that we can take actions.

2609           Mr. Kinzinger.  Okay.  I am out of time.  So I yield.

2610           The Chairman.  The gentleman's time has expired.

2611           The chair recognizes the gentleman from California, Mr.

2612      Cardenas, for four minutes.

2613           Mr. Cardenas.  Thank you very much, Mr. Chairman and

2614      colleagues, for participating in this important matter.

2615           I want to follow up on some of Mr. Loebsack's line of

2616      questioning.  While the president and the Republicans are

EXHIBIT Q-2

2617    criticizing social media -- I think it's to whip up their base

2618    -- there are real issues such as the shocking number of teens

2619    that are reporting being bullied.

2620        Physical playground bullying is bad enough.  But,

2621    increasingly, this cruelty is moving online where one click of

2622    a button sends hateful words and images that can be seen by

2623    hundreds or even thousands of people at a time.

2624        People, kids, are being targeted for being who they are or

2625    for being a certain race or a certain sexual orientation and so

2626    on.

2627        We know it's pervasive -- it's a pervasive problem.  The

2628    First Lady has made combatting cyber bullying a national priority,

2629    oddly enough.  At the same time, adults are not giving kids a

2630    great example to follow.

2631        Public figures including the president spew inflammatory

2632    harmful words every day.  These actions cannot be erases and may

2633    follow their victims and families forever.

2634        For example, how does it feel to be in front of us for hours

2635    at a time?

2636        Mr. Dorsey.  I am enjoying the conversation.

2637        Mr. Cardenas.  Yes.  But do you get to go home?  Do you get

2638    to do what you choose to do once you leave this room?

EXHIBIT Q-2

2639        Mr. Dorsey.  Yes.

2640        Mr. Cardenas.  Well, that's what's incredibly important for

2641   us to think about when we think about bullying online because

2642   it's inescapable, really, and that's really an issue that is new

2643   to us as human beings and certainly with platforms like yours

2644   it's made possible.  It can take many forms.

2645        It can be hurtful.  It's about words.  It's about

2646   appearances.  It's about many, many things.  So I think it's

2647   really important that the public understands that something needs

2648   to be done about it and what can be done is something that,

2649   hopefully, we can come to terms with you over at Twitter and with

2650   all the millions of people who use it.

2651        As very public examples, for example, celebrities such as

2652   14-year-old Millie Bobby Brown, Kelly Marie Tran, Ariel Winter,

2653   and Ruby Rose have stopped using Twitter or taken breaks from

2654   Twitter because their intense -- the intensified bullying that

2655   they experience on the platform have persisted.   If Twitter

2656   couldn't or wouldn't help these public figures, how does it deal

2657   with all the kids who aren't famous?  I want to know how you handle

2658   bullying claims for American families who are not in the news.

2659

2660        You have explained that Twitter investigates when it is --

EXHIBIT Q-2

2661   when it gets a report of behavior such as that -- behavior that

2662   crosses the line into abuse including behavior that harasses,

2663   intimidates, or uses fear to silence other voices.

2664        How many reports of cyber bullying does Twitter receive each

2665   month is my first question.

2666        Mr. Dorsey.  We don't disclose that data but we can follow

2667   up with you.

2668        Mr. Cardenas.  Okay.  Appreciate you reporting to the

2669   committee on that answer.  How about Periscope?

2670        Mr. Dorsey.  The same.

2671        Mr. Cardenas.  The same?  Okay.  Look forward to that

2672   answer submitted to the committee.

2673        And how many of those reports are for accounts of people

2674   age 18 or younger?

2675        Mr. Dorsey.  In what regard?  The -- Periscope or Twitter?

2676        Mr. Cardenas.  Yes.  Is it -- do you ever take into account

2677   whether or not it's a report to somebody who's been attacked who

2678   are 18 years or younger?

2679        Mr. Dorsey.  We -- we'll have to follow up with you on that.

2680   We don't have the same sort of the demographic data that our

2681   peers do because we are not a service of profiles but of -- but

2682   of conversation.

**EXHIBIT Q-2**

2683    Mr. Cardenas.  That makes it even more critical for us to

2684  understand that.  What actions are taken in response to these

2685  reports and how long does it take for Twitter to take such a

2686  response?

2687    Mr. Dorsey.  We rank according to the severity of the report

2688  and, again, this is something that we need to improve to understand

2689  the severity of each report and how that is ranked so we can move

2690  much faster.

2691    Ultimately, we don't want the reporting burden to be on the

2692  victim.  We want to do it automatically.

2693    Mr. Cardenas.  Okay.  Thank you very much.  I am out of

2694  time.

2695    Thank you very much, Mr. Chairman.  I yield back.

2696    The Chairman.  I thank the gentleman.

2697    And we now turn to the gentleman from Virginia, Mr. Griffith,

2698  for four minutes.

2699    Mr. Griffith.  Thank you very much, Mr. Chairman.  I

2700  appreciate you being here, Mr. Dorsey.

2701    I represent that portion of Virginia that's in the southwest

2702  corner and borders a big chunk of southern West Virginia and so

2703  I had some questions similar to Mr. McKinley's questions because

2704  we are suffering from a huge opioid problem but drugs in general.

**EXHIBIT Q-2**

2705        And so I know you're trying and you're working on it and
2706    you're looking for things.  But last year in an edition of
2707    Scientific American, they talked about having artificial
2708    intelligence scan Twitter for signs of opioid abuse, and it would
2709    seem to me that on something that's an illegal conduct, if somebody
2710    is selling drugs that's not just an inconvenience or trying to
2711    judge whether it's truly, you know, something that's bad or --
2712    it's illegal -- it would seem to me that you all ought to be able
2713    to deploy an artificial intelligence platform that would knock
2714    down anybody trying to sell illegal substances on your platform.
2715     Can you address that?
2716        Mr. Dorsey.  Yes.  We -- I mean, we have -- we have to
2717    prioritize all of our models and we have been prioritizing --
2718        Mr. Griffith.  Shouldn't illegal be at the very top of that
2719    model?
2720        Mr. Dorsey.  Absolutely.  But we have been prioritizing a
2721    lot of what we saw in 2016 and 2017 in terms of election
2722    interference and our readiness for 2018.  That does not say --
2723        Mr. Griffith.  Here's what I got.  I got people writing me
2724    whose kids have died because they've been in treatment, they have
2725    a relapse, and one of the easiest ways to get in there is to get
2726    on social media and, you know, if scientists can use artificial

EXHIBIT Q-2

2727    intelligence to track opioid abuse in this country, it would seem

2728    to me you ought to be able to track illegal sales with artificial

2729    intelligence.  Now, wouldn't you agree with that?  Yes or no.

2730       Mr. Dorsey.  I agree with that.  It's horrible and

2731    definitely it's something we need to address as soon as possible.

2732       Mr. Griffith.  I appreciate that very much.

2733       Now, look, I don't think there's a conspiracy.  I think that

2734    there's a lot of folks out there, though, that may not have that

2735    many conservative friends who might be living in your neighborhood

2736    or living in the area that you live in, and I looked at your

2737    advisory council.

2738       There may be some right-leaning groups but I didn't see any

2739    right groups in there that would -- you know, look, we are not

2740    all crazy on the right.  Get in there and find some groups that

2741    can help out on your advisory council.

2742       Also, I would say to you, and I said this to Mr. Zuckerberg

2743    when he was here, it seems to me that if you don't want the

2744    government in there -- and I think it's better not to have the

2745    government in there telling you all what to do as social media

2746    -- that you all as a group ought to get together and come up with

2747    something.

2748       1894 had this new-fangled thing.  Electronic devices were

EXHIBIT Q-2

2749    coming onto the scene and an engineer says, you know what -- maybe

2750    we ought to test all this, and they got the insurance companies

2751    and the electric manufacturers together and they funded United

2752    Laboratories, and as an industry without government coming in

2753    and saying, this is what you have to do, they came up with

2754    standards.

2755         It would seem to me that the social media, particularly the

2756    big actors like yourself, but others ought to come together,

2757    figure out something that's a template that works for all to make

2758    sure that we are not having political bias because I really do

2759    believe you when you say that you all aren't trying to do it.

2760

2761         But it's happening anyway, and I think it's an accident.

2762    I am not -- I am not trying to assess blame.  But I am saying

2763    you have got to help us because I don't think it's good for the

2764    internet or social media to have the government laying down rules

2765    that may or may not make sense.

2766         But somebody's got to do something because we need to protect

2767    privacy, as you have heard, and we need to make sure there's not

2768    any political bias intentional or unintentional.  Would you agree

2769    to that?

2770         Mr. Dorsey.  It's a great idea and that is why we want to

**EXHIBIT Q-2**

2771    be a lot more open around these health indicators that we are

2772    developing and we don't see this as a competition.

2773         Mr. Griffith.   And last but not least, one of the questions

2774    that's come up as I've been discussing this issue with a lot of

2775    folks is if you -- if you do put the kibosh on somebody's post

2776    or somebody's Twitter account, can you at least tell them about

2777    it so that they have some idea so they can do the appeal?   Because

2778    if they don't know about it, they're not likely to appeal, are

2779    they?

2780         Mr. Dorsey.   Yes.   We need a much more robust way of

2781    communicating what happened and why and also a much more robust

2782    appeals process.

2783         Mr. Griffith.   Thank you very much.   My time is up.   I yield

2784    back.

2785         The Chairman.   I thank the gentleman.

2786         I turn now to the gentleman from California, Mr. Peters,

2787    for four minutes.

2788         Mr. Peters.   Thank you, Mr. Chairman, and thank you, Mr.

2789    Dorsey, for being here.

2790         You know, I don't know if anyone else has mentioned the

2791    breath-taking irony that Donald Trump is complaining about

2792    Twitter.

**EXHIBIT Q-2**

2793    It's hard for me to imagine he would have done nearly as
2794    well as he did without your platform and he's a master of using
2795    it.  I think it has done some wonderful things for democracy.
2796     It's democratized democracy in many ways.
2797    We saw that here in the House when we live streamed the
2798    protest over guns in 2016.  It brought people into the chamber
2799    in a way that I think none of us had imagined before.  I use it
2800    a lot just to stay connected back home in San Diego.
2801    I find out what's going on every day in the local government,
2802    in the local activities.  I follow my baseball team's promising
2803    minor leagues through it and I think it's been a great platform.
2804    The problem with when anyone can be on your platform, though,
2805    is that now everyone's a journalist and I just want to explore
2806    in that context your discussion of the term fairness.
2807    Can you -- have you ever written down what you mean by
2808    fairness?  And what I am sort of getting at is, you know, you
2809    have these allegations about facts versus false equivalency that
2810    journalism has been dealing with I think more successfully
2811    recently, trying to provide truth rather than balance.
2812    Is that something that goes into your calculation of fairness
2813    and what kind of standards do you impose on content that's on
2814    Twitter?

EXHIBIT Q-2

2815          Mr. Dorsey.  So we want to -- fairness to us means that we

2816     are driving more impartial outcomes, which are more objective

2817     driven, not basing anything on bias, and we do want to be able

2818     to measure this and also make public what we find, and that's

2819     why we kicked off this initiative to understand the health of

2820     conversation and how it might trend.

2821          One of the -- one of the indicators that we are considering

2822     is shared facts and that is the percentage of conversation that

2823     shares the same facts.

2824          That is not an indication of truth or not, just what

2825     percentage of people participating in a conversation are actually

2826     sharing the same facts versus having different facts, and we think

2827     a greater collection of shared facts leads to a healthier

2828     conversation.

2829          So then if we understand the makeup of them currently, how

2830     can we help drive more people towards sharing more of the facts

2831     and if we can do that then we can see a lot more healthy

2832     conversations.  So that's our intent.

2833          But first, we are at the phase where we just need to measure

2834     it against those four indicators I laid out earlier, and we can

2835     send you more of our information and thinking about how we are

2836     developing these.

EXHIBIT Q-2

2837        Mr. Peters.  I would love to hear that.  One of the problems

2838    with everyone having their own facts is it's very hard to have

2839    conversations about difficult issues.

2840        One that I am concerned about is climate change.  If everyone

2841    has a different understanding of the facts it's hard to agree

2842    on what to do about it.

2843        Mr. Sarbanes raised the concept of this hearing being a way

2844    to work to refs.  I don't know if you recall that reference.

2845        Is that something that we should be concerned about?  Is

2846    that something that strikes you as going to have an impact on

2847    your business, the notion that we'll -- that the committee would

2848    be working the refs with the majority?

2849        Mr. Dorsey.  I honestly don't know what that means so --

2850        Mr. Peters.  Okay.  Good.  So the idea is that we will --

2851    that they're going to put so much pressure on you to avoid pressure

2852    from us that you will change your behavior in a way that's not

2853    -- that's not fair.  Is that something that we should be concerned

2854    about?

2855        Mr. Dorsey.  Well, I mean, I think we -- we've articulated

2856    what we think is important and what we are trying to drive and

2857    I see the role of government as being a checkpoint to that and

2858    also being a clarifier and asking questions of our path and, you

EXHIBIT Q-2

2859    know, I do believe the system is working in that regard.

2860    So we -- you know, we are putting out what we believe is

2861    critical for us to focus on and if there are disagreements en

2862    masse in feedback we get, we will certainly change our path.

2863    Mr. Peters.  Well, I appreciate your testimony today.  My

2864    time has expired and I thank the chairman.

2865    The Chairman.  I thank the gentleman.

2866    The chair recognizes the gentleman from Florida, Mr.

2867    Bilirakis, for four minutes.

2868    Mr. Bilirakis.  Thank you, Mr. Chairman.  I appreciate it.

2869    Thank you very much, and thank you for your testimony, Mr. Dorsey.

2870    Mr. Dorsey, I've heard from my local Pasco County school

2871    district -- that's located on the west coast of Florida -- that

2872    is -- it has consistently responded to threats of school violence.

2873    I've heard from the superintendent, Kurt Browning, who's

2874    doing an outstanding job, that it faced as many as 19 threats

2875    in one week.  Many of those threats have come from individual

2876    tweets.

2877    News reports and studies show this is a widespread problem,

2878    as you can imagine.  What is your company's process for notifying

2879    local law enforcement officials and school districts when these

2880    threats emerge?

EXHIBIT Q-2

2881        Mr. Dorsey.  We do have outreach to local entities and local
2882    law enforcement when we see anything impacting someone's physical
2883    security.  We can follow up with you on exactly what those
2884    implementations are.
2885        Mr. Bilirakis.  Well, how effective have they been?  Can
2886    you give me --
2887        Mr. Dorsey.  I don't -- I don't -- I am not sure how to
2888    determine the efficacy.  But we can -- we can follow up with you
2889    on that and share what we have.
2890        Mr. Bilirakis.  Please do.  Please do.
2891        And would you consider an internal process in which Twitter
2892    can work directly with the school districts to address these
2893    tweets quickly?  Obviously, time is of the essence.
2894        Mr. Dorsey.  Yes.  You know, one of the things we are always
2895    looking for is ways to quickly, especially where it impacts
2896    physical security, ways to quickly alert us to things that we
2897    might be able to help with in terms of the conversation around
2898    it.
2899        So we are certainly open to it and open to an implementation
2900    that we think we can scale.
2901        Mr. Bilirakis.  Let me ask you a question.  How did you
2902    determine the -- and I know social media, Facebook too -- the

**EXHIBIT Q-2**

2903   minimum age of use, 13, and are you considering raising that age?

2904        Mr. Dorsey.  We, I don't believe, have considered raising

2905   the age but we do determine it upon sign-up.

2906        Mr. Bilirakis.  Okay.  Thank you.

2907        The next question -- according to Twitter's website,

2908   Twitter's Moments are defined as, quote, and I quote again,

2909   "curated storage showing the very best of what's happening on

2910   Twitter and customized to show you topics that are popular or

2911   relevant so you can discover what is unfolding, again, customized

2912   to show you topics and what's relevant so you can, again, what

2913   is unfolding on Twitter in an instant," and that's an end quote.

2914        In my experience, Twitter Moments more often features a

2915   specific point of view or political narrative, and the question

2916   is how are these Moments -- again, quote, "Moments," compiled

2917   and prioritized?

2918        You said earlier that Moments are selected by employees

2919   publishing content.  What are the internal guidelines the company

2920   has set to determine what makes a Moment?

2921        Mr. Dorsey.  Yes.  So we, first and foremost, take a

2922   data-driven approach to how we arrange these Moments and, again,

2923   these are collections of tweets that we look at, based on any

2924   particular topic or event, and we bring them into a collection,

EXHIBIT Q-2

2925   and we use a data-driven approach meaning that we are looking

2926   for the amount of conversation, first and foremost, that's

2927   happening around a particular event, and then as we rank that,

2928   then we go into impartiality to make sure that we are looking

2929   for opportunities to show as many perspectives as possible.

2930        So a variety of perspectives and a high score on a variety

2931   of perspectives is beneficial to the people reading because they

2932   can see every side of a particular issue or a particular event.

2933        Mr. Bilirakis.  Okay.  Very good.  I thank you and look

2934   forward to getting some information on this particular --

2935        Mr. Dorsey.  Thank you.

2936        Mr. Bilirakis.   -- following up and we'd like to have you

2937   back, in my opinion, even though I am not the chairman, to see

2938   the progress that you have made with regard to these issues.

2939        Thank you, and I yield back.

2940        Mr. Dorsey.  Thank you.

2941        The Chairman.  I thank the gentleman.

2942        The chair recognizes the gentlelady from Michigan, Mrs.

2943   Dingell, for four minutes.

2944        Mrs. Dingell.  Thank you, Mr. Chairman, and thank you, Mr.

2945   Dorsey.

2946        You're actually one of my husband's heroes.  I am married

EXHIBIT Q-2

2947    to what we call -- affectionately call around here the Dean of

2948    Twitter who, quite frankly, at 92 is better on Twitter than

2949    probably everybody in this room, which means I know the power

2950    of this platform and I think it's a very important tool.

2951        But to those who have been doing conspiracy theories and

2952    politicizing this, it is not only Meghan McCain -- that I, myself,

2953    have had some of those same threats and those same caricatures

2954    and, quite frankly, I was blissfully ignorant until law

2955    enforcement brought it to my attention.

2956        So I would -- I do think that the threats that are happening

2957    on Twitter do need to be better understood and more quickly acted

2958    upon.

2959        But I would rather ask some questions right now because

2960    you're educating all of us and we all need to understand social

2961    media better, period, and its tool in the background.

2962        So I would like to ask some questions about privacy and the

2963    use of machine learning and artificial intelligence on the

2964    platform.

2965        You have spoken about how you are trying to deploy machine

2966    learning to combat the disinformation, the harassment, the abuse,

2967    and I want to build on what some of my other colleagues have said

2968    about the black box nature of these algorithms and the lack of

EXHIBIT Q-2

2969    what they call accountability but how we improve it.

2970        So building on what actually my colleague, Representative

2971    Harper, was saying, what type of data sets do you use to train

2972    AI and how often do you retrain them?

2973        Mr. Dorsey.  That's a great question.  We try to use data

2974    sets that will be predictive of what we would expect to see on

2975    the service and as we train these models we are certainly using

2976    previous experiences and outputs that we've seen in natural uses

2977    of how people use the system and then also trying to test some

2978    edge cases as well.

2979        But, again, all these tests are great and help us understand

2980    what to expect but, ultimately, they're not really put to test

2981    until they're released on production and we actually see how

2982    people use it and how it's affecting usage and also what might

2983    be unexpected, which I talked about earlier.

2984        So that is in -- that's training.  There are -- AI is not

2985    a new field but the application of AI at scale is rather new,

2986    especially to us and our company.

2987        So there are best practices being developed that we are

2988    learning as quickly as possible from and, more importantly, trying

2989    to measure those outcomes in terms of bias and impartiality.

2990        Mrs. Dingell.  So as we build on that, do your engineers

**EXHIBIT Q-2**

2991    have an ability to see and understand why an algorithm made certain

2992    decisions?

2993        Mr. Dorsey.   That is a great question because that goes into

2994    another field of research in AI which is called explainability,

2995    which is encouraging engineers to write a function that enables

2996    the algorithm to describe how it made the decision and why it

2997    made the decision and I think that is a critical question to ask

2998    and one to focus on because we are offloading more and more of

2999    our decisions to these technologies, whether they be companies

3000    like ours who are offloading our enforcement actions to algorithms

3001    or ranking actions to algorithms or even personally.

3002        I am wearing an Apple watch right now and it tells me when

3003    to stand.   I've offloaded a decision to it, and if it can't explain

3004    the context to why it made that decision or why it's taking that

3005    action, it becomes quite scary.

3006        So I do believe that is a valid -- a valid form.   It is

3007    extremely early in terms of research -- this concept of

3008    explainability -- but I think it will be one that bears the

3009    greatest fruit in terms of trust.

3010        Mrs. Dingell.   For the record because I am going to be out

3011    of time.   You have talked about how these algorithms have missed

3012    things.   It's made mistakes.   What is an acceptable error rate?

EXHIBIT Q-2

3013          You can do that for the record later, but I just --

3014          Mr. Dorsey.  I will come back -- we'll come back.

3015          The Chairman.  The chair now recognizes the gentleman from

3016     Ohio, Mr. Johnson, for four minutes.

3017          Mr. Johnson.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

3018     you for being here today.  Is it -- is it safe to say that an

3019     algorithm is essentially a decision tree that once it's turned

3020     into software it operates on a data set as input and it produces

3021     a desired action or result?  Is that -- would that be a good

3022     layman's term of what an algorithm is?

3023          Mr. Dorsey.  For a general algorithm, yes.  But it gets a

3024     lot more complicated.

3025          Mr. Johnson.  I know it gets a lot more complicated than

3026     that and I am going to get into the complication.  You know,

3027     there's -- I am a software engineer by trade and I've written

3028     thousands and thousands of algorithms.

3029          There's as much art that goes into writing an algorithm as

3030     there is science.  Would you agree with that?

3031          Mr. Dorsey.  I agree with that.

3032          Mr. Johnson.  So and, essentially, there's a part of the

3033     heart of the algorithm writer that's writing that algorithm,

3034     correct?

EXHIBIT Q-2

3035          Mr. Dorsey.  In --

3036          Mr. Johnson.  I mean, if you have got a painter -- if you

3037     got -- if you put 10 painters in 10 different rooms and say, paint

3038     me a picture of a tree, you're going to get Charlie Brown's

3039     Christmas tree in one room.

3040          You're going to get a tree with an oak tree and a swing and

3041     grass underneath it.  You're going to get 10 different pictures

3042     of a tree.  If you ask 10 software engineers to develop you an

3043     algorithm you're going to get 10 different solutions to solve

3044     that problem, right?

3045          Mr. Dorsey.  Which is why testing is so important because

3046     we are looking for other algorithms.

3047          Mr. Johnson.  Which is why testing is so important.  What

3048     kind of testing do you guys do with your algorithms to make sure

3049     that that innate bias that's inevitable because you -- it's

3050     already been admitted that Twitter has got bias in your algorithms

3051     because you have acknowledged that and you have tried to correct

3052     it.

3053          So how do you go about weeding out that innate bias?  Do

3054     you do any peer reviews of your algorithms before you -- before

3055     you send them to production?

3056          Mr. Dorsey.  We do do those internally, yes.

**EXHIBIT Q-2**

3057    Mr. Johnson.  Well, can't you -- can't you modify your

3058    algorithms, especially in this age of artificial intelligence

3059    to be more intelligent in identifying and alerting on specific

3060    things?

3061    I mean, we got -- in the automotive industry today we've

3062    got artificial intelligence in automobiles that doesn't just tell

3063    you that there's in front of you.  It actually puts the brakes

3064    on.  It takes some action and it's instantaneous because it saves

3065    lives.

3066    Is it unreasonable to think that Twitter could not modify

3067    its algorithms to hit on illegal drug sales, on violent

3068    terminology, and those kinds of things and make faster alerts

3069    to stop some of this?

3070    Mr. Dorsey.  Not unreasonable at all.  It's just a matter

3071    of work and doing the work and that is our focus.

3072    Mr. Johnson.  Okay.  Well, I would submit to you that you

3073    need to do that work and you need to get to it pretty quick.

3074    Let me ask you another quick question.  The trending topics

3075    list is a -- is an important issue and I want to understand that

3076    one.  Can you -- can you tell me how a topic is determined to

3077    be trending?  Give me some specific -- what's it based on?

3078    Mr. Dorsey.  Well, so in a tweet when you use a particular

EXHIBIT Q-2

3079   key word or hashtag, when the system notices that those are used

3080   en masse in aggregate, it recognizes that there's a velocity shift

3081   in the number of times people are tweeting about a particular

3082   hashtag or trend and it identifies those and then puts them on

3083   that trending topic list.

3084   Now, there is a default setting where we personalize those

3085   trending topics for you and that is the default.  So when you

3086   first come on to Twitter, trending topics are personalized to

3087   you and it's personalized based on the accounts you follow and

3088   how you engage with tweets and what not.

3089   Basically, you know, we could show you all the trending

3090   topics happening in the world but not all of them are going to

3091   be relevant to you.  We take the ones that are relevant to you

3092   and rank them accordingly.

3093   Mr. Johnson.  So it's trending based on what's relevant to

3094   you, essentially?

3095   Mr. Dorsey.  Correct.

3096   Mr. Johnson.  Okay.  My time is up.  But let me just say

3097   this, and I said this to Mr. Zuckerberg.  You know, in the absence

3098   of massive federal regulations telling you guys how to do your

3099   business, the responsibility bar goes really, really high.

3100   And I think, coming back to what Mr. Griffith says, I think

**EXHIBIT Q-2**

3101   you guys need to look at an outside entity of some sort to help

3102   you bounce off ideas of how to address this stuff before legal

3103   or market forces drive you to a place that you're not going to

3104   want to go.

3105        The Chairman.   The gentleman's time has expired.

3106        Mr. Johnson.   I yield back.

3107        The Chairman.   The chair now recognizes the gentleman from

3108   New York, Mr. Tonko, for four minutes.

3109        Mr. Tonko.   Thank you, Mr. Chair, and thank you, Mr. Dorsey,

3110   for all the time you have given the committee.

3111        I want to echo my dismay that our Republican colleagues have

3112   chosen to hold this hearing to rile up their base and give credence

3113   to unsupported conspiracies when there are real issues here that

3114   run to the heart of our civic life that deserve our immediate

3115   attention.

3116        It is unfortunate and a missed opportunity on behalf of our

3117   majority.

3118        Mr. Dorsey, I know that Twitter has said it is taking steps

3119   to help make political advertising more transparent on the

3120   platform and is now working to do something similar with issue

3121   ads.

3122        Unfortunately, looking at Twitter today, I am concerned that

**EXHIBIT Q-2**

3123   even for political ads you haven't made anything clear necessarily

3124   to consumers.  On some platforms, and Facebook for an example,

3125   if a user visits a political or politician's website, that user

3126   can immediately see all the advertisement that she or he has

3127   purchased on the platform.

3128       On Twitter, I have to find a separate resource -- the ads

3129   transparency center -- and then search for the politician to see

3130   what promotion she or he purchased in the past.  It is, indeed,

3131   difficult to find and seems ill advised, particularly when your

3132   competitors are doing it differently and perhaps better.

3133       So did Twitter do any research regarding how best to make

3134   election advertising information available to its consumers?

3135       Mr. Dorsey.  We did do some research.  But this is not a

3136   stopping point for us.  So we want to continue to make ad

3137   transparency something that is meeting our customers where they

3138   are so that it is relevant so it's easy to get to.

3139       We did some things a little bit differently.  We have

3140   launched the issue ad feature of the ad transparency as well.

3141    But we also enabled anyone, even without a Twitter account, to

3142   search Twitter ads to see who is behind them and also the targeting

3143   criteria that are used.

3144       Mr. Tonko.  Thank you.  And have you kept any statistics

EXHIBIT Q-2

3145   that you can share with this committee today about how often

3146   average consumers even searched the ads transparency center?

3147       Mr. Dorsey.  We do keep statistics and track usage of all

3148   of our products.  We can certainly follow up with your office

3149   to give you some relevant information.

3150       Mr. Tonko.  Thank you.  And I know that you said this is

3151   not a stopping point -- that you're still exploring -- but why

3152   is it that it appears that you're making it harder for Americans

3153   to see who's trying to influence them?

3154       Mr. Dorsey.  That's not our intention and, you know, we do

3155   know we need to make -- do a lot more work to meet people where

3156   they are, and in the interface there's just some design choices

3157   that we need to make in order to do this the right way.

3158       Mr. Tonko.  What's more, it seems that political advertising

3159   information that Twitter makes available only shows

3160   advertisements served in the past seven days.  Is that correct?

3161       Mr. Dorsey.  I don't -- I am not aware right now of the

3162   constraints on it.  But we'll follow up with you.

3163       Mr. Tonko.  Okay.  But if that is correct, that seems vastly

3164   insufficient, given that political campaigns in the U.S. last

3165   months, if not years.

3166       So, Mr. Dorsey, why doesn't your platform reflect that

**EXHIBIT Q-2**

3167    insight and disclose political advertising beyond seven days if

3168    that, indeed, is the time frame?

3169        Mr. Dorsey.  We'll look into that.

3170        Mr. Tonko.  Okay.  I appreciate that immensely, and I thank

3171    you.

3172        And I yield back, Mr. Chair, the balance of my time.

3173        The Chairman.  I thank the gentleman.

3174        We now go to the gentleman from Missouri, Mr. Long, for four

3175    minutes.

3176        Mr. Long.  Thank you, Mr. Chairman, and thank you, Mr.

3177    Dorsey, for being here.

3178        I think it's pretty easy to understand why you have been

3179    as successful as you have because your mannerisms today, your

3180    decorum -- a lot of people come into these hearings and they

3181    practice and they coach them and they tell them how to act.  It's

3182    obvious that no one did that for you.

3183        You are who you are and that shows today and I think that

3184    that has a lot to do with how successful you have been.  So thank

3185    you for your time and being here today.

3186        Mr. Dorsey.  Thank you.

3187        Mr. Long.  I do have a couple of questions.  Mr. Bilirakis

3188    asked you about Moments.  I am not sure exactly what Moments are

EXHIBIT Q-2

3189     but when my staff got a hold of me couple days ago they said,

3190     well, what do you want to ask Mr. Dorsey -- where do you want

3191     to take this -- what direction -- do a little research.

3192          And I just -- you know, off the top of my head I said, well,

3193     let me send you some stuff so I started shooting them emails,

3194     and these are emails that I received -- they're called highlights,

3195     as you're familiar with -- daily highlights to my personal Twitter

3196     account about the most interesting content from Twitter that is

3197     tailored just for me.

3198          And when we are talking about impartiality and, you know,

3199     somebody said the Republicans are all full of conspiracy theories

3200     over here, I just want you to -- you know, you're a thoughtful

3201     guy.  I just want you to take into consideration what I am going

3202     to say and do with it what you want to.

3203          But if you're saying hey, we are impartial -- we really are

3204     -- this, that and the other, out of the -- I pulled -- I just

3205     started firing off emails to my lege director and I sent him eight

3206     -- excuse me, 14 emails of highlights that were sent to me just

3207     in the last few days and I guess, I don't know, it might have

3208     been over 14 days -- I don't know how often you send them.

3209          But there's six highlighted tweets per email.  So that's

3210     a total of 84 recent examples that you all picked out and said

**EXHIBIT Q-2**

3211    hey, this conservative congressman from Missouri -- and thank

3212    goodness you're a Cardinal fan -- but and you being from Missouri

3213    -- but this conservative congressman that we found out what this

3214    guy wants to read and here it is.

3215        Twelve of them of the 84 were from Glenn Thrush, reporter

3216    for the New York Times; Maggie Haberman -- you sent me nine from

3217    her -- White House correspondent for the New York Times, political

3218    analyst for CNN; Chris Cillizza, political commentator for CNN;

3219    David Frum, senior editor at The Atlantic and MSNBC contributor;

3220    Nicole Wallace, current anchor of Deadline White House and chief

3221    political analyst for MSNBC and NBC News; Sam Stein, former

3222    political editor of the Huffington Post, politics editor at the

3223    Daily Beast and MSNBC contributor; Rep. Eric Swalwell, Democratic

3224    congressman from California's 15th District; Robert Costa,

3225    national political reporter for the Washington Post, a political

3226    analyst for NBC News and MSNBC; Kaitlan Collins, White House

3227    correspondent for CNN; Michael Schmidt, New York Times

3228    correspondent and contributor to MSNBC and NBC; Tommy Vietor,

3229    former spokesman for President Obama; David Corn, MSNBC analyst

3230    and author of the "Russian Roulette" book; Kasie Hunt, NBC News

3231    correspondent, host of MSNBC Show; Richard Painter, commentator

3232    on MSNBC and CNN, outspoken critic of Trump; David Axelrod,

EXHIBIT Q-2

3233    commentator for CNN, former chief strategist for Obama's

3234    campaign, senior advisor to Obama.

3235        I did not cherry pick these.  Here's a Republican -- a former

3236    Republican.  I am not sure what he is now.  But you did send me

3237    one from Bill Kristol, founder and editor of the "At Large Weekly"

3238    and a vocal supporter and a never Trumper guy, and you did send

3239    me another one from Fox News -- I will put that in there -- Brit

3240    Hume, senior political analyst for Fox News channel.

3241        I want to submit these for the record so you can peruse them

3242    at your leisure.  That's the only two I remember being Republican

3243    -- Kristol -- and out of 84 they were handpicked, tailored for

3244    me because they know what I want to read. But Glenn Thrush, Chris

3245    Cillizza -- it just goes on and on.

3246        I have, I guess, 14 pages of them here, and they're all pretty

3247    much Trump bashing.  They're all pretty much Trump bashing.  I

3248    mean, if you just go right down the line, one after another.

3249        So just, if you will, take that into consideration and,

3250    again, I do -- and I think that there was a fake news tweet sent

3251    out yesterday by a guy that was sitting here earlier and he's

3252    not here anymore.

3253        John Gizzi -- reporter John Gizzi sent out a fake news tweet

3254    yesterday.  He said he was headed to the Nationals' park -- that

EXHIBIT Q-2

3255  he was going to watch them beat the Cardinals.  That was fake

3256  news.

3257  [Laughter.]

3258  I yield back.

3259  Mr. Dorsey.  Thank you.  It doesn't sound like we served

3260  you well in matching your interests.

3261  Mr. Duncan.  [Presiding.]  The gentleman's time has

3262  expired.

3263  The chair will recognize Ms. Schakowsky.

3264  Ms. Schakowsky.  Thank you, Mr. Chairman.

3265  So while you have been sitting here all day -- we appreciate

3266  that -- according to the Wall Street Journal, the Justice

3267  Department to examine whether social media giants are, quote,

3268  "intentionally stifling," some viewpoints, and it quotes the

3269  president.

3270  It says that in an interview Wednesday morning with the Daily

3271  Caller, Mr. Trump accused social media companies of interfering

3272  in elections in favor of Democrats -- quote, "The truth is they

3273  were all on Hillary Clinton's side," he said.

3274  Would you agree with that characterization by the -- by the

3275  president?

3276  Mr. Dorsey.  No.

EXHIBIT Q-2

3277          Ms. Schakowsky.  The other thing it says in this article

3278   is that they expressed -- referring to the -- I guess it's in

3279   the Senate -- they expressed contrition for allowing their

3280   platform to be abused in the past while pledging to make --

3281   protecting the system from -- the system during the 2018 mid-term

3282   elections a priority.

3283          First of all, I just want to say about contrition, we heard

3284   from Facebook's CEO, Mr. Zuckerberg, one example after another

3285   after another through the years -- you haven't been there that

3286   long, Twitter -- of contrition.  We are sorry, we are sorry, we

3287   are sorry.

3288          But even today, if I had listed well, we made a mistake --

3289   we are going to do better, et cetera.

3290          So, first let me ask you, what are you going to do to make

3291   sure that the election is not in some way influenced by foreign

3292   governments in an inappropriate way?

3293          Mr. Dorsey.  Well, this is -- this is our number-one priority

3294   in our information quality efforts --

3295          Ms. Schakowsky.  I hear that.

3296          Mr. Dorsey.     -- and our broader health and we have benefited

3297   from learning from recent elections like the Mexican election

3298   and were able to test and refine a bunch of that work accordingly.

EXHIBIT Q-2

3299        So we are doing a few things.  First, we are opening portals

3300    that allow partners and journalists to report anything suspicious

3301    that they see so that we can take much faster action.

3302        Second, we are utilizing more technology to identify where

3303    people are trying to artificially amplify information to steer

3304    or detract the conversation.

3305        Third, we have a much stronger partnership with law

3306    enforcement and federal law enforcement to make sure that we are

3307    getting a regular cadence of meetings that we are seeing more

3308    of the trends going on and that we can understand intent behind

3309    these accounts and activities so we can act much faster as well.

3310        Ms. Schakowsky.  Well, I appreciate that because that's

3311    where the emphasis ought to be.  I have to tell you, the president

3312    and the Republicans have concocted this idea of a supposed

3313    anti-conservative bias to, it seems to me, distract from the fact

3314    that the -- that their majority has absolutely done nothing to

3315    prevent foreign governments from using social media platforms

3316    to spread misinformation, and if we don't do that then I think

3317    our democracy itself is actually at stake.

3318        But also, in terms of your motives, Mr. Dorsey, the majority

3319    of Twitter's revenue comes from selling advertising on the

3320    platform, right?

**EXHIBIT Q-2**

3321        Mr. Dorsey.  Correct.

3322        Ms. Schakowsky.  And Twitter is a for-profit

3323  publicly-traded company.  Is that right?

3324        Mr. Dorsey.  Correct.

3325        Ms. Schakowsky.  And generally speaking, businesses,

3326  political campaigns, and other advertisers choose to advertise

3327  on Twitter because Twitter promises to deliver targeted

3328  highly-engaged audience.  Is that agree -- is that what you'd

3329  say?

3330        Mr. Dorsey.  Correct.

3331        Ms. Schakowsky.  So you actually said that you are

3332  incentivized -- it says Twitter is incentivized to keep all voices

3333  on the platform.  Is that correct?

3334        Mr. Dorsey.  No.  That is where we need to make sure that

3335  we are questioning our own senses but also we understand that

3336  making health our top and singular priority means that we are

3337  going to be removing accounts and we have done so.

3338        Ms. Schakowsky.  Okay.  I am quoting, actually -- that you

3339  said from a business perspective Twitter is incentivized to keep

3340  all voices on the platform.

3341        Mr. Dorsey.  Oh.  All perspectives.  But I thought you

3342  meant more the accounts.  But we do want to make sure that we

**EXHIBIT Q-2**

3343   are -- you know, we believe we are used as a public square for

3344   people and that all perspectives should be represented.

3345       Ms. Schakowsky.  Thank you, and thank you for being here.

3346       Mr. Dorsey.  Thank you.

3347       Mr. Duncan.  The gentlelady's time has expired.  The chair

3348   will recognize the gentleman from Indiana, Mr. Bucshon.

3349       Mr. Bucshon.  Thank you.  Thank you, Mr. Dorsey, for being

3350   here.

3351       I just want to say I don't think -- I don't see this as

3352   particularly partisan.  The hearing, I think, is completely

3353   appropriate and relevant to the American people across political

3354   ideology.

3355       I would respectfully disagree with my Democrat colleagues

3356   and some of the comments they've made and I would just like to

3357   say this.

3358       Ironically, in my view, they're the ones most likely to want

3359   heavy-handed government intervention into your industry and I

3360   would argue that people like me, Republicans, are trying to help

3361   you avoid it.  So take that for what it's worth.

3362       You know, you have implied and you have said that Twitter

3363   is taking all these different actions to improve all the things

3364   that you're doing as it relates to algorithms and other things.

EXHIBIT Q-2

3365

3366      What's your time line?  And I know you have said that this

3367    is an ongoing process, right.  You're never going to -- you're

3368    not going to get a checkered flag, right.  But what's your time

3369    line for getting some of this really done?

3370      Mr. Dorsey.  We want to move as fast as possible, and I know

3371    that's a frustrating answer because it's really hard to predict

3372    these outcomes and how long they may take.

3373      But it is our singular objective as a company in terms of

3374    improving the -- increasing the health of the public square that

3375    we are hosting.

3376      Mr. Bucshon.  Yes.  Thank you.

3377      So how do -- is there any way that users and third parties

3378    can verify whether or not their political standards or judgments

3379    are embedded accidentally into Twitter's algorithms?

3380      I mean, I guess I am asking is are your algorithms publicly

3381    available for independent coders to assess whether there is bias,

3382    whether it's intended or unintended?

3383      Mr. Dorsey.  Not today.  But that is a -- that is an area

3384    we are looking at and we'd love to be more open as a company

3385    including our algorithms and how they work.

3386      We don't yet know the best way to do that.  We also have

EXHIBIT Q-2

3387      to consider in some cases when we are more clear about how our

3388      algorithms work it allows for gaming of the system, so people

3389      taking advantage of it.

3390            Mr. Bucshon.  Yes.

3391            Mr. Dorsey.  So we need to be cognizant of that, and it's

3392      not a blocker by any means.

3393            Mr. Bucshon.  Oh, I understand.

3394            Mr. Dorsey.  We'd love for it to be open.  But that's the

3395      big -- that's a big understanding that we need to -- we need to

3396      understand how to correct.

3397            Mr. Bucshon.  Yes, I totally get that.  I could see where

3398      if the algorithms were there, then smart people are going to find

3399      ways to subvert that, right.  And there's some -- probably some

3400      proprietariness there that you may have a competitor in the future

3401      named something else and you don't want your processes out there.

3402       I totally respect that.

3403            Mr. Dorsey.  Although this is an area we don't want to

3404      compete.  We do not want to compete on health.  We want to share

3405      whatever we find.

3406            Mr. Bucshon.  Okay.  And I think many people have said, you

3407      know, all of us, whether we know it or not, have some inherent

3408      biases based on where we grew up, what our background is, what

EXHIBIT Q-2

3409    our life experiences are.

3410         So I am kind of -- I am really interested in how you recruit,

3411    you know, to your company, because I think -- I mean, obviously,

3412    the tech industry has had some criticism about its level of

3413    diversity.

3414         But I think it would be important to kind of get your feel

3415    for if you're going to have -- if you're going to avoid group

3416    think and you're creating algorithms, how do you -- how do you

3417    recruit and -- I mean, you're not going to ask somebody, hey,

3418    are you pro-Trump or against Trump.

3419         I get that, right.  But you want to have -- I would argue

3420    you want to have people from everywhere, different races, men,

3421    women, different political view, because our -- my impression

3422    is is, like, diversity is, in some respects, in certain industries

3423    fine as long as it's not political diversity.

3424         So how do you -- can you give me a sense of how you kind

3425    of build the team?

3426         Mr. Dorsey.  Yes.  This is an active conversation within

3427    the company right now.  We recognize that we need to decentralize

3428    our workforce out of San Francisco.  Not everyone wants to be

3429    in San Francisco.  Not everyone wants to work in San Francisco.

3430     Not everyone can afford to even come close to living in San

**EXHIBIT Q-2**

3431    Francisco and it's not fair.

3432         So we are considering ways of how we hire more broadly across

3433    every geography across this country and also around the world

3434    and being a lot more flexible.  It's finally the case that

3435    technology is enabling more of that and we are really excited

3436    about this and I am personally excited to not consider San

3437    Francisco to be a headquarters but to be a more distributed

3438    company.

3439         Mr. Bucshon.  Yes.  I just want to say I think it's very

3440    important to make sure that companies like yours do get a variety

3441    of perspectives within your employee base.

3442         Thank you.

3443         Mr. Dorsey.  I agree.

3444         Mr. Bucshon.  Thanks for being here.

3445         Mr. Dorsey.  Thank you.

3446         Mr. Duncan.  The chair will recognize the gentleman from

3447    California, Mr. Ruiz, for four minutes.

3448         Mr. Ruiz.  Mr. Dorsey, you have had a long day.  You're in

3449    the home stretch.

3450         So thank you for being with us today.  I am glad my colleagues

3451    on this side of the aisle have been focussing on the issues that

3452    are very important to our democracy and how we combat foreign

**EXHIBIT Q-2**

3453   influences and bots and harassment and other challenges on your

3454   platform.

3455       I would like to take a step back and look more precisely

3456   at the makeup of Twitter's users and I am not sure we or even

3457   possibly you have a true understanding of who is really using

3458   your services and your website.

3459       So as you have said previously, the number of followers an

3460   account has is critically important, both in terms of the

3461   prominence of an account but also the ranking of algorithms that

3462   push content to users.

3463       So when tens of thousands of new accounts created every day

3464   both real and fake and by humans and bots alike, I am concerned

3465   about the accuracy of those numbers we are using here today and

3466   the implications those numbers have.

3467       So you have said that 5 percent of your accounts are false

3468   or spam accounts.  Is that correct?

3469       Mr. Dorsey.  Correct.

3470       Mr. Ruiz.  Okay.  And is that -- how do you measure that?

3471    Is that at any one time or is that over the course of any one

3472   year?  How did you come to the conclusion of 5 percent?

3473       Mr. Dorsey.  Yes.  We have various methods of

3474   identification, most of them automations and machine learning

EXHIBIT Q-2

3475   algorithms to identify these in real time, looking at the

3476   behaviors of those accounts and --

3477       Mr. Ruiz.  So that's how you identify which ones are false.

3478    But how did you come up with the 5 percent estimate of total

3479   users are fake?

3480       Mr. Dorsey.  Well, it's 5 percent, we believe, are taking

3481   on spammy like behaviors, which would indicate an automation or

3482   some sort of coordination to amplify information beyond their

3483   earned reach.

3484       So we are looking at behaviors and that number --

3485       Mr. Ruiz.  So you just take that number versus the total

3486   number of users?

3487       Mr. Dorsey.  The total -- the total active, and that number

3488   has remained fairly consistent over time.

3489       Mr. Ruiz.  Okay.  In 2015, you reported that you had 302

3490   million monthly active users on your platform.  In 2016, it was

3491   317 million monthly active users.  In 2017, 330 million, and in

3492   2018 you said 335 million monthly active users.

3493       How do you define monthly active users?

3494       Mr. Dorsey.  It's someone who engages with the service

3495   within the month.

3496       Mr. Ruiz.  So is that somebody who tweets or somebody who

EXHIBIT Q-2

3497    retweets or somebody who just logs in?

3498        Mr. Dorsey.  Someone who just logs in.

3499        Mr. Ruiz.  Okay.  And is it 5 percent of those yearly numbers

3500    that you believe to be spam of the -- somebody who just simply

3501    logs in?

3502        Mr. Dorsey.  Yes, who are taking on spam like behaviors or

3503    spam like threats.

3504        Mr. Ruiz.  And has the 5 percent been consistent over the

3505    years?

3506        Mr. Dorsey.  It has been consistent.

3507        Mr. Ruiz.  Okay.  So we have heard reports of hundreds of

3508    Twitter accounts run by just one person.  It's my understanding

3509    that each of those accounts are counted as separate monthly active

3510    users.  Is that correct?

3511        Mr. Dorsey.  Correct.

3512        Mr. Ruiz.  Okay.  Good.  So my concern with these questions

3513    is that the number of followers an account has, which is,

3514    obviously, comprised of the subset of those 335 million Twitter

3515    users, is an incredibly important metric to your site and one

3516    you even said this morning in front of the Senate presented too

3517    much of an inventive for account holders.

3518        Based on what we've heard, though, it appears that the number

EXHIBIT Q-2

3519   of followers may not be an accurate representation of how many

3520   real people follow any given account.

3521        For example, last year Twitter added, roughly, 13 million

3522   users but early today you said you are flagging or removing 8

3523   to 10 million per week.

3524        How can we be confident the 5 percent fraudulent account

3525   number you are citing is accurate?

3526        Mr. Dorsey.  Well, we -- we are constantly updating our

3527   numbers and our understanding of our system and getting better

3528   and better at that.  We do see our work to mitigate --

3529        Mr. Ruiz. · Before we end the time, I am going to ask you

3530   one question and you can submit the information, if you don't

3531   mind, and that's basically in medicine or any screening utility

3532   -- I am a doctor -- for any screening utility we use a specificity

3533   and sensitivity and that just measures how well your methodology

3534   works.  And the higher specificity the lower false positive you

3535   have.  The higher sensitivity the lower false negatives that you

3536   have.

3537        In this case, you can see the different arguments is how

3538   many false positives versus how many false negatives.  We are

3539   concerned that you're going to have false negatives with the

3540   Russian bots.

EXHIBIT Q-2

3541       Some are concerned that your false positive you're taking

3542    out people that legitimately should be on there.

3543       So if you can report to us what those specificity and

3544    sensitivity of your mechanism in identifying bots, I would really

3545    appreciate that.  That will give us a sense of where your

3546    strengths are and where your weaknesses are.

3547       Mr. Dorsey.  Thank you.

3548       Mr. Duncan.  Point's well-made and the gentleman's time has

3549    expired.

3550       The chair will go to Mr. Flores from Texas.

3551       Mr. Flores.  I thank you, Mr. Chair, and I appreciate, Mr.

3552    Dorsey, you showing up to help us today.

3553       If you don't mind, I am going to run through a bunch of

3554    questions it will take and ask Twitter to supplementally ask those

3555    later -- or excuse me, answer those later, and then I have a

3556    question or two at the close that I would like to try to get asked.

3557       Our local broadcasters provide a valuable service when it

3558    comes to emergency broadcasting or broadcasting of different

3559    events that happen.  You heard Mr. Burgess earlier talk about

3560    the TV station that was attacked this morning and the first notice

3561    he got was on Twitter.

3562       So my question is this.  Should Twitter be considered a

**EXHIBIT Q-2**

3563   trusted advisor in the emergency alerting system and how do you

3564   manage the intentional or unintentional spread of misinformation

3565   or abuse by bad actors on this platform during times of emergency?

3566    And you can supplementally answer that, if you would.

3567        And then the next question is -- this has to do with free

3568   speech and expression -- does Twitter proactively review its

3569   content to determine whether a user has violated its rules or

3570   is it only done once another user voices the concerns.

3571        And the next question is do you have a set of values that

3572   Twitter follows when it makes decisions about flagged content

3573   or is it done on a case by case basis and which individuals at

3574   Twitter make judgement calls.

3575        The next one has to do with how do you -- this is a conceptual

3576   question I would like you to try to answer, and that's how do

3577   you balance filtering versus -- and moderating versus free speech?

3578

3579        I mean, there's always this tenuous balance between those

3580   two.  So if you could, I would like to have you respond to that.

3581        Then we need some definition.   This is an oversight hearing.

3582    We are not trying to legislate.   We are just trying to -- and

3583   not trying to get into fights -- we are just trying to get --

3584   to learn about this space.

EXHIBIT Q-2

3585          And so I would like to have Twitter's definitions of

3586    behavior, Twitter's definition of hateful conduct, Twitter's

3587    definition of low quality tweets.

3588          I would like to -- an explanation of the abuse reports

3589    process, and also you said you had signals for ranking and

3590    filtering.  I would like to know how that process works, if we

3591    can.

3592          I would like to know more about the Trust and Safety Council,

3593    how it works, and its membership -- some of that's publicly

3594    available, some of it's not -- and then the Twitter definition

3595    of suspicious activity.

3596          And here's the question I have in the last minute that I

3597    have that I would like you to respond to.  A lot of the social

3598    media space has been through some tumultuous times over the past

3599    18 to 24 months, and so my question is this.

3600          If we were to have a hearing a year from now, what would

3601    be the three biggest changes that Twitter has made that you would

3602    share with Congress?

3603          Mr. Dorsey.  That's an excellent question.  So I believe,

3604    first and foremost, we see a lot of progress on increasing the

3605    health of public conversation.

3606          Second, I believe that we have reduced a bunch of the burden

EXHIBIT Q-2

3607    that a victim has to go through in order to report any content

3608    that is against them or silencing their voice or causing them

3609    to not want to participate in the public space in the first place.

3610            And then third, we have a deeper understanding of the

3611    real-world effects off platform of our service both to the broader

3612    public and also to the individual as well, and those are things

3613    that I think we can and will make a lot of progress on, the latter

3614    one being probably the hardest to determine.  But I think we are

3615    going to learn a lot within these 2018 elections.

3616            Mr. Flores.  Okay.  I thank you for your responses and I

3617    know you have got team people back there that took good notes

3618    on the other ones that I left for supplemental disclosure.

3619            Thank you.  I yield back.

3620            Mr. Costello.  [Presiding.]  Yields back.

3621            The gentleman from Illinois, Mr. Rush, is recognized for

3622    four minutes.

3623            Mr. Rush.  Mr. Dorsey, I certainly want to thank you for

3624    being here and for really enduring this marathon of questions.

3625            I want to go back to the beginning of this hearing where

3626    Mr. Pallone discussed the need for an independent third party

3627    institute to conduct a civil rights audit of Twitter and I am

3628    not sure of your answer.  It was kind of vague to me.

**EXHIBIT Q-2**

3629         So I ask the question, are you willing to commit to or are

3630    you saying that Twitter will consider Mr. Pallone's request?

3631    Is that a commitment or is that just a consideration?

3632         Mr. Dorsey.   Yes.   We are -- we are willing to commit to

3633    working with you and staff to understand how to do this best in

3634    a way that is -- that is actually going to show what we can track

3635    and the results.

3636         But I think that is a dialogue we need to have.

3637         Mr. Rush.   Thank you.

3638         Chicago is experiencing an epidemic of violence particularly

3639    as it relates to our young people and Facebook has already been

3640    confirmed as an asset that is being used by some of these young

3641    people to commit violence.

3642         And my question to you, are you aware of where Twitter was

3643    used to organize or perpetuate any form of street violence

3644    anywhere in the nation and, certainly, in Chicago?

3645         Mr. Dorsey.   We do look at cases and reports where people

3646    are utilizing Twitter and coordinating in terms of having

3647    off-platform violence.

3648         We do have a violent extremist group policy where we do look

3649    at off-platform information to make judgments.

3650         Mr. Rush.   And is there an automatic process for the removal

**EXHIBIT Q-2**

3651    of such posts?

3652        Mr. Dorsey.  Yes.  There is a reporting process.  But,

3653    again, it does require right now for removal of the post a report

3654    of the violation.

3655        Mr. Rush.  So are they removed, though?

3656        Mr. Dorsey.  Sorry?

3657        Mr. Rush.  Are they removed?

3658        Mr. Dorsey.  How many have been removed?  We --

3659        Mr. Rush.  No.  Have you removed any?

3660        Mr. Dorsey.  Have we removed any?  We do often remove

3661    content that violates our terms of service.  We have a series

3662    of enforcement actions that ranges from a warning to temporary

3663    suspension and removal of the offending tweet all the way to a

3664    permanent suspension of the -- of the account.

3665        Mr. Rush.  All right.  In that regard, do you also have any

3666    authoritative actions that you have taken to inform local police

3667    departments of these kind of activities?

3668        Mr. Dorsey.  We do -- we do have partnerships with local

3669    enforcement and law enforcement agencies all over the world and

3670    we do inform them as necessary.

3671        Mr. Rush.  All right.  Let me ask you one other final

3672    question here.  I want to switch.  Your legal and policy chief

EXHIBIT Q-2

3673   told Politico yesterday, and I quote, "There is not a blanket

3674   exception for the president or anyone else when it comes to abusive

3675   tweeting."

3676      Do you consider President Trump's tweets to be abusive or

3677   harmful at all?

3678      Mr. Dorsey.  We hold every account to the same standards

3679   in the consistency of our enforcement.  We do have a clause within

3680   our terms of service that allows for public interest and

3681   understanding of public interest per tweet and, you know, we

3682   definitely weigh that as we consider enforcement.

3683      Mr. Rush.  Mr. Chairman, my time is --

3684      Mr. Costello.  Yes.

3685      Mr. Pallone.  Mr. Chairman, I seek unanimous consent to

3686   submit a statement for the record on behalf of our colleague,

3687   Representative Anna Eshoo of California.

3688      Mr. Costello.  Without objection.

3689      [The information follows:]

3690

3691   **********COMMITTEE INSERT 6**********

EXHIBIT Q-2

3692        Mr. Costello. The gentlelady from Indiana, Mrs. Brooks, is

3693    recognized for four minutes.

3694        Mrs. Brooks.   Thank you, and thank you, Mr. Dorsey, for being

3695    here today and for sitting through an entirely very long day of

3696    a lot of questions.

3697        And I want to share with you and stay a little bit on the

3698    public safety angle.   In 2015, I was very pleased because we got

3699    signed into law the Department of Homeland Security Social Media

3700    Improvement Act bill and this group has been meeting, which I

3701    am pleased that they organized and have been meeting.

3702        They've issued about three different reports and actually

3703    one of the reports is focused on highlighting countering false

3704    information and disasters and emergencies.

3705        Another one focuses on best practices of incorporating

3706    social media into their exercises -- public safety exercise all

3707    the time, and then how do they operationalize social media for

3708    public safety.

3709        I would be curious whether or not you and your team, A, if

3710    you even knew anything about this group and whether or not you

3711    and your team might be willing to assist this group.

3712        While I recognize that you have contacts around the globe,

3713    there actually is a group -- a public safety social media group

EXHIBIT Q-2

3714    that's very focussed on this and I think we need to have better

3715    interaction between the social media platforms and organizations

3716    and the public safety community so they can figure this out.

3717         Is that something you might be willing to consider?

3718         Mr. Dorsey.  Yes.  I was not aware of it, honestly, but I

3719    am sure my team is and we'll definitely consider.

3720         Mrs. Brooks.  Thank you.

3721         I am curious, and I asked Mr. Zuckerberg this when he appeared

3722    before us -- with respect to the terrorism groups and the extremist

3723    groups that you monitor and that you take down -- and I have seen

3724    reports that in a short period of time, July of 2017 to December

3725    of 2017, you actually took down 274,460 Twitter accounts in a

3726    six-month period relative to promoting terrorism, and so that's

3727    a -- seems like a very large number of accounts and I am afraid

3728    that people believe that it's not happening.  We don't hear about

3729    it as much.

3730         Can you -- and I understand that you have worked with Google,

3731    YouTube, Facebook, and others to create a shared database of

3732    prohibited videos and images.  But we don't hear anything about

3733    that either.  Is this database still in use?  Are you all still

3734    working together and collaborating?

3735         Mr. Dorsey.  Yes.  We are still working together and this

**EXHIBIT Q-2**

3736    is a very active collaboration and a lot of, you know, the work

3737    we've been doing over years continues to bear a lot of fruit here.

3738         But we are happy to send to the committee more detailed

3739    results.  We do have this in our transparency report.

3740         Mrs. Brooks.  And I was going to ask, the transparency report

3741    -- and you have talked about that a few times -- it's not done

3742    yet.  Is that right?

3743         Mr. Dorsey.  It's not finished yet for actions upon content

3744    in accounts that have to do with our health aspects.  It is for

3745    terrorism accounts.

3746         Mrs. Brooks.  It is finished there.  All of these questions

3747    that you have gotten, and there have been a lot of things, can

3748    we expect that a lot of these things might be in that transparency

3749    report that people have been asking you about?

3750         Mr. Dorsey.  Yes.  The first step is to figure out what is

3751    most meaningful to put in there.  So, really, designing the

3752    document so that people can get meaningful insight in terms of

3753    how we are doing and what we are seeing and what we are dealing

3754    with, and then we need to aggregate all that data.

3755         So we are in the early phases of designing this document

3756    and how we are thinking about it.  But we'd like to move fast

3757    on it because we do believe it will help earn trust.

**EXHIBIT Q-2**

3758    Mrs. Brooks.  Well, and certainly from a public safety

3759    perspective you can't and shouldn't divulge everything that you

3760    do relative to helping keep us safe.

3761    And while I appreciate that it is very important to have

3762    an open dialogue and to have the -- as much information as possible

3763    in the conversation in the public square.

3764    I, certainly, hope that your work with law enforcement --

3765    we need to make sure the bad guys don't understand what you're

3766    doing to help us.

3767    And so I thank you and look forward to your continued work

3768    in this space.

3769    Mr. Dorsey.  Thank you so much.

3770    Mrs. Brooks.  Thank you.

3771    The Chairman.  [Presiding.]  The gentlelady's time has

3772    expired.

3773    The chair now recognizes the gentleman from Pennsylvania,

3774    Mr. Costello, for four minutes.

3775    Mr. Costello.  Thank you.

3776    Mr. Dorsey, in your testimony you identified a handful of

3777    behavioral signals but you noted Twitter uses thousands of

3778    behavioral signals in your behavioral-based ranking models.

3779    Could you provide the committee with a complete accounting

EXHIBIT Q-2

3780    of all of these signals?

3781        Mr. Dorsey.  We -- a lot of those signals are changing

3782    constantly.  So even if we present one today it might change

3783    within a week or within a month.

3784        The point is that it's not a thousand behavioral signals.

3785     It's a thousand decision-making criteria and signals that the

3786    algorithms use.

3787        And I don't mean exactly a thousand -- it could be hundreds,

3788    it could be thousands -- they all vary -- to actually make

3789    decisions.

3790        Mr. Costello.  Would you consider providing a more expansive

3791    list of signals beyond the small handful that you have provided,

3792    specifically those that seem to endure and that don't change week

3793    to week?

3794        Mr. Dorsey.  We are looking at ways to open up how our

3795    algorithms work and what criteria they use to make decisions.

3796     We don't have conclusions just yet and the reason why we are

3797    pausing a little bit here and considering is because by giving

3798    up certain criteria we may be enabling more gaming of the system

3799    --

3800        Mr. Costello.  Sure.

3801        Mr. Dorsey.  -- taking advantage of the system so that

EXHIBIT Q-2

3802    people can bypass our protections.

3803        Mr. Costello.  You used the term a little earlier curators.

3804     Is that a term -- is that a position within your company or did

3805    you just kind of -- could you -- what's a curator at your company

3806    do?

3807        Mr. Dorsey.  Yes.  We have a -- we have a product within

3808    Twitter called Moments and what it is is if you go to the search

3809    icon you can see a collection of tweets that are actually arranged

3810    by humans, organized around a particular event or a topic.  So

3811    it might be a supporting game, for example.

3812        And we have curators who are looking for all the tweets that

3813    would be relevant and one of the things that they want to ensure

3814    is that we are seeing a bunch of different perspectives --

3815        Mr. Costello.  Relevant based on my behavior and do I have

3816    to manually do that or is that going to show up in my feed?

3817        Mr. Dorsey.  It's a -- we do that work and then sometimes

3818    you make it a Moment that is more personalized to you based on

3819    your behavior.  In some cases, all people get the same Moment.

3820        Mr. Costello.  Would that be subject -- and, listen, the

3821    bias issue -- but would that -- that would open up consideration

3822    for there to be more bias in any way.

3823        Bias can mean a lot of different things.  It doesn't even

EXHIBIT Q-2

3824    have to be political.  That's -- so your curators are making some

3825    sort of subjective determination on what might be of interest

3826    -- what might pop more -- what might get more retweets, comments,

3827    et cetera?

3828        Mr. Dorsey.  Well, they use a data-driven approach based

3829    on the percentage of conversation that people are seeing.  So

3830    we are trying to reflect how much this is being talked about on

3831    the network, first and foremost, and then checking it against

3832    impartiality and also making sure that we are increasing the

3833    variety of perspective.

3834        Mr. Costello.  I appreciated your testimony -- your written

3835    testimony.  You said something in there that interests me and

3836    that -- a lot of things -- but one was you have no incentive to

3837    remove people from your -- in other words, you have no incentive

3838    to remove conservatives from your platform because the more people

3839    talking the better.

3840        But it strikes me that in -- when we are talking about hate

3841    speech or personal insults or things that are just straight up

3842    mean there's kind of -- there's an incentive not remove that stuff

3843    if it's driving more participation.

3844        How do you reconcile that?

3845        Mr. Dorsey.  It's an excellent question, and something that

EXHIBIT Q-2

3846    we have balanced in terms of, number one, our singular objective

3847    is to increase the health of this public square and this public

3848    space, and we realize that in the short term that will mean

3849    removing accounts.

3850        And we do believe that increasing the health of the public

3851    conversation on Twitter is a growth vector for us but only in

3852    the long term and we -- you know, over the -- over the past few

3853    months we've taken a lot of actions to remove accounts en masse.

3854

3855        We reported this during our -- during our past earnings call

3856    and, you know, the reaction was what it was.  But we did that

3857    because we believe that, over the long term, these are the right

3858    moves so that we can continue to serve a healthy public square.

3859        The Chairman.  The gentleman's time --

3860        Mr. Costello.  Yes.  Thank you.  I yield back.

3861        The Chairman.  The chair now recognizes the gentleman from

3862    Oklahoma, Mr. Mullin, for four.

3863        Mr. Mullin.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

3864    you so much for being here.

3865        I've got a question, and this isn't a gotcha question.  It's

3866    a point that -- to which I want to try to make because as my

3867    colleague from Virginia, Mr. Griffith, said earlier, he doesn't

EXHIBIT Q-2

3868    believe that you're doing it on purpose.

3869        It's just that the way things are working out the system
3870    to which you guys use to figure out who's going to be censored
3871    and who's not.

3872        So my question is would you consider yourself conservative?
3873    Liberal?  Socialist?  How would you -- how would you consider
3874    your political views?

3875        Mr. Dorsey.  I try to focus on the issues so I don't --

3876        Mr. Mullin.  Well, I know, but the issues are at hand and
3877    that's what I am trying to ask.

3878        Mr. Dorsey.  What issues in particular?

3879        Mr. Mullin.  Well, okay.  If you're not going to -- are you
3880    a registered voter?

3881        Mr. Dorsey.  I am a registered voter.

3882        Mr. Mullin.  Republican?  Democrat?

3883        Mr. Dorsey.  Independent.

3884        Mr. Mullin.  Independent.  So as a business owner myself,
3885    different departments that I have seem to take on the personality
3886    of the ones that I have running it -- the people that I have running
3887    a department or a business or an organization.

3888        When I stepped down as CEO of my company, the new CEO took
3889    on a different personality and the employees followed.  And we

EXHIBIT Q-2

3890    are choosing one mind set over another in some way, regardless
3891    if you're doing it on purpose or not.
3892         The way that it is being picked, the way it's being portrayed,
3893    is somewhat obvious and let me just simply make my point here.
3894         2016 presidential campaign the Twitter -- Twitter was
3895    accused of suspending an anti-Hillary focussed account and
3896    de-emphasized popular hashtags.  October 2017 Twitter barred
3897    Marsha Blackburn's campaign video for an ad platform, calling
3898    it inflammatory.
3899         November 2017, rogue -- a single rogue employee deactivated
3900    Trump's account for 11 minutes.  That's shocking that a single
3901    rogue employee could actually have that much authority to do that.
3902
3903         That's a different question for a different day, maybe.
3904    July 2018, Twitter was accused of limiting visibility of certain
3905    Republican politicians by preventing their official accounts from
3906    appearing in sites -- auto-populated drop down searches -- search
3907    bar results.
3908         August 2018, conservative activist Candace Owens' account
3909    was suspended after, essentially, imitating a account from a New
3910    York Times editorial board member, Susan -- I think I am
3911    pronouncing this right -- Jeong.  Are you familiar with this?

EXHIBIT Q-2

3912         Mr. Dorsey.  Yes.

3913         Mr. Mullin.  Let me read what Ms. Jeong wrote:

3914    "#cancelwhitepeople.  White people marking up the internet with

3915    their opinions like dogs pissing on fire hydrants.  Are white

3916    people genetically predisposed to burn faster in the sun, thus

3917    logically being only fit to live underground like grovelling

3918    goblins?  Oh, man, it's kind of sick how much I enjoy -- or, how

3919    much joy I get out of being cruel to old white men.  I open my

3920    mouth to populate -- to politely greet a Republican but nothing

3921    but an unending cascade of vomiting flows from my mouth."

3922         Now, that same tweet went out by Candace Owens but replaced

3923    Jewish for white.  Ms. Owens' account was suspended and flagged.

3924     The New York Times reporter's account wasn't.

3925         What's the difference?

3926         Mr. Dorsey.  We -- so we did make a mistake with Owens --

3927         Mr. Mullin.  But I've heard you say that multiple times --

3928    we made a mistake -- we made a mistake.  I've heard you say that

3929    the whole time you have been up here, and you have been very polite

3930    and pretty awesome at doing it.

3931         But the fact is it's bigger than a mistake.  It's the

3932    environment to which I think Twitter has.  My point of the first

3933    question was does that fit your political views to which your

**EXHIBIT Q-2**

3934    company is following?  Because there seems to be --

3935    The Chairman.  The gentleman's time --

3936    Mr. Mullin.   -- a pattern here.

3937    Mr. Dorsey.  No, it doesn't.  I value variety in perspective

3938    and I value seeing people from all walks of life and all points

3939    of views, and we do make errors along the way both in terms of

3940    our algorithms and also the people who are following guidelines

3941    to review content.

3942    Mr. Mullin.  The --

3943    The Chairman.  The gentleman's time has expired.

3944    Mr. Mullin.  Thank you.  I yield back.

3945    The Chairman.  The chair recognizes the gentleman from

3946    Michigan, Mr. Walberg, for four minutes.

3947    Mr. Walberg.  Thank you, Mr. Chairman, and thank you, Mr.

3948    Dorsey, for being here, and it's been a long day for you.  It's

3949    an important day, though.

3950    I guess the only complaint I would have thus far is that

3951    your staff didn't prepare well enough to go through 535 members

3952    of Congress to see if there were any biases and have those figures

3953    for us today that you could answer.

3954    I would assume that they should have thought that with

3955    Republicans and Democrats here and the statements that we've heard

EXHIBIT Q-2

3956    from the other side of the aisle that that question would come

3957    up -- those facts, those statistics -- at least on the members

3958    -- 535 members.

3959        It would have been worth being able to answer right today

3960    with an imperative no, there was no bias, or yes, it appears there

3961    was a bias.  That's the only complaint I have.

3962        But let me -- let me go to the questions.  In a July 26th,

3963    blog post, Twitter asserted, and I quote, "We believe the issue

3964    had more to do with how other people were interacting with these

3965    representatives' accounts."

3966        What specific signals or actions of other accounts

3967    interacting with the representative's account would you suggest

3968    -- this is my question -- contributed to the auto suggest issue?

3969        Mr. Dorsey.  The behaviors we were seeing were actual

3970    violations of our terms of service.

3971        Mr. Walberg.  Clear violations of your terms -- would muting

3972    or blocking another user's account contribute to that?

3973        Mr. Dorsey.  No.  These were reported violations that we

3974    reviewed and found in violation.

3975        Mr. Walberg.  And retweeting or boosting wouldn't be a

3976    contribution to what you did either.  Does Twitter have policies

3977    and procedures in place to notify accounts or users when their

EXHIBIT Q-2

3978    messages or content have been hidden from other users?

3979         Mr. Dorsey.  We don't have enough of this so we don't --

3980    we do have a lot of work to do to help people understand why --

3981    right in the products why we might rank or why we might filter

3982    or put their content behind an interstitial, and that is an area

3983    of improvement.  So we haven't done enough work there.

3984         Mr. Walberg.  So while -- and I appreciate the fact you don't

3985    -- you don't want to have users be responsible for contacting

3986    you about issues, you ought to be catching some of this stuff.

3987

3988         You have no specific time line or strong policy in place

3989    to notify me, for instance, that there's a reason why you have

3990    taken me down, blocked or whatever, for the time being so I can

3991    at least respond to that and can make a change so that I am a

3992    productive positive member of Twitter.

3993         Mr. Dorsey.  Well, if we take any enforcement action that

3994    results in removal of content or asking the removal you get

3995    notified immediately.

3996         Mr. Walberg.  Immediately?

3997         Mr. Dorsey.  It's just a question of the filtering or the

3998    time ranking that we don't have a great way of doing this today.

3999

EXHIBIT Q-2

4000    It is our intention to look deeper into this but -- and I

4001    know this is a frustrating answer but the time lines are a little

4002    bit unpredictable.  But we do believe that transparency is an

4003    important concept for us to push because we want to earn more

4004    people's trust.

4005        Mr. Walberg.  With regard to internet service providers,

4006    they're required to disclose if they are throttling or blocking

4007    their services.  Of course, that's been a big issue.

4008        Would you be open to a similar set of transparency rules

4009    when you have taken actions that could be viewed as blocking or

4010    throttling of content?

4011        Mr. Dorsey.  We are considering a transparency report around

4012    our actions regarding content like this.  We are in the phases

4013    right now of understanding what is going to be most useful in

4014    designing the document and then to do the engineering work to

4015    put it in place we can aggregate all the information.

4016        But I do think it's a good idea and something that I do think

4017    helps earn people's trust.

4018        Mr. Walberg.  Well, I wish you well on it because I don't

4019    want to be like my colleagues on the other side of the aisle that

4020    want to regulate.  This is the amazing social media opportunity

4021    we have.

EXHIBIT Q-2

4022       We want to keep it going -- keep it going proper.  I don't

4023   want to see government get involved in regulating if you folks

4024   can do the job yourselves.

4025       Thank you.  I yield back.

4026       The Chairman.  The gentleman yields back.

4027       The chair recognizes Mr. Duncan for four minutes.

4028       Mr. Duncan.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

4029   you for being here.  We've heard a lot today about content

4030   filters, shadow banning, and a little bit about bias, and I would

4031   like to focus on bias for just a second.

4032       A member of my staff recently created a test Twitter account

4033   working on a communications project unrelated to this topic and

4034   even before we knew that this hearing was going to take place.

4035       They were interested to note who was listed on the

4036   "suggestions for you to follow" list.  This is a pro-life

4037   conservative congressional staffer on a work computer whose

4038   search history definitely doesn't lean left.  All they entered

4039   was an email address and a 202 area code phone number.

4040       Yet, here's who Twitter suggested they follow, and you will

4041   see it on the screen:  Nancy Pelosi, Kamala Harris, John Dingell,

4042   Chuck Schumer, John Kerry, Ben Rhodes, David Axelrod, Kirsten

4043   Gillibrand, Jim Acosta, Alexandria Ocasio-Cortez, Paul Krugman,

EXHIBIT Q-2

4044   Madeline Albright, Claire McCaskill, Chuck Todd, and Jon Lovett

4045   -- all left leaning political types.  That's all she got as

4046   "suggested for you to follow."

4047        Forget the fact that there aren't any Republicans or

4048   conservatives on that list.  No singers, no actors, no athletes,

4049   no celebrities.  She's a 20-something female staffer.  Didn't

4050   even get Taylor Swift, Chris Pratt, Christiano Ronoldo, or Kim

4051   Kardashian.  All she got was the suggestions that I had on the

4052   screen.

4053        Look, it's one thing not to promote conservatives even though

4054   Donald Trump is the -- truly, the most successful Twitter user

4055   in history of the site.  Say what you want about what he tweets

4056   but President Trump has utilized Twitter in unprecedented ways

4057   to get around the traditional news media.

4058        I would think that someone in your position would be

4059   celebrating that and him rather than trying to undermine him.

4060    So how do you explain how a female 20-something-year-old who

4061   just put in an email address and a 202 area code -- why does she

4062   only get the liberal suggestions?

4063        Mr. Dorsey.  We simply don't have enough information in that

4064   case to build up a more informed suggestion for her.  So the 202

4065   number is all we have so therefore --

**EXHIBIT Q-2**

4066   Mr. Duncan.  So I get that you don't have much information

4067 on her.  One hundred percent of the suggested followers were

4068 biased.  Where was Kim Kardashian?  Huge Twitter -- where was

4069 Taylor Swift?  Where was Ariana Grande?

4070   In fact, I can look at Twitter, most followers, and they're

4071 not these people that you suggested for her.  There was nothing

4072 in her -- on her search history on a government work computer

4073 to suggest that she was left leaning or right leaning or anything.

4074 Katy Perry, number one -- she wasn't on this list.  How do you

4075 explain that?

4076   Mr. Dorsey.  I think it was just looking at the 202 as a

4077 D.C. number and then taking D.C.-based accounts and the most

4078 followed, probably, or most engaged with D.C. accounts.  As --

4079   Mr. Duncan.  In the 202 area code area?

4080   Mr. Dorsey.  In the 202 area code.

4081   Mr. Duncan.  Okay.  Where's Bryce Harper?  Where's

4082 Ovechkin?  Where are the Capitols?  Where are the Nats?  Where's

4083 D.C. United?  Where are the sports teams?

4084   If you're going to use 202 area code and say that's one of

4085 the filters, where are those folks, you know, outside of the

4086 political arena?  There are no athletes.  There are no singers.

4087 There are no celebrities.

EXHIBIT Q-2

4088   There were only suggested political figures of a very liberal
4089   persuasion that were suggested for her to follow.   Nobody else.
4090    That shows bias, sir.
4091       Mr. Dorsey.  Well, yes.  I mean, we do have a lot more work
4092   to do in terms of our onboarding and, obviously, you're pointing
4093   out some weaknesses in our -- in our signals that we use to craft
4094   those recommendations.
4095       So I -- you know, as she continues -- if she were to start
4096   following or following particular accounts or engaging with
4097   particular tweets, that model would completely change, based on
4098   those.
4099       We just don't have information.  It sounds like we are not
4100   being exhaustive enough with the one piece of information we do
4101   have, which is her area code.
4102       Mr. Duncan.  Mr. Dorsey, let me ask you this.  After this
4103   hearing and me, clearly, showing this bias and a lot of other
4104   questions, if someone in a 202 area code that's 28 years old sets
4105   up a Twitter account with very limited information but has an
4106   email address and a 202 area code --
4107       The Chairman.  Gentleman's time --
4108       Mr. Duncan.   -- are you going to tell me today that they're
4109   going to get other suggested followers than the liberals that

EXHIBIT Q-2

4110    I mentioned?

4111        Mr. Dorsey.  That is not a good outcome for us.

4112        The Chairman.  Gentleman's time has expired.

4113        Mr. Duncan.  Mr. Chairman, thank you.

4114        The Chairman.  The chair recognizes the gentlelady from

4115    California, Mrs. Walters, for four minutes.

4116        Mrs. Walters.  Thank you, Mr. Dorsey, for being here.

4117        News reports indicate that Periscope -- as you know, is

4118    Twitter's live video feed app -- is being used to sexually exploit

4119    children.  These reports detail the targeting of children as

4120    young as nine years old.

4121        At times, coordinated activity for multiple users is

4122    employed to persuade children to engage in sexual behavior.

4123    These videos can be live streamed in public or private broadcasts

4124    on Periscope.

4125        I recognize that a live video app like Periscope creates

4126    challenges, especially when attempting to monitor content in real

4127    time.

4128        Yet, your testimony discussing malicious election-related

4129    activity on Twitter reads, quote, "We strongly believe that any

4130    such activity on Twitter is unacceptable."

4131        I hope that standard of unacceptability is similarly applied

**EXHIBIT Q-2**

4132   to sexual exploitation of children on Periscope, and I would

4133   expect that it is, considering that Twitter has stated zero

4134   tolerance policy for child sexual exploitation.

4135        So my questions are does Twitter primarily rely on users

4136   to report sexually inappropriate content or content concerning

4137   child safety?

4138        Mr. Dorsey.  We do have some dependency on reports.  But

4139   this is an area that we want to move much faster in automating

4140   and not, obviously, placing the blame -- or not placing the work

4141   on the victim and making sure that we are recognizing these in

4142   real time, and we have made some progress with Periscope.

4143        Mrs. Walters.  So what is the average length of a live video

4144   on Periscope?

4145        Mr. Dorsey.  I am not aware of that right now.  But we can

4146   -- we can follow up.

4147        Mrs. Walters.  Okay.  And what is the average response time

4148   to remove a live video on Periscope that is deemed to violate

4149   Twitter's term of service?

4150        Mr. Dorsey.  It depends entirely on the severity of the

4151   report and what the context is.  So we try to prioritize by

4152   severity.  So threats of death or suicidal tendencies would get

4153   a higher priority than everything else.

EXHIBIT Q-2

4154        Mrs. Walters.  So just out of curiosity, when you say we

4155   try to eliminate and we have a -- we have a higher priority, like,

4156   who makes that decision?

4157        Mr. Dorsey.  We have -- so when people report any violations

4158   of our terms of service, we have algorithms looking at the report

4159   and then trying to understand how to prioritize those reports

4160   so they're seen by humans much faster.

4161        Mrs. Walters.  Okay.  So I would assume that you don't

4162   believe that you use the reporting as an effective method for

4163   monitoring live videos on Periscope then?

4164        Mr. Dorsey.  Not over the long term.

4165        Mrs. Walters.  Well, obviously, this is a really, really

4166   important issue.  Is user reporting an effective method for

4167   monitoring private broadcasts on Periscope?

4168        Mr. Dorsey.  Also not over the long term.  But that is

4169   something that we need to do much more work around in terms of

4170   automating these.

4171        Mrs. Walters.  So can you indicate that you need to do some

4172   more work around this?  Do you have any time frame of when you

4173   think you will be able to get this handled?

4174        Mr. Dorsey.  We'd like to work as quickly as possible and

4175   make sure that we are prioritizing the proactive approaches of

EXHIBIT Q-2

4176    our enforcement and, again, it does go down that prioritization

4177    stack.  But we intend to move as quickly as we can.  I know that

4178    it's frustrating not to hear a particular time frame.  But we

4179    are -- we are moving fast.

4180        Mrs. Walters.  Can you explain the type of technology that

4181    you're using in order to change this?

4182        Mr. Dorsey.  Yes.  We'll be -- we'll be utilizing a lot of

4183    machine learning and deep learning in order to look at all of

4184    our systems at scale and then also prioritize the right review

4185    cadence.

4186        Mrs. Walters.  Okay.  I yield back the balance of my time.

4187     Thank you.

4188        The Chairman.  The gentlelady yields back.

4189        The chair recognizes Mr. Carter, Georgia, our last member

4190    to participate -- thank you -- for four minutes.

4191        Mr. Carter.  Thank you, Mr. Chairman, and Mr. Dorsey,

4192    congratulations.  I am the last one.

4193        Mr. Dorsey, in preparation for this hearing, I sent out a

4194    notice throughout my district and I asked them -- I let them know

4195    that we were having this hearing and I was going to be asking

4196    questions and I said, what do you think I ought to ask him.

4197        So I got back some pretty interesting responses for that

EXHIBIT Q-2

4198    and one of them came from a teenage high school student -- a

4199    conservative teenage high school student down in Camden County.

4200     That's right on the Georgia/Florida state line.

4201         And he said -- he said, you know, I am a conservative teenage

4202    high school student and I've got -- I am on Twitter and I've got

4203    over 40,000 followers, yet I have tried -- this young man had

4204    tried five times to get verification and yet he's been turned

4205    down all five times.

4206         And his question to me was, I've got friends who are more

4207    liberal than me who've got less followers than me and yet they've

4208    been verified.  Why is that?  What should I tell him?

4209         Mr. Dorsey.  So we -- first and foremost, we believe we need

4210    a complete reboot of our verification system.  It's not serving

4211    us.  It's not serving the people that we serve, well.  We -- it

4212    really depends on when his friends were verified.

4213         We had an open verification system not too long ago that

4214    looked for various criteria and we verified people based on that.

4215     And it's not a function of how many followers you have.  We have

4216    some verified folks who only have 5,000 followers.  We --

4217         Mr. Carter.  That was his point.  I mean, he had 40,000.

4218     He couldn't -- and he doesn't understand.  I don't know what

4219    to tell him.  I mean --

EXHIBIT Q-2

4220          Mr. Dorsey.  Yes.

4221          Mr. Carter.   -- you know, it seems to me like he would have

4222   been verified and from what he explained to me and to staff is

4223   that they were -- they applied at the same time.

4224          Mr. Dorsey.  Yes.  It --

4225          Mr. Carter.  So why was he denied and they were approved?

4226          Mr. Dorsey.  I would need to understand his particular case.

4227   So I would want to know his name and we can follow up --

4228          Mr. Carter.  I will be glad -- we will get you that

4229   information because I would like to give the young man an

4230   explanation.  Okay.  I think he deserves it.

4231          Mr. Dorsey.  Okay.

4232          Mr. Carter.  All right.  And let me ask you something, and

4233   I apologize, but being the last one sometimes you're a little

4234   bit redundant.

4235          But you were asked earlier because, you know, this committee

4236   and particular the Health Subcommittee has been the tip of the

4237   spear, if you will, with the opioid crisis that we have in our

4238   country.

4239          As you're aware, we are losing 115 people every day to opioid

4240   addiction, and we just talked about the algorithms and you have

4241   been talking about it all day about and, you know, why is it --

EXHIBIT Q-2

4242    why is it that we haven't been able to get these sites off?

4243        What's missing?  I mean, what are you identifying that

4244    you're missing not to be able to get these tweets off?

4245        Mr. Dorsey.  I don't know if it's -- I think it's more of

4246    a new behavior and a new approach.  It's --

4247        Mr. Carter.  This has been going on quite a while.

4248        Mr. Dorsey.  It's certainly not an excuse.  We need to look

4249    at these more deeply in terms of, like, how our algorithms are

4250    automatically determining when we see this sort of activity and

4251    taking action much faster.

4252        Mr. Carter.  Okay.  Fair enough.

4253        My last question is this, and I want to talk about

4254    intellectual property, particularly as it relates to live

4255    streaming.

4256        Now, you have been here all day.  You were over at the Senate

4257    this morning and you have been here this afternoon, and all day

4258    long, you know, you have been saying -- and we have no other reason

4259    but to believe you -- yeah, we need to work on this -- we are

4260    going to work on this.

4261        The piracy that takes place with live streaming movies and

4262    intellectual property like that, that's been going on for quite

4263    a while, hasn't it?

EXHIBIT Q-2

4264          Mr. Dorsey.  It has.

4265          Mr. Carter.  Why should I believe you -- and we had another

4266     CEO of another social media that was here a couple of months ago

4267     -- you know, same thing -- we are working on it -- we are going

4268     to get it done.

4269          But yet, this is something that's been going on.  You ain't

4270     got it done yet.  Why should I believe you now?  And I say that

4271     because, you know, Dr. Bucshon, Representative Walberg -- I echo

4272     their comments -- I don't want the federal government to get into

4273     this business.  I don't want to regulate you guys.  I think it'll

4274     stifle innovation.

4275          But why should I believe you if you -- you hadn't got this

4276     fixed?

4277          Mr. Dorsey.  Well, the reason we have to still work on it

4278     is because the methods of attack constantly change, and we'll

4279     never arrive at one solution that fixes everything.  We need to

4280     constantly iterate based on new vectors of stealing IP or

4281     rebroadcasting IP, for instance, because they're constantly

4282     changing and we just need to be 10 steps ahead of that.

4283          Mr. Carter.  You know, I want to believe you and I am going

4284     to believe you.  But I just have to tell you, I hope you believe

4285     me -- we don't want the federal -- and you don't want the federal

EXHIBIT Q-2

4286   government to be in this.

4287        I think the success of the internet and of your products

4288   has been because the federal government stayed out of it.   But

4289   we got to have help.  We have to have a commitment, and when I

4290   look at this I think, why would I believe him if they've been

4291   working on this and hadn't even got it fixed yet.

4292        Mr. Dorsey.  Absolutely.

4293        The Chairman.  The gentleman's time --

4294        Mr. Carter.  Mr. Chairman, thank you, and I yield.

4295        Mr. Dorsey.  Thank you.

4296        The Chairman.  Thank you.

4297        And while we've been sitting here, I am told that Twitter

4298   has deleted the account that was trying to sell drugs online.

4299    So your team has been at work.  We appreciate that.

4300        We have exhausted probably you and your team and our members

4301   questions for now.  We do have some letters and questions for

4302   the -- for the record -- concluding script.

4303        And so I, again, want to thank you for being here before

4304   the committee.  Some of our members, you know, didn't get to all

4305   their questions and so we will be submitting those for the record,

4306   and we have a number of things we'd like to insert in the record

4307   by unanimous consent:  a letter from Encompass, Consumer

EXHIBIT Q-2

4308    Technology Association, and the Internet Association; an article

4309    from Gizmodo; an article from Inc.; a paper by Kate Klonick; an

4310    article from NBC; and article from Slate; an article from The

4311    Verge.

4312        [The information follows:]

4313

4314    **********COMMITTEE INSERT 7**********

EXHIBIT Q-2

4315       The Chairman. Pursuant to committee rules, I remind members

4316     they have 10 business days to submit additional questions for

4317     the record.  I ask the witness to submit their response within

4318     10 business days upon receipt of that question.

4319       We ask you remain seated until the Twitter team is able to

4320     exit.  So if you all would remain seated -- thank you -- then

4321     our folks from Twitter can leave and, Mr. Dorsey, thank you again

4322     for being before the Energy and Commerce Committee.

4323       And with that, the subcommittee is adjourned.

4324       [Whereupon, at 5:43 p.m., the committee was adjourned.]

EXHIBIT Q-2