# Exhibit O- Hanging



#SwitchOffKPLC this monopoly is swindling Kenyans there hard earned cash,this time round Kenyans should be given a waiver,we should pay half of what we've been paying.Arrest these individuals and let them be hanged. KPLC is owned by cartels!!!!!!!!
@DCI_Kenya

**Exh. O-1. Tagged 12/26/19**

https://twitter.com/WAteaze/status/1209421822325854209



Today, if the government of Pakistan claims that it will make Pakistan the state of Medina, then Junaid Hafeez should be hanged as soon as possible.

**Exh. O-2. Tagged 12/26/19**

https://twitter.com/AliHamzaReal/status/1208794662842118144

EXHIBIT O



**Exh. O-3. Tagged 12/26/19**

https://twitter.com/usmanal33277131/status/1208767539423186945



**Exh. O-4. Tagged 12/26/19**

EXHIBIT O

https://twitter.com/trollsanghis/status/1208446582057771009



**Exh. O-5. Tagged 12/26/19**

https://twitter.com/DadaGangRocks_/status/1207675934834384897



**Exh. O-6. Tagged 12/26/19**

https://twitter.com/EngrMianAyub/status/1208032660884480002

EXHIBIT O



H.K.
@meharikiran

life sentence isn't enough he should be HANGED to death.our judiciary had decided 25 lakh rupees for the agony and pain that victim's family had undergone till today. he should atleast pay them 1 crore (sounds funny but he should pay that money)
#KuldeepSengar #UnnaoCase



Ex-BJP MLA Kuldeep Sengar jailed for life for raping minor girl in 2017

**Exh. O-7. Tagged 12/26/19**

https://twitter.com/meharikiran/status/1207949760222523393



**Exh. O-8. Tagged 12/26/19**

https://twitter.com/GhazalaQureshi5/status/1210143488949587969

**EXHIBIT O**



**Exh. O-9. Tagged 12/26/19**

https://twitter.com/areebahassan_/status/1210185675888365568



**Exh. O-10. Tagged 12/26/19**

https://twitter.com/yasinshahz/status/1210137580609712129

# EXHIBIT O

# EXHIBIT P- Twitter Facilities

## TWITTER SAN FRANCISCO

## 10th Annual Inspiration Awards - SOLD OUT

BRIDGEGOOD
Tuesday, November 12, 2019 from 5:15 PM to 8:45 PM (PST)
San Francisco, CA

### Ticket Information

| TICKET TYPE | REMAINING | SALES END | PRICE | FEE | QUANTITY |
|---|---|---|---|---|---|
| **SOLD OUT - VIP Dinner Table Ticket** <br> For Champions of BRIDGEGOOD's work in our community: Seating at VIP table (prime stage view); Table shout-out from MC Buffet Dinner (priority); Access to student showcase; Access to awards ceremony; Access to entertainment | Sold Out | Ended | $300.00 | $6.99 | Sold Out |
| **SOLD OUT - Dinner Table Ticket** <br> For Supporters of BRIDGEGOOD's work in our community: Table seating with sponsor; Buffet Dinner; Access to student showcase; Access to awards ceremony; Access to entertainment | Sold Out | Ended | $150.00 | $3.99 | Sold Out |
| **SOLD OUT - Community Ticket (non-seated)** <br> (NON-SEATED) For Small Businesses, Nonprofits, or Social Good Organizations: Standing at tall boy or community seating; Buffet Dinner (after tables finish); Access to student showcase; Standing room access to awards ceremony | Sold Out | Ended | $50.00 | $1.99 | Sold Out |
| **SOLD OUT - Student Ticket (non-seated)** | Sold Out | Ended | $30.00 | $1.59 | Sold Out |

**Exh. P-1. Event 11/12/19**

https://www.eventbrite.com/e/10th-annual-inspiration-awards-sold-out-tickets-68545985889#

# EXHIBIT P



**Oakland Digital** ✓
@OaklandDigital

BREAKING NEWS: Inspiration Awards 2019 is taking place at Twitter San Francisco on November 12! Honoring community leaders from #Adobe #KaiserPermanente #Twitter & #WellsFargo - benefiting #BRIDGEGOOD. Limited seating and sponsorships at inspiration-awards.com

👤 Oakland Digital and 9 others

6:04 PM · Sep 13, 2019 · Twitter Web App

**9** Retweets   **5** Likes

**Exh. P-2. Event 10/13/19**

https://twitter.com/OaklandDigital/status/1172632283150307328

**EXHIBIT P**



**Exh. P-3. Event 02/19/19**

https://twitter.com/TwitterWomen/status/1097948156594016256

EXHIBIT P



Twitter San Francisco ✓
@TwitterSF

Thanks to @EmBKoch and @JimHogan220 for
performing a bit of @WaitressMusical for us! 👏

Can't wait to see the full show @shnsf! #WaitressSF



4:06 PM · Nov 1, 2018 · Twitter Web Client

**6** Retweets   **32** Likes

**Exh. P-4. Event 11/01/18**

https://twitter.com/TwitterSF/status/1058087999739617280

bonappetweet
@bonappetweet

Having fun. Come join us at the Commons on the 9th
floor Market st.



12:07 PM · May 18, 2018 · Twitter for iPhone

**11** Likes

**Exh. P-5. Tweet 05/18/18**

https://twitter.com/bonappetweet/status/997509013351747586/photo/1

EXHIBIT P



**Exh. P-6. Tagged 12/26/19**

https://twitter.com/bonappetweet



**Exh. P-7. Event 05/10/18**

EXHIBIT P

https://twitter.com/TwitterSF/status/994695033969405953/photo/1



**Exh. P-8. Event 10/04/16**

https://twitter.com/TwitterU/status/776214900884512769/photo/1



**Exh. P-9. Event 10/14/16**

https://twitter.com/omidkordestani/status/775880662301630464

EXHIBIT P







kenamp.com

# Twitter Office In San Francisco

Twitter Office In San Francisco Looks Twitter Offices Cafeteria Called The
Pinterest Twitters New Headquarters In San Francisco Wacky Workplaces

**Exh. P-10.Tagged 12/26/19**

https://www.pinterest.com/pin/843650942681722462/

EXHIBIT P

## TWITTER WASHINGTON DC

Monday, September 30, 2019
8:30 AM - 10:00 AM EST
Category: ADWKDC

### ADWKDC 2019 Event Hosted by Twitter, D.C.
## Win Big with Launches

*Breakfast Lecture*

**WHERE**
Twitter, D.C. // 800 Connecticut Ave. NW, Washington, DC

**WHEN**
Monday, September 30, 2019 // 8:30-10 a.m.

Whether it's a new brand, product, feature, message, or promotion, the way you enter the market matters and has a ripple effect on future success. Successful launching now requires a new mentality from marketers. You must have the confidence to go big on your launch, or risk long-term failure. This session will unveil new research, discuss the elements every brand needs for a successful launch, and explore how launch best practices vary by brand and category.

Please RSVP by Monday, September 23. (Please note: You must RSVP to in order to attend.)

### Exh. P-11. Event 10/30/19

https://www.aafdc.org/index.php?option=com_jevents&task=icalrepeat.detail&evid=23&Itemid=115&year=2019&month=09&day=30&title=adwkdc-2019-hosted-event-twitter-dc--win-big-with-launches&uid=f890195e82428f33eccc48dc94969b54

EXHIBIT P



Today we got together with the @TwitterDC team and packaged 10,000 meals for @Rise2030 and it was awesome! #TwitterForGood #2030ispossible

**Exh. P-12. Event 11/14/19**

https://twitter.com/DanyaCenteno/status/1195025849017344006

**EXHIBIT P**



**Exh. P-13. Event 11/14/19**

https://twitter.com/TwitterDC/status/1195014400526168065

EXHIBIT P



**Twitter DC** ✓
@TwitterDC

Well hello Madam Secretary💙

👤 Madeleine Albright and Colin Crowell

6:14 PM · Nov 12, 2019 · Twitter Web App

**11** Retweets   **82** Likes

**Exh. P-14. Event 11/12/19**

https://twitter.com/TwitterDC/status/1194393066007908352

EXHIBIT P



**Exh. P-15. Event 06/25/18**

https://twitter.com/TwitterDC/status/1011339500461723650

**EXHIBIT P**

 **Twitter DC** ✓
@TwitterDC

Not all heroes wear capes. 💪🦸

Thank you for sending your best to restore the cold brew, @CommonwealthJoe!



1:07 PM · Oct 29, 2019 · Twitter for iPhone

**Exh. P-16. Tagged 12/26/19**

https://twitter.com/TwitterDC/status/1189227148629958656



← **Commonwealth Joe**
3,969 Tweets

**Commonwealth Joe**
@CommonwealthJoe

CWJ is the leading tech-enabled specialty coffee company offering full-service, kegged beverage programs with Nitro Cold Brew and other craft beverages on tap.

📍 520 12th St. S. Arlington, VA  🔗 KegVending.com
🗓 Joined November 2012

**2,042** Following   **1,881** Followers

Not followed by anyone you're following

**Exh. P-17. Tagged 12/26/19**

# EXHIBIT P

https://twitter.com/CommonwealthJoe



**Exh. P-18. Event 06/11/19**

https://twitter.com/anne_steinhardt/status/1138602172185174016



**Exh. P-19. Event 10/11/19**

https://twitter.com/Candi/status/1050503549350752256

EXHIBIT P

## TWITTER NEW YORK

**Any Twitter employee can grab their beverage of choice for $2.50 down here.**



SarahJacobs

**Exh. P-20. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#whenever-i-need-a-caffeine-boost-i-stroll-down-to-the-caf-and-ask-the-barista-to-make-the-tj-special-tj-adeshola-twitters-head-of-us-sports-league-partnerships-told-us-after-the-tour-in-fairness-im-pretty-sure-the-tj-special-is-just-a-regular-latte-but-the-barista-plays-along-every-time-it-makes-me-feel-special-7

**Coffee isn't the only drink available in this office. There's also beer on tap.**



SarahJacobs

**Exh. P-21. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#coffee-isnt-the-only-drink-available-in-this-office-theres-also-beer-on-tap-10

# EXHIBIT P

**Patrons can listen to some of the classic records we found over by the straws and sugar packets ...**



Sarah Jacobs

**Exh. P-22. Article 05/14/17**

https://www.businessinsider.com/twitter-new-york-office-tour-2017-5#coffee-isnt-the-only-drink-available-in-this-office-theres-also-beer-on-tap-10

## TWITTER ATLANTA



**Twitter Atlanta** ✓
@TwitterATL

Thank you @StudioUmbrosia for your amazing work greeting us and our visitors every day!

12:54 PM · Jun 5, 2019 from Atlanta, GA · Twitter for iPhone

3 Retweets   13 Likes

**Exh. P-23. Tweet 06/05/19**

https://twitter.com/TwitterATL/status/1136315399044313088

# EXHIBIT P



**Exh. P-24. Event 02/28/18**

https://twitter.com/TwitterATL/status/968891172969242624

EXHIBIT P



**Robin Wheeler**
@robinw

Happy to host so many generous volunteers for
@48in48org @TwitterATL Come again soon!



👤 Mark Shields and 3 others

9:12 AM · Oct 23, 2016 · Twitter for iPhone

**6** Retweets   **16** Likes

**Exh. P-25. Event 10/23/16**

https://twitter.com/robinw/status/790179112648318980

**Twitter Atlanta** ✓
@TwitterATL

Hosted a group of women from @EmoryGoizueta today.
Thanks for the smart questions ladies! Come back
anytime.



👤 Robin Wheeler and 4 others

4:31 PM · Nov 13, 2015 · Twitter for iPhone

2 Retweets   12 Likes

**Exh. P-26. Event 11/13/15**

https://twitter.com/TwitterATL/status/665280873353379840

**EXHIBIT P**



**Exh. P-27. Event 10/08/15**

https://twitter.com/TwitterATL/status/652218100889296896/photo/1



**Exh. P-28. Event 10/05/15**

https://twitter.com/TwitterATL/status/651028997787230208

EXHIBIT P

## TWITTER LOS ANGELES



**Exh. P-29. Event 05/10/19**

https://twitter.com/TwitterLA/status/1134248101881892869

EXHIBIT P



**Exh. P-30. Event 05/10/19**

https://twitter.com/TeenVogue/status/1190322093256105984



**Exh. P-31. Event 05/10/19**

https://twitter.com/TwitterLA/status/1159633746833788928

EXHIBIT P



**Exh. P-32. Event 05/10/19**

https://twitter.com/TwitterLA/status/1130969771221037057



**Exh. P-33. Event 05/10/19**

https://twitter.com/DwightCaines/status/1101200524555116544

EXHIBIT P

**United States House Committee on Energy and Commerce**

**Testimony of Jack Dorsey**
**Chief Executive Officer**
**Twitter, Inc.**

**September 5, 2018**

Chairman Walden, Ranking Member Pallone, and Members of the Committee:

Thank you for the opportunity to appear before the Committee today so I may speak to you and the American people.

Twitter's purpose is to serve the public conversation. We are an American company that serves our global audience by focusing on the people who use our service, and we put them first in every step we take. Twitter is used as a global town square, where people from around the world come together in an open and free exchange of ideas. We must be a trusted and healthy place that supports free and open discussion.

Twitter has publicly committed to improving the collective health, openness, and civility of public conversation on our platform. Twitter's health is measured by how we help encourage more healthy debate, conversations, and critical thinking. Conversely, abuse, malicious automation, and manipulation detracts from the health of our platform. We are committed to hold ourselves publicly accountable towards progress of our health initiative.

Today, I hope my testimony before the Committee will demonstrate the challenges that we are tackling as a global platform. Twitter is approaching these challenges with a simple question: How do we earn more trust from the people using our service? We know the way earn more trust around how we make decisions on our platform is to be as transparent as possible. We want to communicate how our platform works in a clear and straightforward way.

There are other guiding objectives we consider to be core to our company. We must ensure that all voices can be heard. We must continue to make improvements to our service so that everyone feels safe participating in the public conversation – whether they are speaking or simply listening. And we must ensure that people can trust in the credibility of the conversation and its participants.

Let me be clear about one important and foundational fact: Twitter does not use political ideology to make any decisions, whether related to ranking content on our service or how we enforce our rules. We believe strongly in being impartial, and we strive to enforce our rules impartially. We do not shadowban anyone based on political ideology. In fact, from a simple business perspective and to serve the public conversation, Twitter is incentivized to keep all voices on the platform.

EXHIBIT Q-1

Twitter plays an important role in our democracy and governments around the world. In the United States, all 100 Senators, 50 governors, and nearly every member of the House of Representatives currently reach their constituents through Twitter accounts. Our service has enabled millions of people around the globe to engage in local, national, and global conversations on a wide range of issues of civic importance. We also partner with news organizations on a regular basis to live stream congressional hearings and political events, providing the public access to important developments in our democracy. The notion that we would silence any political perspective is antithetical to our commitment to free expression.

My testimony today will provide important information about our service  (1) an explanation of our commitment to improve the health on Twitter; (2) the algorithms that shape the experience of individuals who use Twitter; (3) an update on Twitter's work on Russian interference in the 2016 elections; and (4) information on recent malicious activity Twitter saw on the platform

## I.      TWITTER'S COMMITMENT TO HEALTH

Twitter is committed to help increase the collective health, openness, and civility of public conversation, and to hold ourselves publicly accountable towards progress. At Twitter, health refers to our overall efforts to reduce malicious activity on the service, including malicious automation, spam, and fake accounts. Twitter has focused on measuring health by evaluating how to encourage more healthy debate, and critical thinking.

The platform provides instant, public, global messaging and conversation, however, we understand the real-world negative consequences that arise in certain circumstances. Twitter is determined to find holistic and fair solutions. We acknowledge that abuse, harassment, troll armies, manipulation through bots and human-coordination, misinformation campaigns, and increasingly divisive echo chambers occur.

We have learned from situations where people have taken advantage of our service and our past inability to address it fast enough. Historically, Twitter focused most of our efforts on removing content against our rules. Today, we have a more comprehensive framework that will help encourage more healthy debate, conversations, and critical thinking.

We believe an important component of improving the health on Twitter is to measure the health of conversation that occurs on the platform. This is because in order to improve something, one must be able to measure it. By measuring our contribution to the overall health of the public conversation, we believe we can more holistically approach our impact on the world for years to come.

Earlier this year, Twitter began collaborating with the non-profit research center Cortico and the Massachusetts Institute of Technology Media Lab on exploring how to measure aspects of the health of the public sphere. As a starting point, Cortico proposed an initial set of health indicators for the United States (with the potential to expand to other nations), which are aligned with four principles of a healthy public sphere. Those include:

2

EXHIBIT Q-1

- Shared Attention: Is there overlap in what we are talking about?

- Shared Reality: Are we using the same facts?

- Variety: Are we exposed to different opinions grounded in shared reality?

- Receptivity: Are we open, civil, and listening to different opinions?

Twitter strongly agrees that there must be a commitment to a rigorous and independently vetted set of metrics to measure the health of public conversation on Twitter. And in order to develop those health metrics for Twitter, we issued a request for proposal to outside experts for their submissions on proposed health metrics, and methods for capturing, measuring, evaluating and reporting on such metrics. Our expectation is that successful projects will produce peer-reviewed, publicly available, open-access research articles and open source software whenever possible.

As a result of our request for proposal, we are partnering with experts at the University of Oxford and Leiden University and other academic institutions to better measure the health of Twitter, focusing on informational echo chambers and unhealthy discourse on Twitter. This collaboration will also enable us to study how exposure to a variety of perspectives and opinions serves to reduce overall prejudice and discrimination. While looking at political discussions, these projects do not focus on any particular ideological group and the outcomes will be published in full in due course for further discussion.

## II.    ALGORITHMS SHAPING THE TWITTER EXPERIENCE

We want Twitter to provide a useful, relevant experience to all people using our service. With hundreds of millions of Tweets per day on Twitter, we ha have invested heavily in building systems that organize content on Twitter to show individuals using the platform the most relevant information for that individual first. We want to do the work for our customers to make it a positive and informative experience. With 335 million people using Twitter every month in dozens of languages and countless cultural contexts, we rely upon machine learning algorithms to help us organize content by relevance.

To preserve the integrity of our platform and to safeguard our democracy, Twitter has also employed technology to be more aggressive in detecting and minimizing the visibility of certain types of abusive and manipulative behaviors on our platform. The algorithms we use to do this work are tuned to prevent the circulation of Tweets that violate our Terms of Service, including the malicious behavior we saw in the 2016 election, whether by nation states seeking to manipulate the election or by other groups who seek to artificially amplify their Tweets.

3

EXHIBIT Q-1

## A.      Timeline Ranking and Filtering

For nearly a decade, the Twitter home timeline displayed Tweets from accounts an individual follows in reverse chronological order. As the volume of content on Twitter continually increased, individuals using the platform told us they were not always seeing useful or relevant information, or were missing important Tweets, and that their home timeline sometimes felt noisy. Based on this feedback, in 2016 we introduced a new ranking feature to the home timeline. This feature creates a better experience for people using Twitter by showing people the Tweets they might find most interesting first. Individuals on Twitter can disable this feature in their settings and return to a reverse chronological timeline at any time. When the feature is disabled, our content suggestions are relatively minimal.

Depending on the number of accounts an individual follows, not all content from all followed accounts may appear in the home timeline. Many people using Twitter follow hundreds or even thousands of Twitter accounts. While Twitter strives to create a positive experience with the ranked timeline, people opening Twitter may still feel as if they have missed important Tweets. If that happens, people can always opt to return to a reverse chronological timeline or view content from people they follow by visiting their profiles directly. We also continue to invest in improving our machine learning systems to predict which Tweets are the most relevant for people on our platform.

In addition to the home timeline, Twitter has a notification timeline that enables people to see who has liked, Retweeted and replied to their Tweets, as well as who mentioned or followed them. We give individuals on Twitter additional controls over the content that appears in the notifications timeline, since notifications may contain content an individual on Twitter has not chosen to receive, such as mentions or replies from someone the individual does not follow. By default, we filter notifications for quality, and exclude notifications about duplicate or potentially spammy Tweets. We also give individuals on the platform granular controls over specific types of accounts they might not want to receive notifications from, including new accounts, accounts the individual does not follow, and accounts without a confirmed phone or email address.

## B.      Conversations

Conversations are happening all the time on Twitter. The replies to any given Tweet are referred to as a "conversation." Twitter strives to show content to people that we think they will be most interested in and that contributes meaningfully to the conversation. For this reason, the replies, grouped by sub-conversations, may not be in chronological order. For example, when ranking a reply higher, we consider factors such as if the original Tweet author has replied, or if a reply is from someone the individual follows.

EXHIBIT Q-1

### C.    Safe Search

Twitter's search tools allow individuals on Twitter to search every public Tweet on Twitter, going back to my very first Tweet in 2006. There are many ways to use search on Twitter. An individual can find Tweets from friends, local businesses, and everyone from well-known entertainers to global political leaders. By searching for topic keywords or hashtags, an individual can follow ongoing conversations about breaking news or personal interests. To help people understand and organize search results and find the most relevant information quickly, we offer several different versions of search.

By default, searches on Twitter return results in "Top mode." Top Tweets are the most relevant Tweets for a search. We determine relevance based on the popularity of a Tweet (*e.g.*, when a lot of people are interacting with or sharing via Retweets and replies), the keywords it contains, and many other factors. In addition, "Latest mode" returns real-time, reverse-chronological results for a search query.

We give people control over what they see in search results through a "Safe Search" option. This option excludes potentially sensitive content from search results, such as spam, adult content, and the accounts an individual has muted or blocked. Individual accounts may mark their own posts as sensitive as well. Twitter's safe search mode excludes potentially sensitive content, along with accounts an individual may have muted or blocked, from search results in both Top and Latest. Safe Search is enabled by default, and people have the option to turn safe search off, or back on, at any time.

### D.    Behavioral Signals and Safeguards

Twitter also uses a range of behavioral signals to determine how Tweets are organized and presented in the home timeline, conversations, and search based on relevance. Twitter relies on behavioral signals—such as how accounts behave and react to one another—to identify content that detracts from a healthy public conversation, such as spam and abuse. Unless we have determined that a Tweet violates Twitter policies, it will remain on the platform, and is available in our product. Where we have identified a Tweet as potentially detracting from healthy conversation (*e.g.*, as potentially abusive), it will only be available to view if you click on "Show more replies" or choose to see everything in your search setting.

Some examples of behavioral signals we use, in combination with each other and a range of other signals, to help identify this type of content include: an account with no confirmed email address, simultaneous registration for multiple accounts, accounts that repeatedly Tweet and mention accounts that do not follow them, or behavior that might indicate a coordinated attack. Twitter is also examining how accounts are connected to those that violate our rules and how they interact with each other. The accuracy of the algorithms developed from these behavioral signals will continue to improve over time.

5

EXHIBIT Q-1

These behavioral signals are an important factor in how Twitter organizes and presents content in communal areas like conversation and search. Our primary goal is to ensure that relevant content and Tweets contributing to healthy conversation will appear first in conversations and search. Because our service operates in dozens of languages and hundreds of cultural contexts around the globe, we have found that behavior is a strong signal that helps us identify bad faith actors on our platform. The behavioral ranking that Twitter utilizes does not consider in any way political views or ideology. It focuses solely on the behavior of all accounts. Twitter is always working to improve our behavior-based ranking models such that their breadth and accuracy will improve over time. We use thousands of behavioral signals in our behavior-based ranking models—this ensures that no one signal drives the ranking outcomes and protects against malicious attempts to manipulate our ranking systems.

Through early testing in markets around the world, Twitter has already seen a recent update to this approach have a positive impact, resulting in a 4 percent drop in abuse reports from search and 8 percent fewer abuse reports from conversations. That metric provided us with strong evidence that fewer people are seeing Tweets that disrupt their experience on Twitter.

Despite the success we are seeing with our use of algorithms to combat abuse, manipulation, and bad faith actors, we recognize that even a model created without deliberate bias may nevertheless result in biased outcomes. Bias can happen inadvertently due to many factors, such as the quality of the data used to train our models. In addition to ensuring that we are not deliberately biasing the algorithms, it is our responsibility to understand, measure, and reduce these accidental biases. This is an extremely complex challenge in our industry, and algorithmic fairness and fair machine learning are active and substantial research topics in the machine learning community. The machine learning teams at Twitter are learning about these techniques and developing a roadmap to ensure our present and future machine learning models uphold a high standard when it comes to algorithmic fairness. We believe this is an important step in ensuring fairness in how we operate and we also know that it's critical that we be more transparent about our efforts in this space.

### E.    Additional Context to High-Profile Incidents

Conservative voices have a strong presence on Twitter. For example, in 2017, there were 59.5 million Tweets about Make America Great Again or MAGA. According to the Pew Research Center, people on Twitter used #MAGA an average of 205,238 times per day from Election Day 2016 through May 1, 2018. It was the third most Tweeted hashtag in 2017. Another top hashtag on Twitter is #tcot, or Top Conservatives on Twitter, with 8.4 million Tweets in 2017. During the annual Conservation Political Action Committee (CPAC) conference in February 2018, #CPAC and #CPAC2018 were tweeted 1.2 million times in a four day period. And Twitter's political sales team works with hundreds of active conservative advertisers.

Twitter enabled the White House and media broadcasters to have a dynamic experience on Twitter, publishing and promoting live video event pages to millions of people on Twitter during President Trump's State of the Union address in 2017. In total, more than 39 media broadcasters including ABC, Bloomberg, CBS, FoxNews, PBS NewsHour, Reuters, Univision,

EXHIBIT Q-1

and USA Today participated. Additionally, the White House and Senate GOP both published the entire live video on Twitter reaching over 3.4 million viewers.

In July 2018, we acknowledged that some accounts (including those of Republicans and Democrats) were not being auto-suggested even when people were searching for their specific name. Our usage of the behavioral signals within search was causing this to happen. To be clear, this only impacted our search auto-suggestions. The accounts, their Tweets, and surrounding conversation about those accounts were still showing up in search results. Once identified, this issue was promptly resolved within 24 hours. This impacted 600,000 accounts across the globe and across the political spectrum. And most accounts affected had nothing to do with politics at all. In addition to fixing the search auto-suggestion function, Twitter is continuing to improve our systems so they can better detect these issues and correct for them.

An analysis of accounts for Members of Congress that were affected by this search issue demonstrate there was no negative effect on the growth of their follower counts. To the contrary, follower counts of those Members of Congress spiked. Twitter can make the results of this internal analysis available to the Committee upon request.

Twitter recently made a change to how one of our behavior based algorithms works in search results. When people used search, our algorithms were filtering out those that had a higher likelihood of being abusive from the "Lastest" tab by default. Those search results were visible in "Latest" if someone turned off the quality filter in search, and they were also in Top search and elsewhere throughout the product. Twitter decided that a higher level of precision is needed when filtering to ensure these accounts are included in "Latest" by default. Twitter therefore turned off the algorithm. As always, we will continue to refine our approach and will be transparent about why we make the decisions that we do.

Some critics have raised concerns regarding the impact that mass block lists can have on our algorithms. Our behavioral signals take into account only blocks and mutes that are the result of direct interactions among people on Twitter. That means that, while blocks that result from interactions with others on Twitter are factored into the discoverability of content, blocks that derive from mass block lists have minimal effect on the platform beyond those who have blocked particular other individuals on the platform.

In preparation for this hearing and to better inform the members of the Committee, our data scientists analyzed Tweets sent by all members of the House and Senate that have Twitter accounts for a 30 day period spanning July 23, 2018 until August 13, 2018. We learned that, during that period, Democratic members sent 10,272 Tweets and Republican members sent 7,981. Democrats on average have more followers per account and have more active followers. As a result, Democratic members in the aggregate receive more impressions or views than Republicans.

Despite this greater number of impressions, after controlling for various factors such as the number of Tweets and the number of followers, and normalizing the followers' activity, we observed that there is no statistically significant difference between the number of times a Tweet

7

EXHIBIT Q-1

by a Democrat is viewed versus a Tweet by a Republican. In the aggregate, controlling for the same number of followers, a single Tweet by a Republican will be viewed as many times as a single Tweet by a Democrat, even after all filtering and algorithms have been applied by Twitter. Our quality filtering and ranking algorithm does not result in Tweets by Democrats or Tweets by Republicans being viewed any differently. Their performance is the same because the Twitter platform itself does not take sides.

## III.   TWITTER'S WORK ON RUSSIAN INTERFERENCE IN THE 2016 ELECTION

Twitter continues to engage in intensive efforts to identify and combat state-sponsored hostile attempts to abuse social media for manipulative and divisive purposes. We now possess a deeper understanding of both the scope and tactics used by malicious actors to manipulate our platform and sow division across Twitter more broadly. Our efforts enable Twitter to fight this threat while maintaining the integrity of peoples' experience on the service and supporting the health of conversations on our platform. Our work on this issue is not done, nor will it ever be. The threat we face requires extensive partnership and collaboration with our government partners and industry peers. We each possess information the other does not have, and the combined information is more powerful in combating these threats.

### A.   Retrospective Review

Last fall, we conducted a comprehensive retrospective review of platform activity related to the 2016 election. To better understand the nature of the threat and ways to address future attempts at manipulation, we examined activity on the platform during a 10-week period preceding and immediately following the 2016 election (September 1, 2016 to November 15, 2016). We focused on identifying accounts that were automated, linked to Russia, and Tweeting election-related content, and we compared activity by those accounts to the overall activity on the platform. We reported the results of that analysis in November 2017, and we updated the Committee in January 2018 about the findings from our ongoing review. Additional information on the accounts associated with the Internet Research Agency is included below.

We identified 50,258 automated accounts that were Russian-linked and Tweeting election-related content, representing less than two one-hundredths of a percent (0.016%) of the total accounts on Twitter at the time. Of all election-related Tweets that occurred on Twitter during that period, these malicious accounts constituted approximately one percent (1.00%), totaling 2.12 million Tweets. Additionally, in the aggregate, automated, Russian-linked, election-related Tweets from these malicious accounts generated significantly fewer impressions (i.e., views by others on Twitter) relative to their volume on the platform.

Twitter is committed to ensuring that promoted accounts and paid advertisements are free from hostile foreign influence. In connection with the work we did in the fall, we conducted a comprehensive analysis of accounts that promoted election-related Tweets on the platform throughout 2016 in the form of paid ads. We reviewed nearly 6,500 accounts and our findings showed that approximately one-tenth of one-percent—only nine of the total number of accounts —were Tweeting election-related content and linked to Russia. The two most active accounts out

8

EXHIBIT Q-1

of those nine were affiliated with Russia Today ("RT"), which Twitter subsequently barred from advertising on Twitter. And Twitter is donating the $1.9 million that RT spent globally on advertising to academic research into election and civic engagement.

Although the volume of malicious election-related activity that we could link to Russia was relatively small, we strongly believe that any such activity on Twitter is unacceptable. We remain vigilant about identifying and eliminating abuse on the platform perpetrated by hostile foreign actors, and we will continue to invest in resources and leverage our technological capabilities to do so. Twitter's main focus is promoting healthy public discourse through protection of the democratic process. Tied to this is our commitment to providing tools for journalism to flourish by creating and maintaining a platform that helps to provides people with high-quality, authentic information in a healthy and safe environment.

We also recognize that, as a private company, there are threats that we cannot understand and address alone. We must continue to work together with our elected officials, government partners, industry peers, outside experts, and other stakeholders so that the American people and the global community can understand the full context in which these threats arise.

## B.   Combating Malicious Automation

In the last year, Twitter developed and launched more than 30 policy and product changes designed to foster information integrity and protect the people who use our service from abuse and malicious automation. Many of these product changes are designed to combat spam and malicious automation.

Twitter has refined its detection systems. Twitter prioritizes identifying suspicious account activity, such as exceptionally high-volume Tweeting with the same hashtag or mentioning the same @handle without a reply from the account being addressed, and then requiring confirmation that a human is controlling the account. Twitter has also increased its use of challenges intended to catch automated accounts, such as reCAPTCHAs, that require users to identify portions of an image or type in words displayed on screen, and password reset requests that protect potentially compromised accounts. Twitter is also in the process of implementing mandatory email or cell phone verification for all new accounts.

Our efforts have been effective. Due to technology and process improvements, we are now removing 214 percent more accounts year-over-year for violating our our platform manipulation policies. For example, over the course of the last several months, our systems identified and challenged between 8.5 million and 10 million accounts each week suspected of misusing automation or producing spam. Spam can be generally described as unsolicited, repeated actions that negatively impact other people. This includes many forms of automated account interactions and behaviors as well as attempts to mislead or deceive people. This constitutes more than three times the 3.2 million we were catching in September 2017. We thwart 530,000 suspicious logins a day, approximately double the amount of logins that we detected a year ago.

9

EXHIBIT Q-1

These technological improvements have brought about a corresponding reduction in the number of spam reports from people on Twitter, a result that demonstrates our systems' ability to automatically detect more malicious accounts and potential bad faith actors than they did in the past. We received approximately 25,000 such reports per day in March of this year; that number decreased to 17,000 in August.

Finally, this summer, we made an important step to increase confidence in follower counts by removing locked accounts from follower counts across profiles globally, to ensure these figures are more reliable. Accounts are locked when our systems detect unusual activity and force a password change or other challenge. If the challenge has not been met or the password has not been changed within a month, the account is locked, barring it from sending Tweets, Retweets or liking posts from others. As a result, the number of followers displayed on many profiles went down. We were transparent about these changes which impacted many people who use Twitter across the political spectrum and are a key part of our information quality efforts.

## IV.   RECENT ACTIVITY ON THE PLATFORM

Twitter continues to see bad faith actors attempt to manipulate and divide people on Twitter. Two such examples include recent activity related to new malicious activity by the Russian Internet Research Agency and malicious accounts located in Iran.

### A.     Malicious Accounts Affiliated with the Russian Internet Research Agency

Twitter has seen recent activity on the platform affiliated with the Russian Internet Research Agency. We continue to identify accounts that we believe may be linked to the Internet Research Agency ("IRA"). As of today, we have suspended a total of 3,843 accounts we believe are linked to the IRA. And we continue to build on our contextual understanding of these accounts to improve our ability to find and suspend this activity as quickly as possible in the future, particularly as groups such as the IRA evolve their practices in response to suspension efforts across the industry.

As an example of Twitter's ongoing efforts, Twitter identified 18 accounts in March 2018 we believe to be linked to the Internet Research Agency uncovered by our ongoing additional reviews. These accounts were created and registered after the 2016 election. These accounts used false identifies purporting to be Americans, and created personas focused on divisive social and political issues. The accounts represented both sides of the political spectrum. We continue to work with our law enforcement partners on this investigation.

### B.     Malicious Accounts Located in Iran

In August 2018, we were notified by an industry peer about possible malicious activity on their platform. After receiving information from them, we began an investigation on our platform to build out our understanding of these networks. We immediately notified law enforcement on this matter as soon as we discovered malicious activity.

10

EXHIBIT Q-1

We initially identified accounts based on indicators such as phone numbers and email addresses; we then identified additional problematic accounts by matching other behavioral signals. Some of these accounts appeared to pretend to be people in the U.S. and discuss U.S. social commentary. In most cases, the accounts that appeared to suggest a U.S. affiliation or target U.S. audiences were created after the 2016 election. These accounts were in violation of our platform manipulation policies, and were engaged in coordinated activity intended to propagate messages artificially across accounts.

These accounts appear to be located in Iran. This is indicated by, for example, accounts related by an Iranian mobile carrier or phone number or Iranian email address on the account. Although Twitter is blocked in Iran, we may see people engage via virtual private network.

We suspended 770 accounts for violating Twitter policies. Fewer than 100 of the 770 suspended accounts claimed to be located in the U.S. and many of these were sharing divisive social commentary. On average, these 100 accounts Tweeted 867 times, were followed by 1,268 accounts, and were less than a year old. One advertiser ran $30 in ads in 2017. Those ads did not target the U.S. and the billing address was located outside of Iran. We will remain engaged with law enforcement and our peer companies on this issue.

Twitter has been in close contact with our industry peers about the malicious accounts located within Iran—we have received detailed information from them that has assisted us in our investigation, and we have shared our own details and work with other companies. We expect this process will continue and that the industry can continue to build on this effort and assist with this ongoing investigation.

* * *

The purpose of Twitter is to serve the public conversation, and we do not make value judgments on personal beliefs. We are focused on making our platform—and the technology it relies upon—better and smarter over time and sharing our work and progress with this Committee and the American people. We think increased transparency is critical to promoting healthy public conversation on Twitter and earning trust.

Thank you, and I look forward to your questions.

EXHIBIT Q-1

```
1    NEAL R. GROSS & CO., INC.

2    RPTS SAM WOJACK

3    HIF248000

4

5

6    TWITTER: TRANSPARENCY AND ACCOUNTABILITY

7    WEDNESDAY, SEPTEMBER 5, 2018

8    House of Representatives

9    Committee on Energy and Commerce

10   Washington, D.C.

11

12

13

14        The committee met, pursuant to call, at 1:30 p.m., in Room

15   2123 Rayburn House Office Building, Hon. Greg Walden [chairman

16   of the committee] presiding.

17        Members present: Representatives Walden, Barton, Upton,

18   Shimkus, Burgess, Scalise, Latta, McMorris Rodgers, Harper,

19   Lance, Guthrie, Olson, McKinley, Kinzinger, Griffith, Bilirakis,

20   Johnson, Long, Bucshon, Flores, Brooks, Mullin, Hudson, Collins,

21   Cramer, Walberg, Walters, Costello, Carter, Duncan, Pallone,

22   Rush, Engel, Green, DeGette, Doyle, Schakowsky, Butterfield,
```

EXHIBIT Q-2

23        Matsui, Castor, Sarbanes, McNerney, Welch, Lujan, Tonko, Clarke,

24        Loebsack, Schrader, Kennedy, Cardenas, Ruiz, Peters, and Dingell.

25

26        Staff present: Jon Adame, Policy Coordinator,

27        Communications & Technology; Jennifer Barblan, Chief Counsel,

28        Oversight & Investigations; Mike Bloomquist, Deputy Staff

29        Director; Karen Christian, General Counsel; Robin Colwell, Chief

30        Counsel, Communications & Technology; Jordan Davis, Director of

31        Policy and External Affairs; Melissa Froelich, Chief Counsel,

32        Digital Commerce and Consumer Protection; Adam Fromm, Director

33        of Outreach and Coalitions; Ali Fulling, Legislative Clerk,

34        Oversight & Investigations, Digital Commerce and Consumer

35        Protection; Elena Hernandez, Press Secretary; Zach Hunter,

36        Director of Communications; Paul Jackson, Professional Staff,

37        Digital Commerce and Consumer Protection; Peter Kielty, Deputy

38        General Counsel; Bijan Koohmaraie, Counsel, Digital Commerce and

39        Consumer Protection; Tim Kurth, Senior Professional Staff,

40        Communications & Technology; Milly Lothian, Press Assistant and

41        Digital Coordinator; Mark Ratner, Policy Coordinator; Austin

42        Stonebraker, Press Assistant; Madeline Vey, Policy Coordinator,

43        Digital Commerce and Consumer Protection; Jessica Wilkerson,

44        Professional Staff, Oversight & Investigations; Greg Zerzan,

EXHIBIT Q-2

45    Counsel, Digital Commerce and Consumer Protection; Michelle Ash,

46    Minority Chief Counsel, Digital Commerce and Consumer Protection;

47    Jeff Carroll, Minority Staff Director; Jennifer Epperson,

48    Minority FCC Detailee; Evan Gilbert, Minority Press Assistant;

49    Lisa Goldman, Minority Counsel; Tiffany Guarascio, Minority

50    Deputy Staff Director and Chief Health Advisor; Carolyn Hann,

51    Minority FTC Detailee; Alex Hoehn-Saric, Minority Chief Counsel,

52    Communications and Technology; Jerry Leverich, Minority Counsel;

53    Jourdan Lewis, Minority Staff Assistant; Dan Miller, Minority

54    Policy Analyst; Caroline Paris-Behr, Minority Policy Analyst;

55    Kaitlyn Peel, Minority Digital Director; Andrew Souvall, Minority

56    Director of Communications, Outreach and Member Services; and

57    C.J. Young, Minority Press Secretary.

EXHIBIT Q-2

58          The Chairman.  The Committee on Energy and Commerce will
59     now come to order. The chair now recognizes himself for five
60     minutes for purposes of an opening statement.
61          Good afternoon, and thank you, Mr. Dorsey, for being before
62     the Energy and Commerce Committee today.
63          The company you and your co-creators founded 12 years ago
64     has become one of the most recognizable businesses in the world.
65
66          Twitter has reached that rarified place where using the
67     service has become a verb, instantly recognized around the globe.
68      Just as people can Google a question or Gram a photo, everyone
69     knows what it means to tweet one's thoughts or ideas.
70          The list of superlatives to describe Twitter certainly
71     exceeds 280 characters.  It is one of the most downloaded apps
72     in the world, one of the most visited websites.
73          It is one of the world's premier sources for breaking news.
74      Its power and reach are so great that society-changing events
75     like the Arab Spring have been dubbed the Twitter Revolution.
76          The service allows anyone with access to the internet the
77     power to broadcast his or her views to the world.  It's truly
78     revolutionary in the way that the Gutenberg press was
79     revolutionary.

EXHIBIT Q-2

80          It helps set information free.  It allows ideas to propagate

81     and challenge established ways of thinking.  Twitter's success

82     and growth rate has been extraordinary but it is not without

83     controversy.

84          The service has been banned at various times and in various

85     countries, such as China and Iran.  Here in the United States

86     the company itself has come under criticism for impeding the

87     ability of some users to post information, remove tweets, and

88     other content moderation practices.

89          For instance, in July it was reported that some politically

90     prominent users were no longer appearing as auto-populated

91     options in certain search results.

92          This led to concerns that the service might be, quote,

93     unquote, "shadow banning" some users in an attempt to limit their

94     visibility on the site.

95          Now, this was hardly the first instance of a social media

96     service taking actions which appeared to minimize or de-emphasize

97     certain viewpoints, and in the most recent case, Twitter has

98     stated that the action were not intentional but, rather, the

99     result of algorithms designed to maintain a more civil tone on

100    the site.

101         Twitter is also -- Twitter has also direction the issue of

EXHIBIT Q-2

102     "bots," or automated accounts, not controlled by one person.

103     Even the removal of these bots from the service raise questions

104     about how the bots were identified because the number of followers

105     someone has on Twitter has real economic value in our economy.

106         We recognize the complexity of trying to manage your service,

107     which posts over half a million tweets a day.  I believe you were

108     once temporarily suspended from Twitter due to an internal error

109     yourself.

110         We do not want to lose sight of a few fundamental facts.

111      Humans are building the algorithms, humans are making decisions

112     about how to implement Twitter's terms of service, and humans

113     are recommending changes to Twitter's policies.

114         Humans can make mistakes.  Now, Twitter manages those

115     circumstances as critically important in an environment where

116     algorithms to decide what we see in our home feed, ads, and search

117     suggestions on.

118         It is critical that users are confident that you're living

119     up to your own promises.  According to Twitter rules, the company

120     believes that everyone should have the power to create and share

121     ideas and information instantly without barriers.

122         Well, that's a noble mission and one that as a private company

123     you certainly do not have to take on.  The fact that you have

EXHIBIT Q-2

124    done so as enriched the world, changed societies, and given an

125    outlet to voices that might otherwise never be heard.

126         We, and the American people, want to be reassured that you're

127    continuing to live up to that mission.  We hope you can help us

128    better understand how Twitter decides when to suspend a user or

129    ban them from the service and what you do to ensure that such

130    decisions are made without undue bias.

131         We hope you can help us better understand what role automated

132    algorithms have in this process and how those algorithms are

133    designed to ensure consistent outcomes and a fair process.

134         The company that you and your co-founders created plays an

135    instrumental role in sharing news and information across the

136    globe.  We appreciate your willingness to appear before us to

137    today and to answer our questions.

138         With that, I yield back the balance of my time and recognize

139    Mr. Pallone from New Jersey for an opening statement.

140         Mr. Pallone.  Thank you, Mr. Chairman.

141         Over the past few weeks, President Trump and many Republicans

142    have peddled conspiracy theories about Twitter and other social

143    media platforms to with up their base and fund raise.

144         I fear the Republicans are using this hearing for those

145    purposes instead of addressing the serious issues raised by social

EXHIBIT Q-2

146     media platforms that affect Americans' everyday lives.

147          Twitter is a valuable platform for disseminating news,

148     information, and viewpoints.   It can be a tool for bringing people

149     together and allows one to reach many.

150          In places like Iran and Ukraine, Twitter was used to organize

151     and give voice to the concerns of otherwise voiceless individuals.

152          Closer to home, Twitter and hashtags like #StayWoke, #MeToo,

153     and #NetNeutrality have fostered important conversations and

154     supported larger social movements that are changing our society.

155          But Twitter has a darker side.   Far too many Twitter users

156     still face bullying and trolling attacks.   Tweets designed to

157     threaten, belittle, demean, and silence individuals can have a

158     devastating effect, sometimes even driving people to suicide,

159     and while Twitter has taken some steps to protect users and enable

160     reporting, more needs to be done.

161          Bad actors have co-opted Twitter and other social media

162     platforms to spread disinformation and sow divisions in our

163     society.

164          For example, Alex Jones used Twitter to amplify harmful and

165     dangerous lies such as those regarding the Sandy Hook Elementary

166     School shooting.

167          Other have used the platform to deny the existence of the

168      Holocaust, disseminate racial supremacy theories, and spread

169      false information about terrorism, natural disasters, and more.

170           When questioned about this disinformation, Twitter's CEO,

171      Jack Dorsey, said the truth will win out in the end.  But there

172      is reason to doubt that, in my opinion.

173           According to a recent study published by the MIT Media Lab,

174      false rumors on Twitter traveled, and I quote, "farther, faster,

175      deeper, and more broadly than the truth, with true claims taking

176      about six times as long to reach the same number of people," and

177      that's dangerous.

178           And countries like Russia and Iran are taking advantage of

179      this to broadly disseminate propaganda and false information.

180           Beyond influencing elections, foreign agents are actively

181      trying to turn groups of Americans against each other and these

182      countries are encouraging conflict to sow division and hatred

183      by targeting topics that generate intense feelings such as race,

184      religion, and politics.

185           Unfortunately, the actions of President Trump have made the

186      situation worse.  Repeatedly, the president uses Twitter to bully

187      and belittle people, calling them names like dog, clown, spoiled

188      brat, son of a bitch, enemies, and loser.

189           He routinely tweets false statements designed to mislead

EXHIBIT Q-2

190    Americans and foster discord, and the president's actions coarsen

191    the public debate and feed distrust within our society.

192         President Trump has demonstrated that the politics of

193    division are good for fund raising and rousing his base and, sadly,

194    Republicans are now following his lead instead of criticizing

195    the president for behavior that would not be tolerated even from

196    a child.

197         As reported in the news, the Trump campaign and the

198    Republican majority leader have used the supposed

199    anti-conservative bias online to fund raise.

200         This hearing appears to be just one more mechanism to raise

201    money and generate outrage, and it appears Republicans are

202    desperately trying to rally the base by fabricating a problem

203    that simply does not exist.

204         Regardless of the Republicans' intentions for this hearing,

205    Twitter and other social media platforms must do more to regain

206    and maintain the public trust.  Bullying, the spread of

207    disinformation and malicious foreign influence continue.

208         Twitter policies have been inconsistent and confusing.  The

209    company's enforcement seems to chase the latest headline as

210    opposed to addressing systematic problems.

211         Though Twitter and other social media platforms must

EXHIBIT Q-2

212     establish clear policies to address the problems discussed today,

213     provide tools to users and then swiftly and fairly enforce those

214     policies, and those policies should apply equally to the

215     president, politicians, administration officials, celebrities,

216     and the teenager down the street.

217         It's long past time for Twitter and other social media

218     companies to stop allowing their platforms to be tools of discord

219     of spreading false information and of foreign government

220     manipulation.

221         So I thank you for having the hearing, Mr. Chairman, and

222     I yield back.

223         The Chairman.   I thank the gentleman.

224         The chair now recognizes Mr. Dorsey for purposes of an

225     opening statement.   We appreciate your being here and feel free

226     to go ahead.

EXHIBIT Q-2

227     STATEMENT OF JACK DORSEY, CEO, TWITTER, INC.

228

229             Mr. Dorsey.   Thank you.

230             Thank you, Chairman Walden, Ranking Member Pallone, and the

231     committee for the opportunity to speak on behalf of Twitter to

232     the American people.

233             I look forward to our conversation about our commitment to

234     impartiality, to transparency, and to accountability.

235             If it's okay with all of you, I'd like to read you something

236     I personally wrote as I thought about these issues.  I am also

237     going to tweet it out right now.

238             I want to start by making something very clear.  We don't

239     consider political viewpoints, perspectives, or party

240     affiliation in any of our policies or enforcement decisions,

241     period.

242             Impartiality is our guiding principle.  Let me explain why.

243      We believe many people use Twitter as a digital public square.

244

245             They gather from all around the world to see what's happening

246     and have a conversation about what they see.  Twitter cannot

247     rightly serve as public square if it's constructed around the

248     personal opinions of its makers.

EXHIBIT Q-2

249        We believe a key driver of a thriving public square is the

250   fundamental human right of freedom of opinion and expression.

251        Our early and strong defense of open and free exchange has

252   enabled Twitter to be the platform for activists, marginalized

253   communities, whistle blowers, journalists, governments, and the

254   most influential people around the world.  Twitter will always

255   default to open and free exchange.

256        A default to free expression left unchecked can generate

257   risks and dangers for people.  It's important Twitter

258   distinguishes between people's opinions and their behaviors and

259   disarms behavior intending to silence another person or adversely

260   interfere with their universal human rights.

261        We build our policies and rules with the principle of

262   impartiality, objective criteria rather than on the basis of bias,

263   prejudice, or preferring the benefit to one person over another

264   for improper reasons.

265        If we learn we failed to create impartial outcomes, we

266   immediately work to fix.  In the spirit of accountability and

267   transparency, recently we failed our intended impartiality.

268        Our algorithms were unfairly filtering 600,000 accounts,

269   including some members of Congress, from our search auto complete

270   and latest results.  We fixed it, but how did it happen?

EXHIBIT Q-2

271          Our technology was using a decision-making criteria that

272     considers the behavior of people following these accounts.  We

273     decided that wasn't fair and we corrected it.

274          We will always improve our technology and algorithms to drive

275     healthier usage and measure the impartiality of those outcomes.

276          Bias in algorithms is an important topic.  Our

277     responsibility is to understand, measure, and reduce accidental

278     bias due to factors such as the quality of the data used to train

279     our algorithms.  This is an extremely complex challenge facing

280     everyone applying artificial intelligence.

281          For our part, machine-learning teams at Twitter are

282     experimenting with these techniques in developing roadmaps to

283     ensure present and future machine-learning models uphold a high

284     standard when it comes to algorithmic fairness.

285          It's an important step towards ensuring impartiality.

286     Looking at the data, we analyzed tweets sent by all members of

287     the House and Senate and found no statistically significant

288     difference between the number of times a tweet by a Democrat is

289     viewed versus a Republican, even after all of our ranking and

290     filtering of tweets has been applied.

291          Also, there is a distinction we need to make clear.  When

292     people follow you, you've earned that audience and we have a

EXHIBIT Q-2

293     responsibility to make sure they can see your tweets.  We do not

294     have a responsibility nor you a right to amplify your tweets to

295     an audience that doesn't follow you.

296          What our algorithms decide to show in shared spaces like

297     search results is based on thousands of signals that constant

298     learn and evolve over time.

299          Some of those signals are engagement.  Some are the number

300     of abuse reports.  We balance all of these to prevent gaming our

301     system.

302          We acknowledge the growing concern people have of the power

303     held by companies like Twitter.  We believe it's dangerous to

304     ask Twitter to regulate opinions or be the arbiter of truth.

305          We'd rather be judged by the impartiality of outcomes and

306     criticized when we fail this principle.

307          In closing, when I think of our work, I think of my mom and

308     dad in St. Louis, a Democrat and a Republican.  We had lots of

309     frustrating and -- frustrating and heated debates.  But looking

310     back, I appreciate I was able to hear and challenge different

311     perspectives and I also appreciate I felt safe to do so.

312          We believe Twitter helps people connect to something bigger

313     than themselves, show all the amazing things that are happening

314     in the world, and all the things we need to acknowledge and

EXHIBIT Q-2

315    address.

316         We are constantly learning how to make it freer and healthier

317    for all to participate.

318         Thank you, all.

319         [The prepared statement of Mr. Dorsey follows:]

320    **********INSERT 1**********

EXHIBIT Q-2

321          The Chairman.  Thank you, Mr. Dorsey.

322          We'll now begin the opportunity to have questions and I will

323     lead off.

324          So, Mr. Dorsey, I am going to get straight to the heart of

325     why we are here today.  We have a lot of questions about Twitter's

326     business practices including questions about your algorithms,

327     content management practices, and how Section 230's safe harbors

328     protect Twitter.

329          In many ways, for some of us, it seems a little bit like

330     the Wizard of Oz -- we want to know what's going on behind the

331     curtain.

332          This summer, reports surfaced that profiles of prominent

333     Republican Twitter users were not appearing in automatically

334     populated drop-down search results.  I think you mentioned that

335     in your own testimony.

336          This was after a member of this committee had her tweets

337     and ads taken off the service because of a basic conservative

338     message, and then there are other examples that have been sent

339     our way.

340          Twitter's public response is, and I quote, "We do not shadow

341     ban."  You're always able to see the tweets from accounts you

342     follow, although you may have to, quote, "do more work to find

EXHIBIT Q-2

343    them like go directly to their profile," closed quote.

344         But to most people, they might think of that as shadow

345    banning.  It doesn't matter what your definition of shadow

346    banning is when the expectation you are given to your users who

347    choose to follow certain accounts is different from what they

348    see on their time line and in their searches.

349         In one example of many, certain prominent conservative users

350    including some of our colleagues who have come to us --

351    Representatives Meadows, Jordan, Gaetz -- were not shown in the

352    automatically populated drop-down searches on Twitter, correct?

353         Out of the more than 300 million active Twitter users, why

354    did this only happen to certain accounts?  In other words, what

355    did the algorithm take into account that led to prominent

356    conservatives, including members of the U.S. House of

357    Representatives, not being included in auto search suggestions?

358     What caused that?

359         Mr. Dorsey.  Thank you for the question.

360         So we use signals, usually hundreds of signals, to determine

361    and to decide what to show, what to down rank, or, potentially,

362    what to filter.

363         In this particular case, as I mentioned in my opening, we

364    were using a signal of the behavior of the people following

EXHIBIT Q-2

365    accounts and we didn't believe, upon further consideration and
366    also seeing the impact, which was about 600,000 accounts -- a
367    pretty broad base -- that that was ultimately fair and we decided
368    to correct it.
369        We also decided that it was not fair to use a signal for
370    filtering in general and we decided to correct that within search
371    as well.
372        And it is important for us to, one, be able to experiment
373    freely with the signals and to have the -- to have the freedom
374    to be able to inject them and also to remove them because that's
375    the only way we are going to learn.
376        We will make mistakes along the way and the way we want to
377    be judged is making sure that we recognize those and that we
378    correct them, and what we are looking in terms -- for in terms
379    of whether we made a mistake or not is this principle of
380    impartiality and, specifically, impartial outcomes, and we
381    realized that in this particular case and within search that we
382    weren't driving that and we could have done a better job there.
383        The Chairman.  Let me ask you another question.  Could bots
384    game the system or work to block or silence certain voices,
385    political or otherwise?
386        Mr. Dorsey.  We are always looking for patterns of behavior

EXHIBIT Q-2

387    intending to amplify information artificially and that

388    information could include actions like blocking.

389         So that's why it's important that we don't just use one signal

390    but we use hundreds of signals and that we balance them

391    accordingly.

392         There is a perception that a simple report of a term -- of

393    a violation of the terms of service will result in action or down

394    ranking.  That is not true.  It is one signal that we use and

395    weigh according to other signals that we see across.

396         The Chairman.  I have one final question.  I asked followers

397    of Twitter -- Twitter followers I have and one from Oregon asked

398    why Twitter relies exclusively on users to report violations.

399         Mr. Dorsey.  This is a matter of scale.  So today, in order

400    to remove tweets or to remove accounts, we do require a report

401    of the violating and that report is reviewed by an individual.

402         Those reports are prioritized based on the severity of the

403    report.  So death threats have a higher prioritization of all

404    others and we take action on them much faster.

405         We do have algorithms that are constantly proactively

406    searching the network and, specifically, the behaviors on the

407    network and filtering and down ranking accordingly.

408         And what that means in terms of filtering is it might filter

EXHIBIT Q-2

409    behind an interstitial.  An interstitial is a graphic or element

410    within our app or service that one can tap to see more tweets

411    or show more replies.

412        So in some cases, we are proactively, based on these

413    algorithms, hiding some of the content, causing a little bit more

414    friction to actually see it and, again, those are models that

415    we constantly learn from and evolve as well.

416        The Chairman.  My time has expired.

417        I now recognize the gentleman from New Jersey, Mr. Pallone.

418        Mr. Pallone.  Thank you, Mr. Chairman.

419        Twitter's effect on American society raise genuine and

420    serious issues.  But that's not why the Republican majority has

421    called you here today, Mr. Dorsey.

422        I think it's the height of hypocrisy that President Trump

423    and congressional Republicans criticize Twitter for supposed

424    liberal bias when President Trump uses the platform every day

425    for his juvenile tweets and spreading lies and misinformation

426    to the whole country and to the world.

427        In my opinion, you have an obligation to ensure your

428    platform, at a minimum, does no harm to our country or democracy

429    and the American public.

430        And as I noted in my opening, one persistent critique of

EXHIBIT Q-2

431     Twitter by civil rights advocates and victims of abuse and others

432     is that your policies are unevenly enforced.

433          The rich and powerful get special treatment.  Others get

434     little recourse when Twitter fails to protect them unless the

435     company gets some bad press.

436          Now, you have admitted that Twitter needs to do a better

437     job explaining how decisions are made, especially those by human

438     content moderators who handle the most difficult and sensitive

439     questions.

440          So let me just ask you, how many human content moderators

441     does Twitter employ in the U.S. and how much do they get paid?

442          Mr. Dorsey.  We -- so we want to think about this problem

443     not in terms of the number of people but how we make decisions

444     to invest in building new technologies versus hiring folks.

445          Mr. Pallone.  Well, let me ask you these three questions

446     on this point and then if you can't answer it I would appreciate

447     it if you can't -- through the chairman if you could get back

448     to us.

449          The first one was how many human content moderators does

450     Twitter employ in the U.S. and how much do they get paid, second,

451     how many hours of training is given to them to ensure consistency

452     in their decisions, and last, are they given specific instructions

EXHIBIT Q-2

453     to ensure that celebrities and politicians are treated the same

454     as everyone else.

455         If you can answer -- otherwise, I am going to ask you to

456     get back to us in writing because I --

457         Mr. Dorsey.  We'll follow up with you on specific numbers.

458      But on the last point, this is a very important distinction.

459      I do believe that we need to do more around protecting private

460     individuals than public figures.

461         I don't know yet exactly how that will manifest.  But I do

462     believe it's important that we extend the protection of our rules

463     more to private individuals necessarily than public figures.

464         Mr. Pallone.  Well, I appreciate that, because I think

465     everyone should be treated the same and you seem to be saying

466     that.  But we have to make sure that the enforcement mechanism

467     is there so that's true.

468         Let me -- let me ask, if you could report back to the committee

469     within one month of what steps Twitter is taking to improve the

470     consistency of its enforcement and the metrics that demonstrate

471     improvement, if you could, within a month.  Is that okay?

472         Mr. Dorsey.  Absolutely.

473         Mr. Pallone.  All right.

474         Now, let me turn to another issue.  I only have a minute.

EXHIBIT Q-2

475      Other technology companies like Airbnb and Facebook have
476      committed to conducting civil rights audits amid concerns raised
477      by members of the Congressional Black Caucus and others including
478      Representatives Rush to my left, Butterfield, and Clarke on our
479      committee, and these audits seek to uncover how platforms and
480      their policies have been used to stoke racial and religious
481      resentment or violence, and given the sometimes dangerous use
482      of your platform and the haphazard approach of Twitter towards
483      developing and enforcing its policies, I think your company should
484      take similar action.
485           So let me ask these three questions and, again, if you can
486      answer them.  If not, please get back to us within the month.
487

488           Will you commit to working with an independent third-party
489      institution to conduct a civil rights audit of Twitter?  Yes or
490      no.
491           Mr. Dorsey.  We will, and we do do that on a regular basis
492      with what's called our Trust and Safety Council, which --
493           Mr. Pallone.  All right.  But I mean, I would like -- asking
494      for an independent third party institution to conduct it.
495           Mr. Dorsey.  Yes.  Let us follow up with you on that.
496           Mr. Pallone.  All right.

EXHIBIT Q-2

497          Second, will you commit -- let me ask these two together

498     -- will you commit to making the results of all such audits

499     available to the public including all recommendations and

500     findings?

501          Mr. Dorsey.  Yes.  We do believe we need a lot more

502     transparency around our actions and our decisions --

503          Mr. Pallone.  All right.

504          Then the third one, Mr. Chairman, with your permission, will

505     you commit, based on the findings of all such audits to change

506     Twitter's policies, programs and processes to address these areas

507     of concern?  Yes or no.

508          Mr. Dorsey.  We are always looking to evolve our policies

509     based on what we find, so yes.

510          Mr. Pallone.  All right.

511          And again, Mr. Chairman, through you, if we could get a report

512     back to the committee within one month of the steps that Mr. Dorsey

513     is taking, I would appreciate it.

514          Mr. Dorsey.  Thank you.

515          The Chairman.  All right.  Thank you.

516          I now turn to Mr. Upton, former chairman of the committee,

517     for questions.

518          Mr. Upton.  Thank you, Mr. Chairman.

EXHIBIT Q-2

519        So, Mr. Dorsey, I think it's fair to say that even looking

520    at my Twitter feed that there are some fairly ugly things on

521    Twitter that come every now and then, and my name is Fred Upton

522    and I got a bet that my initials are probably used more than just

523    about any other.

524        [Laughter.]

525        Might even think that it's bipartisan on both sides of the

526    aisle.  But I would like to see civility brought back into the

527    public discourse.  In a July post, Twitter acknowledged that

528    tweets from bad faith actors who intend to manipulate or divide

529    the conversations should be ranked lower.

530        So the question is how do you determine whether a user is

531    tweeting to manipulate or divide the conversation?

532        Mr. Dorsey.  This is a great question and one that we have

533    -- we've struggled with in the past.  We recently determined that

534    we needed something much more tangible and cohesive in order to

535    think about this work and we've come across health as a concept.

536        And we've all had experiences where we felt we've been in

537    a conversation that's a little bit more toxic and we wanted to

538    walk away from it.

539        We've all been in conversations that felt really empowering

540    and something that we are learning from and we want to stay in

EXHIBIT Q-2

541     them.

542          So right now, we are trying to determine what the indicators

543     of conversational health are and we are starting with four

544     indicators.

545          One is what is the amount of shared attention that a

546     conversation has.  What percentage of the conversation is focused

547     on the same things?

548          What is a percentage of shared facts that the conversation

549     is having -- not whether the facts are true or false, but are

550     we sharing the same facts.  What percentage of the conversation

551     is receptive?

552          And finally, is there a variety of perspective within the

553     conversation or is it a filter bubble or echo chamber of the same

554     sort of ideas?

555          So we are currently trying to figure out what those

556     indicators of health are and to measure them and we intend not

557     only to share what those indicators are that we've found but also

558     to measure ourselves against it and make that public so we can

559     show progress, because we don't believe we can really fix anything

560     unless we can -- we can measure it and we are working with external

561     parties to help us do that because we know we can't do this alone.

562          Mr. Upton.  So do you believe that Twitter's rules are clear

EXHIBIT Q-2

563    on what's allowed and what's not allowed on the platform?

564         Mr. Dorsey.  I believe if you were to go to our rules today

565    and sit down with a cup of coffee, you would not be able to

566    understand it.  I believe we need to do a much better job not

567    only with those rules but with our terms of service.  We need

568    to make them a whole lot more approachable.

569         We would love to lead in this area and we are working on

570    this.  But I think there's a lot of -- I think there's a lot of

571    confusion around our rules and also our enforcement and we intend

572    to fix it.

573         Mr. Upton.  The last question is can a Twitter user's friend

574    or someone that they follow grant permission to access to that

575    user's personal information to a third party?

576         Mr. Dorsey.  No.  We -- if you are sharing your password

577    of your account with another, then they have the rights that you

578    would have to take on with that account.

579         Mr. Upton.  Yield back.

580         The Chairman.  The chair now recognizes the gentleman from

581    New York, Mr. Tonko.

582         Ms. DeGette is next.  Okay.  The chair now recognizes the

583    gentlelady from Colorado, Ms. DeGette.  We are going by the order

584    we were given.

EXHIBIT Q-2

585        Ms. DeGette.  Thank you very much, Mr. Chairman.

586        Mr. Dorsey, thank you so much for joining us here today

587   because these are important issues, and even though the Democrats

588   have highlighted that, really, some of the reasons why you came

589   are -- we think are political and wrong, nonetheless, there are

590   some real issues with Twitter that I think we can discuss today.

591

592        And as you said, Twitter really has become a tool for

593   engagement across society and, recently, we saw some of its

594   positive social change with the role it's played in the #Metoo

595   movement.

596        But nonetheless, Twitter has also experienced its own sexual

597   harassment problem to confront and I just wanted to ask you some

598   questions about how Twitter is dealing with these issues.

599        I don't know if you're aware, Mr. Dorsey, of the Amnesty

600   International report called "Toxic Twitter: A Toxic Place for

601   Women."  Are you aware of that?

602        Mr. Dorsey.  I am aware of it.

603        Ms. DeGette.  Mr. Chairman, I would like to ask unanimous

604   consent to put that in the record.

605        The Chairman.  Without objection.

606        [The information follows:]

EXHIBIT Q-2

607

608          **********COMMITTEE INSERT 2**********

EXHIBIT Q-2

609          Ms. DeGette.  Now, in that report, it described the issues

610     women face on Twitter and how Twitter could change to be more

611     friendly to women.  I assume you have talked to Amnesty

612     International about this report and about some of their

613     recommendations?

614          Mr. Dorsey.  I am not sure if -- I haven't personally but

615     I imagine that the folks on our team have.  But we can follow

616     up with you.

617          Ms. DeGette.  Thank you.

618          The report goes into great and, frankly, graphic detail of

619     the types of abuses that have been used -- experienced on Twitter

620     including threats of rape, bodily harm, and death.

621          Now, some were found -- have found to violate Twitter's

622     guidelines but others were not, and I think probably you and your

623     staff agree that Twitter needs to do a better job of addressing

624     instances where some of the users are using the platform to harass

625     and threaten others.

626          And so I am wondering if you can tell me does Twitter

627     currently have data on reports of abuse of conduct including on

628     the basis of race, religion, gender, or orientation, targeted

629     harassment, or threats of violence?  And separately, does Twitter

630     have data on the actions that it has taken to address these

EXHIBIT Q-2

631     complaints?

632         Mr. Dorsey.  So a few things here.  First and foremost, we

633     don't believe that we can create a digital public square for people

634     if they don't feel safe to participate in the first place, and

635     that is our number one and singular objective as a company is

636     to increase the health of this public space.

637         We do have data on all violations that we have seen across

638     the platform and the context of those violations, and we do intend

639     -- and this will be an initiative this year -- to create a

640     transparency report that will make that data more public so that

641     all can learn from it and we can also be held publicly accountable

642     to it.

643         Ms. DeGette.  That's good news, and you say you will have

644     that this year yet, by the end of --

645         Mr. Dorsey.  We are working on it as an initiative this year.

646      We have a lot of work to do to aggregate all the data and to

647     report that will be meaningful --

648         Ms. DeGette.  And is Twitter also taking actions to address

649     some of the deficiencies that have been identified in this report

650     and in other places?

651         Mr. Dorsey.  We are.  We definitely -- we are focussing --

652     one other point I wanted to make is that we don't feel it's fair

EXHIBIT Q-2

653      that the victims of abuse and harassment have to do the work to

654      report it.

655      Ms. DeGette.  Yes.

656      Mr. Dorsey.  Today, our system does work on reports,

657      especially when it has to take content down.  So abuse reports

658      is a metric that we would look at, not as something that we want

659      to go up because it's easier to report things but as something

660      we want to go down not only because we think that we can -- we

661      can reduce the amount of abuse but we can actually create

662      technology to recognize it before people have to do the reporting

663      themselves.

664      Ms. DeGette.  Recognize it and take it down before a report

665      has to be made?

666      Mr. Dorsey.  Yes.  Any series of enforcement actions all

667      the way to the -- to the extreme of it, which is removing content.

668      Ms. DeGette.  Thank you.

669      Mr. Chairman, I just want to say for the record I don't think

670      these issues are unique to Twitter.  Unlike so many of the

671      invented borderline conspiracy theories, I believe this is a real

672      threat and I appreciate you, Mr. Dorsey, taking this seriously

673      and your entire organization so that we can really reduce these

674      threats online.

EXHIBIT Q-2

675         Thank you, and I yield back.

676         Mr. Dorsey.  Thank you.

677         The Chairman.  The gentlelady yields back.

678         The chair recognizes the gentleman from Illinois, Mr.

679    Shimkus, for questions.

680         Mr. Shimkus.  Thank you, Mr. Chairman.

681         Mr. Dorsey, first of all, go Cards.  I am from the St. Louis

682    metropolitan area and be careful of Colin behind you, who has

683    been known to be in this committee room a couple times.  So we

684    are glad to have him back.

685         The -- while -- and I want to go to my questions and then

686    hopefully have time for a little summation.  While listening to

687    users is important, how can anyone be sure that standards about

688    what quote, unquote, "distracts" or "distorts" are being handled

689    fairly and consistently?  And the follow-up is doesn't this give

690    power to the loudest mob and, ultimately, fail to protect

691    controversial speech?

692         Mr. Dorsey.  So this goes back to that framework I was

693    discussing around health and, again, I don't -- I don't know if

694    those are the right indicators yet.  That's why we are looking

695    for outside help to make sure that we are doing the right work.

696         But we should have an understanding and a measurement --

EXHIBIT Q-2

697    a tangible measurement -- of our effects on our system and,

698    specifically, in these cases we are looking for behaviors that

699    try to artificially amplify information and game our systems in

700    some ways that might happen --

701        Mr. Shimkus.  Would you consider -- I am sorry to interrupt

702    -- but a bot would be -- you would consider that as manipulating

703    the system, right?

704        Mr. Dorsey.  If a bot is used for manipulating the

705    conversation and the way we --

706        Mr. Shimkus.  What about -- what about if the users band

707    together?  Would that be a -- you would consider manipulation?

708        Mr. Dorsey.  The same -- and that's why it makes this issue

709    complicated is because sometimes we see bots.  Sometimes we see

710    human coordinations in order to manipulate.

711        Mr. Shimkus.  Thank you.  The -- Twitter has a verification

712    program where users can be verified by Twitter as legitimate and

713    verified users have a blue checkmark next to their name on their

714    page.  How does the review process for designating verified users

715    align with your community guidelines or standards?

716        Mr. Dorsey.  Well, to be very frank, our verification

717    program right now is not where we'd like it to be and we do believe

718    it is in serious need of a reboot and a reworking.

EXHIBIT Q-2

719          And it has a long history.  It started as a way to verify

720     that the CDC account was the actual CDC account during the swine

721     flu and we brought into -- without as many principles -- strong

722     principles -- as we needed and then we opened the door to everyone,

723     and, unfortunately, that has caused some issues because the

724     verified badge also is a signal that is used in some of our

725     algorithms to rank higher or to inject within shared areas of

726     the --

727          Mr. Shimkus.  That was my next question.  You do prioritize

728     content shared by verified users currently?

729          Mr. Dorsey.  We do have signals that do that.  We are

730     identifying those and asking ourselves whether that is still true

731     and it's still correct today.

732          Mr. Shimkus.  And then I am just going to end with my final

733     minute to talk about industry standards.  I think my colleague,

734     Diana DeGette, hit on the issue because this is across the

735     technological space.

736          You're not the only one that's trying to address these type

737     of concerns.  Many industries have banded together to have

738     industry standards by which they can comply and also can help

739     self-police and self-correct.

740          I would encourage the tech sector to start looking at that

EXHIBIT Q-2

741     model and there's a lot of them out there.  I was fortunate to

742     get this book, "The Future Computed," in one of my visits to Tech

743     World, and, you know, they just mention fairness, reliability,

744     privacy, inclusion, transparency, and accountability as kind of

745     baseloads of standards that should go across the platform, and

746     we need to get there for the use of the platforms and the trust.

747          And with that, thank you, Mr. Chairman.  Yield back.

748          The Chairman.  The gentleman yields back.

749          The chair recognizes the gentleman from Texas, Mr. Green,

750     for questions.

751          Mr. Green.  Thank you, Mr. Chairman.

752          Mr. Dorsey, thank you for being here today and I am pleased

753     that Twitter started taking steps to improve users' experience

754     on its platform.

755          However, Twitter's current policies still leave the

756     consumers in danger of the spread of misinformation and

757     harassment.

758          Twitter needs to strengthen its policies to ensure that users

759     are protected from fake accounts, misinformation, and harassment,

760     and I know that's an issue you all are trying to address.

761          I would like to start off by addressing privacy.  Twitter

762     has changed its policy in regards to the general data protection

EXHIBIT Q-2

763    regulation that went into effect by the European Union this

764    summer.

765         The GDPR makes it clear that consumers need to be in control

766    of their own data and understands how their data is being given

767    to others.

768         Mr. Dorsey, as it now stands, the United States does not

769    mandate these settings are enforced.  However, I think they are

770    important for an integral part of consumers.

771         My question is will Twitter commit to allowing users in the

772    United States have the option of opting out of tracking, despite

773    the fact that there's no current regulation mandating this for

774    protection for consumers?

775         Mr. Dorsey.  Thank you for the question.

776         We -- even before GDPR was enacted and we complied with that

777    regulation, a year prior we were actively making sure that our

778    -- the people that we serve have the controls necessary to opt

779    out of tracking across the web, to understand all the data that

780    we have inferred on their usage, and to individually turn that

781    off and on.

782         So we took some major steps pre-GDPR and made sure that we

783    complied with GDPR as well.  We are very different from our peers

784    in that the majority of what is on Twitter is public.

EXHIBIT Q-2

785          People are approaching Twitter with a mind-set of when I

786     tweet this the whole world can see it.  So we have -- we have

787     a different approach and different needs.

788          But we do believe that privacy is a fundamental human right

789     and we will work to protect it and continue to look for ways to

790     give people more control and more transparency around what we

791     have on them.

792          Mr. Green.  Thank you.

793          One of the steps Twitter has taken to protect consumers has

794     been to come together with other social media platforms to create

795     the Global Internet Forum to Counter Terrorism.

796          However, there is no forum to counter fake bot accounts on

797     social media platforms.  What steps is Twitter taking to work

798     together with social media platforms to combat these fake bots

799     accounts like the 770 accounts Twitter and other social media

800     platforms recently deleted that were linked to Russian and Iranian

801     disinformation campaigns?

802          Mr. Dorsey.  Yes.  So this one is definitely a complicated

803     issue that we are addressing head on.  There's a few things we

804     -- we would love to just generally be able to identify bots across

805     the platform and we can do that by recognizing when people come

806     in through our API.

EXHIBIT Q-2

807        There are other vectors of attack where people script our

808    website or our app to make it look as if they were humans and

809    they're not coming through our API.

810        So it's not a simple answer.  But having said that, we have

811    gotten a lot better in terms of identifying and also challenging

812    accounts.

813        We identify 8 to 10 million accounts every single week and

814    challenge them to determine if they're human or not and we've

815    also thwarted over half a million accounts every single day from

816    even logging in to Twitter because of what we detected to be

817    suspicious activity.

818        So there's a lot more that we need to do but I think we do

819    have a good start.  We always want to side with more automated

820    technology that recognize behavior and patterns instead of going

821    down to the surface area of names or profile images or what not.

822

823        So we are looking for behaviors and the intention of the

824    action, which is oftentimes to artificially amplify information

825    and manipulate others.

826        Mr. Green.  Okay.

827        Thank you, Mr. Chairman.  I know I am out of my time, and

828    thank you for being here today.

EXHIBIT Q-2

829          The Chairman.  Mr. Green.

830          Mr. Dorsey.  Thank you so much.

831          The Chairman.  The chair will now recognize the gentleman

832     from Texas, the chairman of our Health Subcommittee, Dr. Burgess,

833     for four minutes for questions.

834          Mr. Burgess.  Thank you, Mr. Chairman.

835          Thank you, Mr. Dorsey, for being here.  I will just say that,

836     you know, Twitter is -- in addition to everything else, it's a

837     news source.

838          I mean, it's how I learned of the death of Osama bin Laden

839     many, many years ago when Seal Team 6 provided that information

840     and it happened in real time, late, a Sunday night.  The news

841     shows were all over, and Twitter provided the information.

842          This morning, sitting in conference, not able to get to a

843     television, one of my local television stations was attacked and

844     Twitter provided the real-time information and updates.  So it's

845     extremely useful and for that as a tool I thank you.

846          Sometimes, though -- well, Meghan McCain's husband

847     complained a lot on Twitter over the weekend because of a doctored

848     image of Meghan McCain that was put up on Twitter and then it

849     seemed like it took forever for that to come down.

850          Is there not some way that people can -- I understand there

EXHIBIT Q-2

851     are algorithms.  I understand that, you know, you have to have

852     checks and balances.  But, really, it shouldn't take hours for

853     something that's that egregious to be addressed.

854          Mr. Dorsey.  Absolutely, and that was unacceptable and we

855     don't want to use our scale as an excuse here.  We do need to

856     -- we need to do two things.

857          Number one, we can't place the burden on the victims and

858     that means we need to build technology so that we are not waiting

859     for reports -- that we are actively looking for instances.

860          While we do have reports and while we do -- while we are

861     making those changes and building that technology, we need to

862     do a better job at prioritizing, especially any sort of violent

863     or threatening information.

864          In this particular case, this was an image and we just didn't

865     apply the image filter to recognize what was going on in real

866     time.  So we did take way too many hours to act and we are using

867     that as a lesson to -- in order to help improve our systems.

868          Mr. Burgess.  And I am sure you have.  But just for the

869     record, have you apologized to the McCain family?

870          Mr. Dorsey.  I haven't personally but I will.

871          Mr. Burgess.  I think you just did.

872          But along the same lines, but maybe a little bit different

EXHIBIT Q-2

873    -- I mean, the chairman referenced several members of Congress

874    who had been affected by what was described as shadow banning.

875

876        So does someone have to report?  Is it only fixed if someone

877    complains about it?  And if no one complained, would it have been

878    fixed?  So with Mr. Jordan, Mr. Meadows, Mr. Gaetz, and their

879    accounts being diminished, is it only because they complained

880    that that got fixed?

881        Mr. Dorsey.  It's a completely fair point and, you know,

882    we are regularly looking at the outcomes of our algorithms.  It

883    wasn't just the voices of members of Congress.

884        We saw, as we rolled this system out, a general conversation

885    about it and sometimes we need to roll these out and see what

886    happens because we are not going to be able to test every single

887    outcome in the right way.

888        So we did get a lot of feedback and a lot of conversations

889    about it and that is what prompted more digging and an

890    understanding of what we were actually doing and whether it was

891    the right approach.

892        Mr. Burgess.  And as a committee, can we expect any sort

893    of follow-up as to your own internal investigation -- your own

894    investigations digging that you described?  Is that something

EXHIBIT Q-2

895        that you can share with us as you get more information?

896            Mr. Dorsey.  We would -- we would love to.  I mean, we want

897        to put a premium on transparency and also how we can give you

898        information that is, clearly, accountable to changes.

899            That is why we are putting the majority of our focus on this

900        particular topic into our transparency report that we would love

901        to -- we'd love to release.  It's going to require a bunch of

902        work --

903            Mr. Burgess.  Sure.

904            Mr. Dorsey.   -- and some time to do that.  But we would

905        love to share it.

906            Mr. Burgess.  And we appreciate your attention to that.

907            Mr. Chairman, I will yield back.  Thank you.

908            The Chairman.  The gentleman yields back.

909            The chair recognizes the gentleman from Pennsylvania, Mr.

910        Doyle, for four minutes.

911            Mr. Doyle.  Thank you, Mr. Chairman.

912            Mr. Dorsey, welcome.  Thanks for being here.  I want to read

913        a few quotes about Twitter's practices and I just want you to

914        tell me if they're true or not.

915            "Social media is being rigged to censor conservatives."

916        Is that true of Twitter?

917          Mr. Dorsey.  No.

918          Mr. Doyle.  "I don't know what Twitter is up to.  It sure

919     looks like to me that they're censoring people and they ought

920     to stop it."  Are you censoring people?

921          Mr. Dorsey.  No.

922          Mr. Doyle.  "Twitter is shadow banning prominent

923     Republicans.  That's bad."  Is that true?

924          Mr. Dorsey.  No.

925          Mr. Doyle.  So these were statements made by Kevin McCarthy,

926     the House majority leader, on Twitter, Devin Nunes on Fox News,

927     and President Trump on Twitter, and I want to place those

928     statements into the record, Mr. Chairman.

929          The Chairman.  Without objection.

930          [The information follows:]

931

932     **********COMMITTEE INSERT 3**********

EXHIBIT Q-2

933         Mr. Doyle.  I think it's important for people to understand
934    -- you know, the premise of this whole hearing and the reason
935    that Twitter somehow, with all the other social media platforms
936    out there, got the singular honor to sit in front of this committee
937    is because there is some implication that your site is trying
938    to censor conservative voices on your platform.
939         Now, when you tried to explain the shadow banning, as I
940    understand it you had a system where if people who were following
941    people had some behaviors, that was the trigger that allowed --
942    that caused you to do the shadow banning.
943         So you were really like an equal opportunity shadow banner,
944    right?  You didn't just shadow ban four conservative Republicans.
945
946         You shadow banned 600,000 people across your entire platform
947    across the globe who had people following them that had certain
948    behaviors that caused you to downgrade them coming up.  Is that
949    correct?
950         Mr. Dorsey.  Correct.
951         Mr. Doyle.  So this was never targeted at conservative
952    Republicans.  This was targeted to a group of 600,000 people
953    because of the people who followed them, and then you determined
954    that wasn't fair and you corrected that practice.  Is that

EXHIBIT Q-2

955      correct?

956           Mr. Dorsey.  Correct.

957           Mr. Doyle.  So just for the record, since you have been

958      singled out as a social media platform before this committee,

959      Twitter undertook no behavior to selectively censor conservative

960      Republicans or conservative voices on your platform.  Is that

961      correct?

962           Mr. Dorsey.  Correct.

963           Mr. Doyle.  Good.  So let the record reflect that because

964      that's the whole reason supposedly we are here, because House

965      Leader Kevin McCarthy wrote our chairman a letter and said, hey,

966      this is going on and we think your committee should investigate

967      it, and it's a load of crap.

968           Now, let me ask you a couple other things while I still have

969      some time.  What are you doing to address the real concerns many

970      of us have about Twitter -- people that use Twitter to bully,

971      troll, or threaten other people?

972           We know that this has led to many prominent users,

973      particularly women, who have been targeted with sexual threats

974      leaving Twitter because of this toxic environment.

975           Now, I understand that you're working to address these issues

976      and that you want to to use machine learning and AI.  But I am

EXHIBIT Q-2

977    concerned that these solutions will take too long to deploy and

978    that they can't cure the ills that Twitter is currently suffering

979    from.

980        So my question is how can we be assured that you and your

981    company have the proper incentives to address the toxicity and

982    abusive behavior on your platform, given Twitter's current state?

983        Mr. Dorsey.  First and foremost, we -- our singular

984    objective as a company right now is to increase the health of

985    public conversation and we realize that that will come at

986    short-term cost.

987        We realize that we will be removing accounts.  We realize

988    that it doesn't necessarily go into a formula where -- I think

989    there's a perception that we are not going to act because we want

990    as much activity as possible.  That is --

991        Mr. Doyle.  Right.  There's like an economic disincentive

992    to act because it takes people from your platform.

993        Mr. Dorsey.  That is not true.  So we see increasing health

994    of public conversation as a growth vector for us.

995        Mr. Doyle.  Good.

996        Mr. Dorsey.  It's not a short-term growth vector.  It is

997    a long-term growth vector and we are willing to take the hard

998    -- to take the hard path and the decisions in order to do so and

999     we communicated a lot of these during our last earnings call and

1000    the reaction by Wall Street was not as positive.

1001         But we believe it was important for us to continue to increase

1002    the health of this public square.  Otherwise, no one's going to

1003    use it in the first place.

1004         Mr. Doyle.  Thank you for being here today.

1005         I yield back.

1006         The Chairman.  The gentleman yields back.

1007         The chair recognizes the gentleman from Texas, former

1008    chairman of the committee, Mr. Barton, for four minutes.

1009         Mr. Barton.  Thank you, Mr. Chairman, and I want to thank

1010    you, sir, for appearing voluntarily without subpoena and standing

1011    or sitting there all by yourself.  That's refreshing.

1012         I don't know what a Twitter CEO should look like but you

1013    don't look like a CEO of Twitter should look like with that beard.

1014         Mr. Dorsey.  My mom would agree with you.

1015         [Laughter.]

1016         Mr. Barton.  I am going to kind of reverse the questions

1017    that my good friend, Mr. Doyle, just asked so that we kind of

1018    get both sides of the question.

1019         In the -- in a July blog post, your company, Twitter,

1020    indicated some Democrat politicians were not properly showing

EXHIBIT Q-2

1021    up within search auto suggestions.  In other words, your company

1022    said that your algorithm were somewhat discriminatory against

1023    Democrats.

1024        Can you identify which Democrat representatives and accounts

1025    weren't properly showing up?

1026        Mr. Dorsey.  We typically don't identify those as a matter

1027    of protecting their privacy and they haven't communicated that.

1028     But we can certainly follow up with your staff.

1029        Mr. Barton.  All right.  Can you identify how many without

1030    naming names?

1031        Mr. Dorsey.  I can -- we'll follow up with your staff on

1032    that.

1033        Mr. Barton.  Can you personally vouch that that statement

1034    is a true statement --

1035        Mr. Dorsey.  Yes.

1036        Mr. Barton.   -- that there are Democrat politicians who,

1037    when you did the auto search, they didn't show up?

1038        Mr. Dorsey.  Yes.  It was -- it was over 600,000 accounts.

1039        Mr. Barton.  No.  No.  There were 600,000 accounts affected

1040    but how many Democrat versus Republican accounts?

1041        Mr. Dorsey.  Yes, I --

1042        Mr. Barton.  The allegation that we made, the Republicans,

EXHIBIT Q-2

1043    is that you're discriminatory against us -- against the

1044    Republicans.  Your post says, well, there were some Democrat

1045    politicians, too.

1046         So out of 600,000 if there were a thousand Republicans and

1047    10 Democrats, it still seems somewhat biased.  If it's 50/50,

1048    then that's a whole different ball game.

1049         Mr. Dorsey.  Well, we agree that the result was not impartial

1050    and that is why we corrected it and we fixed it.

1051         Mr. Barton.  So you do agree that there were more Republicans

1052    than Democrats?

1053         Mr. Dorsey.  I didn't say that.  But I do -- I do --

1054         Mr. Barton.  Well, you can't have it both ways, sir.

1055         [Laughter.]

1056         It's either 50/50 or one side is disproportionately affected

1057    and the allegation is that more Republicans were affected.

1058         Mr. Dorsey.  Well, we don't always have the best methods

1059    to determine who is a Republican and who is a Democrat.  We have

1060    to refer --

1061         Mr. Barton.  Well, usually it's known because we run as

1062    Republicans or Democrats.  That's not hard to identify.

1063         Mr. Dorsey.  Yes.  When it is self-identified it's easier.

1064     But we -- you know, we are happy to follow up with you.

EXHIBIT Q-2

1065          Mr. Barton.  Well, do you want to -- my chairman keeps

1066     whispering in my ear.  I am glad to have a staffer who's the

1067     chairman of the committee.

1068          Do you discriminate more on philosophy like

1069     anti-conservative versus pro-liberal?

1070          Mr. Dorsey.  No.  Our policies and our algorithms don't take

1071     into consideration any affiliation philosophy or viewpoint.

1072          Mr. Barton.  That's hard to stomach.  I am not -- I just

1073     -- we wouldn't be having this discussion if there wasn't a general

1074     agreement that your company has discriminated against

1075     conservatives, most of whom happen to be Republican.

1076          Mr. Dorsey.  I believe that we have found impartial outcomes

1077     and those are what we intend to fix and continue to measure.

1078          Mr. Barton.  All right.  Well, my time is about to expire.

1079      You said you would provide my staff those answers with some more

1080     specificity and I hope you mean that.

1081          But, again, thank you for voluntarily appearing.  I yield

1082     back.

1083          Mr. Dorsey.  Thank you.  We'll follow up with you.

1084          The Chairman.  The gentleman yields back.

1085          The chair recognizes the gentlelady from California, Ms.

1086     Matsui, for four minutes for questions.

EXHIBIT Q-2

1087          Ms. Matsui.  Thank you very much, Mr. Chairman.

1088          Mr. Dorsey, thank you for being here.  I know it's becoming

1089     a long day for you.

1090          I want to talk to you about anonymization.  It's been noted

1091     that advertising is less concerned with identifying the

1092     individual per se than with the activity of users to predict and

1093     infer consumer behavior.

1094          But I wonder if that is quickly becoming a distinction

1095     without a difference.  Even when user content isn't associated

1096     with that user's name, precise information can and is gathered

1097     through metadata associated with messages or tweets.

1098          For instance, Twitter offers geospatial metadata that

1099     requires parsing the tweet for location and names of interest

1100     including nicknames.  The metadata could then be associated with

1101     other publicly available social media data to re-identify

1102     individuals, and researchers have demonstrated this ability.

1103          So even though advertising itself may not be considered with

1104     identifying the individual, how is Twitter working to ensure its

1105     data is not being used by others to do so?

1106          Mr. Dorsey.  Well, we -- first and foremost, the data on

1107     Twitter is very different than our peer companies, given that

1108     the majority of our data is public by default, and where we do

EXHIBIT Q-2

1109     infer information around people's interests or their behaviors

1110     on the network we enable them, first and foremost, to see what

1111     we've collected and, second, turn it off.

1112          And in terms of our data business, our data business is

1113     actually focussed on packaging up and making real time the public

1114     data, and we send everyone who wants to consume that real-time

1115     stream of the public data through a know-your-customer process,

1116     which we audit every year as well to make sure that the intent

1117     is still good and proper and also consistent with how they signed

1118     up.

1119          Ms. Matsui.  Okay.  As I previously announced in this

1120     committee, I am soon introducing legislation to direct the

1121     Department of Commerce to convene a working group of stakeholders

1122     to develop a consensus-based definition of block chain.

1123          Distributed ledger technologies such as block chain have

1124     particularly interesting potential applications in the

1125     communications space ranging from identity verification to IOT

1126     deployments and spectrum sharing.

1127          But there currently is no common definition of block chain,

1128     which could hinder in its deployment.  You had previously

1129     expressed interest in the broad applications of block chain

1130     technology including potentially any effort to verify identity

EXHIBIT Q-2

1131    to fight misinformation and scams.

1132        What potential applications do you see for block chain?

1133        Mr. Dorsey.  You know, first and foremost, we need to start

1134    with problems that we are trying to solve and the problems we

1135    are solving for our customers and then look at all available

1136    technology in order to understand if it can help us or accelerate

1137    or make those outcomes much better.

1138        So block chain is one that I think has a lot of untapped

1139    potential, specifically around distributed trust and distributed

1140    enforcement, potentially.

1141        We haven't gone as deep as we'd like just yet in understanding

1142    how we might apply this technology to the problems we are facing

1143    at Twitter but we do have people within the company thinking about

1144    it today.

1145        Ms. Matsui.  Okay.  Advertising-supported models like

1146    Twitter generate revenue through user-provided data.  In your

1147    terms of service, you maintain that what's yours is yours -- you

1148    own your content.

1149        I appreciate that, but I want to understand more about that.

1150     To me, it means users ought to have some say about if, how, and

1151    when it's used.

1152        But you say that Twitter has an evolving set of rules for

EXHIBIT Q-2

1153    how partners can interact with user content and that Twitter may

1154    modify or adapt this content as it's distributed.

1155        The hearings this committee has held demonstrated that the

1156    real crux of the issue is how content is used and modified to

1157    develop assumptions and inferences about users to better target

1158    ads to the individual.

1159        Do you believe that consumers own their data, even when that

1160    data has modified, used to develop inferences, supplemented by

1161    additional data, or otherwise?

1162        Mr. Dorsey.  Sorry.  What was the question?  Do I --

1163        Ms. Matsui.  Do you believe that consumers own their data?

1164        Mr. Dorsey.  Yes.

1165        Ms. Matsui.  Even when that data has modified, used to

1166    develop inferences, supplemented by additional data, or

1167    otherwise?

1168        Mr. Dorsey.  Yes.  Generally, we would want to understand

1169    all the ramifications of that.  But yes, we believe that people

1170    own their data and should have ultimate control over it.

1171        Ms. Matsui.  Okay.  Thank you.

1172        I yield back.

1173        The Chairman.  The gentlelady yields back.

1174        The chair now recognizes the whip of the House, Mr. Scalise,

EXHIBIT Q-2

1175        for four minutes.

1176             Mr. Scalise.  Thank you, Mr. Chairman.

1177             And Mr. Dorsey, appreciate you coming, and as others have

1178        said, we are welcoming your testimony and your willingness to

1179        answer some of these questions, and I think there are serious

1180        concerns more than anything about how Twitter has been used and

1181        will continue to be used and, clearly, there is many examples

1182        of things that Twitter has done and you can just look at the Arab

1183        Spring.

1184             Many people would suggest that a lot of the real ability

1185        for the Arab Spring to take off started with platforms like

1186        Twitter, and in 2009 you were banned in Iran and we've seen other

1187        countries -- China and North Korea have banned Twitter.

1188             And I would imagine when Twitter was banned, it wasn't a

1189        good feeling.  But what we are concerned about is how Twitter

1190        has, in some ways, it looks like selectively adversely affected

1191        conservatives.

1192             I want to go through a couple of examples, and I would imagine

1193        you're familiar with these but our colleague, Marsha Blackburn,

1194        when she announced her campaign for the Senate, Twitter quickly

1195        banned her announcement advertisement because it had a pro-life

1196        message.

EXHIBIT Q-2

1197          She, at the time, was the chair of the Special Select

1198     Committee that a number of my colleagues, both Republican and

1199     Democrat, here were on it that were looking into the sale of body

1200     parts, and Twitter banned her because they said this statement

1201     was deemed an inflammatory statement that is likely to evoke a

1202     strong negative reaction.

1203          Are you familiar with this?

1204          Mr. Dorsey.  Yes.

1205          Mr. Scalise.  Why was she banned for just stating a fact

1206     that Congress was actually investigating because of the deep

1207     concern nationally when this scandal took place?

1208          Mr. Dorsey.  Well, first, we -- this was a mistake and we

1209     do apologize --

1210          Mr. Scalise.  This was a mistake by Twitter?

1211          Mr. Dorsey.  It was a mistake by Twitter.  It was a mistake

1212     by us, which we corrected.

1213          Mr. Scalise.  So was anybody held accountable for that

1214     mistake?

1215          Mr. Dorsey.  What do you mean by that?

1216          Mr. Scalise.  Well, somebody -- I mean, there was a

1217     spokesperson that said we deem it inflammatory -- Twitter deems

1218     it inflammatory and at the same time the organization that was

EXHIBIT Q-2

1219     selling the body parts was not banned by Twitter but our colleague,

1220     who just exposed the fact that the sale of body parts was going

1221     on, was banned by Twitter, and your -- one of your own

1222     spokespersons said that it was inflammatory.

1223         Was that person held accountable for making those kind of

1224     statements?

1225         Mr. Dorsey.  We use the -- you know, these events and these

1226     opportunities to improve our process and look for ways --

1227         Mr. Scalise.  And we've talked about that and, obviously,

1228     I appreciate the fact that you have acknowledged that there have

1229     been some mistakes made in algorithms and we've talked about this

1230     with other companies.

1231         Facebook was in here talking about similar concerns that

1232     we had with their algorithm and how we felt that might have biased

1233     against conservatives.

1234         A liberal website, Vice, did a study of all members of

1235     Congress -- all 535 -- and they identified only three that they

1236     felt were targeted in the shadow banning and that was Reps.

1237     Meadows, Jordan, and Gaetz.

1238         And I know while, I think, Mr. Barton was trying to get into

1239     this in more detail, if there were 600,000, ultimately they did

1240     a study and found only three members of Congress were biased

EXHIBIT Q-2

1241    against and all three happened to be conservatives.

1242        And so can you at least see that that is a concern that a
1243    lot of us have if there is a real bias in the algorithm as it
1244    was developed?

1245        And look, I've written algorithms before.  So if somebody
1246    wrote an algorithm with a bias against conservatives, I would
1247    hope you are trying to find out who those people are and if they're
1248    using their own personal viewpoints to discriminate against
1249    certain people.

1250        Because if it's your stated intention that you don't want
1251    that discrimination to take place, I would hope that you would
1252    want to know if there are people working for Twitter that did
1253    have that kind of discriminatory viewpoint against conservatives
1254    that you would at least hold them accountable so that it doesn't
1255    happen again.

1256        Mr. Dorsey.  I would want to know that, and I assure you
1257    that the algorithm was not written with that intention.  The
1258    signal that we were using caught people up in it and it was a
1259    signal that we determined was not relevant and also not fair in
1260    this particular case.

1261        And there will be times -- and this is where we need to
1262    experiment, as you know, in writing algorithms in the past --

EXHIBIT Q-2

1263    that you need to test things and see if they work at scale and

1264    pull them back correctly if they don't and that is -- that is

1265    our intention.

1266         Mr. Scalise.  But also you shouldn't inject your own

1267    personal viewpoint into that unless that's the intention of the

1268    company. But you're saying it's not the intention of the company.

1269         Mr. Dorsey.  That is not the intention and they should never

1270    be ejecting people.

1271         Mr. Scalise.  And I know I am out of time.  But I appreciate

1272    at least your answering these questions.  Hopefully, we can get

1273    some more answers to these examples and there are others like

1274    this that we'd surely like to have addressed.

1275         Thank you.  Yield back.

1276         The Chairman.  The chair now recognizes the --

1277         [Disturbance in hearing room.]

1278         The Chairman.  Order.  We'll have order in the hearing room

1279    or you will be asked to leave.  You -- ma'am, if you will please

1280    take a seat or we'll have to have you -- then you will need to

1281    relieve --

1282         [Disturbance in hearing room.]

1283         Mr. Long.  Huh?  What's she saying?  I can't understand

1284    her.  What?  What's she --

EXHIBIT Q-2

1285            The Chairman.  Officer, will you escort this young lady out,

1286       please?

1287            Somehow I think our auctioneer in residence is going to get

1288       tweeted about today.  Yeah.

1289            I would remind members of the audience you're here to

1290       observed, not participate, and I appreciate that.

1291            We'll now turn to the gentleman from New York, Mr. Engel,

1292       for four minutes.

1293            Mr. Engel.  That's a hard act to follow, Mr. Chairman.

1294       That's a hard act to follow.  Maybe I will get Mr. Long to help

1295       me along a little bit as well.

1296            Thank you, Mr. Chairman and Mr. Pallone.

1297            Mr. Dorsey, welcome.  Our country is facing a direct threat

1298       to our democratic institutions.  We need to find ways to stop

1299       foreign adversaries like Russia and Iran from using American

1300       technology against us.

1301            Earlier this year, Special Counsel Robert Mueller, filed

1302       an indictment against a Russian internet research agency,

1303       charging that they created fake social media accounts, sometimes

1304       using American stolen identities, to sow discord and interfere

1305       with our 2016 elections.  I have a copy of that indictment here,

1306       and Mr. Chairman, I would like to introduce it for the record.

EXHIBIT Q-2

```
1307              The Chairman.  Without objection.

1308              [The information follows:]

1309

1310         **********COMMITTEE INSERT 4**********
```

EXHIBIT Q-2

1311        Mr. Engel.  Mr. Dorsey, Twitter recently took down a number

1312    of Russian- and Iranian-linked accounts after it was tipped off

1313    by a cybersecurity firm.

1314        I am glad to see that Twitter is taking action to protect

1315    us.  But do you think we should be concerned that an outside

1316    cybersecurity firm detected fraudulent activity before you did?

1317        Mr. Dorsey.  Well, I think it's really important that we

1318    have outsiders and we have an open channel to them because they're

1319    always going to approach the data and the work in a way that we

1320    may not see, and we are going to do our best to capture everything

1321    that we can and to be as proactive as we can.

1322        But we want to leave room for others to bring a different

1323    perspective that might look at what's happening on the platform

1324    in a different way that we do.

1325        Mr. Engel.  So how confident are you that Twitter can

1326    identify and remove all of the fake and automated accounts linked

1327    to a foreign adversary on your platform?

1328        Mr. Dorsey.  We are getting more and more confident.  But

1329    I do want to state that this is not something that has an end

1330    point that reaches perfection.

1331        We are always going to have to stay 10 steps ahead of the

1332    newest ways of attacking and newer vectors and we are getting

EXHIBIT Q-2

1333   more agile and better at identifying those and that's showing

1334   in some of our results, which I talked about earlier in the terms

1335   of being able to identify 8 to 10 million suspicious accounts

1336   every single week and then also challenging them to see if they're

1337   humans or bots or some sort of malicious automation.

1338       Mr. Engel.  I understand that Twitter is now requiring some

1339   suspicious accounts to respond to recapture to prove that they're

1340   human accounts and not bots.

1341       I was surprised to learn that you're not requiring users

1342   to do the same thing when they first sign up to Twitter.  New

1343   accounts are authenticated using only an email address.  Could

1344   you tell me why that is?

1345       Mr. Dorsey.  We actually do send accounts through a variety

1346   of authentication including sometimes reCAPTCHA.  It really

1347   depends on the context and the information that we have.  We have

1348   thwarted over a half a million accounts from even logging in in

1349   the first place because of that.

1350       Mr. Engel.  I understand that dealing with foreign

1351   adversaries can be difficult.  Twitter may respond to one

1352   practice only to find new tactics being used to sow discord.

1353   Can you commit to us with any level of certainty that the 2018

1354   mid-term elections in the United States will not be subject to

EXHIBIT Q-2

1355 interference by foreign adversaries using bots or other fake

1356 accounts on your platform?

1357  Mr. Dorsey.  We are committing to making it our number-one

1358 priority to help protect the integrity of the 2018 mid-terms and

1359 especially the conversation around it.

1360  Mr. Engel.  Let me ask you this, finally.  Are you aware

1361 of foreign adversaries using any different tactics on your

1362 platform to interfere in our 2018 mid-term elections?

1363  Mr. Dorsey.  None that we haven't communicated to the Senate

1364 Intelligence Committee and any that we do find we will be

1365 communicating and sharing with them.

1366  Mr. Engel.  Okay.  Thank you very much.  Thank you, Mr.

1367 Chairman.

1368  Mr. Dorsey.  Thank you.

1369  The Chairman.  I thank the gentleman.

1370  We now go to the gentleman from Ohio, Mr. Latta, for four

1371 minutes.

1372  Mr. Latta.  Thank you, Mr. Chairman.

1373  And Mr. Dorsey, thanks very much for being here with us today.

1374  I would like to ask my first question on how you're protecting

1375 that -- users' data.  Do you collect any data from other third

1376 parties about Twitter users?

1377          Mr. Dorsey.  We don't collect data from third parties about

1378     Twitter folks.  We do have embeds of tweets around the web and

1379     when people do go visit those sites we note that and we can

1380     integrate it when they do login to Twitter.  But people can turn

1381     that off as well.

1382          Mr. Latta.  How does Twitter use that data?

1383          Mr. Dorsey.  We use the data to personalize the experience

1384     specifically around -- it might -- it might infer a particular

1385     interest so that we can show them specific topics or make our

1386     advertising targeting better.

1387          Mr. Latta.  Is that sold or offered in some other forum then

1388     for the advertisers?

1389          Mr. Dorsey.  I am sorry?

1390          Mr. Latta.  Is it sold to the advertisers?

1391          Mr. Dorsey.  Is it sold to the advertisers?  No.

1392          Mr. Latta.  Okay.

1393          Let me back up to where Mr. Shimkus was when we were talking

1394     about the verification of the blue checkmark.  How easy is it

1395     for someone to obtain a verified Twitter handle and what does

1396     Twitter take to ensure it is not highlighting one political

1397     viewpoint over another through the use of that verification on

1398     the platform?

EXHIBIT Q-2

1399        Mr. Dorsey.  Well, right now it's extremely challenging

1400   because we've paused the verification program because we've found

1401   so many faults in it that we knew we needed a restart.

1402        We do make exceptions for any representatives of government,

1403   particular brands, or public figures of interest.  But we

1404   generally have paused that work.

1405        Before that pause, we did allow anyone to submit an

1406   application to be verified and it uses very -- it used various

1407   criteria in order to determine if the verification was necessary.

1408        Mr. Latta.  With that verification for that has said -- you

1409   all have said that it can be removed for the activity on the on/off

1410   platform.  What off platform is the basis for someone using that

1411   blue verified checkmark?

1412        Mr. Dorsey.  We look at specifically any violent extremist

1413   groups and off platform behavior for violent extremist groups,

1414   when we consider not just verification but also holding an account

1415   in the first place.

1416        Mr. Latta.  Okay.  In your statement, it said in the last

1417   year Twitter developed and launched more than 30 policy and

1418   product changes designed to "foster information, integrity, and

1419   protect the people who use our service from abuse and malicious

1420   automation."

EXHIBIT Q-2

1421        Can you share with the committee what those 30-plus policy

1422    and product changes are or highlight some and then give us the

1423    others in written?

1424        Mr. Dorsey.  Yes, and we can -- we can certainly follow up

1425    with all of you on exactly the details.  But we established new

1426    models, for instance, to detect where people are gaming our

1427    systems.  These are algorithms with an intent to artificially

1428    amplify.

1429        We have new reporting flows that enable people to report

1430    tweets or accounts.  We have changed policies reflective of

1431    current circumstances and what we are seeing and we have certainly

1432    done a bunch of work around GDPR, which has affected our work

1433    in general.  But we will follow up with you with enumeration.

1434        Mr. Latta.  If we could get those 30 points that would be

1435    great and submit those to the committee.

1436        You also indicated in your written statement that the company

1437    conducted an internal analysis of members of Congress affected

1438    by the auto suggest search issue and that you'd make that

1439    information available to the committee if requested.

1440        Will you commit to us on the committee that you will present

1441    all of Twitter's analysis as soon as that is possible after this

1442    hearing?

EXHIBIT Q-2

1443            Mr. Dorsey.  Yes, and we also hope to include this in our

1444     long-standing initiative of a transparency report around our

1445     actions.

1446            Mr. Latta.  Thank you.

1447            Mr. Chair, my time has expired.

1448            The Chairman.  I thank the gentleman from Ohio.

1449            The chair recognizes the gentlelady from Florida, Ms.

1450     Castor, for four minutes.

1451            Ms. Castor.  Thank you, Mr. Chairman.

1452            Good afternoon.  Mr. Dorsey, do you feel like you're being

1453     manipulated yourself -- you're part of a manipulation campaign

1454     because, I mean, when you see the majority leader of the Congress

1455     is running ads on Facebook to fundraise around allegations of

1456     anti-conservative bias on social media platforms and then you

1457     see the Trump campaign use President Trump's tweets where he

1458     claims anti-conservative bias at Google, Facebook, and Twitter,

1459     and then you -- we saw this outburst today.

1460            The woman jumped up, of course, with her phone so that she

1461     can get that and that's probably trying to spread on the web.

1462      And now, the Justice Department even says boy, this is so serious

1463     we have to investigate.

1464            Does this feel like a manipulation campaign itself to you?

EXHIBIT Q-2

1465        Mr. Dorsey.  Look, as I noted in my opening, I do believe

1466   that there's growing concern around the power that companies like

1467   ours hold and the reason why is people do see us as a digital

1468   public square and that comes with certain expectations and we

1469   --

1470        Ms. Castor.  That's a very diplomatic answer, I have to say,

1471   because there are very serious questions.  I mean, the Russian

1472   trolls created thousands of bots to influence our democracy --

1473   our elections.  They're doing it in other countries across the

1474   world.

1475        Do you -- do you feel like you have a handle on these bots?

1476    You said earlier in your testimony you ID 8 to 10 million accounts

1477   per month.  Is that right?

1478        Mr. Dorsey.  Per week.

1479        Ms. Castor.  Per week?

1480        Mr. Dorsey.  And to thwart over half a million accounts from

1481   logging in every single day.

1482        Ms. Castor.  Can Twitter keep up?

1483        Mr. Dorsey.  We intend to keep up.  So --

1484        Ms. Castor.  I mean, if they -- if they are using automated

1485   accounts, isn't -- don't we reach a point where they're -- they

1486   have the ability to overwhelm content on Twitter and affect your

EXHIBIT Q-2

1487     algorithms?

1488         Mr. Dorsey.  Maybe.  I mean, it is definitely -- others have

1489     described this as an arms race.  But I believe it's very much

1490     like security.  There's no perfect end point.

1491         When you build a lock, someone else will figure out how to

1492     break it, and therefore, you can't try to design and optimize

1493     for the perfect lock.  You always have to build those into the

1494     system.

1495         Ms. Castor.  Can't you -- can't you identify the bots at

1496     least as they sign up in some way so that folks understand okay,

1497     that's a fake automated account?

1498         Mr. Dorsey.  In certain cases, we can -- and it's a great

1499     point -- especially through our API.  There are more

1500     sophisticated ways of automation that actually script our site

1501     and our app that are much harder to detect because they're

1502     intending to look like human behavior with the slowness of human

1503     behavior rather than the speed of through an API.

1504         So it's a little bit more complicated.  It's not a challenge

1505     we are not intending to face.  We are taking it head on.

1506         Ms. Castor.  You have some creative minds.  I would think

1507     you can put all of those creative minds, all of your expertise,

1508     to work to do that.

EXHIBIT Q-2

1509        I want to ask you a little bit about privacy.  Twitter and

1510    other companies collect information on users and nonusers

1511    oftentimes without their knowledge.

1512        Twitter's business model is based on advertising and you

1513    serve targeted advertising to users based on vast amounts of data

1514    that you collect, which raises consumer privacy concerns.

1515        You -- up until last year, you -- the privacy policy included

1516    a promise to support do not track.  But then you changed your

1517    mind.

1518        Why?  Why shouldn't it be up to consumers?  Why shouldn't

1519    it be the consumer's choice on tracking?

1520        Mr. Dorsey.  Well, we do allow consumers within the app to

1521    turn off tracking across the web.

1522        Ms. Castor.  But they cannot -- you're still able to build

1523    the -- a profile on each and every user.  Isn't that correct?

1524        Mr. Dorsey.  If they log into the account then yes, and we

1525    allow them to turn that off.

1526        Ms. Castor.  But I understand that even when they go and

1527    they change the -- they opt out that you're still collecting data

1528    on them.  You're still tracking them.

1529        Mr. Dorsey.  I don't believe that's the case.  But happy

1530    to follow up with you with our team.

EXHIBIT Q-2

1531        Ms. Castor.  Okay, and let's do that because I am out of

1532    time.  Thank you.

1533        The Chairman.  The chair now recognizes the chairman of the

1534    Republican Conference, the gentlelady from Washington State,

1535    Cathy McMorris Rodgers, for four minutes.

1536        Mrs. McMorris Rodgers.  Thank you, Mr. Chairman, and thank

1537    you, Mr. Dorsey, for joining us today.  I want to start off by

1538    saying that I think Twitter is a valuable tool in modern

1539    communication and it's why, back in 2011, I was spearheading an

1540    effort to get our members signed up and using this tool.

1541        I think it's a great way to interact with the people that

1542    we represent and since then it's been amazing to see the growth

1543    of Twitter and the Twitter users all across America and the world.

1544        It's why I think this hearing is so timely.  There's a lot

1545    of serious questions that Americans have regarding tech platforms

1546    and the ones that they're using every day and the issues like

1547    data privacy, community standards, and censorship.

1548        Today, I want to focus on Twitter's procedures for taking

1549    down offensive and inappropriate content.  And as you know,

1550    there's been examples that were already shared today.

1551        I was going to highlight the one with Meghan McCain with

1552    the altered image of a gun pointed at her when she was mourning

EXHIBIT Q-2

1553    her father's loss, and the tweet image said, "America, this one's

1554    for you."

1555        Obviously, this offensive tweet was reported by other users,

1556    even to you, I understood.  Yet, it took nearly 16 hours for there

1557    to be action to take it down.

1558        So I just wanted to ask, first, do you think that this is

1559    a violation of Twitter's content policies and rules against

1560    violence and physical harm and that I would also like to understand

1561    how much of this is driven by the algorithm versus human content

1562    managers?

1563        Mr. Dorsey.  So it definitely is a violation and we were

1564    slow to act.  The tweet was actually up for five hours, but five

1565    hours way too long, and we build -- our current model works in

1566    terms of removing content based on reports that we receive and

1567    we don't believe that that is fair, ultimately.  We don't believe

1568    that we should put the burden of reporting abuse or harassment

1569    on the victim of it.

1570        We need to build algorithms to Proactively look for when

1571    these things are occurring and take action.  So the number of

1572    abuse reports that we get is a number that we would like to see

1573    go down not only because there's less abuse on the platform but

1574    because our algorithms are recognizing these things before

EXHIBIT Q-2

1575      someone has to report them and that is our goal, and it will take

1576      some time.  And meanwhile, while we --

1577          Mrs. McMorris Rodgers.  Can you talk to me then just about

1578      what are your current policies?  What are the current policies

1579      for prioritizing timely take downs and enforcement?

1580          Mr. Dorsey.  Yes.  So any sort of violent threat or image

1581      is at the top of our priority list in order to review and enforce,

1582      and we do have a prioritization mechanism for tweets as we get

1583      the reports.

1584          But, obviously, this one was too slow and is not as precise

1585      as it needs to be.  In this particular case, the reason why was

1586      because it was captured within an image rather than the tweet

1587      text itself.

1588          Mrs. McMorris Rodgers.  So I think much of the concern

1589      surrounding this incident and some others has been how long it

1590      takes to remove the content when there's a clear violation, and

1591      the issue only seemed to be resolve after people publicly tweeted

1592      about it, providing a larger platform for this type of content

1593      than it ever should have had.

1594          So I did want to hear what steps the company is going to

1595      be taking to speed up its response time to future ones to ensure

1596      these kind of incidences don't continue.

EXHIBIT Q-2

1597          Mr. Dorsey.  In the short term, we need to do a better job

1598     at prioritizing around the reports we receive, and this is

1599     independent of what people see or report to us on the platform.

1600          And in the longer term, we need to take the burden away from

1601     the victim from having to report it in the first place.

1602          Mrs. McMorris Rodgers.  Okay.  Well, clearly, you hold a

1603     large amount of power in the public discourse.  Allowing speech

1604     that incites violence could have devastating consequences and

1605     this is one way where I believe it's very important that Twitter

1606     take action to help restore trust with the people and your

1607     platform.

1608          So and with that, I will yield back my time.

1609          The Chairman.  The gentlelady yields back.

1610          The chair recognizes the gentleman from Maryland, Mr.

1611     Sarbanes, for four minutes.

1612          Mr. Sarbanes.  Thank you, Mr. Chairman.

1613          Mr. Dorsey, thank you for coming.  There are a number of

1614     important topics that we could be discussing with you today but,

1615     unfortunately, the Republican majority has decided to pursue the

1616     trumped-up notion that there is a special conservative bias at

1617     work in the way Twitter operates, and that's a shame.

1618          What worries me is this is all part of a campaign by the

EXHIBIT Q-2

1619   GOP and the right wing to work the refs -- complaining of

1620   non-existent bias to force and over correction, which then can

1621   result in some actual bias going in the other direction, and we

1622   saw this actually with Facebook.

1623        Conservatives cried bias because Facebook was seeking to

1624   make information available using reputable news sources instead

1625   of far right-wing outlets or conspiracy platforms.  So Facebook

1626   got pushed into this correction and it got rid of its human editors

1627   and the result was immediately it was overrun with hoaxes that

1628   were posing as news.

1629        I actually have questions about the subject of the hearing

1630   but I am going to submit those for the record and ask for written

1631   responses because I don't really have confidence that this hearing

1632   was convened for a serious purpose, to be candid.

1633        Like I said, I think it's just a chance to work the ref to

1634   push platforms like yours away from the serious task of empowering

1635   people with good and reliable information.

1636        But what is really frustrating to me about today's inquiry

1637   is that my Republican colleagues know there are plenty of other

1638   kinds of investigations that we should be undertaking in this

1639   Congress but they don't have any interest in pursuing them.

1640        And that's not just conjecture.  There's actually a list

EXHIBIT Q-2

1641    that's been circulating that Republicans put together of all the

1642    investigations that they've been blocking, sweeping under the

1643    rug because they want to hide the truth from the American people.

1644         And this spreadsheet which is going around is pretty telling.

1645     It's circulating in Republican circles.  So what are these

1646    things that they know could and should be investigated but they

1647    are determined to dismiss or bury or ignore altogether?

1648         According to their own secret cover-up list, Republicans

1649    don't want the public to see President Trump's tax returns.  They

1650    don't want the public to know about Trump's business dealings

1651    with Russia.

1652         They're determined not to investigate Secretary of Treasury

1653    Steven Mnuchin's business dealings.  They're blocking public

1654    inquiry into the personal email use of White House staff.

1655         They're wilfully ignoring how taxpayer money has been wasted

1656    by corrupt cabinet secretaries for first class travel, private

1657    jets, large security details, office expenses, and other misused

1658    perks.

1659         They're giving the president a pass on investigation into

1660    the motives behind his travel ban and his family separation

1661    policy.

1662         They definitely don't want the public to see how poorly the

EXHIBIT Q-2

1663      Trump White House responded to Hurricane Maria in Puerto Rico

1664      and, finally, they don't want the public to see how the

1665      administration is failing to protect our elections and guard

1666      against hacking attempts.

1667           These are all things that deserve attention and inquiry of

1668      this Congress.  But the Republicans are not going to let it

1669      happen.

1670           Let me just go back in the last 40 seconds and talk about

1671      election security because we are 60 days away from the mid-term

1672      election.  We know there are ongoing efforts to disrupt our

1673      democracy.  We know these same actors, these foreign and hostile

1674      actors, are using this very platform -- Twitter and others --

1675      to sow discord.

1676           We know the public is desperate that their representatives

1677      -- that's us -- will act to protect their democracy and we know,

1678      thanks to this list, that the Republicans know they should be

1679      investigating our nation's election security and hacking attempts

1680      by hostile actors.

1681           Instead, here we are, using our precious resources to feed

1682      Deep State conspiracy theories preferred by the president and

1683      his allies in Congress.  It's a shame that this committee,

1684      frankly, has been drawn into such a charade.

EXHIBIT Q-2

1685          I yield back my time.

1686          The Chairman.   The gentleman's time has expired.

1687          The chair now recognizes the gentleman from Mississippi,

1688    chair of the Oversight Subcommittee, Mr. Harper, for four minutes.

1689          Mr. Harper.   Thank you, Mr. Chairman, and thank you, Mr.

1690    Dorsey, for taking this time to be here.   It's a very important

1691    topic.

1692          We all utilize Twitter.   You have a very daunting task to

1693    try to work through this.   It's a lot, and we've talked a lot

1694    today about algorithms and, of course, those are really only as

1695    good as the people who create them, edit them, and guide them,

1696    and algorithms have to be trained, which means, as you know --

1697    the feeding them a lot of data.

1698          My understanding is that oversight of machine learning

1699    algorithms involves examining the data sets or the search results

1700    to look for that bias.   If bias is spotted, then the algorithm

1701    can be adjusted and retrained.

1702          So I want to understand the oversight that Twitter does of

1703    its own algorithms.   The algorithms that support Twitter's

1704    algorithmic time line are adjusted, if not daily, almost daily.

1705          Why is that and what are some reasons why the algorithms

1706    would need to be adjusted daily?

EXHIBIT Q-2

1707       Mr. Dorsey.  So we -- you know, bias in algorithms is a rather

1708      new field of research within broader artificial intelligence and

1709      it's something that is certainly new to us as a company as well.

1710         We do have teams who are focused on creating roadmap so that

1711      we can fully understand best practices for training, data sets,

1712      and also measuring impartiality of outcomes.

1713         But I will say that we are pretty early in that work.  We

1714      intend to get better much faster but we are very, very early.

1715      We are learning as quickly as possible, as is the industry, on

1716      how best to do this work and also how best to measure whether

1717      we are doing the right thing or not.

1718         In terms of why we need to change the signals all the time

1719      is because we -- when we release some of these models we release

1720      them in smaller tests and then as they go out to the broader Twitter

1721      at scale, we discover some unexpected things and those unexpected

1722      things will lead to questions, which then cause us to look deeper

1723      at the particular signals that we are using and as we recognize

1724      that there are any sort of impartiality within the outcome, we

1725      work to fix.  And it is somewhat dependent upon people giving

1726      us feedback.

1727         Mr. Harper.  And those teams that you're talking about,

1728      those are individuals, correct?

EXHIBIT Q-2

1729          Mr. Dorsey.  They're --

1730          Mr. Harper.  That are -- that are employees of Twitter?

1731          Mr. Dorsey.  Yes.  Yes --

1732          Mr. Harper.  And how do you take into account what their

1733     leanings or their, you know, bias or life story?  Does that have

1734     an input into what they determine is important or what to look

1735     for, or how do you factor that in?

1736          Mr. Dorsey.  It doesn't -- it doesn't have an input that

1737     we use.  The way we judge ourselves ultimately is are the

1738     algorithms making objective decisions -- our engineers using

1739     engineering rigor, which is free of bias and free of any action

1740     that might be aligned with one particular perspective or not.

1741      So --

1742          Mr. Harper.  Okay.  If I can ask this, because we only have

1743     a few moments.  What are they looking for?  What do they look

1744     for when they're deciding whether or not to make a change?

1745          Mr. Dorsey.  They're looking for fairness.  They're looking

1746     for impartiality.  They're looking for whether --

1747          Mr. Harper.  If I can interrupt must for a moment.  Who

1748     defines fairness?  What is that fairness that's determined there

1749     and -- because your fairness may be different than my definition

1750     of fairness, depending on what the issue or the interpretation

EXHIBIT Q-2

1751  of it is.

1752    Mr. Dorsey.  Yes.  This goes back to those health indicators

1753  that we are trying to search for.  So are we showing, for instance,

1754  a variety of perspectives or are we creating more echo chambers

1755  and filter bubbles.

1756    Mr. Harper.  And as you looked at the 600,000 users and then

1757  specifically you were asked earlier about that you -- you said

1758  you would follow up on the number of Democrats or Republicans

1759  in the House --

1760    Mr. Dorsey.  Where we can determine that.

1761    Mr. Harper.   -- so my question is, you know, that's a pretty

1762  limited, you know, pool.  We are talking about 435 members of

1763  the House.

1764    Do you -- do you have that info and just don't want to discuss

1765  it or do you have to find that info on how many House members

1766  there were that were affected?

1767    Mr. Dorsey.  We do have the info and we will share it.

1768    Mr. Harper.  Can you share it now?

1769    Mr. Dorsey.  Yes, we'll share it with you.

1770    Mr. Harper.  Can you share it now in your testimony?

1771    Mr. Dorsey.  I don't -- I don't have it front of me.

1772    Mr. Harper.  Okay.  But you will provide it?

EXHIBIT Q-2

1773          The Chairman.  The gentleman's time --

1774          Mr. Harper.  Thank you.  With that, I yield back my time.

1775          The Chairman.  The gentleman's time has expired.

1776          The chair now recognizes the gentleman from California, Mr.

1777     McNerney, or four minutes.

1778          Mr. McNerney.  I thank the chairman, and I thank you, Mr.

1779     Dorsey, for the frankness you have been showing on answering our

1780     questions.

1781          But this hearing is really a desperate effort to rally the

1782     Republican base before the November election and to please

1783     President Trump.

1784          However, there are some real serious issues that we should

1785     be examining -- for example, targeting.  Some social media

1786     networks have been accused of facilitating discriminatory

1787     advertising such as housing and employment ads.

1788          So when targeting ads, are advertisers able to exclude

1789     certain categories of users on Twitter, which would be

1790     discriminatory?

1791          Mr. Dorsey.  I am sorry.  Can you -- can you -- for political

1792     ads or issues ads?

1793          Mr. McNerney.  No, for non-political ads.  Are advertisers

1794     able to exclude groups or categories of users?

EXHIBIT Q-2

1795        Mr. Dorsey.  Advertisers are able to build criteria that

1796    include and exclude folks.

1797        Mr. McNerney.  So that could be -- end up being

1798    discriminatory?

1799        Mr. Dorsey.  Perhaps, yes.

1800        Mr. McNerney.  Apart from reviewing how ads are targeted,

1801    does Twitter review how its ads are ultimately delivered and if

1802    any discriminatory effects occur as a result of its own

1803    optimization process?

1804        Mr. Dorsey.  Yes, we do do regular audits of how our ads

1805    are targeted and how they're delivered and we work to make sure

1806    that we have fairness within them.

1807        Mr. McNerney.  Sure.  Could you briefly describe the

1808    process that Twitter uses for making changes to algorithms?

1809        Mr. Dorsey.  In terms of making changes to ads algorithms,

1810    we are looking first and foremost at the data test sets.

1811        We run through tests to make sure that we are -- that they're

1812    performing in the way that we expect with those outcomes and then

1813    we bring them out to production, which is at scale on the live

1814    system, and then also we are doing checks to make sure that they

1815    are consistent with constraints and boundaries that we expect.

1816        Mr. McNerney.  Has Twitter ever taken down an ad because

EXHIBIT Q-2

1817    of potential discriminatory effects -- non-political?

1818        Mr. Dorsey.  I will have to follow up with you on that to

1819    get that information.

1820        Mr. McNerney.  Well, it's difficult to know if Twitter's

1821    platforms are having discriminatory effects because there's no

1822    real way for watchdog groups to examine what's happening for

1823    potential biases.

1824        Twitter announced now that it's making political ads

1825    searchable.  How about non-political ads?  Is there a way for

1826    watchdog groups to examine how non-political ads are being

1827    targeted?

1828        Mr. Dorsey.  Yes.  Our ads transparency center is

1829    comprehensive of all ads.

1830        Mr. McNerney.  Thank you.  Okay, moving on to privacy --

1831    Twitter's privacy policy states that we believe you should always

1832    know where your data -- what data we collect from you and how

1833    we use it and what you should -- and you should have meaning control

1834    over both.

1835        But most Americans really don't know what's happening with

1836    their data.  There's a saying that if you aren't paying for a

1837    product that you are their product.  Do you agree with that?

1838        Mr. Dorsey.  I don't necessarily agree with that.  I mean,

EXHIBIT Q-2

1839    I do believe that we need to make more clear the exchange -- what

1840    people are trading to get a free service.

1841        I don't think we've done a great job at that, certainly within

1842    the service, and I do believe that that is important work and

1843    we should clarify it more.

1844        Mr. McNerney.  Is Twitter running educational campaigns to

1845    inform users about how data is being used?

1846        Mr. Dorsey.  Not at the moment, but we should be looking

1847    at that and also the incentives that we are providing people on

1848    the platform.

1849        Mr. McNerney.  I am going to follow up on some prior

1850    questions here.  If users disable the track mechanism, then does

1851    Twitter previously -- does Twitter still store previously

1852    collected data or does it erase it when they ask to be excluded

1853    when they opt out?

1854        Mr. Dorsey.  I believe it's erased.  But we'll have to

1855    follow up with the details.

1856        Mr. McNerney.  Okay.  And so you will commit to -- can you

1857    commit to erasing data when people opt out?

1858        Mr. Dorsey.  Yes, but let me just make sure I understand

1859    and we understand the constraints and the ramifications of that.

1860        Mr. McNerney.  Okay.  Thank you.

EXHIBIT Q-2

1861   Mr. Chairman, I yield back.

1862   Mr. Harper.  [Presiding.]  The gentleman yields back.

1863   We will now take a five-minute recess and reconvene in five

1864 minutes.

1865   [Recess.]

1866   The Chairman.  [Presiding.]  Our guests will take their

1867 seats.

1868   If our guests will take their seats and our members, we will

1869 resume the hearing now, and I recognize the gentleman from New

1870 Jersey, Mr. Lance, for four minutes for questions.

1871   Mr. Lance.  Thank you, Mr. Chairman.

1872   Mr. Dorsey, I have three areas of questioning.  Number one,

1873 in the Meghan McCain matter, in your opinion would the photo have

1874 been taken down if those close to the victim, including her

1875 husband, had not complained to Twitter?

1876   Mr. Dorsey.  If it would have been taken down if they had

1877 not complained?

1878   Mr. Lance.  Correct.

1879   Mr. Dorsey.  We would have taken it down because we -- I

1880 imagine we would have received other reports.  Our system does

1881 work today based on reports for take down.

1882   Mr. Lance.  Let me say that I think it's the unanimous view

EXHIBIT Q-2

1883        of this committee that five hours is intolerable and it was
1884        horribly violent and we are all opposed to this type of violence
1885        on Twitter, regardless of when it occurs, and certainly we hope
1886        that you do better in the future.
1887            Number two, you state in your testimony on Page 6, "Bias
1888        can happen inadvertently due to many factors such as the quality
1889        of the data used to train our models.
1890            In addition to ensuring that we are not deliberately biasing
1891        the algorithms, it is our responsibility to understand, measure,
1892        and reduce these accidental bias.
1893            The machine learning teams at Twitter at learning about these
1894        techniques and developing a roadmap to ensure our present and
1895        future machine learning models uphold a high standard when it
1896        comes to algorithmic fairness."
1897            Can you give the committee a time frame as to when we might
1898        expect that that would receive results that are fair to the
1899        American people, conservatives and perhaps liberals as well?
1900            Mr. Dorsey.  I can't predict a very precise time frame at
1901        the moment.  This is something that is a high priority for us
1902        in terms of as we roll out algorithms understanding that they
1903        are fair and that we are driving impartial outcomes.
1904            But it's hard to predict a particular time frame because

EXHIBIT Q-2

1905     this is not just a Twitter issue.  This is the entire industry

1906     and a field of research within artificial intelligence.

1907         Mr. Lance.  I was asked on air in New York over the weekend

1908     whether this will require regulation by the federal government.

1909      After all, we are a committee of jurisdiction in this regard.

1910

1911         I certainly hope not, but I am sure you can understand, Mr.

1912     Dorsey, that we would like this to occur as quickly as possible

1913     because of the great concern of the American people that there

1914     not be bias, intentional or unintentional.

1915         Mr. Dorsey.  I do believe you're asking the important

1916     questions, especially as we move more of our decisions not just

1917     as a company but also as individuals to artificial intelligence

1918     and we need to understand as we use this artificial intelligence

1919     for more and more of the things that we do that, number one, that

1920     there are unbiased outcomes and, number two, that they can explain

1921     why they made the decision in the first place.

1922         Mr. Lance.  Thank you, Mr. Dorsey.

1923         And then my third area of questioning, prior to 2016 did

1924     Twitter have any policies in place to address the use of the

1925     Twitter platform by foreign governments or entities for the

1926     purpose of influencing an election in the United States?

EXHIBIT Q-2

1927          I am certainly as concerned as any member of this committee,

1928     regardless of political party, about what happened regarding

1929     Russia in 2016.  And so prior to 2016, did you have any policies

1930     in place?

1931          Mr. Dorsey.  We can follow up with you.  I don't have that

1932     data right now in terms of what policies against foreign actors

1933     that we had before 2016.  But we did learn a lot within the 2016

1934     elections that impacted both our technology and also the policies

1935     going forward.

1936          Mr. Lance.  Let me state that I do not believe this is a

1937     partisan matter.  This is a bipartisan matter.  It is intolerable

1938     that there was any interference and, of course, we hope that it

1939     never occurs again.

1940          Thank you, Mr. Chairman.  I yield back.

1941          The Chairman.  The gentleman yields back.

1942          The chair recognizes the gentleman from Vermont, Mr. Welch,

1943     for four minutes.

1944          Mr. Welch.  Thank you very much, Mr. Chairman.

1945          There's really two hearings going on.  One is about that

1946     man in the White House who has been accusing, as you have been

1947     sitting here, the social media giants of interfering in the

1948     election and making this claim even as you were testifying and,

EXHIBIT Q-2

1949     in fact, recently said that the media giants were all in favor

1950     of Hillary Clinton in the election.

1951          I will just give you a chance to ask whether the company

1952     Twitter had a -- had a policy of the company for either candidate

1953     in the presidential election.

1954          Mr. Dorsey.  No, we did not.

1955          Mr. Welch.  Absolutely not, I expect, right?

1956          The second is a job that we are not doing.  We are having

1957     Mr. Dorsey here and it's a good opportunity, given his experience

1958     in his company.  But these social media platforms are being abused

1959     in some cases and there's efforts that are being made at Twitter

1960     -- we had Mr. Zuckerberg here some time ago -- efforts being made

1961     at Facebook to deal with false accounts, to deal with hate speech,

1962     which you're trying to deal with, to deal with flat-out false

1963     information, which is not the kind of thing you want on the digital

1964     town square, right?

1965          But the fundamental question that this committee refuses

1966     to ask itself is whether there's a role for publicly-elected

1967     officials to make some of these decisions about how you protect

1968     people from hate speech, how you protect people from flat-out

1969     false information.

1970          Now, you mentioned, Mr. Dorsey, that your company is

EXHIBIT Q-2

1971        investigating this.  You have got your team working on it, and

1972        that's a good thing.

1973            But bottom line, do you believe that this should be something

1974        that's decided company by company or should we have rules of the

1975        road and a process that is monitored by elected officials in a

1976        regulatory agency.  That's the question we are coming to.

1977            As Mr. Harper earlier, I thought, asked a very good question

1978        -- what you determine to be fair or I determine to be fair, we

1979        may disagree.  So who's going to be the decider of that?

1980            Do you believe that ultimately it should be a decision on

1981        these important questions of privacy, on these important

1982        questions of hate speech, on these important matters you're trying

1983        to contend with about the abuse of your platform should be decided

1984        on a company by company basis or should that be a public discussion

1985        and a public decision made by elected representatives?

1986            Mr. Dorsey.  First, we want to make it a public discussion.

1987         We -- this health and increasing health in the public space is

1988        not something we want to compete on.  We don't want to have the

1989        only healthy public square.

1990            We want to contribute to all healthy public conversation.

1991         Independent of what the government believes it should do, we

1992        are going to continue to make this our singular objective --

EXHIBIT Q-2

1993          Mr. Welch.  Right.

1994          Mr. Dorsey.  -- because we believe it's right and we are

1995     going to continue to share our approach and our work so that others

1996     can learn from it and we are going to learn from others.

1997          So I do believe that we have worked a lot more closely with

1998     our peers in order to solve some of these common issues that we

1999     are seeing and we'll come up with common solutions, as long as

2000     we all have a mind set of this is not an area for us to compete.

2001          Mr. Welch.  It's not an area to compete but it's also

2002     ultimately as responsible and you and other companies want to

2003     be, which I grant you you do.

2004          Ultimately, there will be a debate between the president

2005     and his vision of what is fair and perhaps my vision of what is

2006     fair, and in the past, what we've had, we now have the FCC, the

2007     FTC, that basically were designed to address problems when we

2008     used dial-up telephones, and this committee has not done anything

2009     to address the jurisdictional issues and public policy questions

2010     and I do not believe that we should just be leaving it to the

2011     responsibility of private companies.  But I appreciate the

2012     efforts the private companies are making.

2013          And I yield back.  Thank you, Mr. Chairman.  Thank you, Mr.

2014     Dorsey.

EXHIBIT Q-2

2015            The Chairman.  Gentlemen.  The chair now recognizes the

2016    gentleman from Texas, Mr. Olson, for four minutes.

2017            Mr. Olson.  I thank the chair and welcome Mr. Dorsey.

2018            You mentioned in your opening statement the group called

2019    the Trust and Safety Council within Twitter.

2020            On Twitter's BOG, it relies on the Trust and Safety Council

2021    for guidance in evaluating and developing its own community

2022    guidelines, to use your words from your statement, to create that

2023    public square for a free exchange of ideas.

2024            And you have been pretty honest about your personal biases

2025    and the biases of people within Twitter.  How pervasive are the

2026    biases on the Trust and Safety Council?

2027            Mr. Dorsey.  Well, just for some context, our Trust and

2028    Safety Council is a external organization of about 40

2029    organizations that are global and are focused on particular issues

2030    such as online harassment or bullying or misinformation.

2031            So these are entities that help us give feedback on our

2032    policies and also our solutions that we are coming up with but

2033    we take no direction from.

2034            Mr. Olson.  Are these entities either Republican, Democrat,

2035    Tea Party, Green Party?  Any identity with their affiliation

2036    politically that comes into Twitter's world?

EXHIBIT Q-2

2037        Mr. Dorsey.  We do have some conservative-leaning

2038    organizations but we don't -- we don't add to the council based

2039    on ideology.  It's on the issues.

2040        Mr. Olson.  And I am sure this council in Twitter does not

2041    operate in this Twitter vote of secrecy a vacuum.  What other

2042    groups outside of this group help Twitter influence your

2043    developing and shaping your community guidelines?  Anybody else

2044    out there besides this Trust and Safety Council you rely upon?

2045        Mr. Dorsey.  Well, the Trust and Safety Council is advisory.

2046     It makes no decisions for us.  Most of our decisions are made

2047    internally and we definitely take input from external folks and

2048    we look at what's happening in more of the secular trends of what's

2049    going on.  But we don't take direction from anything external.

2050        Mr. Olson.  Could we list those members of that council --

2051    the Trust and Advisory Council, those 40 entities that are your

2052    members -- Safety Council -- sorry, Trust and Safety Council?

2053        Mr. Dorsey.  They are listed on our web page.

2054        Mr. Olson.  Okay.

2055        Mr. Dorsey.  So we have an accurate list of those and we

2056    can send you --

2057        Mr. Olson.  I apologize.  I will look that up.  I also want

2058    to turn to back home, and as you probably heard, a little more

2059    than a year ago southeast Texas was fighting four feet of water

2060    from floods from Hurricane Harvey.

2061        A recent report from my alma mater, Rice University,

2062    highlights how platforms like Twitter played an important role

2063    in natural disasters and recovery.

2064        The report showed the increased use of mobile devices

2065    combined with social media platforms have empowered everyday

2066    citizens to report dangerous situations and lifesaving

2067    operations.  They can see people in trouble and report that very

2068    quickly.

2069        How does Twitter prioritize emergency services information

2070    during disasters?  Like, for example, if Harvey comes up and hits

2071    us -- another Harvey within a month or so, because it's hurricane

2072    season?

2073        Mr. Dorsey.  We do prioritize community outreach and

2074    emergency services on the platform.  We actually do have some

2075    really good evidence of this specifically with Harvey.  So we

2076    saw about 27 million tweets regarding Hurricane Harvey.

2077        In Texas, 911 systems failed and people did use Twitter to

2078    issue SOS calls and we saw as many as 10,000 people rescued from

2079    this.

2080        So this is something that we do prioritize and want to make

EXHIBIT Q-2

2081 sure that we are working with local agencies to make sure that

2082 we have a lot strength there.

2083   Mr. Olson.  Thank you, and close by recognizing that as a

2084 fan of the St. Louis Cardinals and a high-tech leader, I will

2085 forgive you for your Cardinals hacking into my Astros accounts.

2086  They hacked into my Astros accounts.  We won the World Series.

2087  Thank you, St. Louis Cardinals.

2088   I yield back.

2089   Mr. Dorsey.  Thank you.  Go Cards.

2090   The Chairman.  The gentleman yields back.

2091   The chair now recognizes the gentleman from New Mexico for

2092 four minutes -- Mr. Lujan.

2093   Mr. Lujan.  Thank you, Mr. Chairman.

2094   Mr. Dorsey, thank you for being here today as well.

2095   Mr. Dorsey, yes or no -- is it correct that President Trump

2096 lost followers because your platform decided to eliminate bots

2097 and fake accounts?

2098   Mr. Dorsey.  Yes.

2099   Mr. Lujan.  During the initial purge of bots, who lost more

2100 followers, President Trump or former President Obama?

2101   Mr. Dorsey.  I am not sure of those details.  But there was

2102 a broad based action across all of Twitter.

EXHIBIT Q-2

2103          Mr. Lujan.  Subject to confirmation, do these numbers sound

2104     familiar -- President Obama lost 2.3 million followers, President

2105     Trump lost, roughly, 320,000 followers?

2106          Mr. Dorsey.  I would need to confirm that.

2107          Mr. Lujan.  That's what's been reported.

2108          So, Mr. Dorsey, based on that, is it correct that Twitter

2109     is engaged in a conspiracy against former President Barack Obama?

2110          Mr. Dorsey.  I don't believe we have any conspiracies

2111     against the former president.

2112          Mr. Lujan.  I don't either.  I don't think you have them

2113     against this president.  I want to commend you on your work with

2114     what was done associated with the evaluation following the 2016

2115     election, which led to some of this work.

2116          In your testimony, you note that Twitter conducted a

2117     comprehensive review of platform activity related to the 2016

2118     election.

2119          I assume that after your preview, you felt that Twitter had

2120     a responsibility to make changes to the way your platform operates

2121     to address future attempts at election manipulation.  Is that

2122     correct?

2123          Mr. Dorsey.  Yes.  We are working and this is our number-one

2124     priority to help protect the integrity of 2018 elections.

EXHIBIT Q-2

2125          Mr. Lujan.  Further, Mr. Dorsey -- and Mr. Chairman, I would

2126     ask unanimous consent to submit three articles into the record

2127     -- one from January 19th, recode.net, cnbc.com, April 5th, 2018,

2128     and from techcrunch.com, August 21st, 2018.

2129          The Chairman.  Without objection.

2130          [The information follows:]

2131

2132     **********COMMITTEE INSERT 5**********

EXHIBIT Q-2

2133          Mr. Lujan.   The first article, Mr. Dorsey, says that Twitter

2134     admits that there were more Russian trolls on its site during

2135     the 2016 U.S. presidential election as reported by recode.net,

2136     January 1, 2018.

2137          Is that correct?   Was this a revelation that Twitter shared?

2138          Mr. Dorsey.   Yes.

2139          Mr. Lujan.   Did that lead to some -- was that an outcome

2140     of the -- some of the research?

2141          Mr. Dorsey.   That was an outcome of the continued work as

2142     we dug deeper into the numbers in 2016.

2143          Mr. Lujan.   Mr. Dorsey, is it also correct as was reported

2144     by CNBC on April 5th, 2018, that Twitter has suspended more than

2145     1.2 million terrorism-related accounts since late 2015?

2146          Mr. Dorsey.   Correct.   Yes.

2147          Mr. Lujan.   How did that work come about?

2148          Mr. Dorsey.   We have -- we have been working for years to

2149     automatically identify terrorist accounts and terrorist-like

2150     activity from violent extremist groups and automatically shutting

2151     that down, and that has been ongoing work for years.

2152          Mr. Lujan.   I would hope that this committee would commend

2153     your work in closing those accounts.

2154          Lastly, Mr. Dorsey, Facebook and Twitter removed hundreds

EXHIBIT Q-2

2155      of accounts linked to Iranian and Russian political meddling.

2156       This was reported August 21st, 2018.  Is that correct?

2157           Mr. Dorsey.  Yes.

2158           Mr. Lujan.  So, Mr. Dorsey, are you aware of any significant

2159      legislation that Congress has passed to protect our democracy

2160      and our elections?

2161           Mr. Dorsey.  I am not aware.

2162           Mr. Lujan.  The reason you're not aware is because none of

2163      it is -- it's not happened.  We've not done anything in this

2164      Congress.

2165           Mr. Dorsey, after it was revealed that 87 million Facebook

2166      users' data was improperly shared with Cambridge Analytica, this

2167      committee heard testimony from Facebook CEO Mark Zuckerberg.

2168      This was in April of this year.  It's now September.

2169           Are you aware of any significant privacy legislation that

2170      passed this committee since Mr. Zuckerberg's testimony?

2171           Mr. Dorsey.  No.

2172           Mr. Lujan.  Again, nothing has happened.

2173           Mr. Chairman, we've not done anything as well for the 148

2174      million people that were impacted by Equifax.  I think we should

2175      use this committee's time to make a difference in the lives of

2176      the American people and live up to the commitments that this

EXHIBIT Q-2

2177        committee has made to provide protections for our consumers.

2178        I yield back.

2179        The Chairman.  The gentleman's time has expired.

2180        The chair now recognizes the gentleman from West Virginia,

2181     Mr. McKinley, for four minutes.

2182        Mr. McKinley.  Thank you, Mr. Chairman, and thank you, Mr.

2183     Dorsey, for coming today.

2184        Earlier this year, and we just referred to it in testimony,

2185     the FDA commissioner, Scott Gottlieb, reported that there were,

2186     quote, "offers to sell illegal drugs all over social media,

2187     including Twitter, and the easy availability in online purchases

2188     of these products from illegal drug peddlers is rampant and fuels

2189     the opioid crisis," closed quote.

2190        Now, Mr. Dorsey, do you believe that your -- Twitter's

2191     platform and your controls has contributed to fuelling the opioid

2192     crisis?

2193        Mr. Dorsey.  Well, first and foremost, we do have strong

2194     terms of service that prevent this activity and we are taking

2195     enforcement actions when we see it.

2196        Mr. McKinley.  Okay.  Well, there was a recent study just

2197     published by the American Journal of Public Health that analysed

2198     over a five-month period of time the Twitter accounts and went

EXHIBIT Q-2

2199    through several thousands -- hundreds of thousands of those and

2200    found that there were still 2,000 illegal drug sites being sold

2201    on your -- on your account.

2202        Do you think that -- so my curiosity now from -- now that

2203    we have this report in our hand about the 2,000 -- do you think

2204    that -- your website states that this is prohibited.

2205        It's against your standards and you just said that.  Can

2206    you tell me how many of these sites are still up?

2207        Mr. Dorsey.  I can't -- I can't tell you.  I would have to

2208    follow up with you on the exact data.

2209        Mr. McKinley.  But they shouldn't be up, right?

2210        Mr. Dorsey.  They shouldn't be.  It is prohibited activity.

2211        Mr. McKinley.  If I could, just within the last hour -- Mr.

2212    Dorsey, within the last hour here's an ad for cocaine on Twitter.

2213     It's still up, and it goes on and it says that, you know, not

2214    only from that -- on that site they can buy cocaine, heroin, meth,

2215    Ecstasy, Percocet.  I would be ashamed if I were you, and you

2216    say this is against your public policy and you have got ways of

2217    being able to filter that out and it's still getting on there.

2218     So I am astounded that that information is still there.

2219        And then we have the next commercial.  This is on -- this

2220    is one on cocaine.  Here's the next one, that here you can get

2221    -- contact us for any medicine you want.

2222    That doesn't say you have to have a prescription.  Contact

2223    these people, and it's on your site and you said you have got

2224    ways of checking that.  Just within the last hour it's still up

2225    there.

2226    We ran into the same problem with Facebook and Zuckerberg

2227    came back to me within two hours later and it had all come down.

2228    They took them off.  They weren't aware.  They had missed it.

2229    Their algorithm had missed it.

2230    I am hoping that in the hours after this hearing you will

2231    get back to us and tell us that these are down as well -- that

2232    you're serious about this opioid epidemic.

2233    I just happen to come from a state that's very hard hit with

2234    this.  We don't need to have our social media promoting the use

2235    of illegal drugs in our children and our families.

2236    So I hope I hear from you that you will be taking them down.

2237    Is that a fair statement?

2238    Mr. Dorsey.  Yes.  I agree with you this is unacceptable

2239    and we will -- we will act.

2240    Mr. McKinley.  I would also hope that you would move the

2241    same resources that have complicated so much of what this hearing

2242    has been about today so that you can focus on this to make sure

EXHIBIT Q-2

2243    that this doesn't happen again -- that we wouldn't have to

2244    reprimand you to follow the guidelines that you have published

2245    and you're so proud about that you have the ways of stopping opioid

2246    sales.  But it's not happening.

2247          So please take a good hard look at it and be serious about

2248    this this next time.

2249          Thank you very much.  I yield back.

2250          Mr. Dorsey.  Thank you.

2251          The Chairman.  The gentleman yields back.

2252          The chair now recognizes the gentleman from Iowa, Mr.

2253    Loebsack, for four minutes for questions.

2254          Mr. Loebsack.  I thank the chairman and ranking member for

2255    having this oversight hearing today and I thank you, Mr. Dorsey,

2256    for being here.  You have exhibited a lot of patience, you have

2257    been very diplomatic and I commend you for that.

2258          And there have been a lot of great issues brought up, you

2259    know, with what our most recent colleague here from West Virginia

2260    mentioned.  I think that's a very, very important issue.

2261          It's something that's affecting rural America as well as

2262    urban America as well, where I am from, and I think it -- I think

2263    this discussion today has really has demonstrated how important

2264    Twitter is to our national conversation -- the good, the bad,

EXHIBIT Q-2

2265    the ugly, all of it -- and for our democracy and I am glad we

2266    are shining a light on many issues of concern of Americans across

2267    the country with regard to Twitter and the role it plays in our

2268    society today and will continue to play into the future,

2269    obviously.

2270         And many of my colleagues have raised legitimate concerns

2271    about data privacy, the influence of hostile actors in our

2272    elections and the spread of misinformation that can distort and

2273    harm our very democracy.

2274         I think these are all important issues, but I want to for

2275    a second on the issue of online harassment and the use of Twitter

2276    by teenagers -- by young people.

2277         Social media use among the under 18 population continues

2278    to increase, as you know, and while reaching online communities

2279    may allow young people to find friendship and community in ways

2280    we cannot have imagined growing up -- I certainly wouldn't have

2281    imagined -- Twitter may also be creating unimaginable crises for

2282    many kids, as I am sure you're aware.

2283         Social media in general and Twitter specifically has been

2284    used frequently for abusive purposes like harassment and cyber

2285    bullying, and Twitter has too often been too slow to respond when

2286    victims report abuse and harassment.

EXHIBIT Q-2

2287        These interactions which adults might view as merely

2288    stressful and hurtful when we look at our Twitter account or things

2289    that are said that might hurt our feelings, whatever the case

2290    may be, for young people these can be devastating, as we know,

2291    because they're still developing and often place large importance

2292    on their reputations with their peers.

2293        We've seen too many tragic stories of what can happen when

2294    individuals move -- feel moved to harm themselves in response

2295    to online harassment and it should be a goal of all of us to stop

2296    that kind of bullying.

2297        So, Mr. Dorsey, my first question is, as part of the

2298    healthiness of conversations on Twitter, are you making any

2299    specific changes to the experience of your youngest users?

2300        Mr. Dorsey.  Yes.  We agree with all your points and this

2301    is one of our areas of focus is around harassment in particular

2302    and how it is used and weaponized as a tool to silence others,

2303    and the most important thing for us is that we need to be able

2304    to measure our progress around it and understand if we are actually

2305    making any progress whatsoever.  So --

2306        Mr. Loebsack.  There is a minimum age of 13.  Is that correct

2307    that you're --

2308        Mr. Dorsey.  Yes.

EXHIBIT Q-2

2309          Mr. Loebsack.   -- now trying to enforce?

2310          Mr. Dorsey.  Yes.

2311          Mr. Loebsack.  Does Twitter put any safety checks on the

2312     accounts of teenage users?

2313          Mr. Dorsey.  We do have -- we do have various safety checks

2314     and we can follow up with your team on that.

2315          Mr. Loebsack.  That would be good.  Does Twitter do anything

2316     to look for indications of harmful or dangerous interactions,

2317     specifically?

2318          Mr. Dorsey.  Yes.  Yes.

2319          Mr. Loebsack.  It'd be good to know that.  I appreciate that

2320     -- what those are specifically.  Has Twitter conducted any

2321     research with outside independent organizations to determine how

2322     it can best combat online harassment, bullying, or other harmful

2323     interactions either for children or teenagers or for other groups

2324     of people?

2325          Mr. Dorsey.  We do this through our Trust and Safety Council.

2326      So we do have an organization that represents youth on digital

2327     platforms.

2328          Mr. Loebsack.  And will you commit to publishing a discreet

2329     review with outside organizations to help evaluate what more

2330     Twitter can be doing to protect our kids?

EXHIBIT Q-2

2331          Mr. Dorsey.  We haven't yet, but we will certainly work with

2332     our partners to consider this.

2333          Mr. Loebsack.  Because I think your three principles --

2334     impartiality, transparency, and accountability -- I think we can

2335     put those into effect and operationalize those when it comes to

2336     these particular questions that I've asked you.

2337          And so I really do appreciate your time and we can -- we

2338     can expect such a review to be provided to the public then in

2339     the future?

2340          Mr. Dorsey.  Yes.

2341          Mr. Loebsack.  Okay.  Thank you very much for your time,

2342     and I yield back, Mr. Chair.

2343          Mr. Dorsey.  Thank you.

2344          The Chairman.  I thank the gentleman from Iowa.

2345          I recognize the gentleman from Kentucky, Mr. Guthrie, for

2346     four minutes.

2347          Mr. Guthrie.  Thank you very much.  I am here.  Thank you

2348     for being here today.  I appreciate it.

2349          I've had to manage the floor debates.  I've been over in

2350     the Capitol Building most of the afternoon.  I apologize.  It

2351     was a conflict of scheduling.

2352          But glad to be here, and I know that I missed some of your

2353    answers and some of the -- what we've talked about previously.

2354     But I want to further go down the path of -- on a couple of things.

2355

2356        But many of my constituents who use Twitter perceive it to

2357    be an open market of ideas that you have referred to in your

2358    testimony, and we are obviously here today because some questions

2359    have been raised about the rules for posting content and whether

2360    some viewpoints are restricted in practice -- specifically,

2361    political conservatives.

2362        So I will come to a question of editorial judgment, but one

2363    major issue for my constituents start with transparency and how

2364    their data is being collected and used by Twitter.

2365        I understand you have spoken about data a few times already

2366    this afternoon.  So to build on those previous questions asked

2367    by my colleagues, what specific data points are collected on

2368    Twitter users and with whom do you share them?

2369        Mr. Dorsey.  So we infer interest around usage.  So when

2370    people follow particular accounts that represent interests in

2371    basketball or politics, for instance, we can utilize that

2372    information to introduce them to new tweets that might be similar

2373    or accounts that might be similar as well.

2374        So a lot of our inference of that data is interest.  This

EXHIBIT Q-2

2375    is all viewable within the settings of the app so you can see

2376    all the interests that we've inferred about you within the

2377    settings and you can also turn them off or delete them.

2378         Mr. Guthrie.  Is that shared with outside parties?

2379         Mr. Dorsey.  It's not.

2380         Mr. Guthrie.  It's not shared?  So it's only used by

2381    Twitter?

2382         Mr. Dorsey.  Yeah.

2383         Mr. Guthrie.  And how do you obtain consent from users if

2384    -- so you don't share with any third parties so you don't have

2385    to go through the consent then?  Okay.

2386         When it comes to questions of editorial judgment, and I am

2387    not an expert on Section 230 but I would like to ask you about

2388    your thoughts on publisher liability.

2389         Could you comment on what some have said -- that there is

2390    a certain amount of inherent editorial judgment being carried

2391    out when Twitter uses artificial intelligence-driven algorithms

2392    or promotes content through Twitter Moments and the questions

2393    would be so where should we draw the line on how much editorial

2394    judgement can be exercised by the owner of a neutral platform

2395    like Twitter before the platform is considered a publisher?

2396         Mr. Dorsey.  Well, we do defend Section 230 because it is

EXHIBIT Q-2

2397   the thing that enables us to increase the health in the first

2398   place.  It enables us to look at the content and look for abuse

2399   and take enforcement actions against them accordingly.

2400       We do have a section of the service called Moments where

2401   we do have curators who are looking through all of the relevant

2402   tweets for a particular event or a topic and arranging them and

2403   they use a internal guideline to make sure that we are

2404   representative of as many perspectives as possible, going back

2405   to that concept of variety of perspective.

2406       We want to see a balanced view of what people think about

2407   a particular issue.  Not all of them will be as balanced as others

2408   but that's how they measure themselves against.  But it is one

2409   area that people can choose to use or ignore altogether.

2410       Mr. Guthrie.  Okay.  Thanks.  And then finally, I have 52

2411   seconds left -- some people say and I've heard some people say

2412   that Twitter could be classified as a media outlet due to certain

2413   content agreements you may have now or consider in the future.

2414    Do you have any comment on that?

2415       Mr. Dorsey.  I don't think the -- you know, the broader

2416   categories are necessarily useful.  We do see our role as serving

2417   conversation.  Like, we do see our product as a conversational

2418   product, a communication product, and we do see a lot of people

EXHIBIT Q-2

2419    use Twitter to get the news because we believe that news is a

2420    by-product of public conversation and allows to see a much broader

2421    view of what's currently happening and what's going on.

2422        So that's what we are focussing on is how do people use us

2423    rather than these categories.  We do have partnerships where we

2424    stream events like this one -- this one is live on Twitter right

2425    now -- where people can have a conversation about and everyone

2426    can benefit and engage in that conversation accordingly.

2427        Mr. Guthrie.  Okay.  Thank you.  And my time has expired

2428    and I yield back.

2429        The Chairman.  The chair recognizes the gentleman from

2430    Massachusetts, Mr. Kennedy, for four minutes.

2431        Mr. Kennedy.  Thank you, Mr. Chairman.

2432        Mr. Dorsey, thanks so much for being here.  Thank you for

2433    your -- over here -- thank you for your patience.  I know you

2434    were over on the Senate side earlier today.  So thank you for

2435    enduring all these long hours of questioning.

2436        I wanted to kind of just make sure we were clear on a couple

2437    things.  One, you have talked at length -- I will get into a little

2438    bit more detail -- about the mechanisms that you use to look at

2439    different aspects of content on the site.

2440        But you have also talked about how you're algorithms have

2441        -- are a bit imperfect -- how they have impacted some members

2442        of this body, Democrats and Republicans.  Is that true?

2443             Mr. Dorsey.  Yes.

2444             Mr. Kennedy.  And you have also indicated that there are

2445        others that get caught up in that, liberal activists that use

2446        perhaps profane language in response to political leaders.  Is

2447        that true?

2448             Mr. Dorsey.  That may or may not be a signal that we use

2449        in terms of the content.  We tend to favor more of the behavior

2450        that we are seeing and that's what I was describing in terms of

2451        the signal was the behavior of the people following these

2452        accounts.

2453             Mr. Kennedy.  Fair enough.  You yourself were actually

2454        suspended at a time.  Was that not true?

2455             Mr. Dorsey.  I was.

2456             Mr. Kennedy.  So fair to say that sometimes that --

2457             Mr. Dorsey.  There are errors.  There are errors.

2458             Mr. Kennedy.  Yes, there are, unless you engage in that

2459        destructive behavior of your own site, which you did not, right?

2460             Mr. Dorsey.  I am sorry?

2461             Mr. Kennedy.  Unless you engaged in that own destructive

2462        behavior that you were talking about, which I don't think you

EXHIBIT Q-2

2463    did.

2464        Mr. Dorsey.  Correct.

2465        Mr. Kennedy.  Right.  So you have talked about essentially

2466    depending on those automated tools and then individual users to

2467    report tweets, behavior, one of these horrifying instances with

2468    Ms. McCain.

2469        But that's basically that the self-regulation mechanisms

2470    that you all use, right?

2471        Mr. Dorsey.  Yes.  Our model currently depends upon reports

2472    to remove content or to remove accounts.

2473        Mr. Kennedy.  And why is it that you depend on those reports

2474    rather than having a more robust network within your company to

2475    do that?  Why is it you -- that you basically outsource that to

2476    users?

2477        Mr. Dorsey.  Well, we don't feel great about this.  We don't

2478    believe that the burden should be on the victim in the first place.

2479     So this is something we'd like to change.  We have to build that

2480    technology and --

2481        Mr. Kennedy.  But if you change that, right, if you -- I

2482    understand you don't feel good about putting that on the victims

2483    or the observers, but you also expressed a reticence for your

2484    company to be the arbiter as to what is decent, fair, truth.

EXHIBIT Q-2

2485        You mentioned the term false fact earlier in your testimony.

2486   I have no idea what a false fact is.  But putting that aside

2487   for a second, how -- it seems like you're trying to basically

2488   meld this world of outside kind of crowd sourcing what works versus

2489   internalizing some of it.

2490        I want to try to push you on that in a minute and a half,

2491   which is not exactly fair.  But how -- as you say you're trying

2492   to fix it, what are you trying to do?  What does that look like?

2493        Mr. Dorsey.  We are trying to build proactive systems that

2494   are recognizing behaviors that are against our terms of service

2495   and take action much faster so that people don't have to report

2496   them.

2497        Mr. Kennedy.  And is that -- one of my Republican colleagues

2498   asked earlier, I believe, how many folks you have working on that.

2499   You said the issue wasn't so much how many people but you

2500   deflected that a bit, understanding that, I am certain, technology

2501   can advance here.

2502        But is that two people?  Is it 20 people?  Is it 200 people?

2503   Do you expect to be hiring more here?  That's got to be some

2504   sort of reflection of an area of focus, right?

2505        Mr. Dorsey.  Yes.  We have hundreds of people working on

2506   it.  But the reason I don't want to focus on that number is because

EXHIBIT Q-2

2507    we need to have the flexibility to make decision between investing

2508    to build more new technology or hiring people, and in my experience

2509    companies naturally just want to grow and that isn't always the

2510    right answer because it doesn't allow for a lot of scalability.

2511         Mr. Kennedy.  All right, sir.  Thank you.  I yield back.

2512         Mr. Dorsey.  Thank you.

2513         The Chairman.  The gentleman -- now we recognize the

2514    gentleman from Illinois, Mr. Kinzinger, for four minutes.

2515         Mr. Kinzinger.  Thank you, Mr. Chair, and Mr. Dorsey, thank

2516    you again for coming in here.  Recognizing that there's multiple

2517    swords to free speech -- there's good and bad that comes with

2518    it.

2519         I think it's important to also mention that Twitter as well

2520    as other social media platforms has been key in liberating

2521    oppressed people and allowing oppressed people to communicate.

2522         If you look in Syria, although that situation is not good

2523    over there, people have been able to get their message out.  When

2524    chemical weapons attacks happen, we know about that very quickly

2525    because government-censored media, which would never report a

2526    chemical weapons attack, is usurped by Twitter use and Facebook

2527    and some of these others.

2528         So part of a very big concern with that too is also foreign

EXHIBIT Q-2

2529    interference in our democracy.  We are very concerned -- I am

2530    very concerned about the role that the Russians played in

2531    attempting to undermine democracy.

2532        I don't think Russia elected President Trump, but I think

2533    it's obvious they're trying to sow instability in democracy.

2534    And so I think the more we can get a grip on this and a grasp

2535    and make people aware of just the fact of what's happening we

2536    can begin to inoculate ourselves.

2537        I would like to ask you, though, about Twitter's practices

2538    with respect to information sharing with foreign governments.

2539

2540        It's a topic I addressed in the Facebook hearing with Mr.

2541    Zuckerberg and in which I think Senator Rubio broached with you

2542    a little earlier today.

2543        On September 1st, 2015, Russian Federal Law Number 242-FZ,

2544    known by many as the data localization law, went into effect.

2545

2546        It requires social media companies offering service to

2547    Russian citizens to collect and maintain all personal information

2548    of those citizens on databases physically located in their

2549    country.  Is Twitter in compliance with this law?

2550        Mr. Dorsey.  I need to follow up with you on that.

EXHIBIT Q-2

2551          Mr. Kinzinger.  You don't know if you're in compliance with

2552     that law right now?

2553          Mr. Dorsey.  Which law again?

2554          Mr. Kinzinger.  It's the Russian Federal Law 242-FZ, which

2555     requires -- the data localization requires storage of information

2556     to be kept in Russia.  This has been in the news for a couple

2557     years now so I would hope you would know.

2558          Mr. Dorsey.  I don't.  I need my team follow up with you

2559     on that.

2560          Mr. Kinzinger.  You got a bunch of people back there.  You

2561     can ask them if I --

2562          Mr. Dorsey.  We don't have servers in Russia.

2563          Mr. Kinzinger.  You don't -- you do not have them?

2564          Mr. Dorsey.  No.

2565          Mr. Kinzinger.  Okay.  So you're not technically in

2566     compliance, which I think is good.   So that might answer my second

2567     question -- if you store user data, because there would be concern

2568     about breaches and everything else in dealing with Russia.

2569          And besides -- and legitimate and well-defined requests for

2570     data that may aid in the investigation of a crime, does Twitter

2571     make any user data available to Russian state entities including

2572     intelligence and security agencies?

EXHIBIT Q-2

2573        Mr. Dorsey.  No.

2574        Mr. Kinzinger.  Okay.  Let me ask you then -- we've touched

2575    on this a few times -- with the minute I have left -- parents,

2576    young adults, teenagers using Twitter.

2577        I think our laws haven't caught up with the new reality,

2578    the 21st century that we are in.  We have to address how technology

2579    can be used to hurt innocent people.

2580        In Illinois, there's laws to prevent people from

2581    distributing photos with malicious intent.  A fake account can

2582    be created in a matter of minutes to slander someone and do damage

2583    and circulate photos.

2584        Mr. Zuckerberg testified before this committee that he --

2585    that Facebook is responsible for the content on Facebook, which

2586    I think you can appreciate how newsworthy that was, given the

2587    longstanding interpretations of Section 230.

2588        Your user agreement clearly states that all content is the

2589    sole responsibility of the person who originated such content.

2590     You may not monitor or control the content posted via services

2591    and we cannot take responsibility for the content.

2592        Your corrective actions and the statements you have made

2593    a little bit seem to be somewhat in conflict with the language.

2594     Can you just take a little bit of time with what we have left

EXHIBIT Q-2

2595      to clarify your stance on content?

2596            Mr. Dorsey.  In what regard?

2597            Mr. Kinzinger.  Just, I mean, are users responsible?  Is

2598      Twitter?  Is it mixed?  What area does Twitter have a

2599      responsibility or when you step in, why?

2600            Mr. Dorsey.  So people are responsible for their content.

2601       We have made our singular objective to -- as a company to help

2602      improve the health of the content that we see on the service,

2603      and for us that means that people are not using content to silence

2604      others or to harass others or to bully each other so that they

2605      don't even feel safe to participate in the first place and that

2606      is what CDA 230 protects us to do is to actually enforce these

2607      actions -- make them clear to people in our terms of service but

2608      also to enforce them so that we can take actions.

2609            Mr. Kinzinger.  Okay.  I am out of time.  So I yield.

2610            The Chairman.  The gentleman's time has expired.

2611            The chair recognizes the gentleman from California, Mr.

2612      Cardenas, for four minutes.

2613            Mr. Cardenas.  Thank you very much, Mr. Chairman and

2614      colleagues, for participating in this important matter.

2615            I want to follow up on some of Mr. Loebsack's line of

2616      questioning.  While the president and the Republicans are

EXHIBIT Q-2

2617    criticizing social media -- I think it's to whip up their base

2618    -- there are real issues such as the shocking number of teens

2619    that are reporting being bullied.

2620        Physical playground bullying is bad enough.  But,

2621    increasingly, this cruelty is moving online where one click of

2622    a button sends hateful words and images that can be seen by

2623    hundreds or even thousands of people at a time.

2624        People, kids, are being targeted for being who they are or

2625    for being a certain race or a certain sexual orientation and so

2626    on.

2627        We know it's pervasive -- it's a pervasive problem.  The

2628    First Lady has made combatting cyber bullying a national priority,

2629    oddly enough.  At the same time, adults are not giving kids a

2630    great example to follow.

2631        Public figures including the president spew inflammatory

2632    harmful words every day.  These actions cannot be erases and may

2633    follow their victims and families forever.

2634        For example, how does it feel to be in front of us for hours

2635    at a time?

2636        Mr. Dorsey.  I am enjoying the conversation.

2637        Mr. Cardenas.  Yes.  But do you get to go home?  Do you get

2638    to do what you choose to do once you leave this room?

EXHIBIT Q-2

2639          Mr. Dorsey.  Yes.

2640          Mr. Cardenas.  Well, that's what's incredibly important for

2641   us to think about when we think about bullying online because

2642   it's inescapable, really, and that's really an issue that is new

2643   to us as human beings and certainly with platforms like yours

2644   it's made possible.  It can take many forms.

2645          It can be hurtful.  It's about words.  It's about

2646   appearances.  It's about many, many things.  So I think it's

2647   really important that the public understands that something needs

2648   to be done about it and what can be done is something that,

2649   hopefully, we can come to terms with you over at Twitter and with

2650   all the millions of people who use it.

2651          As very public examples, for example, celebrities such as

2652   14-year-old Millie Bobby Brown, Kelly Marie Tran, Ariel Winter,

2653   and Ruby Rose have stopped using Twitter or taken breaks from

2654   Twitter because their intense -- the intensified bullying that

2655   they experience on the platform have persisted.   If Twitter

2656   couldn't or wouldn't help these public figures, how does it deal

2657   with all the kids who aren't famous?  I want to know how you handle

2658   bullying claims for American families who are not in the news.

2659

2660          You have explained that Twitter investigates when it is --

EXHIBIT Q-2

2661    when it gets a report of behavior such as that -- behavior that

2662    crosses the line into abuse including behavior that harasses,

2663    intimidates, or uses fear to silence other voices.

2664         How many reports of cyber bullying does Twitter receive each

2665    month is my first question.

2666         Mr. Dorsey.  We don't disclose that data but we can follow

2667    up with you.

2668         Mr. Cardenas.  Okay.  Appreciate you reporting to the

2669    committee on that answer.  How about Periscope?

2670         Mr. Dorsey.  The same.

2671         Mr. Cardenas.  The same?  Okay.  Look forward to that

2672    answer submitted to the committee.

2673         And how many of those reports are for accounts of people

2674    age 18 or younger?

2675         Mr. Dorsey.  In what regard?  The -- Periscope or Twitter?

2676         Mr. Cardenas.  Yes.  Is it -- do you ever take into account

2677    whether or not it's a report to somebody who's been attacked who

2678    are 18 years or younger?

2679         Mr. Dorsey.  We -- we'll have to follow up with you on that.

2680     We don't have the same sort of the demographic data that our

2681    peers do because we are not a service of profiles but of -- but

2682    of conversation.

EXHIBIT Q-2

2683   Mr. Cardenas.  That makes it even more critical for us to

2684 understand that.  What actions are taken in response to these

2685 reports and how long does it take for Twitter to take such a

2686 response?

2687   Mr. Dorsey.  We rank according to the severity of the report

2688 and, again, this is something that we need to improve to understand

2689 the severity of each report and how that is ranked so we can move

2690 much faster.

2691   Ultimately, we don't want the reporting burden to be on the

2692 victim.  We want to do it automatically.

2693   Mr. Cardenas.  Okay.  Thank you very much.  I am out of

2694 time.

2695   Thank you very much, Mr. Chairman.  I yield back.

2696   The Chairman.  I thank the gentleman.

2697   And we now turn to the gentleman from Virginia, Mr. Griffith,

2698 for four minutes.

2699   Mr. Griffith.  Thank you very much, Mr. Chairman.  I

2700 appreciate you being here, Mr. Dorsey.

2701   I represent that portion of Virginia that's in the southwest

2702 corner and borders a big chunk of southern West Virginia and so

2703 I had some questions similar to Mr. McKinley's questions because

2704 we are suffering from a huge opioid problem but drugs in general.

EXHIBIT Q-2

2705          And so I know you're trying and you're working on it and

2706     you're looking for things.  But last year in an edition of

2707     Scientific American, they talked about having artificial

2708     intelligence scan Twitter for signs of opioid abuse, and it would

2709     seem to me that on something that's an illegal conduct, if somebody

2710     is selling drugs that's not just an inconvenience or trying to

2711     judge whether it's truly, you know, something that's bad or --

2712     it's illegal -- it would seem to me that you all ought to be able

2713     to deploy an artificial intelligence platform that would knock

2714     down anybody trying to sell illegal substances on your platform.

2715      Can you address that?

2716          Mr. Dorsey.  Yes.  We -- I mean, we have -- we have to

2717     prioritize all of our models and we have been prioritizing --

2718          Mr. Griffith.  Shouldn't illegal be at the very top of that

2719     model?

2720          Mr. Dorsey.  Absolutely.  But we have been prioritizing a

2721     lot of what we saw in 2016 and 2017 in terms of election

2722     interference and our readiness for 2018.  That does not say --

2723          Mr. Griffith.  Here's what I got.  I got people writing me

2724     whose kids have died because they've been in treatment, they have

2725     a relapse, and one of the easiest ways to get in there is to get

2726     on social media and, you know, if scientists can use artificial

EXHIBIT Q-2

2727        intelligence to track opioid abuse in this country, it would seem

2728        to me you ought to be able to track illegal sales with artificial

2729        intelligence.  Now, wouldn't you agree with that?  Yes or no.

2730            Mr. Dorsey.  I agree with that.  It's horrible and

2731        definitely it's something we need to address as soon as possible.

2732            Mr. Griffith.  I appreciate that very much.

2733            Now, look, I don't think there's a conspiracy.  I think that

2734        there's a lot of folks out there, though, that may not have that

2735        many conservative friends who might be living in your neighborhood

2736        or living in the area that you live in, and I looked at your

2737        advisory council.

2738            There may be some right-leaning groups but I didn't see any

2739        right groups in there that would -- you know, look, we are not

2740        all crazy on the right.  Get in there and find some groups that

2741        can help out on your advisory council.

2742            Also, I would say to you, and I said this to Mr. Zuckerberg

2743        when he was here, it seems to me that if you don't want the

2744        government in there -- and I think it's better not to have the

2745        government in there telling you all what to do as social media

2746        -- that you all as a group ought to get together and come up with

2747        something.

2748            1894 had this new-fangled thing.  Electronic devices were

EXHIBIT Q-2

2749    coming onto the scene and an engineer says, you know what -- maybe

2750    we ought to test all this, and they got the insurance companies

2751    and the electric manufacturers together and they funded United

2752    Laboratories, and as an industry without government coming in

2753    and saying, this is what you have to do, they came up with

2754    standards.

2755         It would seem to me that the social media, particularly the

2756    big actors like yourself, but others ought to come together,

2757    figure out something that's a template that works for all to make

2758    sure that we are not having political bias because I really do

2759    believe you when you say that you all aren't trying to do it.

2760

2761         But it's happening anyway, and I think it's an accident.

2762     I am not -- I am not trying to assess blame.  But I am saying

2763    you have got to help us because I don't think it's good for the

2764    internet or social media to have the government laying down rules

2765    that may or may not make sense.

2766         But somebody's got to do something because we need to protect

2767    privacy, as you have heard, and we need to make sure there's not

2768    any political bias intentional or unintentional.  Would you agree

2769    to that?

2770         Mr. Dorsey.  It's a great idea and that is why we want to

EXHIBIT Q-2

2771   be a lot more open around these health indicators that we are

2772   developing and we don't see this as a competition.

2773   Mr. Griffith.  And last but not least, one of the questions

2774   that's come up as I've been discussing this issue with a lot of

2775   folks is if you -- if you do put the kibosh on somebody's post

2776   or somebody's Twitter account, can you at least tell them about

2777   it so that they have some idea so they can do the appeal?  Because

2778   if they don't know about it, they're not likely to appeal, are

2779   they?

2780   Mr. Dorsey.  Yes.  We need a much more robust way of

2781   communicating what happened and why and also a much more robust

2782   appeals process.

2783   Mr. Griffith.  Thank you very much.  My time is up.  I yield

2784   back.

2785   The Chairman.  I thank the gentleman.

2786   I turn now to the gentleman from California, Mr. Peters,

2787   for four minutes.

2788   Mr. Peters.  Thank you, Mr. Chairman, and thank you, Mr.

2789   Dorsey, for being here.

2790   You know, I don't know if anyone else has mentioned the

2791   breath-taking irony that Donald Trump is complaining about

2792   Twitter.

EXHIBIT Q-2

2793   It's hard for me to imagine he would have done nearly as

2794 well as he did without your platform and he's a master of using

2795 it.  I think it has done some wonderful things for democracy.

2796  It's democratized democracy in many ways.

2797   We saw that here in the House when we live streamed the

2798 protest over guns in 2016.  It brought people into the chamber

2799 in a way that I think none of us had imagined before.  I use it

2800 a lot just to stay connected back home in San Diego.

2801   I find out what's going on every day in the local government,

2802 in the local activities.  I follow my baseball team's promising

2803 minor leagues through it and I think it's been a great platform.

2804   The problem with when anyone can be on your platform, though,

2805 is that now everyone's a journalist and I just want to explore

2806 in that context your discussion of the term fairness.

2807   Can you -- have you ever written down what you mean by

2808 fairness?  And what I am sort of getting at is, you know, you

2809 have these allegations about facts versus false equivalency that

2810 journalism has been dealing with I think more successfully

2811 recently, trying to provide truth rather than balance.

2812   Is that something that goes into your calculation of fairness

2813 and what kind of standards do you impose on content that's on

2814 Twitter?

EXHIBIT Q-2

2815          Mr. Dorsey.  So we want to -- fairness to us means that we
2816     are driving more impartial outcomes, which are more objective
2817     driven, not basing anything on bias, and we do want to be able
2818     to measure this and also make public what we find, and that's
2819     why we kicked off this initiative to understand the health of
2820     conversation and how it might trend.
2821          One of the -- one of the indicators that we are considering
2822     is shared facts and that is the percentage of conversation that
2823     shares the same facts.
2824          That is not an indication of truth or not, just what
2825     percentage of people participating in a conversation are actually
2826     sharing the same facts versus having different facts, and we think
2827     a greater collection of shared facts leads to a healthier
2828     conversation.
2829          So then if we understand the makeup of them currently, how
2830     can we help drive more people towards sharing more of the facts
2831     and if we can do that then we can see a lot more healthy
2832     conversations.  So that's our intent.
2833          But first, we are at the phase where we just need to measure
2834     it against those four indicators I laid out earlier, and we can
2835     send you more of our information and thinking about how we are
2836     developing these.

EXHIBIT Q-2

2837          Mr. Peters.  I would love to hear that.  One of the problems

2838     with everyone having their own facts is it's very hard to have

2839     conversations about difficult issues.

2840          One that I am concerned about is climate change.  If everyone

2841     has a different understanding of the facts it's hard to agree

2842     on what to do about it.

2843          Mr. Sarbanes raised the concept of this hearing being a way

2844     to work to refs.  I don't know if you recall that reference.

2845          Is that something that we should be concerned about?  Is

2846     that something that strikes you as going to have an impact on

2847     your business, the notion that we'll -- that the committee would

2848     be working the refs with the majority?

2849          Mr. Dorsey.  I honestly don't know what that means so --

2850          Mr. Peters.  Okay.  Good.  So the idea is that we will --

2851     that they're going to put so much pressure on you to avoid pressure

2852     from us that you will change your behavior in a way that's not

2853     -- that's not fair.  Is that something that we should be concerned

2854     about?

2855          Mr. Dorsey.  Well, I mean, I think we -- we've articulated

2856     what we think is important and what we are trying to drive and

2857     I see the role of government as being a checkpoint to that and

2858     also being a clarifier and asking questions of our path and, you

EXHIBIT Q-2

2859    know, I do believe the system is working in that regard.

2860        So we -- you know, we are putting out what we believe is

2861    critical for us to focus on and if there are disagreements en

2862    masse in feedback we get, we will certainly change our path.

2863        Mr. Peters.  Well, I appreciate your testimony today.  My

2864    time has expired and I thank the chairman.

2865        The Chairman.  I thank the gentleman.

2866        The chair recognizes the gentleman from Florida, Mr.

2867    Bilirakis, for four minutes.

2868        Mr. Bilirakis.  Thank you, Mr. Chairman.  I appreciate it.

2869     Thank you very much, and thank you for your testimony, Mr. Dorsey.

2870        Mr. Dorsey, I've heard from my local Pasco County school

2871    district -- that's located on the west coast of Florida -- that

2872    is -- it has consistently responded to threats of school violence.

2873        I've heard from the superintendent, Kurt Browning, who's

2874    doing an outstanding job, that it faced as many as 19 threats

2875    in one week.  Many of those threats have come from individual

2876    tweets.

2877        News reports and studies show this is a widespread problem,

2878    as you can imagine.  What is your company's process for notifying

2879    local law enforcement officials and school districts when these

2880    threats emerge?

EXHIBIT Q-2

2881    Mr. Dorsey.  We do have outreach to local entities and local

2882   law enforcement when we see anything impacting someone's physical

2883   security.  We can follow up with you on exactly what those

2884   implementations are.

2885    Mr. Bilirakis.  Well, how effective have they been?  Can

2886   you give me --

2887    Mr. Dorsey.  I don't -- I don't -- I am not sure how to

2888   determine the efficacy.  But we can -- we can follow up with you

2889   on that and share what we have.

2890    Mr. Bilirakis.  Please do.  Please do.

2891    And would you consider an internal process in which Twitter

2892   can work directly with the school districts to address these

2893   tweets quickly?  Obviously, time is of the essence.

2894    Mr. Dorsey.  Yes.  You know, one of the things we are always

2895   looking for is ways to quickly, especially where it impacts

2896   physical security, ways to quickly alert us to things that we

2897   might be able to help with in terms of the conversation around

2898   it.

2899    So we are certainly open to it and open to an implementation

2900   that we think we can scale.

2901    Mr. Bilirakis.  Let me ask you a question.  How did you

2902   determine the -- and I know social media, Facebook too -- the

EXHIBIT Q-2

2903    minimum age of use, 13, and are you considering raising that age?

2904        Mr. Dorsey.  We, I don't believe, have considered raising

2905    the age but we do determine it upon sign-up.

2906        Mr. Bilirakis.  Okay.  Thank you.

2907        The next question -- according to Twitter's website,

2908    Twitter's Moments are defined as, quote, and I quote again,

2909    "curated storage showing the very best of what's happening on

2910    Twitter and customized to show you topics that are popular or

2911    relevant so you can discover what is unfolding, again, customized

2912    to show you topics and what's relevant so you can, again, what

2913    is unfolding on Twitter in an instant," and that's an end quote.

2914        In my experience, Twitter Moments more often features a

2915    specific point of view or political narrative, and the question

2916    is how are these Moments -- again, quote, "Moments," compiled

2917    and prioritized?

2918        You said earlier that Moments are selected by employees

2919    publishing content.  What are the internal guidelines the company

2920    has set to determine what makes a Moment?

2921        Mr. Dorsey.  Yes.  So we, first and foremost, take a

2922    data-driven approach to how we arrange these Moments and, again,

2923    these are collections of tweets that we look at, based on any

2924    particular topic or event, and we bring them into a collection,

EXHIBIT Q-2

2925   and we use a data-driven approach meaning that we are looking

2926   for the amount of conversation, first and foremost, that's

2927   happening around a particular event, and then as we rank that,

2928   then we go into impartiality to make sure that we are looking

2929   for opportunities to show as many perspectives as possible.

2930      So a variety of perspectives and a high score on a variety

2931   of perspectives is beneficial to the people reading because they

2932   can see every side of a particular issue or a particular event.

2933      Mr. Bilirakis.  Okay.  Very good.  I thank you and look

2934   forward to getting some information on this particular --

2935      Mr. Dorsey.  Thank you.

2936      Mr. Bilirakis.   -- following up and we'd like to have you

2937   back, in my opinion, even though I am not the chairman, to see

2938   the progress that you have made with regard to these issues.

2939      Thank you, and I yield back.

2940      Mr. Dorsey.  Thank you.

2941      The Chairman.  I thank the gentleman.

2942      The chair recognizes the gentlelady from Michigan, Mrs.

2943   Dingell, for four minutes.

2944      Mrs. Dingell.  Thank you, Mr. Chairman, and thank you, Mr.

2945   Dorsey.

2946      You're actually one of my husband's heroes.  I am married

2947        to what we call -- affectionately call around here the Dean of

2948        Twitter who, quite frankly, at 92 is better on Twitter than

2949        probably everybody in this room, which means I know the power

2950        of this platform and I think it's a very important tool.

2951            But to those who have been doing conspiracy theories and

2952        politicizing this, it is not only Meghan McCain -- that I, myself,

2953        have had some of those same threats and those same caricatures

2954        and, quite frankly, I was blissfully ignorant until law

2955        enforcement brought it to my attention.

2956            So I would -- I do think that the threats that are happening

2957        on Twitter do need to be better understood and more quickly acted

2958        upon.

2959            But I would rather ask some questions right now because

2960        you're educating all of us and we all need to understand social

2961        media better, period, and its tool in the background.

2962            So I would like to ask some questions about privacy and the

2963        use of machine learning and artificial intelligence on the

2964        platform.

2965            You have spoken about how you are trying to deploy machine

2966        learning to combat the disinformation, the harassment, the abuse,

2967        and I want to build on what some of my other colleagues have said

2968        about the black box nature of these algorithms and the lack of

EXHIBIT Q-2

2969      what they call accountability but how we improve it.

2970          So building on what actually my colleague, Representative

2971      Harper, was saying, what type of data sets do you use to train

2972      AI and how often do you retrain them?

2973          Mr. Dorsey.  That's a great question.  We try to use data

2974      sets that will be predictive of what we would expect to see on

2975      the service and as we train these models we are certainly using

2976      previous experiences and outputs that we've seen in natural uses

2977      of how people use the system and then also trying to test some

2978      edge cases as well.

2979          But, again, all these tests are great and help us understand

2980      what to expect but, ultimately, they're not really put to test

2981      until they're released on production and we actually see how

2982      people use it and how it's affecting usage and also what might

2983      be unexpected, which I talked about earlier.

2984          So that is in -- that's training.  There are -- AI is not

2985      a new field but the application of AI at scale is rather new,

2986      especially to us and our company.

2987          So there are best practices being developed that we are

2988      learning as quickly as possible from and, more importantly, trying

2989      to measure those outcomes in terms of bias and impartiality.

2990          Mrs. Dingell.  So as we build on that, do your engineers

EXHIBIT Q-2

2991      have an ability to see and understand why an algorithm made certain

2992      decisions?

2993          Mr. Dorsey.  That is a great question because that goes into

2994      another field of research in AI which is called explainability,

2995      which is encouraging engineers to write a function that enables

2996      the algorithm to describe how it made the decision and why it

2997      made the decision and I think that is a critical question to ask

2998      and one to focus on because we are offloading more and more of

2999      our decisions to these technologies, whether they be companies

3000      like ours who are offloading our enforcement actions to algorithms

3001      or ranking actions to algorithms or even personally.

3002          I am wearing an Apple watch right now and it tells me when

3003      to stand.  I've offloaded a decision to it, and if it can't explain

3004      the context to why it made that decision or why it's taking that

3005      action, it becomes quite scary.

3006          So I do believe that is a valid -- a valid form.  It is

3007      extremely early in terms of research -- this concept of

3008      explainability -- but I think it will be one that bears the

3009      greatest fruit in terms of trust.

3010          Mrs. Dingell.  For the record because I am going to be out

3011      of time.  You have talked about how these algorithms have missed

3012      things.  It's made mistakes.  What is an acceptable error rate?

EXHIBIT Q-2

3013   You can do that for the record later, but I just --

3014      Mr. Dorsey.  I will come back -- we'll come back.

3015      The Chairman.  The chair now recognizes the gentleman from

3016   Ohio, Mr. Johnson, for four minutes.

3017      Mr. Johnson.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

3018   you for being here today.  Is it -- is it safe to say that an

3019   algorithm is essentially a decision tree that once it's turned

3020   into software it operates on a data set as input and it produces

3021   a desired action or result?  Is that -- would that be a good

3022   layman's term of what an algorithm is?

3023      Mr. Dorsey.  For a general algorithm, yes.  But it gets a

3024   lot more complicated.

3025      Mr. Johnson.  I know it gets a lot more complicated than

3026   that and I am going to get into the complication.  You know,

3027   there's -- I am a software engineer by trade and I've written

3028   thousands and thousands of algorithms.

3029      There's as much art that goes into writing an algorithm as

3030   there is science.  Would you agree with that?

3031      Mr. Dorsey.  I agree with that.

3032      Mr. Johnson.  So and, essentially, there's a part of the

3033   heart of the algorithm writer that's writing that algorithm,

3034   correct?

EXHIBIT Q-2

3035          Mr. Dorsey.  In --

3036          Mr. Johnson.  I mean, if you have got a painter -- if you

3037     got -- if you put 10 painters in 10 different rooms and say, paint

3038     me a picture of a tree, you're going to get Charlie Brown's

3039     Christmas tree in one room.

3040          You're going to get a tree with an oak tree and a swing and

3041     grass underneath it.  You're going to get 10 different pictures

3042     of a tree.  If you ask 10 software engineers to develop you an

3043     algorithm you're going to get 10 different solutions to solve

3044     that problem, right?

3045          Mr. Dorsey.  Which is why testing is so important because

3046     we are looking for other algorithms.

3047          Mr. Johnson.  Which is why testing is so important.  What

3048     kind of testing do you guys do with your algorithms to make sure

3049     that that innate bias that's inevitable because you -- it's

3050     already been admitted that Twitter has got bias in your algorithms

3051     because you have acknowledged that and you have tried to correct

3052     it.

3053          So how do you go about weeding out that innate bias?  Do

3054     you do any peer reviews of your algorithms before you -- before

3055     you send them to production?

3056          Mr. Dorsey.  We do do those internally, yes.

EXHIBIT Q-2

3057        Mr. Johnson.  Well, can't you -- can't you modify your

3058    algorithms, especially in this age of artificial intelligence

3059    to be more intelligent in identifying and alerting on specific

3060    things?

3061        I mean, we got -- in the automotive industry today we've

3062    got artificial intelligence in automobiles that doesn't just tell

3063    you that there's in front of you.  It actually puts the brakes

3064    on.  It takes some action and it's instantaneous because it saves

3065    lives.

3066        Is it unreasonable to think that Twitter could not modify

3067    its algorithms to hit on illegal drug sales, on violent

3068    terminology, and those kinds of things and make faster alerts

3069    to stop some of this?

3070        Mr. Dorsey.  Not unreasonable at all.  It's just a matter

3071    of work and doing the work and that is our focus.

3072        Mr. Johnson.  Okay.  Well, I would submit to you that you

3073    need to do that work and you need to get to it pretty quick.

3074        Let me ask you another quick question.  The trending topics

3075    list is a -- is an important issue and I want to understand that

3076    one.  Can you -- can you tell me how a topic is determined to

3077    be trending?  Give me some specific -- what's it based on?

3078        Mr. Dorsey.  Well, so in a tweet when you use a particular

EXHIBIT Q-2

3079    key word or hashtag, when the system notices that those are used

3080    en masse in aggregate, it recognizes that there's a velocity shift

3081    in the number of times people are tweeting about a particular

3082    hashtag or trend and it identifies those and then puts them on

3083    that trending topic list.

3084         Now, there is a default setting where we personalize those

3085    trending topics for you and that is the default.  So when you

3086    first come on to Twitter, trending topics are personalized to

3087    you and it's personalized based on the accounts you follow and

3088    how you engage with tweets and what not.

3089         Basically, you know, we could show you all the trending

3090    topics happening in the world but not all of them are going to

3091    be relevant to you.  We take the ones that are relevant to you

3092    and rank them accordingly.

3093         Mr. Johnson.  So it's trending based on what's relevant to

3094    you, essentially?

3095         Mr. Dorsey.  Correct.

3096         Mr. Johnson.  Okay.  My time is up.  But let me just say

3097    this, and I said this to Mr. Zuckerberg.  You know, in the absence

3098    of massive federal regulations telling you guys how to do your

3099    business, the responsibility bar goes really, really high.

3100         And I think, coming back to what Mr. Griffith says, I think

EXHIBIT Q-2

3101    you guys need to look at an outside entity of some sort to help

3102    you bounce off ideas of how to address this stuff before legal

3103    or market forces drive you to a place that you're not going to

3104    want to go.

3105        The Chairman.  The gentleman's time has expired.

3106        Mr. Johnson.  I yield back.

3107        The Chairman.  The chair now recognizes the gentleman from

3108    New York, Mr. Tonko, for four minutes.

3109        Mr. Tonko.  Thank you, Mr. Chair, and thank you, Mr. Dorsey,

3110    for all the time you have given the committee.

3111        I want to echo my dismay that our Republican colleagues have

3112    chosen to hold this hearing to rile up their base and give credence

3113    to unsupported conspiracies when there are real issues here that

3114    run to the heart of our civic life that deserve our immediate

3115    attention.

3116        It is unfortunate and a missed opportunity on behalf of our

3117    majority.

3118        Mr. Dorsey, I know that Twitter has said it is taking steps

3119    to help make political advertising more transparent on the

3120    platform and is now working to do something similar with issue

3121    ads.

3122        Unfortunately, looking at Twitter today, I am concerned that

EXHIBIT Q-2

3123    even for political ads you haven't made anything clear necessarily

3124    to consumers.  On some platforms, and Facebook for an example,

3125    if a user visits a political or politician's website, that user

3126    can immediately see all the advertisement that she or he has

3127    purchased on the platform.

3128        On Twitter, I have to find a separate resource -- the ads

3129    transparency center -- and then search for the politician to see

3130    what promotion she or he purchased in the past.  It is, indeed,

3131    difficult to find and seems ill advised, particularly when your

3132    competitors are doing it differently and perhaps better.

3133        So did Twitter do any research regarding how best to make

3134    election advertising information available to its consumers?

3135        Mr. Dorsey.  We did do some research.  But this is not a

3136    stopping point for us.  So we want to continue to make ad

3137    transparency something that is meeting our customers where they

3138    are so that it is relevant so it's easy to get to.

3139        We did some things a little bit differently.  We have

3140    launched the issue ad feature of the ad transparency as well.

3141     But we also enabled anyone, even without a Twitter account, to

3142    search Twitter ads to see who is behind them and also the targeting

3143    criteria that are used.

3144        Mr. Tonko.  Thank you.  And have you kept any statistics

EXHIBIT Q-2

3145    that you can share with this committee today about how often

3146    average consumers even searched the ads transparency center?

3147         Mr. Dorsey.  We do keep statistics and track usage of all

3148    of our products.  We can certainly follow up with your office

3149    to give you some relevant information.

3150         Mr. Tonko.  Thank you.  And I know that you said this is

3151    not a stopping point -- that you're still exploring -- but why

3152    is it that it appears that you're making it harder for Americans

3153    to see who's trying to influence them?

3154         Mr. Dorsey.  That's not our intention and, you know, we do

3155    know we need to make -- do a lot more work to meet people where

3156    they are, and in the interface there's just some design choices

3157    that we need to make in order to do this the right way.

3158         Mr. Tonko.  What's more, it seems that political advertising

3159    information that Twitter makes available only shows

3160    advertisements served in the past seven days.  Is that correct?

3161         Mr. Dorsey.  I don't -- I am not aware right now of the

3162    constraints on it.  But we'll follow up with you.

3163         Mr. Tonko.  Okay.  But if that is correct, that seems vastly

3164    insufficient, given that political campaigns in the U.S. last

3165    months, if not years.

3166         So, Mr. Dorsey, why doesn't your platform reflect that

EXHIBIT Q-2

3167          insight and disclose political advertising beyond seven days if

3168          that, indeed, is the time frame?

3169               Mr. Dorsey.  We'll look into that.

3170               Mr. Tonko.  Okay.  I appreciate that immensely, and I thank

3171          you.

3172               And I yield back, Mr. Chair, the balance of my time.

3173               The Chairman.  I thank the gentleman.

3174               We now go to the gentleman from Missouri, Mr. Long, for four

3175          minutes.

3176               Mr. Long.  Thank you, Mr. Chairman, and thank you, Mr.

3177          Dorsey, for being here.

3178               I think it's pretty easy to understand why you have been

3179          as successful as you have because your mannerisms today, your

3180          decorum -- a lot of people come into these hearings and they

3181          practice and they coach them and they tell them how to act.  It's

3182          obvious that no one did that for you.

3183               You are who you are and that shows today and I think that

3184          that has a lot to do with how successful you have been.  So thank

3185          you for your time and being here today.

3186               Mr. Dorsey.  Thank you.

3187               Mr. Long.  I do have a couple of questions.  Mr. Bilirakis

3188          asked you about Moments.  I am not sure exactly what Moments are

EXHIBIT Q-2

3189     but when my staff got a hold of me couple days ago they said,

3190     well, what do you want to ask Mr. Dorsey -- where do you want

3191     to take this -- what direction -- do a little research.

3192         And I just -- you know, off the top of my head I said, well,

3193     let me send you some stuff so I started shooting them emails,

3194     and these are emails that I received -- they're called highlights,

3195     as you're familiar with -- daily highlights to my personal Twitter

3196     account about the most interesting content from Twitter that is

3197     tailored just for me.

3198         And when we are talking about impartiality and, you know,

3199     somebody said the Republicans are all full of conspiracy theories

3200     over here, I just want you to -- you know, you're a thoughtful

3201     guy.  I just want you to take into consideration what I am going

3202     to say and do with it what you want to.

3203         But if you're saying hey, we are impartial -- we really are

3204     -- this, that and the other, out of the -- I pulled -- I just

3205     started firing off emails to my lege director and I sent him eight

3206     -- excuse me, 14 emails of highlights that were sent to me just

3207     in the last few days and I guess, I don't know, it might have

3208     been over 14 days -- I don't know how often you send them.

3209         But there's six highlighted tweets per email.  So that's

3210     a total of 84 recent examples that you all picked out and said

EXHIBIT Q-2

3211   hey, this conservative congressman from Missouri -- and thank

3212   goodness you're a Cardinal fan -- but and you being from Missouri

3213   -- but this conservative congressman that we found out what this

3214   guy wants to read and here it is.

3215        Twelve of them of the 84 were from Glenn Thrush, reporter

3216   for the New York Times; Maggie Haberman -- you sent me nine from

3217   her -- White House correspondent for the New York Times, political

3218   analyst for CNN; Chris Cillizza, political commentator for CNN;

3219   David Frum, senior editor at The Atlantic and MSNBC contributor;

3220   Nicole Wallace, current anchor of Deadline White House and chief

3221   political analyst for MSNBC and NBC News; Sam Stein, former

3222   political editor of the Huffington Post, politics editor at the

3223   Daily Beast and MSNBC contributor; Rep. Eric Swalwell, Democratic

3224   congressman from California's 15th District; Robert Costa,

3225   national political reporter for the Washington Post, a political

3226   analyst for NBC News and MSNBC; Kaitlan Collins, White House

3227   correspondent for CNN; Michael Schmidt, New York Times

3228   correspondent and contributor to MSNBC and NBC; Tommy Vietor,

3229   former spokesman for President Obama; David Corn, MSNBC analyst

3230   and author of the "Russian Roulette" book; Kasie Hunt, NBC News

3231   correspondent, host of MSNBC Show; Richard Painter, commentator

3232   on MSNBC and CNN, outspoken critic of Trump; David Axelrod,

EXHIBIT Q-2

3233   commentator for CNN, former chief strategist for Obama's

3234   campaign, senior advisor to Obama.

3235        I did not cherry pick these.  Here's a Republican -- a former

3236   Republican.  I am not sure what he is now.  But you did send me

3237   one from Bill Kristol, founder and editor of the "At Large Weekly"

3238   and a vocal supporter and a never Trumper guy, and you did send

3239   me another one from Fox News -- I will put that in there -- Brit

3240   Hume, senior political analyst for Fox News channel.

3241        I want to submit these for the record so you can peruse them

3242   at your leisure.  That's the only two I remember being Republican

3243   -- Kristol -- and out of 84 they were handpicked, tailored for

3244   me because they know what I want to read. But Glenn Thrush, Chris

3245   Cillizza -- it just goes on and on.

3246        I have, I guess, 14 pages of them here, and they're all pretty

3247   much Trump bashing.  They're all pretty much Trump bashing.  I

3248   mean, if you just go right down the line, one after another.

3249        So just, if you will, take that into consideration and,

3250   again, I do -- and I think that there was a fake news tweet sent

3251   out yesterday by a guy that was sitting here earlier and he's

3252   not here anymore.

3253        John Gizzi -- reporter John Gizzi sent out a fake news tweet

3254   yesterday.  He said he was headed to the Nationals' park -- that

EXHIBIT Q-2

3255      he was going to watch them beat the Cardinals.  That was fake

3256      news.

3257          [Laughter.]

3258          I yield back.

3259          Mr. Dorsey.  Thank you.  It doesn't sound like we served

3260      you well in matching your interests.

3261          Mr. Duncan.  [Presiding.]  The gentleman's time has

3262      expired.

3263          The chair will recognize Ms. Schakowsky.

3264          Ms. Schakowsky.  Thank you, Mr. Chairman.

3265          So while you have been sitting here all day -- we appreciate

3266      that -- according to the Wall Street Journal, the Justice

3267      Department to examine whether social media giants are, quote,

3268      "intentionally stifling," some viewpoints, and it quotes the

3269      president.

3270          It says that in an interview Wednesday morning with the Daily

3271      Caller, Mr. Trump accused social media companies of interfering

3272      in elections in favor of Democrats -- quote, "The truth is they

3273      were all on Hillary Clinton's side," he said.

3274          Would you agree with that characterization by the -- by the

3275      president?

3276          Mr. Dorsey.  No.

EXHIBIT Q-2

3277        Ms. Schakowsky.  The other thing it says in this article

3278    is that they expressed -- referring to the -- I guess it's in

3279    the Senate -- they expressed contrition for allowing their

3280    platform to be abused in the past while pledging to make --

3281    protecting the system from -- the system during the 2018 mid-term

3282    elections a priority.

3283        First of all, I just want to say about contrition, we heard

3284    from Facebook's CEO, Mr. Zuckerberg, one example after another

3285    after another through the years -- you haven't been there that

3286    long, Twitter -- of contrition.  We are sorry, we are sorry, we

3287    are sorry.

3288        But even today, if I had listed well, we made a mistake --

3289    we are going to do better, et cetera.

3290        So, first let me ask you, what are you going to do to make

3291    sure that the election is not in some way influenced by foreign

3292    governments in an inappropriate way?

3293        Mr. Dorsey.  Well, this is -- this is our number-one priority

3294    in our information quality efforts --

3295        Ms. Schakowsky.  I hear that.

3296        Mr. Dorsey.    -- and our broader health and we have benefited

3297    from learning from recent elections like the Mexican election

3298    and were able to test and refine a bunch of that work accordingly.

EXHIBIT Q-2

3299          So we are doing a few things.  First, we are opening portals

3300     that allow partners and journalists to report anything suspicious

3301     that they see so that we can take much faster action.

3302          Second, we are utilizing more technology to identify where

3303     people are trying to artificially amplify information to steer

3304     or detract the conversation.

3305          Third, we have a much stronger partnership with law

3306     enforcement and federal law enforcement to make sure that we are

3307     getting a regular cadence of meetings that we are seeing more

3308     of the trends going on and that we can understand intent behind

3309     these accounts and activities so we can act much faster as well.

3310          Ms. Schakowsky.  Well, I appreciate that because that's

3311     where the emphasis ought to be.  I have to tell you, the president

3312     and the Republicans have concocted this idea of a supposed

3313     anti-conservative bias to, it seems to me, distract from the fact

3314     that the -- that their majority has absolutely done nothing to

3315     prevent foreign governments from using social media platforms

3316     to spread misinformation, and if we don't do that then I think

3317     our democracy itself is actually at stake.

3318          But also, in terms of your motives, Mr. Dorsey, the majority

3319     of Twitter's revenue comes from selling advertising on the

3320     platform, right?

EXHIBIT Q-2

3321          Mr. Dorsey.  Correct.

3322          Ms. Schakowsky.  And Twitter is a for-profit

3323    publicly-traded company.  Is that right?

3324          Mr. Dorsey.  Correct.

3325          Ms. Schakowsky.  And generally speaking, businesses,

3326    political campaigns, and other advertisers choose to advertise

3327    on Twitter because Twitter promises to deliver targeted

3328    highly-engaged audience.  Is that agree -- is that what you'd

3329    say?

3330          Mr. Dorsey.  Correct.

3331          Ms. Schakowsky.  So you actually said that you are

3332    incentivized -- it says Twitter is incentivized to keep all voices

3333    on the platform.  Is that correct?

3334          Mr. Dorsey.  No.  That is where we need to make sure that

3335    we are questioning our own senses but also we understand that

3336    making health our top and singular priority means that we are

3337    going to be removing accounts and we have done so.

3338          Ms. Schakowsky.  Okay.  I am quoting, actually -- that you

3339    said from a business perspective Twitter is incentivized to keep

3340    all voices on the platform.

3341          Mr. Dorsey.  Oh.  All perspectives.  But I thought you

3342    meant more the accounts.  But we do want to make sure that we

EXHIBIT Q-2

3343   are -- you know, we believe we are used as a public square for

3344   people and that all perspectives should be represented.

3345        Ms. Schakowsky.  Thank you, and thank you for being here.

3346        Mr. Dorsey.  Thank you.

3347        Mr. Duncan.  The gentlelady's time has expired.  The chair

3348   will recognize the gentleman from Indiana, Mr. Bucshon.

3349        Mr. Bucshon.  Thank you.  Thank you, Mr. Dorsey, for being

3350   here.

3351        I just want to say I don't think -- I don't see this as

3352   particularly partisan.  The hearing, I think, is completely

3353   appropriate and relevant to the American people across political

3354   ideology.

3355        I would respectfully disagree with my Democrat colleagues

3356   and some of the comments they've made and I would just like to

3357   say this.

3358        Ironically, in my view, they're the ones most likely to want

3359   heavy-handed government intervention into your industry and I

3360   would argue that people like me, Republicans, are trying to help

3361   you avoid it.  So take that for what it's worth.

3362        You know, you have implied and you have said that Twitter

3363   is taking all these different actions to improve all the things

3364   that you're doing as it relates to algorithms and other things.

EXHIBIT Q-2

3365

3366        What's your time line?  And I know you have said that this

3367    is an ongoing process, right.  You're never going to -- you're

3368    not going to get a checkered flag, right.  But what's your time

3369    line for getting some of this really done?

3370        Mr. Dorsey.  We want to move as fast as possible, and I know

3371    that's a frustrating answer because it's really hard to predict

3372    these outcomes and how long they may take.

3373        But it is our singular objective as a company in terms of

3374    improving the -- increasing the health of the public square that

3375    we are hosting.

3376        Mr. Bucshon.  Yes.  Thank you.

3377        So how do -- is there any way that users and third parties

3378    can verify whether or not their political standards or judgments

3379    are embedded accidentally into Twitter's algorithms?

3380        I mean, I guess I am asking is are your algorithms publicly

3381    available for independent coders to assess whether there is bias,

3382    whether it's intended or unintended?

3383        Mr. Dorsey.  Not today.  But that is a -- that is an area

3384    we are looking at and we'd love to be more open as a company

3385    including our algorithms and how they work.

3386        We don't yet know the best way to do that.  We also have

EXHIBIT Q-2

3387   to consider in some cases when we are more clear about how our

3388   algorithms work it allows for gaming of the system, so people

3389   taking advantage of it.

3390        Mr. Bucshon.  Yes.

3391        Mr. Dorsey.  So we need to be cognizant of that, and it's

3392   not a blocker by any means.

3393        Mr. Bucshon.  Oh, I understand.

3394        Mr. Dorsey.  We'd love for it to be open.  But that's the

3395   big -- that's a big understanding that we need to -- we need to

3396   understand how to correct.

3397        Mr. Bucshon.  Yes, I totally get that.  I could see where

3398   if the algorithms were there, then smart people are going to find

3399   ways to subvert that, right.  And there's some -- probably some

3400   proprietariness there that you may have a competitor in the future

3401   named something else and you don't want your processes out there.

3402    I totally respect that.

3403        Mr. Dorsey.  Although this is an area we don't want to

3404   compete.  We do not want to compete on health.  We want to share

3405   whatever we find.

3406        Mr. Bucshon.  Okay.  And I think many people have said, you

3407   know, all of us, whether we know it or not, have some inherent

3408   biases based on where we grew up, what our background is, what

EXHIBIT Q-2

3409     our life experiences are.

3410         So I am kind of -- I am really interested in how you recruit,

3411     you know, to your company, because I think -- I mean, obviously,

3412     the tech industry has had some criticism about its level of

3413     diversity.

3414         But I think it would be important to kind of get your feel

3415     for if you're going to have -- if you're going to avoid group

3416     think and you're creating algorithms, how do you -- how do you

3417     recruit and -- I mean, you're not going to ask somebody, hey,

3418     are you pro-Trump or against Trump.

3419         I get that, right.  But you want to have -- I would argue

3420     you want to have people from everywhere, different races, men,

3421     women, different political view, because our -- my impression

3422     is is, like, diversity is, in some respects, in certain industries

3423     fine as long as it's not political diversity.

3424         So how do you -- can you give me a sense of how you kind

3425     of build the team?

3426         Mr. Dorsey.  Yes.  This is an active conversation within

3427     the company right now.  We recognize that we need to decentralize

3428     our workforce out of San Francisco.  Not everyone wants to be

3429     in San Francisco.  Not everyone wants to work in San Francisco.

3430      Not everyone can afford to even come close to living in San

EXHIBIT Q-2

3431    Francisco and it's not fair.

3432    So we are considering ways of how we hire more broadly across

3433    every geography across this country and also around the world

3434    and being a lot more flexible.  It's finally the case that

3435    technology is enabling more of that and we are really excited

3436    about this and I am personally excited to not consider San

3437    Francisco to be a headquarters but to be a more distributed

3438    company.

3439    Mr. Bucshon.  Yes.  I just want to say I think it's very

3440    important to make sure that companies like yours do get a variety

3441    of perspectives within your employee base.

3442    Thank you.

3443    Mr. Dorsey.  I agree.

3444    Mr. Bucshon.  Thanks for being here.

3445    Mr. Dorsey.  Thank you.

3446    Mr. Duncan.  The chair will recognize the gentleman from

3447    California, Mr. Ruiz, for four minutes.

3448    Mr. Ruiz.  Mr. Dorsey, you have had a long day.  You're in

3449    the home stretch.

3450    So thank you for being with us today.  I am glad my colleagues

3451    on this side of the aisle have been focussing on the issues that

3452    are very important to our democracy and how we combat foreign

EXHIBIT Q-2

3453     influences and bots and harassment and other challenges on your

3454     platform.

3455         I would like to take a step back and look more precisely

3456     at the makeup of Twitter's users and I am not sure we or even

3457     possibly you have a true understanding of who is really using

3458     your services and your website.

3459         So as you have said previously, the number of followers an

3460     account has is critically important, both in terms of the

3461     prominence of an account but also the ranking of algorithms that

3462     push content to users.

3463         So when tens of thousands of new accounts created every day

3464     both real and fake and by humans and bots alike, I am concerned

3465     about the accuracy of those numbers we are using here today and

3466     the implications those numbers have.

3467         So you have said that 5 percent of your accounts are false

3468     or spam accounts.  Is that correct?

3469         Mr. Dorsey.  Correct.

3470         Mr. Ruiz.  Okay.  And is that -- how do you measure that?

3471     Is that at any one time or is that over the course of any one

3472     year?  How did you come to the conclusion of 5 percent?

3473         Mr. Dorsey.  Yes.  We have various methods of

3474     identification, most of them automations and machine learning

EXHIBIT Q-2

3475        algorithms to identify these in real time, looking at the

3476        behaviors of those accounts and --

3477            Mr. Ruiz.  So that's how you identify which ones are false.

3478         But how did you come up with the 5 percent estimate of total

3479        users are fake?

3480            Mr. Dorsey.  Well, it's 5 percent, we believe, are taking

3481        on spammy like behaviors, which would indicate an automation or

3482        some sort of coordination to amplify information beyond their

3483        earned reach.

3484            So we are looking at behaviors and that number --

3485            Mr. Ruiz.  So you just take that number versus the total

3486        number of users?

3487            Mr. Dorsey.  The total -- the total active, and that number

3488        has remained fairly consistent over time.

3489            Mr. Ruiz.  Okay.  In 2015, you reported that you had 302

3490        million monthly active users on your platform.  In 2016, it was

3491        317 million monthly active users.  In 2017, 330 million, and in

3492        2018 you said 335 million monthly active users.

3493            How do you define monthly active users?

3494            Mr. Dorsey.  It's someone who engages with the service

3495        within the month.

3496            Mr. Ruiz.  So is that somebody who tweets or somebody who

EXHIBIT Q-2

3497    retweets or somebody who just logs in?

3498         Mr. Dorsey.  Someone who just logs in.

3499         Mr. Ruiz.  Okay.  And is it 5 percent of those yearly numbers

3500    that you believe to be spam of the -- somebody who just simply

3501    logs in?

3502         Mr. Dorsey.  Yes, who are taking on spam like behaviors or

3503    spam like threats.

3504         Mr. Ruiz.  And has the 5 percent been consistent over the

3505    years?

3506         Mr. Dorsey.  It has been consistent.

3507         Mr. Ruiz.  Okay.  So we have heard reports of hundreds of

3508    Twitter accounts run by just one person.  It's my understanding

3509    that each of those accounts are counted as separate monthly active

3510    users.  Is that correct?

3511         Mr. Dorsey.  Correct.

3512         Mr. Ruiz.  Okay.  Good.  So my concern with these questions

3513    is that the number of followers an account has, which is,

3514    obviously, comprised of the subset of those 335 million Twitter

3515    users, is an incredibly important metric to your site and one

3516    you even said this morning in front of the Senate presented too

3517    much of an inventive for account holders.

3518         Based on what we've heard, though, it appears that the number

EXHIBIT Q-2

3519   of followers may not be an accurate representation of how many

3520   real people follow any given account.

3521   For example, last year Twitter added, roughly, 13 million

3522   users but early today you said you are flagging or removing 8

3523   to 10 million per week.

3524   How can we be confident the 5 percent fraudulent account

3525   number you are citing is accurate?

3526   Mr. Dorsey.  Well, we -- we are constantly updating our

3527   numbers and our understanding of our system and getting better

3528   and better at that.  We do see our work to mitigate --

3529   Mr. Ruiz.  Before we end the time, I am going to ask you

3530   one question and you can submit the information, if you don't

3531   mind, and that's basically in medicine or any screening utility

3532   -- I am a doctor -- for any screening utility we use a specificity

3533   and sensitivity and that just measures how well your methodology

3534   works.  And the higher specificity the lower false positive you

3535   have.  The higher sensitivity the lower false negatives that you

3536   have.

3537   In this case, you can see the different arguments is how

3538   many false positives versus how many false negatives.  We are

3539   concerned that you're going to have false negatives with the

3540   Russian bots.

EXHIBIT Q-2

3541          Some are concerned that your false positive you're taking

3542     out people that legitimately should be on there.

3543          So if you can report to us what those specificity and

3544     sensitivity of your mechanism in identifying bots, I would really

3545     appreciate that.  That will give us a sense of where your

3546     strengths are and where your weaknesses are.

3547          Mr. Dorsey.  Thank you.

3548          Mr. Duncan.  Point's well-made and the gentleman's time has

3549     expired.

3550          The chair will go to Mr. Flores from Texas.

3551          Mr. Flores.  I thank you, Mr. Chair, and I appreciate, Mr.

3552     Dorsey, you showing up to help us today.

3553          If you don't mind, I am going to run through a bunch of

3554     questions it will take and ask Twitter to supplementally ask those

3555     later -- or excuse me, answer those later, and then I have a

3556     question or two at the close that I would like to try to get asked.

3557          Our local broadcasters provide a valuable service when it

3558     comes to emergency broadcasting or broadcasting of different

3559     events that happen.  You heard Mr. Burgess earlier talk about

3560     the TV station that was attacked this morning and the first notice

3561     he got was on Twitter.

3562          So my question is this.  Should Twitter be considered a

EXHIBIT Q-2

3563    trusted advisor in the emergency alerting system and how do you

3564    manage the intentional or unintentional spread of misinformation

3565    or abuse by bad actors on this platform during times of emergency?

3566     And you can supplementally answer that, if you would.

3567         And then the next question is -- this has to do with free

3568    speech and expression -- does Twitter proactively review its

3569    content to determine whether a user has violated its rules or

3570    is it only done once another user voices the concerns.

3571         And the next question is do you have a set of values that

3572    Twitter follows when it makes decisions about flagged content

3573    or is it done on a case by case basis and which individuals at

3574    Twitter make judgement calls.

3575         The next one has to do with how do you -- this is a conceptual

3576    question I would like you to try to answer, and that's how do

3577    you balance filtering versus -- and moderating versus free speech?

3578

3579         I mean, there's always this tenuous balance between those

3580    two.  So if you could, I would like to have you respond to that.

3581         Then we need some definition.   This is an oversight hearing.

3582     We are not trying to legislate.  We are just trying to -- and

3583    not trying to get into fights -- we are just trying to get --

3584    to learn about this space.

EXHIBIT Q-2

3585        And so I would like to have Twitter's definitions of

3586    behavior, Twitter's definition of hateful conduct, Twitter's

3587    definition of low quality tweets.

3588        I would like to -- an explanation of the abuse reports

3589    process, and also you said you had signals for ranking and

3590    filtering.  I would like to know how that process works, if we

3591    can.

3592        I would like to know more about the Trust and Safety Council,

3593    how it works, and its membership -- some of that's publicly

3594    available, some of it's not -- and then the Twitter definition

3595    of suspicious activity.

3596        And here's the question I have in the last minute that I

3597    have that I would like you to respond to.  A lot of the social

3598    media space has been through some tumultuous times over the past

3599    18 to 24 months, and so my question is this.

3600        If we were to have a hearing a year from now, what would

3601    be the three biggest changes that Twitter has made that you would

3602    share with Congress?

3603        Mr. Dorsey.  That's an excellent question.  So I believe,

3604    first and foremost, we see a lot of progress on increasing the

3605    health of public conversation.

3606        Second, I believe that we have reduced a bunch of the burden

EXHIBIT Q-2

3607       that a victim has to go through in order to report any content

3608       that is against them or silencing their voice or causing them

3609       to not want to participate in the public space in the first place.

3610            And then third, we have a deeper understanding of the

3611       real-world effects off platform of our service both to the broader

3612       public and also to the individual as well, and those are things

3613       that I think we can and will make a lot of progress on, the latter

3614       one being probably the hardest to determine.  But I think we are

3615       going to learn a lot within these 2018 elections.

3616            Mr. Flores.  Okay.  I thank you for your responses and I

3617       know you have got team people back there that took good notes

3618       on the other ones that I left for supplemental disclosure.

3619            Thank you.  I yield back.

3620            Mr. Costello.  [Presiding.]  Yields back.

3621            The gentleman from Illinois, Mr. Rush, is recognized for

3622       four minutes.

3623            Mr. Rush.  Mr. Dorsey, I certainly want to thank you for

3624       being here and for really enduring this marathon of questions.

3625            I want to go back to the beginning of this hearing where

3626       Mr. Pallone discussed the need for an independent third party

3627       institute to conduct a civil rights audit of Twitter and I am

3628       not sure of your answer.  It was kind of vague to me.

EXHIBIT Q-2

3629        So I ask the question, are you willing to commit to or are

3630    you saying that Twitter will consider Mr. Pallone's request?

3631    Is that a commitment or is that just a consideration?

3632        Mr. Dorsey.  Yes.  We are -- we are willing to commit to

3633    working with you and staff to understand how to do this best in

3634    a way that is -- that is actually going to show what we can track

3635    and the results.

3636        But I think that is a dialogue we need to have.

3637        Mr. Rush.  Thank you.

3638        Chicago is experiencing an epidemic of violence particularly

3639    as it relates to our young people and Facebook has already been

3640    confirmed as an asset that is being used by some of these young

3641    people to commit violence.

3642        And my question to you, are you aware of where Twitter was

3643    used to organize or perpetuate any form of street violence

3644    anywhere in the nation and, certainly, in Chicago?

3645        Mr. Dorsey.  We do look at cases and reports where people

3646    are utilizing Twitter and coordinating in terms of having

3647    off-platform violence.

3648        We do have a violent extremist group policy where we do look

3649    at off-platform information to make judgments.

3650        Mr. Rush.  And is there an automatic process for the removal

EXHIBIT Q-2

3651   of such posts?

3652        Mr. Dorsey.  Yes.  There is a reporting process.  But,

3653   again, it does require right now for removal of the post a report

3654   of the violation.

3655        Mr. Rush.  So are they removed, though?

3656        Mr. Dorsey.  Sorry?

3657        Mr. Rush.  Are they removed?

3658        Mr. Dorsey.  How many have been removed?  We --

3659        Mr. Rush.  No.  Have you removed any?

3660        Mr. Dorsey.  Have we removed any?  We do often remove

3661   content that violates our terms of service.  We have a series

3662   of enforcement actions that ranges from a warning to temporary

3663   suspension and removal of the offending tweet all the way to a

3664   permanent suspension of the -- of the account.

3665        Mr. Rush.  All right.  In that regard, do you also have any

3666   authoritative actions that you have taken to inform local police

3667   departments of these kind of activities?

3668        Mr. Dorsey.  We do -- we do have partnerships with local

3669   enforcement and law enforcement agencies all over the world and

3670   we do inform them as necessary.

3671        Mr. Rush.  All right.  Let me ask you one other final

3672   question here.  I want to switch.  Your legal and policy chief

EXHIBIT Q-2

3673   told Politico yesterday, and I quote, "There is not a blanket

3674   exception for the president or anyone else when it comes to abusive

3675   tweeting."

3676       Do you consider President Trump's tweets to be abusive or

3677   harmful at all?

3678       Mr. Dorsey.  We hold every account to the same standards

3679   in the consistency of our enforcement.  We do have a clause within

3680   our terms of service that allows for public interest and

3681   understanding of public interest per tweet and, you know, we

3682   definitely weigh that as we consider enforcement.

3683       Mr. Rush.  Mr. Chairman, my time is --

3684       Mr. Costello.  Yes.

3685       Mr. Pallone.  Mr. Chairman, I seek unanimous consent to

3686   submit a statement for the record on behalf of our colleague,

3687   Representative Anna Eshoo of California.

3688       Mr. Costello.  Without objection.

3689       [The information follows:]

3690

3691   **********COMMITTEE INSERT 6**********

EXHIBIT Q-2

3692        Mr. Costello. The gentlelady from Indiana, Mrs. Brooks, is

3693    recognized for four minutes.

3694        Mrs. Brooks.   Thank you, and thank you, Mr. Dorsey, for being

3695    here today and for sitting through an entirely very long day of

3696    a lot of questions.

3697        And I want to share with you and stay a little bit on the

3698    public safety angle.   In 2015, I was very pleased because we got

3699    signed into law the Department of Homeland Security Social Media

3700    Improvement Act bill and this group has been meeting, which I

3701    am pleased that they organized and have been meeting.

3702        They've issued about three different reports and actually

3703    one of the reports is focused on highlighting countering false

3704    information and disasters and emergencies.

3705        Another one focuses on best practices of incorporating

3706    social media into their exercises -- public safety exercise all

3707    the time, and then how do they operationalize social media for

3708    public safety.

3709        I would be curious whether or not you and your team, A, if

3710    you even knew anything about this group and whether or not you

3711    and your team might be willing to assist this group.

3712        While I recognize that you have contacts around the globe,

3713    there actually is a group -- a public safety social media group

EXHIBIT Q-2

3714    that's very focussed on this and I think we need to have better

3715    interaction between the social media platforms and organizations

3716    and the public safety community so they can figure this out.

3717        Is that something you might be willing to consider?

3718        Mr. Dorsey.  Yes.  I was not aware of it, honestly, but I

3719    am sure my team is and we'll definitely consider.

3720        Mrs. Brooks.  Thank you.

3721        I am curious, and I asked Mr. Zuckerberg this when he appeared

3722    before us -- with respect to the terrorism groups and the extremist

3723    groups that you monitor and that you take down -- and I have seen

3724    reports that in a short period of time, July of 2017 to December

3725    of 2017, you actually took down 274,460 Twitter accounts in a

3726    six-month period relative to promoting terrorism, and so that's

3727    a -- seems like a very large number of accounts and I am afraid

3728    that people believe that it's not happening.  We don't hear about

3729    it as much.

3730        Can you -- and I understand that you have worked with Google,

3731    YouTube, Facebook, and others to create a shared database of

3732    prohibited videos and images.  But we don't hear anything about

3733    that either.  Is this database still in use?  Are you all still

3734    working together and collaborating?

3735        Mr. Dorsey.  Yes.  We are still working together and this

EXHIBIT Q-2

3736    is a very active collaboration and a lot of, you know, the work

3737    we've been doing over years continues to bear a lot of fruit here.

3738         But we are happy to send to the committee more detailed

3739    results.  We do have this in our transparency report.

3740         Mrs. Brooks.  And I was going to ask, the transparency report

3741    -- and you have talked about that a few times -- it's not done

3742    yet.  Is that right?

3743         Mr. Dorsey.  It's not finished yet for actions upon content

3744    in accounts that have to do with our health aspects.  It is for

3745    terrorism accounts.

3746         Mrs. Brooks.  It is finished there.  All of these questions

3747    that you have gotten, and there have been a lot of things, can

3748    we expect that a lot of these things might be in that transparency

3749    report that people have been asking you about?

3750         Mr. Dorsey.  Yes.  The first step is to figure out what is

3751    most meaningful to put in there.  So, really, designing the

3752    document so that people can get meaningful insight in terms of

3753    how we are doing and what we are seeing and what we are dealing

3754    with, and then we need to aggregate all that data.

3755         So we are in the early phases of designing this document

3756    and how we are thinking about it.  But we'd like to move fast

3757    on it because we do believe it will help earn trust.

EXHIBIT Q-2

3758        Mrs. Brooks.  Well, and certainly from a public safety

3759    perspective you can't and shouldn't divulge everything that you

3760    do relative to helping keep us safe.

3761        And while I appreciate that it is very important to have

3762    an open dialogue and to have the -- as much information as possible

3763    in the conversation in the public square.

3764        I, certainly, hope that your work with law enforcement --

3765    we need to make sure the bad guys don't understand what you're

3766    doing to help us.

3767        And so I thank you and look forward to your continued work

3768    in this space.

3769        Mr. Dorsey.  Thank you so much.

3770        Mrs. Brooks.  Thank you.

3771        The Chairman.  [Presiding.]  The gentlelady's time has

3772    expired.

3773        The chair now recognizes the gentleman from Pennsylvania,

3774    Mr. Costello, for four minutes.

3775        Mr. Costello.  Thank you.

3776        Mr. Dorsey, in your testimony you identified a handful of

3777    behavioral signals but you noted Twitter uses thousands of

3778    behavioral signals in your behavioral-based ranking models.

3779        Could you provide the committee with a complete accounting

EXHIBIT Q-2

3780    of all of these signals?

3781        Mr. Dorsey.  We -- a lot of those signals are changing

3782    constantly.  So even if we present one today it might change

3783    within a week or within a month.

3784        The point is that it's not a thousand behavioral signals.

3785     It's a thousand decision-making criteria and signals that the

3786    algorithms use.

3787        And I don't mean exactly a thousand -- it could be hundreds,

3788    it could be thousands -- they all vary -- to actually make

3789    decisions.

3790        Mr. Costello.  Would you consider providing a more expansive

3791    list of signals beyond the small handful that you have provided,

3792    specifically those that seem to endure and that don't change week

3793    to week?

3794        Mr. Dorsey.  We are looking at ways to open up how our

3795    algorithms work and what criteria they use to make decisions.

3796     We don't have conclusions just yet and the reason why we are

3797    pausing a little bit here and considering is because by giving

3798    up certain criteria we may be enabling more gaming of the system

3799    --

3800        Mr. Costello.  Sure.

3801        Mr. Dorsey.   -- taking advantage of the system so that

EXHIBIT Q-2

3802     people can bypass our protections.

3803          Mr. Costello.  You used the term a little earlier curators.

3804      Is that a term -- is that a position within your company or did

3805     you just kind of -- could you -- what's a curator at your company

3806     do?

3807          Mr. Dorsey.  Yes.  We have a -- we have a product within

3808     Twitter called Moments and what it is is if you go to the search

3809     icon you can see a collection of tweets that are actually arranged

3810     by humans, organized around a particular event or a topic.  So

3811     it might be a supporting game, for example.

3812          And we have curators who are looking for all the tweets that

3813     would be relevant and one of the things that they want to ensure

3814     is that we are seeing a bunch of different perspectives --

3815          Mr. Costello.  Relevant based on my behavior and do I have

3816     to manually do that or is that going to show up in my feed?

3817          Mr. Dorsey.  It's a -- we do that work and then sometimes

3818     you make it a Moment that is more personalized to you based on

3819     your behavior.  In some cases, all people get the same Moment.

3820          Mr. Costello.  Would that be subject -- and, listen, the

3821     bias issue -- but would that -- that would open up consideration

3822     for there to be more bias in any way.

3823          Bias can mean a lot of different things.  It doesn't even

EXHIBIT Q-2

3824   have to be political.  That's -- so your curators are making some

3825   sort of subjective determination on what might be of interest

3826   -- what might pop more -- what might get more retweets, comments,

3827   et cetera?

3828      Mr. Dorsey.  Well, they use a data-driven approach based

3829   on the percentage of conversation that people are seeing.  So

3830   we are trying to reflect how much this is being talked about on

3831   the network, first and foremost, and then checking it against

3832   impartiality and also making sure that we are increasing the

3833   variety of perspective.

3834      Mr. Costello.  I appreciated your testimony -- your written

3835   testimony.  You said something in there that interests me and

3836   that -- a lot of things -- but one was you have no incentive to

3837   remove people from your -- in other words, you have no incentive

3838   to remove conservatives from your platform because the more people

3839   talking the better.

3840      But it strikes me that in -- when we are talking about hate

3841   speech or personal insults or things that are just straight up

3842   mean there's kind of -- there's an incentive not remove that stuff

3843   if it's driving more participation.

3844      How do you reconcile that?

3845      Mr. Dorsey.  It's an excellent question, and something that

EXHIBIT Q-2

3846   we have balanced in terms of, number one, our singular objective

3847   is to increase the health of this public square and this public

3848   space, and we realize that in the short term that will mean

3849   removing accounts.

3850        And we do believe that increasing the health of the public

3851   conversation on Twitter is a growth vector for us but only in

3852   the long term and we -- you know, over the -- over the past few

3853   months we've taken a lot of actions to remove accounts en masse.

3854

3855        We reported this during our -- during our past earnings call

3856   and, you know, the reaction was what it was.  But we did that

3857   because we believe that, over the long term, these are the right

3858   moves so that we can continue to serve a healthy public square.

3859        The Chairman.  The gentleman's time --

3860        Mr. Costello.  Yes.  Thank you.  I yield back.

3861        The Chairman.  The chair now recognizes the gentleman from

3862   Oklahoma, Mr. Mullin, for four.

3863        Mr. Mullin.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

3864   you so much for being here.

3865        I've got a question, and this isn't a gotcha question.  It's

3866   a point that -- to which I want to try to make because as my

3867   colleague from Virginia, Mr. Griffith, said earlier, he doesn't

EXHIBIT Q-2

3868    believe that you're doing it on purpose.

3869         It's just that the way things are working out the system

3870    to which you guys use to figure out who's going to be censored

3871    and who's not.

3872         So my question is would you consider yourself conservative?

3873     Liberal?  Socialist?  How would you -- how would you consider

3874    your political views?

3875         Mr. Dorsey.  I try to focus on the issues so I don't --

3876         Mr. Mullin.  Well, I know, but the issues are at hand and

3877    that's what I am trying to ask.

3878         Mr. Dorsey.  What issues in particular?

3879         Mr. Mullin.  Well, okay.  If you're not going to -- are you

3880    a registered voter?

3881         Mr. Dorsey.  I am a registered voter.

3882         Mr. Mullin.  Republican?  Democrat?

3883         Mr. Dorsey.  Independent.

3884         Mr. Mullin.  Independent.  So as a business owner myself,

3885    different departments that I have seem to take on the personality

3886    of the ones that I have running it -- the people that I have running

3887    a department or a business or an organization.

3888         When I stepped down as CEO of my company, the new CEO took

3889    on a different personality and the employees followed.  And we

EXHIBIT Q-2

3890        are choosing one mind set over another in some way, regardless

3891        if you're doing it on purpose or not.

3892            The way that it is being picked, the way it's being portrayed,

3893        is somewhat obvious and let me just simply make my point here.

3894            2016 presidential campaign the Twitter -- Twitter was

3895        accused of suspending an anti-Hillary focussed account and

3896        de-emphasized popular hashtags.  October 2017 Twitter barred

3897        Marsha Blackburn's campaign video for an ad platform, calling

3898        it inflammatory.

3899            November 2017, rogue -- a single rogue employee deactivated

3900        Trump's account for 11 minutes.  That's shocking that a single

3901        rogue employee could actually have that much authority to do that.

3902

3903            That's a different question for a different day, maybe.

3904        July 2018, Twitter was accused of limiting visibility of certain

3905        Republican politicians by preventing their official accounts from

3906        appearing in sites -- auto-populated drop down searches -- search

3907        bar results.

3908            August 2018, conservative activist Candace Owens' account

3909        was suspended after, essentially, imitating a account from a New

3910        York Times editorial board member, Susan -- I think I am

3911        pronouncing this right -- Jeong.  Are you familiar with this?

EXHIBIT Q-2

3912          Mr. Dorsey.  Yes.

3913          Mr. Mullin.  Let me read what Ms. Jeong wrote:

3914     "#cancelwhitepeople.  White people marking up the internet with

3915     their opinions like dogs pissing on fire hydrants.  Are white

3916     people genetically predisposed to burn faster in the sun, thus

3917     logically being only fit to live underground like grovelling

3918     goblins?  Oh, man, it's kind of sick how much I enjoy -- or, how

3919     much joy I get out of being cruel to old white men.  I open my

3920     mouth to populate -- to politely greet a Republican but nothing

3921     but an unending cascade of vomiting flows from my mouth."

3922          Now, that same tweet went out by Candace Owens but replaced

3923     Jewish for white.  Ms. Owens' account was suspended and flagged.

3924      The New York Times reporter's account wasn't.

3925          What's the difference?

3926          Mr. Dorsey.  We -- so we did make a mistake with Owens --

3927          Mr. Mullin.  But I've heard you say that multiple times --

3928     we made a mistake -- we made a mistake.  I've heard you say that

3929     the whole time you have been up here, and you have been very polite

3930     and pretty awesome at doing it.

3931          But the fact is it's bigger than a mistake.  It's the

3932     environment to which I think Twitter has.  My point of the first

3933     question was does that fit your political views to which your

3934 company is following?  Because there seems to be --

3935   The Chairman.  The gentleman's time --

3936   Mr. Mullin.   -- a pattern here.

3937   Mr. Dorsey.  No, it doesn't.  I value variety in perspective

3938 and I value seeing people from all walks of life and all points

3939 of views, and we do make errors along the way both in terms of

3940 our algorithms and also the people who are following guidelines

3941 to review content.

3942   Mr. Mullin.  The --

3943   The Chairman.  The gentleman's time has expired.

3944   Mr. Mullin.  Thank you.  I yield back.

3945   The Chairman.  The chair recognizes the gentleman from

3946 Michigan, Mr. Walberg, for four minutes.

3947   Mr. Walberg.  Thank you, Mr. Chairman, and thank you, Mr.

3948 Dorsey, for being here, and it's been a long day for you.  It's

3949 an important day, though.

3950   I guess the only complaint I would have thus far is that

3951 your staff didn't prepare well enough to go through 535 members

3952 of Congress to see if there were any biases and have those figures

3953 for us today that you could answer.

3954   I would assume that they should have thought that with

3955 Republicans and Democrats here and the statements that we've heard

EXHIBIT Q-2

3956        from the other side of the aisle that that question would come

3957        up -- those facts, those statistics -- at least on the members

3958        -- 535 members.

3959            It would have been worth being able to answer right today

3960        with an imperative no, there was no bias, or yes, it appears there

3961        was a bias.  That's the only complaint I have.

3962            But let me -- let me go to the questions.  In a July 26th,

3963        blog post, Twitter asserted, and I quote, "We believe the issue

3964        had more to do with how other people were interacting with these

3965        representatives' accounts."

3966            What specific signals or actions of other accounts

3967        interacting with the representative's account would you suggest

3968        -- this is my question -- contributed to the auto suggest issue?

3969            Mr. Dorsey.  The behaviors we were seeing were actual

3970        violations of our terms of service.

3971            Mr. Walberg.  Clear violations of your terms -- would muting

3972        or blocking another user's account contribute to that?

3973            Mr. Dorsey.  No.  These were reported violations that we

3974        reviewed and found in violation.

3975            Mr. Walberg.  And retweeting or boosting wouldn't be a

3976        contribution to what you did either.  Does Twitter have policies

3977        and procedures in place to notify accounts or users when their

EXHIBIT Q-2

3978    messages or content have been hidden from other users?

3979        Mr. Dorsey.  We don't have enough of this so we don't --

3980    we do have a lot of work to do to help people understand why --

3981    right in the products why we might rank or why we might filter

3982    or put their content behind an interstitial, and that is an area

3983    of improvement.  So we haven't done enough work there.

3984        Mr. Walberg.  So while -- and I appreciate the fact you don't

3985    -- you don't want to have users be responsible for contacting

3986    you about issues, you ought to be catching some of this stuff.

3987

3988        You have no specific time line or strong policy in place

3989    to notify me, for instance, that there's a reason why you have

3990    taken me down, blocked or whatever, for the time being so I can

3991    at least respond to that and can make a change so that I am a

3992    productive positive member of Twitter.

3993        Mr. Dorsey.  Well, if we take any enforcement action that

3994    results in removal of content or asking the removal you get

3995    notified immediately.

3996        Mr. Walberg.  Immediately?

3997        Mr. Dorsey.  It's just a question of the filtering or the

3998    time ranking that we don't have a great way of doing this today.

3999

EXHIBIT Q-2

4000   It is our intention to look deeper into this but -- and I

4001 know this is a frustrating answer but the time lines are a little

4002 bit unpredictable.  But we do believe that transparency is an

4003 important concept for us to push because we want to earn more

4004 people's trust.

4005   Mr. Walberg.  With regard to internet service providers,

4006 they're required to disclose if they are throttling or blocking

4007 their services.  Of course, that's been a big issue.

4008   Would you be open to a similar set of transparency rules

4009 when you have taken actions that could be viewed as blocking or

4010 throttling of content?

4011   Mr. Dorsey.  We are considering a transparency report around

4012 our actions regarding content like this.  We are in the phases

4013 right now of understanding what is going to be most useful in

4014 designing the document and then to do the engineering work to

4015 put it in place we can aggregate all the information.

4016   But I do think it's a good idea and something that I do think

4017 helps earn people's trust.

4018   Mr. Walberg.  Well, I wish you well on it because I don't

4019 want to be like my colleagues on the other side of the aisle that

4020 want to regulate.  This is the amazing social media opportunity

4021 we have.

EXHIBIT Q-2

4022        We want to keep it going -- keep it going proper.  I don't

4023    want to see government get involved in regulating if you folks

4024    can do the job yourselves.

4025        Thank you.  I yield back.

4026        The Chairman.  The gentleman yields back.

4027        The chair recognizes Mr. Duncan for four minutes.

4028        Mr. Duncan.  Thank you, Mr. Chairman, and Mr. Dorsey, thank

4029    you for being here.  We've heard a lot today about content

4030    filters, shadow banning, and a little bit about bias, and I would

4031    like to focus on bias for just a second.

4032        A member of my staff recently created a test Twitter account

4033    working on a communications project unrelated to this topic and

4034    even before we knew that this hearing was going to take place.

4035        They were interested to note who was listed on the

4036    "suggestions for you to follow" list.  This is a pro-life

4037    conservative congressional staffer on a work computer whose

4038    search history definitely doesn't lean left.  All they entered

4039    was an email address and a 202 area code phone number.

4040        Yet, here's who Twitter suggested they follow, and you will

4041    see it on the screen:  Nancy Pelosi, Kamala Harris, John Dingell,

4042    Chuck Schumer, John Kerry, Ben Rhodes, David Axelrod, Kirsten

4043    Gillibrand, Jim Acosta, Alexandria Ocasio-Cortez, Paul Krugman,

EXHIBIT Q-2

4044     Madeline Albright, Claire McCaskill, Chuck Todd, and Jon Lovett

4045     -- all left leaning political types.  That's all she got as

4046     "suggested for you to follow."

4047          Forget the fact that there aren't any Republicans or

4048     conservatives on that list.  No singers, no actors, no athletes,

4049     no celebrities.  She's a 20-something female staffer.  Didn't

4050     even get Taylor Swift, Chris Pratt, Christiano Ronoldo, or Kim

4051     Kardashian.  All she got was the suggestions that I had on the

4052     screen.

4053          Look, it's one thing not to promote conservatives even though

4054     Donald Trump is the -- truly, the most successful Twitter user

4055     in history of the site.  Say what you want about what he tweets

4056     but President Trump has utilized Twitter in unprecedented ways

4057     to get around the traditional news media.

4058          I would think that someone in your position would be

4059     celebrating that and him rather than trying to undermine him.

4060      So how do you explain how a female 20-something-year-old who

4061     just put in an email address and a 202 area code -- why does she

4062     only get the liberal suggestions?

4063          Mr. Dorsey.  We simply don't have enough information in that

4064     case to build up a more informed suggestion for her.  So the 202

4065     number is all we have so therefore --

EXHIBIT Q-2

4066        Mr. Duncan.  So I get that you don't have much information

4067   on her.  One hundred percent of the suggested followers were

4068   biased.  Where was Kim Kardashian?  Huge Twitter -- where was

4069   Taylor Swift?  Where was Ariana Grande?

4070        In fact, I can look at Twitter, most followers, and they're

4071   not these people that you suggested for her.  There was nothing

4072   in her -- on her search history on a government work computer

4073   to suggest that she was left leaning or right leaning or anything.

4074    Katy Perry, number one -- she wasn't on this list.  How do you

4075   explain that?

4076        Mr. Dorsey.  I think it was just looking at the 202 as a

4077   D.C. number and then taking D.C.-based accounts and the most

4078   followed, probably, or most engaged with D.C. accounts.  As --

4079        Mr. Duncan.  In the 202 area code area?

4080        Mr. Dorsey.  In the 202 area code.

4081        Mr. Duncan.  Okay.  Where's Bryce Harper?  Where's

4082   Ovechkin?  Where are the Capitols?  Where are the Nats?  Where's

4083   D.C. United?  Where are the sports teams?

4084        If you're going to use 202 area code and say that's one of

4085   the filters, where are those folks, you know, outside of the

4086   political arena?  There are no athletes.  There are no singers.

4087    There are no celebrities.

EXHIBIT Q-2

4088        There were only suggested political figures of a very liberal

4089    persuasion that were suggested for her to follow.  Nobody else.

4090     That shows bias, sir.

4091        Mr. Dorsey.  Well, yes.  I mean, we do have a lot more work

4092    to do in terms of our onboarding and, obviously, you're pointing

4093    out some weaknesses in our -- in our signals that we use to craft

4094    those recommendations.

4095        So I -- you know, as she continues -- if she were to start

4096    following or following particular accounts or engaging with

4097    particular tweets, that model would completely change, based on

4098    those.

4099        We just don't have information.  It sounds like we are not

4100    being exhaustive enough with the one piece of information we do

4101    have, which is her area code.

4102        Mr. Duncan.  Mr. Dorsey, let me ask you this.  After this

4103    hearing and me, clearly, showing this bias and a lot of other

4104    questions, if someone in a 202 area code that's 28 years old sets

4105    up a Twitter account with very limited information but has an

4106    email address and a 202 area code --

4107        The Chairman.  Gentleman's time --

4108        Mr. Duncan.   -- are you going to tell me today that they're

4109    going to get other suggested followers than the liberals that

EXHIBIT Q-2

4110     I mentioned?

4111          Mr. Dorsey.  That is not a good outcome for us.

4112          The Chairman.  Gentleman's time has expired.

4113          Mr. Duncan.  Mr. Chairman, thank you.

4114          The Chairman.  The chair recognizes the gentlelady from

4115     California, Mrs. Walters, for four minutes.

4116          Mrs. Walters.  Thank you, Mr. Dorsey, for being here.

4117          News reports indicate that Periscope -- as you know, is

4118     Twitter's live video feed app -- is being used to sexually exploit

4119     children.  These reports detail the targeting of children as

4120     young as nine years old.

4121          At times, coordinated activity for multiple users is

4122     employed to persuade children to engage in sexual behavior.

4123     These videos can be live streamed in public or private broadcasts

4124     on Periscope.

4125          I recognize that a live video app like Periscope creates

4126     challenges, especially when attempting to monitor content in real

4127     time.

4128          Yet, your testimony discussing malicious election-related

4129     activity on Twitter reads, quote, "We strongly believe that any

4130     such activity on Twitter is unacceptable."

4131          I hope that standard of unacceptability is similarly applied

EXHIBIT Q-2

4132  to sexual exploitation of children on Periscope, and I would

4133  expect that it is, considering that Twitter has stated zero

4134  tolerance policy for child sexual exploitation.

4135      So my questions are does Twitter primarily rely on users

4136  to report sexually inappropriate content or content concerning

4137  child safety?

4138      Mr. Dorsey.  We do have some dependency on reports.  But

4139  this is an area that we want to move much faster in automating

4140  and not, obviously, placing the blame -- or not placing the work

4141  on the victim and making sure that we are recognizing these in

4142  real time, and we have made some progress with Periscope.

4143      Mrs. Walters.  So what is the average length of a live video

4144  on Periscope?

4145      Mr. Dorsey.  I am not aware of that right now.  But we can

4146  -- we can follow up.

4147      Mrs. Walters.  Okay.  And what is the average response time

4148  to remove a live video on Periscope that is deemed to violate

4149  Twitter's term of service?

4150      Mr. Dorsey.  It depends entirely on the severity of the

4151  report and what the context is.  So we try to prioritize by

4152  severity.  So threats of death or suicidal tendencies would get

4153  a higher priority than everything else.

EXHIBIT Q-2

4154          Mrs. Walters.  So just out of curiosity, when you say we

4155    try to eliminate and we have a -- we have a higher priority, like,

4156    who makes that decision?

4157          Mr. Dorsey.  We have -- so when people report any violations

4158    of our terms of service, we have algorithms looking at the report

4159    and then trying to understand how to prioritize those reports

4160    so they're seen by humans much faster.

4161          Mrs. Walters.  Okay.  So I would assume that you don't

4162    believe that you use the reporting as an effective method for

4163    monitoring live videos on Periscope then?

4164          Mr. Dorsey.  Not over the long term.

4165          Mrs. Walters.  Well, obviously, this is a really, really

4166    important issue.  Is user reporting an effective method for

4167    monitoring private broadcasts on Periscope?

4168          Mr. Dorsey.  Also not over the long term.  But that is

4169    something that we need to do much more work around in terms of

4170    automating these.

4171          Mrs. Walters.  So can you indicate that you need to do some

4172    more work around this?  Do you have any time frame of when you

4173    think you will be able to get this handled?

4174          Mr. Dorsey.  We'd like to work as quickly as possible and

4175    make sure that we are prioritizing the proactive approaches of

EXHIBIT Q-2

4176    our enforcement and, again, it does go down that prioritization

4177    stack.  But we intend to move as quickly as we can.  I know that

4178    it's frustrating not to hear a particular time frame.  But we

4179    are -- we are moving fast.

4180          Mrs. Walters.  Can you explain the type of technology that

4181    you're using in order to change this?

4182          Mr. Dorsey.  Yes.  We'll be -- we'll be utilizing a lot of

4183    machine learning and deep learning in order to look at all of

4184    our systems at scale and then also prioritize the right review

4185    cadence.

4186          Mrs. Walters.  Okay.  I yield back the balance of my time.

4187     Thank you.

4188          The Chairman.  The gentlelady yields back.

4189          The chair recognizes Mr. Carter, Georgia, our last member

4190    to participate -- thank you -- for four minutes.

4191          Mr. Carter.  Thank you, Mr. Chairman, and Mr. Dorsey,

4192    congratulations.  I am the last one.

4193          Mr. Dorsey, in preparation for this hearing, I sent out a

4194    notice throughout my district and I asked them -- I let them know

4195    that we were having this hearing and I was going to be asking

4196    questions and I said, what do you think I ought to ask him.

4197          So I got back some pretty interesting responses for that

EXHIBIT Q-2

4198     and one of them came from a teenage high school student -- a

4199     conservative teenage high school student down in Camden County.

4200      That's right on the Georgia/Florida state line.

4201          And he said -- he said, you know, I am a conservative teenage

4202     high school student and I've got -- I am on Twitter and I've got

4203     over 40,000 followers, yet I have tried -- this young man had

4204     tried five times to get verification and yet he's been turned

4205     down all five times.

4206          And his question to me was, I've got friends who are more

4207     liberal than me who've got less followers than me and yet they've

4208     been verified.  Why is that?  What should I tell him?

4209          Mr. Dorsey.  So we -- first and foremost, we believe we need

4210     a complete reboot of our verification system.  It's not serving

4211     us.  It's not serving the people that we serve, well.  We -- it

4212     really depends on when his friends were verified.

4213          We had an open verification system not too long ago that

4214     looked for various criteria and we verified people based on that.

4215      And it's not a function of how many followers you have.  We have

4216     some verified folks who only have 5,000 followers.  We --

4217          Mr. Carter.  That was his point.  I mean, he had 40,000.

4218      He couldn't -- and he doesn't understand.  I don't know what

4219     to tell him.  I mean --

EXHIBIT Q-2

4220            Mr. Dorsey.  Yes.

4221            Mr. Carter.   -- you know, it seems to me like he would have

4222      been verified and from what he explained to me and to staff is

4223      that they were -- they applied at the same time.

4224            Mr. Dorsey.  Yes.  It --

4225            Mr. Carter.  So why was he denied and they were approved?

4226            Mr. Dorsey.  I would need to understand his particular case.

4227       So I would want to know his name and we can follow up --

4228            Mr. Carter.  I will be glad -- we will get you that

4229      information because I would like to give the young man an

4230      explanation.  Okay.  I think he deserves it.

4231            Mr. Dorsey.  Okay.

4232            Mr. Carter.  All right.  And let me ask you something, and

4233      I apologize, but being the last one sometimes you're a little

4234      bit redundant.

4235            But you were asked earlier because, you know, this committee

4236      and particular the Health Subcommittee has been the tip of the

4237      spear, if you will, with the opioid crisis that we have in our

4238      country.

4239            As you're aware, we are losing 115 people every day to opioid

4240      addiction, and we just talked about the algorithms and you have

4241      been talking about it all day about and, you know, why is it --

EXHIBIT Q-2

4242    why is it that we haven't been able to get these sites off?

4243         What's missing?  I mean, what are you identifying that

4244    you're missing not to be able to get these tweets off?

4245         Mr. Dorsey.  I don't know if it's -- I think it's more of

4246    a new behavior and a new approach.  It's --

4247         Mr. Carter.  This has been going on quite a while.

4248         Mr. Dorsey.  It's certainly not an excuse.  We need to look

4249    at these more deeply in terms of, like, how our algorithms are

4250    automatically determining when we see this sort of activity and

4251    taking action much faster.

4252         Mr. Carter.  Okay.  Fair enough.

4253         My last question is this, and I want to talk about

4254    intellectual property, particularly as it relates to live

4255    streaming.

4256         Now, you have been here all day.  You were over at the Senate

4257    this morning and you have been here this afternoon, and all day

4258    long, you know, you have been saying -- and we have no other reason

4259    but to believe you -- yeah, we need to work on this -- we are

4260    going to work on this.

4261         The piracy that takes place with live streaming movies and

4262    intellectual property like that, that's been going on for quite

4263    a while, hasn't it?

EXHIBIT Q-2

4264          Mr. Dorsey.  It has.

4265          Mr. Carter.  Why should I believe you -- and we had another

4266    CEO of another social media that was here a couple of months ago

4267    -- you know, same thing -- we are working on it -- we are going

4268    to get it done.

4269          But yet, this is something that's been going on.  You ain't

4270    got it done yet.  Why should I believe you now?  And I say that

4271    because, you know, Dr. Bucshon, Representative Walberg -- I echo

4272    their comments -- I don't want the federal government to get into

4273    this business.  I don't want to regulate you guys.  I think it'll

4274    stifle innovation.

4275          But why should I believe you if you -- you hadn't got this

4276    fixed?

4277          Mr. Dorsey.  Well, the reason we have to still work on it

4278    is because the methods of attack constantly change, and we'll

4279    never arrive at one solution that fixes everything.  We need to

4280    constantly iterate based on new vectors of stealing IP or

4281    rebroadcasting IP, for instance, because they're constantly

4282    changing and we just need to be 10 steps ahead of that.

4283          Mr. Carter.  You know, I want to believe you and I am going

4284    to believe you.  But I just have to tell you, I hope you believe

4285    me -- we don't want the federal -- and you don't want the federal

EXHIBIT Q-2

4286    government to be in this.

4287         I think the success of the internet and of your products

4288    has been because the federal government stayed out of it.  But

4289    we got to have help.  We have to have a commitment, and when I

4290    look at this I think, why would I believe him if they've been

4291    working on this and hadn't even got it fixed yet.

4292         Mr. Dorsey.  Absolutely.

4293         The Chairman.  The gentleman's time --

4294         Mr. Carter.  Mr. Chairman, thank you, and I yield.

4295         Mr. Dorsey.  Thank you.

4296         The Chairman.  Thank you.

4297         And while we've been sitting here, I am told that Twitter

4298    has deleted the account that was trying to sell drugs online.

4299     So your team has been at work.  We appreciate that.

4300         We have exhausted probably you and your team and our members

4301    questions for now.  We do have some letters and questions for

4302    the -- for the record -- concluding script.

4303         And so I, again, want to thank you for being here before

4304    the committee.  Some of our members, you know, didn't get to all

4305    their questions and so we will be submitting those for the record,

4306    and we have a number of things we'd like to insert in the record

4307    by unanimous consent:  a letter from Encompass, Consumer

EXHIBIT Q-2

4308        Technology Association, and the Internet Association; an article

4309        from Gizmodo; an article from Inc.; a paper by Kate Klonick; an

4310        article from NBC; and article from Slate; an article from The

4311        Verge.

4312            [The information follows:]

4313

4314        **********COMMITTEE INSERT 7**********

EXHIBIT Q-2

4315        The Chairman. Pursuant to committee rules, I remind members

4316    they have 10 business days to submit additional questions for

4317    the record.  I ask the witness to submit their response within

4318    10 business days upon receipt of that question.

4319        We ask you remain seated until the Twitter team is able to

4320    exit.  So if you all would remain seated -- thank you -- then

4321    our folks from Twitter can leave and, Mr. Dorsey, thank you again

4322    for being before the Energy and Commerce Committee.

4323        And with that, the subcommittee is adjourned.

4324        [Whereupon, at 5:43 p.m., the committee was adjourned.]

EXHIBIT Q-2