AO 440 (Rev. 06/12) Summons in a Civil Action

FILED - USDC-NH
2020 MAY 18 AM 11:42
Night Box ED

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| NH Resident filing anonymously as, <br><br> Sensa Verogna <br><br> *Plaintiff(s)* <br> v. <br> Twitter, Inc. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   1:20-cv-00536-SM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant: Twitter, Inc., through its agent.
The Corporation Trust Company Corporation
Trust Center 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sensaverogna@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-00536-SM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TWITTER, INC.

was received by me on *(date)* 5/11/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person at the agent), who is designated by law to accept service of process on behalf of *(name of organization)* TWITTER, INC. C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 IN NEW CASTLE COUNTY on *(date)* 5/11/2020 AT 2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___

I declare under penalty of perjury that this information is true.

Date: 5/11/2020

*Server's signature*

DENORRIS BRITT    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT WITH MOTION TO PROCEED ANONYMOUSLY & EXHIBITS A-Q

SWORN TO ON 5/11/2020

[Notary stamp: KEVIN DUNN, NOTARY PUBLIC, STATE OF DELAWARE, Commission Expires September 14, 2020]

FILED - USDC-NH
2020 MAY 18 AM 11:41

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISCTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Sensa Verogna, individual | ) | |
|     Plaintiff, | ) | |
| V. | ) | Case # 1:20-cv-00536-SM |
| | ) | |
| Twitter, Inc., | ) | |
|     Defendant. | ) | |

---

    Hello, please see attached completed Summons and Proof of Service in this case. The Clerk of Court did not sign prior to delivery. Is it still acceptable to the Court?

Thanks again,

/s/Sensa Verogna

Anonymously as Sensa Verogna

SensaVerogna@gmail.com

May 18, 2020

DISTRICT OF NH
FILED
2020 MAY 18 A 8:
24 HOUR DEPOS

Clerk of Court
CASE # 1:20-CV-00536-SM