UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Civil Case No. 1:20-cv-00536-SM |

**DECLARATION OF JONATHAN ECK, ESQUIRE**

    I, Jonathan Eck, Esquire, make this declaration pursuant to 28 U.S.C. § 1746 and certify as follows:

    1.    I am legal counsel to the Defendant, Twitter, Inc. ("Twitter").

    2.    Attached as Exhibit A is a true and accurate copy of Twitter's May 25, 2018 version of its User Agreement, which was in effect in March 2019 when Plaintiff Sensa Verogna ("Plaintiff") alleges that he registered to use Twitter's online platform.

    3.    Plaintiff references his contract with Twitter throughout the Complaint.

    I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2020                                    */s/ Jonathan Eck*
                                                                               Jonathan Eck, Esquire