# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Case No. 1:20-cv-00536-SM |

## DEFENDANT'S DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

NOW COMES the Defendant, Twitter, Inc. ("Twitter"), a Delaware corporation, by and through its attorneys, Orr & Reno, Professional Association, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, hereby submits this Disclosure Statement, stating as follows:

1. Twitter, a nongovernmental organization, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:  Twitter is a publicly traded corporation that has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

2. Twitter identifies the following publicly held corporations with which it has a merger agreement: None.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

ORR & RENO, PROFESSIONAL ASSOCIATION

Dated: June 1, 2020    By:    /s/ Jonathan M. Eck
Jonathan M. Eck, Esq. (NH Bar #17684)
45 S. Main Street, P.O. Box 3550
Concord, NH  03302
(603) 223-9100
jeck@orr-reno.com

Julie E. Schwartz, Esq. (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4490
JSchwartz@perkinscoie.com

**CERTIFICATE OF SERVICE**

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated: June 1, 2020        /s/ Jonathan M. Eck
Jonathan M. Eck, Esq. (NH Bar #17684)