**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION**

**TO DECLARE TWITTER A "STATE ACTOR" UNDER LAW**

**Case #: 1:20-cv-00536-SM**

Plaintiff, proceeding anonymously as Sensa Verogna, provides as follows:

I, Sensa Verogna, hereby declare as follows:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. The resident States of all information described in the PLAINTIFF'S MOTION TO DECLARE TWITTER A "STATE ACTOR" UNDER LAW AND BRIEF AND MEMORANDUM IN SUPPORT, were obtained by public records conducting google searches and the relevant government and public sites.

3. Attached EXHIBIT A, is a draft copy of EXECUTIVE ORDER PREVENTING ONLINE CENSORSHIP signed by President Trump on May 28, 2020, by his authority as President by the Constitution and the laws of the United States of America, including the Fedetal Properly and Administrative Services Act of 1949, as amended (40 U.S.C. 101 and 121(a)) See https://kateklonick.com/wp-content/uploads/2020/05/DRAFT-EO-Preventing-Online-Censorship.pdf

I declare under penalty of perjury that the foregoing is true and correct. Signed this 24th day of May 2020 in the State of New Hampshire.

/s/ Anonymously as Sensa Verogna

SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2020, I have contracted the foregoing Declaration, to be served in hand, directly to the agent of record for Twitter Inc., The Corporation Trust Company Corporation, Trust Center, 1209 Orange Street, Wilmington, DE 19801.