IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 JUN -8 A 5:55

Sensa Verogna, Plaintiff,           )
            v.                       )   Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.             )
_____

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK

To: Clerk of Court

Plaintiff, pro se and proceeding anonymously as Sensa Verogna, hereby requests the entry of default by Clerk upon defendant, Twitter Inc. and pursuant to Federal Rules of Civil Procedure 55(a), Local Rules of Civil Procedure 55.1(a), 5.2 and 77.2, as defendant has failed to plead or otherwise defend Plaintiff's Complaint and Summons by June 1, 2020, and the clerk must enter the party's default under the Rules of Civil Procedure, Rule 55(a) and or shall enter default under Local Rule 55.1(a). Plaintiff's declaration in support is attached herein.

Plaintiff, pro se and proceeding                    Daniel J. Lynch, Clerk
anonymously as Sensa Verogna

_S. Verogna_                                        By: _____
By: Sensa Verogna                                   Clerk of Court

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.