**sensaverogna@gmail.com**

| | |
|---|---|
| **From:** | Eck, Jonathan M. <jeck@orr-reno.com> |
| **Sent:** | Thursday, June 4, 2020 1:50 PM |
| **To:** | 'sensaverogna@gmail.com' |
| **Subject:** | Sensa Verogna v. Twitter, Inc., Case No. 1:20-cv-00536-SM (USDC-NH) [IWOV-iManage.FID488825] |

Dear Plaintiff:

As our motion to dismiss papers indicate, Julie Schwartz, a California-barred attorney from the law firm Perkins Coie LLP, intends to file a motion for pro hac vice admission to the United States District Court for the District of New Hampshire.

This means that we will ask the Court to allow Attorney Schwartz to appear and practice before the District of New Hampshire so she can represent Twitter in active association with me.

Please kindly advise by noon on Monday whether you authorize me to indicate your assent to this request. Thank you for your consideration of this request and attention to this matter.

Sincerely,
Jonathan Eck

Jonathan M. Eck

**Orr&Reno**
Sustained Excellence for 70 years.

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Direct Ext: 603.223.9100
Main Phone: 603.224.2381
Fax: 603.223.9000
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.223.9100) or by reply e-mail and delete this message.

**ATTACHED EXHIBIT A**