IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff, )
    v. ) Case #: **1:20-cv-00536-SM**
Twitter Inc.,   Defendant. )

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT BY CLERK

To: Clerk of Court

Because the Defendant, Twitter, Inc. is in default, Plaintiff, pro se and proceeding anonymously as Sensa Verogna, hereby requests the entry of default judgement pursuant to Federal rules of Civil Procedure 55(b)(1) against Defendant, Twitter, Inc. as defendant has failed to plead or otherwise defend Plaintiff's Complaint and Summons by June 1, 2020 and that the plaintiff's claim is for a sum certain or a sum that can be made certain by computation in the amount of **$750,014,220**, against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person. A declaration in support of this request is attached herein.

Plaintiff, pro se and proceeding
anonymously as Sensa Verogna

_____
By: Sensa Verogna

Daniel J. Lynch, Clerk


By: _____
Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.

1