IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,   )
   v.                        )   Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant.     )

**DECLARATION IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT JUDGEMENT BY CLERK**

Plaintiff, proceeding anonymously as Sensa Verogna, hereby declare:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. I am the plaintiff in the above captioned case before this Court.

3. That my claims set forth in the attached itemized costs and damages table, (See attached Exhibits A and B), are for a sum certain or that they are of a certain sum that can be made certain by computation, in the amount of **$750,014,220**, (Seven hundred fifty million fourteen thousand two hundred twenty dollars) and do not exceed what is demanded in my Complaint and are within the guidelines set prescribed in Fed. R. Civ. P. 55(b)(1).

4. Upon information and belief, defendant in not an infant, incompetent, or presently engaged in the military service.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 8th day of June 2020 in the State of New Hampshire.

/s/ Anonymously as Sensa
VerognaSensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.

1