PLAINTIFF'S ITIMIZED COSTS AND DAMAGES TABLE*

| | | |
|---|---|---|
| Count I | Damages | $250,000,000 |
| Count II | Damages | $250,000,000 |
| Count II | Damages- Equitable losses 3,800 followers x $3.50 | $13,300 |
| Count III | Damages | $250,000,000 |
| **All Counts** | | |
| Costs | Court Fees | $400 |
| Costs | Postage | $12 |
| Costs | Office Supplies | $104 |
| Costs | Printing Services | $109 |
| Costs | Service Processor | $295 |
| Total | | $750,014,220 |

*Rounded to the nearest dollar.

EXHIBIT A