**MONEY ORDER RECEIPT - NON NEGOTIABLE**

LOAD THIS DIRECTION, THIS SIDE UP →
LOAD THIS DIRECTION, THIS SIDE UP →

There's a better way to send cash!
Download the Western Union app and click pay in cash!

AGT 119359 LOC 000067 DT 033020 $400.00 4HUNDREDDOLLARS AND NO CENTS

Payable to: _____

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 19097420550 *

S.V.
TW.MER.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

CONCORD, NH 03301    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 01?? 22 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $0.55 | |
| Total Postage and Fees $4.10 | 02/03/2020 |
| Sent To CT CORPORATION SYSTEM | |
| Street and Apt. No., or PO Box No. 2/2 BEACON ST. | |
| City, State, ZIP+4 CONCORD N.H. 03301-4447 | |

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 1640 0000 7736 7552

Certified
(USPS Certified Mail #)
(70191640000077367552)                    $3.55

Total:                                    $4.10

Cash                                      $4.10

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

**EXHIBIT B - BILL OF COSTS  1 of 8**

**Receipt 1 (left):**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

CONCORD, NH 03301

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0111 19 |
| Extra Services & Fees | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.55 | 02/20/2020 |
| Total Postage and Fees | $4.10 | |

Sent To: N.H. Dept of Justice
Street and Apt. No., or PO Box No.: 33 Capital St.
City, State, ZIP+4®: Concord NH. 03301

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking #: 7019 1640 0000 7725 8294

(Saturday 02/22/2020)
Certified                                   $3.55
(USPS Certified Mail #)
(70191640000077258294)

Total:                                      $4.10

Cash                                       $20.00
Change                                    ($15.90)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

**Receipt 2 (right):**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

WILMINGTON, DE 19801

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | |
| | $0.00 | |
| Extra Services & Fees | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.55 | |
| Total Postage and Fees | $4.10 | 02/24/2020 |

Sent To: Corporation Trust Co.
Street and Apt. No., or PO Box No.: 1209 Orange St.
City, State, ZIP+4®: Wilmington, DE 19801

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking #: 7019 1640 0000 7725 8379

(USPS Certified Mail #)
(70191640000077258379)

Total:                                      $4.10

Cash                                        $5.25
Change                                     ($1.15)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

EXHIBIT B - BILL OF COSTS  2 of 8

```
┌─┐ Staples
└─┘ Connect.
       76 Fort Eddy Road
       CONCORD, NH 03301
         (603) 225-9573
SALE           1870598 20 003 23486
               0873 05/04/20 10:48
QTY SKU                     PRICE

     *****Buy More / Save More*****
4   SPLS KRAFT MAILER *
    718103282277    2.690ea     8.36
    Discount Amount <-2.40>
***********************************
SUBTOTAL                        8.36
TOTAL                         $8.36

Cash                          10.00
```

```
┌─┐ Staples
└─┘ Connect.
       76 Fort Eddy Road
       CONCORD, NH 03301
         (603) 225-9573
SALE           1870598 20 003 23481
               0873 05/04/20 10:25
QTY SKU                     PRICE

1   SPLS POLY BUBL MLR
    718103282345                3.79
1   SPLS POLY BUBL MLR
    718103282345                3.79
SUBTOTAL                        7.58
TOTAL                         $7.58

Cash                          20.00
```

```
                Staples
               Connect
            76 Fort Eddy Road
             CONCORD, NH 03301
              (603) 225-9573
SALE                1271210 8 007 15624
                    0873 05/29/20 11:59
QTY SKU                        PRICE

       REWARDS NUMBER 6956240961
1   SEAGATE 2TB SLIM P *
     763649132357              67.99
    Instant Savings <-12.00>
1   3Y R HD $0-99.99
     24356509                  19.99
      Salesperson #1271210
SUBTOTAL                       87.98
TOTAL                         $87.98

Cash                          100.00

Cash Change                    12.02
      TOTAL ITEMS     2
```

*Item is currently on promotion. Some coupons are only valid on regular priced items. Please see coupon terms and conditions for details.



## Staples.

Low price. Every item. Every day.
Store No: 1189
1525 S Willow St
Manchester, NH, 03103
(603) 668-4950

262626 00 026 57739

Receipt #: 57739                                   05/03/2020 14:48

| Qty | Description | Amount |
|---|---|---|
| 1 | Print From USB - 2821516<br>( 1 @ $ 0.140 )<br>- Standard 28 lb. 8.5 x 11"<br>- Black & White | 0.14 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 0.140 )<br>- Standard 28 lb. 8.5 x 11"<br>- Black & White | 0.14 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 24.860 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color<br>- Black & White | 24.86 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 3.640 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 3.64 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 1.040 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 1.04 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 7.800 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 7.80 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 6.760 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 6.76 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 7.280 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 7.28 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 2.600 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 2.60 |
| 1 | Print From USB - 2821516<br>( 1 @ $ 11.440 )<br>- Standard 28 lb. 8.5 x 11"<br>- Color | 11.44 |
| 1 | Print From USB - 2821515<br>( 1 @ $ 0.840 ) | |

EXHIBIT B - BILL OF COSTS  5 of 8

| | | |
|---|---|---|
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |
| 1 | Print From USB - 2821515 | 0.14 |
| | ( 1 @ $ 0.140 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |
| 1 | Print From USB - 2821516 | 1.18 |
| | ( 1 @ $ 1.180 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Color | |
| | - Black & White | |
| 1 | Print From USB - 2821515 | 7.56 |
| | ( 1 @ $ 7.560 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |
| 1 | Print From USB - 2821516 | 0.52 |
| | ( 1 @ $ 0.520 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Color | |
| 1 | Print From USB - 2821515 | 0.42 |
| | ( 1 @ $ 0.420 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |
| 1 | Print From USB - 2821515 | 0.14 |
| | ( 1 @ $ 0.140 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |
| 1 | Print From USB - 2821516 | 0.52 |
| | ( 1 @ $ 0.520 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Color | |
| 1 | Print From USB - 2821516 | 1.56 |
| | ( 1 @ $ 1.560 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Color | |
| 1 | Print From USB - 2821516 | 1.04 |
| | ( 1 @ $ 1.040 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Color | |
| 1 | Print From USB - 2821515 | 29.82 |
| | ( 1 @ $ 29.820 ) | |
| | - Standard 28 lb. 8.5 x 11" | |
| | - Black & White | |

| | |
|---|---|
| SubTotal | 109.44 |
| Taxes | 0.00 |
| Total | USD $ 109.44 |

Visa #:***********2565 [ S ]
Swipe
Auth No.: 188843

**The Cardholder agrees to pay the Issuer of the charges card is accordance with the agreement between the Issuer and the Cardholder.**

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

EMAIL: brandywineps@comcast.net

302-475-2600        TAX ID 51-0267938

Bill To: SENSA VEROGNA 

# INVOICE

INVOICE # 20311
DATE 5/11/2020

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | NH RESIDENT FILING ANONYMOUSLY  V  TWITTER |  |
| 5/11/2020 | SERVICE C/O CT | $99.00 |
|  | COPY CHARGES | $97.00 |

Amount Paid: $196.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE**  $0.00

EXHIBIT B - BILL OF COSTS  7 of 8

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill To: SENSA VEROGNA



EMAIL: brandywineps@comcast.net

302-475-2600        TAX ID 51-0267938

INVOICE # 20525

# INVOICE

DATE 5/29/2020

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/29/2020 | SENSA VEROGNA   V   TWITTER | |
| | TWITTER INC | $99.00 |
| | COPY CHARGES | $9.00 |

Amount Paid: $108.00

TERMS: PAYMENT DUE 20 DAYS

AMOUNT DUE: $0.00

EXHIBIT B - BILL OF COSTS  8 of 8