UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>    v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Civil Case No. 1:20-cv-00536-SM |

## MOTION FOR ADMISSION PRO HAC VICE

Jonathan M. Eck, Esq., counsel for Twitter, Inc. in this case and a member in good standing before this Court, hereby moves pursuant to Local Rule 83.2(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel, Julie E. Schwartz, *Pro Hac Vice*. He further states:

1.      Attorney Schwartz is an attorney with the law firm of Perkins Coie LLP with a business address of 3150 Porter Drive, Palo Alto, CA  94304-1212.  She is a member in good standing before the following Courts:

**State Bar Admissions:**

California – December 2008

**Federal Bar Admissions:**

U.S. District Court for the Northern District of California – December 2008
U.S. District Court for the Central District of California – December 2008
U.S. District Court for the Eastern District of California – October 2009

      U.S. District Court for the Southern District of California – February 2010
      Ninth Circuit Court of Appeals – December 2008

      2.      In addition, she is of good moral character and professional reputation. An affidavit of Julie Schwartz in support hereof is filed herewith.

      3.      I will remain actively associated with Attorney Schwartz at all times in this litigation.

      4.      Plaintiff has been contacted and does not assent to the relief sought through this Motion.

      5.      No memorandum of law is necessary as this Motion is within the discretion of the Court.

      Respectfully submitted,

Dated:  June 8, 2020      By:      */s/ Jonathan M. Eck*
      Jonathan M. Eck, Esq. (NH Bar #17684)
      45 S. Main Street, P.O. Box 3550
      Concord, NH  03302
      (603) 223-9100
      jeck@orr-reno.com

**CERTIFICATE OF SERVICE**

      I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 8, 2020      */s/ Jonathan M. Eck*
      Jonathan M. Eck, Esq. (NH Bar #17684)