UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Civil Case No. 1:20-cv-00536-SM |

## AFFIDAVIT OF JULIE E. SCHWARTZ

The undersigned, being duly sworn, deposes and states the following:

1. I, Julie E. Schwartz, am an attorney with the law firm of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212, Telephone: (650) 838-4490. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent the Defendant, Twitter, Inc., in this lawsuit.

2. I am admitted and licensed to practice in the following courts:

**State Bar Admissions:**

    California – December 2008

**Federal Bar Admissions:**

    U.S. District Court for the Northern District of California – December 2008
    U.S. District Court for the Central District of California – December 2008
    U.S. District Court for the Eastern District of California – October 2009
    U.S. District Court for the Southern District of California – February 2010
    Ninth Circuit Court of Appeals – December 2008

3. I am in good standing and eligible to practice in the courts to which I am admitted.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I do not have any disciplinary matters currently pending nor have I had any previously imposed against me.

6. I do not have any prior felony or misdemeanor convictions.

7. I have never had any prior denials or revocations of any pro hac vice status in any court.

                    Respectfully submitted,

Dated: June 8, 2020                     */s/ Julie E. Schwartz*
                                                  Julie E. Schwartz, Esq.
                                                  Perkins Coie LLP
                                                  3150 Porter Drive
                                                  Palo Alto, CA  94304-1212
                                                  (650) 838-4490
                                                  JSchwartz@perkinscoie.com

STATE OF WASHINGTON
COUNTY OF KING

      Before me, a Notary Public in and for said County and State, personally appeared Julie E. Schwartz, who acknowledged the execution of the foregoing Affidavit and who, having been duly sworn, stated that any representations therein contained are true to the best of her knowledge, information and belief, this <u>8th</u> day of June, 2019.


                                                  */s/ Ryan McGough*
                                                  Notary Public

                                                  <u>Ryan McGough</u>
                                                  Printed Name of Notary
                                                  Residing in King County, Washington

My Commission Expires:

<u>11/09/2023</u>