**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Sensa Verogna,

    Plaintiff,

    v.

Twitter, Inc.,

    Defendant.

Civil Case No. 1:20-cv-00536-SM

## <u>TWITTER, INC.'S OBJECTION TO</u> <u>PLAINTIFF'S MOTION TO DECLARE</u> <u>TWITTER A PUBLIC ACCOMMODATION UNDER LAW</u>

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, respectfully objects to Plaintiff's Motion to Declare Twitter a Public Accommodation Under Law [Doc. 5]. In support of its objection, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Its Objections to Plaintiffs' Motions for Declaratory Relief.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

A.    Deny Plaintiff's Motion to Declare Twitter a Public Accommodation Under Law; and

B.    Grant such other and further relief as the Court deems just.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

Dated:  June 12, 2020                By:        _/s/ Jonathan M. Eck_
                                                  Jonathan M. Eck, Esq. (NH Bar #17684)
                                                  Orr & Reno, Professional Association
                                                  45 S. Main Street, P.O. Box 3550
                                                  Concord, NH  03302
                                                  (603) 223-9100
                                                  jeck@orr-reno.com

                                                  Julie E. Schwartz, Esq. (*motion for pro hac vice
                                                  admission pending)*
                                                  Perkins Coie LLP
                                                  3150 Porter Drive
                                                  Palo Alto, CA  94304-1212
                                                  (650) 838-4490
                                                  JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 12, 2020                        _/s/ Jonathan M. Eck_
                                              Jonathan M. Eck, Esq. (NH Bar #17684)