UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Civil Case No. 1:20-cv-00536-SM |

**TWITTER, INC.'S OBJECTION TO
PLAINTIFF'S MOTION TO DECLARE
TWITTER A "STATE ACTOR" UNDER LAW**

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, respectfully objects to Plaintiff's Motion to Declare Twitter a "State Actor" Under Law [Doc. 6]. In support of its objection, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Its Objections to Plaintiffs' Motions for Declaratory Relief.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

    A.    Deny Plaintiff's Motion to Declare Twitter a "State Actor" Under Law; and

    B.    Grant such other and further relief as the Court deems just.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

Dated:  June 12, 2020          By:          */s/ Jonathan M. Eck*
                                             Jonathan M. Eck, Esq. (NH Bar #17684)
                                             Orr & Reno, Professional Association
                                             45 S. Main Street, P.O. Box 3550
                                             Concord, NH  03302
                                             (603) 223-9100
                                             jeck@orr-reno.com

                                             Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending*)
                                             Perkins Coie LLP
                                             3150 Porter Drive
                                             Palo Alto, CA  94304-1212
                                             (650) 838-4490
                                             JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 12, 2020                    */s/ Jonathan M. Eck*
                                         Jonathan M. Eck, Esq. (NH Bar #17684)