IN THE UNITED STATES DISTRICT COURT DISTRICT OF NH
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED
2020 JUN 15 P 7 50

Sensa Verogna, Plaintiff,  )
    v.  ) Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.  )

_____

**PLAINTIFF'S OBJECTION AND MEMORANDUM OF LAW
TO DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE**

1. Plaintiff, pro se and proceeding as Sensa Verogna, objects to Jonathan M. Eck, Esq., counsel for Twitter, Inc.'s Local Rule 83.2(b) Motion for Admission Pro Hac Vice as Julie E. Schwartz, an attorney with the law firm of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212, was not, in her own words, in good standing before this Court when she submitted to this Court Defendants Motion to Dismiss Complaint or, Alternatively, Transfer and Memorandum of Law in Support thereof, filed on June 1, 2020.

2. For the reasons stated in Plaintiff's Memorandum in Support of this Motion, Declarations and the reasoning averred through previous Plaintiff's Pleadings; Plaintiff's Request for Entry of Default by Clerk and Declaration in Support filed on June 8, 2020; and Plaintiff's Request for Entry of Default Judgement by Clerk filed on June 8, 2020; and Plaintiff's Request to Strike Defendant's Motion to Dismiss Complaint or, Alternatively, Transfer filed on June 15, 2020 and because Julie E. Schwartz, Attorney for the Defendant, Twitter, Inc., gave legal counsel in preparing the "Motion and Memorandum" in New Hampshire, then submitted those two documents to a New Hampshire Court where she was not authorized to practice, nor was she at the time of the submittal applying to any court, and additionally because she failed to state any reasoning as to why she would have submitted to this Court, documents she was not authorized to submit and in violation of N.H. RSA 311:7, Plaintiff PRAYS this Court deny this motion.

Page 1 of 2


Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.