FILED 6/15/2020
ED
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter, Inc.,<br><br>    Defendant. | Civil Case No. 1:20-cv-00536-SM |

## MOTION FOR ADMISSION PRO HAC VICE

    Jonathan M. Eck, Esq., counsel for Twitter, Inc. in this case and a member in good standing before this Court, hereby moves pursuant to Local Rule 83.2(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel, Julie E. Schwartz, *Pro Hac Vice*. He further states:

    1.    Attorney Schwartz is an attorney with the law firm of Perkins Coie LLP with a business address of 3150 Porter Drive, Palo Alto, CA 94304-1212. She is a member in good standing before the following Courts:

**State Bar Admissions:**

    California – December 2008

**Federal Bar Admissions:**

    U.S. District Court for the Northern District of California – December 2008
    U.S. District Court for the Central District of California – December 2008
    U.S. District Court for the Eastern District of California – October 2009

Attached Exhibit A

U.S. District Court for the Southern District of California – February 2010
Ninth Circuit Court of Appeals – December 2008

2. In addition, she is of good moral character and professional reputation. An affidavit of Julie Schwartz in support hereof is filed herewith.

3. I will remain actively associated with Attorney Schwartz at all times in this litigation.

4. Plaintiff has been contacted and does not assent to the relief sought through this Motion.

5. No memorandum of law is necessary as this Motion is within the discretion of the Court.

Respectfully submitted,

Dated:  June 8, 2020          By:      /s/ Jonathan M. Eck
                                       Jonathan M. Eck, Esq. (NH Bar #17684)
                                       45 S. Main Street, P.O. Box 3550
                                       Concord, NH  03302
                                       (603) 223-9100
                                       jeck@orr-reno.com

### CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 8, 2020                  /s/ Jonathan M. Eck
                                      Jonathan M. Eck, Esq. (NH Bar #17684)

Attached Exhibit A



FILED 6/15/2020
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,

    Plaintiff,

v.

Twitter, Inc.,

    Defendant.

Civil Case No. 1:20-cv-00536-SM

### AFFIDAVIT OF JULIE E. SCHWARTZ

The undersigned, being duly sworn, deposes and states the following:

1.     I, Julie E. Schwartz, am an attorney with the law firm of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212, Telephone: (650) 838-4490. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent the Defendant, Twitter, Inc., in this lawsuit.

2.     I am admitted and licensed to practice in the following courts:

    **State Bar Admissions:**

        California – December 2008

    **Federal Bar Admissions:**

        U.S. District Court for the Northern District of California – December 2008
        U.S. District Court for the Central District of California – December 2008
        U.S. District Court for the Eastern District of California – October 2009
        U.S. District Court for the Southern District of California – February 2010
        Ninth Circuit Court of Appeals – December 2008

Attached Exhibit A

3.  I am in good standing and eligible to practice in the courts to which I am admitted.

4.  I am not currently suspended or disbarred in any jurisdiction.

5.  I do not have any disciplinary matters currently pending nor have I had any previously imposed against me.

6.  I do not have any prior felony or misdemeanor convictions.

7.  I have never had any prior denials or revocations of any pro hac vice status in any court.

          Respectfully submitted,

Dated: June 8, 2020

          */s/ Julie E. Schwartz*
          Julie E. Schwartz, Esq.
          Perkins Coie LLP
          3150 Porter Drive
          Palo Alto, CA  94304-1212
          (650) 838-4490
          JSchwartz@perkinscoie.com

STATE OF WASHINGTON
COUNTY OF KING

      Before me, a Notary Public in and for said County and State, personally appeared Julie E. Schwartz, who acknowledged the execution of the foregoing Affidavit and who, having been duly sworn, stated that any representations therein contained are true to the best of her knowledge, information and belief, this <u>8th</u> day of June, 2019.

          */s/ Ryan McGough*
          Notary Public

          Ryan McGough
          Printed Name of Notary
          Residing in King County, Washington

My Commission Expires:

11/09/2023

Attached Exhibit A