IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 JUN 15 P 7 50
24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,  )

v.  ) Case #: **1:20-cv-00536-SM**

Twitter Inc., Defendant.  )

_____

Dear Clerk, please see attached;

Docket #16   PLAINTIFF'S OBJECTION AND MEMORANDUM OF LAW TO DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, TRANSFER and attached Declaration.

_____
/s/Anonymously as Sensa Verogna

SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

1