FILED 6/15/2020
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,          )
    v.                             )     Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant.           )

## DECLARATION IN SUPPORT OF PLAINTIFF'S OBJECTION AND MEMORANDUM OF LAW TO DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, TRANSFER

Plaintiff, proceeding anonymously as Sensa Verogna, hereby declare:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. I am the plaintiff in the above captioned case before this Court.

3. I did not anticipate that the Defendant would break the law and did not agree to allow Twitter to discriminate against him or to intentionally give waiver to any illegal performance under our bargain of future disputes. Defendant's UA portion of the contract should be forbidden in this case.

4. Attached is Exhibit A. regarding Twitter's position regarding your motion to proceed anonymously is set forth in Footnote 4 of Twitter's Motion to Dismiss.

5. I state that all of the information described in the Plaintiffs Motion and Memorandum were obtained by public records conducting google searches and the relevant government and public sites., were obtained by public records conducting google searches and the relevant government and public sites.

1

I declare under penalty of perjury that the foregoing is true and correct. Signed this 15th day of June 2020 in the State of New Hampshire.

_____
/s/Anonymously as Sensa Verogna

SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

2

**sensaverogna@gmail.com**
___

| | |
|---|---|
| **From:** | Eck, Jonathan M. <jeck@orr-reno.com> |
| **Sent:** | Monday, June 8, 2020 6:08 PM |
| **To:** | 'sensaverogna@gmail.com' |
| **Cc:** | 'Schwartz, Julie E. (Perkins Coie)' |
| **Subject:** | RE: Motions [IWOV-iManage.FID488825] |
| **Attachments:** | Doc. No. 9 -- Motion for Admission Pro Hac Vice -- Schwartz.pdf; Dox. No. 9-1 -- Schwartz Affidavit.pdf |

Dear Plaintiff:

Please see attached for a copy of Motion for Admission Pro Hac Vice that I filed earlier today, relative to Attorney Julie E. Schwartz, along with Affidavit of Julie E. Schwartz.

Please advise how much time you are seeking for an extension of time to respond to Twitter's Motion to Dismiss. Twitter will consider a reasonable extension of time, so long as in your motion, you will assent to and request the same extension for Twitter to file its Reply in Support of its Motion to Dismiss.

Twitter does not assent to any of your other motions. Twitter's position regarding your motion to proceed anonymously is set forth in Footnote 4 of Twitter's Motion to Dismiss.

Sincerely,
Jonathan Eck

**Jonathan M. Eck**

**Orr&Reno**
Sustained Excellence for 70 years.

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Direct Ext: 603.223.9100
Main Phone: 603.224.2381
Fax: 603.223.9000
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.223.9100) or by reply e-mail and delete this message.

**From:** sensaverogna@gmail.com [mailto:sensaverogna@gmail.com]
**Sent:** Monday, June 8, 2020 6:31 AM
**To:** Eck, Jonathan M. <jeck@orr-reno.com>
**Cc:** JSchwartz@perkinscoie.com.
**Subject:** Motions

Hello Mr. Eck and Ms. Schwartz, I cannot assent to your motion at this time.

1

**Attached Exhibit A**