IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,  )
   v.  ) Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant.  )

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, TRANSFER

I, the Plaintiff, proceeding anonymously as Sensa Verogna, hereby declare:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. I am the plaintiff in the above captioned case before this Court.

3. On May 4, 2020, plaintiff filed a complaint against defendant alleging violations of U.S.C. §1981 in Claim I, for violations of 42 U.S.C. § 2000a AND N.H.R.S.A 354-A:17 in Claim II and for violation of plaintiffs Constitutional Rights in Claim III. Complaint at Dkt. @ 1.

4. On May 11, 2020, defendant was duly served the summons and complaint by a service processor to the agent of record for Twitter Inc., The Corporation Trust Company Corporation, Trust Center, 1209 Orange Street, Wilmington, DE 19801. (Dkt. @2)

5. On May 18, 2020, plaintiff submitted Return of Service Executed as to Twitter Inc. by Plaintiff, and, with an Answer Follow Up required by the court by June 1, 2020. (Dkt. @ 2)

6. On June 1, 2020, defendant filed with this Court a Motion to Dismiss Complaint or Alternatively Transfer, (herein after as "Motion and Memorandum"), submitted on behalf of the defendant and by Jonathan M. Eck, Esq. and Julie E. Schwartz, Esq. (motion for pro hac vice

29 admission to be filed), and with no others person having filed on behalf of Twitter Inc., the
30 defendant. (Dkt. @ 3)

31     7. On June 4, 2020, though e-mail, Mr. Eck indicates that Ms. Schwartz is and was
32 not at the time of their filing the defendant's Motion and Memorandum, authorized to appear or
33 practice before the First Federal District Court of New Hampshire. See Docket @7, attached
34 Exhibit A.

35     8. On June 8, 2020, Mr. Eck, on behalf of Ms. Schwartz, filed a MOTION FOR
36 ADMISSION PRO HAC VICE requesting admission and the right to appear *Pro hac Vice*. further
37 corroborating the fact that she was not at the time of her filing of the defendant's Motion and
38 Memorandum, was not authorized to appear or practice before the First Federal District Court of
39 New Hampshire at that time. See attached declaration in support, Exhibit A.

40     9. On June 8, 2020, Ms. Schwartz forwarded to the court an AFFIDAVIT OF JULIE
41 E. SCHWARTZ, being duly sworn and deposed, stated to the Court:

> **"I, Julie E. Schwartz, am an attorney with the law firm of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212, Telephone: (650) 838-4490. By this Affidavit and the Motion to which it is attached, I seek admission pro hac vice to represent the Defendant, Twitter, Inc., in this lawsuit."**

See attached Exhibit A, plaintiff's declaration in support.

49     10. Ms. Schwartz, a California attorney, was not in her own words, at the time she
50 submitted the defendant's Motion and Memorandum, an active member in good standing of the
51 Supreme Court of New Hampshire which would have made her eligible for admission to the bar
52 of this Court. Local Rule 83.1 Bar of District Court (a) and in violation of N.H. RSA 311:7.

53     11. Ms. Schwartz, a California attorney, was not in here own words, at the time she
54 submitted the defendant's Motion and Memorandum; 1) formally started the application procedure
55 for admission; 2) sought nor received this Courts approval to appear pro hac vice; 3) paid any fees;

4) taken any oath under Local Rule 83.1(b); 5) motioned this court for a special admission under Local Rule 83.1(d).; 6) submitted any supporting affidavit or paid a fee as required by Local Rule 83.2., or; 7) motioned this Court for a limited appearance for preparing documents such as her Motion and Memorandum and this Court has not granted any leave pursuant to Local Rule 83.7, Limited Representation by Counsel and in violation of N.H. RSA 311:7

12.   Upon information and belief, defendant is not an infant, incompetent, or presently engaged in the military service.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 15th day of June 2020 in the State of New Hampshire.

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.