IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NH
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,   )
    v.                       )   Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant.     )

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO PROCEED ANNONOMOUSLY**

1. Plaintiff, pro se and proceeding anonymously as, Sensa, respectfully moves this Court for an order permitting him to proceed anonymously to protect his identity from public disclosure so as to protect his young family from harm.

2. Plaintiff, pro se and proceeding anonymously as, Sensa, a father of 4 children, with 2 under the age of 5, respectfully moves this Court for an order permitting him to proceed anonymously so as to protect his identity from public disclosure for reasons of justifiable fear of others dangerous reactions or actions towards my family or myself and where there is a serious risk of harm. Plaintiff submits the following Memorandum of Law in support of his motion.

3. Courts have allowed plaintiffs to proceed anonymously in cases involving real danger of physical harm which may occur as a result of the disclosure of Plaintiff's identity.

4. Concurrence sought by Plaintiff and denied by Defendant as to this motion.

5. For the reasons stated herein, and in the supporting memorandum of law, this Court should, at this time, allow Plaintiff to continue to proceed anonymously as Sensa Verogna

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.