FILED 6/15/2020
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff, )
v. ) Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant. )

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED ANNONOMOUSLY

Plaintiff, proceeding anonymously as Sensa Verogna, hereby declare:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. I am the plaintiff in the above captioned case before this Court.

3. With regards to this action I have kept my name confidential. When I have sought professional advice or other services such as a service processor, outside my home, I have secured confidentiality of my true name as it relates to this case.

4. The basis of my fears is that there are A LOT of unbalanced people in the world. One of my greatest fears would be to be confronted by person or persons while taking my two young children out of the vehicle or playing in the yard. My fears of keeping my children safe are what propel me to seek this motion to proceed anonymously.

5. I am not a public, state or local figure as I am self-employed blue-collar worker and have relatively few contacts beyond my family.

6. To date, the Press in the United States and the press worldwide has been silent about this case. Defendants have to date, to the best of the plaintiff's knowledge kept Plaintiff's name confidential.

7. I have no outstanding warrants and am not a felon.

8. Because the public identification of the plaintiff would likely identify his young children, who are not parties in the case weighs heavily against disclosure (2nd FACTOR)

I declare under penalty of perjury that the foregoing is true and correct. Signed this 15th day of June 2020 in the State of New Hampshire.

/s/Anonymously as Sensa Verogna

SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com.

2