FILED 6/15/2020
ED
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,          )

    v.                                )          Case #: **1:20-cv-00536-SM**

Twitter Inc.,   Defendant.         )

_____

Dear Clerk, please see attached;

Docket #12    PLAINTIFF'S MOTION AND MEMORANDUM TO STRIKE DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, TRANSFER and attached Declaration.

Docket #13    PLAINTIFF'S OBJECTION AND MEMORANDUM OF LAW TO DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE

Docket #14    MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED ANNONOMOUSLY and attached Declaration.

Docket #15    PLAINTIFF'S MOTION TO DECLARE TWITTER'S COMPUTER NETWORK A PUBLIC FORUM UNDER LAW AND BRIEF AND MEMORANDUM IN SUPPORT

/s/Anonymously as Sensa Verogna

SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

1