UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Twitter, Inc.,<br><br>　　　Defendant. | Civil Case No. 1:20-cv-00536-SM |

### TWITTER, INC.'S OBJECTION TO
### PLAINTIFF'S MOTION FOR DEFAULT

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, respectfully objects to Plaintiff's "Request" for Entry of Default by Clerk [Doc. 7]. In support of its objection, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Its Objections to Plaintiffs' Motions for Default and Default Judgment.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

　　　A.　　Deny Plaintiff's "Request" for Entry of Default by Clerk; and

　　　B.　　Grant such other and further relief as the Court deems just.

        Respectfully submitted,

        **Twitter, Inc.**

        By its attorneys,

Dated:  June 19, 2020        By:      */s/ Jonathan M. Eck*
        Jonathan M. Eck, Esq. (NH Bar #17684)
        Orr & Reno, Professional Association
        45 S. Main Street, P.O. Box 3550
        Concord, NH  03302
        (603) 223-9100
        jeck@orr-reno.com

        Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending*)
        Perkins Coie LLP
        3150 Porter Drive
        Palo Alto, CA  94304-1212
        (650) 838-4490
        JSchwartz@perkinscoie.com

## **CERTIFICATE OF SERVICE**

    I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 19, 2020        */s/ Jonathan M. Eck*
        Jonathan M. Eck, Esq. (NH Bar #17684)