## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,

     Plaintiff,

     v.

Twitter, Inc.,

     Defendant.

Civil Case No. 1:20-cv-00536-SM

## TWITTER, INC.'S OBJECTION TO
## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, respectfully objects to Plaintiff's "Request" for Entry of Default Judgment by Clerk [Doc. 8]. In support of its objection, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Its Objections to Plaintiffs' Motions for Default and Default Judgment.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

A.     Deny Plaintiff's "Request" for Entry of Default Judgment by Clerk; and

B.     Grant such other and further relief as the Court deems just.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,


Dated:  June 19, 2020          By:          */s/ Jonathan M. Eck*
                                      Jonathan M. Eck, Esq. (NH Bar #17684)
                                      Orr & Reno, Professional Association
                                      45 S. Main Street, P.O. Box 3550
                                      Concord, NH  03302
                                      (603) 223-9100
                                      jeck@orr-reno.com

                                      Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending)*
                                      Perkins Coie LLP
                                      3150 Porter Drive
                                      Palo Alto, CA  94304-1212
                                      (650) 838-4490
                                      JSchwartz@perkinscoie.com


### CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.


Dated:  June 19, 2020                    */s/ Jonathan M. Eck*
                                      Jonathan M. Eck, Esq. (NH Bar #17684)