UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,

    Plaintiff,

v.

Twitter, Inc.,

    Defendant.

Civil Case No. 1:20-cv-00536-SM

## TWITTER, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply to Plaintiff's Objection to the Motion for Admission Pro Hac Vice [Doc. 12]. As grounds for this Motion, Twitter states as follows:

    1.    On June 8, 2020, undersigned counsel for Twitter filed a Motion for Admission Pro Hac Vice [Doc. 9] seeking the pro hac vice admission in this case of Julie E. Schwartz, Esquire, as co-counsel for Twitter.

    2.    On June 15, 2020, Plaintiff filed his Objection [Doc. 12].

    3.    Twitter believes its brief reply memorandum, attached hereto as Exhibit A, will assist the Court in determining the issues raised in Plaintiff's Objection and Plaintiff's memorandum of law in support of his objection [Doc. 12; Doc. 12-1] and that it is important that

Twitter have the opportunity to respond to the unfounded accusation that Attorney Schwartz has engaged in the unauthorized practice of law.

4. Twitter, through its undersigned counsel, sought Plaintiff's concurrence to the relief sought through this motion, but Plaintiff did not grant such concurrence.

5. No memorandum of law is necessary because the relief requested is within the discretion of the Court.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

A. Enter an order granting Twitter leave to file its reply memorandum, in the form attached hereto as Exhibit A; and

B. Grant such other and further relief as the Court deems just.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

Dated: June 22, 2020 By: _/s/ Jonathan M. Eck_
Jonathan M. Eck, Esq. (NH Bar #17684)
Orr & Reno, Professional Association
45 S. Main Street, P.O. Box 3550
Concord, NH 03302
(603) 223-9100
jeck@orr-reno.com

Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4490
JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

      I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.


Dated: June 22, 2020                  */s/ Jonathan M. Eck*
                                             Jonathan M. Eck, Esq. (NH Bar #17684)