# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna,<br><br>   *Plaintiff,*<br><br> v.<br><br>Twitter, Inc.,<br><br>   *Defendant.* | Case No. 1:20-cv-00536-SM<br><br>**Request for Expedited Treatment Pursuant to L.R. 7.1(f)** |

## TWITTER, INC.'S MOTION TO STAY PROCEEDINGS

 Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, pursuant to Local Rules 7.1(a) and 7.1(f), moves to stay proceedings. As grounds for this Motion, Twitter states as follows:

 1. In support of this Motion, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Motion to Stay Proceedings.

 2. Plaintiff does not concur in the relief Twitter seeks through this Motion.

 WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

 A. Enter an order granting Twitter's Motion to Stay Proceedings and staying briefing on any of Plaintiff's current or forthcoming motions pending a ruling on Twitter's Motion to Dismiss [Doc. 3] or issue other appropriate relief to delay briefing on Plaintiff's motions until resolution of the Motion to Dismiss; and

 B. Grant such other and further relief as the Court deems just.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | **Twitter, Inc.** |
|  |  | By its attorneys, |
| Dated:  June 25, 2020 | By: | */s/ Jonathan M. Eck* <br> Jonathan M. Eck, Esq. (NH Bar #17684) <br> Orr & Reno, Professional Association <br> 45 S. Main Street, P.O. Box 3550 <br> Concord, NH  03302 <br> (603) 223-9100 <br> jeck@orr-reno.com |
|  |  | Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending*) <br> Perkins Coie LLP <br> 3150 Porter Drive <br> Palo Alto, CA  94304-1212 <br> (650) 838-4490 <br> JSchwartz@perkinscoie.com |

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 25, 2020           */s/ Jonathan M. Eck*
                                               Jonathan M. Eck, Esq. (NH Bar #17684)