UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,

    Plaintiff,

v.

Twitter, Inc.,

    Defendant.

Civil Case No. 1:20-cv-00536-SM

**TWITTER, INC.'S OBJECTION TO
PLAINTIFF'S MOTION TO DECLARE
TWITTER'S COMPUTER NETWORK A PUBLIC FORUM UNDER LAW**

Defendant, Twitter, Inc. ("Twitter"), by and through its undersigned counsel, Orr & Reno, Professional Association, respectfully objects to Plaintiff's Motion to Declare Twitter's Computer Network a Public Forum Under Law [Doc. 16]. In support of its objection, Twitter submits herewith Twitter, Inc.'s Memorandum of Law in Support of Its Objection to Plaintiff's Motion to Declare Twitter's Computer Network a Public Forum Under Law.

WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

    A.    Deny Plaintiff's Motion to Declare Twitter's Computer Network a Public Forum Under Law; and

    B.    Grant such other and further relief as the Court deems just.

1

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

Dated:  June 29, 2020            By:         */s/ Jonathan M. Eck*
                                        Jonathan M. Eck, Esq. (NH Bar #17684)
                                        Orr & Reno, Professional Association
                                        45 S. Main Street, P.O. Box 3550
                                        Concord, NH  03302
                                        (603) 223-9100
                                        jeck@orr-reno.com

                                        Julie E. Schwartz, Esq. (*motion for pro hac vice admission pending*)
                                        Perkins Coie LLP
                                        3150 Porter Drive
                                        Palo Alto, CA  94304-1212
                                        (650) 838-4490
                                        JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated:  June 29, 2020                        */s/ Jonathan M. Eck*
                                        Jonathan M. Eck, Esq. (NH Bar #17684)