IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED

2020 JUN 26 P 1:06

24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff, )
v. ) Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant. )

_____

**PLAINTIFF'S OBJECTION AND MEMORANDUM OF LAW TO TWITTER, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE**

1. Plaintiff objects to Defendant's Motion for Leave to Reply to Plaintiff's Objection to Motion for Admission Pro Hac Vice, pursuant to Local Rule 7.1(e)(2), moving for leave to file a reply [Doc. 22.], to Plaintiff's Objection to the Motion for Admission Pro Hac Vice [Doc. 12], Objecting to Defendant's Motion for Pro Hac Vice Admission of Julie E. Schwartz to this Court [Doc. 9].

2. Attorney Schwartz and Attorney Schwartz may have satisfied some of the requirements of Local Rule 83.2(b), [Docs. 9, 9-1.], but none of these actions were satisfied on June 1, 2020.

3. Attorney Schwartz's submittal of her Motion to Dismiss and Memorandum of law in Support constitutes an unauthorized practice of law in the State of New Hampshire under statute NH RSA 311:7 and New Hampshire Rules of Professional Conduct Rule 5.5(a) and put Attorney not in good standing. For these reasons, Plaintiff PRAYS THAT, Jonathan M. Eck, Esq.'s Motion for Admission Pro Hac Vice as to Julie E. Schwartz be denied and Grant such other and further relief as the Court deems just.

31  Respectfully,

32
33
34  /s/ Plaintiff, Anonymously as Sensa Verogna
35  SensaVerogna@gmail.com

36  **CERTIFICATE OF SERVICE**

37  I hereby certify that on this 26th day of June 2020, the foregoing document was made upon the
38  Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E.
39  Schwartz, Esq., JSchwartz@perkinscoie.com