**DECLARATION IN SUPPORT OF PLAINTIFF'S REPLY TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION TO DECLARE TWITTER'S COMPUTER NETWORK A PUBLIC FORUM UNDER LAW**
Case #: 1:20-cv-00536-SM

*DISTRICT OF NH*
*2020 JUL -6 P 9:07*
*24 HOUR DEPOSITORY*

Plaintiff, proceeding anonymously as Sensa Verogna, provides as follows:

I, Sensa Verogna, hereby declare as follows:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. The resident States of all information described in the PLAINTIFF'S REPLY AND MEMORANDUM OF LAW TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION TO DECLARE TWITTER'S COMPUTER NETWORK A PUBLIC FORUM UNDER LAW, were obtained by public records conducting google searches and the relevant government and public sites.

3. Attached EXHIBIT A, is a collection of Twitter Inc.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 6th day of July 2020 in the State of New Hampshire.

/s/ Anonymously as Sensa Verogna

SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July 2020, I have contracted the foregoing Declaration, to be served in hand, directly to the agent of record for Twitter Inc., The Corporation Trust Company Corporation, Trust Center, 1209 Orange Street, Wilmington, DE 19801.

# **EXHIBIT A- Twitter Public Policy, @Policy**

## **CONSTITUTIONAL ISSUES**

**Twitter Public Policy**
This EO is a reactionary and politicized approach to a landmark law. [Section 230] protects American innovation and freedom of expression, and it's underpinned by democratic values. Attempts to unilaterally erode it threaten the future of online speech and Internet freedoms.

EXHIBIT A-1

**Twitter Public Policy**
We stand with [            ] and journalists around the world who are being persecuted for doing their jobs and holding power to account. Governments should not impinge on the fundamental values of a [            ].

It must end now.

EXHIBIT A-2

**Twitter Public Policy**
That's why we've joined 200+ organizations and industry peers in urging the US Congress [ ] to prioritize access to broadband in their next stimulus package.

Joint Letter to Congress on Broadband in Stimulus Bills | Public Knowledge

EXHIBIT A-3

**Twitter Public Policy**
Twitter stands with the entire LGBTQ community today and every day. Together, our voices will not be silenced.

You belong here.

EXHIBIT A-4

**Twitter Public Policy**
Whether it's reporting from the front lines of conflict or in the throes of a social justice movement, what journalists bring to us from every corner of the world      is brave analysis and facts - of which, we couldn't be without.

EXHIBIT A-5

**Facebook Newsroom**
Facebook Joins Other Tech Companies to Support the Christchurch Call to Action

EXHIBIT A-6

**Twitter Public Policy**
On this            a reminder that at Twitter we believe privacy is a fundamental right, not a privilege. Learn more about our privacy policy here:

EXHIBIT A-7

## **IMMIGRATION ISSUES**

**Twitter Public Policy**
At Twitter, we believe diversity is a source of strength and continue to advocate for sound US policies like            . We're joining 140+ US companies and associations today in an amicus brief to the Supreme Court to support          .

EXHIBIT A-8

**Twitter Public Policy**
To mark                on June 20th, let the world know that you stand            by tweeting using the hashtags below.

The hashtags have been translated into 12 different languages to increase the reach of this important conversation.

EXHIBIT A-9

**Twitter Public Policy**
Statement on US high-skilled immigration proclamation:

"This proclamation undermines America's greatest economic asset: its diversity. People from all over the world come here to join our labor force, pay taxes, and contribute to our global competitiveness on the world stage.

EXHIBIT A-10

**Twitter Public Policy**
"Unilaterally and unnecessarily stifling America's attractiveness to global high-skilled talent is short-sighted and deeply damaging to the economic strength of the United States." —

EXHIBIT A-11

**Twitter Public Policy**
        make us better.

Thank you to the US Supreme Court for affirming our belief that our diversity is a source of strength, and         should be here to stay.

**Twitter Public Policy**
At Twitter, we believe diversity is a source of strength and continue to advocate for sound US policies like #DACA. We're joining 140+ US companies and associations today in an amicus brief to the Supreme Court to support #Dreamers.

cnbc.com/2019/10/04/maj...

EXHIBIT A-12

**Twitter Public Policy**
There is broad, bipartisan support to              and the United States Congress must act on a permanent solution.           and stand with            alongside 100+ US businesses and industry leaders. Learn more here:

EXHIBIT A-13

**Twitter Public Policy**
Collecting social media identifiers from visa applicants, including personal Twitter handles, has a chilling effect on that conversation. For these reasons, we remain strongly opposed to the U.S. Department of State's social media registration requirements.

EXHIBIT A-14

## HUMAN RIGHTS ISSUES

**Twitter Public Policy**
We hope 2020 brings more openness & willingness from governments to permit & empower public conversation online. At Twitter, we'll continue to

EXHIBIT A-15

**Twitter Public Policy**
2019 has been an historic year of public activism, protest, and holding power to account. From Hong Kong to Venezuela and beyond, we're humbled to stand shoulder to shoulder with activists and NGOs who use Twitter to fight for our

EXHIBIT A-16

**Twitter Public Policy**
Empowering voices to join the public conversation is core to Twitter's mission.

It is a mission that we celebrate on #HumanRightsDay — and strive to carry out every day.

EXHIBIT A-17

## VOTING

**Twitter Public Policy**
The            is a vital, participatory process. We're working w/
            to ensure the conversation around this civic event remains healthy, including the launch of a search prompt to point people to the authoritative source of information.

EXHIBIT A-18

**Twitter Public Policy**
It's more important than ever that those who wish to vote have the option to do so on or "before" Election Day.        supports        along with dozens of other businesses to ensure everyone knows their voting options ahead of the 2020 US elections."

EXHIBIT A-19

## **WORLD POLITICS**

**Twitter Public Policy**
As                      month comes to a close we supported the           to answer FAQs on how to deal with the anxieties and mental health issues people are facing during            .

See below for guidance and key resources from

EXHIBIT A-20

**Twitter Public Policy**
On Twitter, there is a critical mass of:

  expert organizations
  official government accounts
  health professionals and
  epidemiologists

Our goal is to elevate & amplify the right message from the right source.

EXHIBIT A-21

**Twitter Public Policy**
A friendly reminder to the US Congress that we still support strong              protections.

**Twitter Public Policy**
Thank you to Members of Congress for introducing and supporting legislation today to restore strong #NetNeutrality    protections for Internet users and innovators.    We look forward to continuing to work with Congress in a bipartisan manner on this critical internet issue.

EXHIBIT A-22

**EFF**

Today, the House of Representatives passed the             Act, which would give the majority of Americans what they want: strong         protections. It's time to tell the Senate to follow suit!



Victory: The House of Representatives Passes Net Neutrality

EXHIBIT A-23

<u>**ENVIRONMENTAL ISSUES**</u>

**Twitter Public Policy**

From DIY projects    in your community to volunteering your time and talents   — there are numerous ways for people to get involved, even while we

    Join the conversation using            , as we come together to fight for the future of our planet.

EXHIBIT A-24

 **jack**
Thank you Prime Minister            for the conversation this afternoon. Appreciate your use of Twitter to reach the people of Japan directly, and your leadership on issues facing the world such as climate change.

EXHIBIT A-25

**Twitter Public Policy**

As we work to address the critical needs of our planet, we know we're better together, standing in partnership with a diverse coalition:

EXHIBIT A-26

## OTHER POLITICAL ISSUES

**Twitter Public Policy**

Thank you for your insight and humor, Secretary Albright.

You're welcome to join our team any time.

EXHIBIT A-27

**Twitter Public Policy**

As partners of the bipartisan Partnership Challenge, we look forward to continuing to work together to ensure equal access to 21st-century opportunities for all.

**The Black Caucus**

The third annual #HBCUSTEAM Day of Action officially kicks off today.

The @TheBlackCaucus is proud support our Member @RepAdams Founder and Co-Chair of the HBCU Caucus to welcome the 102 #HBCUs to Capitol Hill.

#HBCUStrong

EXHIBIT A-28


**Beto O'Rourke**
Leaving millions of weapons of war on the streets because Trump and McConnell are at least pretending to be open to reforms?

That calculation and fear is what got us here in the first place. Let's have the courage to say what we believe and fight for it.

EXHIBIT A-29


**Joe Biden**
Since 1973, over 160 individuals in this country have been sentenced to death and were later exonerated. Because we can't ensure that we get these cases right every time, we must eliminate the death penalty.

EXHIBIT A-30


**Joe Biden**
Donald Trump wants to declare this health crisis over and unemployment solved so that he can get back to his campaign rallies. But he's wrong — on both fronts.

We need a president who will actually do the work needed to get us through these crises.

EXHIBIT A-31


**Kamala Harris**
Absolutely heartbreaking. Summer Taylor was only 24-years-old, peacefully protesting for Black Lives Matter when they were struck by a car. Thinking of their family during this difficult time and everyone in the movement today.



EXHIBIT A-32



**Matt B.**

As she is a member of the Democratic party & the DSA stands for Democratic Socialists of America NOT a communist organization.

If you're going to try to smear at least try to be accurate.

**Matt B.**

Someone needs to go back to school. Go research the difference between Social Democrats and socialism.

Knowledge is power.



**OFMI**

As a veteran will Representative Gabbard have the courage to denounce fascist organizations in India like the RSS which provides street-soldiers to the ruling BJP party? Will she return campaign donations given by Overseas Friends of BJP?

EXHIBIT A-33