IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED

2020 JUL -6 P 9: 0?

24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,                    )

    v.                                   )          Case #: **1:20-cv-00536-SM**

Twitter Inc.,    Defendant.                  )

_____

**PLAINTIFF'S REPLY AND MEMORANDUM OF LAW TO TWITTER, INC.'S
OBJECTION TO PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY**

1.      Plaintiff, respectfully Replies to Defendant's Objection [Doc. 27], to Plaintiffs

Motion to Proceed Anonymously [Doc. 15]. In support of his reply to the objection, Plaintiff states

as follows:

2.      Plaintiff, pro se and proceeding anonymously as, Sensa, a father of 4 children, with

2 under the age of 5, respectfully moves this Court for an order permitting him to proceed

anonymously so as to protect his identity from public disclosure for reasons of justifiable fear of

others dangerous reactions or actions towards my family or myself and where there is a serious

risk of harm.  Plaintiff submits the following Memorandum of Law in support of his motion.

3.      Defendants' Default is "an admission of the facts cited in Plaintiff's Complaint, See

Pitts ex rel. Pitts v. Seneca Sports, Inc., 321 F. Supp.2d 1353, 1357 (S.D. Ga. 2004); see also

Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1204 (5th Cir. 1975), and is

sufficient to establish Defendants liability on Plaintiffs stated legal theories in his claims. Here,

the Plaintiff has established that Defendants were at the times alleged in the Complaint, a Public

Accommodation, a Public Forum, and a State Actor under law, through the well pled facts in his

Complaint.

29 | Respectfully,

30

31 | /s/ Plaintiff, Anonymously as Sensa Verogna

32 | SensaVerogna@gmail.com

33 | **CERTIFICATE OF SERVICE**

34 | I hereby certify that on this 6th day of July 2020, the foregoing document was made upon the

35 | Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E.

36 | Schwartz, Esq., JSchwartz@perkinscoie.com

37

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Sensa Verogna, Plaintiff,                               )

        v.                               )          Case #: **1:20-cv-00536-SM**

Twitter Inc.,   Defendant.                               )

_____

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S REPLY TO**
**TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION TO PROCEED**
**ANONYMOUSLY**

1.      Plaintiff has kept his name confidential. [Doc. 15, Deposition @3]

2.      Disclosure feared out of the concern for young children, not related to the case. [Doc. 15, Deposition @4]

3.      Public interest lately has just been to gang up against anyone who doesn't share their views. [Doc. 15, 7-15] [Doc. 15, Deposition @6]

4.      The Plaintiff could and would testify competently if needed.  [Doc. 15, Deposition @1]

5.      Plaintiff has no illegitimate ulterior motives. [Doc. 15, Deposition @5 and 7]

6.      There has been no opposition to the use of  pseudonym by counsel, the public, or the press. [Doc. 15, Deposition @6]

7.      Here there are no factors disfavoring anonymity such as;

      (1) the universal level of public interest in access to the identities of litigants; [Doc. 15, Deposition @6]

      (2) The Plaintiff is not a public figure. [Doc. 15 @ 20, Declaration @ 5]

      (3) There has been no opposition to the use of  pseudonym by counsel, the public, or the  press. [Doc. 15, Deposition @6]

30    8.    Courts have granted motions similar to Plaintiffs, including; Order, Doe v. Corr.

31 Corp. of Am., No. 3:15-cv-68 (M.D. Tenn. Jan. 27, 2015), ECF No. 11 (placing the words

32 "ORDER: Motion granted," with the magistrate judge's signature, in the upper-right-hand margin

33 of Plaintiff's Motion for Protective Order); Order, Patient A v. Vt. Agency of Human Servs., No.

34 5:14-cv-206-GWC (D. Vt. Oct. 27, 2014), ECF No. 3 (granting the plaintiff's motion to proceed

35 under a pseudonym in a text order on the docket). See, e.g., United States v. Doe, Nos. 13-50614

36 & 14-50015, 2015 WL 3483962, at *1 n.1 (9th Cir. Jun. 3, 2015) (stating "[w]e grant defendant

37 appellant's motion to refer to him by a pseudonym in this disposition,"); ("In the vast majority of

38 pertinent cases the courts have allowed, and perhaps sometimes disallowed, pseudonymity without

39 analysis and consideration of the competing interests in access. If analysis was done, it was not

40 reflected in published opinions.") See United States v. Doe, 778 F.3d 814, 817 n.1 (9th Cir. 2015)

41 (granting defendant's motion for pseudonymity because "the defendant may face 'a risk of serious

42 bodily harm if his role on behalf of the Government were disclosed to other inmates'").

43 For these reasons and such other reasons as may appear just to the Court,

44 Plaintiff PRAYS THAT:

45    1.    Plaintiff be allowed to continue proceeding anonymously as Sensa Verogna

46 and that the Court issue a protective order or gag order to keep his family safe from even the

47 slightest bit of harm.

48    2.    In all publicly-filed documents, Plaintiff's true actual name shall only be

49 identified as Sensa Verogna;

50    3.    Under no other circumstances shall any party or any other person

51 intentionally disclose Plaintiff, proceeding as Sensa Verogna's, identity without his written

52 consent.

53   Respectfully,

54
55
56   /s/ Plaintiff, Anonymously as Sensa Verogna
57   SensaVerogna@gmail.com

58

59                         CERTIFICATE OF SERVICE

60   I hereby certify that on this 6th day of July 2020, the foregoing document was made upon the
61   Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E.
62   Schwartz, Esq., JSchwartz@perkinscoie.com

63

64

65