**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

DISTRICT OF NH
FILED

· 2020 JUL 29 ▯ 4: 5▯

Sensa Verogna, Plaintiff,　　　　　)

v.　　　　　　　　　　　　　　　　)　　Case #: **1:20-cv-00536-SM** ▯UR DEPOSITORY

Twitter Inc.,　Defendant.　　　　　)

_____

### PLAINTIFFS MOTION TO CLARIFY RECORD

Plaintiff, Sensa Verogna ("Plaintiff") motions this Court to clarify the record as it is unreadable as entered by the Clerk. In support of this Motion, Plaintiff states as follows:

1.　　Plaintiff filed Complaint, [Doc.1] and Attached Exhibits on May 4, 2020.

2.　　Plaintiff file Objection, [Doc. 35] and Attached Exhibits on July 6, 2020.

3.　　Both Dockets 1 and 35 include pleadings and Exhibits that were scanned by the Court and are ineligible to read and therefore not an accurate representation of the Court Record.

4.　　Docket 1, pages 11, 17, 26, 26, 29, 34, 55 are pleadings that are intelligible.

5.　　Docket 1-2, pages 70, 74, 76, 78, 79 are Attachments that are intelligible.

6.　　Docket 1-3, pages 3, 5, 6, 11, 13, 14-27, 30-41, 43-56, 58-62, 64-85 are Attachments that are intelligible.

7.　　No memorandum of law is necessary because Plaintiff cites herein the authority in support of his objections. Consent was sought, but Defendant has not yet replied.

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court:

A. Allow Plaintiff to replace the entire pleadings and Exhibits in Docket 1 with an electronic formatted file to be e-mailed directly to the Clerk for re-posting; and

B. Allow Plaintiff to replace the entire pleadings and Exhibits in Docket 35 with an electronic formatted file to be e-mailed directly to the Clerk for re-posting; and

C. Grant such other and further relief as the Court deems just.

29

30  I declare under penalty of perjury that the foregoing is true and correct. Signed this ___ day

31  of July 2020 in the State of New Hampshire.

32

33                                        /s/ Anonymously as Sensa Verogna

34                                        SensaVerogna@gmail.com

35

36  Respectfully,

37
38                                        /s/ Plaintiff, Anonymously as Sensa Verogna
39                                        SensaVerogna@gmail.com

40

41                            **CERTIFICATE OF SERVICE**

42  I hereby certify that on this 29th day of July 2020, the foregoing document was made upon the
43  Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E.
44  Schwartz, Esq., JSchwartz@perkinscoie.com.

45

46                                  Page **2** of **2**

