IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,    )
       v.                    )    Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.     )
_____

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK

To: Clerk of Court

Plaintiff, pro se and proceeding anonymously as Sensa Verogna, hereby requests the entry of default by Clerk upon defendant, Twitter Inc. and pursuant to Federal Rules of Civil Procedure Rule 55(a), as defendant has failed to properly plead under Fed. R. Civ. P. 12 and otherwise defend Plaintiff's Complaint,[See Doc. 1], and Summons, [See Doc. 2], by June 1, 2020, as required by Fed. R. Civ. P. 4 and the clerk must enter the party's default under the Rules of Civil Procedure, Rule 55(a) and/or shall enter default under Local Rule 55.1(a). Defendant was notified on June 8, 2020, [Docs. 7 and 8] of the illegality and inadequacy of its June 1, 2020 Motion to Dismiss.[See Doc. 3] To date, the Defendant has made no attempt to provide to the Court or the Plaintiff a sufficient answer under Fed. R. Civ. P. 4., a pleading in conforming with Fed. R. Civ. P. 12 and has otherwise failed to properly defend itself against the Plaintiff's Complaint, as required by Fed. R. Civ. P. 4., and within the requirements stated in the Summons.

31 | The Plaintiff's declaration in support is attached herein.

32 | Respectfully,
33 |
34 | _____
35 | /s/ Plaintiff, Anonymously as Sensa Verogna
36 | SensaVerogna@gmail.com

37 |

38 | **CERTIFICATE OF SERVICE**

39 | I hereby certify that on this 11th day of August 2020, the
40 | foregoing document was made upon the Defendant, through its
41 | attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie
42 | E. Schwartz, Esq., JSchwartz@perkinscoie.com