IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 AUG 11 A 8:36
24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff, )
 v. ) Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant. )

_____

<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE OBJECTION AND MOL TO TWITTER, INC.'S REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE</u>

 Plaintiff, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply to Defendant's Objection [Doc. 44] to the Plaintiff's Objection [Doc. 12]. As grounds for this Motion, Plaintiff states as follows:

 1. On June 8, 2020, Defendant filed a pro hac vice motion regarding Attorney Schwartz.[Doc. 9]

 1. On June 15, 2020, Plaintiff filed an Objection.[Doc. 12]

 2. On August 4, 2020, Defendant filed his Motion for leave to file an Objection as approved by the Court. [Doc. 44]

 3. Plaintiff believes his brief reply and memorandum, attached hereto as Exhibit A, will assist the Court in determining the issues raised in Defendant's Objection [Doc. 44] and that it is important that the Plaintiff have the opportunity to respond to the absurd notion that Attorney Schwartz's submittal of her Motion to Dismiss and Memorandum of law in Support constitutes an unauthorized practice of law in the State of New Hampshire under statute NH RSA 311:7 and New Hampshire Rules of Professional Conduct Rule 5.5(a) and put Attorney not in good standing.

4. Plaintiff, sought Defendant's concurrence to the relief sought through this motion, but Defendant has not grant such concurrence.

**WHEREFORE**, the Plaintiff, respectfully requests that this Honorable Court:

A. Enter an order granting Plaintiff leave to file its reply memorandum, in the form attached hereto as Exhibit A; and

B. Grant such other and further relief as the Court deems just.

Respectfully,

_/s/ S. Vernyn_____
/s/Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

2