IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,  )
    v.                          )   Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.    )

_____

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY AND MOL TO DEFENDANT'S OBJECTION TO MOTION FOR RECONSIDERATION

Plaintiff, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply and MOL to Defendant's Objection to the Motion for Reconsideration [Doc. 38-39]. As grounds for this Motion, Plaintiff states as follows:

1. On July 22, 2020, Plaintiff filed a Motion for Reconsideration [Doc. 38-39].

2. On August 4, 2020, Defendant filed his Objection [Doc. 43].

3. Plaintiff believes his brief reply and memorandum, attached hereto as Exhibit A, will assist the Court in determining the issues raised in Defendant's Objection [Doc. 43] and that it is important that the Plaintiff have the opportunity to respond to the absurd notion that Pro Hac Vice attorneys are required to sign pleadings presented to this Court and that an appearance and notice to the Plaintiff is the only or minimum bar required to satisfy an appearance in response to a Summons.

4. Plaintiff, sought Defendant's concurrence to the relief sought through this motion, but Defendant has not grant such concurrence.

**WHEREFORE**, the Plaintiff, respectfully requests that this Honorable Court:

A. Enter an order granting Plaintiff leave to file its reply memorandum, in the form attached hereto as Exhibit A; and

B. Grant such other and further relief as the Court deems just.

Respectfully,

_____
/s/Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com