IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 AUG 10  A 11: 42
24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,  )
v.                         )  Case #: **1:20-cv-00536-SM**
Twitter Inc., Defendant.   )

## PLAINTIFF'S RULE 15 MOTION TO AMEND MOTIONS OR OBJECTIONS WHERE LEAVE WAS REQUIRED

Plaintiff motions this Court under Local 15(a)(2) to Amend Motions or Objections where Leave of the Court may have been required or where the page limit may have been exceeded. The Plaintiff has Attached a Declaration in support thereof, and states;

1. Local Rule 7.1(a)(3) appears to require prior leave of the Court only when the length of the motion exceeds a certain number of pages.

2. The Plaintiff is still not entirely certain that leave from the Court was or is required for Dockets numbered 19, 20, 35 and 40 as Local Rule 7.1(a)(3) appears to require prior leave of the Court only when the length of the motion exceeds a certain number of pages for Non Dispositive motions or objections.

3. Plaintiffs Docket 28 is 1 page over the limit, Docket 34 is 7 pages over the limit, and Docket 36 is 5 pages which is the limit under 7.1 (e) (2) and asks that either the Court except these Reply Objections as submitted or that it allow the Plaintiff to refile within the page limit restrictions, as understood by the Plaintiff.

4. These above-mentioned motions or objections were all initially filed within the time required to do so under the rules as understood by the Plaintiff.

1

5.   The Plaintiff files this Motion and Attached Declaration in good faith and is simply seeking that any arguments or objections forwarded to the Court will be well-taken and considered prior to the Court making its decision on such motions or objections.

6.   No Memorandum is attached as arguments are contained within this motion.

7.   Concurrence was sought and not answered by the Defendant within the time Plaintiff filed with the Court.

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court:

A. Allow Plaintiff's Motions and Objections to stand as previously filed; or

B. Instruct Plaintiff as to what would be acceptable to the Court under these circumstances and allow Plaintiff's motions or objections to be considered by the Court; and

C. Allow Defendant time to respond so it will not be prejudiced; and

D. Grant such other and further relief as may be just and equitable.

Respectfully,

/s/Anonymously as Sensa Verogna

SensaVerogna@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

2