IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,   )
   v.   )   Case #: **1:20-cv-00536-SM**
Twitter Inc.,   Defendant.   )

**DECLARATION IN SUPPORT OF PLAINTIFF'S RULE 15 MOTION TO AMEND MOTIONS OR OBJECTIONS WHERE LEAVE WAS REQUIRED**

Plaintiff, proceeding anonymously as Sensa Verogna, hereby declare:

1. I am a New Hampshire resident over eighteen and have personal knowledge of facts below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. I am the plaintiff in the above captioned case before this Court.

3. I am still not entirely certain that leave from the Court was or is required for Dockets numbered 19, 20, 35 and 40 as Local Rule 7.1(a)(3) appears to require prior leave of the Court only when the length of the motion exceeds a certain number of pages regarding non-dispositive motions or objections and the Plaintiff understands these to be dispositive motions or objections.

4. Plaintiffs Docket 28 is 1 page over the limit, Docket 34 is 7 pages over the limit, and Docket 36 is 5 pages which is the limit under 7.1 (e) (2) and asks that either the Court except these Reply Objections as submitted or that it allow the Plaintiff Leave to refile within the page limit restrictions, as understood by the Plaintiff.

5. I believe that the above stated motions or objections were all initially filed within the time required to do so.

6. I did not understand, comprehend or believe until August 9, 2020 that said motions or objections may not be within the Court's rules regarding leave of Court or page limits.

1

29  7. I file this Motion in good faith and am simply seeking that my arguments or objections
30  forwarded to the Court will be well-taken and considered prior to the Court making its decision
31  on said motions or objections.

33  I declare under penalty of perjury that the foregoing is true and correct. Signed this 10th day
34  of August 2020 in the State of New Hampshire.

36  _____
37  /s/Anonymously as Sensa Verogna

38  SensaVerogna@gmail.com

39  **CERTIFICATE OF SERVICE**

40  I hereby certify that on this 10th day of August 2020, the foregoing document was made upon
41  the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie
42  E. Schwartz, Esq., JSchwartz@perkinscoie.com