IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 AUG 19 P 8: 27
24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,  )
v.                         )   Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.   )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY AND MOL TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Plaintiff, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply and MOL to Defendant's Objection to Plaintiff's Motion for Judicial Notice [Doc. 42]. As grounds for this Motion, Plaintiff states as follows:

1. On August 5, 2020, Plaintiff filed a Motion for Judicial Notice [Doc. 42].

2. On August 12, 2020, Defendant filed his Objection [Doc. 50].

3. Plaintiff believes his brief reply and memorandum, attached hereto as Exhibit A, will assist the Court in determining the issues raised in Defendant's Objection [Doc. 50] and that it is important that the Plaintiff have the opportunity to respond to the absurd notion that the questions the Plaintiff seeks to have answered have no bearing on their Motion to Dismiss, [Doc. 3]. The Court may have declined to find Twitter in default, but it does not automatically mean that the Twitter's Doc. 3 Motion to Dismiss is legally valid and can in fact be adjudged by this Court.

4. Plaintiff is aware that he is 6 pages over the page limit and hopes the Court will understand that questions were reiterated for the convenience of Court and the Defendant.

5. Plaintiff, sought Defendant's concurrence to the relief sought through this motion and the Defendant has not grant such concurrence.

1

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court:

A. Enter an order granting Plaintiff leave to file its reply memorandum, in the form attached hereto as Exhibit A; and

B. Grant such other and further relief as the Court deems just.

Respectfully,

/s/Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com