FILED 8/19/2020
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,   )
v.                          )   Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.    )

**PLAINTIFF'S REPLY AND MOL IN REPLY TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Sensa Verogna ("Plaintiff"), respectfully Replies to Twitter, Inc.'s ("Twitter") Objection [Doc. 50], to Plaintiff's Motion for Judicial Notice. [Doc. 42]. The Court should answer the Plaintiff's Motion in its entirety because it satisfies the requirements of Federal Rule of Evidence 201. The matters on which Plaintiff seeks judicial notice are either "adjudicative fact[s]," or "generally known within the trial court's territorial jurisdiction" or "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." See Fed. R. Evid. 201(a), (b)(1)-(2). Or that the Court must take judicial notice as Plaintiff has supplied the Court with the necessary information. See Fed. R. Evid. 201(c). The facts the Plaintiff seeks judicial notice of, are facts that can be found utilizing pleadings, declarations or other documents that are already within the record In support of this Objection [1] Plaintiff includes and supplies the Court with the necessary information proceeding each fact as stated in the attached Memorandum of Law ("MOL").

---

[1] See [Plaintiff's Doc. 42, "The facts the Plaintiff seeks judicial notice of, are facts that can be found utilizing pleadings, declarations or other documents that are already within the record", Dockets 1, 7, 12, 14, 3, 34, 38, 39 filed by the Plaintiff, Dockets 3, 9, 17, 22, 25, 28 filed by the Defendant.

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court:

A. Judicially Notice the known facts listed in Doc. 42;

B. Direct Plaintiff if form is incorrect; and

C. Grant such other and further relief as the Court deems just.

Respectfully,

_____
/s/Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com