ATTACHED EXHIBIT A

DISTRICT OF NH

2020 SEP 10 P 2: 14

24 HOUR DEPOSITORY

Listed below are 639 examples of what this Court interprets to be "generalized" threats. [See Doc. 1, Para 183] [See Doc. 15, MOL @11]

1. November 5, 2018: Bomb Threat called in at building next to Trump event.
2. November 5, 2018: Sen. Joe Manchin (D-WV) tells cheering supporters he "wanted to 'Beat the Living Crap out of' his GOP Opponent
3. November 3, 2018: Gillum (D-FL) intern arrested in Florida for throwing chocolate milk at College Republicans
4. November 2, 2018: Although reported to Twitter, live tweet (three days and counting) threatens Trump's family.
5. November 2, 2018: Joe Biden Again Threatens To Harm GOP Candidate, "I'd Like To Give Him A High Threshold Of Pain"
6. October 31, 2018: Woman Threatens Violence Against 11-Year-Old over Trump Halloween Costume
7. October 31, 2018: Traverse City, MI,GOP office receives bomb threat
8. October 29, 2018: Actor James Cromwell: There will Be 'Blood in the Streets' Unless Trump Stopped
9. October 29, 2018: Twitter allows 179 death threats against Trump
10. October 29, 2018: FL: Shots Fired into South Daytona Republican Party Office
11. October 28, 2018: Left-wing mobs disrupt Marsha Blackburn (R-TN) rally
12. October 25, 2018: New York Times runs story fantasizing about Trump's assassination
13. October 25, 2018: GOP headquarters vandalized in Iowa City, IA
14. October 24, 2018: Left-wing activist with history of harassing GOP lawmakers arrested for trying to buy radioactive material
15. October 24, 2018: N.J. GOP Congressional Candidate Receives Letter Threatening His Children
16. October 23, 2018: Boulder thrown through Rep. McCarthy's (R-CA) office window
17. October 21, 2018: Obama's former deputy secretary of state, Philippe Reines says harassment of McConnell and his wife "is fine"
18. October 20, 2018: Watch–Angry Leftists Harass McConnell, Wife at Restaurant: 'Why Don't You Get Out of Here?'
19. October 19, 2018: New York Man Charged With Threatening Two Senators Over Kavanaugh Support
20. October 18, 2018: Dem operative for Soros-funded group arrested for 'battery' against Nevada GOP candidate's campaign manager
21. October 18, 2018: Rosie O'Donnell calls on military to remove Trump
22. October 17, 2018: TN Restaurant owner's life threatened for renting space to GOP's Marsha Blackburn
23. October 17, 2018: Portland Antifa tells 9/11 NYPD widow "YOUR HUSBAND SHOULD FUC*ING ROT IN THE GRAVE"
24. October 17, 2018: Professor calls for harassing Republicans at restaurants, sticking 'fingers in their salads'

25. October 16, 2018: Person claimed ricin was in letter sent to Senator Collins home
26. October 16, 2018: Left-wing comedian gets physical with Trump supporter at Hooters
27. October 16, 2018: Republican candidate Shane Mekeland punched in Minnesota restaurant
28. October 16, 2018: Gov. Cuomo (D-NY) Blames GOP for Antifa Attack on Manhattan Club
29. October 16, 2018: Republican State Rep. Sarah Anderson assaulted in Minnesota
30. October 16, 2018: DFL Employee Calls for Republicans to be Beheaded
31. October 15, 2018: Vermont GOP House Candidate Receives Threatening Letter
32. October 13, 2018: VIDEO: Republican Justin Fareed's Campaign Canvasser Allegedly Chased, Assaulted

33. October 12, 2018: GOP office vandalized in Mesa, AZ
34. October 12, 2018: Antifa Smash Windows, Deface Doors of Metropolitan Republican Club in Manhattan

35. October 11, 2018: Anti-Trump Protester Threatens to Rape Conservative Reporter
36. October 11, 2018: A truck with 'Trump 2020' bumper stickers was left at a bar overnight. Someone set it on fire.
37. October 10, 2018: Susan Rice's Republican Son Assaulted at Pro-Kavanaugh Event

38. October 10, 2018: Eric Holder Tells Dem Activists: 'When They Go Low, We Kick 'Em'
39. October 10, 2018: CNN says mobs have "constitutional right" to chase Republicans out of restaurants
40. October 9, 2018: Hillary Clinton opposes "civility" with Republicans.
41. October 8, 2018: Raw Story's Editor: Steve Scalise 'Accomplice' to His Attempted Murder

42. October 8, 2018: Leftist Teacher Tweets: "So Who's Gonna Take One For the Team and Kill Kavanaugh?"
43. October 8, 2018: Antifa Takes Over Portland, Harasses Old Man for Disobeying

44. October 8, 2018: Rand Paul's Wife: I Sleep with a Loaded Gun Thanks to Leftists' Threats
45. October 7, 2018: Sen. Cory Gardner claims wife received a beheading video over Kavanaugh vote.
46. October 6, 2018: Sen. Rand Paul (R-KY) harassed at airport
47. October 6, 2018: Kavanaugh Protesters Accost an Elderly Trump Supporter
48. October 6, 2018: Sen. Collins Flooded with Abusive Tweets Threatening Death, Violence
49. October 5, 2018: Protesters Chase Graham To His Car Saying They Will Remove Him From Office
50. October 4, 2018: Republican Senators Hit With Death Threats Amidst Kavanaugh Fight

51. October 3, 2018: Ricin and threatening letter sent to Trump
52. October 2, 2018: 2 hospitalized after exposure to powdery substance at Cruz's Houston campaign office
53. October 2, 2018: GOP Congressman Andy Harris (R-MD) assaulted by protesters
54. October 1, 2018: Vandals Hit IL GOP Headquarters With 'RAPE' Graffiti
55. October 1, 2018: Senator Mitch McConnell Badgered At Airport By Anti-Kavanaugh Activists
56. September 30, 2018: Georgetown prof: White GOP senators in Kavanaugh hearing 'deserve miserable deaths'
57. September 27, 2018: Republican Senators doxxed by Democrat Congressional intern
58. September 25, 2018: CNN Defends harassment of Ted Cruz
59. September 25, 2018: Ted Cruz and Wife harassed out of DC restaurant
60. September 20, 2018: Brett Kavanaugh and family receive death threats
61. September 17, 2018: Gov. Jerry Brown (D-CA) "Something's got to happen to this guy [Trump], because if we don't get rid of him..."
62. September 12, 2018: Resistance Makes Rape Threat to Susan Collins Staffer over Kavanaugh Vote
63. September 11, 2018: DC police investigate threat to commit mass shooting at a MAGA event in Trump International Hotel
64. September 11, 2018: Threats of Rape and Strangling' Force Writer Into Hiding After Anti-Abortion Tweet
65. September 11, 2018: Trump Hater Attacks California GOP House Candidate with Switchblade
66. September 10, 2018: Hispanic Immigrant says she was spit on in Santa Monica for Trump hat.
67. September 10,2018: Broadway Star Carole Cook on Trump: 'Where's John Wilkes Booth When you Need Him?
68. September 6, 2018: Media and Leftists Harass Rep. Devin Nunes (R-CA) and His Family
69. September 6, 2018: Black Trump Fan Booted from Bar for Wearing Trump Hat
70. September 6, 2018: Arsonists hit Albany County GOP Headquarters in Laramie, WY.
71. September 5, 2018: TV Writer Hopes Kavanaugh Daughters 'Go to School Without Being Shot'
72. September 5, 2018: Man Ahouting 'Treason' Intentionally Rammed Truck into Local Fox Station KDFW
73. August 31, 2018: Dem Rep. Ruben Gallego Threatens Immigration Officials
74. August 28, 2018: California student arrested for stealing MAGA hat from classmate, slapping teacher
75. August 27, 2018: "F" Trump: Flagstaff, AZ, GOP Office Vandalized
76. August 19, 2018: Dad Dares Daughter To Knock Off Guy's MAGA Hat For 100 Bucks. She Does It.
77. August 18, 2018: Trump supporter assaulted by aging punk rocker.
78. August 14, 2018: CNN's Chris Cuomo justifies and encourages violence against Trump supporters.
79. August 12, 2018: TX Restaurant forced to close social media accounts over photo of Jeff Sessions

80. August 9, 2018: 'Frozen' Actor snatches Trump banner away from audience member
81. August 9, 2018: FBI announce arrest for contract killing threat of ICE agent via Twitter
82. August 9, 2018: Antifa blocks Infowars reporter's access to park
83. August 8, 2018: Democrat protester harass GOP rep. "Shame on your Mexican wife!"
84. August 6, 2018: Infowars reported harassed by Antifa in Portland
85. August 6, 2018: FL: Vandals throw dead fish on Lee Co. Republican headquarters
86. August 4, 2018: Democrat Alison Grimes 'Jokes' about Rand Paul beating
87. August 4, 2018: Trump supporter's car has all 4 tires slashed in Philly.
88. August 4, 2018: Left-wing terrorists Antifa follow and harass Candace Owens
89. August 3, 2018: Anarchy Breaks Out in Portland, With the Mayor's Blessing
90. August 2, 2018: Man arrested for threatening Rep. SteveScalise
91. August 1, 2018: Woman charged with trying to hit man with her car over Trump sticker
92. July 28, 2018: Sen. Cory Booker Pleads for Supporters to 'Get Up in the Face of Congresspeople'
93. July 26, 2018: KY: Fayette County GOP headquarters vandalized
94. July 26, 2018: Trump supporter punched in Hollywood
95. July 25, 2018: Trump's Hollywood Walk of Fame star destroyed … again.
96. July 25, 2018: Man arrested, indicted on charges after allegedly threatening Congresswoman Diane Black
97. July 24, 2018: Sen Cory Booker (D-NJ) Says Brett Kavanaugh supporters are "complicit in evil"
98. July 23, 2018: Denver Post Runs Letter to Editor Suggesting Trump Should Be Executed
99. July 23, 2018: Elizabeth Warren Supporter Shoves Challenger
100. July 20, 2018: Green-Haired "Gender Fluid" Guy Spits All Over Teen's MAGA Hat
101. July 20, 2018: 'Hang Trump' Shirt Peddled on Facebook
102. July 19, 2018: 'New Yorker' Kills Trump
103. July 19, 2018: CA Anti-Trump Protesters Target Legal Immigrant's Cafe Over Trump Support, Hurl Feces
104. July 17, 2018: Uber Driver Refuses to Serve Black Conservatives Over MAGA Hat
105. July 17, 2018: Gory Trump Throat-Cutting Art Decorates Portland Gallery
106. July 16, 2018: House Democrat Calls For 'Military Folks' To 'Stop Trump'
107. July 16, 2018: Mob chases pro-Trump group out of Los Angeles bar
108. July 15, 2018: Social Distortion singer attacks Trump supporter
109. July 15, 2018: Anti-Trump Paraglider Who Buzzed Trump Visit Arrested in Britain
110. July 15, 2018: Former Clinton WH Staffer: It's 'Tempting' to Beat up Rand Paul
111. July 13, 2018: Anti-Israel protesters harass Jared and Ivanka with loud speakers outside their home

112.     July 13, 2018: 76-year-old man assaulted by anti-Trump thugs in San Diego.

113.     July 11, 2018: ABC's Terry Moran shames Fox News's Shannon Bream for feeling threatened at SCOTUS protest

114.     July 10, 2018: Protesters arrested, accused of assaulting officer at Portland ICE office

115.     July 10, 2018: Man threatens to 'curb stomp' Trump supporter at Disneyland

116.     July 10, 2018: Fox News Reporter Harassed, Threatened And Forced To Leave Supreme Court By Leftist Mob

117.     July 9, 2018: Far-left blog Talking Points Memo mocks Stephen Miller over report of confrontation with bartender.

118.     July 9, 2018: Trump senior aide Stephen Miller harassed on street by angry bartender.

119.     July 9, 2018: Motorists scream curse words at Sean Spicer in his yard.

120.     July 9, 2018: Trump senior aide Kellyanne Conway harassed in grocery store

121.     July 9, 2018: Anti-Trump activists vandalize New York DHS office

122.     July 8, 2018: LISTEN: Idaho GOP Rep. Receives Threatening Voicemails, Emails Because of This Facebook Post

123.     July 8, 2018: Longtime Hillary Clinton aide publishes contact information about bookstore owner who stopped the harassment of Steve Bannon, Reines's obvious goal is to see the bookstore owner harassed.

124.     July 8, 2018: Far-left Daily Beast writer defends public harassment of Steve Bannon

125.     July 7, 2018: Sen. Majority Leader Mitch McConnell (R-KY) menaced outside restaurant. *We know where you live!*

126.     July 7, 2018: Steve Bannon harassed at bookstore; police called

127.     July 7, 2018: Left-wing AntiFa terrorists attack peaceful Tommy Robinson supporters in San Francisco

128.     July 7, 2018: *New York Times* editorial calls for Dems to "take a page from *The Godfather*" to "go to the mattresses" to stop Trump's Supreme Court nominee.

129.     July 6, 2018: BLM activist calls for assassination of Supreme Court Justice

130.     July 6, 2018: Brick Thrown Through Front Door Of Wheeling, IL, Township Republican Headquarters

131.     July 6, 2018: CNN analyst justifies violence against Trump supporters

132.     July 6, 2018:  Long Island Man Threatened to Kill Supporters of Republican Congressman, Trump: Police

133.     July 6, 2018: Florida man attacked over Trump flag in yard.

134.     July 6, 2018: Woman threatens to stab Alan Dershowitz in heart.

135.     July 5, 2018: Founder of #WalkAway campaign refused service at camera store.

136.     July 5, 2018: Trump supporter wearing Make America Great Again hat allegedly assaulted in burger joint (video at link).

137.     July 4, 2018: Paul Begala Reportedly Sending Serial-Harasser Mike Stark To Harass Barbara Comstock July 4th

138.     July 3, 2018: Left-wing Catholic calls for sending Trump supporters to the guillotine

139.     July 3, 2018: Nebraska GOP office vandalized.

140.     July 3, 2018: EPA head Scott Pruitt harassed at restaurant.

141.     July 2, 2018: MAGA hat wearer harassed at seafood restaurant

142.     July 2, 2018: Mother of cancer survivor harassed online for thanking Eric Trump for $16 million in St. Jude support

143.     July 2, 2018: Cher accuses ICE of "Gestapo tactics."

144.     July 2, 2018: Man accused of threatening to kill Sen. Rand Paul (R-KY) and his family.

145.     July 1, 2018: *Washington Post* reporter publicly calls on mobs to give Trump officials a "life sentence" of harassment.

146.     July 1, 2018: Man wearing MAGA hat refused service in restaurant.

147.     July 1, 2018: AntiFa terrorists attack Patriot Prayer rally in Portland.

148.     June 30, 2018: Attorney Attacks Elderly Vet at "Keeping Families Together" March

149.     June 29, 2018: Media falsely blame Trump for murder of five journalists in Maryland.

150.     June 29, 2018: Hollywood actor calls on Senate Majority Leader Mitch McConnell (R-KY) to be harassed at "every meal."

151.     June 29, 2018: California man accused of threatening to kill FCC Chairman Ajit Pai's children.

152.     June 28, 2018: Reuters editor says Trump has blood on his hands for murder of five journalists in Maryland. He still has a job.

153.     June 28, 2018: Singer John Legend praises and agrees with Rep. Maxine Waters for calling on mobs to publicly harass Trump officials out of public spaces like restaurants.

154.     June 28, 2018: Journalist lies about Maryland mass-shooter being a Trump supporter.

155.     June 28, 2018: Co-Chair of Women for Trump Receives Death Threats After CNN Appearance

156.     June 28, 2018: Rep. Luis Gutierrez (D-IL) calls on "angry" Latinos to oust Trump.

157.     June 27, 2018: Media defend and champion Virginia restaurant owner who kicked White House Press Secretary Sarah Sanders and her family out, and then reportedly harassed them as they ate at a nearby restaurant.

158.     June 26, 2018: Transportation Secretary Elaine Chao harassed at home by protesters.

159.     June 26, 2018: Sen. Maggie Hassan (D-NH) blames President Trump for her intern yelling "Fuck you!" at him through the halls of the U.S. Capitol. The intern was not fired.

160.     June 26, 2018: Comedienne Kathy Griffin attacks the Trump administration as "pro-Nazi." Obviously, once you describe someone as a Nazi, you are calling for violence against them.

161.     June 26, 2018: Chicago bar refuses to serve Trump supporters.

162.     June 26, 2018: Singer John Legend calls on Trump officials to be harassed until our immigration policies are weakened.

163.     June 26, 2018: Late night comedians celebrate the harassment of Sarah Sanders and her family.

164.     June 25, 2018: Burned animal carcass left on Trump staffer's porch.

165.     June 25, 2018: After refusing to serve Sarah Sanders and the family, we learn a restaurant owner then organized a mob to harass Sanders' family at a nearby restaurant.

166.     June 25, 2018: Sen. Cory Booker (D-NJ) calls on mobs to confront Trump officials over immigration policies.

167.     June 25, 2018: CNN contributor attacks those on the right calling for civility.

168.     June 25, 2018: CNN's Jake Tapper dismisses harassment of Sarah Sanders as a political ploy on Sander's part.

169.     June 24, 2018: Rep. Maxine Waters (D-CA) publicly calls on mobs to "turn on" Trump officials, to "harass" them, ensure they "they won't be able to go to a restaurant, they won't be able to stop at a gas station, they're not going to be able to shop at a department store."

170.     June 23, 2018: Florida Attorney General Pam Bondi harassed, menaced, and reportedly spit at by left-wing protesters at movie theater.

171.     June 22, 2018: Sarah Sanders and her family booted out of restaurant by left-wing owner.

172.     June 22, 2018: Member of Canadian media, Patrick Dussault, threatens Don Jr.s 4-year-old daughter

173.     June 22, 2018: Kirstjen Nielsen harassed by protesters outside her private home.

174.     June 22, 2018: Rep. Jackie Sperier (D-CA), compares border enforcement to Auschwitz.

175.     June 22, 2018: Left-wing activists vandalize billboard.

176.     June 22, 2018: On *Morning Joe,* Donny Deutsch smears Trump and his supporters as "Nazis."

177.     June 21, 2018: Democrat state legislator in Pennsylvania greets Vice President Mike Pence with a "middle finger salute."

178.     June 21, 2018: White House Senior Adviser Stephen Miller heckled and harassed at restaurant.

179.     June 21, 2018: Actor Adam Scott compares Tucker Carlson to a Nazi.

180.     June 20, 2018: Left-wing AntiFa terrorists publish list of ICE agents for harassment purposes.

181.     Jun 20, 2018: Florida man accused of threatening to kill Rep. Brian Mast (R-FL), a U.S. combat veteran, and his children in a series of nearly 500 calls to his office.

182.     June 20, 2018: Actor Peter Fonda calls for a mob to kidnap President Trump's 11-year-old son and throw him in a cage with pedophiles.

183.     June 20, 2018: Actor Peter Fonda calls for a mob to sexually humiliate and abuse Sarah Sanders and Department of Homeland Security Secretary Kirstjen Nielsen.

184.     June 20, 2018: Nancy Sinatra praises Peter Fonda for his tweets.

185.     June 20, 2018: Manhunt Underway For Central Pa. Man Accused Of Threatening To Kill President Trump, Other Officials

186.     June 20, 2018: Documentary filmmaker Josh Fox praises Peter Fonda for his tweets.

187.     June 20, 2018: Arnold Schwarzenegger calls for politicians in favor of border security to be put in cages.

188.     June 19, 2018: Kirstjen Nielsen harassed out of restaurant.

189.     June 19, 2018: Democrat interns screams "Fuck you!" at Trump through the halls of the U.S. Capitol. She was not fired.

190.     June 19, 2018: *New Yorker* fact checker publicly (and falsely) accuses a disabled war veteran who works for ICE of being a Nazi.

191.     June 16, 2018: Jewish Trump Supporter Attacked Outside Kathy Griffin Show In San Francisco

192.     June 15, 2018: Man has MAGA flag stolen at rally.

193.     June 15, 2018: CNN analyst heckles and screams at Sarah Sanders.

194.     June 14, 2018: Nancy Pelosi wonders why there 'aren't uprisings' across nation: 'Maybe there will be'

195.     May 30, 2018: Anti-Trump Band NOFX Tells Vegas Audience 'At Least It Was Country Fans' Killed in Oct. Shooting

196.     May 24, 2018: Anti-Trump forces threaten lawmakers' lives in name of #Resistance

197.     May 23, 2018: Tomi Lahren has water thrown at her at Minnesota restaurant

198.     May 22, 2018: Trump supporter suspended from school over border wall t-shirt.

199.     May 21, 2018: 14 threats reported against EPA chief Scott Pruitt.

200.     May 18, 2018: Gunman shot at Trump golf club

201.     May 16, 2018: CNN's Chris Cillizza puts Trump in crosshairs.

202.     May 14, 2018: Black man in MAGA hat harassed, threatened, called "nigger" at Cheesecake Factory.

203.     May 12, 2018: MSNBC's Nicolle Wallace asks "How do you resist the temptation to run up and wring [Sarah Sanders'] neck?"

204.     May 4, 2018: Chula Vista school mural depicts severed, speared Trump head

205.     May 2, 2018: San Antonio elected official threatens to poison Republicans' food

206.     April 23, 2018: Trump supporter shouted out of bar in New York.

207.     April 13, 2018: Tourist in NY mugged at knifepoint while wearing MAGA hat — attackers wouldn't give hat back

208.     April 8, 2018: David Crosby celebrates fatal Trump Tower fire: 'oh boy ... burn baby burn'

209.     April 7, 2018: Mental Health Expert who hates POTUS cheers Fire at Trump Tower-Jeffrey Guterman

210.     April 6, 2018: During *Ellen* appearance, Sen. Kamala Harris (D-CA) "jokes" about killing Trump, Pence, Sessions on elevator.

211.     April 5, 2018: Orange Park, FL Trump supporter spends two hours in surgery after attack

212.     April 4, 2018: Councilwoman accused of yelling obscenities at teen wearing Trump shirt

213.     April 3, 2018: Woman brutally attacked in restaurant over support for Trump.

214.     April 1, 2018: Trump golf course sign vandalized.

215.    May 22, 2018: CNN guest on Trump: "If you're going to shoot him, you have to shoot to kill."

216.    March 21, 2018: Former VP Joe Biden says he beat the hell' out of Trump if in high school

217.    March 19, 2018: Democratic Congressman Hints at Armed Rebellion Against Trump

218.    March 19, 2018: Trump supporters attacked for protesting anti-police coffee shop.

219.    March 17, 2018: Trump Staffer Heather Swift assaulted by ShareBlue/American Bridge operative Wilfred "Mike" Stark.

220.    March 16, 2018: Capitol police arrest male democrat operative over assault of Trump official

221.    March 15, 2018: Student with 'Trump' flag assaulted by mob during National School Walkout

222.    March 8, 2018: Female Trump supporter assaulted while staging Oscars boycott in LA

223.    March 4, 2018: WATCH: MSNBC Joy Reid Panel Hopes Conservatives 'Die Off'

224.    February 27, 2018: Trump supporter threatened with knife.

225.    February 23, 2018: Spanish teachers have students hit Trump piñata in Laguna Hills

226.    February 22, 2018: Guardian, HuffPost Contributor Karen Geier: 'Hopefully' Kim Jong Un 'Can Drop a Bomb on CPAC'

227.    February 21, 2018: CNN audience shouts "murderer" at Dana Loesch

228.    February 21, 2018: CNN publicly smears elderly Trump supporter as Russian plant, death threats follow

229.    February 8, 2018: Northeastern University wishes death on Trump during lecture

230.    February 8, 2018: Journalist calls for profs to drown conservative students

231.    February 7, 2018: Trump supporters' home vandalized in Oceanside CA

232.    February 7, 2018: Democrat attested for sending white powder to Donald Trump Jr.

233.    February 2, 2018: CNN Writer Thanks God for Fatal GOP Train Wreck

234.    January 31, 2018: Party thrown to hurl stuff at television image of Trump.

235.    January 29, 2018: Saginaw, MI businessman's Trump sign vandalized.

236.    January 24, 2018: Portland, OR, Trump supporter punched in head at protest

237.    January 22, 2018: AntiFa calls for "riot porn" against Trump supporter Tom, Brady

238.    January 21, 2018: NY: Protester charged in Trump supporter attack tried to put cop in headlock

239.    December 20, 2017: AntiFa terrorists assault Trump supporter outside bookstore

240.    December 18, 2017: Eminem song 'Framed' plots assassination of Ivanka Trump

241.    December 9, 2017: Students wearing MAGA hats booted from 'safe space' coffee shop

242.     December 3, 2017: Trump supporter' home and vehicle vandalized for
second time.

243.     November 27, 2017: Singer Morrissey: I would kill Trump 'for the safety of
humanity'

244.     November 22, 2017: Trump-hater snatches, steals student's MAGA hat.

245.     November 22, 2017: Man mistaken for Trump supporter attacked

246.     November 20, 2017: University of IL instructor assault Trump supporters

247.     November 13, 2017: Trump supporter assaulted for wearing MAGA hat.

248.     November 12, 2017: Blaire White attacked for wearing MAGA hat

249.     November 3, 2017: 'Multicultural' office at Providence College hosts 'stab a
Trumpkin' display

250.     October 31, 2017: ShareBlue, American Bridger operative Mike Stark
arrested for harassing Ed Gillespie in VA

251.     October 26, 2017: SF Gate columnist says death threats against EPA chief
Scott Pruitt make sense

252.     October 24, 2017: MSNBC's Nicolle Wallace: Trump Administration Does 'Not
Appear to Be Human Beings'

253.     October 19, 2017: Left-wing thugs arrested for disrupting College Republican
meeting, shouting "fascists," "racists" and "white supremacists"

254.     September 28, 2017: Education Secretary Betsy DeVos heckled as "white
supremacist" during speech.

255.     September 26, 2017: Professor Doubles Down on Tweet Saying 'Trump Must
Hang'

256.     September 17, 2017: Trump supporter physically assault in Roosevelt High
School gym.

257.     September 15, 2017: CNN host "jokes" about killing Trump with hemlock in
his food.

258.     September 10, 2017: Portland police arrest seven in latest antifa violence
aimed at Patriot Prayer

259.     September 4, 2017: Georgia Teacher Kicks Out Students Over "Neo-Nazi"
MAGA Shirt

260.     August 28, 2017: Car with Trump bumper sticker vandalized in San
Francisco.

261.     August 28, 2017: Trump supporter Arthur assaulted in Berkeley

262.     August 28, 2017: Left-wing AntiFa terrorists attack peaceful Trump
supporters at Berkeley.

263.     August 28, 2017: GOP headquarters in Fayetteville, KY vandalized. "Die Nazi
Scum" spray painted on windows.

264.     August 27, 2017: Vandals deface Trump supporter's lawn signs.

265.     August 24, 2017:  PA AntiFa Cell Calls for Violence Against Police, All-out
Revolution

266.     August 24, 2017: Black Trump supporter spit at for wearing MAGA hat.

267.     August 23, 2017: Black Trump supporter sucker punched in Laguna Beach.

268.     August 23, 2017: Black Trump supporter punched multiple times while
leaving Trump's Arizona rally

269.    August 19, 2017: WATCH: Older Woman Holding American Flag Hit, Dragged in Boston

270.    August 18. 2017: Top Missouri Democrat calls for Trump to be "assassinated."

271.    August 17, 2017: 'Nazis' spray painted on New Hampshire GOP headquarters

272.    August 16, 2017: Anti-Donald Trump campaigner 'shoots Republican neighbor twice in the head'

273.    August 14, 2017: After Branding Trump a Fascist, Never Trumper Calls for Lynching of Fascists

274.    August 14, 2017: Conservative student attacked for "YAF" hat at vigil for Charlottesville victims.

275.    July 31, 2017: Women's studies professor wants Trump shot

276.    July 25, 2017: Fox News commenter soaked with water

277.    July 19, 2017: Rosie O'Donnell sparks outrage with Trump-killing game

278.    July 7, 2017: Student threatened for supporting Trump.

279.    July 7, 2017: Man attacked for wearing MAGA hat in New York bar.

280.    July 5, 2017: CNN threatens to expose Trump supporter to online mob over parody video.

281.    July 3, 2017: Philadelphia Trump supporter jumped by three men after rallies

282.    June 22, 2017: Rep. Jason Chaffetz Death Threat: 'Prepare for the Battle, Motherf***er'

283.    June 22, 2017: Ohio Man Charged With Threatening GOP Congressman

284.    June 22, 2017: WATCH – Pulitzer-Winning Novelist Michael Chabon Expresses 'Hope' that Trump Has 'Massive Stroke

285.    June 22, 2017: Actor Johnny Depp "jokes" about assassinating Trump.

286.    June 19, 2017: University of Georgia Socialist Group Under Police Investigation After Calling for Beheading Republican

287.    June 17, 2017: Dem Strategist James Devine Launches Hashtag #HuntRepublicanCongressmen After Steve Scalise Shooting

288.    June 17, 2017: Rep. Ann Wagner (R-MO) reports five death threats to Capitol Police

289.    June 15, 2017: Powder-Filled Letters With Threatening Notes Shut Down Georgia Republican's Neighborhood

290.    June 15, 2017: Several shots fired at truck flying 'Make America Great Again' flag on I-465 in Indiana

291.    June 14, 2017: HuffPo publishes article calling for "execution" of Trump.

292.    June 14, 2017: Republican receives threat after shooting, warning "one down, 216 to go..."

293.    June 14, 2017: Bernie Sanders supporter opens fire on a group of Republican congressman. Rep. Steve Scalise is shot and nearly dies.

294.    June 12, 2017: *Wire* creator David Simon calls on mobs to pick up a "brick" if Trump fires special counsel Robert Mueller.

295.    June 10, 2017: Trump supporter beaten with 'Queers for Muslims' sign in Seattle.

296.     June 10, 2017: Left-wing terrorists with AntiFa hurl urine at woman protesting against Sharia

297.     June 7, 2017: HuffPo: 'Inherent Value' and 'Logic' in Violence Against Trump Supporters

298.     June 7, 2017: Veteran's wife violently beaten for voting for Trump

299.     June 6, 2017: "Trump" is stabbed to death in front of cheering audience in Central Park

300.     June 3, 2017: Anti-Trump band decapitates Trump statue on stage

301.     May 30, 2017: Kathy Griffin beheads Trump.

302.     May 21, 2017: Rep. Ted Yoho (R-FL.) office vandalized, staff threatened

303.     May 19, 2017: Man arrested for multiple acts of anti-Trump vandalism.

304.     May 15, 2017: Tucson school district employee arrested over threats to U.S. Rep. Martha McSally

305.     May 13, 2017: Woman attempts to drive GOP congressman off road over health-care vote, police say

306.     May 12, 2017: Man Gets Physical With GOP Congressman At Town Hall [Video]

307.     May 12, 2017: Video: Trump Supporters Assaulted at Minnesota Capitol

308.     May 10, 2017: Police investigate death threats Rep. Tom Garrett (R-VA) received prior to town hall

309.     May 8, 2017: TN Woman Arrested for Trying to Run GOP Congressman's Car Off Road

310.     May 4, 2017: Leaked Screenshots Reveal BuzzFeed Director Wishing for Trump Assassination

311.     April 28, 2017: Elizabeth Warren Jokes About Wanting to 'Cut Open' Republican 'Bodies'

312.     April 27, 2017: Oregon Parade Canceled Due to Violent Threats By 'Anti-Fascists' Against Republican Participants

313.     April 23, 2017: Left-wing AntiFa arrested for assault in DC.

314.     April 20, 2017: University of Alaska is displaying a painting of a decapitated Trump in its gallery

315.     April 19. 2017: MSNBC 'Counter-Terrorism Analyst' Calls for ISIS Bombing of Trump Property

316.     April 15, 2017: Left-wing AntiFa terrorists start riot in Berkeley.

317.     April 15, 2017: Left-wing terrorists with AntiFa assault Trump supporter with bike lock.

318.     April 14, 2017: Two arrested for burning Trump sign in Maryland

319.     April 3, 2017: Left-wing AntiFa terrorists disrupt pro-Trump rally in Vancouver

320.     March 27, 2017: Pro-Trump march organizer pepper-sprayed by protester

321.     March 20, 2017: Violent kids hit Trump supporter in face with skateboard

322.     March 19, 2017: MAGA hat wearer kicked out of bar

323.     March 19, 2017: 'Murder Trump ASAP' graffiti found on freeway wall in San Diego

324.     March 17, 2017: 'Making History' Star Adam Pally Says He Wants To 'Kill Trump'

325.     March 16, 2017: Rapper Bow Wow threatens to "pimp" first lady Melania
326.     March 16, 2017: Pro-Trump Michael Savage assaulted.
327.     March 15, 2017: University of Michigan student detained after damaging Trump supporter's flag
328.     March 14, 2017: Young Trump supporters harassed online as Nazis
329.     March 12, 2017: Snoop Dogg "shoots" Trump in the head.
330.     March 9, 2017: Florida man punched in face after road rage incident sparked by Trump bumper sticker
331.     March 7, 2017: Hillary VP pick and Sen. Tim Kaine's (D-VA) son arrested for hurling smoke bomb in the Minnesota Capitol rotund
332.     March 7, 2017: CNN points what looks like a sniper scope at the Oval Office.
333.     March 6, 2017: Berkeley man arrested for destroying College Republican sign
334.     March 5, 2017: Leftist rioters crash peaceful pro-Trump rally with tasers
335.     March 4, 2017: Left-wing rioters attack peaceful pro-Trump rally at Berkeley
336.     March 1, 2017: Trump supporter's car vandalized in Oregon
337.     February 27, 2017: Leaked Audio Reveals Anti-Trump Forces Manufacturing Hostile Town Hall
338.     February 27, 2017: Flier in North Carolina calls on mobs to assault Trump supporters
339.     February 26, 2017: Trump supporter's house egged three times in New York
340.     February 26, 2017: Female Trump supporter assaulted in Hollywood
341.     February 25, 2017: Ohio man assaulted by anti-Trump mob
342.     February 22, 2017: Tires slashed at Congressman's town hall meeting in Mariposa
343.     February 17, 2017: Professor tweets 'Trump must hang,' gets paid leave:
344.     February 16, 2017: Kansas City man with AR-15 taunts Trump supporter, rips down Trump flag
345.     February 15, 2017: Hateful messages found on Trump supporter's historic Denver home
346.     February 15, 2017: Mob knocks district director for Dana Rohrbacher (R-CA) unconscious
347.     February 14, 2017: Stephen Colbert puts White House adviser Stephen Miller's head on a pike.
348.     February 13, 2017: Black Trump supporter's home vandalized with "KKK" spray paint – hoax hate crime
349.     February 11, 2017: University of Central Florida Club Incites Young Kids To "Kill Donald Trump"
350.     February 10, 2017: Black Lives Matter bully threatens to smash woman's laptop over Trump sticker.
351.     February 10, 2017: Trump supporter assaulted in Berkeley as police do nothing
352.     February 10, 2017: Protesters block Education secretary Betsy DeVos from entering school.
353.     February 9, 2017: Man arrested for attacking Trump supporter in California
354.     February 9, 2017: AntiFa middle school teacher Yvette Felarca arrested for starting riot in Berkeley

355.    February 8, 2017: Police investigating multiple incidents of anti-Trump graffiti in North Carolina.
356.    February 8, 2017: CSUF instructor suspended for striking pro-Trump student
357.    February 7, 2017: Oceanside, CA Vandals deface home and Trump sign
358.    February 6, 2017: 6th grader wearing Trump hat attacked on school bus, suspended
359.    February 5, 2017: Rapper Big Sean Threatens to Kill Donald Trump in New Freestyle
360.    February 4, 2017: School suspends victim after he is beaten for wearing MAGA
361.    February 3, 2017: More than 12,000 tweets have called for Trump's assassination since the inauguration
362.    February 2, 2017: Comedienne Sarah Silverman calls on military to overthrow Trump.
363.    February 2, 2017: Ex-Obama Official Rosa Brooks Suggests 'Military Coup' Against Trump
364.    February 2, 2017: Arrests at NYU after left-wing thugs disrupt conservative speaker
365.    February 2, 2017: Trump supporter attacked in street in Berkeley
366.    February 1, 2017: Seahawks Quarterback Russell Wilson Hints at Trump Assassination

367.    February 1, 2017: Left-wing terrorist group AntiFa assaults Trump supporters at Berkeley.
368.    January 31, 2017: Portland Trump Supporter Beaten Unconscious After Being Hit by Airport Protesters
369.    January 31, 2017: Pike/Pine New Year's Eve 'red baseball cap' assault reported
370.    January 31, 2017: Former VP candidate, Sen. Tim Kaine (D-VA), calls on Democrats to "fight in the streets" against Trump.
371.    January 31, 2017: Video shows Trump supporter knocked unconscious 'with something metallic' during airport immigration protest
372.    January 30, 2017: Spokane, WA, GOP headquarters hit with vandalism
373.    January 30, 2017: Anti-Trump graffiti spray-painted on Rowan University sign
374.    January 29, 2017: Protesters damage Trump supporter's vehicle after march downtown Eugene, OR
375.    January 29, 2017: Times Journo Calls for Assassination of President Trump
376.    January 29, 2017: Video: Trump Supporter Has House, Flag, Vehicle and Camper Vandalized in Burlington, WA
377.    January 27, 2017: Donald Trump Campaign Sign Set On Fire In Hull, MA
378.    January 26, 2017: Actor Shia LeBeouf arrested for shoving Trump supporter
379.    January 26, 2017: Texas Teacher Pretends to Shoot Trump in Class
380.    January 24, 2017: Gold Star family members say they were assaulted during inaugural ball festivities
381.    January 24, 2017: Woman harassed, spit on by anti-Trump protesters

382.       January 23, 2017: Golden Trump Graffiti Sprayed Onto Bentley in Queens
383.       January 23, 2017: WATCH woman harass Trump supporter on flight
384.       January 23, 2017: Woman charged with trespassing, Vandalism at Mar-a-Lago, President Trump's estate
385.       January 23, 2017: Protesters Throw Water at Trump Inaugural Ball Attendees
386.       January 22, 2017: Frank Luntz Recounts Hotel Assault by Trump Inauguration Protester
387.       January 22, 2017: CA Woman Slashes Trump Sign Because it 'Ruined Her Chill': Police
388.       January 22, 2017: Trump supporter Scott Baio was roughed up by protesters in DC
389.       January 21, 2017: Graffiti girl gang arrested for scrawling anti-Trump and Black Lives Matter slogans over cop car, stores in NC
390.       January 21, 2017: Madonna fantasizes about blowing up the White House.
391.       January 21, 2017: Video: Sean Hannity and Geraldo Rivera Egged by Liberal Protesters at Inaugural Ball
392.       January 20, 2017: Parker, CO, man's Trump destroyed over Trump sticker
393.       January 20, 2017: 66 Inauguration Day threats on Twitter
394.       January 20, 2017: Anti-Trump protesters light limo on fire in DC
395.       January 20, 2017: Anti-Trump protesters smash Starbucks windows
396.       January 20, 2017: Anti-Trump protesters smash Bank of America windows
397.       January 20, 2017: Anti-Trump protesters smash local hotel windows in DC
398.       January 20, 2017: Anti-Trump protesters smash steakhouse windows
399.       January 20, 2017: Anti-Trump protesters smash ATM
400.       January 20, 2017: Anti-Trump protesters throw garbage in the street and try to light it on fire
401.       January 20, 2017: Trump supporter coat slashed at Inauguration
402.       January 20, 2017: WA: High School Senior Beaten by Mob for Wearing American Flag Hat at U of W
403.       January 20, 2017: Trump Supporter Suckerpunched at Deploraball by Left-wing AntiFa Terrorists
404.       January 20, 2017: Reporter falsely accuses 10-year-old Barron Trump of killing 100 small animals
405.       January 20, 2017: Comedian Limmy tells Donald Trump assassination joke
406.       January 20, 2017: Anti-Trump protester lights Trump supporter's hair on fire.
407.       January 20, 2017: Trump supporter says she feels 'hurt' after being spit on, called racist
408.       January 20, 2017: Left-wing terrorist group Antifa riots over Trump's inauguration.
409.       January 19, 2017: CNN fantasizes about Obama staying in power if Trump is assassinated.
410.       January 17, 2017: German journalist: Assassination of Trump would end 'tragedy'

411.     January 17, 2017: Wilmington, NC, woman's car vandalized with swastika over Trump sticker

412.     January 16, 2017: 'Project Veritas' Exposes Groups Planning Violent Disruptions At Inauguration, Chemical Attack at 'Deploraball'

413.     January 5, 2017: Left-wing thugs kidnap, beat, and torture an 18-year-old with schizophrenia while shouting "fuck Trump" and "fuck white people."

414.     January 4, 2017: Santa Rosa, CA: Man Harassed, Verbally Abused for Wearing Trump T-Shirt

415.     December 29, 2016: Ronald Reagan portrait defaced during break-in reported at Goldsboro, NC, GOP office

416.     December 29, 2016: Charlie Sheen Wishes Death Upon Trump

417.     December 23, 2016: Bryn Mawr Student And Trump Supporter Harassed Until She Drops Out

418.     November 22, 2016: Trump supporter victim of hate crime in Montgomery County, Third attack on home

419.     December 22, 2016: Ivanka Trump harassed on JetBlue flight by college professor

420.     December 20, 2016: Foley, AL, deputies investigate rash of anti-Trump vandalism

421.     December 18, 2016: Trump electors face countless death threats

422.     December 15, 2016: Cornell College Republicans president assaulted, called 'racist bitch'

423.     December 14, 2016: Politico reporter accuses Trump of incest.

424.     December 13, 2016: $300,00 car torched over Trump signs

425.     December 10, 2016: Orange Coast College prof calls Trump election "act of terrorism," "we are in Civil War times"

426.     December 8, 2016: Man in Ithaca, NY, kills UPS Driver believing driver was Trump

427.     December 5, 2016: Corvette with Trump sticker trashed in MD

428.     December 5, 2016: Truck spray painted with anti-Trump slogans, set on fire in Madison, WI

429.     December 1, 2016: Donora, PA: 69-year-old woman assaulted over support for Trump

430.     November 30, 2016: Rockville, MD Trump supporter's car vandalized with swastika

431.     November 30, 2016: Navy veteran's home torched, tagged with anti-Trump graffiti in Florida

432.     November 30, 2016: CBS Boston Freelancer Tweets that 'Trump Died Sleeping' calms him.

433.     November 29, 2016: Kansas City, MO: Man beaten at bus stop after being asked political questions

434.     November 26, 2016: Anti-Trump thugs vandalize jeep, American flag

435.     November 21, 2016: Trump supporter refused service at DC bar, assaulted outside

436.     November 20, 2016: Blue-haired woman sentenced for scrawling anti-Trump graffiti on Los Angeles government buildings

437.     November 19, 2016: Texas High School Students Perform Trump 'Assassination' Skit
438.     November 18, 2016: Car set on fire, spray painted with anti-Trump vandalism in Portland
439.     November 18, 2016: Actor Michael Shannon: Time for Trump voters to die
440.     November 16, 2016: PacketSled CEO resigns after threatening to kill Trump
441.     November 16, 2016: Man gunned down outside bar after he joked about voting for Trump
442.     November 16, 2016: MD Student wearing Trump hat punched, kicked to ground
443.     November 16, 2016: Left-wing thugs assault 15-year-old Trump supporter.
444.     November 15, 2016: Lexington, KY man's car vandalized for Trump sticker
445.     November 15, 2016: Trump supporter's Mustang vandalized, set on fire in Santa Maria, CA
446.     November 15, 2016: 'My Pro-Trump Stickers, Flags Got my Tires Slashed,' Says NJ Man
447.     November 15, 2016: Boston Man assaulted outside bar
448.     November 15, 2016: Atlanta, GA: Man Murdered in Shooting Outside Atlanta Bar After Joke About Voting for Trump
449.     November 14, 2016: Polson, MT GOP headquarters vandalized
450.     November 14, 2016: Toronto Student Wants Trump To Be Assassinated
451.     November 14, 2016: Portland, OR, man's car attacked by anti-Trump thugs
452.     November 14, 2016: Anti-Trump Woman Throws Coffee on Trump Supporters in their Car
453.     November 14, 2016: Trailer park in Hillsborough County FL vandalized with anti-Trump graffiti
454.     November 14, 2016: *Avengers* director Joss Whedon says Trump "CANNOT" be allowed to serve out his term in office.
455.     November 14, 2016: Film Director Paul Schrader Calls for Violence to Protest Against Trump
456.     November 14, 2016: 6 Arrested at anti-Trump protest in Austin, TX, one for felony assault
457.     November 12, 2016: 2 Men Attack Trump Supporter in Meriden, CT
458.     November 12, 2016: 'Fuck Trump' Spray painted 3 times on Phoenix, AZ, home
459.     November 12, 2016: Man in MAGA hat attacked by New York subway rider.
460.     November 11, 2016: Man beaten by mob for voting for Trump
461.     November 11, 2016: FL Student Charged With Battery After Punching Boy Holding Trump Sign
462.     November 11, 2016: TX, Southwest University Trump supporter's car vandalized
463.     November 11, 2016: Redwood City, CA: Female High School Student Attacked for Supporting Trump
464.     November 11, 2016: BLM Anti-Bullying Activist Arrested for Assaulting 74 Year-Old Trump Supporter
465.     November 11, 2016: Mother emotionally abuses child for "voting" for Trump.

466.     November 10, 2016: Anti-Trump riot breaks out in Portland
467.     November 10, 2016: Telegraph's columnist Monisha Rajesh expressed a
desire that Donald Trump be assassinated in a tweet
468.     November 10, 2016: Student Trump supporter attacked at Woodside High
School
469.     November 10, 2016: Black Trump Supporter Attacked at NYC College; MAGA
Hat Almost Set Alight
470.     November 10, 2016: CA: 82-year-old Discovers '[Expletive] Trump', '666'
Spray Painted on Car
471.     November 10, 2016: Va. GOP headquarters vandalized amid anti-Trump
protests
472.     November 10, 2016: Anti-Trump Protester Calls For Death and Violence on
CNN

473.     November 10, 2016: Anti-Trump vandals hit Old Chapel Hill, NC, Cemetery
gazebo, path
474.     November 10, 2016: Trump Supporter Beaten in Chicago Street, Recorded on
Video
475.     November 10, 2016: 'People Have to Die': Anti-Trump Protester Calls For
Violence on CNN
476.     November 10, 2016: *Orange Is the New Black* star Lea DeLaria threatens "to
pick up a baseball bat and take out every f*cking Republican and independent I see."
477.     November 10, 2016: Palm Bay, FL,  student punches classmate over Trump
sign
478.     November 9, 2016: Trump supporter's dog brutally attacked by anti-Trump
thugs
479.     November 9, 2016: TX: Anti-Trump Protester Punches Trump Supporter
480.     November 9, 2016: Anti-Trump vandals target Lansing, MI, building
481.     November 9, 2016: GoFundMe pages advocate murdering Donald Trump
482.     November 9, 2016: Stafford, TX student says he was attacked for supporting
Trump in mock election
483.     November 9, 2016: Trump supporters car vandalized in Tuscon, AZ
484.     November 9, 2016: Marilyn Manson "kills" Trump in music video.
485.     November 9, 2016: BMW with Trump sticker vandalized in Fort Myers, FL,
community
486.     November 9, 2016: 16-year-old Trump supporter BULLIED, CAR
VANDALIZED
487.     November 8, 2016: Man Attacks FEMALE TRUMP SUPPORTER at Jupiter,
Florida, Polling Station
488.     November 8, 2016: NYPD Investigating Tires Slashing On Hasidic Trump
Supporters Van
489.     November 8, 2016: Matlacha, FL: Woman's Trump sign, Art Gallery
Vandalized
490.     November 8, 2016: Cornell College Republicans female president assaulted,
called 'racist bitch'

491.     November 7, 2016: Trump volunteer assaulted, robbed for wearing MAGA hat

492.     November 6, 2016: 72-year-old Costa Mesa, CA, Trump Supporter robbed of Trump sign, injured

493.     November 6, 2016: VIDEO: Trump Supporter's Truck Torched Because of Bumper Sticker

494.     November 6, 2016: Boston, MA, school spray painted with "Kill Your Local Trump Supporter"

495.     November 6, 2016: Trump Supporter's Truck Torched Because of Bumper Sticker

496.     November 5, 2016: CA: Black Trump Supporter Is Told "Ni**as Like You Should Be Killed"

497.     November 5, 2016: Rock Island, IL, Republican office vandalized with spray paint

498.     November 4, 2016: Trump Denver, CO, headquarters hit with second act of vandalism in same day

499.     November 4, 2016: Trump's Denver, CO, Campaign Office Vandalized with Painted Anti-Trump Message

500.     November 4, 2016: Alamance County, NC, GOP Headquarters Vandalized with Anti-Trump Graffiti

501.     November 3, 2016: LA Times reporter tweets: 'I would rather see Donald Trump's life end.'

502.     November 3, 2016: Vandals continue to attack Trump headquarters in Ukiah, CA

503.     November 2, 2016: Evanston, IL, man's Donald Trump sign burned on his front lawn

504.     November 1, 2016: Denver, CO, Arsonist Sets Trump Campaign Sign On Fire, Endangers Entire Neighborhood

505.     October 31, 2016: Nampa, ID: 100's of Pro-Trump Signs Destroyed. Swastikas. Car Keyed.

506.     October 31, 2016: St. Cloud, FL, Trump signs vandalized with racist stickers

507.     October 31, 2016: East Stroudsburg, PA, Church Hit With Anti-Trump Graffiti

508.     October 29, 2016: VA: Leesburg Neighborhood Tagged With Anti-Trump Graffiti

509.     October 28, 2016: Homeless woman guarding Trump's Walk of Fame star assaulted in Hollywood.

510.     October 28, 2016: CA: Truck Vandalized Because Of Pro-Trump Bumper Sticker

511.     October 28, 2016: Trump signs vandalized in Quincy, IL.

512.     October 28, 2016: Man Wanted for Stealing Donald Trump Cutout from Holbrook

513.     October 27, 2016: Platteville, WI, man arrested for torching Trump sign

514.     October 27, 2016: Vandals run over Trump signs, owner flattens their tires with nails

515.     October 27, 2016: Trump signs taken from outside local business in Hickory, NC

516.     October 26, 2016: Video: University of Pittsburgh Trump Supporters Campaign Table Flipped

517.     October 26, 2016: 3 Maine Women Face Theft Charges for Stealing Dozens of Trump Signs

518.     October 26, 2016: Gainesville homes with Trump signs vandalized with swastikas

519.     October 26, 2016: Trump's Walk of Fame star vandalized.

520.     October 26, 2016: Man caught on camera trashing Trump yard sign in Jacksonville, FL

521.     October 25, 2016: Grant, AL, Trump supporters Cadillac trashed, thousands of dollars in damage

522.     October 25, 2016: Battle Creek. MI man says Trump yard signs were vandalized two nights in a row

523.     October 25, 2016: Leftist in Falmouth Maine admits to stealing 40 Trump signs.

524.     October 25, 2016: Trump signs stolen in Mauston, WI

525.     October 25, 2016: Bucks County, PA Man Says He's Had 13 Trump Signs Stolen From His Yard

526.     October 25, 2016: Trump supporter Feras Jabro attacked at BLM protest for wearing Trump hat

527.     October 24, 2016: Trump sign, vehicle vandalized at Reno gun shop

528.     October 21, 2016:  Man charged in bomb threat at North Carolina GOP office

529.     October 20, 2016: Provo, UT: Trump signs damaged,defaced with vulgar graffiti; vandals damaged front door, two vehicles painting signs and property with profanity along with "#FeelTheBurn" and "AmeriKKKa".

530.     October 18, 2016: Cape Coral, FL, man arrested for running over Trump sign

531.     October 18, 2016: IN: Vandals throw bricks through windows at Delaware County Republican Party office

532.     October 18, 2016: Trump signs spray painted with swastikas in Cape Coral, FL

533.     October 17, 2016: WI Woman mistakes town meeting for Donald Trump rally and smears 30 cars with peanut butter in protest

534.     October 16, 2016: Left-wing terrorists firebomb GOP headquarters in North Carolina.

535.     October 16, 2016: 17 vehicles vandalized at Trump rally in Bangor, Maine.

536.     October 16, 2016: Campaign of terror launched against Trump supporter in McKinney TX.

537.     October 15, 2016: Bloomington, MN, Trump Supporters Lawn was Salted and Sign Torched

538.     October 15, 2016: Maui, HI, Trump supporter's home egged by vandals

539.     October 15, 2016: Texarkana AR, Woman's Trump signs burned in arson attack

540.     October 13, 2016: Gay Couple Backing Trump Receives Threats and Barbs in Ohio

541.     October 13, 2016: Trump Mobile vandalized in Walled Lake, MI

542.     October 12, 2016: Streak of vandalized Trump signs 'unprecedented,' local party leaders say
543.     October 12, 2016: Surveillance Photos Released in Trump Sign Vandalism Investigation
544.     October 10, 2016: IN GOP office windows broken by bricks aimed at Trump signs.
545.     October 7, 2016: Robert De Niro says he wants to "punch" Trump in the face.
546.     October 3, 2016: Hillary supporters attack Trump-supporting woman and steal Trump signs in Hanford/Lemoore, CA area
547.     October 3, 2016: Trump billboard defaced with swastikas.
548.     September 28, 2016: IL: Anti-Trump Vandalism Outside Polish Center Ahead of Appearance
549.     September 28, 2016: Donald Trump signs stolen by ex-college VP in NY
550.     September 27, 2016: Trump supporter threatened if he wars MAGA hat: "I'll shit on your face."
551.     September 26, 2016: Trump-supporting Minnesota co-ed says she was 'assaulted' on debate night
552.     September 25, 2016: Man urinates on Naples mailbox, steals Trump sign
553.     September 18, 2016: Trump supporter beaten in El Cajon.
554.     August 20, 2016: Trump supporters harassed and spit on in Minneapolis
555.     August 20, 2016: Hillary Supporters Attack Old Woman Trump Supporter Minneapolis
556.     August 20, 2016: Leftist Activists Crash Trump Fundraiser, Attack Motorcade, Assault Trump Supporters in Violent 'Gauntlet
557.     August 19, 2016: Left-wing thugs attack Trump's motorcade and his supporters.
558.     August 19, 2016: Walpole, MA,, Veteran Upset About Four Stolen 'Trump 2016' Signs
559.     August 18, 2016: 68-year-old Cancer Survivor Attacked at Garage Sale Over Support for Trump
560.     August 18, 2016: Trump yard sign-stealing epidemic has gotten seriously out-of-hand in Massachusetts
561.     August 12, 2016: Twitter Video Purports to Show Trump Supporter Assaulted After Being Refused Service
562.     August 10, 2016: Marblehead, MA, Trump Supporter's Sign Stolen 7 Times: Video
563.     August 10, 2016: Suspects Caught On Camera Stealing Trump Signs From Front Lawns In Hillsdale, NJ
564.     August 9, 2016: FL: Trump signs in Arlington vandalized with 'KKK'
565.     August 9, 2016: Woman charged with Trump sign vandalism in Lawrence, MA
566.     August 9, 2016: Man's Trump T-shirt sparked crowbar attack, cops say
567.     August 8, 2016: NH: Trump Campaign Sign Torched Near Nashua
568.     August 7, 2016: Pro-Trump 'installation' torched on Staten Island
569.     August 7, 2016: TX: Woman's Home Vandalized Because Of Trump Signs

570.     August 6, 2016: Massachusetts woman vandalizes Trump sign, tries to run down owner.

571.     August 5, 2016: Big Trump sign vandalized in Haverhill

572.     August 3, 2016: New Jersey woman faces months-long campaign of terror over Trump support

573.     August 1, 2016: Video: Leftist Mob Violently Ejects Trump Supporter From New York City Park

574.     August 1, 2016: CA: Trump Supporters Pushed Out of San Francisco Bar Zeitgeist & Stalked Down the Block

575.     August 1, 2016: Kalamazoo man finds Trump campaign sign burned on lawn

576.     July 31, 2016: WATCH: Clinton Supporter Lights Flag On Fire, Attacks Trump Supporter

577.     July 27, 2016: OH: Black Trump Supporter Shot at Cleveland Bar During Heated Political Debate

578.     July 11, 2016: Brooklyn: Vandal attacks Gowanus Trump-fan's home

579.     July 7, 2016: FL: Trump Supporter Ambushed, Hit in the Face, Stomped on the Ground, Broke his Arm

580.     July 1, 2016: Black Teenage Trump supporter in Atlanta receives death threats For Supporting Trump

581.     June 29, 2016: VA: Virginia Family 'Enraged' After Trump Sign Vandalized. Five American flags they placed on the sign broken and tossed on the ground. Signs were spray painted and eggs were thrown.

582.     June 23, 2016: Camera captures woman ripping Donald Trump flag off New Jersey porch

583.     June 18, 2016: Man attempts to assassinate Trump in Nevada

584.     June 18, 2016: Female Trump supporters harassed, refused service at restaurant

585.     June 16, 2016: Legally Armed business owner confronts anti-Trump vandals

586.     June 7, 2016: Vandals Hit 'Trump Truck' in Scranton, PA

587.     June 4, 2016: Vandals destroy Donald Trump signs in Whatcom County

588.     June 2, 2016: Angry Mob Attacked Gay Latino Trump Supporter & Log Cabin Republican

589.     June 2, 2016: San Jose Woman is Stalked, Spat On, Shoved, Pushed and Hit For Being a Trump Supporter

590.     June 2, 2016: Left-wing thugs violently attack Trump supporters. One women was surrounded by a mob and pelted with raw eggs.

591.     May 25, 2016: Brad Thor on Glenn Beck: 'If Congress Won't Remove' Trump from White House, 'What Patriot Will Step Up'

592.     May 24, 2016: NM: Trump Rally Protesters Attack Trump Supporters, Burst Through Police Barricades, Throw Rocks, and Set Fires in the Streets.

593.     May 24, 2016: Milo Yiannopoulos Assaulted by BLM 'Protesters' at Chicago's DePaul University (Video)

594.     May 24, 2016: NM: Disabled Trump Supporter Gets Water & Water Bottles Thrown At Him By Protester

595.     May 20, 2016: FL: Trump Supporters' Home Vandalized, Lawn Burned

596.    May 16, 2016: CA: Vandals Egg Home of Trump Supporter, Destroy Trump Flag, & Throw Paint on his Truck
597.    May 9, 2016: Left-wing arsonists torch Trump campaign sign in Hollis, NH
598.    May 9, 2016: Man says he was called a 'Trump supporter' before Bellingham beating
599.    April 29, 2016: WATCH: Women, Children, Elderly Trump Supporters Pepper Sprayed in CA
600.    May 8, 2016: Trump Supporter Christopher Conway Attacked By AntiFa terrorists
601.    April 29, 2016: CA: Trump Protesters Beat Up Trump Supporter & Threw His Phone
602.    April 28, 2016: Trump Supporter Gets Beaten Up. Rocks are Thrown at Trump Supporters, Police, and Police Horse at Costa Mesa Rally.
603.    April 27, 2016: CA: Girls, 8 and 11, Hit with Anti-Trump Thug's Pepper Spray
604.    April 24, 2016: Man Arrested, Charged With Threatening To Bomb Trump Rally
605.    April 16, 2016: OR: Masked Anti-Trump Protester Spits In Trump Supporters' Face
606.    April 16, 2016: NY: Trump Supporter with 2nd Amendment Banner Grabbed, Pushed By Anti-Trump Thugs
607.    April 13, 2016: PA: Trump Supporter Attacked Outside Pittsburgh Rally
608.    April 10, 2016: WA: Trump Supporter's Tire Slashed; Vandal Claims "Act Of Community Service"
609.    April 8, 2016: OR: Protesters Crash Pro-Trump Student Event, Make Threats
610.    April 7, 2016: Actor Mickey Rourke challenges Donald Trump to a fight – with a baseball bat
611.    April 6, 2016: NC: Trump Supporter Shocked After Vehicle Vandalized Because of His Trump Support
612.    April 6, 2016: RI: Vandals Key Coventry Man's Car Bearing Trump Bumper Sticker
613.    April 4, 2016: Teen Arrested After Throwing Egg at Donald and Melania Trump at Milwaukee Rally
614.    March 29, 2016: AntiTrump thug punches Trump supporter
615.    March 21, 2016: Man's homemade Trump billboard vandalized and destroyed in Michigan.
616.    March 19, 2016: Florida Man shatters door at Donald Trump Jacksonville headquarters
617.    March 18, 2016: Trump stickers' vandalized, Republican students harassed at Saint Mary's College
618.    March 18, 2016: Donald Trump supporter's billboard burned in Egg Harbor Township
619.    March 17, 2016: Woman records herself running over Trump signs in NC
620.    March 17, 2016: Trump campaign signs stolen from a Naples home, home vandalized
621.    March 17, 2016: Violent protesters attack Trump supporters in Chicago.
622.    March 15, 2016: Vandals deface  Trump signs in Dayton Ohio.

623.     March 14, 2016: 70 Year-Old Virginia Trump Supporter Faces Threats, Harassment, and has Home Vandalized

624.     March 14, 2016: Vandals target Trump supporters in College Park. "Fuck Trump ... Nazi scum"

625.     March 14, 2016: CNN treats man who tried to tackle Trump as folk hero.

626.     March 12, 2016: Man tries to tackle Trump at campaign rally.

627.     March 11, 2016: Riots After Trump Chicago Rally Cancelled. Police Officer Attacked by Anti-Trump Protesters. Blocking Ambulance.

628.     March 9, 2016: Trump billboard removed due to repeated vandalism in West Town IL.

629.     March 8, 2016: 3 arrested for pulling gun on Trump supporter

630.     March 1, 2016: Former *Daily Show* contributor Larry Wilmore "jokes" about killing Trump.

631.     February 29, 2016:  FL: Trump Volunteers Brutally Assaulted & Body Slammed While Campaigning

632.     February 24, 2016: NYT columnist Ross Douthat "jokes" about assassination attempt on Trump

633.     January 26, 2016:  Protesters Threw Two Tomatoes at Donald Trump at a Rally in Iowa City

634.     January 25, 2016: NH: Trump Supporter's Large Sign Vandalized with Graffiti Islamic Symbol

635.     January 9, 2016:  Donald Trump's campaign headquarters in Mass. vandalized

636.     January 5, 2016:  Jewish Trump supporter's Trump sign vandalized with Nazi images.

637.     December 28, 2015: Bridgewater, MA, Man Catches Neighbor Stealing Trump Signs

638.     November 19, 2015: 'Black Lives Matter' Activist Calls for Donald Trump's Assassination

639.     September 1, 2015: Texas teen says Donald Trump is the reason he was attacked at bus stop.