IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, | ) |
| v. | ) Case #: 1:20-cv-00536-SM |
| Twitter Inc., Defendant. | ) |

**PLAINTIFF'S MOTION TO DELAY COMPULSION OF
TRUE NAME PENDING APPEAL TO BE FILED**

Sensa Verogna, "Plaintiff", Motions this Court to Delay Compulsion of Plaintiff's true name as he intends to file a 28 U.S.C. § 1291 appeal of the Courts August 27, 2020 final "Order" with the United States Court of Appeals for the First Circuit by September 28, 2020, regarding Plaintiff's Motion to Proceed Anonymously.

1. On August 27, 2020, the Court denied Plaintiff's Motion to Proceed Anonymously.

2. On September 14, 2020, the Court denied Plaintiff's Motion for permission for leave to Reconsider.

3. The Order is neither tentative, informal or incomplete. Citicorp Real Estate, Inc. v. Smith, 155 F.3d 1097, 1101 (9th Cir. 1998)

4. The Order is final for purposes of 28 U.S.C. § 1291 as it is a full adjudication of the issue pertaining to the Plaintiff proceeding anonymously, and 'clearly evidences the judge's intention that it be the court's final act in the matter.'" Nat'l Distrib. Agency v. Nationwide Mut. Ins. Co., 117 F.3d 432, 433 (9th Cir. 1997) (citations omitted); see also Elliott v. White Mountain Apache Tribal Court, 566 F.3d 842, 846 (9th Cir. 2009); Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC, 548 F.3d 738, 747 (9th Cir. 2008); Way v. County of Ventura, 348 F.3d 808, 810 (9th Cir. 2003).

5.  The Order conclusively determines the disputed question of whether the Plaintiff may continue to remain anonymous while pursuing his Discrimination and Constitutional claims. Abney v. United States, 431 U.S. 651, 658; United States v. 469 MacDonald, 435 U.S. 850, 855. Agster v. Maricopa County, 422 F.3d 836, 838-39 (9th Cir. 2005) (citation omitted).

6.  The intent of the Court is clear that this is a final judgement regarding Plaintiff's Motion to Proceed Anonymously.

7.  Plaintiff fully intends to file his Appeal and Notice the Court by Sept 28, 2020.

WHEREFORE, the Plaintiff, prays that the Court either amend its findings or delay the compulsion until the United States Court of Appeals for the First Circuit has reviewed the Order, and grant such other and further relief as the Court deems just.

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2020, the foregoing document and Attached Exhibit A was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com