IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,        )
                                 )
    v.                           )    Case #: 1:20-cv-00536-SM
                                 )
Twitter Inc., Defendant.         )

---

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Order # 2020 DNH 152 entered in this action of the on 23rd day of September 2020 and the Endorsed Orders Denying Plaintiff's ECF No. 55 entered on September 14th, 2020 and Plaintiff's ECF No. 56 entered on September 21st, 2020.

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 25, 2020

Daniel J. Lynch, Clerk
United States District Court
Warren B. Rudman Courthouse
55 Pleasant St., Rm. 110
Concord, NH 03301

    Re:  Verogna v. Twitter Inc.
           No. 1:20-cv-00473-SM
           **Misdirected Notice of Appeals**

Dear Mr. Lynch:

    Enclosed is a notice of appeals in the above referenced case that was mistakenly filed by Sensa Verogna in this court on September 25, 2020. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. Proc. 4(d). Please treat this notice as duplicate if the pleading has already been filed in your court.

                                      Sincerely,

                                      Maria R. Hamilton, Clerk

CH; gk