IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2020 SEP 25 A 7 42
24 HOUR DEPOSITORY

| | | |
|---|---|---|
| Sensa Verogna, Plaintiff, | ) | |
| v. | ) | Case #: 1:20-cv-00536-SM |
| Twitter Inc., Defendant. | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Order # 2020 DNH 152 entered in this action of the on 23rd day of September 2020 and the Endorsed Orders Denying Plaintiff's ECF No. 55 entered on September 14th, 2020 and Plaintiff's ECF No. 56 entered on September 21st, 2020.

Respectfully,

_/s/ Plaintiff, Anonymously as Sensa Verogna_
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com

Case 1:20-cv-00536-SE   Document 57-1   Filed 09/25/20   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE



| | | |
|---|---|---|
| Sensa Verogna, Plaintiff, | ) | |
| v. | ) | Case #: 1:20-cv-00536-SM |
| Twitter Inc.,   Defendant. | ) | |

---

Clerk of Court, please see enclosed:

1. 1 printed copy,

**PLAINTIFF'S NOTICE OF APPEAL.**

2. 1 enclosed CD of;

**PLAINTIFF'S EMERGENCY MOTION TO STAY COMPULSION OF TRUE IDENTITY TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT.**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS EMERGENCY MOTION TO STAY COMPULSION OF TRUE IDENTITY TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT.**

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

Page 1 of 1