```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Sensa Verogna

      v.                                No. 20-cv-536-SM

Twitter Inc.


CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 54, 9/14/20 Endorsed Order, 9/21/20 Endorsed Order, 57 through 59

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                          IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 25, 2020

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Lianne Wagner, Deputy Clerk**

**Sep 25, 2020**

cc: Jonathan Eck, Esq.