UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sensa Verogna</u>

    v.                                                     No. 20-cv-536-SM

<u>Twitter, Inc.</u>

CLERK'S SUPPLEMENTAL CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

    I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: Appeal Fee Paid 10/6/2020

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 6, 2020

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Lianne Wagner, Deputy Clerk**

**Oct 06, 2020**

cc:  Sensa Verogna, pro se
      Jonathan Eck, Esq.
      Indraneel Sur, USDOJ