IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, ) | |
| v. ) | Case #: 1:20-cv-00536-SM |
| Twitter Inc.,  Defendant. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Endorsed Order dated September 21st and Endorsed Order dated September 28th, 2020 entered in this action by Judge Steven J. McAuliffe.

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2020, the foregoing document and Attached Exhibit A was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.