IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED

2020 OCT 13 A 7 18

24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,   )

v.   )   Case #: 1:20-cv-00536-SM

Twitter Inc.,   Defendant.   )

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Endorsed Order dated October 6, 2020 entered in this action by Judge Steven J. McAuliffe.

Respectfully,

/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2020, the foregoing document and Attached Exhibit A was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.