UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 20-cv-536-SM

2.    TITLE OF CASE: Sensa Verogna v. Twitter Inc.

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Judge Steven McAuliffe

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: 10/6/20

8.    DATE OF NOTICE OF APPEAL: **October 13, 2020**

9.    FEE PAID or IFP: NO

10.   COURT APPOINTED COUNSEL: NO

11.   COURT REPORTER(S):   and DATES:

12.   TRANSCRIPTS ORDERED/ON FILE: NO

13.   HEARING/TRIAL EXHIBITS: NO

14.   MOTIONS PENDING: YES

15.   GUIDELINES CASE: Not Applicable

16.   RELATED CASES or CROSS APPEAL:

17.   SPECIAL COMMENTS: