IN THE UNITED STATES DISTRICT COURT DISTRICT OF NH

FOR THE DISTRICT OF NEW HAMPSHIRE

FILED

2020 NOV -9 P 12: 24

24 HOUR DEPOSITORY

Sensa Verogna, Plaintiff,  )

v.  )  Case #: 1:20-cv-00536-SM

Twitter Inc., Defendant.  )

---

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Endorsed Order denying Doc. 7 Motion for Entry of Default, dated 7/8/2020, Endorsed Order denying Doc. 8 Motion for Entry of Default Judgment], dated 7/8/20, Endorsed Order denying Doc. 39 Motion for Reconsideration, dated 8/13/20, Order Doc. 54, denying Doc. 15 Motion to Proceed Anonymously; denying Doc. 5 Motion to Declare Twitter a Public Accommodation Under Law and Brief and Memorandum in Support; denying Doc. 6 Motion to Declare Twitter a "State Actor" Under Law and Brief and Memorandum in Support; denying Doc. 16 Motion to Declare Twitter's Computer Network a Public Forum Under Law; denying Doc. 42 Motion for Judicial Notice, dated 8/27/20; entered in this action by Judge Steven J. McAuliffe. AND Endorsed Order denying as moot Doc. 48 Motion for Leave to File Reply to Motion for Reconsideration, dated 8/28/20; Endorsed Order denying as moot Doc. 52 Motion for Leave to File Reply to Motion for Judicial Notice, dated 8/28/20; entered in this action by Magistrate Judge Andrea K. Johnstone.

Respectfully,

_____
/s/ Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2020, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.

CASE #
1:20-CV-00536-SM