DISTRICT OF NH
FILED

2021 MAR 18  A 8: 28

24 HOUR DEPOSITORY

Case #

1: 20-cv-00536-SM