FILED - USDC -NH
2021 APR 16 PM 12:50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, ) | |
| ) | |
| v. ) | Case #: 1:20-cv-00536-SM |
| ) | |
| Twitter Inc., Defendant. ) | |

## PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO FILE MOTION TO DISQUALIFY DISTRICT JUDGE AND MOL AND DECLARATION IN SUPPORT THEREOF

Sensa Verogna, the "Plaintiff" hereby, pursuant to Local Rule 7.1(e)(2), moves, for Leave to file a Motion to Disqualify District Judge Steven J. McAuliffe, MOL and Declaration in Support thereof. Plaintiff has attached the Proposed Motion to and Memorandum of Law "MOL" and Declaration in support thereof and attached hereto.

Plaintiff believes his Motion, MOL and Declaration will assist the Court in determining whether District Judge Steven J. McAuliffe should disqualify himself from the case and that the Court assign another judge to hear such further proceedings.

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court:

    A. Enter an order granting Plaintiff leave to file his Motion to and Memorandum of Law "MOL" and Declaration in support thereof, in the form attached; and

    B. Grant such other and further relief as the Court deems just.

Respectfully,

*S. Verogna*

Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.