FILED - USDC -NH
2021 APR 16 PM 12:50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,  )
   v.  )   Case #: 1:20-cv-00536-SM
   )
   )   In Support of Plaintiff's
   )   Motion for Disqualification of the
   )   Honorable Steven M. McAuliffe,
   )   Pursuant to 28 US.C. §§ 144 and 455
Twitter Inc.,   Defendant.  )

## PLAINTIFF REQUESTS PRODUCTION TO THE COURT THE FOLLOWING DOCUMENTS AND INFORMATION IN SUPPORT OF PLAINTIFF'S MOTION AND MOL TO DISQUALIFY DISTRICT JUDGE AND DECLARATION IN SUPPORT THEREOF

1. The names of all persons with knowledge of the contents of Judge McAuliffe's Order dated prior to the contents being Public Record.

2. All communications and visits between Court Employees and Judges of this District Court and the Defendant, Attorney Eck, Attorney Schwartz and any members of his firm, the Defendant's Appellate Firm or Counsel concerning this case. Obviously, someone communicated with Defendants, or their Counsel on behalf of the court. All evidence of these communications must be produced to the defense and violate Judicial Canon of Ethics 3(A)(4).

3. All communications by Judge McAuliffe, Judges or Court Employees concerning the Plaintiff or this case with anyone outside chambers or court since the filing of the Complaint.

4.      This off-the-record exchange happened on or around September 28, 2020 the day the District Court dismissed Plaintiff's claims for not revealing his true identity.

Dated: April 15, 2021          By: ____S. Verg____

Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com
PRO SE Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.