FILED - USDC -NH
2021 APR 16 PM 12:50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Twitter Inc., Defendant. ) | Case #: 1:20-cv-00536-SM <br><br> Certificate of Counsel in Support of Motion for Disqualification of the Honorable Steven M. McAuliffe, Pursuant to 28 US.C. §§ 144 and 455 |

## CERTIFICATE OF GOOD FAITH BY COUNSEL OF THE RECORD

I declare, certify, verify and state that I am counsel of record for Plaintiff in the above-entitled cause, that I am informed as to the proceedings, and that the Declaration and application are made in good faith and not for the purpose of hindrance or delay.

I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2021                    By: _____

Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com
PRO SE Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and David A. Perez, DPerez@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.