FILED - USDC -NH
2021 APR 16 PM 12:49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, ) <br> v.                                    ) <br>                                         ) <br>                                         ) <br>                                         ) <br>                                         ) <br>                                         ) <br>                                         ) <br> Twitter Inc.,     Defendant. ) | Case #: 1:20-cv-00536-SM <br><br> Notice of Motion for <br> Disqualification of the <br> Honorable Steven M. McAuliffe, <br> Pursuant to 28 US.C. §§ 144 and 455 |

## NOTICE OF MOTION

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 15, 2021, the Plaintiff, proceeding anonymously as Sensa Verogna, pro se, will, and hereby do, move for the Disqualification of the Honorable Steven M. McAuliffe, pursuant to 28 U.S.C. Sections § 144 and § 455, on the grounds that there is evidence of bias in favor of the Defendant and Defendant's Counsel of Record and prejudice against the Plaintiff. This motion will be based upon the attached points and authorities, the Declaration of Sensa Verogna, the Certificate of Good Faith by Counsel of the Record, and all pleadings and records on file in this action.

The Plaintiff incorporates all arguments and exhibits presented in his March 18, 2021 Motion to Set Aside Orders under Rule 60B, Doc. 74.