Court Clerk
55 Pleasant St.
#110
Concord NH. 03301



USPS FIRST-CLASS MAIL®

U.S. POSTAGE
$2.60
FCM LG ENV
03103
Date of sale
04/15/21
06    2S SSK
11486593

8.40 oz

Court Clerk
55 Pleasant St
Room #110

SHIP TO:
Concord NH 03301  S 3941