FILED - USDC -NH
2021 APR 19 PM 12:13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sensa Verogna, Plaintiff, | ) |
| v. | ) Case #: 1:20-cv-00536-SM |
| Twitter Inc., Defendant. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Endorsed Order denying Doc. 7 Motion for Entry of Default, dated 7/8/2020; Endorsed Order denying Doc. 8 Motion for Entry of Default Judgment, dated 7/8/20; Endorsed Order denying Doc. 39 Motion for Reconsideration, dated 8/13/20; Order Doc. 54, denying Doc. 15 Motion to Proceed Anonymously; denying Doc. 5 Motion to Declare Twitter a Public Accommodation Under Law and Brief and Memorandum in Support; denying Doc. 6 Motion to Declare Twitter a "State Actor" Under Law and Brief and Memorandum in Support; denying Doc. 16 Motion to Declare Twitter's Computer Network a Public Forum Under Law; denying Doc. 42 Motion for Judicial Notice, dated 8/27/20; ORDER denying *Id.*, Dkt. 55 Emergency Motion for Permission to File Objections and a Hearing on the Motions, dated 9/14/2020; ORDER denying *Id.*, Dkt. 56 Motion to Delay Compulsion of True Name Pending Appeal, dated 9/21/2020; ORDER-dismissal was inevitable for failure to comply. *Id..*, dated 9/28/2020; ORDER denying

*Id.*, Dkt. 61 Emergency Request for Permission to File Motion to Reconsider Endorsed Orders Calling for Dismissal of Claims, dated 10/06/2020; ENDORSED ORDER denying without prejudice 3 Motion to Dismiss for Failure to State a Claim; denying without prejudice 14 Motion to Strike; denying without prejudice 45 Motion Rule 5.1 Motion and MOL Challenging the Constitutionality of Title 47 USC Code § 230; denying without prejudice 46 Motion for Default of Default By Clerk. Text of Order: The pending motions (docket numbers 3, 14, 45, and 46) are denied without prejudice to renewing them following resolution of plaintiff's interlocutory appeal, if appropriate, dated 03/08/202; ENDORSED ORDER denying 74 Emergency Motion to Set Aside Orders Under Rule (60)(b). 03/19/2021; ENDORSED ORDER re: 73 Motion to Clarify, Parameters of the Current Stay, and to Toll Response Time; 75 Motion for Specific Findings to Clarify Order and Toll Response Time. Text of Order: Motions for Clarification and Specific Findings (doc. nos. 73 and 75) are granted to the following extent. The referenced motions have been denied without prejudice - they are no longer pending. Should plaintiff prevail on his interlocutory appeal in a way that permits this case to go forward, plaintiff may refile those motions for consideration. (Plaintiff need not physically refile the motions but may simply file a pleading asking the court to revive the motions, which will be granted.), dated 04/02/2021; entered in this action by Judge Steven J. McAuliffe. AND Endorsed Order denying as moot Doc. 48 Motion for Leave to File Reply to Motion for Reconsideration, dated 8/28/20; Endorsed Order denying

as moot Doc. 52 Motion for Leave to File Reply to Motion for Judicial Notice, dated 8/28/20; entered in this action by Magistrate Judge Andrea K. Johnstone.

Respectfully,

_____
Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and of an interested party, indraneel.sur@usdoj.gov.

Case 1:20-cv-00536-SE   Document 78   Filed 04/19/21   Page 4 of 5

COURT CLERK
55 PLEASANT ST
#110
CONCORD, NH. 03301



USPS FIRST-CLASS MAIL®

U.S. POSTAGE $1.20
FCM LG ENV
03103
Date of sale 04/15/21
06   2S   SSK
11486593

1.10 oz

COURT CLERK
55 PLEASANT ST.
Room #110

SHIP TO:
Concord NH 03301

(420) 03301