UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 20-cv-536-SM

2. TITLE OF CASE: Sensa Verogna v. Twitter Inc.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Steven McAuliffe

7. DATE OF JUDGMENT OR ORDER ON APPEAL: 7/8/20; 7/8/20; 8/13/20; 8/27/20; 8/28/20; 8/28/20; 9/14/20; 9/21/20; 9/28/20; 10/6/21; 3/8/21; 3/19/21; 4/2/21;

8. DATE OF NOTICE OF APPEAL: **April 19, 2021**

9. FEE PAID or IFP: NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: 20-01933; 20-02005; 20-02006; 20-02091

17. SPECIAL COMMENTS: No filing fee paid or Application of proceed IFP.