IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Sensa Verogna, Plaintiff,       )
    v.                              )   Case #: 1:20-cv-00536-SM
Twitter Inc., Defendant.        )

_____

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, in compliance with Rule 3(c), hereby Amends the Notice of Appeal filed with the Court on November 9, 2020, which now amends the appeals to the United States Court of Appeals for the First Circuit; from Endorsed Order denying Doc. 7 Motion for Entry of Default, dated 7/8/2020; Endorsed Order denying Doc. 8 Motion for Entry of Default Judgment, dated 7/8/20; Endorsed Order denying Doc. 39 Motion for Reconsideration, dated 8/13/20; Order Doc. 54, denying Doc. 15 Motion to Proceed Anonymously; denying Doc. 5 Motion to Declare Twitter a Public Accommodation Under Law and Brief and Memorandum in Support; denying Doc. 6 Motion to Declare Twitter a "State Actor" Under Law and Brief and Memorandum in Support; denying Doc. 16 Motion to Declare Twitter's Computer Network a Public Forum Under Law; denying Doc. 42 Motion for Judicial Notice, dated 8/27/20; ORDER denying *Id.*, Dkt. 55 Emergency Motion for Permission to File Objections and a Hearing on the Motions, dated 9/14/2020; ORDER denying *Id.*, Dkt. 56 Motion to Delay Compulsion of True Name

Pending Appeal, dated 9/21/2020; ORDER- dismissal was inevitable for failure to comply. *Id..*, dated 9/28/2020; ORDER denying *Id.*, Dkt. 61 Emergency Request for Permission to File Motion to Reconsider Endorsed Orders Calling for Dismissal of Claims, dated 10/06/2020; ENDORSED ORDER denying without prejudice 3 Motion to Dismiss for Failure to State a Claim; denying without prejudice 14 Motion to Strike; denying without prejudice 45 Motion Rule 5.1 Motion and MOL Challenging the Constitutionality of Title 47 USC Code § 230; denying without prejudice 46 Motion for Default of Default By Clerk. Text of Order: The pending motions (docket numbers 3, 14, 45, and 46) are denied without prejudice to renewing them following resolution of plaintiff's interlocutory appeal, if appropriate, dated 03/08/202; ENDORSED ORDER denying 74 Emergency Motion to Set Aside Orders Under Rule (60)(b). 03/19/2021; ENDORSED ORDER re: 73 Motion to Clarify, Parameters of the Current Stay, and to Toll Response Time; 75 Motion for Specific Findings to Clarify Order and Toll Response Time. Text of Order: Motions for Clarification and Specific Findings (doc. nos. 73 and 75) are granted to the following extent. The referenced motions have been denied without prejudice - they are no longer pending. Should plaintiff prevail on his interlocutory appeal in a way that permits this case to go forward, plaintiff may refile those motions for consideration. (Plaintiff need not physically refile the motions but may simply file a pleading asking the court to revive the motions, which will be granted.), dated 04/02/2021; entered in this action by Judge Steven J. McAuliffe. AND Endorsed Order denying as moot Doc. 48 Motion for Leave to File Reply to

Motion for Reconsideration, dated 8/28/20; Endorsed Order denying as moot Doc. 52 Motion for Leave to File Reply to Motion for Judicial Notice, dated 8/28/20; entered in this action by Magistrate Judge Andrea K. Johnstone.

Respectfully,

*S. Verogna*

Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and of an interested party, indraneel.sur@usdoj.gov.

COURT CLERK
U.S. DISTRICT COURT
55 PLEASANT ST. #110
Concord, N.H. 03301



MANCHESTER NH 030
23 APR 2021 PM 1 L

U.S. POSTAGE
$0.55
FCM LETTER
03103
Date of sale
04/23/21
06  2S  SSK
11486593

USPS FIRST-CLASS MAIL®

0.80 oz

COURT CLERK
U.S. DISTRICT COURT
55 PLEASANT ST. #110

SHIP TO:
Concord NH 03301