# United States Court of Appeals
## For the First Circuit

No. 20-2006

SENSA VEROGNA, individual,

Plaintiff - Appellant,

v.

TWITTER, INC.,

Defendant - Appellee.

**JUDGMENT**

Entered: June 2, 2021
Pursuant to 1st Cir. R. 27.0(d)

On May 14, 2021, this court issued an order directing the appellant to pay the $505.00 filing fee with the district court. Appellant was notified that failure to take action by May 28, 2021 would result in this appeal being dismissed for lack of prosecution.

Appellant having failed to pay the filing fee, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Jonathan Mark Eck
David A. Perez
Julie E. Schwartz
Sensa Verogna