# United States Court of Appeals
## For the First Circuit

No. 20-2006

SENSA VEROGNA, individual

Plaintiff - Appellant

v.

TWITTER, INC.

Defendant - Appellee

**MANDATE**

Entered: June 23, 2021

In accordance with the judgment of June 2, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Seth R. Aframe
Jonathan Mark Eck
Julie E. Schwartz
Sensa Verogna