# United States Court of Appeals
## For the First Circuit

_____

Nos.   20-1933
        20-2005
        20-2091
        21-1317

SENSA VEROGNA, individual,

Plaintiff - Appellant,

v.

TWITTER, INC.,

Defendant - Appellee.

_____

Before

Lynch, Thompson and Kayatta,
Circuit Judges.

_____

**JUDGMENT**

Entered: August 8, 2022

      Plaintiff, proceeding pseudonymously, sued Twitter, Inc., after his account was suspended. He sought leave to proceed under a pseudonym.  In a thoughtful order, applying by agreement the Third Circuit's decision in Doe v. Megless, 654 F.3d 404 (3d Cir. 2011), the district court denied plaintiff's request and ordered him to identify himself.  Plaintiff appealed and the district court stayed proceedings.  Plaintiff thereafter filed multiple additional appeals.

      Courts have accepted appellate jurisdiction over orders relating to the anonymity of parties, see Doe v. Village of Deerfield, 819 F.3d 372, 376 (7th Cir. 2016) (citing cases from the Fourth, Fifth, Ninth, Tenth, and Eleventh Circuits), and we do likewise.  See Does 1-3 v. Mills, 39 F.4th 20 (1st Cir. 2022).  After careful review of the record and the submissions of the parties, the district court's order of August 27, 2020, insofar as it denies plaintiff's motion to proceed anonymously; its order of September 14, 2020, insofar as it denies reconsideration of its August 27 order; and its order of September 21, 2020, denying plaintiff's motion to delay disclosure of his true name, are affirmed.

Each of the remaining appeals is jurisdictionally defective for one or more reasons and is therefore dismissed, as either untimely brought, duplicative, and/or seeking review of certain non-appealable interlocutory orders. Those two appeals, Nos. 20-2091 and 21-1317, are therefore dismissed for lack of appellate jurisdiction.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Jonathan Mark Eck
David A. Perez
Julie E. Schwartz
Sensa Verogna