## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,

    *Plaintiff,*

      v.

Twitter, Inc.,

    *Defendant.*

Case No. 1:20-cv-00536-SM

## TWITTER, INC.'S NOTICE OF PENDING APPEAL

Defendant, Twitter, Inc. ("Twitter"), hereby files this Notice of Pending Appeal to fully inform the Court of the status of the appeal from this case.

On August 29, 2022, the Court issued an order based on the United States Court of Appeals for the First Circuit having "affirmed the court's decision denying Plaintiff's request to proceed anonymously." (ECF No. 88.)

On August 8, 2022, the First Circuit did indeed issue a judgment affirming this Court's decision denying plaintiff's request to proceed anonymously.[1] But, before a mandate issued, Plaintiff filed a petition for panel rehearing under Federal Rule of Appellate Procedure 40.[2] Until the First Circuit rules on that petition, Twitter understands the appeal to remain pending.

---

[1] *Verogna v. Twitter, Inc.*, Nos. 20-1933, 20-2005, 20-2091, 21-1317, Doc. 117906938 (1st Cir. Aug. 8, 2022).
[2] *Id.*, Doc. 117912450 (filed Aug. 22, 2022).

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

ORR & RENO, PROFESSIONAL
ASSOCIATION

Dated:  September 12, 2022          By: /s/ Jonathan M. Eck
                                    Jonathan M. Eck, Esq. (NH Bar #17684)
                                    45 S. Main Street
                                    Concord, NH  03302
                                    (603) 223-9100
                                    jeck@orr-reno.com

                                    Julie E. Schwartz, Esq.
                                    (Admitted *pro hac vice*)
                                    Perkins Coie LLP
                                    3150 Porter Drive
                                    Palo Alto, CA  94304-1212
                                    (650) 838-4490
                                    JSchwartz@perkinscoie.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email and ECF.

Dated:  September 12, 2022          */s/ Jonathan M. Eck*
                                    Jonathan M. Eck, Esq. (NH Bar #17684)