IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2022 SEP 14 P 4:42
24 HOUR DEPOSITORY

| | |
|---|---|
| Sensa Verogna, Plaintiff, ) | |
| v. ) | Case #: 1:20-cv-00536-SM |
| ) | |
| ) | Certificate of Counsel in Support of |
| ) | Motion for Disqualification of the |
| ) | Honorable Steven M. McAuliffe, |
| ) | Pursuant to 28 US.C. §§ 144 and 455 |
| Twitter Inc., Defendant. ) | |

### CERTIFICATE OF GOOD FAITH BY COUNSEL OF THE RECORD

I declare, certify, verify and state that I am counsel of record for Plaintiff in the above-entitled cause, that I am informed as to the proceedings, and that the Declaration and application are made in good faith and not for the purpose of hindrance or delay.

I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2022

_____
Plaintiff, Anonymously as Sensa Verogna
SensaVerogna@gmail.com
PRO SE Counsel of Record

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2021, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.

Page 1 of 1