# United States Court of Appeals
## For the First Circuit

Nos.  20-1933
      20-2005
      20-2091
      21-1317

SENSA VEROGNA, individual

Plaintiff - Appellant

v.

TWITTER, INC.

Defendant - Appellee

**MANDATE**

Entered: September 28, 2022

In accordance with the judgment of August 8, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Jonathan Mark Eck
David A. Perez
Julie E. Schwartz
Sensa Verogna