IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Daniel E. Hall, Aka, | ) | |
| Sensa Verogna, Plaintiff, | ) | Case #: 1:20-cv-00536-SM |
| v. | ) | |
| Twitter Inc., Defendant. | ) | **NOTICE OF TRUE IDENTITY** |

**PLAINTIFF'S NOTICE OF TRUE IDENTITY**

Daniel E. Hall, aka Sensa Verogna, "Plaintiff", notices the Court of his true identity and states his true identity as; Daniel E. Hall.

Respectfully,

/s/ Daniel E. Hall
Aka, Anonymously as Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2022, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.