Query     Reports     Utilities     Help     Log Out

CLOSED,SMrecused

# U.S. District Court
## District of New Hampshire (Concord)
### CIVIL DOCKET FOR CASE #: 1:17-cv-00749-JD

Roberson v. YouTube, Inc. et al  
Assigned to: Judge Joseph A. DiClerico, Jr  
Referred to: US Magistrate Judge Andrea K Johnstone  
Cause: 28:1331 Fed. Question

Date Filed: 12/21/2017  
Date Terminated: 06/12/2018  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Ashley A. Roberson**  represented by  **Ashley A. Roberson**  
3869 Forest Dr  
Columbia, SC 29204  
770 882-6851  
PRO SE

V.

**Defendant**

**YouTube, Inc.**  represented by  **Timothy John McLaughlin**  
Shaheen & Gordon  
107 Storrs St  
PO Box 2703  
Concord, NH 03302-2703  
603 225-7262  
Email: tmclaughlin@shaheengordon.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Facebook**  represented by  **Matan Shacham**  
Keker Van Nest & Peters LLP  
633 Battery St  
San Francisco, CA 94111-1809  
415 391-5400  
Fax: 415 397-7188  
Email: mshacham@keker.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Travis Silva**  
Keker Van Nest & Peters LLP  
633 Battery St  
San Francisco, CA 94111-1809  
415 391-5400  
Fax: 415 397-7188

Attached Exhibit B

        Email: tsilva@keker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Aronson**
Bonner Kiernan Trebach & Crociata LLP
40 Court Street
3rd Floor
Boston, MA 02108
617 426-3900
Email: jaronson@bonnerkiernan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twitter**     represented by     **Timothy John McLaughlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google, Inc.**     represented by     **Timothy John McLaughlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blogspot.com**

**Defendant**

**Patreon**     represented by     **Stephen J. Soule**
Paul Frank & Collins Inc
PO Box 1307
Burlington, VT 05402
802-658-2311
Email: ssoule@pfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nolan C. Burkhouse**
Paul Frank & Collins PC
One Church St
PO Box 1307
Burlington, VT 05402-1307
802 658 2311
Fax: 802 658-0042
Email: nburkhouse@pfclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Go Fund Me**     represented by     **Matan Shacham**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Attached Exhibit B

Travis Silva
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Aronson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2017 | 1 | COMPLAINT against Blogspot.com, Facebook, Go Fund Me, Google, Inc., Patreon, Twitter, YouTube, Inc. with Jury Demand filed by Ashley A. Roberson. (Attachments: # 1 Durable Power of Attorney, # 2 Envelope) (mc) (Additional attachment(s) added on 1/11/2018: # 3 Summonses) (mc). (Entered: 01/03/2018) |
| 12/21/2017 | 2 | MOTION to Proceed Without Prepayment of Fees or Costs (Short Form) filed by Ashley A. Roberson.(mc) (Additional attachment(s) added on 1/11/2018: # 1 Long Form Application) (mc). (Entered: 01/03/2018) |
| 12/21/2017 | 3 | MOTION to Consolidate Cases this case with 1:17-cv-733 filed by Ashley A. Roberson. (mc) (Entered: 01/03/2018) |
| 12/21/2017 |  | Case assigned to Judge Joseph A. DiClerico, Jr. The case designation is: 1:17-cv-749-JD. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 01/03/2018) |
| 01/03/2018 |  | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 01/03/2018) |
| 01/04/2018 |  | **ENDORSED ORDER granting 2 Application to Proceed Without Prepayment of Fees or Costs.** *Text of Order: Plaintiff's request to proceed without prepayment of fees or costs is hereby granted, but only for the purpose of waiving the filing fee.* **So Ordered by Magistrate Judge Andrea K. Johnstone.**(mc) (Entered: 01/04/2018) |
| 03/14/2018 | 4 | **ORDER Directing US Marshal to Make Service. So Ordered by Magistrate Judge Andrea K. Johnstone.**(ko) (Entered: 03/15/2018) |
| 03/15/2018 |  | SERVICE BY CLERK: Copies to US Marshal as to Facebook, Go Fund Me, Google, Inc., Patreon, Twitter, YouTube, Inc. per 4 Order Directing Service.(ko) (Entered: 03/15/2018) |
| 03/29/2018 | 5 | MOTION to Withdraw 3 MOTION to Consolidate Cases this case with 1:17-cv-733 filed by Ashley A. Roberson.(ko) (Entered: 04/02/2018) |
| 04/02/2018 |  | **ENDORSED ORDER denying as moot 3 Motion to Consolidate Cases.** *Text of Order: In light of the motion to withdraw (doc. no. 5) the motion to consolidate (doc. no. 3) is denied as moot.* **So Ordered by Magistrate Judge Andrea K. Johnstone.**(ko) (Entered: 04/02/2018) |
| 04/02/2018 |  | **ENDORSED ORDER granting 5 MOTION to Withdraw 3 MOTION to Consolidate this case with 1:17-cv-733.** *Text of Order: Granted.* **So Ordered by Magistrate Judge** |

Attached Exhibit B

| | | |
|---|---|---|
| | | **Andrea K. Johnstone.**(ko) (Entered: 04/02/2018) |
| 04/05/2018 | 6 | Return of Service Unexecuted as to Go Fund Me.(ko) (Entered: 04/06/2018) |
| 04/30/2018 | 7 | NOTICE of Attorney Appearance by Timothy John McLaughlin on behalf of Twitter Attorney Timothy John McLaughlin added to party Twitter(pty:dft).(McLaughlin, Timothy) (Entered: 04/30/2018) |
| 04/30/2018 | 8 | Assented to MOTION to Extend Time to Respond to Plaintiff's Complaint and Motions filed by Twitter.(McLaughlin, Timothy) (Entered: 04/30/2018) |
| 04/30/2018 | 9 | Disclosure Statement by Twitter disclosing no parent company, no publicly traded company, and no merger agreement. (McLaughlin, Timothy) (Entered: 04/30/2018) |
| 05/01/2018 | 10 | NOTICE of Attorney Appearance by Stephen J. Soule on behalf of Patreon Attorney Stephen J. Soule added to party Patreon(pty:dft).(Soule, Stephen) (Entered: 05/01/2018) |
| 05/01/2018 | 11 | NOTICE of Attorney Appearance by Nolan C. Burkhouse on behalf of Patreon Attorney Nolan C. Burkhouse added to party Patreon(pty:dft).(Burkhouse, Nolan) (Entered: 05/01/2018) |
| 05/01/2018 | 12 | Disclosure Statement by Patreon disclosing no parent company, no publicly traded company, and no merger agreement. (Soule, Stephen) (Entered: 05/01/2018) |
| 05/01/2018 | 13 | MOTION to Dismiss filed by Patreon. Follow up on Objection on 5/15/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Soule, Stephen) (Entered: 05/01/2018) |
| 05/01/2018 | | **ENDORSED ORDER granting 8 Motion to Extend Time to Respond to Plaintiff's Complaint and Motions.** *Text of Order: Motion to Extend Time to Answer is granted. For the reasons stated in the motion, the court finds good cause to extend the deadline for issuing the scheduling order pursuant to Fed. R. Civ. P. 16(b).* **So Ordered by Judge Joseph A. DiClerico, Jr.**(gla) (Entered: 05/01/2018) |
| 05/04/2018 | 25 | Return of Service Executed as to Facebook, Google, Inc. Served/Mailed on 4/24/2018. Answer Follow Up on 5/15/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 05/18/2018) |
| 05/09/2018 | 14 | REFILED SEE DOC. NO. 27 . MOTION for Matan Shacham to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659670.) filed by Facebook, Go Fund Me. Attorney Joseph H. Aronson added to party Facebook(pty:dft), Attorney Joseph H. Aronson added to party Go Fund Me(pty:dft). Follow up on Objection on 5/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aronson, Joseph) Modified on 5/22/2018 to add: refiled text(ko). (Entered: 05/09/2018) |
| 05/09/2018 | 15 | REFILED SEE DOC. NO. 26 . MOTION for Travis Silva to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659677.) filed by Facebook, Go Fund Me. Follow up on Objection on 5/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aronson, Joseph) Modified on 5/22/2018 to add: refiled text(ko). (Entered: 05/09/2018) |
| 05/10/2018 | | NOTICE of ECF Filing Errors re: 14 MOTION for Matan Shacham to Appear Pro Hac Vice filed by Facebook, Go Fund Me, 15 MOTION for Travis Silva to Appear Pro Hac Vice filed by Facebook, Go Fund Me. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a), and consistent with Supplemental Rules of Electronic Case Filing, affidavits prepared in the context of the litigation shall be filed in electronically converted PDF format and shall contain a /s/ |

Attached Exhibit B

| | | |
|---|---|---|
| | | signature for both the signator and the notary/jurat. Filer shall refile and add to docket text *Replaces document no.* 14 and 15. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423. Compliance Deadline set for 5/22/2018. (ko) (Entered: 05/10/2018) |
| 05/14/2018 | 16 | USM Return of Service Executed as to Twitter. Served/Mailed on 4/10/2018. (vln) (Entered: 05/15/2018) |
| 05/14/2018 | 17 | USM Return of Service Executed as to Patreon. Served/Mailed on 4/10/2018. (vln) (Entered: 05/15/2018) |
| 05/14/2018 | 18 | USM Return of Service Executed as to YouTube, Inc. Served/Mailed on 5/3/2018. (vln) (Entered: 05/15/2018) |
| 05/15/2018 | 19 | MOTION to Dismiss filed by Facebook. Follow up on Objection on 5/29/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Facebook. (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 21 | Disclosure Statement by Facebook disclosing no parent company, no publicly traded company, and no merger agreement. (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 22 | Joint MOTION to Dismiss *or, in the Alternative, to Transfer Venue* filed by Google, Inc., Twitter, YouTube, Inc.. Attorney Timothy John McLaughlin added to party Google, Inc. (pty:dft), Attorney Timothy John McLaughlin added to party YouTube, Inc.(pty:dft). Follow up on Objection on 5/29/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law, # 2 Proposed Order, # 3 Exhibit (Affidavit) Declaration of Ryan T. Mrazik, # 4 Exhibit A - Google Terms of Service, # 5 Exhibit B - YouTube Terms of Service, # 6 Exhibit C - Twitter Terms of Service)(McLaughlin, Timothy) (Additional attachment(s) added on 5/18/2018: # 7 Memorandum - Revised Page Order) (ko). (Entered: 05/15/2018) |
| 05/16/2018 | 23 | Disclosure Statement by Google, Inc. disclosing a parent company, no publicly traded company, and no merger agreement. (McLaughlin, Timothy) (Entered: 05/16/2018) |
| 05/16/2018 | 24 | Disclosure Statement by YouTube, Inc. disclosing a parent company, one or more publicly traded companies, and no merger agreement. (McLaughlin, Timothy) (Entered: 05/16/2018) |
| 05/16/2018 | | NOTICE of ECF Filing Error re: 20 Memorandum in Support of Motion filed by Facebook. Document should have been filed as an attachment to the main document (AP 2.5(a)). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 05/16/2018) |
| 05/18/2018 | 26 | MOTION for Travis Silva to Appear Pro Hac Vice *Replacing No. 15* (Filing fee $ 100, Receipt # 0102-1659677.) filed by Facebook. Follow up on Objection on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit), # 2 Appendix Cert of Attempt to Obtain Concurrence)(Aronson, Joseph) (Entered: 05/18/2018) |
| 05/18/2018 | 27 | MOTION for Matan Shacham to Appear Pro Hac Vice *Replacing No. 14* (Filing fee $ 100, Receipt # 0102-1659670.) filed by Facebook. Follow up on Objection on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit), # 2 Appendix Cert of |

Attached Exhibit B

| | | |
|---|---|---|
| | | Attempt to Obtain Concurrence)(Aronson, Joseph) Modified on 5/22/2018 to add: (ko). (Entered: 05/18/2018) |
| 05/23/2018 | | **ENDORSED ORDER:** *No pretrial conference will be scheduled until after resolution of the pending Motions to Dismiss. Given the issues raised in the motion, the court finds good cause to extend the deadline for issuing the scheduling order pursuant to Fed. R. Civ. P. 16(b) to after the rescheduled pretrial conference.* **So Ordered by Judge Joseph A. DiClerico, Jr.**(ko) (Entered: 05/23/2018) |
| 06/07/2018 | | **ENDORSED ORDER granting [26](#) Motion for Travis Silva to Appear Pro Hac Vice; granting [27](#) Motion for Matan Shacham to Appear Pro Hac.** *Text of Order: Granted on the condition that Travis Silva and Matan Shacham submits an ECF registration form within 10 days. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.* **So Ordered by Magistrate Judge Andrea K. Johnstone. ECF Registration Deadline set for 6/18/2018.To access the online registration form, click [HERE](#). Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click [HERE](#).**(ko) (Entered: 06/07/2018) |
| 06/12/2018 | [28](#) | **///ORDER granting [19](#) Motion to Dismiss; granting [22](#) Motion to Dismiss; granting [13](#) Motion to Dismiss. The court lacks subject matter jurisdiction. Clerk shall enter judgment and close the case. So Ordered by Judge Joseph A. DiClerico, Jr.**(gla) (Entered: 06/12/2018) |
| 06/12/2018 | [29](#) | **JUDGMENT is hereby entered in accordance with [28](#) Order on Motion to Dismiss. Signed by Daniel J. Lynch, Clerk of Court.** *(Case Closed)* (ko) (Entered: 06/13/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/23/2022 22:26:25 | | |
| **PACER Login:** Calibchkid1 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:17-cv-00749-JD |
| **Billable Pages:** 5 | **Cost:** | 0.50 |

Attached Exhibit B