CLOSED,SMrecused

# U.S. District Court
## District of New Hampshire (Concord)
### CIVIL DOCKET FOR CASE #: 1:18-cv-00203-PB

Green v. YouTube, Inc. et al  
Assigned to: Judge Paul J. Barbadoro  
Cause: 28:1983 Civil Rights  

Date Filed: 03/05/2018  
Date Terminated: 04/04/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Isaac Green**      represented by **Isaac Green**  
24 North Saint Augustine Blvd  
Saint Augustine, FL 32080  
PRO SE  

V.

**Defendant**

**YouTube, Inc.**      represented by **Timothy John McLaughlin**  
Shaheen & Gordon  
107 Storrs St  
PO Box 2703  
Concord, NH 03302-2703  
603 225-7262  
Email: tmclaughlin@shaheengordon.com  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Twitter**      represented by **Timothy John McLaughlin**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Google Inc.**      represented by **Timothy John McLaughlin**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Go Fund Me**      represented by **Matan Shacham**  
Keker Van Nest & Peters LLP  
633 Battery St  
San Francisco, CA 94111-1809  
415 391-5400  
Fax: 415 397-7188  
Email: mshacham@keker.com  

Attached Exhibit C

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Silva**
Keker Van Nest & Peters LLP
633 Battery St
San Francisco, CA 94111-1809
415 391-5400
Fax: 415 397-7188
Email: tsilva@keker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Aronson**
Bonner Kiernan Trebach & Crociata LLP
40 Court Street
3rd Floor
Boston, MA 02108
617 426-3900
Email: jaronson@bonnerkiernan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Facebook**  represented by  **Matan Shacham**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Silva**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph H. Aronson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patreon**  represented by  **Stephen J. Soule**
Paul Frank & Collins Inc
PO Box 1307
Burlington, VT 05402
802-658-2311
Email: ssoule@pfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nolan C. Burkhouse**
Paul Frank & Collins PC
One Church St

Attached Exhibit C

PO Box 1307  
Burlington, VT 05402-1307  
802 658-2311  
Fax: 802 658-0042  
Email: nburkhouse@pfclaw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2018 | 1 | COMPLAINT against Facebook, Go Fund Me, Google Inc., Patreon, Twitter, YouTube, Inc. with Jury Demand (Filing fee $400 receipt number 14649016168) filed by Isaac Green. (Attachments: # 1 Durable Power of Attorney, # 2 Affidavit 1, # 3 Plaintiff's Affidavit 2, # 4 Summonses) (mc) (Additional attachment(s) added on 3/6/2018: # 5 Envelope) (mc). (Additional attachment(s) added on 3/21/2018: # 6 Summonses) (js). (Entered: 03/06/2018) |
| 03/05/2018 | 2 | MOTION to Consolidate Cases this case with 1:17-cv-733-PB filed by Isaac Green. (mc) (Entered: 03/06/2018) |
| 03/05/2018 | 3 | PLAINTIFF'S MOTION for Leave to play videos on YouTube during Case filed by Isaac Green. (mc) (Entered: 03/06/2018) |
| 03/05/2018 | 4 | EX-PARTE EMERGENCY MOTION filed by Isaac Green. (mc) Modified on 4/12/2018 to unseal per order dated 4/11/2018 (js). (Entered: 03/06/2018) |
| 03/05/2018 | 5 | PLAINTIFF'S MOTION Discovery Rule 26 Duty to Disclose filed by Isaac Green. (mc) (Entered: 03/06/2018) |
| 03/05/2018 |  | Case assigned to Judge Paul J. Barbadoro. The case designation is: 1:18-cv-203-PB. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 03/06/2018) |
| 03/06/2018 |  | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 03/06/2018) |
| 03/14/2018 | 6 | **ORDER Directing US Marshal to Make Service. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 03/14/2018) |
| 03/14/2018 | 7 | **ORDER RE 4 Ex-Party Emergency Motion. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 03/14/2018) |
| 03/20/2018 | 8 | AFFIDAVIT filed by Isaac Green.(js) (Entered: 03/21/2018) |
| 03/20/2018 | 9 | MOTION to Reinstate & Allow Lawful Access filed by Isaac Green. Follow up on Objection on 4/3/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 03/21/2018) |
| 03/20/2018 | 10 | Plaintiff's Argument on case consolidation re 2 MOTION to Consolidate Cases this case with 1:17-cv-733-PB filed by Isaac Green. (js) (Entered: 03/21/2018) |
| 03/20/2018 | 11 | MOTION to Lift the Provisional Seal on Document 4 filed by Isaac Green. Follow up on Objection on 4/3/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 03/21/2018) |

Attached Exhibit C

| | | |
|---|---|---|
| 03/21/2018 | | SERVICE BY CLERK: Copies to US Marshal as to Facebook, Go Fund Me, Google Inc., Patreon, Twitter, YouTube, Inc. per 6 Order Directing Service.(js) (Entered: 03/21/2018) |
| 03/26/2018 | | **ENDORSED ORDER REFERRING MOTION to Magistrate Judge Johnstone : 4 EX-PARTY EMERGENCY MOTION.** *Text of Order: To the extent plaintiff's "Ex-Party [sic] Emergency Motion" (Doc. No. 4) seeks a temporary restraining order, pursuant to Fed. R. Civ. P. 65(b), the motion is denied for failure to comply with the certifications required by that rule. To the extent that motion seeks preliminary injunctive relief, pursuant to Fed. R. Civ. P. 65(a), the court designates the magistrate judge to consider such request and, if necessary, conduct a hearing on the matter. The magistrate judge shall file proposed findings and recommendations with the court. See 28 U.S.C. § 636(b)(1)(B).* **So Ordered by Judge Paul J. Barbadoro. Motions referred to Andrea K. Johnstone.(js) (Entered: 03/26/2018)** |
| 04/05/2018 | | **ENDORSED ORDER REFERRING MOTION to Magistrate Judge Johnstone RE 9 Motion to Reinstate & Allow Lawful Access.** *Text of Order: I refer this motion to the Magistrate Judge.* **So Ordered by Judge Paul J. Barbadoro. Motions referred to Andrea K. Johnstone.(js) (Entered: 04/05/2018)** |
| 04/10/2018 | 12 | US Marshal Service of Process Return of Service Unexecuted as to Go Fund Me.(js) (Entered: 04/10/2018) |
| 04/11/2018 | | **ENDORSED ORDER granting 11 Motion to Lift the Provisional Seal on Document 4 EX-PARTE EMGERGENCY MOTION.** *Text of Order: Granted. The clerk's office is directed to lift the provisional seal on Document No. 4. Defendants are directed to object or otherwise respond to Document No. 4 within twenty-one days of service of this action.* **So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 04/12/2018)** |
| 05/03/2018 | 13 | NOTICE of Attorney Appearance by Timothy John McLaughlin on behalf of Google Inc. Attorney Timothy John McLaughlin added to party Google Inc.(pty:dft).(McLaughlin, Timothy) (Entered: 05/03/2018) |
| 05/03/2018 | 14 | NOTICE of Attorney Appearance by Timothy John McLaughlin on behalf of Twitter Attorney Timothy John McLaughlin added to party Twitter(pty:dft).(McLaughlin, Timothy) (Entered: 05/03/2018) |
| 05/03/2018 | 15 | Joint MOTION to Extend Time to Respond to Plaintiff's Complaint and Motions filed by Google Inc., Twitter. Follow up on Objection on 5/17/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(McLaughlin, Timothy) (Entered: 05/03/2018) |
| 05/03/2018 | 16 | Disclosure Statement by Google Inc. disclosing a parent company, no publicly traded company, and no merger agreement. (McLaughlin, Timothy) (Entered: 05/03/2018) |
| 05/03/2018 | 17 | Disclosure Statement by Twitter disclosing no parent company, no publicly traded company, and no merger agreement. (McLaughlin, Timothy) (Entered: 05/03/2018) |
| 05/03/2018 | 18 | MOTION for Hearing - Plaintiff's Request Hearing Theft of Virtual Property filed by Isaac Green. Served on 5/1/2018. **HEARING REQUESTED.** Follow up on Objection on 5/17/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Cover Letter, # 2 Envelope)(js) (Entered: 05/03/2018) |
| 05/03/2018 | 19 | REQUEST FOR ISSUANCE OF SUMMONS/WAIVER by Isaac Green.(js) (Entered: 05/04/2018) |
| 05/04/2018 | | SERVICE BY CLERK: Copies to US Marshal as to Go Fund Me per 6 Order Directing Service.(js) (Entered: 05/04/2018) |

Attached Exhibit C

| 05/04/2018 | 20 | US Marshal Service of Process re: 6 Order Directing Service, Clerk Service served on 4/24/2018, on Facebook.(js) (Entered: 05/07/2018) |
|---|---|---|
| 05/04/2018 | 21 | US Marshal Service of Process re: 6 Order Directing Service, Clerk Service served on 4/25/2018, on Patreon.(js) (Entered: 05/07/2018) |
| 05/04/2018 | 22 | US Marshal Service of Process re: 6 Order Directing Service, Clerk Service served on 4/25/2018, on Twitter, Inc.(js) (Entered: 05/07/2018) |
| 05/04/2018 | 23 | US Marshal Service of Process re: 6 Order Directing Service, Clerk Service served on 4/24/2018, on Google, Inc.(js) (Entered: 05/07/2018) |
| 05/08/2018 | 24 | MOTION to Dismiss for Failure to State a Claim *or in the alternative to Tranfer Venue* filed by Twitter. Follow up on Objection on 5/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memo in support of Motion, # 2 Proposed Order Proposed order in support of Motion, # 3 Exhibit (Affidavit) Declaration of Ryan Mrazik, # 4 Exhibit Twitter Terms of Service)(McLaughlin, Timothy) (Entered: 05/08/2018) |
| 05/08/2018 | 25 | Joint MOTION to Dismiss for Failure to State a Claim *and in the alternative to Transfer Venue* filed by Google Inc. and YouTube, Inc. Follow up on Objection on 5/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memo in support of Motion, # 2 Proposed Order Proposed order in support of Motion, # 3 Exhibit (Affidavit) Declaration of Ryan Mrazik, # 4 Exhibit Google Terms of Service, # 5 Exhibit YouTube Terms of Service)(McLaughlin, Timothy) Modified on 5/9/2018 to add: YouTube, Inc. as a filer (js). (Entered: 05/08/2018) |
| 05/08/2018 | 26 | Disclosure Statement by YouTube, Inc. disclosing a parent company, one or more publicly traded companies, and no merger agreement. Attorney Timothy John McLaughlin added to party YouTube, Inc.(pty:dft).(McLaughlin, Timothy) (Entered: 05/08/2018) |
| 05/08/2018 | 27 | RESPONSE to Motion re 5 MOTION Discovery Rule 26 Duty to Disclose, 3 MOTION for Leave to play videos on YouTube during Case *Jointly* filed by Google Inc., YouTube, Inc., Twitter. (McLaughlin, Timothy) Modified on 5/9/2018 to add: to add YouTube, Inc., and Twitter(js). (Entered: 05/08/2018) |
| 05/09/2018 | 28 | MOTION for Matan Shacham to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659684.) filed by Facebook, Go Fund Me. Attorney Joseph H. Aronson added to party Facebook(pty:dft), Attorney Joseph H. Aronson added to party Go Fund Me(pty:dft). Follow up on Objection on 5/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aronson, Joseph) (Entered: 05/09/2018) |
| 05/09/2018 | 29 | MOTION for Travis Silva to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659688.) filed by Facebook, Go Fund Me. Follow up on Objection on 5/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aronson, Joseph) (Entered: 05/09/2018) |
| 05/09/2018 |  | ACTION REQUIRED - NOTICE Nonconforming Documents re 28 MOTION for Matan Shacham to Appear Pro Hac Vice and 29 MOTION for Travis Silva to Appear Pro Hac Vice filed by Facebook, Go Fund Me. The documents fail to comply with LR 7.1- No statement of concurrence was included. File statements as addendum using the Other Documents/Addendum event and link filing(s) to document nos. 28 & 29. |

Attached Exhibit C

| | | |
|---|---|---|
| | | Additionally, no certificate of service filed. Filer shall file a certificate of service using the Initial Pleadings and Service/Service of Process *Certificate of Service* event and link the filings back to originally filed documents.<br><br>The documents will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.Compliance Deadline set for 5/16/2018.(js) (Entered: 05/09/2018) |
| 05/10/2018 | 30 | Plaintiff's Demand for Settlement by Isaac Green. (Attachments: # 1 Envelope)(js) (Entered: 05/11/2018) |
| 05/10/2018 | 31 | Plaintiff's Request for Default Ruling on Twitter filed by Isaac Green. Served on 5/11/2018 via CM/ECF. Follow up on Objection on 5/24/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/11/2018) |
| 05/14/2018 | 32 | US Marshal Service of Process re: 6 Order Directing Service served on 5/3/2018, on YouTube, Inc.(js) (Entered: 05/15/2018) |
| 05/15/2018 | 33 | Agreement of Acceptance of Service by Facebook, CERTIFICATE OF SERVICE by Facebook re: 28 MOTION for Matan Shacham to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659684.) (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 34 | CERTIFICATE OF SERVICE by Facebook re: 29 MOTION for Travis Silva to Appear Pro Hac Vice (Filing fee $ 100, Receipt # 0102-1659688.) (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 35 | CERTIFICATE of Counsel re: Attempt to Obtain Concurrence, *to the Motion for Matan Shacham to Appear Pro Hac Vice* filed by Facebook.(Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 36 | CERTIFICATE of Counsel re: Attempt to Obtain Concurrence, *to the Motion for Travis Silva to Appear Pro Hac Vice* filed by Facebook.(Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 37 | TERMINATED. MOTION REFILED SEE DOC. NO. 48 MOTION to Dismiss filed by Facebook. Follow up on Objection on 5/29/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Aronson, Joseph) Modified on 5/21/2018 to add: Terminated text(js). (Entered: 05/15/2018) |
| 05/15/2018 | 38 | TERMINATED. MOTION REFILED SEE DOC. NO. 48 MEMORANDUM in Support re 37 MOTION to Dismiss filed by Facebook. (Aronson, Joseph) Modified on 5/21/2018 to add: Terminated text(js). (Entered: 05/15/2018) |
| 05/15/2018 | 39 | Disclosure Statement by Facebook disclosing no parent company, no publicly traded company, and no merger agreement. (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 40 | OBJECTION to 3 MOTION for Leave to play videos on YouTube during Case filed by Facebook. Follow up on Reply on 5/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/15/2018 | 41 | OBJECTION to 5 MOTION Discovery Rule 26 Duty to Disclose filed by Facebook. Follow up on Reply on 5/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Aronson, Joseph) (Entered: 05/15/2018) |

Attached Exhibit C

| | | |
|---|---|---|
| 05/15/2018 | 42 | OBJECTION to 2 MOTION to Consolidate Cases this case with 1:17-cv-733-PB filed by Facebook. Follow up on Reply on 5/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Aronson, Joseph) (Entered: 05/15/2018) |
| 05/16/2018 | 43 | NOTICE of Attorney Appearance by Stephen J. Soule on behalf of Patreon Attorney Stephen J. Soule added to party Patreon(pty:dft).(Soule, Stephen) (Entered: 05/16/2018) |
| 05/16/2018 | 44 | NOTICE of Attorney Appearance by Nolan C. Burkhouse on behalf of Patreon Attorney Nolan C. Burkhouse added to party Patreon(pty:dft).(Burkhouse, Nolan) (Entered: 05/16/2018) |
| 05/16/2018 | 45 | MOTION to Dismiss *for lack of subject matter jurisdiction* filed by Patreon. Follow up on Objection on 5/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) Colin Sullivan, # 2 Exhibit 1 to Sullivan Affidavit)(Soule, Stephen) (Entered: 05/16/2018) |
| 05/16/2018 | 46 | Disclosure Statement by Patreon disclosing no parent company, no publicly traded company, and no merger agreement. (Soule, Stephen) (Entered: 05/16/2018) |
| 05/16/2018 | 47 | MOTION from Plaintiff's Motion Discovery Rule 26, Duty to Disclose (5) filed by Patreon. Follow up on Objection on 5/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Soule, Stephen) (Entered: 05/16/2018) |
| 05/16/2018 | 48 | MOTION to Dismiss *Replacing Nos. 37 and 38* filed by Facebook. Follow up on Objection on 5/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law, # 2 Appendix Cert of Service)(Aronson, Joseph) (Entered: 05/16/2018) |
| 05/17/2018 | 49 | OBJECTION to 18 MOTION for Hearing *Jointly* filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 5/24/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 05/17/2018) |
| 05/18/2018 | 50 | Plaintiff's Joint Request for a Default on FACEBOOK, GO FUND ME, GOOGLE, & BLOGSPOT. Twitter Default As Non Compliance with agreement and non answer filed for Isaac Green filed by Isaac Green. Served on 5/17/2018. Follow up on Objection on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/21/2018) |
| 05/18/2018 | 51 | PLAINTIFF'S JOINT OBJECTION & REQUEST TO DENY MOTION FOR PRO HAC VICE ADMISSION OF FACEBOOK & GO FUND ME ATTORNEYS RE 28 MOTION for Matan Shacham to Appear Pro Hac Vice, 29 MOTION for Travis Silva to Appear Pro Hac Vice served on 5/15/2018 filed by Isaac Green. Follow up on Reply on 5/25/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/21/2018) |
| 05/18/2018 | 52 | PLAINTIFF'S JOINT MOTION FOR ADDITIONAL DISCOVERY REQUEST filed by Isaac Green. Served on 5/15/2018. Follow up on Objection on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/21/2018) |
| 05/18/2018 | 53 | PLAINTIFF'S JOINT OBJECTION & REQUEST TO DENY MOTION TO DENY RELIEF FROM DISCOVERY REQUESTS FOR ALL DEFENDANTS That seek PLAINTIFF'S JOINT OBJECTION TO ALL DEFENDANTS ANSWERS TO THIS |

Attached Exhibit C

| | | |
|---|---|---|
| | | CASE with Motion To Dismiss RE 47 MOTION from Plaintiff's Motion Discovery Rule 26, Duty to Disclose (5), 24 MOTION to Dismiss for Failure to State a Claim or in the alternative to Tranfer Venue , 25 Joint MOTION to Dismiss for Failure to State a Claim and in the alternative to Transfer Venue, 45 MOTION to Dismiss for lack of subject matter jurisdiction served on 5/15/2018 filed by Isaac Green. Follow up on Reply on 5/25/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) Modified on 5/29/2018 to add relationship to documents 24 and 25 and 45 (js). (Entered: 05/21/2018) |
| 05/18/2018 | 54 | PLAINTIFF'S DEMAND FOR SETTLEMENT by Isaac Green. (Attachments: # 1 Envelope)(js) (Entered: 05/21/2018) |
| 05/21/2018 | | Motions terminated: 37 MOTION to Dismiss, 38 MEMORANDUM in Support re 37 MOTION to Dismiss filed by Facebook. MOTION REFILED SEE DOC. NO. 48 . (js) (Entered: 05/21/2018) |
| 05/22/2018 | 55 | OBJECTION to 9 MOTION to Reinstate & Allow Lawful Access filed by Twitter, YouTube, Inc.. Follow up on Reply on 5/29/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 05/22/2018) |
| 05/23/2018 | 56 | PLAINTIFF'S JOINT RESPONSE FOR FACEBOOK, GO FUND ME re 48 MOTION to Dismiss *Replacing Nos. 37 and 38* filed by Isaac Green. (Attachments: # 1 Envelope)(js) (Entered: 05/23/2018) |
| 05/23/2018 | | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 6/26/2018 11:00 AM before Magistrate Judge Andrea K. Johnstone. Follow up on Discovery Plan 6/19/2018. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences.(kad) (Entered: 05/23/2018) |
| 05/23/2018 | 57 | PLAINTIFF'S JOINT MOTION TO STRIKE ILLICIT PLEADING 49 Objection to Motion for hearing filed by Tim McLaughlin, filed by Isaac Green. Served on 5/22/2018. Follow up on Objection on 6/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/23/2018) |
| 05/23/2018 | 58 | PLAINTIFF'S JOINT RESPONSE FOR MOTION TO STRIKE DEFENDANTS ANSWERS MOTION TO REMOVE ATTORNEY MCLAUGHLIN AS COUNSEL FOR TWITTER FOR VIOLATION OF FEDERAL COURT RULES RE 27 Response to Motion, filed by Isaac Green. Served on 5/21/2018. Follow up on Objection on 6/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 05/23/2018) |
| 05/23/2018 | 59 | PLAINTIFF'S MOTION TO FILED AMENDED COMPLAINT RE 1 Complaint, filed by Isaac Green. Follow up on Objection on 6/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 PLAINTIFF'S AMENDED COMPLAINT, # 2 Envelope)(js) (Entered: 05/23/2018) |
| 05/24/2018 | 60 | Objection to 30 Miscellaneous Filing filed by Google Inc., Twitter, YouTube, Inc. (McLaughlin, Timothy) Modified on 5/24/2018 to remove relationship to document no. 31. (js). (Entered: 05/24/2018) |
| 05/24/2018 | 61 | OBJECTION to 31 MOTION for Default as to Twitter filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 5/31/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 05/24/2018) |

Attached Exhibit C

| 05/24/2018 | | Corrective Entry to 60 Objection to Miscellaneous Filing. Entry corrected by removing relationship to Motion for Default (doc. no 31). That objection has been refiled as doc. no. 61. (js) (Entered: 05/24/2018) |
|---|---|---|
| 05/25/2018 | 62 | OBJECTION to 50 MOTION for Default as to FACEBOOK. GO FUND ME, GOOGLE, & BLOGSPOT Twitter Default As Non Compliance with agreement and non answer filed for Isaac Green filed by Facebook. Follow up on Reply on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Certificate of Service)(Aronson, Joseph) (Entered: 05/25/2018) |
| 05/25/2018 | 63 | OBJECTION to 52 MOTION for Discovery filed by Facebook. Follow up on Reply on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Certificate of Service)(Aronson, Joseph) (Entered: 05/25/2018) |
| 05/25/2018 | 64 | FILED IN ERROR. REFILED SEE DOCUMENT NO. 65. OBJECTION to 47 MOTION from Plaintiff's Motion Discovery Rule 26, Duty to Disclose (5) filed by Facebook. Follow up on Reply on 6/1/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Certificate of Service)(Aronson, Joseph) Modified on 5/29/2018 to add filed in error text and remove relationship to document no. 47 (js). (Entered: 05/25/2018) |
| 05/25/2018 | 65 | REPLY to Objection to Motion re 48 MOTION to Dismiss *Replacing Nos. 37 and 38 Replacing ECF No. 64* filed by Facebook. Surreply due by 5/30/2018. (Attachments: # 1 Exhibit Certificate of Service)(Aronson, Joseph) (Entered: 05/25/2018) |
| 05/25/2018 | 66 | REPLY to Objection to Motion re 25 Joint MOTION to Dismiss for Failure to State a Claim *and in the alternative to Transfer Venue Jointly* filed by Google Inc., YouTube, Inc.. Surreply due by 5/30/2018. (McLaughlin, Timothy) (Entered: 05/25/2018) |
| 05/25/2018 | 67 | REPLY to Objection to Motion re 24 MOTION to Dismiss for Failure to State a Claim *or in the alternative to Tranfer Venue* filed by Twitter. Surreply due by 5/30/2018. (McLaughlin, Timothy) (Entered: 05/25/2018) |
| 05/29/2018 | | Notice regarding 45 MOTION to Dismiss *for lack of subject matter jurisdiction* : Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K. Johnstone for proposed findings of fact and a recommendation as to its disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (js) (Entered: 05/29/2018) |
| 05/30/2018 | 68 | MOTION to Dismiss *Plaintiff's Amended Complaint (No. 59) for Failure to State of Cause of Action* filed by Patreon. Follow up on Objection on 6/13/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) of Colin Sullivan, # 2 Exhibit 1 to Sullivan Affidavit)(Soule, Stephen) (Entered: 05/30/2018) |
| 05/31/2018 | 69 | OBJECTION to 52 MOTION for Discovery filed by Patreon. Follow up on Reply on 6/7/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Soule, Stephen) (Entered: 05/31/2018) |
| 06/01/2018 | 70 | PLAINTIFF'S JOINT MOTION TO STRIKE ANSWERS OF FACEBOOK AND TWITTER. ALL 6 DEFENDANTS ARE SEPARATE COMPANIES. HAVE DIFFERENT ADDRESSES, SERVED BY US MARSHALL, only 3 Defendants filed for appearances & only 3 can file responses about the 3 Defendants filed by Isaac Green. Served on 5/31/2018. Follow up on Objection on 6/15/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 06/01/2018) |

Attached Exhibit C

| 06/01/2018 | 71 | PLAINTIFF'S JOINT MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES filed by Isaac Green. Served on 5/31/2018. **HEARING REQUESTED.** Follow up on Objection on 6/15/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 06/01/2018) |
|---|---|---|
| 06/01/2018 | 72 | PLAINTIFF'S JOINT MOTION For SUMMARY JUDGEMENT AGAINST YOUTUBE, GOOGLE, BLOGSPOT & GO FUND ME filed by Isaac Green. Served on 5/31/2018. Follow up on Objection on 7/2/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 06/01/2018) |
| 06/01/2018 | 73 | OBJECTION to 50 MOTION for Default as to FACEBOOK. GO FUND ME, GOOGLE, & BLOGSPOT Twitter Default As Non Compliance with agreement and non answer filed for Isaac Green filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 6/8/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/01/2018) |
| 06/01/2018 | 74 | OBJECTION to 52 MOTION for Discovery filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 6/8/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) Declaration of Ryan Mrazik)(McLaughlin, Timothy) (Entered: 06/01/2018) |
| 06/01/2018 | 75 | Objection to 54 Miscellaneous Filing filed by Google Inc., Twitter, YouTube, Inc.. (McLaughlin, Timothy) (Entered: 06/01/2018) |
| 06/06/2018 | 76 | OBJECTION to 57 MOTION to Strike 49 Objection to Motion, filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 6/13/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/06/2018) |
| 06/06/2018 | 77 | OBJECTION to 58 MOTION to Strike 27 Response to Motion, filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 6/13/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/06/2018) |
| 06/06/2018 | 78 | Joint MOTION to Dismiss *Plaintiff's First Amended Complaint or, Alternatively, Transfer* filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Objection on 6/20/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Order Granting Motion to Dismiss, # 2 Memorandum of Law in Support of Motion to Dismiss, # 3 Exhibit (Affidavit) Declaration of Ryan T. Mrazik, # 4 Exhibit A - Google Terms of Service, # 5 Exhibit B - YouTube Terms of Service, # 6 Exhibit C - Twitter Terms of Service)(McLaughlin, Timothy) (Entered: 06/06/2018) |
| 06/06/2018 | 79 | MOTION to Dismiss *Plaintiff's Amended Complaint* filed by Facebook. Follow up on Objection on 6/20/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Motion to Dismiss, # 2 Exhibit Declaration of Michael Duffy, # 3 Exhibit Certificate of Service)(Aronson, Joseph) (Entered: 06/06/2018) |
| 06/07/2018 |  | Notice regarding 24 MOTION to Dismiss for Failure to State a Claim *or in the alternative to Tranfer Venue*, 25 Joint MOTION to Dismiss for Failure to State a Claim *and in the alternative to Transfer Venue*, 48 MOTION to Dismiss *Replacing Nos. 37 and 38*: Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K. Johnstone for proposed findings of fact and a recommendation as to its |

Attached Exhibit C

| | | |
|---|---|---|
| | | disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (js) (Entered: 06/07/2018) |
| 06/12/2018 | 80 | Joint MOTION to Stay *Proceedings* filed by Facebook, Google Inc., Twitter, YouTube, Inc.. Follow up on Objection on 6/26/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Order Granting Joint Motion to Stay, # 2 Memorandum of Law in Support of Joint Motion to Stay, # 3 Exhibit (Affidavit) Declaration of Ryan T. Mrazik, # 4 Exhibit 1 - Email Correspondence, # 5 Exhibit 2 - Email Correspondence)(McLaughlin, Timothy) (Entered: 06/12/2018) |
| 06/13/2018 | 81 | NOTICE of Recent Decision by Facebook. (Attachments: # 1 Exhibit A)(Aronson, Joseph) (Entered: 06/13/2018) |
| 06/13/2018 | | NOTICE of ECF Filing Error re: 81 Notice of Recent Decision filed by Facebook. Document not text searchable. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). Additionally, exhibit or attachment shall be followed by a short description of the document and shall not exceed five words. AP 2.5(a). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.(js) (Entered: 06/13/2018) |
| 06/14/2018 | 82 | PLAINTIFF'S OBJECTION TO 45 Motion to Dismiss Complaint for Lack Of Subject Matter Jurisdiction filed by Isaac Green. Served on 6/6/2018. Follow up on Objection on 6/28/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Cover Letter & Envelope)(js) Modified on 3/13/2019 to add: "OBJECTION TO" and removing "Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction per Endorsed Order dated 3/13/2019 (js). (Entered: 06/15/2018) |
| 06/14/2018 | 83 | PLAINTIFF'S JOINT MOTION to QUASH ALL PLEADINGS FROM TIMOTHY MCLAUGHLIN- Defendant's objection to default ruling filed by Isaac Green. Follow up on Objection on 6/28/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Cover Letter & Envelope)(js) (Entered: 06/15/2018) |
| 06/14/2018 | 84 | PLAINTIFF'S JOINT MOTION TO STRIKE ANSWERS FILED ON 5/29 for following responses filed by Defendant 27 Response to Motion, 40 Objection to Motion, 41 Objection to Motion, 55 Objection to Motion, filed by Isaac Green. Served on 6/6/2018. Follow up on Objection on 6/28/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Cover Letter & Envelope)(js) (Entered: 06/15/2018) |
| 06/14/2018 | 85 | PLAINTIFF'S Memorandum by Isaac Green. (Attachments: # 1 Exhibit to Memorandum, # 2 Cover Letter & Envelope)(js) (Entered: 06/15/2018) |
| 06/15/2018 | 86 | FILED IN ERROR. REFILED SEE DOC. NO. 88. OBJECTION to 70 MOTION to Strike *Answers of Facebook and Twitter* filed by Twitter. Follow up on Reply on 6/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) Modified on 6/18/2018 to add: Filed in error text (js). (Entered: 06/15/2018) |
| 06/15/2018 | 87 | OBJECTION to 71 MOTION PLAINTiFF'S JOINT MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 6/22/2018. The court only follow up date DOES NOT include 3 |

Attached Exhibit C

| | | |
|---|---|---|
| | | additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/15/2018) |
| 06/15/2018 | 88 | OBJECTION to 70 MOTION to Strike *This replaces document number 86* filed by Twitter. Follow up on Reply on 6/22/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/15/2018) |
| 06/18/2018 | 89 | **CASE MANAGEMENT ORDER. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 06/18/2018) |
| 06/18/2018 | 90 | **ORDER denying without prejudice 3 Motion for Leave to Play Videos on YouTube; denying without prejudice 5 , 52 Plaintiff's motions for discovery; granting 47 Motion for relief from Plaintiff's Discovery Requests; granting 28 , 29 Motions for Pro Hac Vice Admission of Attorneys Matan Shacham and Travis Silva (ECF Registration Deadlines set for 6/28/2018); Plaintiff's settlement demands (Doc. Nos. 30 , 54 ) are not properly filed in the court's docket, and the court will take no further action with regard to those documents; motions entitled motions to dismiss (Doc. Nos. 68 , 78 , 79 ) are construed as motions for summary judgment and are held in abeyance until after the resolution of other motions pending in this case and the issuance of a briefing schedule. So Ordered by Magistrate Judge Andrea K. Johnstone. To access the online registration form, click HERE. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE.**(js) (Entered: 06/18/2018) |
| 06/19/2018 | | **ENDORSED ORDER RE Notice of Pretrial Conference.** *Text of Order: In light of the pending motions to dismiss filed in this case, the preliminary pretrial conference scheduled for June 26, 2018, will be continued until after resolution of the motions to dismiss.* **So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 06/20/2018) |
| 06/22/2018 | 91 | MEMORANDUM in Opposition re 59 MOTION to Amend 1 Complaint,, 70 MOTION to Strike, 71 MOTION PLAINTiFF'S JOINT MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES filed by Facebook. Follow up on Reply on 6/29/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Shacham, Matan) (Entered: 06/22/2018) |
| 06/27/2018 | 92 | OBJECTION to 71 MOTION PLAINTiFF'S JOINT MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES filed by Patreon. Follow up on Reply on 7/5/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Soule, Stephen) (Entered: 06/27/2018) |
| 06/29/2018 | 93 | OBJECTION to 83 MOTION to Quash ALL PLEADINGS FROM TliV'iOTHY MCLAUGHLIN Defendant's objection to default ruling filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 7/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/29/2018) |
| 06/29/2018 | 94 | OBJECTION to 84 MOTION to Strike 40 Objection to Motion, 27 Response to Motion, 41 Objection to Motion, 55 Objection to Motion, filed by Google Inc., Twitter, YouTube, Inc.. Follow up on Reply on 7/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 06/29/2018) |
| 06/29/2018 | 95 | Objection to 85 Brief filed by Google Inc., Twitter, YouTube, Inc.. (McLaughlin, Timothy) (Entered: 06/29/2018) |

Attached Exhibit C

| | | |
|---|---|---|
| 06/29/2018 | 96 | OBJECTION to 50 MOTION for Default as to FACEBOOK. GO FUND ME, GOOGLE, & BLOGSPOT Twitter Default As Non Compliance with agreement and non answer filed for Isaac Green filed by Go Fund Me. Follow up on Reply on 7/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Shacham, Matan) (Entered: 06/29/2018) |
| 06/29/2018 | 97 | OBJECTION to 84 MOTION to Strike 40 Objection to Motion, 27 Response to Motion, 41 Objection to Motion, 55 Objection to Motion,, 59 MOTION to Amend 1 Complaint,, 70 MOTION to Strike, 57 MOTION to Strike 49 Objection to Motion,, 83 MOTION to Quash ALL PLEADINGS FROM TliV'iOTHY MCLAUGHLIN Defendant's objection to default ruling, 71 MOTION PLAINTiFF'S JOINT MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES, 82 MOTION to Strike 45 Motion to Dismiss, *Defendant GoFundMe, Inc.'s Consolidated Response to Certain Motions Identified in the Court's June 18, 2018 Case Management Order* filed by Go Fund Me. Follow up on Reply on 7/6/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Shacham, Matan) (Entered: 06/29/2018) |
| 07/02/2018 | | NOTICE of ECF Filing Error re: 97 Objection to Motion, filed by Go Fund Me. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.(js) (Entered: 07/02/2018) |
| 07/03/2018 | | **ENDORSED ORDER RE 96 OBJECTION to 50 MOTION for Default.** *Text of Order: Defendant GoFundMe, Inc. has indicated that it was served on June 22, 2018 and may file its answer or other response to the pleadings, motions, and orders filed or issued in this case prior to that date on or before July 23, 2018. The court's June 18, 2018 Case Management Order (Doc. No. 89) is otherwise applicable to defendant GoFundMe, Inc.* So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 07/03/2018) |
| 07/10/2018 | 98 | US Marshal Service of Process re: 6 Order Directing Service served on 6/21/2018, on Go Fund Me, Inc.(js) (Entered: 07/11/2018) |
| 07/16/2018 | 99 | OBJECTION to 72 MOTION for Summary Judgment filed by Google Inc., YouTube, Inc.. Follow up on Reply on 7/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (McLaughlin, Timothy) (Entered: 07/16/2018) |
| 07/18/2018 | 100 | Disclosure Statement by Go Fund Me disclosing no parent company, no publicly traded company, and no merger agreement. *Defendant Gofundme Inc.s Federal Rule of Civil Procedure 7.1 Disclosure Statement* (Shacham, Matan) (Entered: 07/18/2018) |
| 07/23/2018 | 101 | OBJECTION to 2 MOTION to Consolidate Cases this case with 1:17-cv-733-PB *Defendant GoFundMe, Inc.s Consolidated Response to Certain Motions Identified in the Courts March 14, 2018 Order* filed by Go Fund Me. Follow up on Reply on 7/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Shacham, Matan) (Entered: 07/23/2018) |
| 07/23/2018 | 102 | OBJECTION to 72 MOTION for Summary Judgment filed by Go Fund Me. Follow up on Reply on 7/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Shacham, Matan) (Entered: 07/23/2018) |
| 07/23/2018 | 103 | MOTION to Dismiss filed by Go Fund Me. Follow up on Objection on 8/6/2018. The |

Attached Exhibit C

| | | |
|---|---|---|
| | | court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Declaration of Francis Bova, # 2 Exhibit A to Bova Declaration, # 3 Exhibit B to Bova Declaration)(Shacham, Matan) (Entered: 07/23/2018) |
| 07/25/2018 | | Notice regarding 72 MOTION for Summary Judgment, 68 MOTION to Dismiss *Plaintiff's Amended Complaint (No. 59) for Failure to State of Cause of Action*, 82 PLAINTIFF'S JOINT MOTION to Dismiss 45 Motion to Dismiss Complaint for Lack Of Subject Matter Jurisdiction: Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K. Johnstone for proposed findings of fact and a recommendation as to its disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (js) (Entered: 07/25/2018) |
| 08/14/2018 | | Notice regarding 103 MOTION to Dismiss : Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K. Johnstone for proposed findings of fact and a recommendation as to its disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (vln) (Entered: 08/14/2018) |
| 08/17/2018 | | **ENDORSED ORDER granting 59 Motion to Amend Complaint.** *Text of Order: Plaintiff's motion to file an amended complaint (Doc. No. 59) is GRANTED. The clerk's office is directed to redocket Document No. 59-1 as an Amended Complaint, and to refer the amended complaint, which is deemed to be the operative complaint in this matter, to the magistrate judge for preliminary review pursuant to LR 4.3(d)(2) (amendments to initial filings to be forwarded to magistrate judge for preliminary review). Defendants need not file an answer or other response to the amended complaint until the magistrate judge completes the preliminary review thereof.* **So Ordered by Judge Paul J. Barbadoro.**(vln) (Entered: 08/17/2018) |
| 08/17/2018 | 104 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Isaac Green.(vln) (Entered: 08/17/2018) |
| 08/17/2018 | | **ENDORSED ORDER taking under advisement 24 Motion to Dismiss for Failure to State a Claim; taking under advisement 25 Motion to Dismiss for Failure to State a Claim; taking under advisement 45 Motion to Dismiss; taking under advisement 48 Motion to Dismiss.** *Text of Order: Pursuant to LR 15.1(c), the defendants' motions to dismiss and/or for summary judgment that were filed prior to the filing of the Amended Complaint (Doc. Nos. 24, 25, 45, 48) are DENIED to the extent they seek dismissal on the basis that the assertions in the initial complaint failed to state a claim. The motions to dismiss are otherwise taken under advisement, pending the magistrate judge's preliminary review of the amended complaint.* **So Ordered by Judge Paul J. Barbadoro.**(vln) (Entered: 08/17/2018) |
| 03/13/2019 | | **ENDORSED ORDER denying as moot 2 Motion to Consolidate Cases.** *Text of Order: Plaintiff Isaac Green's motion to consolidate (Doc. No. 2) this case with Delima v. YouTube, Inc. et al., No. 17-cv-733-PB (D.N.H.), and Roberson v. YouTube, Inc. et al., No. 17-cv-749-JD (D.N.H.) is DENIED as moot, as both the DeLima and Roberson cases have been dismissed. See Delima, No. 17-cv-733-PB, ECF No. 147 (Sept. 18, 2018 Order approving Aug. 30, 2018 R&R (ECF No. 144) and dismissing case); Roberson, No. 17-cv-749-JD (ECF No. 28) (June 12, 2018 Order dismissing case).* **So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 03/13/2019) |
| 03/13/2019 | | **ENDORSED ORDER denying as moot 15 Motion to Extend Time.** *Text of Order: Defendants Twitter, Inc.'s and Google LLC's "Joint (Un-Assented) Motion to Extend Time by Which to Respond to Plaintiff's Complaint and Motions" is DENIED as moot,* |

Attached Exhibit C

| | | |
|---|---|---|
| | | *as those timely filed the documents for which a filing deadline extension is requested.* So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 03/13/2019) |
| 03/13/2019 | | **ENDORSED ORDER granting 71 MOTION OPPOSING FORCED CONSENT TO UTILIZE WEBSITES.** *Text of Order: Plaintiff Isaac Green's "Motion Opposing Forced Consent to Utilize Website" (Doc. No. 71) is construed as a motion to amend the First Amended Complaint (Doc. No. 104), and, so construed, is GRANTED. The factual assertions therein will be considered as an addendum to the First Amended Complaint, and subjected to preliminary review.* So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 03/13/2019) |
| 03/13/2019 | | **ENDORSED ORDER RE 82 MOTION to Dismiss 45 Motion to Dismiss Complaint for Lack Of Subject Matter Jurisdiction.** *Text of Order: Plaintiff Isaac Green has filed a motion entitled "Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction" (Doc. No. 82). The court finds that the "motion" is actually an objection to defendant Patreon's motion to dismiss (Doc. No. 45). The clerk's office is directed to amend the docket to reflect that the filing is an objection to, rather than a motion for, dismissal of the complaint.* So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 03/13/2019) |
| 03/13/2019 | 105 | **ORDER** denying **31** Motion; denying **50** Motion; denying **57** Motion; denying **58** Motion; denying **70** Motion; denying **72** Motion; denying **83** Motion; denying **84** Motion. So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 03/13/2019) |
| 03/13/2019 | 106 | **REPORT AND RECOMMENDATION** the district judge should dismiss the FAC (Doc. No. 104) in its entirety, deny Green's requests for preliminary injunctive relief (Doc. Nos. 4, 9, 18), and deny as moot defendants' pending dispositive motions (Doc. Nos. 24, 25, 45, 48, 68, 78, 79, 103) and motion to stay (Doc. No. 80). Follow up on Objections to R&R on 3/27/2019. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). So Ordered by Magistrate Judge Andrea K. Johnstone.(js) (Entered: 03/13/2019) |
| 03/29/2019 | 107 | ///**ORDER** denying **18** Motion for Hearing ; denying as moot **24** Motion to Dismiss for Failure to State a Claim; denying as moot **25** Motion to Dismiss for Failure to State a Claim; denying **4** EX-PARTE EMERGENCY MOTION ; denying as moot **45** Motion to Dismiss; denying as moot **48** Motion to Dismiss; denying as moot **68** Motion to Dismiss; denying as moot **78** Motion to Dismiss; denying as moot **79** Motion to Dismiss; denying as moot **80** Motion to Stay; denying **9** MOTION to Reinstate & Allow Lawful Access ; denying as moot **103** Motion to Dismiss; approving **106** Report and Recommendation. So Ordered by Judge Paul J. Barbadoro.(vln) (Entered: 03/29/2019) |
| 04/04/2019 | 108 | **JUDGMENT** is hereby entered in accordance with **107** Order on Report and Recommendation. Signed by Tracy A. Uhrin, Chief Deputy Clerk. *(Case Closed)* (js) (Entered: 04/04/2019) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/23/2022 22:29:41 | | |
| **PACER Login:** | Calibchkid1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-00203-PB |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |

Attached Exhibit C