**Judge Johnstone's Unofficial Pro Hac Vice Policies**

| | |
|---|---|
| CIRCUMVENTED THE COURTS PRESCRIBED LOCAL RULES GOVERNING PRACTICE AND PROCEDURE | OPERATED WITH UNLIMITED POWER |
| WERE INCONSISTENT AND CONTRARY TO ACTS OF CONGRESS & FEDERAL RULES OF PRACTICE & PROCEDURE | OPERATED WITH NO RESTRICTIONS |
| WERE NOT PRESCRIBED BY THE ENABLING ACT OF 1934 | OPERATED WITHOUT ANY ESTABLISHED STANDARDS |
| DID NOT COME FROM OFFICIAL CHANNELS | WERE UNCONSTITUTIONAL |
| WERE NOT AUTHORIZED BY STATUTE | DEPRIVED APPELLANT OF RIGHTS AND PRIVILEGES SECURED BY THE CONSTITUTION AND HIS RIGHTS TO A FAIR AND IMPARTIAL TRIBUNAL, AND THUS NEVER REALISTICALLY WAS ABLE TO PRESENT HIS CLAIMS. |
| WERE NOT RECOMENDED BY RULES ADVISORY COMMITTEE | |
| WERE IN OPPOSITE WITH N.H.R.S.A. 311:7 | |
| USURPED AND PREEMPTED THE POWER OF THE GOVERNING STATE AUTHORITY | NO NOTICE & OPPORTUNITY FOR COMMENT UNDER 28 U.S.C. 2071(b) |
| WERE NOT CREATED AS AN IMMEDIATE NEED UNDER 2071(e) | WAS SUSTANTIALLY BIASED IN FAVOR OF COIE ATTORNEYS AND TWITTER |
| LOWERED ATTORNEY ELIGIBILITY REQUIRED UNDER LOCAL RULE 83.2 FOR ATTORNEYS REPRESENTING TWITTER, GOOGLE & YOUTUBE | WERE THE MOVING FORCE BEHIND WHY DKT. 7 & 39 WERE DENIED |

**(2) Bias Orders of the Court**

A reasonable person could conclude that submitting a pleading to the Court when you are self admittedly, [TAB B-3] not so authorized to do so, is illegal in the State of N.H., even in a federal court. The document submitted becomes a nullity. Twitter therefore has not answered the [Complaint, at 1] in the time subscribed and

Attached Exhibit E