# 2015 New Hampshire Revised Statutes
# Title XXX - OCCUPATIONS AND PROFESSIONS
# Chapter 311 - ATTORNEYS AND COUNSELORS
# Section 311:7 - Prohibition.

**Universal Citation:** NH Rev Stat § 311:7 (2015)

**311:7 Prohibition.** – No person shall be permitted commonly to practice as an attorney in court unless he has been admitted by the court and taken the oath prescribed in RSA 311:6.

**Source.** RS 177:6. CS 187:6. GS 199:6. GL 218:6. PS 213:6. PL 325:7. RL 381:7.

Appendix TAB A