by a dismissal or default judgment. As a condition of withdrawal, the attorney shall notify the clerk's office, in writing, of the client's last known address.

**(e)     Change of Address.** An attorney or pro se party who has appeared before the court on a matter is under a continuing duty to notify the clerk's office of any change of address and telephone number. Counsel or pro se parties who fail to provide the clerk's office with their current address in accordance with this rule are not entitled to notice.

(§ (d) amended 1/1/97; § (a)(4) added 1/1/98; prior § (a)(4) stricken 1/1/01; § (a)(4) added 1/1/05; § (a)(1)(A) amended and renamed § (a), §§ (a)(2)-(4) omitted 1/1/08; § (c) amended 12/1/09; § (c) amended 12/1/11; § (d) amended 12/1/13)

**83.7     Limited Representation by Counsel**

**(a)     Limited Representation Within Court Discretion**. To the extent permitted by Rule 1.2 of the New Hampshire Rules of Professional Conduct, an attorney may provide limited representation to an otherwise unrepresented litigant in a non-criminal case at the discretion of the presiding judge upon motion filed by the attorney seeking to provide the limited representation.

**(b)     Motion for Limited Appearance**. The motion shall state precisely the scope of the limited representation to be provided.

**(c)     Scope of Limited Appearance**. The attorney's involvement in the matter shall be limited to the scope of the representation described in the motion. An attorney who is providing limited representation pursuant to this rule and files any pleading or motion outside the stated scope of limited representation, shall be deemed to have amended the scope of the limited representation to include such filing.

**(d)     Documents Prepared with Counsel**. An attorney may draft or assist in drafting pleadings, motions, or other documents to be filed in this court only if the court has granted the attorney leave to provide limited representation pursuant to this rule. The attorney shall be subject to, and must sign and serve the filings pursuant to, the local rules and the Federal Rules of Civil Procedure.

**(e)     Notice of Completion**. Any limited representation by an attorney under this rule shall automatically terminate upon completion of the specified scope of representation provided that the attorney files and serves on all parties or their counsel a "Notice of Completion of Limited Representation," that conforms to Civil Form 6. An attorney who seeks to withdraw prior to the completion of the specified scope of limited representation must comply with LR 83.6(d).

**(f)     Change of Address/Telephone Number**. The requirements of LR 83.6(e) apply to any party and attorney appearing in any case in which this limited representation rule is invoked.

(Added 12/1/13)

Appendix TAB E