summoned for trial as of 12:00 p.m. on the business day (exclusive of weekends and holidays) preceding the designated date of trial.  Juror costs shall include mileage, fees, and other expenses.

The court may impose a specific deadline for settlement upon the parties.  If settlement is reached after the deadline, and if, after notice and hearing, the court finds that one (1) or more of the parties or attorneys acted in bad faith, abused judicial process, or failed to exercise reasonable diligence, the court may impose costs and attorney's fees incurred due to the late settlement or impose other appropriate sanctions.

(Amended 1/1/05)

## 55.1    Default

**(a)    Entry by Clerk.**  The clerk shall enter a default against any party who fails to respond to a complaint, crossclaim, or counterclaim within the time and in the manner provided by Fed. R. Civ. P. 12.  The serving party shall give notice of the entry of default to the defaulting party by regular mail sent to the last known address of the defaulted party and shall certify to the court that notice has been sent.

**(b)    Damages.**  Any motion for a default judgment pursuant to Fed. R. Civ. P. 55(b) shall contain a statement that a copy of the motion has been mailed to the last known address of the party from whom such damages are sought.  If the moving party knows, or reasonably should know, the identity of any attorney thought to represent the defaulted party, the motion shall also state that a copy has been mailed to that attorney.

(§ (a) amended 1/1/97; §§ (a) and (b) amended 1/1/01)

## 56.1  Summary Judgment

**(a)    Memorandum in Support.**  A memorandum in support of a summary judgment motion shall incorporate a short and concise statement of material facts, supported by appropriate record citations, as to which the moving party contends there is no genuine issue to be tried.

**(b)    Memorandum in Opposition.**  A memorandum in opposition to a summary  judgment motion shall incorporate a short and concise statement of material facts, supported by appropriate record citations, as to which the adverse party contends a genuine dispute exists so as to require a trial. All properly supported material facts set forth in the moving party's factual statement may be deemed admitted unless properly opposed by the adverse party.

(Formerly L.R. 7.2(b), renumbered to 56.1, § (b) amended 12/1/13)

## 62.1    Bonds or Other Security Staying Execution of Money Judgment

A bond or other security staying execution of a money judgment shall be in the amount of the judgment, plus interest at a rate consistent with 28 U.S.C. § 1961(a), plus an amount to be set by

Attached Exhibit A