V.

| #5- Judge Johnstone's Unofficial Pro Hac Vice Rules and Policy Benefactors | | | |
|---|---|---|---|
| Case Applied | Rule Applied | Benefactor | TAB B-6 |
| 1:17-CV-00749-JD | SIX | Twitter, Google, YouTube | 003-008 |
| 1:18-CV-00203-PB | THIRTY | Twitter, Google, YouTube | 009-038 |
| 1:17-CV-00733-PB | THIRTY ONE | Twitter, Google, YouTube | 039-069 |
| 1:20-CV-00536-SM | ONE | TWITTER | 070 |
| | 68 TOTAL | | |

Attached Exhibit A

V.