**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**



**PRESS RELEASE**

**HONORABLE SAMANTHA D. ELLIOTT SWORN IN**
**AS UNITED STATES DISTRICT JUDGE**

For immediate release

CONCORD (December 22, 2021)  The Honorable Samantha D. Elliott was sworn in today as the 18th United States District Judge for the District of New Hampshire.  Judge Elliott will fill the seat vacated by Judge Paul Barbadoro, who took senior status on March 1, 2021.

Judge Elliott completed her undergraduate studies at Colgate University, cum laude, and received her law degree from Columbia Law School.  From 2006 until 2021, Judge Elliott was a partner at Gallagher, Callahan & Gartrell, P.C., where she served as the firm president from 2015 to 2020.  Her areas of practice included business and commercial disputes, employment and discrimination, product liability, property rights, and municipal defense in civil rights litigation.  Her professional accomplishments include being named to the 2021 Super Lawyer list for general litigation and to The Best Lawyers in America for appellate practice and commercial litigation. Judge Elliott served as a co-chair of the founding board of 603 Legal Aid, after serving in various capacities as a member of the boards of New Hampshire Legal Assistance and the Legal Advice and Referral Center. She also served as the lawyer representative on the New Hampshire Court Accreditation Commission and as a member of the Federal Court Advisory Committee.

Chief Judge McCafferty commented on Judge Elliott's appointment and confirmation: "The court is grateful to the President and Senators Shaheen and Hassan for selecting someone with the intellect, experience and character of Samantha Elliott to join our bench.  We are confident that she will have a long and distinguished career in service to the country and the State of New Hampshire. And, on a personal level, we are thrilled that she is now our lifelong colleague."

Attached Exhibit A