MERIT PANEL SELECTION-CONFIDENTIAL.

Peter Callaghan, U.S. District Court, District of New Hampshire,

55 Pleasant Street, Room 110

Concord, NH 03301

February 28, 2022

## "AMMENDED" COMMENTS FOR THE REAPPOINTMENT OF UNITED STATES MAGISTRATE JUDGE ANDREA K. JOHNSTONE

The current term of appointment for United States Magistrate Judge Andrea K. Johnstone of the U.S. District Court for the District of New Hampshire is due to expire on June 15, 2022. I am a reasonable New Hampshire resident and US Citizen over eighteen and have personal knowledge of facts below.

1. On January 13, 2022, I sent you comments which may be pertinent when the panel considers the reappointment of the magistrate judge to a new eight-year term.

2. On January 27, 2022, Chief Judge McCafferty outright dismissed my Case #: 1:21-cv-01047-LM.

3. Because I feel that Judge McCafferty is attempting to sweep this issue under the rug, and because I feel that anyone reviewing my comments and then her outrageous Order, may get the wrong impression that there was nothing wrong with Judge Johnstone's actions, which couldn't be further from the truth.

4. I have attached my [Rule 59(e) Motion] objections.

ATTACHED EXHIBIT C

5. I believe Judge Johnstone set in motion an unconscionable scheme calculated to interfere with the judicial system's ability to impartially adjudicate a matter by improperly influencing the trier of fact, or attempted to, utilizing ex-parte communications and by unfairly hampering the presentation of Appellant's claims through a bias and unconstitutional tribunal, which amounts to judicial misconduct.

"I declare, certify, verify and state declare pursuant to U.S. 28 U.S Code 1746 and under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 28, 2022                    _____
                                            Anonymously as Sensa Verogna
                                            SensaVerogna@gmail.com

ATTACHED EXHIBIT C