# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | **Case No. 1:20-cv-536-SE** |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Plaintiff, pursuant to Fed. R. Civ. P. 15, moves for leave to file an Amended Default Motion [Doc. 101] for the reasons of clarity as Plaintiff got the verbiage correct but confused and misplaced the rules of the Court.

1. Plaintiff has underlined the proposed changes he is requesting.

2. Plaintiff does not file a memorandum of law herewith as all authority in support of its objection is cited herein and attaches Amended Motion here within.

Wherefore, Plaintiff respectfully requests that the Court allow Plaintiff to Amend his pleading.

Respectfully,

/s/ Daniel E. Hall
Plaintiff, aka, Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I, Daniel E. Hall, certify that on this date I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to the Defendants counsel of record, Jonathan M. Eck and Julie E. Schwartz, Esq., and Indraneel Sur, Lead Attorney for U.S. DOJ.

/s/Daniel E. Hall