# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Daniel E. Hall, Plaintiff,
v.
Twitter Inc., Defendant.

**Case No. 1:20-cv-536-SE**

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply to Defendant's "Objection" [Doc. 108] to the Plaintiff's [Doc. 102] Motion for Default Judgment.

1.      Plaintiff seeks leave to file a reply to rebut Twitter's outright misrepresentations describing the facts and arguments of this case within its Objection.

2.      Plaintiff does not file a memorandum of law herewith as all authority in support of its objection is cited herein.


Wherefore, Plaintiff respectfully requests that the Court allow Plaintiff to reply to Twitters objections.

Respectfully,

/s/ Daniel E. Hall
Plaintiff, aka, Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I, Daniel E. Hall, certify that on this date I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to the Defendants counsel of record, Jonathan M. Eck and Julie E. Schwartz, Esq.,  and Indraneel Sur, Lead Attorney for U.S. DOJ.

/s/Daniel E. Hall