# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | **Case No. 1:20-cv-536-SE** |

### PLAINTIFF'S MOTION FOR LEAVE TO REPLY
### TO TWITTER, INC.'S OBJECTION TO PLAINTIFF'S MOTION
### TO MOVE CASE FROM DISTRICT

Plaintiff, pursuant to Local Rule 7.1(e)(2), moves, for leave to file a reply to Defendant's "Objection" [Doc. 110] to the Plaintiff's [Doc. 105] "Motion" to Move Case from District.

1. Plaintiff seeks leave to file a reply to rebut Twitter's factual and legal arguments and outright misrepresentations or fabrications describing the facts and arguments in this case and contained within its objection.

4. Plaintiff does not file a memorandum of law herewith as all authority in support of its objection is cited herein.

Wherefore, Plaintiff respectfully requests that the Court allow Plaintiff to reply to Twitters objections.

Respectfully,

/s/ Daniel E. Hall

Aka, Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

I, Daniel E. Hall, certify that on this date I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to the Defendants counsel of record, Jonathan M. Eck and Julie E. Schwartz, Esq., and Indraneel Sur, Lead Attorney for U.S. DOJ.

/s/Daniel E. Hall
Plaintiff