5.      However, Twitter intends to file a joint response with the Google Entities and none of the Google Entities have yet been served.

6.      Twitter therefore moves the Court for an extension of time to respond to Plaintiff's Complaint and motions so that its responses are due at the same time as the Google Entities, which would be twenty-one (21) days following service of Google or YouTube, whichever is later.

7.      Pursuant to Local Rule 7.1(c), counsel for Twitter has conferred with Plaintiff, who assents to the relief requested herein.

8.      Due to the nature of this motion, no memorandum of law is necessary.

WHEREFORE, Defendant Twitter respectfully requests that this Honorable Court:

A)      Grant the Motion;

B)      Extend the time for Twitter to respond to Plaintiff's Complaint and motions so that its responses are due at the same time as the Google Entities, which would be twenty-one (21) days following service of Google or YouTube, whichever is later;

C)      Grant such further relief as this Court deems just and necessary.

Respectfully submitted,
*Counsel for Twitter, Inc.,*

April 26, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

**Plaintiff Exhibit 001**

Respectfully submitted,
*Counsel for Twitter, Inc.,*

April 26, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing

system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to

Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 002

Respectfully submitted,
*Counsel for Twitter, Inc.,*

April 30, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03302
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. Mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 003

- OR -

(X)     The filing party has none of the above: Twitter is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

<div align="right">

Respectfully submitted,
*Counsel for Twitter, Inc.,*

</div>

April 30, 2018

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

</div>

Plaintiff Exhibit 004

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted,
*Counsel for Defendants,*

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street. P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and to parties not registered with the Court's CM/EFC system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 005

C) Stay the current deadline for Twitter, Google, and YouTube's response to twenty-one

(21) days following service on YouTube;

D) Grant such further relief as this Court deems just and necessary.

<div align="center">

Respectfully submitted,
*Counsel for Google LLC and Twitter, Inc.,*

</div>

May 3, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that on this 3rd day of May, 2018, the foregoing was served by the

Court's electronic filing system on all counsel and parties of record, and that a copy of the same

was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

<div align="center">

3

</div>

Plaintiff Exhibit 006

<center>- O R -</center>

( )    The filing party has none of the above: the filing party is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

<div style="text-align:right">

Respectfully submitted,
*Counsel for Google LLC*

</div>

May 3, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

<center>

**CERTIFICATE OF SERVICE**

</center>

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

<center>2</center>

Plaintiff Exhibit 007

- OR -

(X)     The filing party has none of the above: Twitter is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,
*Counsel for Twitter, Inc.,*

May 3, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 008

Respectfully submitted,

*Counsel for Twitter, Inc.*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 009

## IV.    CONCLUSION

For the reasons above, Defendant Twitter respectfully request that the Court dismiss Plaintiff's claims against Twitter with prejudice. Alternatively, any surviving claims against Twitter should be transferred to the Northern District of California.

Respectfully submitted,

*Counsel for Twitter, Inc.*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 010

Respectfully submitted,

*Counsel for Defendants Google LLC and YouTube, LLC,*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 011

Fourth, transferring the case to California would not violate the public policy of New Hampshire. On the contrary, the purpose of a forum selection clause "is, at least in part, to protect defendants and give them a voice as to where a dispute will be heard and resolved." *Claudio-De Leon*, 775 F.3d at 47 (citing *Huffington v. T.C. Grp., LLC*, 637 F.3d 18, 22-23 & n.3 (1st Cir. 2011); *C. Pappas Co. v. E. & J. Gallo Winery*, 565 F. Supp. 1015, 1018 (D. Mass. 1983)). Here, transferring the cases is consistent with this State's public policy.

Taken together, there is no reason to overcome "the presumption of enforceability" requiring plaintiffs to bring their claims against Google and YouTube in the Northern District of California. If the case survives at all, it should be transferred.

## IV.    CONCLUSION

For the reasons above, Defendants Google and YouTube respectfully request that the Court dismiss Plaintiff's claims with prejudice. Alternatively, any surviving claims against Google and YouTube should be transferred to the Northern District of California.

Respectfully submitted,

*Counsel for Defendants Google LLC and YouTube, LLC,*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

22

Plaintiff Exhibit 012

- O R -

( )      The filing party has none of the above.


Respectfully submitted,

*Counsel for YouTube, LLC,*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com


## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin


Plaintiff Exhibit 013

Respectfully submitted,

*Counsel for Defendants Google LLC,*
*YouTube, LLC and Twitter, Inc.,*

May 8, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice*
*admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 014

May 10, 2018                          Respectfully submitted,

_____

                                      TWITTER, INC.

                                      /s/ Timothy J. McLaughlin
                                      Timothy J. McLaughlin (NH Bar# 19570)
                                      107 Storrs Street, P.O. Box 2703
                                      Concord, NH  03301
                                      (603) 225-7262
                                      tmclaughlin@shaheengordon.com

                                      Ryan Mrazik (*motion for pro hac vice*
                                      *admission to be filed*)
                                      Perkins Coie, LLP
                                      1201 Third Avenue, Suite 4900
                                      Seattle, WA  98101
                                      RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the forgoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. Mail to Plaintiff.

                                      /s/ Timothy J. McLaughlin

Plaintiff Exhibit 015

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted,
*Counsel for Defendants*,

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street. P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and to parties not registered with the Court's CM/EFC system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 016

Respectfully submitted,
*Counsel for Defendants,*

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and to parties not registered with the Court's CM/EFC system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 017

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted,
*Counsel for Defendants,*

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 018

but the most exceptional cases." *Id.* By consenting to the forum selection clause, Plaintiff "has

waived . . . the right to challenge the preselected forum as inconvenient." *See Wingo*, 2014 WL

7013826, at *3. "As a consequence, a district court may consider arguments about public-interest

factors only." *Atl. Marine*, 571 U.S. at 65. Here, transferring the case would not violate the

public policy of New Hampshire. To the contrary, the purpose of a forum selection clause "is, at

least in part, to protect defendants and give them a voice as to where a dispute will be heard and

resolved." *Claudio-De Leon*, 775 F.3d at 47 (citing *Huffington v. T.C. Grp., LLC*, 637 F.3d 18,

22-23 & n.3 (1st Cir. 2011); *C. Pappas Co. v. E. & J. Gallo Winery*, 565 F. Supp. 1015, 1018 (D.

Mass. 1983)). Transferring the case is therefore consistent with this State's public policy.

Taken together, there is no reason to override "the presumption of enforceability" that

requires Plaintiff to bring her complaint against Defendants in the Northern District of

California. Therefore, if any claims survive, they should be transferred accordingly.

## IV.    CONCLUSION

For the reasons above, Defendants respectfully request that the Court dismiss Plaintiff's

claims with prejudice. Alternatively, any surviving claims against Defendants should be

transferred to the Northern District of California.

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted,
*Counsel for Defendants,*

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)

**Plaintiff Exhibit 019**

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 019

Respectfully submitted,
*Counsel for Defendants,*

May 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

  I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 020**

- O R -

( )      The filing party has none of the above: the filing party is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

*Counsel for Google LLC*

May 16, 2018                              /s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 021

- O R -

( )    The filing party has none of the above.

Respectfully submitted,

*Counsel for YouTube, LLC,*

May 16, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 022

( )     The filing party has none of the above: the filing party is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

*Counsel for Google LLC,*

May 16, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 023

( )   The filing party has none of the above.

Respectfully submitted,

*Counsel for YouTube, LLC,*

May 16, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as parties not registered on the Court's CM/EFC system by U.S. mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 024

"harass[ing] her and highlight[ing] the false content under her name, which they continue to highlight."

Google has already responded to this assertion. *See* Dkt. 57. In sum, it is unclear what Plaintiff is claiming because Plaintiff alleges in her Complaint only that Google removed her blog from the Internet. *See* Dkt. 1 ¶¶ 8, 16. There are no facts regarding a "fake profile" and no attendant cause of action either. Further, any purported constitutional violations fail because Google is not a state actor, and any claims based on exercises of Google's editorial discretion, such as a decision to remove content (or not), are barred by the CDA and the First Amendment.

**B.    No Hearing Is Necessary to Adjudicate This Motion.**

Plaintiff's Motion is meritless and the Court has already received Defendants' briefing on these issues. There is no need for the parties to appear and argue about these baseless claims.

## IV.    CONCLUSION

Defendants respectfully request that the Court deny Plaintiff's Motion.

Respectfully submitted,

*Counsel for Defendants*,

May 17, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

Plaintiff Exhibit 025

Additionally, because this claim relates only to the payment of money damages, Plaintiff cannot

show irreparable harm. *See Vaqueria Tres Monjitas*, 587 F.3d at 485.

**B.     No Hearing Is Necessary to Adjudicate This Motion.**

Plaintiff's Motion is meritless and the Court has already received Defendants' briefing on

these issues. There is no need for the parties to appear and argue about these baseless claims.[4]

**IV.     CONCLUSION**

Defendants respectfully request that the Court deny Plaintiff's Motion.[5]

Respectfully submitted,
*Counsel for Defendants Google LLC,*
*YouTube, LLC and Twitter, Inc.,*

May 17, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com
Ryan Mrazik (*motion for pro hac vice*
*admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

---

[4] To the extent Plaintiff seeks reimbursement of his costs to travel to and from any hearing, he
cites no authority to support shifting those costs to Defendants.

[5] These same arguments in this objection apply to Plaintiff's *Ex-Parte Emergency Motion* ("the
*Ex Parte* Motion"), Dkt. 4, although it is unclear that Plaintiff himself actually brought the
motion as it is signed by Natasha DeLima. The *Ex Parte* Motion makes similar assertions (e.g.,
that Defendants have locked him out of his accounts) and asks for similar relief, such as the
return of "virtual property" and the payment of alleged compensation due. Dkt. 4 at 2-3. These
assertions lack merit, as outlined in Defendants' motions to dismiss, which means Plaintiff
cannot show any likelihood of success on the merits, much less a strong likelihood. *See* Dkts. 24-
25. Setting aside the merits, Plaintiff's *Ex Parte* Motion fails to show any irreparable harm
justifying preliminary relief. Lastly, the allegations are not specific to Plaintiff and the pleading
is signed by someone else. Accordingly, the *Ex Parte* Motion should also be denied.

**Plaintiff Exhibit 026**

about how these alleged actions irreparably harmed Plaintiff.  And to the extent this claim (or any other) is related only to having lost money, that type of harm is not irreparable. *See Vaqueria Tres Monjitas*, 587 F.3d at 485 ("traditional economic damages" that, if proven could "be remedied by compensatory awards" . . . "do not rise to the level of being irreparable.").

**B.    The Court Should Deny Plaintiff's Request for Sanctions.**

Plaintiff also asks for "sanctions" against Defendants if they "tamper with [his accounts] again." Dkt. 9 at 1.  There is no legal or factual basis for a preliminary injunction, let alone for sanctions, particularly based on speculative, uncertain future conduct.  This request should be denied.

### IV.    CONCLUSION

Defendants respectfully request that the Court deny Plaintiff's Motion.

Respectfully submitted,

*Counsel for Defendants Twitter, Inc. and*
*YouTube, LLC*

May 22, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH  03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice*
*admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Rmrazik@perkinscoie.com

Plaintiff Exhibit 027

Complaint, and is litigating the case. Because Twitter is not in default, Plaintiff is not entitled to a default judgment for the damages and injunctive relief she seeks. *See* Fed. R. Civ. P. 55(b).

## IV.    CONCLUSION

Defendants respectfully request that the Court deny Plaintiff's Demand for Settlement (Dkt. 30) and Request for Default Ruling on Twitter (Dkt. 31).

Respectfully submitted,

*Counsel for Twitter, Inc., YouTube, LLC, and Google LLC*

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH  03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
rmrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served buy the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 028

Respectfully submitted,

*Counsel for Twitter, Inc., YouTube, LLC, and Google LLC*

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH  03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
rmrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served buy the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 029

Respectfully submitted,

*Counsel for Twitter, Inc., YouTube, LLC, and Google LLC*

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH  03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
rmrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served buy the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 030**

Respectfully submitted,

*Counsel for Defendants*,

May 25, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify service of the foregoing filing by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 031**

Respectfully submitted,

*Counsel for Defendant*,

May 25, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify service of the foregoing filing by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 032

## III.   CONCLUSION

For the reasons above, Defendants respectfully request that the Court dismiss Plaintiff's claims with prejudice. Alternatively, any surviving claims against Defendants should be transferred to the Northern District of California.

Respectfully submitted,

*Counsel for Defendants*,

May 25, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify service of the foregoing filing by the Court's electronic filing system on all counsel and parties of record or for parties not registered with the Court' CM/ECF system by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

5

**Plaintiff Exhibit 033**

**C.    The Court Should Deny Plaintiff's Request for Sanctions.**

Plaintiff also asks for "sanctions" against Defendants if they "tamper with [her accounts]

again." Dkt. 17.  There is no basis for a preliminary injunction, let alone for sanctions,

particularly based on speculative, uncertain future conduct.  This request should be denied.

## IV.    CONCLUSION

Defendants respectfully request that the Court deny Plaintiff's Motion.


May 29, 2018                                            Respectfully submitted,

                                                       GOOGLE LLC and YOUTUBE, LLC

                                                       By their Attorneys,

                                                       SHAHEEN & GORDON, P.A.

                                                       /s/ Timothy J. McLaughlin
                                                       Timothy J. McLaughlin (NH Bar# 19570)
                                                       107 Storrs Street, P.O. Box 2703
                                                       Concord, NH  03301
                                                       (603) 225-7262
                                                       tmclaughlin@shaheengordon.com

                                                       Ryan Mrazik (*motion for pro hac vice
                                                       admission to be filed*)
                                                       Perkins Coie, LLP
                                                       1201 Third Avenue, Suite 4900
                                                       Seattle, WA  98101
                                                       RMrazik@perkinscoie.com


## CERTIFICATE OF SERVICE

I hereby certify that on this date, the forgoing was served by the Court's electronic filing
system on all counsel and parties of record, and that a copy of the same was sent via U.S. Mail to
Plaintiff.

                                                       /s/ Timothy J. McLaughlin


**Plaintiff Exhibit 034**

(D. Mass. Feb. 7, 2017) (denying motions pertaining to evidentiary issues while adjudicating motion to dismiss); *Zagklara v. Sprague Energy Corp.*, No. 10-cv-445-GZS, 2013 WL 12234457, at *1 (D. Me. Jan. 15, 2013) (declining to enter prior to trial a blanket evidentiary ruling regarding exclusion of spoliation evidence at closing arguments); *Stacey v. Bangor Punta Corp.*, 620 F. Supp. 636, 637 (D. Me. 1985) (denying as premature a motion for a pretrial order regarding the admissibility of evidence regarding a settlement agreement allegedly exempt from F.R.E. 408 restrictions, because "neither the Court nor the parties can anticipate exactly the context in which Defendants will seek to offer evidence" related to the settlement).  There are no such facts or arguments presented (nor could there be) and the Court should therefore deny Plaintiff's motion.

## IV.    CONCLUSION

For the reasons stated above, Google and YouTube respectfully request that the Court deny Plaintiff's Motion for Leave to Play Videos. Dkt. 18.

May 29, 2018

Respectfully submitted,

GOOGLE LLC and YOUTUBE, LLC

By their Attorneys,

SHAHEEN & GORDON, P.A.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar# 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH  03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie, LLP

**Plaintiff Exhibit 035**

why these disclosures are required now, or why such categories are tailored to the needs of the case.[2]

## IV.   CONCLUSION

For the reasons stated above, Google and YouTube respectfully request that the Court deny Plaintiff's Motion docketed at Dkt. 19.

May 29, 2018                                   Respectfully submitted,

                                               GOOGLE LLC and YOUTUBE, LLC

                                               By their Attorneys,

                                               SHAHEEN & GORDON, P.A.

                                               _____

                                               /s/ Timothy J. McLaughlin
                                               Timothy J. McLaughlin (NH Bar# 19570)
                                               107 Storrs Street, P.O. Box 2703
                                               Concord, NH  03301
                                               (603) 225-7262
                                               tmclaughlin@shaheengordon.com

                                               Ryan Mrazik (*motion for pro hac vice
                                               admission to be filed*)
                                               Perkins Coie, LLP
                                               1201 Third Avenue, Suite 4900
                                               Seattle, WA  98101
                                               RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the forgoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. Mail to Plaintiff.

                                               /s/ Timothy J. McLaughlin

---

[2] The information sought would also be objectionable for other reasons, including, but not limited to, because it seeks vastly overbroad discovery unrelated to Plaintiff's actual allegations.

**Plaintiff Exhibit 036**

Respectfully submitted,

*Counsel for Defendants,*

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 037

Respectfully submitted,

*Counsel for Defendants,*

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 038

Respectfully submitted,

*Counsel for Defendants,*

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 039**

Respectfully submitted,

*Counsel for Defendants*,

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 040

Respectfully submitted,

*Counsel for Defendants,*

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 041

Respectfully submitted,

*Counsel for Defendants*,

June 1, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 042**

other words, by its terms, default is appropriate only where a party has not responded to a

plaintiff's complaint. Google and YouTube jointly moved to dismiss Plaintiff's Complaint on

May 8, 2018, fourteen days after service on Google. *See* Dkt. 24. Twitter moved to dismiss that

same day (thirteen days after service). Dkt. 25. This was within the period set out by this Court's

Order of March 14.[4] *See* Dkt. 6. Google and Twitter each appeared on May 3, and no separate

notice of appearance was required for YouTube. *See* Local Rule 83.6.

There is no basis to find a party in default where the party has appeared, responded to the

Complaint, and is litigating the case. To the extent that Plaintiff seeks a default judgment, he is

not entitled to such a judgment because Defendants are not in default. *See* Fed. R. Civ. P. 55(b).

### III.    CONCLUSION

Defendants request that the Court deny Plaintiff's Motion to Strike, Dkt. 57.

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018                    /s/ Timothy J. McLaughlin
                               Timothy J. McLaughlin (NH Bar # 19570)
                               Shaheen & Gordon, P.A.
                               107 Storrs Street. P.O. Box 2703
                               Concord, NH 03301
                               1 (603) 225-7262
                               tmclaughlin@shaheengordon.com

                               Ryan Mrazik (*pro hac* motion to be filed)
                               Perkins Coie LLP
                               1201 Third Avenue, Suite 4900
                               Seattle, WA 98101
                               RMrazik@perkinscoie.com

---

[4] Or, per footnote 1, *supra*, 21 days, as stated in the body of the Order.

**Plaintiff Exhibit 043**

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street. P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 044

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 045**

7013826, at *3. "As a consequence, a district court may consider arguments about public-interest

factors only." *Atl. Marine*, 571 U.S. at 65. Here, transferring the case would not violate the

public policy of New Hampshire. To the contrary, the purpose of a forum selection clause "is, at

least in part, to protect defendants and give them a voice as to where a dispute will be heard and

resolved." *Claudio-De Leon*, 775 F.3d at 47 (citing *Huffington v. T.C. Grp., LLC*, 637 F.3d 18,

22-23 & n.3 (1st Cir. 2011); *C. Pappas Co. v. E. & J. Gallo Winery*, 565 F. Supp. 1015, 1018 (D.

Mass. 1983)). Transferring the case is therefore consistent with this State's public policy.

  Taken together, there is no reason to override "the presumption of enforceability" that

requires Plaintiff to bring his complaint against Defendants in the Northern District of California.

Therefore, if any claims survive, they should be transferred accordingly.

## IV. CONCLUSION

  For the reasons above, Defendants respectfully request that the Court dismiss Plaintiff's

claims with prejudice. Alternatively, any surviving claims against Defendants should be

transferred to the Northern District of California.

<div align="right">

Respectfully submitted,

*Counsel for Defendants*

</div>

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

Plaintiff Exhibit 046

May 15, 2018, 21 days after they were served. *See* Dkt. 56. Neither filed a separate notice of appearance because, under Local Rule 83.6, "[t]he filing of an appearance or any signed filing, except a motion under LR 83.2, constitutes an appearance by the attorney who signs it."

There is no basis to find a party in default where the party has appeared, responded to the Complaint, and is litigating the case. To the extent that Plaintiff seeks a default judgment, she is not entitled to such a judgment because Defendants are not in default. *See* Fed. R. Civ. P. 55(b).

### III.    CONCLUSION

Defendants request that the Court deny Plaintiff's Request for Default, Dkt. 70.

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 047**

## B.   Plaintiff Is Not Entitled to a Default Ruling Against Defendants.

If Plaintiff seeks a default ruling against Defendants, she is not entitled to that either.

Default may only be entered "[w]hen a party against whom a judgment for affirmative relief is

sought has failed to plead or otherwise defend" against the Complaint. Fed. R. Civ. P. 55(a). In

other words, by its terms, default is appropriate only where a party has not responded to a

plaintiff's complaint. Google and YouTube jointly moved to dismiss Plaintiff's Complaint on

May 15, 2018, 21 days after they were served. *See* Dkt. 56. Neither filed a separate notice of

appearance because, under Local Rule 83.6, "[t]he filing of an appearance or any signed filing,

except a motion under LR 83.2, constitutes an appearance by the attorney who signs it."

There is no basis to find a party in default where the party has appeared, responded to the

Complaint, and is litigating the case. To the extent that Plaintiff seeks a default judgment, she is

not entitled to such a judgment because Defendants are not in default. *See* Fed. R. Civ. P. 55(b).

## III.   CONCLUSION

Defendants request that the Court deny Plaintiff's Request for Default, Dkt. 71.


Respectfully submitted,

*Counsel for Defendants*

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

Plaintiff Exhibit 048

2.      A proposed order is attached hereto.

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018                                    /s/ Timothy J. McLaughlin
                                               Timothy J. McLaughlin (NH Bar # 19570)
                                               Shaheen & Gordon, P.A.
                                               107 Storrs Street, P.O. Box 2703
                                               Concord, NH 03301
                                               1 (603) 225-7262
                                               tmclaughlin@shaheengordon.com

                                               Ryan Mrazik (*pro hac* motion to be filed)
                                               Perkins Coie LLP
                                               1201 Third Avenue, Suite 4900
                                               Seattle, WA 98101
                                               RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

                                               /s/ Timothy J. McLaughlin
                                               Timothy J. McLaughlin

**Plaintiff Exhibit 049**

parties' agreement as to the most proper forum," and it should be given "controlling weight in all

but the most exceptional cases." *Id.* By consenting to the forum selection clause, Plaintiff "has

waived . . . the right to challenge the preselected forum as inconvenient." *See Wingo*, 2014 WL

7013826, at \*3. "As a consequence, a district court may consider arguments about public-interest

factors only." *Atl. Marine*, 571 U.S. at 65. Here, transferring the case would not violate the

public policy of New Hampshire. To the contrary, the purpose of a forum selection clause "is, at

least in part, to protect defendants and give them a voice as to where a dispute will be heard and

resolved." *Claudio-De Leon*, 775 F.3d at 47 (citing *Huffington v. T.C. Grp., LLC*, 637 F.3d 18,

22-23 & n.3 (1st Cir. 2011); *C. Pappas Co. v. E. & J. Gallo Winery*, 565 F. Supp. 1015, 1018 (D.

Mass. 1983)). Transferring the case is therefore consistent with this State's public policy.

Taken together, there is no reason to override "the presumption of enforceability" that

requires Plaintiff to bring her complaint against Defendants in the Northern District of

California. Therefore, if any claims survive, they should be transferred accordingly.

## IV.   CONCLUSION

For the reasons above, Defendants respectfully request that the Court dismiss Plaintiff's

claims with prejudice. Alternatively, any surviving claims against Defendants should be

transferred to the Northern District of California.

Respectfully submitted,

*Counsel for Defendants*

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)

**Plaintiff Exhibit 050**

1. Defendants have today filed a Memorandum of Points and Authorities in Support
   of this Motion.

2. A proposed order is attached hereto.

WHEREFORE, Defendants respectfully request that the Court grant this motion.


Respectfully submitted jointly,

*By counsel for defendants Google, LLC,
Twitter, Inc. and YouTube LLC,*

June 12, 2018                           /s/ Timothy J. McLaughlin
                                        Timothy J. McLaughlin (NH Bar # 19570)
                                        SHAHEEN & GORDON, P.A.
                                        107 Storrs Street
                                        Concord, NH 03301
                                        1 (603) 225-7262
                                        tmclaughlin@shaheengordon.com

                                        Ryan Mrazik (*pro hac* motion to be filed)
                                        PERKINS COIE LLP
                                        1201 Third Avenue, Suite 4900
                                        Seattle, WA 98101
                                        RMrazik@perkinscoie.com

                                        *And by counsel for defendant Facebook,
                                        Inc.,*

                                        */s/ Joseph Aronson*

                                        BONNER KIERNAN TREBACH &
                                        CROCIATA LLP
                                        JOSEPH ARONSON (NH Bar #282)
                                        40 Court Street, 3rd Floor
                                        Boston, MA 02108
                                        Telephone:  617 426 3900
                                        Facsimile:  617 426 0380
                                        jaronson@bonnerkiernan.com

                                        KEKER, VAN NEST & PETERS LLP
                                        MATAN SHACHAM
                                        (*pro hac* motion pending)

**Plaintiff Exhibit 051**

## IV.    CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, Defendants request that the Court continue the initial

conference currently set for June 26, 2018 (and all associated deadlines), and continue any

deadlines for Defendants' to respond to Plaintiff's motions filed since the March 14, 2018 Order

or filed hereafter, until after it rules on the Defendants' Motions to Dismiss.


Respectfully submitted jointly,

*By counsel for defendants Google, LLC,
Twitter, Inc. and YouTube LLC,*

June 12, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

*And by counsel for defendant Facebook,
Inc.,*

*/s/ Joseph Aronson*

BONNER KIERNAN TREBACH &
CROCIATA LLP
JOSEPH ARONSON (NH Bar #282)
40 Court Street, 3rd Floor
Boston, MA 02108
Telephone:  617 426 3900
Facsimile:  617 426 0380
jaronson@bonnerkiernan.com

8

Plaintiff Exhibit 052

2.      A proposed order is attached hereto.

WHEREFORE, Defendants respectfully request that the Court grant this motion.

Respectfully submitted jointly,

*By counsel for defendants Google, LLC, Twitter, Inc. and YouTube LLC,*

June 12, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

*And by counsel for defendant Facebook, Inc.,*

/s/ Joseph Aronson

BONNER KIERNAN TREBACH & CROCIATA LLP
JOSEPH ARONSON (NH Bar #282)
40 Court Street, 3rd Floor
Boston, MA 02108
Telephone:  617 426 3900
Facsimile:  617 426 0380
jaronson@bonnerkiernan.com

KEKER, VAN NEST & PETERS LLP
MATAN SHACHAM
(*pro hac* motion pending)
TRAVIS SILVA
(*pro hac* motion pending)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400

Plaintiff Exhibit 053

Accordingly, Defendants request that this Motion to Stay be granted, that the Court continue the June 26 hearing (and any associated deadlines), and continue any deadlines to respond to motions filed by Plaintiff since the March 14, 2018 Order or filed hereafter, until after resolution of Defendants' Motions to Dismiss.

## C.   Request for Expedited Relief

Defendants asks that the Court grant this relief on an expedited basis, pursuant to Local Rule 7.1(f). There is urgency given that (1) the deadline for the parties to confer, prepare for, and appear at a hearing is fast approaching and (2) Plaintiff has continued to file more motions and requests for relief that are duplicative, unnecessary, and inappropriate.

Defendants have attempted to engage with Plaintiff in good faith and respond diligently to the pleadings filed in this case, but now are forced to seek Court relief. Defendants sought to resolve this with Plaintiff and seek assent to this relief, but were unable to. Defendants thus request that the Court enter a stay pending resolution of Defendants' Motions to Dismiss.

## IV.   CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, Defendants request that the Court continue the initial conference currently set for June 26, 2018 (and all associated deadlines), and continue any deadlines for Defendants' to respond to Plaintiff's motions filed since the March 14, 2018 Order or filed hereafter, until after it rules on the Defendants' Motions to Dismiss.

Respectfully submitted jointly,

*By counsel for defendants Google, LLC, Twitter, Inc. and YouTube LLC,*

June 12, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262

**Plaintiff Exhibit 054**

tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

*And by counsel for defendant Facebook, Inc.,*

*/s/ Joseph Aronson*

BONNER KIERNAN TREBACH &
CROCIATA LLP
JOSEPH ARONSON (NH Bar #282)
40 Court Street, 3rd Floor
Boston, MA 02108
Telephone:  617 426 3900
Facsimile:  617 426 0380
jaronson@bonnerkiernan.com

KEKER, VAN NEST & PETERS LLP
MATAN SHACHAM
(*pro hac* motion pending)
TRAVIS SILVA
(*pro hac* motion pending)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
mshacham@keker.com
tsilva@keker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as will be served by U.S. Mail on all parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 054

not identify any specific laws (other than an EU regulation) that he believes Defendants are

violating, does not identify the "virtual laws" that he claims Defendants are following instead,

and does not explain how those "virtual laws" conflict with what he calls "actual" laws.

At bottom, Plaintiff does not seek any relief, and has not provided a basis for relief in any

event. The Motion, like the 18 other motions Plaintiff has filed thus far, should be denied.

Respectfully submitted,

*By counsel for defendants Google, LLC,*
*Twitter, Inc. and YouTube LLC,*

June 15, 2018                                /s/ Timothy J. McLaughlin
                                             Timothy J. McLaughlin (NH Bar # 19570)
                                             SHAHEEN & GORDON, P.A.
                                             107 Storrs Street
                                             Concord, NH 03301
                                             1 (603) 225-7262
                                             tmclaughlin@shaheengordon.com

                                             Ryan Mrazik (*pro hac* motion to be filed)
                                             PERKINS COIE LLP
                                             1201 Third Avenue, Suite 4900
                                             Seattle, WA 98101
                                             RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing
system on all counsel and parties of record as well as will be served by U.S. Mail on all parties
not registered with the Court's electronic filing system.

                                        /s/ Timothy J. McLaughlin
                                        Timothy J. McLaughlin

**Plaintiff Exhibit 055**

Respectfully submitted,

*By counsel for defendant*
*Twitter, Inc.*

June 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as will be served by U.S. Mail on all parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 056

Respectfully submitted,

*By counsel for defendant Twitter, Inc.*

June 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as will be served by U.S. Mail on all parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 057**

does not identify any specific laws (other than an EU regulation) that she believes Defendants are violating, does not identify the "virtual laws" that she claims Defendants are following instead, and does not explain how those "virtual laws" conflict with what she calls "actual" laws.

At bottom, Plaintiff does not seek any relief, and has not provided a basis for relief in any event. The Motion, like the 28 other motions Plaintiff has filed thus far, should be denied.

Respectfully submitted,

*By counsel for defendants Google, LLC, Twitter, Inc. and YouTube LLC,*

June 15, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record as well as will be served by U.S. Mail on all parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 058**

that a single attorney cannot represent several defendants in the same action. Moreover, Plaintiff

has not identified what pleadings are "illicit," much less explained how they are illicit.

    Lastly, as with all Plaintiff's prior motions in this matter, the Motion violates Local Rule

7.l(c) because Plaintiff has not provided a certification of a good faith attempt to obtain

concurrence in the relief sought. It should be denied for this additional reason.

    Defendants therefore respectfully request that the Court deny Plaintiff's Motion.

<div style="margin-left: 40%;">

Respectfully submitted,

*By counsel for defendants Google, LLC,*
*Twitter, Inc. and YouTube LLC,*

</div>

June 29, 2018

<div style="margin-left: 40%;">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

</div>

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, the foregoing was served by the Court's electronic filing
system on all counsel and parties of record as well as will be served by U.S. Mail on all parties
not registered with the Court's electronic filing system.

<div style="margin-left: 40%;">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

</div>

<div style="text-align: right;">

**Plaintiff Exhibit 059**

</div>

because Google[2] and YouTube did not file a notice of appearance.[3] Defendants, however, timely

moved to dismiss both Plaintiff's initial complaint and First Amended Complaint ("FAC"), *see*

Dkts. 24-25 and 78, and no separate notices of appearance were required because, under Local

Rule 83.6, "[t]he filing of an appearance or any signed filing, except a motion under LR 83.2,

constitutes an appearance by the attorney who signs it." Defendants' initial motion to dismiss

therefore served as their notice of appearance, and no separate notice was required.

      Lastly, as with all Plaintiff's prior motions in this matter, the Motion violates Local Rule

7.l(c) because Plaintiff has not provided a certification of a good faith attempt to obtain

concurrence in the relief sought. It should be denied for this additional reason.

      Defendants therefore respectfully request that the Court deny Plaintiff's Motion.

                    Respectfully submitted,

                    *By counsel for defendants Google, LLC,*
                    *Twitter, Inc. and YouTube LLC,*

June 29, 2018           /s/ Timothy J. McLaughlin
                    Timothy J. McLaughlin (NH Bar # 19570)
                    SHAHEEN & GORDON, P.A.
                    107 Storrs Street
                    Concord, NH 03301
                    1 (603) 225-7262
                    tmclaughlin@shaheengordon.com

                    Ryan Mrazik (*pro hac* motion to be filed)
                    PERKINS COIE LLP
                    1201 Third Avenue, Suite 4900
                    Seattle, WA 98101
                    RMrazik@perkinscoie.com

---

[2] Blogspot.com is owned by Google and used with Google's service Blogger. Google has responded to Plaintiff's allegations as to Blogspot.com.

[3] This is effectively the same request Plaintiff made in his earlier "Joint Motion to Strike Answers of Facebook and Twitter," Dkt. 70, and "Motion to Strike Illicit Pleadings," Dkt. 57. The Motion also includes personal attacks on defense counsel, refers to bar complaints Plaintiff is pursuing against defense counsel, and makes false allegations regarding defense counsel's conduct. These allegations are baseless, and have no bearing on this Motion or case.

**Plaintiff Exhibit 060**

granting Plaintiff any relief, to the extent he seeks any. *See, e.g.*, June 18, 2018 Order, Dkt. 90 at

4 (rejecting Plaintiff's "settlement demands" and noting that "[s]uch documents are not properly

filed on the court's docket"). Ultimately, Plaintiff's Memorandum is a baseless attack on defense

counsel, and has no bearing on the merits of this case. Defendants therefore respectfully request

that the Court either take no action concerning this Memorandum, because it is not a proper

motion, or affirmatively deny it to the extent Plaintiff is seeking any relief.

<div align="right">

Respectfully submitted,

*By counsel for defendants Google, LLC,
Twitter, Inc. and YouTube LLC,*

</div>

June 29, 2018

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing
system on all counsel and parties of record as well as will be served by U.S. Mail on all parties
not registered with the Court's electronic filing system.

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

</div>

**Plaintiff Exhibit 061**

Respectfully submitted,

*Counsel for Defendants* Google LLC and YouTube, LLC

SHAHEEN & GORDON, P.A.

July 16, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 062

attorney cannot represent several defendants in the same action. Moreover, Plaintiff has not

identified what pleadings are "illicit," much less explained how they are illicit.

Lastly, as with all Plaintiff's prior motions in this matter, the Motion violates Local Rule

7.l(c) because Plaintiff has not provided a certification of a good faith attempt to obtain

concurrence in the relief sought. It should be denied for this additional reason.

Defendants therefore respectfully request that the Court deny Plaintiff's Motion.

Respectfully submitted,

*Counsel for Defendants*

June 29, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

**Plaintiff Exhibit 063**

to dismiss both Plaintiff's initial complaint and First Amended Complaint ("FAC"), *see* Dkts. 56, 71, 84, and 95, and no separate notices of appearance were required because, under Local Rule 83.6, "[t]he filing of an appearance or any signed filing, except a motion under LR 83.2, constitutes an appearance by the attorney who signs it." Defendants' initial motion to dismiss therefore served as their notice of appearance, and no separate notice was required.

Lastly, as with all Plaintiff's prior motions in this matter, the Motion violates Local Rule 7.l(c) because Plaintiff has not provided a certification of a good faith attempt to obtain concurrence in the relief sought. It should be denied for this additional reason.

Defendants therefore respectfully request that the Court deny Plaintiff's Motion.

<div style="text-align:right">

Respectfully submitted,

*Counsel for Defendants*

</div>

June 6, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

<div style="text-align:center">

## CERTIFICATE OF SERVICE

</div>

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

<div style="text-align:right">

**Plaintiff Exhibit 064**

</div>

at 4 (rejecting Plaintiff's "settlement demands" and noting that "[s]uch documents are not properly filed on the court's docket"). Ultimately, Plaintiff's Memorandum is a baseless attack on defense counsel, and has no bearing on the merits of this case. Defendants therefore respectfully request that the Court either take no action concerning this Memorandum, because it is not a proper motion, or affirmatively deny it to the extent Plaintiff is seeking any relief.

<div align="right">

Respectfully submitted,

*Counsel for Defendants*
</div>

June 29, 2018

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
Shaheen & Gordon, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
1 (603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*pro hac* motion to be filed)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and will be served by U.S. mail for parties not registered with the Court's electronic filing system.

<div align="right">

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin
</div>

**Plaintiff Exhibit 065**

Respectfully submitted,

*Counsel for Defendants Google LLC and
YouTube, LLC*

SHAHEEN & GORDON, P.A.

July 16, 2018

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH Bar # 19570)
107 Storrs Street, P.O. Box 2703
Concord, NH 03301
(603) 225-7262
tmclaughlin@shaheengordon.com

Ryan Mrazik (*motion for pro hac vice
admission to be filed*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
RMrazik@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record and parties not registered with the Court' CM/ECF system will be served by U.S. Mail.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin

Plaintiff Exhibit 066