WHEREFORE, the Defendant, Twitter, Inc., respectfully requests that this Honorable Court:

A.　Grant Twitter's Motion to Dismiss Complaint and dismiss, with prejudice, Plaintiff's claims and this action;

B.　In the alternative, transfer any surviving claims against Twitter to the Northern District of California; and

C.　Grant such other and further relief as may be just and equitable.

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

ORR & RENO, PROFESSIONAL ASSOCIATION

Dated: June 1, 2020　　　By:　　*/s/ Jonathan M. Eck*
Jonathan M. Eck, Esq. (NH Bar #17684)
45 S. Main Street, P.O. Box 3550
Concord, NH 03302
(603) 223-9100
jeck@orr-reno.com

Julie E. Schwartz, Esq. (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4490
JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated: June 1, 2020　　　　　　　*/s/ Jonathan M. Eck*
Jonathan M. Eck, Esq. (NH Bar #17684)

2

Plaintiff Exhibit 067

Respectfully submitted,

**Twitter, Inc.**

By its attorneys,

_____
ORR & RENO, PROFESSIONAL ASSOCIATION

Dated: June 1, 2020        By:         */s/ Jonathan M. Eck*
Jonathan M. Eck, Esq. (NH Bar #17684)
45 S. Main Street, P.O. Box 3550
Concord, NH  03302
(603) 223-9100
jeck@orr-reno.com

Julie E. Schwartz, Esq. (*motion for pro hac vice admission to be filed*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4490
JSchwartz@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon the Plaintiff, *pro se*, via email.

Dated: June 1, 2020              */s/ Jonathan M. Eck*
Jonathan M. Eck, Esq. (NH Bar #17684)

Plaintiff Exhibit 068