IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | Case No. 1:20-cv-536-SE |
|---|---|

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from ENDORSED INTERLOCUTORY ORDER on November 23, 2022 denying 104 Motion for Recusal of Samantha E. Elliot, and denying 105 Motion to Move District.

Respectfully,

/s/ Daniel E. Hall
Aka, Sensa Verogna
SensaVerogna@gmail.com

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2022, the foregoing document was made upon the Defendant, through its attorneys of record to Jonathan M. Eck  jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov.

/s/ Daniel E. Hall



"Truth will ultimately prevail where there is pains taken to bring it to light."

George Washington

Mr. Daniel Hall
393 Merrimack St.
Manchester, NH 03103-4724

DISTRICT COURT

NOTICE OF APPEAL

CASE #  1:20-CV-536-SE