```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Daniel E. Hall

    v.                                                                             No. 20-cv-536-SE

Twitter, Inc.

### CLERK'S CERTIFICATE TO CIRCUIT COURT OF APPEALS

     I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

     DOCUMENTS NUMBERED: 104, Endorsed Order dated 11/28/2022, Doc Nos. 125 -127

     The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                        IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

                                        **FCP KGN'L0N[ PEJ , Clerk**

                                        **By: /s/ VincentNegron, Deputy Clerk**

cc: Daniel E. Hall, pro se               **Dec 05, 2022**