# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | **Case No. 1:20-cv-536-SE** |

## PLAINTIFF'S NOTICE OF WITHDRAWAL

Appellant filed a "Notice of Appeal" with the United States District Court District of New Hampshire on December 1, 2022. As of the date of this notice of withdrawal, Plaintiff does not wish to proceed any further with regards to this Notice of Appeal, and instead will be contemporaneously filing a Writ of Mandamus with the Appeals Court.

Respectfully,

/s/ Daniel E. Hall
Aka, Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I, Daniel E. Hall, certify that on this date I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and interested party Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov

Dated: December 20, 2022            */s/ Daniel E. Hall*
                                    Pro Se Petitioner