# United States Court of Appeals
## For the First Circuit

No. 22-1948

DANIEL E. HALL, a/k/a Sensa Verogna,

Plaintiff - Appellant,

v.

TWITTER, INC.,

Defendant - Appellee.

**MANDATE**

Entered: January 5, 2023

    In accordance with the judgment of January 5, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Jonathan Mark Eck
Daniel E. Hall
Hayden M. Schottlaender
Julie E. Schwartz
Indraneel Sur