IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Daniel E. Hall**<br><br>   *Plaintiff,*<br><br> v.<br><br>**Twitter, Inc.**<br><br>   *Defendant.* | Civil Action No.: 1:20-cv-00536-SE |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TWITTER, INC.

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Respectfully Submitted,

DRUMMOND WOODSUM

Dated: April 12, 2023

By: */s/ Demetrio Aspiras*
Demetrio F. Aspiras (NH#19518)
670 N. Commercial Street, Suite 207
Manchester, NH 03101
Tel: (603) 792-7414
daspiras@dwmlaw.com

|  |  |
|---|---|
|  | WILLENKEN LLP |
| Dated: April 12, 2023 | By: */s/ Kenneth M. Trujillo-Jamison*<br>Kenneth M. Trujillo-Jamison<br>(PHV pending)<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA 90017<br>Telephone: (213) 955-9240<br>Facsimile: (213) 955-9250<br>ktrujillo-jamison@willenken.com |