EXHIBIT
C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Daniel E. Hall**

*Plaintiff,*

v.

**TWITTER, INC.**

*Defendant.*

Civil Action No.: 1:20-cv-00536-SE

## MOTION TO ADMIT KENNETH M. TRUJILLO-JAMISON
## *PRO HAC VICE*

Pursuant to the United States District Court for the District of New Hampshire Rule 83.2, Demetrio F. Aspiras, hereby moves this Court for an order approving the admission *pro hac vice* of Kenneth M. Trujillo-Jamison ("Attorney Trujillo-Jamison") to appear before this Court in the above-captioned proceeding on behalf of X Corp., as successor in interest to named defendant Twitter, Inc.

In support of this Motion, movant states as follows:

1.      Kenneth M. Trujillo-Jamison is a partner in the law firm of Willenken, LLP located at 707 Wilshire Blvd, Suite 3850, Los Angeles, California 90017, with a telephone number of (213) 955-9250.

2.      I am a member of the law firm of Drummond Woodsum, with an office located at 670 N. Commercial Street, Suite 207, Manchester, NH 03101.

3.      Attorney Trujillo-Jamison is admitted to practice law in the State of California, the United States District Court for the Northern District of California,

1

the United States District Court for the Central District of California, and the Court of Appeals for the Ninth Circuit. *See* Declaration of Kenneth M. Trujillo-Jamison, Esq. in Support of Motion for Admission *Pro Hac Vice,* attached hereto and incorporated herein by reference as **Exhibit 1**.

4.      Attorney Trujillo-Jamison is in good standing and eligible to practice in these courts. *See* **Exhibit 1**.

5.      Attorney Trujillo-Jamison is not currently suspended or disbarred in any jurisdiction. *See* **Exhibit 1**.

6.      Attorney Trujillo-Jamison has not been subject to any prior denials or revocations of *pro hac vice* status in any court. *See* **Exhibit 1**.

7.      During Attorney Trujillo-Jamison's representation of Defendant in this proceeding, Attorney Trujillo-Jamison shall at all times remain associated in this action with undersigned counsel, a member of the bar of this court, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the court and whose attendance is required at all proceedings, unless excused by the court.

8.      By this Motion, the undersigned moves for the admission *pro hac vice* of Kenneth M. Trujillo-Jamison, Esquire, so that he may appear before this Court in all matters related to this proceeding.

WHEREFORE, Demetrio F. Aspiras respectfully requests that this Court enter an Order, in the form attached hereto:

(1)      Approving the admission *pro hac vice* of Kenneth M. Trujillo-Jamison,

Esquire; and

(2)     Granting such other and further relief as is just and proper.

Dated:  April 12, 2023                    By: */s/ Demetrio Aspiras*
                                                 Demetrio F. Aspiras (NH#19518)
                                                 670 N. Commercial Street, Suite 207
                                                 Manchester, NH 03101
                                                 Tel: (603) 792-7414
                                                 daspiras@dwmlaw.com

3

EXHIBIT
1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Daniel E. Hall**

*Plaintiff,*

v.

**Twitter, Inc.**

*Defendant.*

Civil Action No.: 1:20-cv-00536-SE

**AFFIDAVIT OF KENNETH M. TRUJILLO-JAMISON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Under 28 U.S.C. § 1746, I, Kenneth M. Trujillo-Jamison, hereby declare under the penalty of perjury the following:

1.      I am submitting this declaration pursuant to Local Rule 83.2(b) in support of the motion for my admission *pro hac vice* as counsel for X Corp., as successor in interest to named defendant Twitter, Inc., in the above-captioned matter. I have personal knowledge of the facts contained in this declaration.

2.      I am a partner in the law firm of Willenken, LLP located at 707 Wilshire Blvd, Suite 3850, Los Angeles, California 90017, with a telephone number of (213) 955-9250.

3.      I am admitted to practice in the following courts and have included the year I was admitted to practice in each such court:

| | |
|---|---|
| California | 2011 |
| USDC for Northern District of California | 2012 |
| USDC for Central District of California | 2011 |

1

U.S. Court of Appeals for the Ninth Circuit    2015

4.      I am in good standing and eligible to practice in each of the

aforementioned courts.

5.      I am not currently suspended or disbarred in any jurisdiction.

6.      I have not been denied admission to practice before any court.

7.      I do not have any pending disciplinary matters against me, nor have I

had any bar discipline previously imposed upon me.

8.      I have no prior felony or misdemeanor criminal convictions.

9.      I have not been denied *pro hac vice* status in any court to which I have

applied, nor have I ever had such status revoked.

10.      At all times, I will be associated with Demetrio F, Aspiras of Drummond

Woodsum, 670 N. Commercial Street, Suite 207, Manchester, New Hampshire 03101,

with a telephone number of (603) 792-7414.


**I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.**

Executed on April 12, 2023

By: */s/Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison

2