IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Daniel E. Hall**<br><br>       *Plaintiff,*<br><br>  *v.*<br><br>**Twitter, Inc.**<br><br>       *Defendant.* | Civil Action No.: 1:20-cv-00536-SE |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TWITTER, INC.

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

                                                Respectfully Submitted,

                                                DRUMMOND WOODSUM

Dated: May 4, 2023                    By: */s/ Demetrio Aspiras*
                                                Demetrio F. Aspiras (NH#19518)
                                                670 N. Commercial Street, Suite 207
                                                Manchester, NH 03101
                                                Tel: (603) 792-7414
                                                daspiras@dwmlaw.com

|  |  |
|---|---|
|  | WILLENKEN LLP |
| Dated:  May 4, 2023 | By: */s/ Kenneth M. Trujillo-Jamison* <br> Kenneth M. Trujillo-Jamison <br> (PHV pending) <br> 707 Wilshire Blvd., Suite 3850 <br> Los Angeles, CA 90017 <br> Telephone: (213) 955-9240 <br> Facsimile: (213) 955-9250 <br> ktrujillo-jamison@willlenken.com |

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2023, I served the foregoing Supplemental Corporate Disclosure Statement upon *Pro Se* Plaintiff, Daniel E. Hall, and counsel of record via the Court's electronic filing system.

*/s/ Demetrio Aspiras*
Demetrio F. Aspiras, III., Esq.