```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Daniel E. Hall

    v.

                                  Case No. 20-cv-536-SE

Twitter Inc.


## JUDGMENT

In accordance with the Order by Judge Samantha D. Elliott dated May 9, 2023, judgment is hereby entered.


                                                     By the Court:

                                                     /s/ Daniel J. Lynch
                                                     _____
                                                     Daniel J. Lynch
                                                     Clerk of Court


Date: May 10, 2023

cc:   Daniel E. Hall, pro se
       Counsel of Record