FILED - USDC -NH
2023 JUL 6 AM 10:30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | Case No. 1:20-cv-536-SE |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this case on May 10, 2023, and to include any and all other interlocutory or post orders contained within said docket.

Respectfully,

_____
Daniel E. Hall
Aka, Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2023, the foregoing document was made upon the Defendant, through its attorney of record to Demetrio F. Aspiras, 670 N. Commercial Street, Suite 207, Manchester, New Hampshire, 03101.

_____
Daniel E. Hall

D. Hall
393 Merrimack St.
Man, N.H. 03103

CERTIFIED MAIL

Retail



7022 2410 0002 4655 3085

RDC 99

03301

U.S. POSTAGE PAID
FCM LETTER
MANCHESTER, NH 031
JUL 05, 2023
$4.78
R2305M146349-12

U.S. District Court
Court Clerk.
55 Pleasant St.
Concord, N.H. 03301

POSTAGE OK AT 03103

033018394i C011