UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 20-cv-536-SE

2. TITLE OF CASE:   Daniel E. Hall v. Twitter, Inc.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Elliott

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **May 10, 2023**

8. DATE OF NOTICE OF APPEAL: **July 6, 2023**

9. FEE PAID or IFP :NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES: N/A

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

First Circuit Court of Appeals, 20-01933
First Circuit Court of Appeals, 20-02005
First Circuit Court of Appeals, 20-02006
First Circuit Court of Appeals, 20-02091
First Circuit Court of Appeals, 21-01317
First Circuit Court of Appeals, 22-01948

17. SPECIAL COMMENTS: **Enter text**.