# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Daniel E. Hall, Plaintiff,<br>v.<br>Twitter Inc., Defendant. | Case No. 1:20-cv-536-SE |

### PLAINTIFF'S NOTICE OF FEES PAID

Notice is hereby given that Plaintiff, in the above-named case, hereby makes notice of fees paid regarding the appeal in the United States Court of Appeals for the First Circuit in Case No. 23-1555.

Respectfully,

/s/ Daniel E. Hall
Aka, Sensa Verogna
SensaVerogna@gmail.com

### CERTIFICATE OF SERVICE

I certify that on July 21, 2023, I served the foregoing Notice of Fees Paid was made upon the Defendant, through its attorney of record to Demetrio F. Aspiras, counsel of record via the Court's electronic filing system.

/s/ Daniel E. Hall