```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Daniel E. Hall

    v.
                                                No. 20-cv-536-SE
                                                Appeal No. 23-01555

Twitter Inc.

## CLERK'S SUPPLEMENTAL CERTIFICATE TO CIRCUIT COURT OF APPEALS

I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 148 – NOTICE of Filing Fees Paid

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

FCPKGN'L0N[ PEJ , Clerk

By: /s/ VincentNegron, Deputy Clerk

Jul 24, 2023